# EXHIBIT A

## Gay-Straight Allaince Constitution

The name of this club is the Gay-Straight Alliance (GSA).

The purposes of this club is:

Promoting tolerance and equality among students, regardless of sexual orientation and/or gender identities through awareness building and education.

To inform students of issues and events regarding lesbians, gays, bisexuals, transgendered, (LGBT) and straight allies.

To create a safe respectful learning enviornment for all students.

To work together with administration and other school clubs to end prejudice and harassment in school functions.

To create a safe place for LGBT and Straight Ally students to socialize about issues they have in common.

## Membership

Membership is open to all students and faculty members who are interested in the club.

# EXHIBIT B

# Gay Straight Alliance of Okeechobee High School Constitution

## Article I – Name

The name of this organization is the Gay-Straight Alliance (or "GSA") of Okeechobee High School.

## Article II – Purposes

The purposes of the GSA shall be:

To provide a social, emotional and educational safe environment for students who are gay, lesbian, bisexual, transgender, questioning, perceived as being any of the aforementioned, and their straight allies.

To build awareness in the school community of issues concerning and affecting the lives of students who are lesbian, gay, bisexual, transgender, questioning, perceived as any of the aforementioned, and their straight allies.

To reduce violence, harassment, bullying and discrimination based on sexual orientation and/or gender identity.

To encourage tolerance, acceptance and equality within the school community regardless of sexual orientation or gender identity.

To promote pride in our community.

## Article III – Membership

Section 1.   The GSA shall be a co-ed club open to all students currently attending Okeechobee High School who are interested in achieving greater awareness about gay, lesbian, bisexual, and transgender issues without regard to race, gender, sex, national origin, religion, physical ability, sexual orientation, gender identity or parental status.

Section 2.  Members are in no way obligated to declare or define their sexual orientation. No member may declare any assumption about another member's sexual orientation.

Section 3.  Meetings will be held as the club decides they should be held by vote and/or bylaws.  Anyone is welcome to attend any meeting, so long as he or she shows respect for all other members and obeys the rules and regulations of the club.  There are not attendance requirements for regular members.

Section 4.  Any member may submit an agenda item to the president 24 hours before a scheduled meeting to have the item heard.  Every meeting shall also have an open forum where any member shall be entitled to address the membership.

Section 5.  Meetings and discussions shall be confidential, including the names of group members and anything said at the meetings.

Section 6.  Except as provided herein, Robert's Rules of Order shall govern all meetings.

### Article IV – Officers and Duties

Section 1.  The elected officers of the GSA shall consist of a president, vice president, secretary, and treasurer.

Section 2.  Duties of Officers

President. The president shall be the chief executive and official representative of the GSA; preside over all of the GSA meetings and committee meetings, unless he or she appoints a chairperson; have the power to call special meetings of the GSA; produce and distribute an agenda for each meeting; organize all club activities; be the link between the club and the school administration; and have the power to withdraw funds from the GSA account with the treasurer's approval.

Vice President. The vice president shall act as president in the absence of the president; assume the office of president in case of presidential removal (in case of a vacancy in the office of vice president, the president shall appoint a new vice president); assist in any duties deemed necessary by the president; be supervisor and counselor to all standing and special committees; and keep a written, accurate account of all committee progress.

Secretary. The secretary shall keep written, accurate minutes of all official meetings of the club; type all documents, letters, etc., which the president might request; maintain a confidential permanent attendance record of the club privy to the viewing of the officers; be in charge of submitting club announcements; and maintain and make available an up-to-date calendar of club events.

Treasurer. The treasurer shall be responsible for all financial business of the club; keep an accurate and current account of all receipts and disbursements and present a financial report to the president once a month; and be authorized to withdraw funds from the GSA account with the approval of the president.

Section 3.  Qualification of Office.  All members who are in good standing of the club shall be eligible to run for office.  All officers who are members in good standing shall be eligible for re-election.

Section 4.  Elections Procedure.  Elections shall be held in March of each school year. Nominations shall be taken two weeks prior to elections.  Nominees shall make a brief speech to the membership at the election meeting based on their qualifications for the desired office.

Election by secret ballot will be held with the winner taking the majority of the votes of the club members present on the date of elections.  New officers will take their positions the first day of April.  A special election meeting shall be held during the GSA's first year of organization at the earliest possible date, with the officers elected serving until the first day of April.

Section 5.  Vacancies.  With the exception of the vice president, if a vacancy occurs in any of the offices, a member with proper qualifications shall be elected for the remainder of the term, or, where applicable, the officer-elect shall immediately take office.

Section 6.  Removal from Office.  Any active member may petition for the involuntary removal of any officer at any regularly scheduled meeting: due to misconduct with respect to this constitution, school rules and/or community laws or due to inadequate performance of duties with respect to neglect of duty, inefficiency, and/or dishonesty.  Involuntary removal shall only be effective with the vote of a 2/3 majority at the meeting of active members.  An officer may resign by submitting a formal letter of resignation to the officers.  An officer with more than three absences from obligatory meetings or activities per semester shall be required to resign.

## Article V – Voting

Section 1.  All officers, excluding the president, shall retain voting privileges.  The president may only vote in the event of a tie.

Section 2.  The method used by members to express themselves is in the form of moving motions.  A motion is a proposal that the entire membership take action or a stand on any issue.  Individual members can: 1) initiate motions, 2) second motions, 3) debate motions, and/or 4) vote on motions.

Initiating Motions:  Motions are presented by obtaining the floor.  Wait until the previous speaker is finished.  Address the president by saying, "I have a motion." When the president recognizes the member, he or she will make the motion by speaking in a clear and concise manner stating the motion affirmatively. Another member will second the motion or the president will call for a second.  If there is no second to the motion, it is lost.  If it is seconded, discussion ensues, then the president calls for a vote.

Voting on a Motion:  The method of vote on any motion depends on the situation and may be:
1) By voice - The president asks those in favor to say, "aye," those opposed to say, "no."  An abstention by any member is allowed.  Any member may move for an exact count.  The president will vote only in case it is necessary to break a tie.
2) By ballot - Members write their vote on a slip of paper.  Votes are collected and counted by the president.  Any member may move for an exact count.  The president will vote only in case it is necessary to break a tie.

Section 3.  A proxy (authority to act for another) may be issued from one member to another for a vote when a member is unable to attend a meeting.  The proxy must be handwritten and signed, authorizing the member to vote on one particular issue or on any issue that may

arise. The proxy vote is in force according to the written proxy and may not be changed or altered after the vote is taken.

> *Example 1 : I, Jane Doe, authorize Helen Waite to vote for me on any issue that arises on 2/14/06. Signed, Jane Doe.*
>
> *Example 2 : I, Jane Doe, authorize Helen Waite to vote for me on the fundraising amendment issue set for the agenda on 2/14/06. Signed, Jane Doe.*

### Article VI – Finance

The officers shall collect suggestions from the membership and shall determine a method of fundraising for the organization. The funds shall be spent according to the needs of the organization and shall be at all times for the benefit of the organization as a whole. The officers shall communicate to the membership the act of and reasons for each expenditure. If the officers determine that dues should be collected from membership, the membership shall be entitled to vote on the amount, and in no event may the amount be higher than the highest amount collected for any other school club.

### Article VII – Committees

Section 1. Committes shall be formed to meet specific objectives and shall be formed, as needed, by the officers or by successful motion of any member.

Section 2. Committee membership is voluntary.

Section 3. The size of a committee shall not be limited. A chairperson shall be elected by a majority of committee members, who shall present any actions of the committee to the membership. A committee shall be organized until its objectives have been completed.

### Article VIII – Amendments

Any member may petition for an amendment to this constitution by submitting a proposal in writing to the president and/or secretary. The president and/or secretary shall make copies thereof and distribute to every active member as soon as reasonably possible. In the same distribution, the president and/or secretary shall announce the date, place, and time of the voting for the proposed amendment. It may only be amended by a 2/3 vote by a public show of hands in favor thereof at a regularly scheduled meeting no earlier than one month after the submission of the proposal. If the Amendment passes, the secretary shall add it to this constitution and submit it to the members and the school as appropriate.

### Article IX – Severance

If any provision of this constitution is in conflict with the law or a lawfully-enacted school rule, then the offensive provision shall be deemed stricken and the rest of this constitution shall stand in full force.

# EXHIBIT C



AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA
4500 BISCAYNE BLVD.
SUITE 340
MIAMI, FL 33137-3227
T (786) 363-2700
F (305) 576-1106
aclufl@aclufl.org
www.aclufl.org

October 19, 2006
VIA FIRST CLASS MAIL AND
FACSIMILE TO (863) 462-5037

Ms. Toni Wiersma
Principal
2800 Hwy 441 North
Okeechobee, FL 34972

RE: Formation of GSA

Dear Ms. Wiersma,

Students in your school are interested in forming a student organization to focus on combating anti-gay harassment and discrimination and on educating the school community about these issues (commonly referred to as a Gay/Straight Alliance or "GSA"). We have been advised that several of these students have made numerous requests for your approval of the GSA, including, most recently, presenting their constitution to you, but that you have refused to allow them to organize. Federal law requires that you treat such organizations the same as any other non-curricular club at your schools. But allowing the club to meet is not just a legal duty; it makes sense from an educational and a safety perspective, too.

According to the federal Equal Access Act, if a public high school allows any student group whose purpose is not directly related to the school's curriculum to meet on school grounds during lunch or before or after school, then it can't deny other student groups the same access to the school because of the content of their proposed discussions. Schools may not pick and choose among clubs based on what they think students should or should not discuss. As a federal judge concluded in one Equal Access Act case:

> "The Board Members may be uncomfortable about students discussing sexual orientation and how all students need to accept each other, whether gay or straight. . . . [But] Defendants cannot censor the students' speech to avoid discussions on campus that cause them discomfort or represent an unpopular viewpoint. In order to comply with the Equal Access Act, Anthony Colin, Heather Zeitin, and the members of the Gay-Straight Alliance must be permitted access to the school campus in the same way that the District provides access to all clubs, including the Christian Club and the Red Cross/Key Club."

*Colin v. Orange Unified Sch. Dist.*, 83 F. Supp. 2d 1135, 1148 (C.D. Cal. 2000).

The judge went on to emphasize that the gay/straight alliance provides an important forum for students who are concerned about sexual orientation. Recognizing the impact of discrimination on gay youth, the judge wrote: "This injunction is not just about student pursuit of ideas and tolerance for diverse viewpoints. As any concerned parent would understand, this case may involve the protection of life itself." (*Id.* at 1150)

In ruling as he did, the judge recognized that anti-gay harassment and violence are widespread among teenagers, especially in schools. Some of the most common epithets that teens use today to disparage each other are "faggot," "dyke," and "queer." A disproportionate amount of physical violence against gay men, lesbians, bisexuals, and transgender people of all ages is perpetrated by teenage boys. Gay/straight alliances help to combat verbal and physical harassment. They create a space where students can come together to share their experiences, to discuss anti-gay attitudes they may experience in school, or to debate different perspectives on gay-related issues. Students talking openly and honestly with other students is a uniquely effective way of making young people aware of the harms caused by discrimination and violence.

School officials should not silence these student-initiated debates and discussions, as long as they do not involve targeted harassment of an individual student or group of students. Silencing ideas in a non-curricular setting because some people don't like them is not only incompatible with the educational values of open inquiry and wide-ranging debate that are central to our free political system -- it is against the law.

The Equal Access Act was signed into law in 1984 after being heavily promoted by religious groups who wanted to ensure that students could form Christian clubs in public schools. The authors of the law understood that if this right were extended to students who wanted to start religious clubs, then it must be extended to all students.

Common ways schools try to block GSA's - and why you shouldn't try them -- include:

**1. Refusing to approve a GSA on the basis of morality:**

The Equal Access Act specifically provides that a school cannot deny equal access to student activities because of the "religious, political, philosophical, or other content of the speech at such meetings." 20 U.S.C. § 4071(a). Since any moral objections the school may have to a Gay/Straight Alliance are based on the religious, political, or philosophical views of its members, such an objection isn't recognized by the Act. Simply put, the school cannot ban a GSA based on issues of morality if the GSA doesn't interfere with the orderly conduct of educational activities in the school.

**2. Refusing to approve GSA because the school doesn't want to be viewed as "endorsing homosexuality":**

Simply allowing a GSA to meet at a school does not indicate that the school approves or endorses the subject matter of the meetings. Observing that "the proposition

2

that schools do not endorse everything they fail to censor is not complicated," the Supreme Court has held that secondary school students are mature enough to understand that a school does not endorse or support speech that it merely permits on a nondiscriminatory basis. *Mergens*, 496 U.S. at 250.   Congress recognized the same point, stating that "Students below the college level are capable of distinguishing between State-initiated, school sponsored, or teacher led religious speech on one hand and student-initiated, student-led religious speech on the other." *Mergens*, 496 U.S. at 250-51 (quoting S.Rep. No. 98-357, p. 8 (1984)). In short, this excuse is no answer to a lawsuit that students can bring under the Equal Access Act.

**3.  Refusing to approve a GSA because the discussion of sex is not appropriate for high school students:**

In *Colin v. Orange Unified School District*, one of the many federal court cases in which the Equal Access Act rights of GSA's have been upheld, the court recognized that the focus of most GSA's is not sex, but issues related to sexual orientation and how to combat unfair treatment and prejudice. The court also noted that assuming a GSA will discuss sex and other clubs will not unfairly singles out the GSA based on a stereotype. Finally, as indicated by the fact that even religious groups in school sometimes discuss sex-related topics and sex-education is taught in classes, there is no reason to believe that high school students can't discuss sex-related topics. An administrator's discomfort is not sufficient reason to ban a GSA if the GSA does not create a substantial disruption.

**4. Refusing to approve a GSA because you think the Equal Access Act doesn't apply to the GSA at your school:**

As noted above, the protections of the Equal Access Act are triggered if the school allows just one non-curricular student activity on campus. While the Act itself doesn't define the differences between curricular and non-curricular clubs, a Supreme Court case does. In *Board of Education of the Westside Community Schools v. Mergens*, 496 U.S. 226 (1990), the court held that a non-curricular student group is any group that doesn't "directly relate" to courses offered by the school. Let's say your school teaches swimming. A swim team or club would then be considered curricular; a scuba diving club would be considered non-curricular, even though it involves swimming. Groups like a chess club, a stamp-collecting club, a community service club, or a GSA are usually considered non-curricular, because what they do is not taught in any class.

The line between curricular student activities and non-curricular activities can be blurry, and schools that get it wrong can pay a high price. For example, a school district in Kentucky recently thought that the Equal Access Act did not apply to it because, in its view, the school had no non-curricular clubs on campus. A federal judge held otherwise, noting that the school's community service club, drama club, and class officer organizations continued to meet and were not "directly related" to the curriculum.

Even if a school successfully eliminates all non-curricular clubs, it may still have to allow a GSA to meet if that group is curricular. In Utah, a school district eliminated all

non-curricular clubs in an attempt to prevent a GSA from meeting. The GSA students simply formed a different club, whose purpose was to discuss subjects taught in the school's curriculum such as American government and law, U.S. history, and sociology, but from a lesbian and gay rights perspective. When the school rejected the students' application, the students sued. The court held that the school was not applying its policy evenly because it was allowing a very broad interpretation of "curricular" for some groups but not others, and ordered the school to recognize the club.

In short, trying to prevent a GSA from meeting by eliminating all non-curricular clubs, or by limiting the kind of curricular clubs that can meet, is asking for a lawsuit. It also imposes a significant and unjustifiable cost on all students, depriving them of numerous after-school activities simply in order to silence students concerned about harassment and discrimination. That's just not a proper role for a school.

## 5. Refusing to approve a GSA because a GSA will cause disruption:

When there is disruption surrounding a GSA, school officials need to ask themselves, "Who's really being disruptive here?" If students, parents, or community members get in an uproar because they don't like a GSA, they are the ones causing the disruption - not the GSA itself. A court in Kentucky recently ruled that even extensive disruption in the community and in school (thousand-person rallies, a boycott by half the student body) isn't enough to justify shutting down a GSA where the GSA members themselves are not causing the commotion. *Boyd County High School Gay/Straight Alliance v. Board of Education,* 2003 WL 1919323 (E.D. Ky. 2003).

## 6. Refusing to approve a GSA, claiming that it is under the control of some outside group or organization:

Although most high school clubs that address LGBT issues are referred to as GSA's, and although some national organizations like the Gay, Lesbian, Straight Education Network have attempted to compile informal contact directories of GSA's across the U.S., GSA's remain local and student-driven. There is no national organization or governing body for GSA's.

A school must apply restrictions regarding involvement of non-school persons uniformly. For example, if other clubs have names from outside organizations (for example a Key Club) and have not been prohibited, then the school cannot deny the GSA approval based on its name. *Colin,* 83 F. Supp. 2d at 1146-47.

## 7. Imposing conditions on the GSA that don't apply to other clubs:

Schools cannot subject GSA's to any conditions that do not apply to all other non-curricular clubs. Requiring a faculty advisor for the GSA but not for other groups, or placing different requirements on a GSA's posters, leaflets, and announcements than it places on other groups, are examples of differential treatment that's unlawful. In

addition, delaying acting on the GSA's application for approval can itself be disparate treatment that violates the EAA.

## 8. Requiring a GSA to change its name:

Many clubs want to use the name Gay/Straight Alliance, although some come up with other names (one group wanted to call itself Helping Unite Gays and Straights, or "HUGS"). Whatever the name is, schools cannot require that any reference to sexual orientation be removed, since doing so changes the focus and goals of the club. The court in *Colin* specifically ruled that a school could not tell a GSA to remove the term "gay" from its name. 83 F. Supp. 2d at 1147-48.

We hope this letter has given you a firm understanding of why schools should allow GSA's to form as well as how you can remain in compliance with the Equal Access Act. By acknowledging students' right to form GSA's, you are not only obeying the law and avoiding potential legal liability, you are supporting diversity in your schools and taking a strong step towards addressing anti-gay harassment.

Many resources are available in your community to help you learn more about your legal duties under the Equal Access Act. We would be happy to provide you with more information about gay-straight alliances and direct you to other groups that are working to promote non-discriminatory school environments for all students.

We send this letter to provide you with basic information you need to avoid expensive and redundant litigation over this issue. Before we take further action, we look forward to a prompt response from you. You can contact me directly at (786) 363-2714 or cstafford@aclufl.org. We are confident that you will follow the law and set a positive example for all of your students, regardless of sexual orientation.

Sincerely,

Chris Stafford
Attorney
LGBT Advocacy Project

# EXHIBIT D



# Okeechobee High School

**Assistant Principals**
Debbie Gillis
Mike Radebaugh

Toni Wiersma, Principal
2800 Highway 441 North
Okeechobee, FL  34972
Phone (863) 462-5025 • Fax (863) 462-5037

**Athletic Director**
Daryl Roehm

October 23, 2006

Mr. Chris Stafford, Attorney
LGBT Advocacy Project
American Civil Liberties Union of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL  33137

Re:    Formation of GSA

Dear Mr. Stafford:

Thank you for your correspondence of October 19, 2006, which contained information regarding the formation of a Gay/Straight Alliance on the campus of Okeechobee High School.  However, we do not allow any clubs or organizations which are not related to standard curriculum to organize or meet at Okeechobee High School.  We allow only curriculum-related clubs.

Sincerely,

*Toni Wiersma*

Toni Wiersma
Principal

cc:    Dr. Patricia G. Cooper, Superintendent of Schools
Tom Conely, School Board Attorney

**Go Brahmans!!!**

# EXHIBIT E

## Club for gays at OHS denied

*By Pete Gawda, Okeechobee News*

There will be no club representing homosexual students at Okeechobee High School (OHS), said school district officials Thursday.

That was the statement of Superintendent of Schools Dr. Patricia Cooper after consulting with school administrators about the request from a senior at the school.

"We are an abstinence-only district and we do not condone or promote any type sexual activity," Dr. Cooper asserted.

Dr. Cooper said the issue first surfaced several weeks ago when fights were going on at the high school campus. She said five students approached OHS principal Toni Wiersma and asked to form a Gay-Straight Alliance. At that time, because of the unrest on campus, the request was denied.

But, those students persisted.

According to its website, the Gay-Straight Alliance Network is a youth-led organization that connects school-based Gay-Straight Alliances to each other and community resources. The organization claims to have over 400 clubs in California representing more than one-third of the state's high schools.

Dr. Cooper said the school system was willing to go to court to defend their action. She said school board attorney Tom Conley has been contacted by the American Civil Liberties Union (ACLU). As of newspaper deadline, Mr. Conley had not returned a telephone call.

"I feel like this is the right stand," Dr. Cooper stated. "We feel this will be a major detriment to our school environment."

She said that she had not heard from any parents — one way or another about the issue.

Assistant Superintendent of Schools Ken Kenworthy said he expected support from parents.

"We care about the students trying to form this organization, as well as the other students," Dr. Cooper said.

She said those students had been offered counseling and protection from harassment.

"We don't feel its appropriate in a school setting," Mr. Kenworthy said. "The sexual orientation of a minor belongs in the home."

Every school organization must have a faculty member as a sponsor. Dr. Cooper said a sponsor had been suggested for the club. She would not reveal that name and she said there was no indication as to whether or not that individual would be wiling to take on that responsibility.

In some school districts where this issue has come up, all school-sponsored clubs were disbanded.

There are 1,320 enrolled at OHS in grades 10 through 12.

# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

GAY/STRAIGHT ALLIANCE OF          )
OKEECHOBEE HIGH SCHOOL, an        )
unincorporated association, et al.,   )
                                  )
            Plaintiffs,           )
      vs.                         )     Civil Action No. _____
                                  )
OKEECHOBEE  COUNTY SCHOOL         )
BOARD, et al.,                    )
                                  )
            Defendants.

_____

### DECLARATION OF YASMIN GONZALEZ

1.     I am a student in my senior year at Okeechobee High School (OHS).

2.     I am a member and officer of the Gay/Straight Alliance of Okeechobee
       High School (the "GSA").

3.     The GSA is a voluntary unincorporated association made up of students
       who attend OHS.

4.     OHS is a high school located at 2800 Hwy. 441 North in Okeechobee,
       Florida and is governed by the Okeechobee County School Board (the
       "School Board").

5.     Along with several other members of the GSA, I sought official
       recognition of the GSA as a school club in September of the 2006-07
       school year by securing a teacher to serve as sponsor and seeking the
       approval of the school's principal, Ms. Toni Wiersma (the "Principal").

1

6.     The purpose of the GSA is to provide a safe, supportive environment for students to talk about homophobia and related harassment and violence and to work together to promote tolerance, understanding and acceptance of one another, regardless of sexual orientation.

7.     The GSA attempted, through its members and through its sponsor, to secure approval from the Principal in accordance with school rules. The Principal delayed making any decision for several weeks.

8.     The GSA presented the Principal with a written constitution to govern the proposed club.

9.     The Principal refused to grant recognition of the club and denied it access to OHS, citing as reasons a) that the school already had too many clubs and b) that the school would not allow any non-curricular clubs to organize.

10.     Other non-curricular clubs are in fact organized and officially recognized by OHS.

11.     When I look on the OHS website, I see other non-curricular clubs listed, including:

    a.  Academic Team;

    b.  Art Club;

    c.  Band and Chorus;

    d.  National Beta Club;

    e.  Crime Watch

    f.  Drama Club;

g.  Envirothon;

h.  Future Business Leaders of America;

i.  Fellowship of Christian Athletes;

j.  Future Farmers of America;

k.  Finance Academy;

l.  Heath Occupations Students of America;

m. Interact Club;

n.  JROTC;

o.  Key Club;

p.  Latin Club;

q.  National Honor Society;

r.  Quill & Scroll;

s.  Spanish Club; and

t.  Student Council.

12.  When I look in my current student handbook, I see other non-curricular clubs listed, including:

a.  Academic Team;

b.  Art Club;

c.  Band and Chorus;

d.  Class of 2007;

e.  Class of 2008;

f.  Class of 2009;

g.  Drama Club;

3

h.   Envirothon;

i.   Future Business Leaders of America;

j.   Fellowship of Christian Athletes;

k.   Future Farmers of America;

l.   Finance Academy;

m.   Heath Occupations Students of America;

n.   Interact Club;

o.   Key Club;

p.   Latin Club;

q.   Majorettes;

r.   National Beta Club;

s.   National Honor Society;

t.   Newspaper;

u.   Poetry Club;

v.   Student Council;

w.   Yearbook; and

x.   Youth Crime Watch.

13.   As listed on the OHS website, OHS has several non-curricular

sports organizations, including:

a.   Baseball;

b.   Basketball;

c.   Bowling;

d.   Cheerleading;

e.  Cross Country;

f.  Flag Football;

g.  Football;

h.  Golf;

i.  Rodeo;

j.  Soccer;

k.  Softball;

l.  Swimming;

m.  Tennis;

n.  Track;

o.  Volleyball;

p.  Weightlifting; and

q.  Wrestling.

14.   I have heard announcements over the OHS public address system of the activities of other non-curricular clubs including a club for crocheting and a sign language club.

15.   I have seen posters hanging in the halls advertising the activities of other non-curricular clubs including the National Beta Club..

16.   Despite this fact, the Principal again claimed that "we do not allow any clubs or organizations which are not related to the standard curriculum to organize or meet at Okeechobee High School" in a letter copied to Dr. Patricia G. Cooper, Superintendent of Schools, and Tom Conely, School Board Attorney.

17.  Upon information and belief, other clubs, not previously mentioned but that have used and continue to use school facilities, include:

    a.  Chess Club;

    b.  Japanese Club;

    c.  Junior Cattleman's Association;

    d.  Poetry Club;

    e.  Drama Club; and

    f.  Card Club.

18.  Upon information and belief, official student group status confers a number of benefits on student groups, including rights to (a) be listed on OHS club lists, (b) use the OHS public address system, (c) meet on OHS property, (d) post club-related information at OHS, (e) use OHS equipment and resources, and (f) be photographed and listed in the OHS yearbook.

19.  The GSA and its members have been and continue to be deprived of all of the benefits available to participants in other student-initiated groups.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed November 2, 2006.

                                        YASMIN GONZALEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

| | |
|---|---|
| GAY/STRAIGHT ALLIANCE OF OKEECHOBEE HIGH SCHOOL, an unincorporated association, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No. _____ |
| OKEECHOBEE COUNTY SCHOOL BOARD, et al., | ) ) ) ) |
| Defendants. | ) |

**DECLARATION OF** Shakedra James

1.     I am a student in my Sophmore year at Okeechobee High School (OHS).

2.     I am a member of the Gay/Straight Alliance of Okeechobee High School (the "GSA").

3.     The GSA is a voluntary unincorporated association made up of students who attend OHS.

4.     OHS is a high school located at 2800 Hwy. 441 North in Okeechobee, Florida and is governed by the Okeechobee County School Board (the "School Board").

5.     Along with several other members of the GSA, I sought official recognition of the GSA as a school club in September of the 2006-07 school year by securing a teacher to serve as sponsor and seeking the approval of the school's principal, Ms. Toni Wiersma (the "Principal").

6.    The purpose of the GSA is to provide a safe, supportive environment for students to talk about homophobia and related harassment and violence and to work together to promote tolerance, understanding and acceptance of one another, regardless of sexual orientation.

7.    The GSA attempted, through its members and through its sponsor, to secure approval from the Principal in accordance with school rules.  The Principal delayed making any decision for several weeks.

8.    The GSA presented the Principal with a written constitution to govern the proposed club.

9.    The Principal refused to grant recognition of the club and denied it access to OHS, citing as reasons a) that the school already had too many clubs and b) that the school would not allow any non-curricular clubs to organize.

10.   Other non-curricular clubs are in fact organized and officially recognized by OHS.

11.   When I look on the OHS website, I see other non-curricular clubs listed, including:

   a.   Academic Team;

   b.   Art Club;

   c.   Band and Chorus;

   d.   National Beta Club;

   e.   Crime Watch

   f.   Drama Club;

2

g.  Envirothon;

h.  Future Business Leaders of America;

i.  Fellowship of Christian Athletes;

j.  Future Farmers of America;

k.  Finance Academy;

l.  Heath Occupations Students of America;

m.  Interact Club;

n.  JROTC;

o.  Key Club;

p.  Latin Club;

q.  National Honor Society;

r.  Quill & Scroll;

s.  Spanish Club; and

t.  Student Council.

12.  When I look in my current student handbook, I see other non-curricular clubs listed, including:

a.  Academic Team;

b.  Art Club;

c.  Band and Chorus;

d.  Class of 2007;

e.  Class of 2008;

f.  Class of 2009;

g.  Drama Club;

    h.  Envirothon;

    i.  Future Business Leaders of America;

    j.  Fellowship of Christian Athletes;

    k.  Future Farmers of America;

    l.  Finance Academy;

    m.  Heath Occupations Students of America;

    n.  Interact Club;

    o.  Key Club;

    p.  Latin Club;

    q.  Majorettes;

    r.  National Beta Club;

    s.  National Honor Society;

    t.  Newspaper;

    u.  Poetry Club;

    v.  Student Council;

    w.  Yearbook; and

    x.  Youth Crime Watch.

13.    As listed on the OHS website, OHS has several non-curricular sports organizations, including:

    a.  Baseball;

    b.  Basketball;

    c.  Bowling;

    d.  Cheerleading;

    e.  Cross Country;

    f.  Flag Football;

    g.  Football;

    h.  Golf;

    i.  Rodeo;

    j.  Soccer;

    k.  Softball;

    l.  Swimming;

    m.  Tennis;

    n.  Track;

    o.  Volleyball;

    p.  Weightlifting; and

    q.  Wrestling.

14.    I have heard announcements over the OHS public address system of the activities of other non-curricular clubs including a club for crocheting and a sign language club.

15.    I have seen posters hanging in the halls advertising the activities of other non-curricular clubs including the National Beta Club..

16.    Despite this fact, the Principal again claimed that "we do not allow any clubs or organizations which are not related to the standard curriculum to organize or meet at Okeechobee High School" in a letter copied to Dr. Patricia G. Cooper, Superintendent of Schools, and Tom Conely, School Board Attorney.

17.   Upon information and belief, other clubs, not previously mentioned but that have used and continue to use school facilities, include:

    a.   Chess Club;

    b.   Japanese Club;

    c.   Junior Cattleman's Association;

    d.   Poetry Club;

    e.   Drama Club; and

    f.   Card Club.

18.   Upon information and belief, official student group status confers a number of benefits on student groups, including rights to (a) be listed on OHS club lists, (b) use the OHS public address system, (c) meet on OHS property, (d) post club-related information at OHS, (e) use OHS equipment and resources, and (f) be photographed and listed in the OHS yearbook.

19.   The GSA and its members have been and continue to be deprived of all of the benefits available to participants in other student-initiated groups.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed November 2, 2006.

*Andrea James*

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

| | | |
|---|---|---|
| GAY/STRAIGHT ALLIANCE OF OKEECHOBEE HIGH SCHOOL, an unincorporated association, et al., | ) ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) | Civil Action No. _____ |
| OKEECHOBEE COUNTY SCHOOL BOARD, et al., | ) ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF** Amber Sewell

1.      I am a student in my Senior year at Okeechobee High School (OHS).

2.      I am a member of the Gay/Straight Alliance of Okeechobee High School (the "GSA").

3.      The GSA is a voluntary unincorporated association made up of students who attend OHS.

4.      OHS is a high school located at 2800 Hwy. 441 North in Okeechobee, Florida and is governed by the Okeechobee County School Board (the "School Board").

5.      Along with several other members of the GSA, I sought official recognition of the GSA as a school club in September of the 2006-07 school year by securing a teacher to serve as sponsor and seeking the approval of the school's principal, Ms. Toni Wiersma (the "Principal").

1

6.   The purpose of the GSA is to provide a safe, supportive environment for students to talk about homophobia and related harassment and violence and to work together to promote tolerance, understanding and acceptance of one another, regardless of sexual orientation.

7.   The GSA attempted, through its members and through its sponsor, to secure approval from the Principal in accordance with school rules.   The Principal delayed making any decision for several weeks.

8.   The GSA presented the Principal with a written constitution to govern the proposed club.

9.   The Principal refused to grant recognition of the club and denied it access to OHS, citing as reasons a) that the school already had too many clubs and b) that the school would not allow any non-curricular clubs to organize.

10.   Other non-curricular clubs are in fact organized and officially recognized by OHS.

11.   When I look on the OHS website, I see other non-curricular clubs listed, including:

   a.   Academic Team;

   b.   Art Club;

   c.   Band and Chorus;

   d.   National Beta Club;

   e.   Crime Watch

   f.   Drama Club;

2

g.  Envirothon;

h.  Future Business Leaders of America;

i.  Fellowship of Christian Athletes;

j.  Future Farmers of America;

k.  Finance Academy;

l.  Heath Occupations Students of America;

m.  Interact Club;

n.  JROTC;

o.  Key Club;

p.  Latin Club;

q.  National Honor Society;

r.  Quill & Scroll;

s.  Spanish Club; and

t.  Student Council.

12.  When I look in my current student handbook, I see other non-curricular clubs listed, including:

a.  Academic Team;

b.  Art Club;

c.  Band and Chorus;

d.  Class of 2007;

e.  Class of 2008;

f.  Class of 2009;

g.  Drama Club;

    h.   Envirothon;

    i.   Future Business Leaders of America;

    j.   Fellowship of Christian Athletes;

    k.   Future Farmers of America;

    l.   Finance Academy;

    m.  Heath Occupations Students of America;

    n.   Interact Club;

    o.   Key Club;

    p.   Latin Club;

    q.   Majorettes;

    r.   National Beta Club;

    s.   National Honor Society;

    t.   Newspaper;

    u.   Poetry Club;

    v.   Student Council;

    w.  Yearbook; and

    x.   Youth Crime Watch.

13.    As listed on the OHS website, OHS has several non-curricular sports organizations, including:

    a.   Baseball;

    b.   Basketball;

    c.   Bowling;

    d.   Cheerleading;

      e.  Cross Country;

      f.  Flag Football;

      g.  Football;

      h.  Golf;

      i.  Rodeo;

      j.  Soccer;

      k.  Softball;

      l.  Swimming;

      m.  Tennis;

      n.  Track;

      o.  Volleyball;

      p.  Weightlifting; and

      q.  Wrestling.

14.    I have heard announcements over the OHS public address system of the activities of other non-curricular clubs including a club for crocheting and a sign language club.

15.    I have seen posters hanging in the halls advertising the activities of other non-curricular clubs including the National Beta Club..

16.    Despite this fact, the Principal again claimed that "we do not allow any clubs or organizations which are not related to the standard curriculum to organize or meet at Okeechobee High School" in a letter copied to Dr. Patricia G. Cooper, Superintendent of Schools, and Tom Conely, School Board Attorney.

17. Upon information and belief, other clubs, not previously mentioned but that have used and continue to use school facilities, include:

    a. Chess Club;

    b. Japanese Club;

    c. Junior Cattleman's Association;

    d. Poetry Club;

    e. Drama Club; and

    f. Card Club.

18. Upon information and belief, official student group status confers a number of benefits on student groups, including rights to (a) be listed on OHS club lists, (b) use the OHS public address system, (c) meet on OHS property, (d) post club-related information at OHS, (e) use OHS equipment and resources, and (f) be photographed and listed in the OHS yearbook.

19. The GSA and its members have been and continue to be deprived of all of the benefits available to participants in other student-initiated groups.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed November 2, 2006.

Amber Sewell

6

# EXHIBIT G

1.  Eating areas are to be kept clean by students, with trash placed in the proper rec

2.  Stay within the area of campus created by the purple lines.

3.  To continue outside dining privileges, students must manage the trash.

Those who wish free or reduced-price lunch should submit the proper completed applic
office.  Application must be made using the appropriate form by the announced due date
pay for lunches.

## Cheating

When a student is guilty of cheating, the teacher may collect the student's paper, mark
and will notify the parent and the office immediately as to the action taken.  The parent
second offense could bring suspension from school.

## Checking Out

The office personnel will take the responsibility for checking students out only when a do
appointment can be confirmed, or parent contact can be made.  In all other cases paren
sign the student out in the attendance office.  Only those persons named on the student
list  may check the student out of school, and are subject to identity check.

## Clubs and Organizations

Academic Team
Art Club
Band and Chorus
Class of 2007
Class of 2008
Class of 2009
Drama Club
Envirothon
FBLA
FFA
Finance Academy
HOSA
Interact Club
Key Club
Latin Club
Majorettes
National Beta Club
National Honor Society
Newspaper
Poetry Club
Spanish Club
Student Council
Yearbook
Youth Crime Watch

§    School clubs and organizations can be formed by interested groups of students
faculty member who is willing to serve as an advisor.  Information about forming clubs n
the Principal's Office.  Any club wishing to have an activity must have an activity form fil
and the activity approved by the principal.

§    In order for a student to participate in interscholastic club activities, he or she mu
point average first semester and a 2.0 GPA thereafter.

# EXHIBIT H



## OKEECHOBEE HIGH SCHOOL
PRINCIPAL: TOM WIERSMA

| MAIN | GUIDANCE | CALENDARS | SPORTS | CLUBS | REUNIONS |

**Weight Lifting**

VARSITY SCHEDULE

VARSITY ROSTER

ACTION PICTURES

SCHOOL RECORDS

Action Pictures

ACADEMIC
ART
BAND
BETA
CRIME WATCH
DRAMA
ENVIRO
FBLA
FCA
FFA
FINANCE AC.
HOSA
INTERACT
JROTC
KEY
LATIN
NHS
QUILL & SCROLL
SPANISH
STUDENT CO.

OHS Webmaster

# EXHIBIT I



OKEECHOBEE HIGH SCHOOL

PRINCIPAL TOM VERSMA

| MAIN | GUIDANCE | CALENDARS | SPORTS | CLUBS | REUNIONS |

**Weight Lifting**

VARSITY SCHEDULE

VARSITY ROSTER

ACTION PICTURES

SCHOOL RECORDS

Action Pictures

BASEBALL
BASKETBALL
BOWLING
CHEERLEADING
CROSS COUNTRY
FLAG FOOTBALL
FOOTBALL
GOLF
RODEO
SOCCER
SOFTBALL
SWIMMING
TENNIS
TRACK
VOLLEYBALL
WEIGHT LIFTING
WRESTLING

OHS Webmaster