# EXHIBIT J



# Excuse The
# Interruptions

## 2005 Brahman
## Volume 59

Okeechobee High School
2800 Highway 441 North
Okeechobee, Florida 34972
863-462-5025



# Key Club



**Club Officers** (L to R). President: Marbella Santibanez, Vice President: Raquel Sanchez, Secretary and Treasurer: Janet Pineda

R to Christopher Suarez, Raquel Sanchez, Eduarda ... Tony Chapa, Janet Pineda, Marbella Santibanez, ... Yanez



**Egolf the Great.** Mr. Egolf gives his opinion on the topic at hand.

**Sleepy Time.** Marbella Santibanez gets a little shut eye before the meeting.

**Members Only.** Raquel Sanchez and Eduarda Arrellano compile their club's roster.



## Majorettes



**g.** Jessie Carr ...sie Coker wait ...ootball team to ...e field before ...perform



**1st Row Left to Right:** Jessie Carr, Brooke Shorter **2nd Row:** Aleese Eatmon, Cassie Coker, Renee Stone, Rachel Herndon

**She is on FIRE.** Brooke Shorter twirls a flaming baton.

...rfection. ...s Major- ...rching ...c.





**Good Toss.** Aleese Eatmon tosses the baton to another majorette.









**Penny prices** with their entire prize deposit of little kids.

... R).Eutimo Bucio,Dacia McCune,Ashley
... Pineda, JoBeth Wilkersons, Dale Pringle, Jermey
... (L to R), Christie Williams, Alicia Welch,
... Shamera Brown, Sonya Smith, Cathrine
... Stanley, Jessica Vuleta, Kendra Jones, Sarah
... Dearborn, Jennifer Cletzer.**3rd Row (L to**
... Winter. Renee Klinger, Ashley Ronko, Tiffany
... Haddan, Kara Black, Benjamin Mehanni, Chris
... Klinger, Ryan Bailey, Mrs.Reister.



**BusyBusy Busy** Rachel Walpole takes money from Kellyann Adler and Dale Pringle.

# ational Honor
# Society



**NHS Club Officers- President:Ryan Bailey, Vice President:Sarah Hedges, Secretary Christie Williams, Treasurer: Rachel Walpole.**



Nice Toss. Ryan Bailey carefully tosses a chip on to the star.

Always on the move.Susan Budovsky carefully peeks around a table that is being pushed.



**Pay Up.** Benjamin Mehanni waits to pays his dues.

# LATIN CLUB



**Lights Out.** Jordan Terry turns the lights off after the meeting is over.



*All tied up. Logan Sippert tries to stuggle free at the induction.*



**1st Row Left to Right:** Jordan Terry, Jillian Warren, Kara Black, Lara Asha Dave', Ashley Childers Benjamin Mehanni **2nd Row:** Jarael Gil Nicholas Thompson. Shana Neal, Shanna Furphy, Tiffany Mathis, Kay **3rd Row:** Alexander Arana, Esteban Anselmo, Candace Jaquith, Sara Uriel Garcia, Antonio Rodriguez, Logan Sippert

### Club Officers

**President:**
Kara Black
**Vice President:**
Sherri Stephenson
**Secretary:**
Shanna Furphy
**Treasurer:**
Asha Dave'
**Historian:**
Tiffany Mathis
**Computer Technician:**
Brian Arnold



**Spreading Culture** The Latin Club help expose the community to history and culture.

# Spanish Club





## Club Officers
**President:** Roman Yanez
**Vice President:** Raquel Sanchez
**Secretary:** Eduarda Arellano
**Treasurer:** Cecilia Rodriguez
**Historian:** Maria Guerrero

**Friends** The spanish club meetings brings ... together **Back Row** (LR) Heriberto Rojas, ... Torres, Monica Rodriguez, Jonathan Suarez ...Row- Claudia Contreras, Maria Guerrero, Elizabeth ...quez, Krystal Castilleja

*Club Sweethearts.* Marbella Santibanez and Roman Yanez

**w Left to Right:** Aracelix Villalpando, Amanda Vlkojan, Ashley Gearns, ...ia Rodriguez, Ashley Harden, Martin Granados **2nd Row:** Ines Bustos, ...l Sanchez, Raquel Sanchez, Marbella Santibanez, Roman Yanez, Luz ...quez, Liliana Reyez **3rd Row:** Manuel Diaz, Carlos Portocarro, Eduarda ...o, Rubi Prieto, Kavisha Zaveri, Victor Yanez **4th Row:** Yunoki Leon, ...l Castilleja, Uriel Garcia, Maria Guerrero, Monica Rodriguez, Esteban ...o



*Club Sponsors.* Mrs. Wright and Ms. Snow



**Victor Yanez likes to be the first person present at a Spanish Club meeting.**



Glad to be a part Regla Santacruz is an out standing Spanish Club member.





BEEP Wrong Answer. Jennifer Judy and Richard Sickles are very disappointed because they answered incorrectly.

Push Push Push: Benjamin Mehanni and Jorden Terry have the most unusual method to buzz in.

King Of The Mountain. Michael Reznick stands gaurd over the buzzer.



Uuuu Duh... Nicholas Thompson tries to figure out what that red light is.



Taking A Break...Susan Gudovsky and Jillian Warren take a break from competing.






Club Officers Kayla Jeffers Jessica Bradley Chelsey Schaefer Tara Threewits Britani Bryner



On task. Heather Roberts hears what Mr. Biebel has to say about the clubs next event.

Row Left to Right. Jessica Bradley, Kayla Jeffers, Tara Threewits, Britani Bryner, Junior Garcia, Cory York, Brooke Ragamat, Lius Garcia, Thea Tunic, Erin Willie, Chelsea Schaefer, Meagan Benbow  Back Row: Jennifer Cooper, Erin Kersey, Mr. Beeble, Bryce Emely, Ben Wagoner, Miranda Lopez, Heather Roberts, Renee Russell, Jennifer Evans, Eliso Fonseca

# Fellowship Of Christian Athletes

Organizations



# Beta Club

BACK ROW (L-R): LINDSAY WRIGHT, BOBBY JO HABERLANDT, JESSIE CARR, TIFFANY MYTHIS, KAYLA JEFFERS. 3RD ROW: MEGAN RODRIGUEZ, KARA BLACK, LARA STANLEY, KELLYANN ADLER, CHRIS SUAREZ, FARIA CHAUDHARY, 2ND ROW: LATREYVIA JOHNSON, PERITZ SAMUELS, CATHERINE SPANGLER, ASHA DAVE', ASHLEY CHILDERS, JORDAN TERRY, FRONT ROW: JILLIAN WARREN, ARACELIX VILLALPANDO, JANET PINEDA, KYLE TATE, BENJAMIN MEHANNI

Money/Money/Treasurer Jones ca... fully counts... club's m...

"We love Beta Club" Alicia Welch and Alyssa Willie are proud to be Beta members.

Speakers at the Inducti... Ceremony. Jenna Tenniswood and J... Cletzer speak about what it takes to beco... member.

Full of good ideas Chardae Jarvis waits patiently to make a suggestion.

Club Officers. President: Sara Hedges, Vice Pre... dent: Ryan Bailey, Secretary: Faria Chaudhary, Treasurer: Kendra Jones.

# FUTURE EDUCATORS OF AMERICA



**Helping Hands.** Heidi Lefevre is busy getting bags of candy together.

**ROW 1 TO R:** Father Arnold, Jessica Carr, Heather Lefevre, Heidi Lefevre, Christy Holly, and Brett. Mrs. Fillinger, Ryan Bailey, Ashley Rohrbr.

**Yumm!** Jessie Carr takes a bite out of chocolate.



**HE'S NOT ONLY THE SPONSOR, HE'S A PLAYER TOO.** MR. FRENCH TEACHES BHAVESH PATEL A TECHNIQUE TO WIN.

**Lets play again.** Kyle Tate, Alvin Wilson, and Brian Arnold play another game of chess.

**Check Mate** Eliso Fronseca takes Isabel Garcia's bishop to win the game.

C
H
E
S
S

C
L
U
B





# Health Occupations Students of America

**1st Row (L to R)** Stephanie Ford, Antonia Rodriguez, L?
Rodriguez, Lisa Coyne, Alexandra Garcia, Monica Rodrigue
Joann Rivera, Amanda Gomez, Mayreli Garcia, Chardae Jam
Rebecca Duffield, **2nd Row:** Mrs. Avant, Shana Neal, Eric I
Kathryn Boles, Caitlin James, Tara Douglas, Brook McDow
Jessica Vuleta, Dacia McCune, Rachel Amiet, Jennifer Carr,
Mears **3rd Row:** Perla Espinoza, Jarael Gilmore, Esteban
Hernandez, Brandon Dukes, Dana Jamenez, Logan Sippert,
Montoya, Alejandra Tinajero, Amalia Nunez, Caleigh Dots?





*Patience Is A Virtue* ?????? N?
Guerrero waits to have her blood





*Blood* Michael Bast becomes clammy after getting his blood drawn.



**BOOK WORK** CALEIGH DOTSON AND JENNIFER CARR READ AND WRITE ABOUT THE HUMAN BODY.

118







**1st Row (L to R).** Ms.Borel, Dennis McCune, Nichole Bianchini, Joanna Loredo, Tahni Sheffield, Emily Peterson, Dannelle Lynch, Amber Wagoner **2nd Row:** Cassandra Chesley, Savannah Smith, Tina Bruner, Brandon Baughman, Brandy Rowley, Amanda Schrock, Amy Lamberti, Hilary Fox, Danielle Mears, Mariah Bass **3rd Row:** Colton Norsworthy, Joshua Creasman, Althea Howze, Raquel Sanchez, Don Moore, Heidi Groso, Jeronda Dortch, Michelle Cooley, Megan Hair, William Weber **4th Row:** Brittany Phillips, Amber Wheeler, Ashley Lawson, Latisha Yates, Janel Highlander, Krista Loschiavo, Donald Wilson, Christine Kaufman, Samantha McKenna, Bryce Emley, Isabel Garcia **5th Row:** Justin Engler, Renae Russell, Kayla Crowley, Dusty Sexton, Aaron Zitar, Tiffany Crawford, Jeannie Romero, Aleshia Wiggins, Todd Holt



**Celebrate.** The campers celebrate that the phantom is defeated.



**Beep Beep.** Drama's Miss Brahman Candidate, Danielle Mears, rides in the Homecoming Parade.





**Club Sweethearts.** Charles Davis and Amber Wagoner.