



...visha Moore, Megan Bell, Deputy Roberts, Autumn DeCarlo, and ...

...la Walters, Jessica Fralix, Amanda May, Kayla McNeil, Jerry Cook, ... Blake Marsocci, Mike Wise, Charles Kelley, George McMillan, ... David Rogers, Allen Bennet, Heather Roberts, Lacy Rock, and ...

Phillip Powers, Brian Duenas, Casey Henderschied, Amy Lamberti, ... Maribella Casteneda, Desiree Boswell, Amanda Hancock, and Nicole ...

...ther Bartoe, Cory York, Daniel Rickards, Casey Hoover, Brian ... da Viksnian, Renee Klingler, Johanna Klingler, Eugene Derris, Antonia ... ...alia Rodriguez, Maria Guerrero, Janet Pineda, and Mayrelli Garcia.



**Club Officers (L to R).** Activity Director: Felicia Leitner, Vice President: Davisha Moore, President: Megan Bell, Activity Director: Autumn DeCarlo, Treasurer: Charity Sergant



**Just hangin' out.** Deborah Underhill and Audra Hales take a break from court.

**Guys just wanna have fun.** Daniel Rickards, Bryan Arledge, and Brian Duenas ride a turtle at the park on an important Crimewatch field trip.

**Very Serious.** Crimewatch sits in on court cases.

**DUNK IT.** Deputy Roberts plays basketball during some down time.

**Club Sweethearts.** Casey Hoover and Megan Bell

# ENVIROMENTAL SCIENCE CLUB



The Reading Is... Erica and Angela cash the data to enter in the computer

Up close and personal. Keith

Back row (L-R) Victor Venegas, John Duke, Daniel Richards, Don Moore, Tommy Rogers, Joseph Quinata, Derek Shemberger, Daniel Ingersol, Chris Hincher. Front row (L-R) Jonathan Suarez, Juan Prieto, Fred Hite, Stephanie Scarry, Latavia Cruce, Joseph Lecrenier, Miss Scott, Randy Myricks, Tahnti Sheffield, Tequesta Brifil.

**Measure It**

I spy a... Looking under a microscope is routine for these club members.



Left to Right: Mrs. Young, Eduardo Arellano, Raquel Sanchez, Chris Henry, Elizabeth Reinhart, Christine Kaufman, Alicia Welch, Alyssa Willie



**Deep in thought.** Alissa Willie brainstorms fundraising ideas.

What's next? Mrs. Young helps ideas for the next meeting.



interact

Case 2:06-cv-14320-KMM Document 9-3 Entered on FLSD Docket 12/29/2006 Page 3 of 11



Brave. Bryce Emley agrees that is very interesting.



**1st Row (L -R):** Alesha Wiggins, Amanda Sprigle, Courtney Adler, Rebecca Duffield, Katie Saucier **2nd Row:** Whitney Wood, Oz Colucci, Andrew Albritten, Susan Budovsky **3rd Row:** Janet Pineda, Eduarda Arellano, Todd Holt



favor. Courtney Adler and Holt hold elections for their new Miss Brahman date.



Poetry club officers: (L-R): Brittney Phillips, Courtney Adler, Todd Holt



The poetry club shirts have arrived! Back Row (L-R): Cathleen Springle, Jessica McRae, Josh ... Whitney Wood, Tiffany Brothers, Oz Colucci, Jennifer ...ns, Steven Allen, Brittany Phillips, Bryce Emley, Susan ...ky, Jared Daniels Front Row: Crystal Rhoden, Eric Till, ...y Simns, Courtney Adler, Todd Holt



**It goes like this.** Oz Colucci reads his poem for the audience.

**Poetry Club**

# Junior Cattlemen's Association

**Keeping Tradition.** Junior Cattlemen's Association members always attend the annual Farm City Luncheon in November.





Back Row (L-R): Elijah Wellham, Christy O'Berry, Ashley Chavon, Kayla Walters, Alisha Clinton, James Jones, Jamie Mewbourn, Rosa Pearce, Amanda Goggins, Lacy Rock. Front Row: Shenna Bennett, Kristina Mellette, Kasie Jones, Brook Stokes, Olivia Delburn.



*Attention.* James Jones, Alisha Clinton, Rosa Pearce, Olivia Delburn and Brook Stokes listen to the details of the Golden Corral celebrity servers fundraiser.



Clinton and James Jones



**JUST MY SIZE!** Members exchange gag gifts at their annual club Christmas party.

# Art Club



1st Row (L-R): Linda Robles, Amanda Springle, Jillian Warren, Kyle Jenkins (2nd Row): Allisa Childs, Dacia McCune, Whitney Wood, Oz Culucci, Mrs. Barr



*Taking Charge.* Jillian Warren talks about new projects.



**Big and Bright.** Everyone knows when there is an art club meeting.



**ART ON THE MIND.** Chris Bartfield shows off his talent by drawing.



**Sweethearts Chris Bartfield and Whitney Wood**



# FUTURE FARMERS OF AMERICA





Row (L-R)- Jared Prescott, Alisha Claxton, Antonio Corona, Jarrett Griffin, ... Nick Clements, Jake Woods, Flicia Sulzer **3rd Row-** Ashley ... Kaylee Eckhardt, Brittany Dillon, Chelsea Wallace, Rylee Tomlinson, ... Kati Young, Nicole Henry, Kayla Walters, Christine Carter. **2nd** ... Fryar, Lanie Pearce, Jamie Burnham, Kylie Eckhardt, Posa Pearce, ... Deidra Dorriety, Dianna Rodriguez, Kaet Rock, Jessica Fralix, Mewt ... Angela Cline. **1st Row-** Kevin Casperson, Brook Stokes, Roan Mattson, ... Kati McWaters, Clyde Bass, Landon Mattson

**SENIOR OFFICERS**
Mattson (Student Advisor), Clyde Bass, ... Kevin Casperson (Treasurer), Landon ... (President) Front Row Kati McWaters ... Brook Stokes (Secretary) ... Not Pictured ...

**JUNIOR OFFICERS**
Ryhlee Tomlinson (Treasurer), ... Cline (President), ... tary), Brittany Dillon (Reporter), ... Lewis (Sentinel) Not Pictured ... Fryar (Vice President)





**LIFTING HEAVY** ... Roan Mattson and ... Barbow lift some heavy ... bobwire to Daniel

**Congratulations.** Through out the year many of the FFA members are given awards.



**Highway.** After Hurricane Charlie blew ... Chapter of FFA was on its





Organizations

# Future Business Leaders of America

Pretty Britani
...FBLA by
...coming parade.



**Front Row (L to R):** Jocelyn Koger, Tierra Allen, Whitney Holmes, Amanda Garrison **Back Row (L to R):** Britani Bryner, Myron Brooks, Jake Streelman



**Front row (L to R)** Amanda Van Gorder, Rec... Provencher, Tiffani Garica, Tierra Allen, D... Savannah Higgins, Jocelyn Koger, Kavisha Z... Catherine Spangler, Whitney Johnson, KellyA... Adler. **Back row( L to R)** Chanelle Parker, T... Myron Brooks, Paslo Melendez, Gavin Koe... Childers.



**Waiting for the results.** Kavisha Zaveri, Catherine Spangler, and Savannah Higgins wait patiently after they competed in District FBLA tests.



Club Off...
R). **Front R...**
Whitney H...
Kelly Ann ...
Tierra Allen...
Row: Gavin
Koepke. Tr...
Conrad, M...
Brooks

# Finance Academy



...Cindy
...of all





**Can I help you?**
Tierra Allen he...
the students a...
Little Lake B...

**1st Row (L to R):** Tasha O'Fallon, Jason Knapp, Kavisha Zaveri, Janet Pineda **2nd Row:** Jocelyn Koger, Tierra Allen, Myron Brooks, Ricky Richards, Crystal Delburn, Savannah Higgins **3rd Row:** Mr. Rochm, Liliana Reyez, Jake Streelman, Kelly Ann Adler

Organizations

# Making Waves

## 2006 Brahman
## Volume 60

**Okeechobee High School**
2800 Highway 441 North
Okeechobee, Florida 34972
863-462-5025

Student Life

# Spanish Club



Front Row (L to R): Jael Medina-Carrion, Vannessa Moreno, Antonia Rod...
Back Row (L to R): Ana Beccerill, Priscilla Orozco, Heidi Grosa, Sam Mej...
Jennifer Sauceda, Marc Macias, Cory Oldham-York, Dawn Fox, Emmanuel T...
Magdalena Rodriguez.



Spanish Club Officers:
President-Sam Mejia
Vice President- Magaly Jaimes
Secretary-Vannessa Moreno
Treasurer-Marc Macias
Historian-Heidi Grosa



Sweethearts:
Marc Macias
Heidi Grosa

# National Honor Society



Front Row (L to R): Hilary Fox, Dominique Alderman, Thea Tunac, Amy Lamberti, Erin Willis. Middle Row (L to R): Kyle Durham, Jeremy Hoglo, Eutimio Bucio, Junior Garcia, Brooke Ragamat, Asha Dave, Victoria Hannon, JoBeth Wilkerson, Lara Stanley, Kellyann Adler. Back Row (L to R): Tam Throckus, Carlyn Schaeffer, Sonya Chapa, Jamie Mewbourne, Kavisha Zaveri, Roy Haddon, Brittani Bryner, Arianna Hodges, Sonya Smith, Jessica Hartis, Angela Rowe, Sarah Holton, Ben Mehanni, Kayla Jeffers, Kyle Durham, Alejandro Tinajero, Tiffany Mathis, Anastasia Letcher, Christopher Suarez, Shana Furphy, Mrs. Jeister, Faria Chaudhary, Bryce Emley.



National Honor Society Officers:
President-Christopher Suarez
Vice President-JoBeth Wilkerson
Secretary-Tiffany Mathis
Treasurer-Asha Dave



Sweethearts:
Benjamin Mehanni
Thea Tunac



**Pay Attention!** Chris Suarez tries to get the group to focus on the discussion.

**NHS is Fun!** Hilary Fox and Bryce Emley enjoy going to NHS meetings.



# OHS News



**Practice Makes Perfect.**
Nick Stepanovich and Kyle Tate review the news for the day before going on air.



**First Row (L to R):** Nick Stepanovich, Antonio Landaverde. **Middle Row (L to R):** Jennifer Riley, Ashley Haymon. **Row (L to R):** Kyle Tate, Anton Lauter, Vince D' Angelo



**Testing. Testing.**
Anton Lauter and Vince D' Angelo check the sound before the newscast.

**Stay Focused.**
Jennifer Riley adjusts the camera for a crystal clear newscast.



# Chess Club









Organizations

# Future Farmers of America





Officers: Katie McWaters (President), Chad
(Vice President), Brooke Stokes (Secretary),
 Foster (Treasurer), Megan Benbow (Histo-
rian), Angela Cline (Parlimentarian), Brent Hill
 Dianna Rodriquez (Student Advisor).



**FFA Sweethearts:**
Brent Hill
Kayla Walters



I'm Watching You.
McWaters makes sure
members don't fool around.



Tonights Topics Are... Katie
McWaters tells her fellow members
the agenda for the evening.



FFA Cuties. Kayla Walters,
Jessica Tralix, and Lacy Rock.

