# Chorus





Front Row (L to R): [...]
Katelin Harris, Amber [...]
Back Row (L to R): As[...]
Maxwell, Stephanie Sc[...]
William Kimberlin, L[...]
Calli Miller, Amanda M[...]



**A Woman of Many Talents.** Ms. Wood sings along with her Chorus students.



**These are the Good Times.** Amanda May, Amber Wheeler, and Calli Miller always have fun whether singing or hanging out.



**Do, Re, Mi...** William [...] Erica Pope, and Lizzy Dy[...] up there vocal chords to a [...] straining them.

# FCA



**Leading his Sheep.** Mr. Biebel chats with an FCA member



Front Row (L to R): Brian Bryner, Cory Perez, Cami Durham, Marissa Simmons, Carlyn Schaefer, Tara Threewits, Cassie Murphy, Candace Ingalls, Michelle Blank, Shawnae Brown, Leticia Neil, El Cabansay. Back Row (L to R): Mr. Biebel, Bobby Spelts, Alexander Arana, Rex Erwin, Will Diaz, Jennifer Cooper, Amanda Harmon.



**Readin' the Word.** [...] reads his bible [...] members at an FCA [...]



**Looking Good.** Jennifer Cooper and Carlyn Schaefer always have a smile to share.



**Soul Food.** Rex Erwin and Bobby Spelts fill up on pizza and soda at the meeting.



# Art Club



Love You! Samantha ... people to join



First Row (L to R): Stephanie Gardner, Brittney Phillips
Back Row (L to R): Shawna Tyner, Will Green, Anastasia Letcher, Erica Pope, Samantha Sulzer, Christoper Bartfield



Work of Art. Erica Pope, Stephanie Gardner, Christopher Bartfield, and Brittney Phillips are pretty as a picture.



Concentration is the Key. Anastasia Letcher and Stephanie Gardner know it takes a lot of patience to get the drawing just right.





Teaching Art is an Art. Ms. Bare demonstrates her skills to her club members

# Japanese Club



Jared Daniels uses a chalkboard for ... he doesn't fail!!



Seth Garner, Chelsea Weeks, Jared Daniels, Mr. Matchett, Samantha Sulzer, Miranda Lopez, Benjamin Wagoner, Todd Holt, Victoria Hannon, Anastasia Letcher, Tommy Snipes, Heather Smith.



Do You Know What This Means? Anastasia Letcher asks Victoria Hannon for help with difficult Japanese words.



This isn't Art Club! Seth Garner doodles to pass the time at a Japanese Club meeting

It's All in the Cards. Heather Smith uses flashcards to learn Japanese words.



# A-TEAM



State Team (L to R): Jose Lugo, Jordan Terry, Ben Mehanni, Martin McCreary, Nick Thompson. Not Pictured: Mike Minnick

# LATIN CLUB



Latin Club Officers



Latin C Sweet

# Key Club



**Front Row (L to R):** Nicole Powers, Danielle Mears. **Back Row (L to R):** Will Hays, Brittney McDowell, Gretchen Roehm, Brooke McDowell, Lynsey Wright, Kellyann Adler, Travis Conrad.



Help You??? Gretchen, Brittney McDowell, and Will always willing to assist in a worthy project.



Jingle Bells. The OFC Key Club shows school spirit by participating in the Christmas parade.



Help Key Club, Help You. Brooke McDowell has a very convincing speech and raises a lot of money.



a Good Cause, attempts to Key Club.





Ho! Ho! Ho! Happy Holidays! Brooke Shorter spreads Christmas cheer during the Christmas parade.

# HOSA



Woozy. This student is little pale after giving at HOSA blood drive.



Is There a Doctor in the House?? HOSA students Meggan Lane, Nicole Powers, Magaly Jaimes, and fellow classmates dress up during HOSA week.



Will This Hurt?? Students are frightened by the needles, but they are determined to help with the blood drive.



Giving Blood is Cool!! These students enjoy giving blood.

A Piece of Cake!! Students have no problem with difficult work in health classes.



I Want to Drain Your Blood. Don't let Ms. Avant's pretty smile fool you—her goal is to make students give blood.

Grin and Bear It. This HOSA student knows that a smile uses less energy than a frown.



Blood Sisters. HOSA students form lasting friendships during their years in the program.



# HOSA



Front Row (L to R): Diareny Medina, Adan Cortez, Jami Fadley, Tabitha Childers. Middle Row (L to R): Brenda Blank, Kristina Mellette, Giovanni Jimenez, Elia Suarez, Almalinda Ortega. Back Row (L to R): Alycia Eddings, Ali McDowell, Nicole Powers, Andrea Duenas, Katie Rucks, Meggan Lane, Jessica Duffield.



Left Row (F to B): Nervys Trimino, Sandra Villatoro, Alejandra Tinajero, Audrey F... Right Row (F to B): Logan Sippert, Sherri Stepehnson, Martha Esquivel, Vernita T... Claudia Contreras.



Front Row (L to R): Diana Moros, Angelica Mestre, Leticia Arreaga, Jennifer Evans, Mandy Frazier. Back Row (L to R): Corrissa Ebeling, Max Gallegos, Michelle Estrada, Maricela Cardoso, Danielle Mears, Robert Rodriguez, Shaunaye Brown, Alexandra Rodgers.



Front Row (L to R): Anna Lugo, Rocio Ja..., Patty Romero, Annette Garcia, Sh-Nia Henderson, Anna Toledo, Latesha Neal, Ma... Urbano, Maria Rodriguez, Kayla Crowley.

# FBLA





FBLA Officers:
President-Ashley Childers
Vice President-Palo Melendez
Secretary-Kellyann Adler
Treasurer-Britani Bryner
Historian-Will Davis
Parliamentarian-Rachelle Provencher

Front Row (L to R): Ashley Childers, [...], Cindy Seville. Middle Row (L to R): Rex Erwin, Gretchen Roehm, Brooke McDonald, Brittney McDowell, Kati McWaters, Kellyann Adler, Whitney Holmes, Tiffany Garcia, Myron Brookes, Rachel Holt, Ryan Porter, Rene [...], Nancy Vega. Back Row (L to R): Will Davis, Gavin Koepke, Erica Rodriguez, Michael Cauley, Catherine Spangler, Asha Dave, Priscilla Orozco, Savannah Higgins, Kavisha Zaveri, Rachelle Provencher, Palo Melendez.

FBLA Sweethearts
Michael Cauley
Erica Rodriguez

# Academy of Finance





What Do We Do Now??
Cindy Seville, Gavin Koepke, and Justin Benjamin wait patiently for directions.

Front Row (L to R): Victoria Urbano, Mary Flores, Ethan Abrier, Tasha O'Fallon, Aleese Eastmon, Kellyann Adler, Eric Lodge, Catherine Spangler, Chelsey Pounce. Back Row (L to R): Myron Brookes, Eddie Furphy, Jason Knapp, Blank, Kavisha Zaveri, Gavin Koepke, Blank, Justin Benjamin, Blank, Matthew Ritchey.

Order in the Court!
Finance Academy students get hands on experience during visit the courthouse.

# Jr. Cattleman's Association



**L to R:** Autumn DeCarlo (Secretary), Brooke Stokes (President), Casie Jones (Reporter), Jacob Fornes, Kristina Mellette, Nicole Henry, Rosa Pearce (Vice President).




# JROTC



Color Guard



Drill Team

Raiders

Venturers



# BETA



**Sweethearts:**
Ben Mehanni
Asha Dave



**Beta Club Officers:**
President-Tiffany Mathis
Vice President-Christopher
Secretary-Faria Chaudh
Treasurer-Kayla Jeffers

First Row (L to R): Domanique Alderman, Brooke Ragamat, Amy Lamberti, Thea Tumac, Jamie Mewbourn, Jessie Carr. Second Row (L to R): Mr. Leidy, Isabel Garcia, Eji Cabansay, Erin Willie, Angela McCall, Mike Minnick, Alejandra Tinajero, Brittney Bryner, Tabitha Childer, Ashley Childers. Third Row (L to R): Kyle Tate, Lindsey Wright, Chistopher Suarez, Sarah Helton, Jessica Ward, Ben Mehanni, Emily Peterson, Joseph Davis, Tiffany Mathis. Back Row (L to R): Kellyann Adler, Catherine Spangler, Jobeth Wilkerson, Lara Stanley, Kara Black, Kayla Jeffers, Faria Chaudhary, Kavisha Zaveri, Roy Hadden, Carlyn Schaffer, Victoria Hannon, Nick Jones, Amanda Heil.



Are we ever going to get rid of these **Spirit Sticks?** Tiffany Mathis hopes her fellow club members will help.



**Let's Get it Started!** Beta Club members wait for the meeting to begin.



**I'll Sell Spirit Sticks!** Ashley Childers jumps the chance to help her organization.



**Serious Business.** Kyle Tate does not joke around when it comes to Beta.



**I'm ready to sell!** Lynsey Wright is eager to raise money for Beta.



**Sell those Spirit Sticks** Leidy encourages Beta bers to raise money club.

# Poetry Club

Poetry Club Officers
President-Oz Colucci
Vice-President-Brittney Phillips
Secretary-Jen Evans
Treasurer-Eric Till



First Row (L to R) Victoria Hannon, Jen Evans, Todd Holt. Middle Row (L to R) Heather Smith, Megan Marker, Aleshia Wiggins, Brittney Phillips, Stephanie Gardener. Back Row (L to R) Shawna Tyner, Mr. Leidy, Chris Bartfield, Matthew McKuhen, Oz Colucci, Seth Greiner, Bryce Emley, and Ben Wagoner.



Sweethearts:
Oz Colucci
Brittney Phillips



Poetry... Tim Jewell ...I are not poetry.



Don't Just Stanza There! Bryce Emley contemplates the next line he will write for his poem.



Love Poetry. Megan Marker embraces her fellow club member Brittney Phillips



Soothes the Soul ... feels ... Poetry



Bring on the Verses. Shawna Tyner and Victoria Hannon anxiously wait for the meeting to start.



Always Watching. Mr. Leidy monitors his club members so they don't get out of hand.