# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

GAY/STRAIGHT ALLIANCE OF          )
OKEECHOBEE HIGH SCHOOL, an        )
unincorporated association, et al.,   )
                                  )
          Plaintiffs,             )
                                  )          Civil Action No. _____
     vs.                          )
                                  )
OKEECHOBEE  COUNTY SCHOOL         )
BOARD, et al.,                    )
                                  )
          Defendants.             )

_____

## DECLARATION OF YASMIN GONZALEZ

1.   I am a student in my senior year at Okeechobee High School (OHS).

2.   I am a member and officer of the Gay/Straight Alliance of Okeechobee
     High School (the "GSA").

3.   The GSA is a voluntary unincorporated association made up of students
     who attend OHS.

4.   OHS is a high school located at 2800 Hwy. 441 North in Okeechobee,
     Florida and is governed by the Okeechobee County School Board (the
     "School Board").

5.   Along with several other members of the GSA, I sought official
     recognition of the GSA as a school club in September of the 2006-07
     school year by securing a teacher to serve as sponsor and seeking the
     approval of the school's principal, Ms. Toni Wiersma (the "Principal").

1

6.     The purpose of the GSA is to provide a safe, supportive environment for students to talk about homophobia and related harassment and violence and to work together to promote tolerance, understanding and acceptance of one another, regardless of sexual orientation.

7.     The GSA attempted, through its members and through its sponsor, to secure approval from the Principal in accordance with school rules. The Principal delayed making any decision for several weeks.

8.     The GSA presented the Principal with a written constitution to govern the proposed club.

9.     The Principal refused to grant recognition of the club and denied it access to OHS, citing as reasons a) that the school already had too many clubs and b) that the school would not allow any non-curricular clubs to organize.

10.    Other non-curricular clubs are in fact organized and officially recognized by OHS.

11.    When I look on the OHS website, I see other non-curricular clubs listed, including:

    a.   Academic Team;

    b.   Art Club;

    c.   Band and Chorus;

    d.   National Beta Club;

    e.   Crime Watch

    f.   Drama Club;

g. Envirothon;

h. Future Business Leaders of America;

i. Fellowship of Christian Athletes;

j. Future Farmers of America;

k. Finance Academy;

l. Heath Occupations Students of America;

m. Interact Club;

n. JROTC;

o. Key Club;

p. Latin Club;

q. National Honor Society;

r. Quill & Scroll;

s. Spanish Club; and

t. Student Council.

12. When I look in my current student handbook, I see other non-curricular clubs listed, including:

a. Academic Team;

b. Art Club;

c. Band and Chorus;

d. Class of 2007;

e. Class of 2008;

f. Class of 2009;

g. Drama Club;



h.   Envirothon;

i.   Future Business Leaders of America;

j.   Fellowship of Christian Athletes;

k.   Future Farmers of America;

l.   Finance Academy;

m.   Heath Occupations Students of America;

n.   Interact Club;

o.   Key Club;

p.   Latin Club;

q.   Majorettes;

r.   National Beta Club;

s.   National Honor Society;

t.   Newspaper;

u.   Poetry Club;

v.   Student Council;

w.   Yearbook; and

x.   Youth Crime Watch.

13.   As listed on the OHS website, OHS has several non-curricular sports organizations, including:

a.   Baseball;

b.   Basketball;

c.   Bowling;

d.   Cheerleading;

4

e.  Cross Country;

f.  Flag Football;

g.  Football;

h.  Golf;

i.  Rodeo;

j.  Soccer;

k.  Softball;

l.  Swimming;

m.  Tennis;

n.  Track;

o.  Volleyball;

p.  Weightlifting; and

q.  Wrestling.

14.  I have heard announcements over the OHS public address system of the activities of other non-curricular clubs including a club for crocheting and a sign language club.

15.  I have seen posters hanging in the halls advertising the activities of other non-curricular clubs including the National Beta Club..

16.  Despite this fact, the Principal again claimed that "we do not allow any clubs or organizations which are not related to the standard curriculum to organize or meet at Okeechobee High School" in a letter copied to Dr. Patricia G. Cooper, Superintendent of Schools, and Tom Conely, School Board Attorney.

17.     Upon information and belief, other clubs, not previously mentioned but that have used and continue to use school facilities, include:

    a.   Chess Club;

    b.   Japanese Club;

    c.   Junior Cattleman's Association;

    d.   Poetry Club;

    e.   Drama Club; and

    f.   Card Club.

18.     Upon information and belief, official student group status confers a number of benefits on student groups, including rights to (a) be listed on OHS club lists, (b) use the OHS public address system, (c) meet on OHS property, (d) post club-related information at OHS, (e) use OHS equipment and resources, and (f) be photographed and listed in the OHS yearbook.

19.     The GSA and its members have been and continue to be deprived of all of the benefits available to participants in other student-initiated groups.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed November 2, 2006.

YASMIN GONZALEZ

# EXHIBIT B



**Okeechobee High School Army**

## COLOR GUARD TEAM MEMBERS

|  |  |
|---|---|
|  | 1st SGT. Shrock |
|  | LT. Hedrick |
|  | LT. Douglas |
|  | LTC. Solis |

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

GAY/STRAIGHT ALLIANCE OF )
OKEECHOBEE HIGH SCHOOL, an )
unincorporated association, et al., )
)
          Plaintiffs, )
          vs. )   Case No. 06-14320-CIV-MOORE
)
OKEECHOBEE  COUNTY SCHOOL )
BOARD, et al., )
)

          Defendants.

## **SECOND DECLARATION OF YASMIN GONZALEZ**

1. I am a student in my senior year at Okeechobee High School (OHS).

2. I am a member and president of the Gay/Straight Alliance of Okeechobee

   High School (the "GSA").

3. The GSA is a voluntary unincorporated association made up of students who

   attend OHS.

4. OHS lists on its website many groups, clubs, and organizations that are non-

   curricular student groups pursuant to the Equal Access Act, including, but

   not limited to, the following:

   a. Crime Watch: I am not a member of this group, but based upon

      information and belief, it is my understanding that during the

      2006-07 school year, OHS has recognized a Crime Watch

      group and permitted it to meet, engage in activities, use school

      resources, and otherwise enjoy school privileges on school

      premises during non-instructional time.  Crime Watch is not

      actually taught in a regularly offered course and does not

student initiated.

b. Beta Club: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Beta Club and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Beta Club is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

c. Envirothon: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Envirothon group and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Envirothon is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

d. Future Business Leaders of America:  I am not a member of
this group, but based upon information and belief, it is my
understanding that during the 2006-07 school year, OHS has
recognized the Future Business Leaders of America and
permitted it to meet, engage in activities, use school resources,
and otherwise enjoy school privileges on school premises
during non-instructional time.  FBLA is not actually taught in a
regularly offered course and does not concern the curriculum as
a whole.  Participation in the group is not required for a
particular course and does not result in academic credit.  Upon
information and belief, this group is student initiated.

e. Future Farmers of America:  I am not a member of this group,
but based upon information and belief, it is my understanding
that during the 2006-07 school year, OHS has recognized the
FFA and permitted it to meet, engage in activities, use school
resources, and otherwise enjoy school privileges on school
premises during non-instructional time.  FFA is not actually
taught in a regularly offered course and does not concern the
curriculum as a whole.  Participation in the group is not
required for a particular course and does not result in academic
credit.  Upon information and belief, this group is student
initiated.

f. Finance Academy:  I am not a member of this group, but based

upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Finance Academy and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Finance is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

g. Heath Occupations Students of America: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized HOSA and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. HOSA is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

h. Key Club: I am not a member of this group, but based upon information and belief, it is my understanding that during the

2006-07 school year, OHS has recognized the Key Club and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Key Club activities are not actually taught in a regularly offered course and do not concern the curriculum as a whole. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

i.  Student Council: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Student Council and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Student Council is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Participation in the group is not required for a particular course and does not result in academic credit. To the best of my knowledge, Student Council does not address concerns, solicit opinions, or formulate proposals pertaining to the body of courses offered by the school. I believe that the sole function of the Student Council is to plan social events such as Prom and

Homecoming.  Student Council is student-initiated.

5. When I look at the OHS student handbook, I see other non-curricular clubs listed, including:

    j.  Class of 2007: I am a member of this group, and based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Class of 2007 Club and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time.  Class of 2007 activities are not actually taught in a regularly offered course and do not concern the curriculum as a whole.  Participation in the group is not required for a particular course and does not result in academic credit.  Upon information and belief, this group is student initiated.

    k.  Class of 2008: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Class of 2008 Club and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time.  Class of 2008 activities are not actually taught in a regularly offered course and do not concern the curriculum as a whole.  Participation in the group is not required for a particular course and does not

result in academic credit. Upon information and belief, this group is student initiated.

l. Class of 2009: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Class of 2009 Club and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Class of 2009 activities are not actually taught in a regularly offered course and do not concern the curriculum as a whole. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

m. Majorettes: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Majorettes and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Majorettes activities are not actually taught in a regularly offered course and do not concern the curriculum as a whole. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student

initiated.

n. Poetry Club: I am not a member of this group, but I do know at least one member of this group and based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Poetry Club and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Poetry is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

6. As listed on the OHS website, OHS has several non-curricular sports organizations, including:

o. Baseball

p. Basketball;

q. Bowling;

r. Cheerleading;

s. Cross Country;

t. Flag Football;

u. Football;

v. Golf;

w. Rodeo;

      x.  Soccer;

      y.  Softball;

      z.  Swimming;

      aa. Tennis;

      bb. Track;

      cc. Volleyball;

      dd. Weightlifting; and

      ee. Wrestling.

7. None of the sporting activities listed above are taught in any regularly scheduled class nor do they concern the body of courses as a whole. No academic credit or extra credit is awarded for participation in any sport. No class requires participation in any sport.

8. I have heard announcements over the OHS public address system of the activities of other non-curricular clubs including a club for crocheting and a sign language club.

9. I am not a member of these groups, but based upon information and belief, it is my understanding based upon these announcements that during the 2006-07 school year, OHS has recognized the Crochet Club and Sign Language Club and permitted them to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Neither crocheting nor sign language is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Participation in these groups is not

required for a particular course and does not result in academic credit. These groups are student initiated.

10. Upon information and belief, other clubs, not previously mentioned but that have used and continue to use school facilities, include:

ff. Chess Club: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Chess Club and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Chess is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

gg. Japanese Club: I am not a member of this group, but I do know at least one member of this group and based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Japanese Club and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Japanese is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Participation in the group is not

required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

hh. Junior Cattleman's Association: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the JCA and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. JCA is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

ii. Card Club: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Card Club and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. I have been told that the card Club engages in activities involving making greeting cards and scrap books. Card Club activities are not actually taught in a regularly offered course and do not concern the curriculum as a

whole. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

jj. Color Guard: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Color Guard and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Color Guard is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Participation in the group is not required for a particular course and does not result in academic credit. Though Color Guard members are required to be in the ROTC class, it is not a requirement for ROTC class that one participate in the Color Guard or any other club. Upon information and belief, this group is student initiated.

kk. Drill Team: I am a member of this group. During the 2006-07 school year, OHS has recognized the Drill Team and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Drill Team is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Participation in the group is not required for a

particular course and does not result in academic credit. Though Drill Team members are required to be in the ROTC class, it is not a requirement for ROTC class that one participate in the Drill Team or any other club. Upon information and belief, this group is student initiated.

ll. Powder Puff Football: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized Powder Puff Football and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Powder Puff Football is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Powder Puff Football activities include games between seniors and juniors where female students play flag football while male students act as cheerleaders. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

mm. Miz Senior Contest: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Miz Senior Contest and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on

school premises during non-instructional time. Miz Senior Contest is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Miz Senior Contest is a pageant in which male participants dress in female attire and vice-versa, and students elect a "Miz Senior" from the male participants. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

nn. <u>Venturing Team</u>: I am not a member of this group, but based upon information and belief, it is my understanding that during the 2006-07 school year, OHS has recognized the Venturing Team and permitted it to meet, engage in activities, use school resources, and otherwise enjoy school privileges on school premises during non-instructional time. Venturing (or camping) is not actually taught in a regularly offered course and does not concern the curriculum as a whole. Venturing Team activities include camping and outdoor activities. The group meets regularly at OHS to plan its activities. Participation in the group is not required for a particular course and does not result in academic credit. Upon information and belief, this group is student initiated.

11. Upon information and belief, official student group status confers a number of benefits on student groups, including rights to (a) be

listed on OHS club lists, (b) use the OHS public address system,

(c) meet on OHS property, (d) post club-related information at

OHS, (e) use OHS equipment and resources, and (f) be

photographed and listed in the OHS yearbook.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed ___January, 3,___ 2007.

Gonzalez, Yasmin
YASMIN GONZALEZ

# EXHIBIT D



# Okeechobee High School

Toni Wiersma, Principal
2800 Highway 441 North
Okeechobee, FL 34972
Phone (863) 462-5025 • Fax (863) 462-5037

**Assistant Principals**
Debbie Gillis
Mike Radebaugh

**Athletic Director**
Daryl Roehm

October 23, 2006

Mr. Chris Stafford, Attorney
LGBT Advocacy Project
American Civil Liberties Union of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137

Re:     Formation of GSA

Dear Mr. Stafford:

Thank you for your correspondence of October 19, 2006, which contained information regarding the formation of a Gay/Straight Alliance on the campus of Okeechobee High School. However, we do not allow any clubs or organizations which are not related to standard curriculum to organize or meet at Okeechobee High School. We allow only curriculum-related clubs.

Sincerely,

Toni Wiersma

Toni Wiersma
Principal

cc:     Dr. Patricia G. Cooper, Superintendent of Schools
        Tom Conely, School Board Attorney

Go Brahmans!!!

# EXHIBIT E

## Club for gays at OHS denied

*By Pete Gawda, Okeechobee News*

There will be no club representing homosexual students at Okeechobee High School (OHS), said school district officials Thursday.

That was the statement of Superintendent of Schools Dr. Patricia Cooper after consulting with school administrators about the request from a senior at the school.

"We are an abstinence-only district and we do not condone or promote any type sexual activity," Dr. Cooper asserted.

Dr. Cooper said the issue first surfaced several weeks ago when fights were going on at the high school campus. She said five students approached OHS principal Toni Wiersma and asked to form a Gay-Straight Alliance. At that time, because of the unrest on campus, the request was denied.

But, those students persisted.

According to its website, the Gay-Straight Alliance Network is a youth-led organization that connects school-based Gay-Straight Alliances to each other and community resources. The organization claims to have over 400 clubs in California representing more than one-third of the state's high schools.

Dr. Cooper said the school system was willing to go to court to defend their action. She said school board attorney Tom Conley has been contacted by the American Civil Liberties Union (ACLU). As of newspaper deadline, Mr. Conley had not returned a telephone call.

"I feel like this is the right stand," Dr. Cooper stated. "We feel this will be a major detriment to our school environment."

She said that she had not heard from any parents — one way or another about the issue.

Assistant Superintendent of Schools Ken Kenworthy said he expected support from parents.

"We care about the students trying to form this organization, as well as the other students," Dr. Cooper said.

She said those students had been offered counseling and protection from harassment.

"We don't feel its appropriate in a school setting," Mr. Kenworthy said. "The sexual orientation of a minor belongs in the home."

Every school organization must have a faculty member as a sponsor. Dr. Cooper said a sponsor had been suggested for the club. She would not reveal that name and she said there was no indication as to whether or not that individual would be wiling to take on that responsibility.

In some school districts where this issue has come up, all school-sponsored clubs were disbanded.

There are 1,320 enrolled at OHS in grades 10 through 12.

# EXHIBIT F

# September 2006

**OHS ACTIVITIES C**

| Sun | Mon | Tue | Wed | Thu | Fri |
|---|---|---|---|---|---|
| | | | | | 1 — lunch Orders - Rings<br>Pictures - Underclassmen<br>JVFB (H) AP 7:30<br>JVFB Tour<br>CC SF (A) |
| 3 — Labor Day Holiday<br>No School | 4 — PLC<br>Tutoring Begins<br>VB (H) SR 6:00/7:00<br>Swim (A) SR 5:00<br>Bowl (H) JB 3:30<br>B. Golf (A) PSL | 5 | 6 — Bowl (A) SR 3:30<br>VB B (A) 5:00/6:00<br>JVFB (H) Clewiston 7:00 | 7 — VFB (A) Lake Placid 7:30 | 8 — VB Tourn.<br>CC (A) Ash<br>ACT<br>CC SR (A) |
| 10 | 11 — Progress Reports<br>New Teacher Meeting 4:00<br>Bowl (H) JC 3:30<br>B. Golf SR (A) 3:30<br>CC Benjamin (A)<br>G. Golf SR (A) 3:30<br>VB (A) Wellington 6:00/7:00 | 12 — Swim JB (H) 4:00 | 13 — Early Release Day<br>Bowl LPA (A) 3:30<br>B. Golf (A) WW 3:30<br>G. Golf (H) WW 3:30<br>JVFB (A) Sebring 7:00 | 14 — Teacher Plan Day<br>Senior Bar-B-Que<br>VB (A) Sebring 6:00/7:00<br>VFB (H) JC 7:30 | 15 |
| 17 | 18 — PLC<br>Swim (H) 4:00<br>B. Golf (H) LP<br>CC SF (A)<br>G. Golf (A) LPA 3:30<br>VB (H) FH 5:00/6:00<br>Bowl (H) WW 3:30 | 19 — VB Treas. Coast (H) 5:30/6:30 | 20 — Dist. Adv. Council 6: 00<br>Bowl TC (A) 3:30<br>B. Golf JC (A) 3:30<br>G. Golf JC (H) 3:30<br>VB (A) Kings Acad. 5:30/6:30 | 21 — Powder Puff Football<br>JVFB (A) LaBelle 7:00<br>VB (A) Kings Acad. 5:30/6:30 | 22 |
| 24 | 25 | 26 | 27 | 28 | 29 |

http://www.okee.k12.fl.us/ohs/calendars/september.htm

Page Title

-- --

Bowl WW (A) 3:30
B. Golf PSL (H) 3:30
VB (H) Glades Central 6/7

-- --

Swim PSL (H) 4:00
JVVB MC (A) 5:00/6:00

-- --

College Day
Bowl SF (H) 3:30
JVVB (A) Vero 7:00

-- --

VFB (A) SR 7:30
JV VB Tournament @ Palm Beach

-- --

JVVB Tou
CC Dade C

# EXHIBIT G

# February 2007

## OHS ACTIVITIES C

| Sun | Mon | Tue | Wed | Thu | Fri | |
|-----|-----|-----|-----|-----|-----|---|
| | | | | 1 | 2 | |
| | | | | Mz. Senior Cap and Gown Pictures | CPT Test | |
| 4 | 5 | 6 | 7 | 8 | 9 | |
| | PLC New Teacher Meeting FCAT Writes | Progress Reports FCAT Writes | | Early Release Day | ACT Test | |
| 11 | 12 | 13 | 14 | 15 | 16 | |
| | | | | | CPT Test | |
| 18 | 19 | 20 | 21 | 22 | 23 | |
| Holiday | PLC | | | | | |
| 25 | 26 | 27 | 28 | | | |

# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

GAY/STRAIGHT ALLIANCE OF )
OKEECHOBEE HIGH SCHOOL, an )
unincorporated association, et al., )
)
          Plaintiffs, )
      vs. )   Civil Action No. _____
)
OKEECHOBEE  COUNTY SCHOOL )
BOARD, et al., )
)
          Defendants.

**DECLARATION OF**  *Todd Holt*

1.    I am a student in my *Senior* year at Okeechobee High School (OHS).

2.    I am a member of the Gay/Straight Alliance of Okeechobee High School (the "GSA").

3.    The GSA is a voluntary unincorporated association made up of students who attend OHS.

4.    OHS is a high school located at 2800 Hwy. 441 North in Okeechobee, Florida and is governed by the Okeechobee County School Board (the "School Board").

*I am a member of Poetry Club and Japanese Clubs.*

1

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed November 2, 2006.

_____
Todd   Holt