# Exhibit A

**Equal Access Act,
20 U.S.C. § 4071**

EXHIBIT  *A*
PAGE  *1*  OF *3*

Westlaw.

20 U.S.C.A. § 4071

▷

**Effective: [See Text Amendments]**

UNITED STATES CODE ANNOTATED
TITLE 20. EDUCATION
**CHAPTER 52--EDUCATION FOR ECONOMIC SECURITY**
SUBCHAPTER VIII--EQUAL ACCESS
→ **§ 4071. Denial of equal access prohibited**

(a) Restriction of limited open forum on basis of religious, political, philosophical, or other speech content prohibited

It shall be unlawful for any public secondary school which receives Federal financial assistance and which has a limited open forum to deny equal access or a fair opportunity to, or discriminate against, any students who wish to conduct a meeting within that limited open forum on the basis of the religious, political, philosophical, or other content of the speech at such meetings.

(b) "Limited open forum" defined

A public secondary school has a limited open forum whenever such school grants an offering to or opportunity for one or more noncurriculum related student groups to meet on school premises during noninstructional time.

(c) Fair opportunity criteria

Schools shall be deemed to offer a fair opportunity to students who wish to conduct a meeting within its limited open forum if such school uniformly provides that--

(1) the meeting is voluntary and student-initiated;

(2) there is no sponsorship of the meeting by the school, the government, or its agents or employees;

(3) employees or agents of the school or government are present at religious meetings only in a nonparticipatory capacity;

(4) the meeting does not materially and substantially interfere with the orderly conduct of educational activities within the school; and

(5) nonschool persons may not direct, conduct, control, or regularly attend activities of student groups.

(d) Construction of subchapter with respect to certain rights

Nothing in this subchapter shall be construed to authorize the United States or any State or political subdivision thereof--

(1) to influence the form or content of any prayer or other religious activity;

(2) to require any person to participate in prayer or other religious activity;

(3) to expend public funds beyond the incidental cost of providing the space for student-initiated meetings;

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT _A_
PAGE _2_ OF _3_

20 U.S.C.A. § 4071

(4) to compel any school agent or employee to attend a school meeting if the content of the speech at the meeting is contrary to the beliefs of the agent or employee;

(5) to sanction meetings that are otherwise unlawful;

(6) to limit the rights of groups of students which are not of a specified numerical size; or

(7) to abridge the constitutional rights of any person.

(e) Federal financial assistance to schools unaffected

Notwithstanding the availability of any other remedy under the Constitution or the laws of the United States, nothing in this subchapter shall be construed to authorize the United States to deny or withhold Federal financial assistance to any school.

(f) Authority of schools with respect to order, discipline, well-being, and attendance concerns

Nothing in this subchapter shall be construed to limit the authority of the school, its agents or employees, to maintain order and discipline on school premises, to protect the well-being of students and faculty, and to assure that attendance of students at meetings is voluntary.

Current through P.L. 109-481 (excluding P.L. 109-435, 109-461, 109-469, 109-479) approved 01-12-07

Copr. © 2007 Thomson/West. No. Claim to Orig. U.S. Govt. Works

END OF DOCUMENT

© 2007 Thomson/West. No. Claim to Orig. U.S. Govt. Works.

EXHIBIT _A_
PAGE _3_ OF _3_

# "Exhibit B"

## Declaration of Principal Toni Wiersma

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF
OKEECHOBEE HIGH SCHOOL, an
unincorporated association and YASMIN
GONZALEZ, through her parent and next
friend Frankie Michelle Gonzalez,
              Plaintiffs,

      vs.

SCHOOL BOARD OF OKEECHOBEE
COUNTY and TONI WIERSMA, individually
and in her official capacity as principal of
Okeechobee High School,

              Defendants.

_____

## DECLARATION

STATE OF FLORIDA       )

COUNTY OF OKEECHOBEE      )

    1. My name is Toni Wiersma. I am a defendant in the above-styled action. I am over the age of 18 years, and make this declaration on personal information.

    2. I reside in the city of Okeechobee in Okeechobee County, Florida.

    3. I am the Principal of Okeechobee High School, which is within the jurisdiction of the defendant School Board of Okeechobee County.

    4. I am tasked under school board policy with making decisions relative to the school's extracurricular activities.

    5. In my official capacity as Principal of Okeechobee High School, I denied permission for students to establish a Gay-Straight Alliance club at the school.

1

EXHIBIT _____ B
PAGE _____ 2 __ OF __ 6

6. At the time of that denial, there were no Equal Access Clubs of any kind meeting at the school, nor had any student ever previously requested the formation of any Equal Access Club. At that time, I was entirely unfamiliar with the provisions of the Equal Access Act.

7. My decision to deny the formation of the club being requested by the students was supported by Dr. Patricia Cooper, the Superintendent of Okeechobee schools, by the School Board of Okeechobee County, and by Tom Conely, the school board attorney.

8. On October 10, 2006, I was approached for the first time by student Shakedra James about the formation of a new student club at Okeechobee High School. I told her the students would need to find a teacher advisor and draft a constitution for the new club.

9. The students gave me a partial constitution for their new club on October 13 indicating that the students were concerned about harassment at the school and that they wanted to socialize and discuss issues of sexuality and sexual orientation. (Declaration Exhibit 1, attached hereto)

10. I was concerned that the club Shakedra and other students, including Yasmin Gonzalez, wanted to form was not consistent with the abstinence curriculum at Okeechobee High School.

11. I wanted to deal with any incidents of harassment and I also wanted to assist the students to deal with any emotional issues they were facing with regard to this issue. On October 17, I contacted Wendy Padgett, a trained guidance counselor at the school, to see if she would be willing to meet with these students for counseling. I believed that the

EXHIBIT____B
PAGE____3__ OF __6

emotional issues these students were facing required the assistance of a trained guidance counselor, and not merely a teacher or the self-help of a student club.

12. On November 2, I met with four students who were interested in starting the new club. I asked them if they were being harassed at the school. They said they were not being harassed. I told the girls that I would not tolerate harassment of any kind at the school and wanted to deal with any incidents immediately.

13. During this meeting, I also told these four girls that I was concerned about the emotional issues they had raised and invited them to meet with Ms. Padgett. The other girls indicated they were favorable toward this idea, but they looked toward Shakedra, stating that Shakedra and Yasmin Gonzalez would have to make a decision about that invitation. Shakedra said that she would have to speak with Yasmin because Yasmin would have to decide whether the girls would be willing to meet with Ms. Padgett.

14. Later that day, the girls returned to my office with Yasmin. Yasmin was not willing to meet with Ms. Padgett or to have the other girls meet with her.

15. I again asked the girls about incidents of harassment. Again, these students were unable to name any particular incidents in which they had been harassed, although they said they had heard about harassment of other students in previous years.

16. On November 14, Shakedra James withdrew from Okeechobee High School. She left the community and she has not returned to the school since that time.

17. That same day, Yasmin came to my office and told me that she wanted to report an incident of harassment. She reported that Shakedra had been harassing her. Since Shakedra had already withdrawn from the school, I told Yasmin that she should contact me again if there were any further incidents with Shakedra or with anyone else.

3



18. I had no further meetings with these students regarding the establishment of a student club, although I continue to hold out my offer for these students or others to meet with Ms. Padgett.

19. Since my initial decision to deny the formation of a Gay Straight Alliance club at Okeechobee High School, I have become familiar with the provisions of the Equal Access Act and I understand that OHS does have non curricular clubs at the school.

20. I continue to believe that this club would undermine the abstinence curriculum of Okeechobee High School and that meeting with Ms. Padgett would be a better way for these students to deal with the difficult issues they are facing.

21. I would deny any student permission to form any club based around sex and sexuality issues at Okeechobee High school without regard to the sexual orientation of the student making the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed, January 29, 2007.

_Joni Wiersma_
Toni Wiersma

4

# "Declaration Exhibit 1"

## Initial "By-Laws of the Gay-Straight Alliance"

EXHIBIT _____ *B* _____

PAGE _ *1* _ OF _ *6* _

## BY-LAWS OF THE GAY-STRAIGHT ALLIANCE

### ARTICLE I
The name of this club shall be the Gay-Straight Alliance.

### ARTICLE II
### PURPOSE

The primary purposes of the club shall be as follows:

A. To promote tolerance and equality among students of all sexual orientations and gender identities through educational efforts and awareness-building.

B. To inform members and the student body of issues and events effecting the lives of lesbian, gay, bisexual, transgender, and straight ally youth.

C. To create a safer, more respectful learning enviornment for all students.

D. To work in coalition with administration and other on-campus clubs to expose and dismantle oppressions and prejudice in all of their expressions.

E. To create a safe, welcoming space for LGBT and Straight Ally students to socialize and talk together about issues they hold in common.

### ARTICLE III
### MEMBERSHIP

The membership shall be open to all students and faculty members who are interested in the purposes of this club, provided they maintain the club enviornment free of harassment.

*This was the by-laws that were handed to me by the group in the midst of the black/hispanic problem*

# "Exhibit C"

## FLA. STAT. §§ 1001.42, 1003.43, and 1003.46

EXHIBIT____ _C_
PAGE __/__ OF __16__



West's **F.S.A.** § 1001.42

▷

### Effective: June 05, 2006

WEST'S FLORIDA STATUTES ANNOTATED
TITLE XLVIII. **K-20 EDUCATION CODE (CHAPTERS 1000-1013)**
CHAPTER 1001. K-20 GOVERNANCE
PART II. SCHOOL DISTRICT GOVERNANCE
A. DISTRICT SCHOOL BOARDS
→ **1001.42. Powers and duties of district school board**

The district school board, acting as a board, shall exercise all powers and perform all duties listed below:

**(1) Require minutes and records to be kept.**--Require the district school superintendent, as secretary, to keep such minutes and records as are necessary to set forth clearly all actions and proceedings of the school board.

(a) *Minutes, recording.*--The minutes of each meeting shall be reviewed, corrected if necessary, and approved at the next regular meeting, provided that this action may be taken at an intervening special meeting if the district school board desires. The minutes shall be kept as a public record in a permanent location.

(b) *Minutes, contents.*--The minutes shall show the vote of each member present on all matters on which the district school board takes action. It shall be the duty of each member to see to it that both the matter and his or her vote thereon are properly recorded in the minutes. Unless otherwise shown by the minutes, it shall be presumed that the vote of each member present supported any action taken by the district school board in either the exercise of, violation of, or neglect of the powers and duties imposed upon the district school board by law or rule, whether such action is recorded in the minutes or is otherwise established. It shall also be presumed that the policies, appointments, programs, and expenditures not recorded in the minutes but made and actually in effect in the district school system were made and put into effect at the direction of the district school board, unless it can be shown that they were done without the actual or constructive knowledge of the members of the district school board.

**(2) Control property.**--Subject to rules of the State Board of Education, control property and convey the title to real and personal property.

**(3) Adopt school program.**--Adopt a school program for the entire school district.

**(4) Establishment, organization, and operation of schools.**--Adopt and provide for the execution of plans for the establishment, organization, and operation of the schools of the district, including, but not limited to, the following:

(a) *Schools and enrollment plans.*--Establish schools and adopt enrollment plans that may include school attendance areas and open enrollment provisions.

(b) *Elimination of school centers and consolidation of schools.*--Provide for the elimination of school centers and the consolidation of schools.

(c) *Adequate educational facilities for all children without tuition.*--Provide adequate educational facilities for all children without payment of tuition.

(d) *Cooperate with school boards of adjoining districts in maintaining schools.*--Approve plans for cooperating with school boards of adjoining districts in this state or in adjoining states for establishing school attendance areas com-

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT C
PAGE 2 OF 16

West's **F.S.A.** § 1001.42

posed of territory lying within the districts and for the joint maintenance of district-line schools or other schools which are to serve those attendance areas. The conditions of such cooperation shall be as follows:

1. Establishment.--The establishment of a school to serve attendance areas lying in more than one district and the plans for maintaining the school and providing educational services to students shall be effected by annual resolutions spread upon the minutes of each district school board concerned, which resolutions shall set out the territorial limits of the areas from which children are to attend the school and the plan to be followed in maintaining and operating the school.

2. Control.--Control of the school or schools involved shall be vested in the district school board of the district in which the school or schools are located unless otherwise agreed by the district school boards.

3. Settlement of disagreements.--In the event an agreement cannot be reached relating to such attendance areas or to the school or schools therein, the matter may be referred jointly by the cooperating district school boards or by either district school board to the Department of Education for decision under rules of the State Board of Education, and its decision shall be binding on both school boards.

(e) *Classification and standardization of schools.*--Provide for the classification and standardization of schools.

(f) *Opening and closing of schools; fixing uniform date.*--Adopt policies for the opening and closing of schools and fix uniform dates; however, beginning with the 2007-2008 school year, the opening date for schools in the district may not be earlier than 14 days before Labor Day each year.

(g) *Observance of school holidays and vacation periods.*--Designate the observance of school holidays and vacation periods.

(h) *Career classes and schools.*--Provide for the establishment and maintenance of career schools, departments, or classes, giving instruction in career education as defined by rules of the State Board of Education, and use any moneys raised by public taxation in the same manner as moneys for other school purposes are used for the maintenance and support of public schools or classes.

(i) *District school boards may establish public evening schools.*--Have the authority to establish public evening schools.

(j) *Cooperate with other agencies in joint projects.*--Cooperate with other agencies in joint projects.

(k) *Planning time for teachers.*--May adopt rules for planning time for teachers in accordance with the provisions of chapter 1012.

(*l*) *Exceptional students.*--Provide for an appropriate program of special instruction, facilities, and services for exceptional students as prescribed by the State Board of Education as acceptable in accordance with the provisions of s. 1003.57.

(m) *Alternative education programs for students in residential care facilities.*--Provide, in accordance with the provisions of s. 1003.58, educational programs according to rules of the State Board of Education to students who reside in residential care facilities operated by the Department of Children and Family Services.

(n) *Educational services in detention facilities.*--In accordance with the provisions of chapter 1006, offer services to students in detention facilities.

**(5) Personnel.--**

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT___*C*___
PAGE___*3*___ OF ___*16*___

West's **F.S.A. § 1001.42**

(a) Designate positions to be filled, prescribe qualifications for those positions, and provide for the appointment, compensation, promotion, suspension, and dismissal of employees, subject to the requirements of chapter 1012. A district school board is encouraged to provide clerical personnel or volunteers who are not classroom teachers to assist teachers in noninstructional activities, including performing paperwork and recordkeeping duties. However, a teacher shall remain responsible for all instructional activities and for classroom management and grading student performance.

(b) Notwithstanding s. 1012.55 or any other provision of law or rule to the contrary and consistent with adopted district school board policy relating to alternative certification for school principals, have the authority to appoint persons to the position of school principal who do not hold educator certification.

**(6) Student welfare.--**

(a) In accordance with the provisions of chapters 1003 and 1006, provide for the proper accounting for all students of school age, for the attendance and control of students at school, and for proper attention to health, safety, and other matters relating to the welfare of students.

(b) In accordance with the provisions of ss. 1003.31 and 1003.32, fully support the authority of each teacher and school bus driver to remove disobedient, disrespectful, violent, abusive, uncontrollable, or disruptive students from the classroom and the school bus and the authority of the school board to place such students in an alternative educational setting, when appropriate and available.

**(7) Courses of study and other instructional materials.--**Provide adequate instructional materials for all students in accordance with the requirements of chapter 1006.

**(8) Transportation of students.--**After considering recommendations of the district school superintendent, make provision for the transportation of students to the public schools or school activities they are required or expected to attend; authorize transportation routes arranged efficiently and economically; provide the necessary transportation facilities, and, when authorized under rules of the State Board of Education and if more economical to do so, provide limited subsistence in lieu thereof; and adopt the necessary rules and regulations to ensure safety, economy, and efficiency in the operation of all buses, as prescribed in chapter 1006.

**(9) School plant.--**Approve plans for locating, planning, constructing, sanitating, insuring, maintaining, protecting, and condemning school property as prescribed in chapter 1013 and as follows:

(a) *School building program.*--Approve and adopt a districtwide school building program.

(b) *Sites, buildings, and equipment.*--

1. Select and purchase school sites, playgrounds, and recreational areas located at centers at which schools are to be constructed, of adequate size to meet the needs of projected students to be accommodated.

2. Approve the proposed purchase of any site, playground, or recreational area for which district funds are to be used.

3. Expand existing sites.

4. Rent buildings when necessary.

5. Enter into leases or lease-purchase arrangements, in accordance with the requirements and conditions provided in s. 1013.15(2), with private individuals or corporations for the rental of necessary grounds and educational facilities

EXHIBIT_____ *C*
PAGE_____ 4 ___ OF _16_

West's **F.S.A.** § 1001.42

for school purposes or of educational facilities to be erected for school purposes. Current or other funds authorized by law may be used to make payments under a lease-purchase agreement. Notwithstanding any other statutes, if the rental is to be paid from funds received from ad valorem taxation and the agreement is for a period greater than 12 months, an approving referendum must be held. The provisions of such contracts, including building plans, shall be subject to approval by the Department of Education, and no such contract shall be entered into without such approval. As used in this section, "educational facilities" means the buildings and equipment that are built, installed, or established to serve educational purposes and that may lawfully be used. The State Board of Education may adopt such rules as are necessary to implement these provisions.

6. Provide for the proper supervision of construction.

7. Make or contract for additions, alterations, and repairs on buildings and other school properties.

8. Ensure that all plans and specifications for buildings provide adequately for the safety and well-being of students, as well as for economy of construction.

(c) *Maintenance and upkeep of school plant.*--Provide adequately for the proper maintenance and upkeep of school plants, so that students may attend school without sanitary or physical hazards, and provide for the necessary heat, lights, water, power, and other supplies and utilities necessary for the operation of the schools.

(d) *Insurance of school property.*--Carry insurance on every school building in all school plants including contents, boilers, and machinery, except buildings of three classrooms or less that are of frame construction and located in a tenth class public protection zone as defined by the Florida Inspection and Rating Bureau, and on all school buses and other property under the control of the district school board or title to which is vested in the district school board, except as exceptions may be authorized under rules of the State Board of Education.

(e) *Condemnation of buildings.*--Condemn and prohibit the use for public school purposes of any building that can be shown for sanitary or other reasons to be no longer suitable for such use and, when any building is condemned by any state or other government agency as authorized in chapter 1013, see that it is no longer used for school purposes.

**(10) Finance.--**Take steps to assure students adequate educational facilities through the financial procedure authorized in chapters 1010 and 1011 and as prescribed below:

(a) *Provide for all schools to operate at least 180 days.*--Provide for the operation of all public schools, both elementary and secondary, as free schools for a term of at least 180 days or the equivalent on an hourly basis as specified by rules of the State Board of Education; determine district school funds necessary in addition to state funds to operate all schools for such minimum term; and arrange for the levying of district school taxes necessary to provide the amount needed from district sources.

(b) *Annual budget.*--Cause to be prepared, adopt, and have submitted to the Department of Education as required by law and rules of the State Board of Education, the annual school budget, such budget to be so prepared and executed as to promote the improvement of the district school system.

(c) *Tax levies.*--Adopt and spread on its minutes a resolution fixing the district school tax levy, provided for under s. 9, Art. VII of the State Constitution, necessary to carry on the school program adopted for the district for the next ensuing fiscal year as required by law, and fixing the district bond interest and sinking fund tax levy necessary for districts against which bonds are outstanding; and adopt and spread on its minutes a resolution suggesting the tax levy provided for in s. 9, Art. VII of the State Constitution, found necessary to carry on the school program adopted for the district for the next ensuing fiscal year.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT _C_
PAGE _5_ OF _16_

West's F.S.A. § 1001.42

(d) *School funds.*--Require that an accurate account is kept of all funds that should be transmitted to the district school board for school purposes at various periods during the year from all sources and, if any funds are not transmitted promptly, take the necessary steps to have such funds made available.

(e) *Borrow money.*--Borrow money, as prescribed in ss. 1011.12-1011.16, when necessary in anticipation of funds reasonably to be expected during the year as shown by the budget.

(f) *Financial records and accounts.*--Provide for keeping of accurate records of all financial transactions.

(g) *Approval and payment of accounts.*--Implement a system of accounting and budgetary control to ensure that payments do not exceed amounts budgeted, as required by law; make available all records for proper audit by state officials or independent certified public accountants; and have prepared required periodic statements to be filed with the Department of Education as provided by rules of the State Board of Education.

(h) *Bonds of employees.*--Fix and prescribe the bonds, and pay the premium on all such bonds, of all school employees who are responsible for school funds in order to provide reasonable safeguards for all such funds or property.

(i) *Contracts for materials, supplies, and services.*--Contract for materials, supplies, and services needed for the district school system. No contract for supplying these needs shall be made with any member of the district school board, with the district school superintendent, or with any business organization in which any district school board member or the district school superintendent has any financial interest whatsoever.

(j) *Purchasing regulations to be secured from Department of Management Services.*--Secure purchasing regulations and amendments and changes thereto from the Department of Management Services and prior to any purchase have reported to it by its staff, and give consideration to the lowest price available to it under such regulations, provided a regulation applicable to the item or items being purchased has been adopted by the department. The department should meet with educational administrators to expand the inventory of standard items for common usage in all schools and postsecondary educational institutions.

(k) *Protection against loss.*--Provide for adequate protection against any loss or damage to school property or loss resulting from any liability for which the district school board or its officers, agents, or employees may be responsible under law. In fulfilling this responsibility, the district school board may purchase insurance, to be self-insured, to enter into risk management programs managed by district school boards, school-related associations, or insurance companies, or to have any combination thereof in any area to the extent the district school board is either authorized or required by law to contract for insurance. Any risk management program entered into pursuant to this subsection shall provide for strict accountability of all funds to the member district school boards and an annual audit by an independent certified public accountant of all receipts and disbursements.

(*l*) *Internal auditor.*--May employ an internal auditor to perform ongoing financial verification of the financial records of the school district. The internal auditor shall report directly to the district school board or its designee.

(m) *Financial and performance audits.*--In addition to the audits required by ss. 11.45 and 218.39, may contract with an independent certified public accountant to conduct a financial or performance audit of its accounts and records retained by it and paid from its public funds.

**(11) Records and reports.**--Provide for the keeping of all necessary records and the making of all needed or required reports, as follows:

(a) *Forms, blanks, and reports.*--Require all employees to keep accurately all records and to make promptly in the proper form all reports required by law or by rules of the State Board of Education.

EXHIBIT C
PAGE 6 OF 76

West's F.S.A. § 1001.42

(b) *Reports to the department.*--Require that the district school superintendent prepare all reports to the Department of Education that may be required by law or rules of the State Board of Education; see that all such reports are promptly transmitted to the department; withhold the further payment of salary to the superintendent or employee when notified by the department that he or she has failed to file any report within the time or in the manner prescribed; and continue to withhold the salary until the district school board is notified by the department that such report has been received and accepted, provided that when any report has not been received by the date due and after due notice has been given to the district school board of that fact, the department, if it deems necessary, may require the report to be prepared by a member of its staff, and the district school board shall pay all expenses connected therewith. Any member of the district school board who is responsible for the violation of this provision is subject to suspension and removal.

(c) *Reports to parents.*--Require that, at regular intervals, reports are made by school principals or teachers to parents, apprising them of the progress being made by the students in their studies and giving other needful information.

**(12) Cooperation with other district school boards.**--May establish and participate in educational consortia that are designed to provide joint programs and services to cooperating school districts, consistent with the provisions of s. 4(b), Art. IX of the State Constitution. The State Board of Education shall adopt rules providing for the establishment, funding, administration, and operation of such consortia.

**(13) Enforcement of law and rules.**--Require that all laws and rules of the State Board of Education or of the district school board are properly enforced.

**(14) School lunch program.**--Assume such responsibilities and exercise such powers and perform such duties as may be assigned to it by law or as may be required by rules of the State Board of Education or, as in the opinion of the district school board, are necessary to ensure school lunch services, consistent with needs of students; effective and efficient operation of the program; and the proper articulation of the school lunch program with other phases of education in the district.

**(15) Public information and parental involvement program.**--

(a) Adopt procedures whereby the general public can be adequately informed of the educational programs, needs, and objectives of public education within the district, including educational opportunities available through the Florida Virtual School.

(b) Adopt rules to strengthen family involvement and empowerment pursuant to s. 1002.23. The rules shall be developed in collaboration with school administrators, parents, teachers, and community partners.

(c) Develop and disseminate a parent guide to successful student achievement which addresses what parents need to know about their child's educational progress and how they can help their child to succeed in school.

(d) Develop and disseminate a checklist for parents to assist parents in becoming involved in their child's educational progress.

(e) Encourage teachers and administrators to keep parents informed of student progress, student programs, student attendance requirements pursuant to ss. 1003.26, 1003.27, 414.1251, and 984.151, and availability of resources for academic assistance.

**(16) Implement school improvement and accountability.**--Maintain a system of school improvement and education accountability as provided by statute and State Board of Education rule. This system of school improvement

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT ___C___
PAGE ___7___ OF ___76___

West's F.S.A. § 1001.42

and education accountability shall be consistent with, and implemented through, the district's continuing system of planning and budgeting required by this section and ss. 1008.385, 1010.01, and 1011.01. This system of school improvement and education accountability shall include, but is not limited to, the following:

(a) *School improvement plans.*--Annually approve and require implementation of a new, amended, or continuation school improvement plan for each school in the district. A district school board may establish a district school improvement plan that includes all schools in the district operating for the purpose of providing educational services to youth in Department of Juvenile Justice programs. The school improvement plan shall be designed to achieve the state education priorities pursuant to s. 1000.03(5) and student proficiency on the Sunshine State Standards pursuant to s. 1003.41. Each plan shall address student achievement goals and strategies based on state and school district proficiency standards. The plan may also address issues relative to other academic-related matters, as determined by district school board policy, and shall include an accurate, data-based analysis of student achievement and other school performance data. Beginning with plans approved for implementation in the 2007-2008 school year, each secondary school plan must include a redesign component based on the principles established in s. 1003.413. For each school in the district that earns a school grade of "C" or below, or is required to have a school improvement plan under federal law, the school improvement plan shall, at a minimum, also include:

1. Professional development that supports enhanced and differentiated instructional strategies to improve teaching and learning.

2. Continuous use of disaggregated student achievement data to determine effectiveness of instructional strategies.

3. Ongoing informal and formal assessments to monitor individual student progress, including progress toward mastery of the Sunshine State Standards, and to redesign instruction if needed.

4. Alternative instructional delivery methods to support remediation, acceleration, and enrichment strategies.

(b) *Approval process.*--Develop a process for approval of a school improvement plan presented by an individual school and its advisory council. In the event a district school board does not approve a school improvement plan after exhausting this process, the Department of Education shall be notified of the need for assistance.

(c) *Assistance and intervention.*--

1. Develop a 2-year plan of increasing individualized assistance and intervention for each school in danger of not meeting state standards or making adequate progress, as defined pursuant to statute and State Board of Education rule, toward meeting the goals and standards of its approved school improvement plan.

2. Provide assistance and intervention to a school that is designated with a grade of "D" pursuant to s. 1008.34 and is in danger of failing.

3. Develop a plan to encourage teachers with demonstrated mastery in improving student performance to remain at or transfer to a school with a grade of "D" or "F" or to an alternative school that serves disruptive or violent youths. If a classroom teacher, as defined by s. 1012.01(2)(a), who meets the definition of teaching mastery developed according to the provisions of this paragraph, requests assignment to a school designated with a grade of "D" or "F" or to an alternative school that serves disruptive or violent youths, the district school board shall make every practical effort to grant the request.

4. Prioritize, to the extent possible, the expenditures of funds received from the supplemental academic instruction categorical fund under s. 1011.62(1)(f) to improve student performance in schools that receive a grade of "D" or "F."

EXHIBIT *C*
PAGE *8* OF *16*

West's F.S.A. § 1001.42

(d) *After 2 years.*--Notify the Commissioner of Education and the State Board of Education in the event any school does not make adequate progress toward meeting the goals and standards of a school improvement plan by the end of 2 years of failing to make adequate progress and proceed according to guidelines developed pursuant to statute and State Board of Education rule. School districts shall provide intervention and assistance to schools in danger of being designated with a grade of "F," failing to make adequate progress.

(e) *Public disclosure.*--Provide information regarding performance of students and educational programs as required pursuant to ss. 1008.22 and 1008.385 and implement a system of school reports as required by statute and State Board of Education rule that shall include schools operating for the purpose of providing educational services to youth in Department of Juvenile Justice programs, and for those schools, report on the elements specified in s. 1003.52(19). Annual public disclosure reports shall be in an easy-to-read report card format and shall include the school's grade, high school graduation rate calculated without GED tests, disaggregated by student ethnicity, and performance data as specified in state board rule.

(f) *School improvement funds.*--Provide funds to schools for developing and implementing school improvement plans. Such funds shall include those funds appropriated for the purpose of school improvement pursuant to s. 24.121(5)(c).

**(17) Local-level decisionmaking.--**

(a) Adopt policies that clearly encourage and enhance maximum decisionmaking appropriate to the school site. Such policies must include guidelines for schools in the adoption and purchase of district and school site instructional materials and technology, the implementation of student health and fitness standards, staff training, school advisory council member training, student support services, budgeting, and the allocation of staff resources.

(b) Adopt waiver process policies to enable all schools to exercise maximum flexibility and notify advisory councils of processes to waive school district and state policies.

(c) Develop policies for periodically monitoring the membership composition of school advisory councils to ensure compliance with requirements established in s. 1001.452.

(d) Adopt policies that assist in giving greater autonomy, including authority over the allocation of the school's budget, to schools designated with a grade of "A," making excellent progress, and schools rated as having improved at least two grades.

**(18) Opportunity scholarships.--**Adopt policies allowing students attending schools that have been designated with a grade of "F," failing to make adequate progress, for 2 school years in a 4-year period to attend a higher performing school in the district or an adjoining district or be granted a state opportunity scholarship to a private school, in conformance with s. 1002.38 and State Board of Education rule.

**(19) Authority to declare an emergency.--**May declare an emergency in cases in which one or more schools in the district are failing or are in danger of failing and negotiate special provisions of its contract with the appropriate bargaining units to free these schools from contract restrictions that limit the school's ability to implement programs and strategies needed to improve student performance.

**(20) School-within-a-school.--**In order to reduce the anonymity of students in large schools, adopt policies to encourage any large school to subdivide into schools-within-a-school that shall operate within existing resources in accordance with the provisions of chapter 1003.

**(21) Florida virtual school.--**Provide students with access to enroll in courses available through the Florida Virtual

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT _C_
PAGE _9_ OF _16_

West's **F.S.A. § 1001.42**

School and award credit for successful completion of such courses. Access shall be available to students during or after the normal school day and through summer school enrollment.

**(22) Reduce paperwork and data collection and reporting requirements.--** Beginning with the 2006-2007 school year:

(a) Each district school board shall designate a classroom teacher to serve as the teacher representative to speak on behalf of the district's teachers regarding paperwork and data collection reduction.

(b) Each district school board must provide the school community with an efficient method for the school community to communicate with the classroom teacher designee regarding possible paperwork and data collection burdens and potential solutions.

(c) The teacher designee shall annually report his or her findings and potential solutions to the school board.

(d) Each district school board must submit its findings and potential solutions to the State Board of Education by September 1 of each year.

(e) The State Board of Education shall prepare a report of the statewide paperwork and data collection findings and potential solutions and submit the report to the Governor, the President of the Senate, and the Speaker of the House of Representatives by October 1 of each year.

**(23) Adopt rules.--**Adopt rules pursuant to ss. 120.536(1) and 120.54 to implement this section.

Current through Nov. 7, 2006 General Election.

© 2006 Thomson/West

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT_____*C*___
PAGE__*10*__OF__*16*__

Westlaw.

West's F.S.A. § 1003.43

▷

### Effective: July 01, 2004

West's Florida Statutes Annotated Currentness
  Title XLVIII. K-20 Education Code (Chapters 1000-1013)
    Chapter 1003. Public K-12 Education (Refs & Annos)
      Part IV. Public K-12 Educational Instruction

→ **1003.43. General requirements for high school graduation**

(1) Graduation requires successful completion of either a minimum of 24 academic credits in grades 9 through 12 or an International Baccalaureate curriculum. The 24 credits shall be distributed as follows:

(a) Four credits in English, with major concentration in composition and literature.

(b) Three credits in mathematics. Effective for students entering the 9th grade in the 1997-1998 school year and thereafter, one of these credits must be Algebra I, a series of courses equivalent to Algebra I, or a higher-level mathematics course.

(c) Three credits in science, two of which must have a laboratory component. Agriscience Foundations I, the core course in secondary Agriscience and Natural Resources programs, counts as one of the science credits.

(d) One credit in American history.

(e) One credit in world history, including a comparative study of the history, doctrines, and objectives of all major political systems.

(f) One-half credit in economics, including a comparative study of the history, doctrines, and objectives of all major economic systems. The Florida Council on Economic Education shall provide technical assistance to the department and district school boards in developing curriculum materials for the study of economics.

(g) One-half credit in American government, including study of the Constitution of the United States. For students entering the 9th grade in the 1997-1998 school year and thereafter, the study of Florida government, including study of the State Constitution, the three branches of state government, and municipal and county government, shall be included as part of the required study of American government.

(h)1. One credit in practical arts career education or exploratory career education. Any career education course as defined in s. 1003.01 may be taken to satisfy the high school graduation requirement for one credit in practical arts or exploratory career education provided in this subparagraph;

2. One credit in performing fine arts to be selected from music, dance, drama, painting, or sculpture. A course in any art form, in addition to painting or sculpture, that requires manual dexterity, or a course in speech and debate, may be taken to satisfy the high school graduation requirement for one credit in performing arts pursuant to this subparagraph; or

3. One-half credit each in practical arts career education or exploratory career education and performing fine arts,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT____C____
PAGE___11___ OF _16_

West's F.S.A. § 1003.43

as defined in this paragraph.

Such credit for practical arts career education or exploratory career education or for performing fine arts shall be made available in the 9th grade, and students shall be scheduled into a 9th grade course as a priority.

(i) One-half credit in life management skills to include consumer education, positive emotional development, marriage and relationship skill-based education, nutrition, parenting skills, prevention of human immunodeficiency virus infection and acquired immune deficiency syndrome and other sexually transmissible diseases, benefits of sexual **abstinence** and consequences of teenage pregnancy, information and instruction on breast cancer detection and breast self-examination, cardiopulmonary resuscitation, drug education, and the hazards of smoking.

(j) One credit in physical education to include assessment, improvement, and maintenance of personal fitness. Participation in an interscholastic sport at the junior varsity or varsity level, for two full seasons, shall satisfy the one-credit requirement in physical education if the student passes a competency test on personal fitness with a score of "C" or better. The competency test on personal fitness must be developed by the Department of Education. A district school board may not require that the one credit in physical education be taken during the 9th grade year. Completion of one semester with a grade of "C" or better in a marching band class, in a physical activity class that requires participation in marching band activities as an extracurricular activity, or in a Reserve Officer Training Corps (R.O.T.C.) class a significant component of which is drills shall satisfy a one-half credit requirement in physical education. This one-half credit may not be used to satisfy the personal fitness requirement or the requirement for adaptive physical education under an individual educational plan (IEP) or 504 plan.

(k) Eight and one-half elective credits.

District school boards may award a maximum of one-half credit in social studies and one-half elective credit for student completion of nonpaid voluntary community or school service work. Students choosing this option must complete a minimum of 75 hours of service in order to earn the one-half credit in either category of instruction. Credit may not be earned for service provided as a result of court action. District school boards that approve the award of credit for student volunteer service shall develop guidelines regarding the award of the credit, and school principals are responsible for approving specific volunteer activities. A course designated in the Course Code Directory as grade 9 through grade 12 that is taken below the 9th grade may be used to satisfy high school graduation requirements or Florida Academic Scholars award requirements as specified in a district school board's student progression plan. A student shall be granted credit toward meeting the requirements of this subsection for equivalent courses, as identified pursuant to s. 1007.271(6), taken through dual enrollment.

(2) Remedial and compensatory courses taken in grades 9 through 12 may only be counted as elective credit as provided in subsection (1).

(3) Credit for high school graduation may be earned for volunteer activities and nonacademic activities which have been approved for such credit by the State Board of Education.

(4)(a) A district school board may require specific courses and programs of study within the minimum credit requirements for high school graduation and shall modify basic courses, as necessary, to assure exceptional students the opportunity to meet the graduation requirements for a standard diploma, using one of the following strategies:

1. Assignment of the exceptional student to an exceptional education class for instruction in a basic course with the same student performance standards as those required of nonexceptional students in the district school board student progression plan; or

2. Assignment of the exceptional student to a basic education class for instruction that is modified to accommodate

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT _____ _C_
PAGE _12_ OF _16_

West's F.S.A. § 1003.43

the student's exceptionality.

(b) The district school board shall determine which of these strategies to employ based upon an assessment of the student's needs and shall reflect this decision in the student's individual educational plan.

(c) District school boards are authorized and encouraged to establish requirements for high school graduation in excess of the minimum requirements; however, an increase in academic credit or minimum grade point average requirements shall not apply to those students enrolled in grades 9 through 12 at the time the district school board increases the requirements. In addition, any increase in academic credit or minimum grade point average requirements shall not apply to a student who earns credit toward the graduation requirements of this section for equivalent courses taken through dual enrollment.

(5) Each district school board shall establish standards for graduation from its schools, and these standards must include:

(a) Earning passing scores on the FCAT, as defined in s. 1008.22(3)(c), or scores on a standardized test that are concordant with passing scores on the FCAT as defined in s. 1008.22(9).

(b) Completion of all other applicable requirements prescribed by the district school board pursuant to s. 1008.25.

(c) Achievement of a cumulative grade point average of 1.5 on a 4.0 scale, or its equivalent, for students entering 9th grade before the 1997-1998 school year; however, these students must earn a cumulative grade point average of 2.0 on a 4.0 scale, or its equivalent, in the courses required by subsection (1) that are taken after July 1, 1997, or have an overall cumulative grade point average of 2.0 or above.

(d) Achievement of a cumulative grade point average of 2.0 on a 4.0 scale, or its equivalent, in the courses required by subsection (1), for students entering 9th grade in the 1997-1998 school year and thereafter.

(e) For purposes of paragraphs (c) and (d):

1. Each district school board shall adopt policies designed to assist students in meeting these requirements. These policies may include, but are not limited to: forgiveness policies, summer school or before or after school attendance, special counseling, volunteer and/or peer tutors, school-sponsored help sessions, homework hotlines, and study skills classes. Beginning in the 2000- 2001 school year and each year thereafter, forgiveness policies for required courses shall be limited to replacing a grade of "D" or "F," or the equivalent of a grade of "D" or "F," with a grade of "C" or higher, or the equivalent of a grade of "C" or higher, earned subsequently in the same or comparable course. Forgiveness policies for elective courses shall be limited to replacing a grade of "D" or "F," or the equivalent of a grade of "D" or "F," with a grade of "C" or higher, or the equivalent of a grade of "C" or higher, earned subsequently in another course. Any course grade not replaced according to a district school board forgiveness policy shall be included in the calculation of the cumulative grade point average required for graduation.

2. At the end of each semester, the parent of each student in grades 9, 10, 11, and 12 who has a cumulative grade point average of less than 0.5 above the cumulative grade point average required for graduation shall be notified that the student is at risk of not meeting the requirements for graduation. The notice shall contain an explanation of the policies the district school board has in place to assist the student in meeting the grade point average requirement.

3. Special assistance to obtain a high school equivalency diploma pursuant to s. 1003.435 may be given only when the student has completed all requirements for graduation except the attainment of the required cumulative grade point average.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT ____C____
PAGE ___13___ OF ___16___

West's F.S.A. § 1003.43

The standards required in this subsection, and any subsequent modifications, shall be reprinted in the Florida Administrative Code even though not defined as "rules."

(6) The Legislature recognizes that adult learners are unique in situation and needs. The following graduation requirements are therefore instituted for students enrolled in adult general education in accordance with s. 1004.93 in pursuit of a high school diploma:

(a) The one credit in physical education required for graduation, pursuant to subsection (1), is not required for graduation and shall be substituted with elective credit keeping the total credits needed for graduation consistent with subsection (1).

(b) Each district school board may waive the laboratory component of the science requirement expressed in subsection (1) when such facilities are inaccessible or do not exist.

(c) Any course listed within the Department of Education Course Code Directory in the areas of art, dance, drama, or music may be undertaken by adult secondary education students. Enrollment and satisfactory completion of such a course shall satisfy the credit in performing fine arts required for high school graduation pursuant to subsection (1).

(7) No student may be granted credit toward high school graduation for enrollment in the following courses or programs:

(a) More than a total of nine elective credits in remedial programs.

(b) More than one credit in exploratory career education courses as defined in s. 1003.01(4)(a).

(c) More than three credits in practical arts family and consumer sciences classes as defined in s. 1003.01(4)(a).

(d) Any Level I course unless the student's assessment indicates that a more rigorous course of study would be inappropriate, in which case a written assessment of the need must be included in the student's individual educational plan or in a student performance plan, signed by the principal, the guidance counselor, and the parent of the student, or the student if the student is 18 years of age or older.

(8) The State Board of Education, after a public hearing and consideration, shall adopt rules based upon the recommendations of the commissioner for the provision of test accommodations and modifications of procedures as necessary for students with disabilities which will demonstrate the student's abilities rather than reflect the student's impaired sensory, manual, speaking, or psychological process skills.

(9) The public hearing and consideration required in subsection (8) shall not be construed to amend or nullify the requirements of security relating to the contents of examinations or assessment instruments and related materials or data as prescribed in s. 1008.23.

(10)(a) A student who meets all requirements prescribed in subsections (1), (4), and (5) shall be awarded a standard diploma in a form prescribed by the State Board of Education. A district school board may attach the Florida gold seal career endorsement to a standard diploma or, instead of the standard diploma, award differentiated diplomas to those exceeding the prescribed minimums.

(b) A student who completes the minimum number of credits and other requirements prescribed by subsections (1) and (4), but who is unable to meet the standards of paragraph (5)(a), paragraph (5)(b), or paragraph (5)(c), shall be awarded a certificate of completion in a form prescribed by the State Board of Education. However, any student who is otherwise entitled to a certificate of completion may elect to remain in the secondary school either as a

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT _C_
PAGE _14_ OF _16_

West's F.S.A. § 1003.43

full-time student or a part-time student for up to 1 additional year and receive special instruction designed to remedy his or her identified deficiencies.

(11)(a) Each district school board must provide instruction to prepare students with disabilities to demonstrate proficiency in the skills and competencies necessary for successful grade-to-grade progression and high school graduation.

(b) A student with a disability, as defined in s. 1007.02(2), for whom the individual educational plan (IEP) committee determines that the FCAT cannot accurately measure the student's abilities taking into consideration all allowable accommodations, shall have the FCAT requirement of paragraph (5)(a) waived for the purpose of receiving a standard high school diploma, if the student:

1. Completes the minimum number of credits and other requirements prescribed by subsections (1) and (4).

2. Does not meet the requirements of paragraph (5)(a) after one opportunity in 10th grade and one opportunity in 11th grade.

(12) The Commissioner of Education may award a standard high school diploma to honorably discharged veterans who started high school between 1937 and 1946 and were scheduled to graduate between 1941 and 1950 but were inducted into the United States Armed Forces between September 16, 1940, and December 31, 1946, prior to completing the necessary high school graduation requirements. Upon the recommendation of the commissioner, the State Board of Education may develop criteria and guidelines for awarding such diplomas.

<Text of subsec. (13) as amended by Laws 2004, c. 2004-41, § 39, eff. May 12, 2004>

(13) The Commissioner of Education may award a standard high school diploma to honorably discharged veterans who started high school between 1946 and 1950 and were scheduled to graduate between 1950 and 1954, but were inducted into the United States Armed Forces between June 27, 1950, and January 31, 1955, and served during the Korean Conflict prior to completing the necessary high school graduation requirements. Upon the recommendation of the commissioner, the State Board of Education may develop criteria and guidelines for awarding such diplomas.

<Text of subsec. (13) as amended by Laws 2004, c. 2004-223, § 1, eff. July 1, 2004>

(13) The Commissioner of Education may award a standard high school diploma to honorably discharged veterans who started high school between 1946 and 1950 and were scheduled to graduate between 1949 and 1955, but were inducted into the United States Armed Forces between June 1949 and January 1955, and served during the Korean War prior to completing the necessary high school graduation requirements. Upon the recommendation of the commissioner, the State Board of Education may develop criteria and guidelines for awarding such diplomas.

CREDIT(S)

Added by Laws 2002, c. 2002-387, § 132, eff. Jan. 7, 2003. Amended by Laws 2002, c. 2002-278, § 1; Laws 2003, c. 2003-8, § 2, eff. April 24, 2003; Laws 2003, c. 2003-391, § 11, eff. July 1, 2003; Laws 2004, c. 2004-41, § 39, eff. May 12, 2004; Laws 2004, c. 2004-42, § 2, eff. May 12, 2004; Laws 2004, c. 2004-223, § 1, eff. July 1, 2004; Laws 2004, c. 2004-357, § 83, eff. July 1, 2004.

HISTORICAL AND STATUTORY NOTES

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT ____C____
PAGE __15__ OF __76__



West's F.S.A. § 1003.46

C

**Effective: January 07, 2003**

WEST'S FLORIDA STATUTES ANNOTATED
TITLE XLVIII. **K-20 EDUCATION CODE (CHAPTERS 1000-1013)**
CHAPTER 1003. PUBLIC K-12 EDUCATION
PART IV. PUBLIC K-12 EDUCATIONAL INSTRUCTION
→ **1003.46. Health education; instruction in acquired immune deficiency syndrome**

(1) Each district school board may provide instruction in acquired immune deficiency syndrome education as a specific area of health education. Such instruction may include, but is not limited to, the known modes of transmission, signs and symptoms, risk factors associated with acquired immune deficiency syndrome, and means used to control the spread of acquired immune deficiency syndrome. The instruction shall be appropriate for the grade and age of the student and shall reflect current theory, knowledge, and practice regarding acquired immune deficiency syndrome and its prevention.

(2) Throughout instruction in acquired immune deficiency syndrome, sexually transmitted diseases, or health education, when such instruction and course material contains instruction in human sexuality, a school shall:

(a) Teach **abstinence** from sexual activity outside of marriage as the expected standard for all school-age students while teaching the benefits of monogamous heterosexual marriage.

(b) Emphasize that **abstinence** from sexual activity is a certain way to avoid out-of-wedlock pregnancy, sexually transmitted diseases, including acquired immune deficiency syndrome, and other associated health problems.

(c) Teach that each student has the power to control personal behavior and encourage students to base actions on reasoning, self-esteem, and respect for others.

(d) Provide instruction and material that is appropriate for the grade and age of the student.

Current through Nov. 7, 2006 General Election.

© 2006 Thomson/West

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT _C_
PAGE _16_ OF _16_

# "Exhibit D"

## SBOC Responsibilities of Principals Policy 3.12



The School Board
of Okeechobee County

# The School Board of Okeechobee County

| About Us | Home | Schools | Employment | Calendar | Board Info | Food Service | Links |

## *Chapter 3.00: School Administration*

**3.12**

### RESPONSIBILITIES OF PRINCIPALS

__*POLICY*__

The principal is assigned direct and primary responsibility for his / her school and serves as the administrative and supervisory head of the school. Each principal is responsible for the enforcing of Florida Statutes, State Board of Education rules, School Board rules and directives of the Superintendent. Each principal shall carry out all duties as reflected in the Board adopted job description.

__*STATUTORY AUTHORITY:*__   1001.41; 1001.42, F.S.
__*LAWS IMPLEMENTED:*__   1001.32; 1001.43; 1001.54; 1006.09, F.S.
__*STATE BOARD OF EDUCATION RULES:*__
__*HISTORY:*__   **Adopted:** 07/14/98
**Revision Date(s):**
**Formerly:** C-36; G-12; G-13; I-11; I-12

EXHIBIT ___*D*___
PAGE ___2___ OF ___2___



**The School Board of Okeechobee County**

| About Us | Home | Schools | Employment | Calendar | Board Info | Food Service | Links |

## *Chapter 4.00: Curriculum and Instruction*

**4.30**

### *STUDENT CLUBS AND ORGANIZATIONS*

**POLICY**

1. All student clubs and organizations shall be approved by the principal before they can operate within a school center.

2. All student clubs and organizations shall comply with the following:

> a. The decision of the member of an organization shall not be one of the factors in selecting additional members.

> b. The charter and constitution of each student club or organization shall set forth the purposes, qualifications for members, and the rules of conduct and shall be maintained on file for immediate reference by all students and instructional personnel of the school.

> c. There shall be no type of hazing in any club or organization within the school. Hazing shall be defined as any action or situation for the purpose of initiation or admission into or affiliation with any
> organization operating under the sanction of the school which recklessly or intentionally endangers a student's mental or physical health or safety.

> d. Dues shall be reasonable and not prohibitive.

> e. All meetings shall be held on School Board property. This may be waived for special meetings and events upon the faculty sponsor's request and principal's approval.

> f. A faculty sponsor shall be present at all meetings.

> g. All social events shall be adequately chaperoned.

> h. All monies accruing to any school club or organization shall be accounted for through the school's internal accounting system.

> i. A student club or organization shall not conduct any activity or act which violates Florida

EXHIBIT.......E
PAGE___2__ OF__3

Statutes, School Board rules, or the policies of the local school.

j. All students must have signed parent permission slips to participate in any club or organization.

3. Any school club or organization which engages in an initiation ceremony for its members shall prepare and submit the program of initiation exercises to the faculty sponsor for review and approval by the school principal.

.

*STATUTORY AUTHORITY:*          1001.41; 1001.42, F.S.
*LAWS IMPLEMENTED:*          1001.43; 1006.07; 1006.09; 1006.63, F.S.
*STATE BOARD OF EDUCATION*
*RULES:*
*HISTORY:*          **Adopted:** 07/14/98 ·
          **Revision Date(s):** 01/16/2007
          **Formerly:** New

EXHIBIT _____E_____
PAGE __3__ OF __3__