UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF OKEECHOBEE HIGH SCHOOL, an unincorporated association and YASMIN GONZALEZ, through her parent and next friend Frankie Michelle Gonzalez,

    Plaintiffs,

vs.

SCHOOL BOARD OF OKEECHOBEE COUNTY,

    Defendant.
_____/

## DEFENDANT'S SUMMARY OF EXPERT WITNESS TESTIMONY

Dr. L., M.D., M.P.H.

- Negative effects, both mental and physical, of premarital heterosexual and homosexual sex on adolescents.
- Importance of promoting student communication with a responsible adult (parents and counselors, not peers) regarding sexual issues.
- Based on community standards, sex-based clubs are inappropriate at Okeechobee High School.
- Discussion of inappropriate issues forced on high school students, including sexual issues, and the negative repercussions.
- Purpose of high schools and their curriculum is to prepare students for careers.
- Lack of association between sex-based clubs and school curriculum and objectives.
- Need to prevent contact by underage students with adult-only material.
- Homosexuality and the homosexual lifestyle/relationships are appropriate topics beginning at college age.
- Center for Disease Control statistics.

Dr. W., Ph.D.

- Benefits of abstinence education programs over comprehensive sex education.
- Significant, long-term reductions in adolescent sexual activity due to abstinence education programs.
- Benefits to adolescents and society offered by abstinence education not found in the comprehensive sexual education approach.
- Serious consequences associated with heterosexual sexual activity – teen pregnancy, STDs and poorer emotional health.
- Center for Disease Control statistics.
- Importance of enacting and maintaining the integrity of abstinence based education programs in schools.
- Prevention of school interference with the parent-student relationship.

Dr. D., M.D.

- Center for Disease Control statistics.
- Negative health effects of homosexual sex.
- Effects of male and female homosexual sex on mental and physical health.
- Cultural implications of promiscuity.

Dr. C., Ed.D.

- Overriding duty of school board to promote academic excellence, best interests and academic wellbeing of students.
- Effectiveness of zero tolerance harassment policies and counseling programs in dealing with student needs and preventing student-to-student harassment over sexual issues.
- Duty to protect students from child sexual abuse or molestation by either student or adult predators.

_Barbara J. Weller_
Barbara J. Weller (FBN 00058513)
bweller@gibbsfirm.com
GIBBS LAW FIRM, P.A.
5666 Seminole Blvd., Ste. 2
Seminole, FL 33772
Telephone:   727-399-8300
Facsimile:   727-398-3907

ATTORNEY FOR DEFENDANT