PalmBeachPost.com                                      PRINT THIS

# Schools to use experts to fight gay group's lawsuit

By RACHEL SIMMONSEN

Palm Beach Post Staff Writer

Thursday, November 08, 2007

Attorneys for the Okeechobee County School Board plan to use experts who will testify about the "negative health effects of homosexual sex" in their fight to stop the Gay-Straight Alliance from meeting at Okeechobee High School.

"This is the most rabidly homophobic response that the school board could have taken," American Civil Liberties Union attorney Robert Rosenwald said about a summary of the school board's planned witness testimony in an upcoming trial.

 Post your comments on this story below

More Treasure Coast news
Latest breaking news, photos and more of today's *Post* stories.
Share This Story

Barbara Weller, an attorney for the school board, did not return a call seeking comment Wednesday.

The ACLU represents the Gay-Straight Alliance of Okeechobee High School and former student Yasmin Gonzalez, who sued the school board a year ago, saying it violated federal law by allowing other clubs to meet on campus but not the alliance.

A judge has said the club can meet on school grounds while the case works its way through court. The trial is scheduled to start in March, but Rosenwald asked this week that the date be pushed back to September to allow more time to prepare.

Rosenwald said he learned late last month that the defendants planned a "significant emphasis" on expert testimony and "a case that is primarily experts - that requires a great time commitment to get ready for."

According to a summary Weller sent to Rosenwald on Oct. 26, the school board plans to use four experts, who will testify on topics including:

- "Negative health effects of homosexual sex."

- "Serious consequences" of heterosexual teenage sexual activity, such as teen pregnancy, sexually transmitted diseases and "poorer emotional health."

- That "homosexuality lifestyle/relationships are appropriate topics beginning at college age."

- The "need to prevent contact by underage students with adult-only material."

Attorneys for the school board have not shared the names of the experts.

The attorneys have argued that the Gay-Straight Alliance is a "sex-based club" that violates a Florida statute requiring schools to teach abstinence "while teaching the benefits of monogamous heterosexual marriage." However, in his April ruling allowing the club to meet at least temporarily on school grounds, U.S. District Judge K. Michael Moore said the school board had failed to show that the Gay-Straight Alliance would expose students to obscene or explicit material.

Gonzalez has said she and other students wanted to form the Gay-Straight Alliance to provide a safe environment for students to talk about homophobia and to promote tolerance of one another, regardless of sexual orientation. Nationwide, more than 3,000 gay-straight alliances are registered with the Gay, Lesbian & Straight Education Network.

The ACLU's Rosenwald said he likely will ask the judge to rule in the club's favor once all evidence is submitted and before the trial begins. Should that fail, he will ask the judge to limit its scope to prevent witnesses from giving opinions that homosexuality is harmful.

"The testimony is irrelevant," Rosenwald said.

Regardless of people's views on homosexuality, Okeechobee High School is obligated under federal law to allow the alliance to meet on school grounds, he said.

**Find this article at:**
http://www.palmbeachpost.com/search/content/tcoast/epaper/2007/11/08/m1b_ogay_1108.html

☐ Check the box to include the list of links referenced in the article.