PalmBeachPost.com                                         PRINT THIS

# ACLU seeks delay in Okeechobee gay-club trial

By RACHEL SIMMONSEN

Palm Beach Post Staff Writer

Wednesday, November 07, 2007



OKEECHOBEE — The ACLU has asked a judge to push back the start of a trial involving the Gay Straight Alliance of Okeechobee High School after learning attorneys for the Okeechobee County school board plan to rely heavily on expert testimony, including those testifying on the "harms of being gay."

The American Civil Liberties Union represents the alliance and former student Yasmin Gonzalez, who sued the school board a year ago, saying it had violated federal law by allowing other clubs to meet on campus but banning the Gay Straight Alliance.

 Post your comments on this story below

More Treasure Coast news

Latest breaking news, photos and more of today's *Post* stories.

Share This Story

A judge has ruled the club can meet on school grounds while the case makes its way through court.

The trial initially had been scheduled to start in March 2008; the ACLU is asking it be pushed back to September.

ACLU attorney Robert Rosenwald said he learned only late last month that the defendants plan to rely on the testimony of four expert witnesses offering opinions on "a wide range of issues," including "the importance of abstinence and of avoiding teen pregnancy" and "the harms of being gay or even being gay."

Under the current schedule, Rosenwald said the two sides wouldn't have time to prepare to take depositions of expert witnesses and "this Court will not have the benefit of a well-developed factual record at trial," Rosenwald said in a motion filed Tuesday.

**Find this article at:**
http://www.palmbeachpost.com/search/content/tcoast/epaper/2007/11/07/1107ogay.html

☐ Check the box to include the list of links referenced in the article.