# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2

 3           Case No. 06-14320-Civ-Moore/Lynch

 4

 5   GAY-STRAIGHT ALLIANCE OF
     OKEECHOBEE HIGH SCHOOL, et al.,
 6
          Plaintiffs,                    CERTIFIED
 7                                         COPY
     vs.
 8
     SCHOOL BOARD OF OKEECHOBEE
 9   COUNTY,

10        Defendant.
     _____/
11

12        DEPOSITION OF:   DR. PATRICIA COOPER

13   DATE:          December 11, 2007

14   TIME:          9:00 a.m. to 1:30 p.m.

15   PLACE:         410 NW 6th Street
                    Okeechobee, Florida
16
     TAKEN BY:      Amy J. Schreck, Registered Professional
17                  Reporter and Notary Public, State of Florida
                    at Large
18

19   APPEARANCES:
     FOR PLAINTIFFS:     Robert Rosenwald, Jr., Esquire
20                       American Civil Liberties Union
                         4500 Biscayne Boulevard, Suite 340
21                       Miami, Florida 33137
                         (786)363-2713
22
                         Ken Choe, Esquire
23                       American Civil Liberties Union
                         125 Broad Street, 18th Floor
24                       New York, New York 10004
                         (212)549-2553
25
```

ATLANTIC REPORTING
Stuart, Port St. Lucie, Fort Pierce,
Vero Beach and Okeechobee, Florida

only about issues relevant to Christian students, it would be denied access at Okeechobee High School?

A    If that were the only purpose.

Q    What does that mean?

A    Students don't have to belong to a club to pray. A club must have a broader purpose.

Q    Does the Fellowship of Christian Athletes have a broader purpose outside of Christianity?

A    I'd have to look at the bylaws and constitution.

Q    Have you looked at the bylaws and constitution of the Fellowship of Christian Athletes?

A    No.

Q    Did you approve the Fellowship of Christian Athletes to gain access to Okeechobee High School?

A    It's not been in operation since I've been superintendent.

Q    What do you understand the purpose of the Fellowship of Christian Athletes to be?

          MR. GIBBS:  Object to form.  You can answer if you know.

          THE WITNESS:  I don't know all of the details of the purpose.

          MR. GIBBS:  Would this be a good point for a 15 minute break?

ATLANTIC REPORTING
Stuart, Port St. Lucie, Fort Pierce,
Vero Beach and Okeechobee, Florida