# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF )
OKEECHOBEE HIGH SCHOOL, an )
unincorporated association and YASMIN )
GONZALEZ, through her parent and next )
friend Frankie Michelle Gonzalez, )
)
           Plaintiffs, )
)
vs. )
)
SCHOOL BOARD OF OKEECHOBEE )
COUNTY, )
)
           Defendant. )
)

## DEFENDANT'S ANSWERS TO PLAINTIFFS' FIRST REQUESTS FOR ADMISSIONS

To: Plaintiffs, GAY-STRAIGHT ALLIANCE OF OKEECHOBEE HIGH SCHOOL and YASMIN GONZALEZ, through their attorney of record, Robert F. Rosenwald, Jr., 4500 Biscayne Boulevard, Suite 340, Miami, Florida 33137.

Defendant, SCHOOL BOARD OF OKEECHOBEE COUNTY, serves these answers to Plaintiffs' requests for admissions.

### RESPONSE TO REQUEST FOR ADMISSION

REQUEST 1: Okeechobee High School is a public secondary school.

RESPONSE 1: Admit.

REQUEST 2: Since the start of the 2006-2007 school year, Okeechobee High School has received federal financial assistance.

RESPONSE 2: Admit.

1

REQUEST 3:   Since the start of the 2006-2007 school year, one or more non-curricular student groups have been permitted to meet on school premises during non-instructional time at Okeechobee High School.

RESPONSE 3:   Admit.

REQUEST 4:   Absent a court order requiring Defendant to do so, Defendant would not permit Plaintiff Gay-Straight Alliance of Okeechobee High School to meet on school premises during non-instructional time.

RESPONSE 4:   Deny.

REQUEST 5:   With regard to the subject matter of Request for Admission #4, Defendant is the final decision-maker.

RESPONSE 5:   Admit.

REQUEST 6:   With regard to the subject matter of Request for Admission #4, Defendant is acting under color of state law.

RESPONSE 6:   Admit.

Respectfully submitted this 18th day of December, 2007

*/s/ David C. Gibbs III*

David C. Gibbs, III (FBN 0992062)
dgibbs@gibbsfirm.com
Barbara J. Weller (FBN 00058513)
bweller@gibbsfirm.com
Gibbs Law Firm, P.A.
5666 Seminole Blvd., Suite 2
Seminole, FL 33772
Telephone: (727) 399-8300
Facsimile:  (727) 398-3907

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via regular U.S. Mail to: Robert F. Rosenwald, Jr., ACLU Foundation of Florida, 4500 Biscayne Boulevard, Suite 340, Miami, Florida 33137-3227, facsimile number 786-363-1392, on this 18th day of December, 2007.

*/s/ Daniel C. Miller III*