# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF )
OKEECHOBEE HIGH SCHOOL, an )
unincorporated association and YASMIN )
GONZALEZ, through her parent and next )
friend Frankie Michelle Gonzalez, )
)
          Plaintiffs, )
)
vs. )
)
SCHOOL BOARD OF OKEECHOBEE )
COUNTY, )
)
          Defendant. )
)

## AFFIDAVIT OF WENDY PADGETT

I, Wendy Padgett, am over the age of eighteen and competent to be a witness to the matters stated herein, and state as follows:

1. I make this statement of my own personal knowledge and in support of Defendant's Memorandum in Response to Plaintiffs' Motion for Continuance.

2. I am the 12th grade guidance counselor at Okeechobee High School ("OHS") and the Okeechobee High School Gay Straight Alliance ("Okeechobee GSA") club advisor.

3. On October 17, 2006 I was asked to be the advisor for the Okeechobee GSA by Principal Wiersma and have maintained that position since.

4. Since this lawsuit arose, the Okeechobee GSA has held meetings on the following dates with the following number of students present:

1

| DATES | No. of Students Present |
|---|---|
| May 2, 2007 | 3 |
| May 9, 2007 | 5 |
| May 16, 2007 | 2 |
| May 22, 2007 | None |
| September 14, 2007 | 3 |
| September 26, 2007 | Meeting Cancelled |
| October 10, 2007 | 1 |
| October 24, 2007 | None |
| November 14, 2007 | None |

5. As can be seen above, there were <u>no students</u> in attendance at the last two Okeechobee GSA meetings held on October 24, 2007 and November 14, 2007.

6. On October 9, 2007, Jessica Donaldson, president of the Okeechobee GSA, expressed interest in changing the name of the student club to ADAPT (<u>A</u>ccepting <u>D</u>iversity <u>A</u>nd <u>P</u>romoting <u>T</u>olerance), a change the School Board of Okeechobee County and OHS supports.

7. Jessica, and other students, saw the name change as a great opportunity to reach a wide variety of students at OHS and raise club attendance levels.

8. Jessica, after discussing this option with her attorney Robert F. Rosenwald, Jr., informed me the name change would not be a possibility for the club until the present lawsuit was over.

I swear and affirm under penalties of perjury that the contents of the foregoing affidavit are true.

Dated: November 14, 2007.

_Wendy Padgett_
Wendy Padgett

Personally Known

SUBSCRIBED AND SWORN TO before me this 14 day of November, 2007

NOTARY SEAL

_Cheryl L. Sutton_
Notary Public
My Commission Expires: December 16, 2009

CHERYL LEE SUTTON
MY COMMISSION # DD483217
EXPIRES: December 16, 2009
Fl. Notary Discount Assoc. Co.

2