# EXHIBIT D

fees), compilations, abstracts, or summaries upon seven (7) days notice to Defendant of the particular documents sought.

**Interrogatory No. 4:** In Defendants' Response to Plaintiffs' Motion for Preliminary Injunction, Defendants assert that the Okeechobee GSA was banned because the EAA does not protect clubs whose meetings would materially and substantially interfere with the orderly conduct of educational activities within the school. Fully explain how the Okeechobee GSA would so interfere or has so interfered with the orderly conduct of educational activities within the school, providing all material or principal facts in support of your conclusion. Also identify all documents you rely upon.

## RESPONSE TO INTERROGATORY NO. 4:

OHS has an abstinence only sex education policy. Any sex-based club would interfere with this policy and its goal of promoting abstinence among students. Defendant also asserts that sex based clubs would not promote the well being of students, also an exception contained within the Equal Access Act for student-initiated, student-led clubs. Any sex-based club, regardless of orientation, would not promote the well being of students and would interfere with the following general goals of OHS:

a.  prevention of sexually transmitted diseases.
b.  prevention of unwanted teen pregnancies.
c.  prevention of sexual harassment.
d.  prevention of student-to-student harassment over sexual issues.
e.  prevention of child sexual abuse or molestation by either student or adult predators.
f.  prevention of contact by underage students with adult-only material.
g.  prevention of school interference in the parent-child relationship.
h.  promotion of student communication with a responsible adult regarding sexual issues.

3