# EXHIBIT E

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2

3          Case No. 06-14320-Civ-Moore/Lynch

4

5   GAY-STRAIGHT ALLIANCE OF
    OKEECHOBEE HIGH SCHOOL, et al.,
6
         Plaintiffs,
7
    vs.
8
    SCHOOL BOARD OF OKEECHOBEE
9   COUNTY,

10       Defendant.
    _____/
11

12             DEPOSITION OF:  TONI WIERSMA

13  DATE:            December 12, 2007

14  TIME:            8:00 a.m. to 1:00 p.m.

15  PLACE:           410 NW 6th Street
                     Okeechobee, Florida
16
    TAKEN BY:        Amy J. Schreck, Registered Professional
17                   Reporter and Notary Public, State of Florida
                     at Large
18

19  APPEARANCES:
    FOR PLAINTIFFS:  Robert Rosenwald, Jr., Esquire
20                   American Civil Liberties Union
                     4500 Biscayne Boulevard, Suite 340
21                   Miami, Florida 33137
                     (786)363-2713
22
                     Ken Choe, Esquire
23                   American Civil Liberties Union
                     125 Broad Street, 18th Floor
24                   New York, New York 10004
                     (212)549-2553
25
```

**CERTIFIED COPY**

ATLANTIC REPORTING
Stuart, Port St. Lucie, Fort Pierce,
Vero Beach and Okeechobee, Florida

1      MR. GIBBS:  Why don't we take a break?
2            (There was a short break.)
3  BY MR. ROSENWALD:
4      Q    I just want to finish our discussion about
5  internet research with just one question.
6            Other than the research on the internet that
7  you've told me about, did you do any other internet
8  research about GSAs?
9            You told me -- we're still talking about
10 articles and journals that you've read, but any other
11 internet research?
12     A    Just following links through the original
13 Google search.  You know, it goes on and on and on.
14     Q    When you went to the Okeechobee GSA web site,
15 did you see any links on that web site?
16     A    I don't remember.
17     Q    Did the OHS GSA web site lead you to any
18 inappropriate content on any other web site?
19     A    I don't remember.
20     Q    Was that a basis for your denial of the
21 Okeechobee GSA -- any contents on the Okeechobee GSA
22 web site?
23     A    I don't remember other than the fact that on
24 that web site there was the Okeechobee High School logo
25 and it was not an Okeechobee High School club and that

just showed to me that it would be a rebellious club because they were already outside of the scope of what they were supposed to be because they were proclaiming themselves to be OHS. They had the OHS logo.

Q   Was the OHS logo on the web site a reason to deny access to the Okeechobee GSA Club?

A   The main reason? Was it part of my decision? Yes.

Q   Anything else about the Okeechobee GSA web site?

A   Not that I can think of right now.

Q   On the sites of other GSAs around the country that you looked at, did you see inappropriate content on those sites?

A   Remembering back some where, that is where I received the link to some of the this pornography, but I don't remember a particular this link to this link. When I researched, I just keep going, it all gets mixed up and entangled.

Q   The GSA web site of another school that you're remembering now that led you to pornography, did it have pornography on its web site -- on that club's web site?

A   My memory is very sketchy on that.

Q   Do you remember if the club had links to

1  inappropriate topics at a GSA meeting on School
2  grounds?
3      A    You really need to address that question with
4  Mrs. Padgett because I haven't been there.  I'm
5  thinking that at one meeting she told me; but, again,
6  you know, lots of people tell me lots of different
7  things throughout the course of a year.  I'm thinking
8  she said that it started to be brought up, she said no,
9  that's not part of it but she can answer that.  She was
10 there, I wasn't.
11     Q    I'd like to get at what you remember her
12 telling you.
13          Did she tell you that someone tried to bring
14 up a sexually explicit topic in the meeting?
15     A    My memory is very vague about that.  All I
16 remember is she said something, she handled it
17 appropriately and I said that was the way to handle it.
18     Q    Do you remember if the topic that was brought
19 up was sexually inappropriate or if it was the topic of
20 sexual orientation that was inappropriate?
21     A    I don't know.
22          MR. GIBBS:  Object to form.
23 BY MR. ROSENWALD:
24     Q    Did you tell Superintendent Cooper that Wendy
25 Padgett had reported to you that students had tried to

```
 1                    (Ken Choe and Yasmin Gonzalez left
 2               the deposition.)
 3        A    I recall as I was reading articles that
 4   students were being persuaded to -- students were being
 5   pushed to mature sexually at much too early of an age
 6   that they were emotionally ready to handle it.
 7                    (Ken Choe returned to the
 8               deposition.)
 9   BY MR. ROSENWALD:
10        Q    Do you recall that you saw any information
11   that talked about the importance of promoting student
12   communication with a responsible adult regarding sexual
13   issues?
14        A    The information that I read was studies that
15   they were getting their information from peers and that
16   was creating more of unhealthy atmosphere and that to
17   create an atmosphere in schools that students were
18   comfortable in going to the guidance counselors and
19   getting information from unbiased, informed adults.
20        Q    Did any of your research talk about community
21   standards being a factor in this analysis?
22        A    What I read was that different communities
23   have different expectations and different lifestyles.
24   Here in Okeechobee, we are a different community than a
25   larger city and as a community following School Board
```

policy and School Board members are elected by the community, the community has certain standards based on who they have elected as School Board members and that is different in this community as opposed to large, urban sections of the country.

    Q    Do you recall any medical or other research that talked about the negative effects of discussing sexual issues being forced or pushed or high school students and the repercussions of that?

    A    I'm sure I read lots about that. I can't be specific about that other than the premature maturing of these adolescents.

    Q    Did you see research that talked about the purpose of the High School and curriculum to prepare students for careers?

    A    Yes. That is our whole purpose is to prepare them for careers to be successful in the next level that they go to.

    Q    Did you see research that talked about the lack of association between sex-based clubs and school curriculum and objectives?

    A    Say that one more time, please.

    Q    Did you see any or recall any research that dealt with a lack of association between sex-based clubs and school curriculum and objectives?

A   Yes.

Q   Did you see research that stressed the importance of restricting contact by underage students with adult-only material?

A   Absolutely.

Q   Do you have a problem at Okeechobee High School with kids coming into contact with pornography or adult materials?

A   The internet is a perfect place that they can go at home and see all types of pornography.

Q   Did you see any research that suggests that homosexuality or homosexual lifestyle relationships are appropriate topics beginning at college age as opposed to in high school?

A   A lot of the articles that I read -- at college age they're able to be out on their own, they are not under parents' roofs, they're not under -- they're over 18, they can make their own decision. Under 18 they need to be discussing these things with parents because they're still the responsibility of parents.

Q   Do you recall whether any of the things that you saw on STDs or other factors were tied to the Center for Disease Control or any other web sites?

Do you remember seeing statistics?

1  A  There's statistics on the Center for Disease
2  Control, there's local statists, there's Florida
3  statistics.
4  Q  Do you recall seeing any expert opinions that
5  talked about the benefits of abstinence education
6  versus what I'll call comprehensive sex education?
7  A  There were several articles on that that I
8  read.
9  Q  Do you believe abstinence education is
10 beneficial?
11 A  I believe abstinence education is beneficial
12 totally for lots of different reasons.  In my opinion,
13 high school students are not prepared emotionally to
14 deal with sexual relationships.
15    Do they do it?  Yes.  Is it healthy for them?
16 Is it in the best interests of their academics?  I do
17 not believe it is.
18 Q  Do you remember seeing any research that
19 indicated that there were significant long-term
20 reductions in adolescent sexual activity due to
21 abstinence education programs?
22 A  I don't recall any specifics on that, no.
23 Q  Do you recall seeing any research that
24 discussed the benefits to adolescents in society
25 offered by abstinence education?

```
 1   interests of academic well-being of students?
 2        A    Absolutely.
 3        Q    Did you see any research that discussed the
 4   effectiveness of zero tolerance harassment policies and
 5   counseling programs in dealing with student needs and
 6   preventing student-to-student harassment over sexual
 7   issues?
 8        A    Yes.
 9        Q    Did you see any research or studies that
10   discussed the duty to protect students from child sex
11   abuse or molestation by either student or adult
12   predator?
13        A    Yes.
14        Q    Did you take that duty seriously?
15        A    Very seriously.
16        Q    Explain to me what your zero tolerance policy
17   is at the School.
18        A    The zero tolerance is against any type of
19   harassment, any type of -- well, any type of sexual
20   harassment for sure, any type of bullying, any type of
21   sexual acts that a student might have on campus.
22        Q    Do you allow, for example, hazing like in
23   your clubs?
24        A    Absolutely not.
25        Q    So there's no initiation rituals?
```