# EXHIBIT F

# BY-LAWS OF THE GAY-STRAIGHT ALLIANCE

## ARTICLE I

The name of this club shall be the Gay-Straight Alliance.

## ARTICLE II
## PURPOSE

The primary purposes of the club shall be as follows:

A. To promote tolerance and equality among students of all sexual orientations and gender identities through educational efforts and awareness-building.

B. To inform members and the student body of issues and events effecting the lives of lesbian, gay, bisexual, transgender, and straight ally youth.

C. To create a safer, more respectful learning enviornment for all students.

D. To work in coalition with administration and other on-campus clubs to expose and dismantle oppressions and prejudice in all of their expressions.

E. To create a safe, welcoming space for LGBT and Straight Ally students to socialize and talk together about issues they hold in common.

## ARTICLE III
## MEMBERSHIP

The membership shall be open to all students and faculty members who are interested in the purposes of this club, provided they maintain the club enviornment free of harassment.

000014

# Information About GSAs

## WHAT IS A GSA?

A gay-straight alliance (GSA) is a school-based group organized to end anti-gay bias and homophobia in schools and create positive change, making schools a welcoming and safe place for all students, regardless of sexual orientation or gender identity. GSAs help eliminate anti-gay bias, discrimination, harassment and violence by educating school communities about homophobia and the lives of youth.

## What is Student Pride?

Student Pride, a project of the Gay, Lesbian & Straight Education Network (GLSEN), is a network of over 700 GSAs and other school-based groups across the nation. Student Pride provides resources, materials, education, workshops and a range of other services supporting the work of student organizers and GSAs.

## GLSEN & GSAs

GLSEN is the largest national organization bringing together students, teachers, parents and concerned citizens from all walks of life, working to end anti-LGBT (lesbian, gay, bisexual and transgender) bias in schools across the nation.

GLSEN Chapters (over 90 across the nation) and Gay-Straight Alliances can share resources to make positive change in local school communities across the country.

# Networking

Networking with other GSAs in your town, city, state or across the nation can provide you with other resources and information. Below are resources you may want to use towards networking with other GSAs in your area.

## National

Student Pride - c/o GLSEN
121 West 27th Street, Suite 804
New York, NY 10001
(212) 727-0135 x134
studentpride@glsen.org
www.studentprideUSA.org

## Enter your state here

Enter your local organization or group info here

© 2000, Student Pride - GLSEN
Permission to copy in full - please notify GLSEN

1
2
3
4
5
6
7
8
9
10

# 10 Steps Towards Starting a Gay-Straight Alliance

## Public School Edition

www.studentprideUSA.org
studentpride@glsen.org
121 W 27th St, Suite 804, NY, NY 10001
(212) 727 - 0135 / (212) 727-0254 (fax)

GLSEN



000015

# 10 Steps Towards Starting a GSA
## - In a Public School

The steps listed below are intended for use in public, secondary schools where other non-curricular clubs already exist or are allowed.

Because situations and schools vary, there are no simple 10 steps that are applicable to every school. Please contact any of the networks listed on the back for individual help in starting a GSA in your school.

For a more detailed manual on how to start a GSA, please visit Student Pride Online @ www.studentprideUSA.org.

## Steps

### Follow Guidelines

Establish a GSA the same way you would any other group or club. Look in your Student Handbook for your school's rules regarding clubs. Some schools require students to go through a process for establishing a club, this could include writing a constitution or showing student interest.

### Find a Faculty Advisor

Find teachers or staff members who you think would be supportive or who have already shown themselves to be an ally around sexual orientation and gender identity issues. See your school rules for more information about who can be a club advisor.

### Find Other Students

Work with a diverse range of students who are interested in such a group. You may check with other existing clubs for students who might have an interest.

### Inform Administration

Inform administrators of what you are doing right away. It can be very helpful to have them on your side. They can work as liaisons to teachers, parents, community members and the school board. If an administrator opposes the GSA, provide them information about the Federal Equal Access Act (EAA). You can find more information and copies of the EAA by calling Student Pride, or visiting our web.

### Pick a Meeting Place

You may wish to find a meeting place within the school that offers some level of privacy, yet is still accessible.

### Advertise

There are many ways to advertise – think about how you've seen other clubs advertise. This could be any combination of using your school bulletin, announcements, flyers, or word-of-mouth. If your flyers are defaced or torn down, do not be discouraged. Plan to have people check on them throughout the day and replace if necessary. Eventually, whoever is tearing them down will give up, or be reprimanded by the school. Besides, advertising your group and having words up such as "gay, lesbian, bisexual and transgender" or "end homophobia" can be part of educating the school, and can actually make other students feel safer – even if they never attend a single meeting.

### Plan Your Meeting

Of course you want to have a good meeting, so plan ahead of time. There are tons of things you can do, from discussions to inviting speakers, workshops to games. Visit Student Pride online for ideas.

### Hold Your Meeting!

You may want to start with a discussion about why people feel the group is needed or important. You can also brainstorm what things your club could do this year.

### Establish Ground Rules

Many groups have ground rules in order to ensure that group discussions are safe, confidential and respectful. Many groups have a ground rule that no assumptions or labels are used about a group member's sexual orientation.

### Plan for the Future

Develop an action plan. Brainstorm activities. Set goals for what you want to work towards. If you haven't already done so, contact Student Pride so that you may share ideas, resources and information. Also look into local GSA networks in your town or city (see back).

These 10 steps are based on a variety of actual experiences from GSAs. Not every school is the same, so share your experiences with others so they can learn what worked for your group!

# GLSEN REGISTERED GSA/STUDENT CLUBS

## Alabama

; BOOKER T. WASHINGTOM MAGNET
GSA BOOKER T. WASHINGTON
GASP (GAY AND STRAIGHT PEOPLE) BROOKWOOD HS
DIVERSITY CLUB CARVER HS
GAY-STRAIGHT ALLIANCE ETOWAH HS
FAIRVIEW GSA FAIRVIEW HS
GAY-STRAIGHT ALLIANCE INDIAN SPRINGS SCHOOL
GAY-STRAIGHT ALLIANCE LEE HS

## Alaska

GAY-STRAIGHT ALLIANCE CHUGIAK-GRUENING J-S
GAY-STRAIGHT ALLIANCE DIMOND MEARS JR SR HS
GSA EAST ANCHORAGE HIGH
FACT/GSA EAST HIGH SCHOOL
GAY/STRAIGHT ALLIANCE JUNEAU-DOUGLAS HS
GLSEN KODIAK HS
GSA LATHROP/WEST VALLEY
IMRU2 POLARIS K-12
GAY-STRAIGHT ALLIANCE STELLER SEC ALTNTVE
GAY-STRAIGHT ALLIANCE WEST ANCHORAGE HS
GAY-STRAIGHT ALLIANCE WEST VALLEY HS (AK)

## Arizona

PRIDE AMPITHEATER HS
ANYTOWN ANYBODY CLUB APOLLO HS (AZ)
GSA BROPHY COLLEGE PREPARATORY
GAY-STRAIGHT ALLIANCE CACTUS SHADOWS HS
GAY-STRAIGHT ALLIANCE CANYON DEL ORO HS
PRIZM CLUB CARL HAYDEN HS
AZ GSA CATALINA FOOTHILLS HIGH SCHOOL
TROJAN G.S.A. CATALINA HIGH MAGNET SCHOOL STRAIGHT AND GAY ALLIANCE CHANDLER HS (AZ)
UNITOWN CHAPARRAL HS (AZ)
THE ALOHA LOUNGE — GSA CHOLLA HIGH MAGNET
GAY-STRAIGHT ALLIANCE CHOLLA HS
ASSOCIATED STUDENT BODIES CIBOLA HS
GAY-STRAIGHT ALLIANCE CORONA DEL SOL HS
BRIDGES BEYOND TOLERANCE DESERT MOUNTAIN HS
SPECTRUM ALLIANCE DESERT VIEW HS
GSA FLOWING WELLS HIGH SCHOOL
GLASS GILBERT HS (AZ)
SPECTRUM GREENWAY HS
GSA HIGHLAND HIGH SCHOOL
INTERACT HORIZON
GSA HOWENSTINE HIGH
GSA INDEPENDENCE HIGH SCHOOL
GSA IRONWOOD RIDGE HIGHSCHOOL
GAY-STRAIGHT ALLIANCE KESTREL HS
STUDENT COUNCIL KINGMAN HS
GAY STAIGHT ALLIANCE MCCLINTOCK HS
GSA MOUNTAIN VIEW HIGH SCHOOL
PRISM — GSA PHOENIX COUNTRY DS
SPECTRUM RED MOUNTAIN HIGH SCHOOL
GHLOE RINCON HS
GSA SABINO HIGH SCHOOL
GSA SAGUARO HIGH SCHOOL
SAHUARO GSA SAHUARO HIGH SCHOOL
SAFE HAVEN SAUGUS HIGH SCHOOL
SOLVE SHADOW MOUNTAIN HIGH SCHOOL
SPECTRUM SKYLINE HS (AZ)
P.R.I.S.M. — GSA SUNNYSIDE HIGH SCHOOL
S.O.D.A. THUNDERBIRD HIGH SCHOOL
GLAD TOLLESON HIGH SCHOOL
G.L.A.D.S. TOLLESON UNION HS
GAY-STRAIGHT ALLIANCE TREVOR G BROWNE HS
GAY-STRAIGHT ALLIANCE TUCSON HS
COLORS WEST HS

## Arkansas

GAY-STRAIGHT ALLIANCE CARLISLE HS
GAY-STRAIGHT ALLIANCE CONCORD HS
FAIRVIEW GSA FAIRVIEW HS
GSA FAYETTEVILLE HIGH
GAY-STRAIGHT ALLIANCE FAYETTEVILLE SR HS
GAY-STRAIGHT ALLIANCE HARRISON HS
GAY-STRAIGHT ALLIANCE LAKESIDE HS
GAY-STRAIGHT ALLIANCE LEE HS
GAY-STRAIGHT ALLIANCE LINCOLN HS
GSA LITTLE ROCK CENTRAL HIGH SCHOOL
THE LGBT NETWORK PARKVIEW HS (AR)
GSA PARKVIEW MAGNET
S.A.G.A RIVERVIEW HS
SPICE (GSA) ROGERS HIGH SCHOOL
GSA- DIVERSITY WARREN HS

## California

GSA ABRAHAM LINCOLN HIGH SCHOOL
EDUCATED VISIBILITY AGOURA HS
GAY-STRAIGHT ALLIANCE ALBANY HS (CA)
PRIDE ALLIANCE ALHAMBRA HS (MZ)
GAY-STRAIGHT ALLIANCE AMADOR HS
GAY-STRAIGHT ALLIANCE ANALY HS
GSA ANDREW HILL HIGH SCHOOL
GSA ANDREW P. HILL
GAY-STRAIGHT ALLIANCE ANTIOCH JR SR HS (CA)
GSA ARACTA HIGH SCHOOL
GSA AT ARCATA HIGH ARCATA HS
GAY-STRAIGHT ALLIANCE ARLINGTON HS
GSA, AMNESTY INTERNATIONAL ARROYO GRANDE HIGH SCHOOL
GSA ARROYO HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ATASCADERO HS
INTERWEAVE ATHENIAN SCHOOL
RAINBOW PRIDE COALITION BALBOA HS
GAY-STRAIGHT ALLIANCE BANNING HS
GAY-STRAIGHT ALLIANCE BEAR CREEK HS
PROJECT 10 BELL HS
GAY-STRAIGHT ALLIANCE BELMONT HS
GAY-STRAIGHT ALLIANCE BERKELEY HS
GAY-STRAIGHT ALLIANCE BEVERLY HILLS HS
BEYER GSA BEYER HS
SHOUT YOUTH GROUP BILLY DEFRANK LGBT CMNTY. CTR.
GAY AND LESBIAN EDUCATION AND AFFIRMATION BISHOP ODOWD HS
GROUP BISHOP UNION HIGH
GSA BONITA VISTA HIGH SCHOOL
GSA BONNIE GALLOWAY
RAINBOW BRUINS BRANHAM HIGH SCHOOL
GAY-STRAIGHT ALLIANCE BREA OLINDA HS
GSA BRENTWOOD SCHOOL
SPECTRUM BUENA HS (CA)
GAY-STRAIGHT ALLIANCE BULLARD HS
GAY-STRAIGHT ALLIANCE BURLINGAME HS (CA)
GAY-STRAIGHT ALLIANCE CA ACAD MATH & SCI
JAGUAR\'S UNITED CABRILLO HIGH SCHOOL
STUDENTS AGAINST VIOLENCE EVERYWHERE CALABASAS HS
GAY-STRAIGHT ALLIANCE CAMPOLINDO HS
SFT/STUDENTS FORTOLERANCE CANYON HIGH SCHOOL
COALITION AGAINST HATE CANYON SPRINGS HIGH SCHOOL
GSA, AMNESTY CARLMONT HIGH SCHOOL
GSA CARMEL HS
GAY-STRAIGHT ALLIANCE CARSON HS
GSA CASA GRANDE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE CASA GRANDE JR SR HS
RAINBOW ALLIANCE CASTILLEJA SCHOOL
SPECTRUM CASTRO VALLEY HS
GSA CATE SCHOOL
GAY-STRAIGHT ALLIANCE CENTENNIAL HS
GSA CENTER HIGH SCHOOL
E PLURIBUS CERES HS
CLUB F.A.D. CHAPARRAL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE CHARTER OAK HS
GSSA CHULA VISTA SR HS
GSA CLAREMONT HIGH SCHOOL
SPECTRUM CLAYTON VALLEY HS
SMAC CLEVELAND
GAY-STRAIGHT ALLIANCE CLEVELAND HS
GSA CLOVIS HIGH SCHOOL
GSA COLLEGE PARK HIGH SCHOOL
GAY-STRAIGHT ALLIANCE COLLEGE PS (CA)
TIDE PRIDE CONCORD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE CORDOVA SR HS
GSA COVINA HS
FRIENDS OF LESBIANS AND GAYS CROSSROADS SCHOOL (CA)
GAY-STRAIGHT ALLIANCE CRYSTAL SPRINGS SCHOOL
RAINBOW ALLIANCE CLUB CRYSTAL SPRINGS UPLANDS
TOLERANCE CULVER CITY HS
GSA CUPERTINO HIGH SCHOOL
DAVIS HIGH SCHOOL GSA DAVIS SENIOR HIGHT SCHOOL
GSA DE ANZA HIGH SCHOOL
GAY-STRAIGHT ALLIANCE DE ANZA HS
GAY-STRAIGHT ALLIANCE DEER VALLEY HS (CA)
CA "PRO-TOLERANCE, " DEL MAR HIGH SCHOOL
GAY-STRAIGHT ALLIANCE DEL NORTE HS (CA)
SOCIAL ACTION AND GSA DIAMOND BAR HS
GSA DOS PUEBLOS
DIVERSITY + DOWNEY SR HS
GAY STRAIGHT ALIANCE EAST UNION HS
GAY-STRAIGHT ALLIANCE EASTLAKE HS
AMNESTY EL CAMINO
GAY-STRAIGHT ALLIANCE EL CAMINO HS
GSA + EL CERRITO HIGH
GAY-STRAIGHT ALLIANCE EL SEGUNDO HS
GAY-STRAIGHT ALLIANCE ELK GROVE SR HS
US CLUB ELSIE ALLEN HS
GAY-STRAIGHT ALLIANCE EMERSON JUNIOR HIGH
GAY-STRAIGHT ALLIANCE ENCINA HS
YEAH! CLUB EUREKA HIGH SCHOOL
YOUTH EDUCATING AGAINST HOMOPHOBIA EUREKA SR HS
PROJECT 10 FAIRFAX HS
GAY-STRAIGHT ALLIANCE FAIRFIELD HS (CA)
GAY-STRAIGHT ALLIANCE FOLSOM HS
GSA FOOTHILL HIGH
GAY-STRAIGHT ALLIANCE FOOTHILL HS
GSA FOUNTAIN VALLEY HS
GSA FRANCIS PARKER SCHOOL
GAY/STRAIGHT ALLIANCE FRANCIS W. PARKER SCHOOL
GSA FRANKLIN HIGH SCHOOL
GSA FRED C. BEYER HIGH SCHOOL
GSA FREEDOM HIGH SCHOOL
GAY-STRAIGHT ALLIANCE FREEDOM HS (CA)
GAS FRESNO HIGH
GSA FULLERTON UNION HIGH
GAYNESHA GANESHA
GSA GEORGE WASHINGTON HIGH SCHOOL
GSA GEORGIANNA BRUCE KIRBY
GAY-STRAIGHT ALLIANCE GLENDORA HS
GAY-STRAIGHT ALLIANCE GRANITE HILLS HS
GRANT GAY STRAIGHT ALLIANCE GRANT HS
GAY-STRAIGHT ALLIANCE GROSSMONT HS
GAY-STRAIGHT ALLIANCE GROVER CLEVELAND HIGH SCHOOL
GAY-STRAIGHT ALLIANCE GUNDERSON HS
GSA GUNN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE - PROJECT 10 HAMILTON HS (CA)
RAINBOW SOCIETY HARBOR HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HARKER SCHOOL
GSA HARVARD-WESTLAKE
GAY-STRAIGHT ALLIANCE HAYWARD HS
GAY AND LESBIAN AWARENESS GROUP HEAD-ROYCE SCHOOL
GAY-STRAIGHT ALLIANCE HELIX HS
GSA HERCULES HIGH SCHOOL
GSA HERCULES MIDDLE/HIGH SCHOOL
GSA HIGH TECH HIGH
HIGHLAND GSA HIGHLAND HIGHSCHOOL
GSA HILLSDALE HIGH SCHOOL
GSA HOLMES JR. HIGH
SAFE @ HOME HOME BASE
GSA HOMESTEAD HIGH SCHOOL
GSA HOMESTEAD HS
GSA HOOVER HIGH SCHOOL
IDYLLWILD ARTS GAY STRAIGHT ALLIANCE IDYLLWILD MUSIC ARTS
GSA INDEPENDENCE HIGH SCHOOL
OUR GROUP INDIO HS
GAY-STRAIGHT ALLIANCE IRVINGTON HS (CA)
SAFE HAVEN JAMES A. GARFIELD HIGH SCHOOL
RAINBOW PRIDE JAMES LOGAN HS
LEADERSHIP JOAQUIN MORAGA INTERMEDIATE SCHOOL
DIVERSITY + JOHANSEN HS
GAY-STRAIGHT ALLIANCE JOHN BURROUGHS HS
GAY-STRAIGHT ALLIANCE JOHN MARSHALL HIGH SCHOOL
OPEN JOHN W NORTH HS
GSA KENNEDY HIGH
GAY-STRAIGHT ALLIANCE LA CANADA HS
GAY-STRAIGHT ALLIANCE LA COSTA CANYON HS
GSA LA JOLLA COUNTRY DAY SCHOOL
GAY-STRAIGHT ALLIANCE LA JOLLA HS
GSA LA PUENTE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE LA QUINTA HIGH SCHOOL
GAY-STRAIGHT ALLIANCE LA SIERRA HS
GAY-STRAIGHT ALLIANCE LAGUNA CREEK HS
GSA LAKEWOOD HIGH SCHOOL
LELAND GAY-STRAIGHT ALLIANCE LELAND HS
GSA LEMOORE UNIFIED HIGH SCHOOL
QUEER YOUTH SUPPORT, ASIAN STUDENTS IN ALLIANCE, GSA LICK WILMERDING HS
GAY-STRAIGHT ALLIANCE LINCOLN HS (CA)
GSA LINDEN HS
GLSEN LINDHURST HIGH SCHOOL
GSA LIVE OAK HIGH SCHOOL
GAY-STRAIGHT ALLIANCE LIVERMORE HS
GAY-STRAIGHT ALLIANCE LOS ALAMITOS HS
GAY-STRAIGHT ALLIANCE LOS ALTOS HS
GSA LOS GATOS HIGH SCHOOL
GSA LOWELL HIGH SCHOOL
GSA LUTHER BURBANK
GSA LYNBROOK HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MADISON HS
GAY-STRAIGHT ALLIANCE MANLO HS

GAY-STRAIGHT ALLIANCE MARIN ACADEMY
STRAIGHT-GAY ALLIANCE MARLBOROUGH SCHOOL
GSA MARTIN LUTHER KING HIGH SCHOOL
LGSA MCCLATCHY HIGH
GSA MENLO ATHERTON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MENLO SCHOOL
RAINBOW YOUTH ALLIENCE MHS
GAY-STRAIGHT ALLIANCE MILKEN COMMUNITY HS
GAY-STRAIGHT ALLIANCE MIRA COSTA HS
GSA MIRA LOMA HIGH SCHOOL
GSA MIRAMONTE HIGH SCHOOL
UNITY ALLIANCE MISSION SR HS
GAY-STRAIGHT ALLIANCE MONTCLAIR HS (CA)
GAY-STRAIGHT ALLIANCE MONTEBELLO HS
TEENS FOR HUMANITY & GSA MOORPARK HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MOORPARK MEM UN HS
GSA MOUNT DIABLO HIGH SCHOOL
GSA MOUNTAIN VIEW HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MT. CARMEL HIGH SCHOOL
GSA MT DIABLO HS
GAY-STRAIGHT ALLIANCE MT. EDEN HS
GAY-STRAIGHT ALLIANCE MT PLEASANT HS (CA)
GAY-STRAIGHT ALLIANCE N HOLLYWOOD HS
UNITED SEXUALITIES NAPA HS
NATOMAS HIGH SCHOOL GSA NATOMAS HIGH SCHOOL
GAY-STRAIGHT ALLIANCE NEVADA UNION HS
SAW NEW ROADS SCHOOL
NEW TECH GSA NEW TECHNOLOGY HS
GSA NEWARK MEMORIAL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE NORDHOFF HS
GAY-STRAIGHT ALLIANCE NORTE VISTA SR HS
GAY-STRAIGHT ALLIANCE NORTH BAY ORINDA HS
GAY-STRAIGHT ALLIANCE NORTH HILLS PREP SCHOOL
GAY-STRAIGHT ALLIANCE NORTH HOLLYWOOD HS
SOCIAL JUSTICE CLASS NOTRE DAME HIGH SCHOOL, BELMON
GAY-STRAIGHT ALLIANCE NOVATO HS
GSA OAK GROVE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE OAK PARK HS (CA)
OAK RIDGE HIGH SCHOOL GSA OAK RIDGE HIGH SCHOOL
GSA OCEANA HIGH SCHOOL
ANTI-PREJUDICE ALLIANCE OW HOLMES JUNIOR HIGH
GSA PACIFIC COLLEGIATE SCHOOL
RAINBOWS AND STARS (GST) PACIFICA HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PALO ALTO SR HS
PVHS PALOS VERDES HIGH
GAY LESBIAN BI STRAIGHT ALLIANCE PASADENA HS (CA)
GSA PATRICK HENRY HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PETALUMA HS
GSA PIEDMONT HIGH SCHOOL
GAY-STRAIGHT ALLIANCE - 32 FLAVORS PIEDMONT HILLS HS
GSA PINER HS
GSA PIONEER HS (WHTR, CA)
GAY-STRAIGHT ALLIANCE POINT LOMA HS
GAY-STRAIGHT ALLIANCE POMONA HS
GSA PONDEROSA HIGH SCHOOL
GAY-STRAIGHT ALLIANCE POWAY HS
GOTH QUARTZ HILL HIGH SCHOOL
GSA RANCHO BUENA VISTA HIGH SCHOOL
GAY-STRAIGHT ALLIANCE RANCHO COTATE HIGH
US RANCHO CUCAMONGA HS
REV'FLAG REDLANDS EAST VALLEY HIGH
GAY-STRAIGHT ALLIANCE REDONDO UNION HS
GSA REDWOOD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE - RAINBOW CLUB RIO AMERICANO HS
GSA ROOSEVELT HIGH
SAGA ROOSEVELT HIGH SCHOOL
IRIS SACRED HEART PREPARATORY
GSA SAGE HILL SCHOOL
GSA SAN DIEGO HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SAN DIEGO HS (CA)
GAY-STRAIGHT ALLIANCE SAN DIEGO SC PER ART
GAY-STRAIGHT ALLIANCE SAN DOMENICO UPPER SCHOOL
PROJECT 10 ALLIANCE SAN GABRIEL HS
SAN JOSE HIGH GSA SAN JOSE HIGH ACADEMY
GAY-STRAIGHT ALLIANCE SAN LEANDRO HS
GSA SAN LORENZO HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SAN LUIS OBISPO SR HS
GSA SAN MARIN HIGH
GAY-STRAIGHT ALLIANCE SAN MATEO HS
SACGSA SANTA ANA COLLEGE (2YEAR)
RAINBOW ALLIANCE SANTA CRUZ HS
GAY-STRAIGHT ALLIANCE - SAFE ZONE SANTA MONICA HS
GAY-STRAIGHT ALLIANCE - UNITED SEXUALITIES SANTA ROSA HS
GAY-STRAIGHT ALLIANCE SANTA TERESA HS
SANTIAGO GSA SANTIAGO HIGH SCHOOL
GSA SARATOGA HIGH SCHOOL
SAFE HAVEN SAUGUS HIGH SCHOOL
GLST REBELS SAVANNA HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SCHOOL OF THE ARTS
UNITY THROUGH DIVERSITY SCOTTS VALLEY HS
SRHS GAY-STRAIGHT ALLIANCE SCRIPPS RANCH HS
GAY-STRAIGHT ALLIANCE SEQUOIA HS
GSA SILVER CREEK
GAY-STRAIGHT ALLIANCE SIR FRANCIS DRAKE HS
GSA SKYLINE HIGH
POSITIVE IMAGES SONOMA VALLEY HS
GSA SOUTH CITY HIGH SCHOOL
GLBT SUPPORT GROUP SOUTH HS
SOUTH SAN FRANCISCO GSA SOUTH SAN FRANCISCO HIGH SCHOO
SUPPORT GROUP SOUTHWEST HS
GAY-STRAIGHT ALLIANCE - GLEA ST IGNATIUS COL PREP
GAY-STRAIGHT ALLIANCE STEVENSON HS
QUEER STRAIGHT ALLIANCE SUMMERFIELD WALDORF SCHOOL
FREE TO BE SUNNYSIDE HIGH SCHOOL
GSA SUNSET HS
TFA SYLMAR HS
TAFT GSA TAFT HIGH SCHOOL
GAY-STRAIGHT ALLIANCE TERRA NOVA HS
ARCHER GAY/STRAIGHT ALLIANCE THE ARCHER SCHOOL FOR GIRLS
INTERWEAVE THE ATHENIAN SCHOOL
ENHANCING GL AWARENESS THROUGH EDUCATION THE BRANSON SCHOOL
GAY-STRAIGHT ALLIANCE THURGOOD MARSHALL HS
TORREY PINES GSA TORREY PINES HIGH SCHOOL
TRACY HIGH SCHOOL GAY/STRAIGHT ALLIANCE TRACY JOINT UNION HS
GSA AND AMNESTY TROY HIGH SCHOOL
GSA TULARE UNION HS
ONE IN TEN UKIAH HS
GAY-STRAIGHT ALLIANCE ULYSSES S GRANT HS
GSA UNION MINE HIGHSCHOOL
GAY/STRAGT ALLIANCE UNIVERSITY CITY HS
HANDS ACROSS THE CAMPUS URSULINE HS
STUDENT PANEL VALLEY VIEW HS (CA)
THE RAINBOW CLUB VANDEN HIGH SCHOOL
GSA VERDUGO HILLS HS
GSA VINTAGE HIGH SCHOOL
GSA- DIVERSITY WARREN HS
N/A ( NO NAME.) WEST HIGH SCHOOL
GSA WEST HILLS HIGH SCHOOL
COLORS WEST HS
POND WESTERN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE WESTMONT HS (CA)
GAY-STRAIGHT ALLIANCE WESTMOOR HS
GAY-STRAIGHT ALLIANCE WILLARD MS
GSA WILLIAM HOWARD TAFT HIGH SCHOO
WINDSOR ( HIGH) GSA CLUB WINDSOR HIGH SCHOOL
IDENTITY WOODBRIDGE HIGHSCHOOL
GSA WOODLAND HIGH SCHOOL
GAY-STRAIGHT ALLIANCE - SAFE WOODROW WILSON HS (LB, CA)
GAY-STRAIGHT ALLIANCE WOODSIDE HS
GAY-STRAIGHT ALLIANCE WOODSIDE PRIORY SCHOOL
GSA YORK
YOUTH SERVICES YOUTH SERVICES/ALTERNATIVE HS
DIVERSITY ADVOCATES/GAY-STRAIGHT ALLIANCE YREKA HS

### Colorado

GSA ABRAHAM LINCOLN HS
GAY-STRAIGHT ALLIANCE BEAR CREEK HS
GAY-STRAIGHT ALLIANCE BOULDER HS
GAY-STRAIGHT ALLIANCE CENTAURUS HS
GSA CENTAURUS SENIOR HIGH SCHOOL
GAY-STRAIGHT ALLIANCE CENTENNIAL HS
CLUB F.A.D. CHAPARRAL HIGH SCHOOL
STEDFAST CONIFER HS
GAY-STRAIGHT ALLIANCE - SSA DAKOTA RIDGE HS
FORWARD, STRAIGHT AND CURVY, THE DENVER SCHOOL OF THE ARTS GAY-STRAIGHT ALLIANCE DENVER SCHOOL OF THE ARTS
DCHS GAY-STRAIGHT ALLIANCE DOUGLAS COUNTY HS
GAY-STRAIGHT ALLIANCE - PANORAMA EAGLECREST HS
FACT/GSA EAST HIGH SCHOOL
GAY-STRAIGHT ALLIANCE EAST HS
PEER COUNSELING ELIZABETH HIGH SCHOOL
GAY-STRAIGHT ALLIANCE FAIRVIEW HS (CO)
CO "GSA, PEER COUNSELING" FORT COLLINS HIGH SCHOOL
RAINBOW AWARENESS GATEWAY HS
GSA GEORGE WASHINGTON HIGH SCHOOL
CONNECTIONS GRALAND COUNTRY DAY SCHOOL
S.A.F.E. GRANDVIEW HIGH SCHOOL
STUDENTS EDUCATE GREELEY CENT HS
GAY-STRAIGHT ALLIANCE GREEN MOUNTAIN HS
GAY-STRAIGHT ALLIANCE HARRISON HS
GSA HERITAGE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HIGHLANDS RANCH HS
PINK DELTA HORIZON HIGH SCHOOL
TEENS FOR TOLERANCE IVER C. RANUM HIGH SCHOOL
GSA JEFFERSON HIGH SCHOOL
HAND2HAND JOHN MALL HS
SUDA KENT DENVER SCHOOL
SUDA KENT-DENVER CTRY D S
GSA LAKEWOOD HIGH SCHOOL
GSA-TECHNICOLOR CLUB LEWIS PALMER HS
GAY-STRAIGHT ALLIANCE LONGMONT HS
GAY-STRAIGHT ALLIANCE MANUAL HS (CO)
NIWOTUNITED GSA NIWOT HS
GAY-STRAIGHT ALLIANCE OVERLAND HS
GSA PEAK TO PEAK CHARTER
DONT KNOW YET (WE\'RE NEW) PLATTE CANYON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE POMONA HS
GSA PONDEROSA HS
GLBTQ&S HIGH SCHOOL ALLIANCE POUDRE HS
PRIDE PUEBLO SOUTH HIGH SCHOOL
GSA-PRIDE IN THE VALLEY RALSTON VALLEY HIGH SCHOOL
GAY-STRAIGHT ALLIANCE RANGEVIEW HS
TEENS FOR TOLERANCE RANUM HIGH
GAY-STRAIGHT ALLIANCE ROOSEVELT HS
GAY-STRAIGHT ALLIANCE - THE INITATIVE SILVER CREEK HS
GAY STRAIGHT ALLIANCE SKYLINE
HOMOSEXUAL-HETEROSEXUAL ALLIANCE REACHING FOR TOLERANCE SMOKY HILL HS
GLBT SUPPORT GROUP SOUTH HS
GSA STANDLEY LAKE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE THOMPSON VALLEY HS
GSA THORNTON HS
GAY-STRAIGHT ALLIANCE THUNDERRIDGE HS
GSA WEST HIGHSCHOOL
GLBT SUPPORT WESTMINTER HIGH SCHOOL
PSCA WILLIAM J PALMER HS

### Connecticut

PLAHD AMITY REG HS
GSA/HUMAN RELATIONS CLUB ANSONIA HIGH SCHOOL
GAY-STRAIGHT ALLIANCE BASSICK HS
GAY-STRAIGHT ALLIANCE BETHEL HS
GAY-STRAIGHT ALLIANCE BLOOMFIELD HS
GAY-STRAIGHT ALLIANCE BOLTON HS
GAY-STRAIGHT ALLIANCE BRANFORD HS
THE ALLIANCE BRIEN MCMAHON HS
GSA BROOKFIELD
GAY-STRAIGHT ALLIANCE BROOKFIELD HS (CT)
GAY-STRAIGHT ALLIANCE BULKELEY HS
GAY-STRAIGHT ALLIANCE BUNNELL HS
GSA CANTON HS
GAY-STRAIGHT ALLIANCE CHESHIRE ACADEMY
HAD CHESHIRE HS
GAY-STRAIGHT ALLIANCE CHOATE ROSEMARY HALL
GAY-STRAIGHT ALLIANCE: CELEBRATING DIVERSITY COGINCHAUG REG HS
GAY-STRAIGHT ALLIANCE CONARD HS
GAY-STRAIGHT ALLIANCE COVENTRY HS (CT)
GAY-STRAIGHT ALLIANCE CROSBY HS
GAY-STRAIGHT ALLIANCE/YANA DANBURY HS
GAY-STRAIGHT ALLIANCE DANIEL HAND HS
GAY-STRAIGHT ALLIANCE DARIEN HS
GSA E. O. SMITH HIGH SCHOOL
GSA EAST LYME HIGH SCHOOL
GAY-STRAIGHT ALLIANCE EDWIN O SMITH SCHOOL
WINGS ETHEL WALKER SCHOOL
GAY-STRAIGHT ALLIANCE FAIRFIELD HS (CT)
GAY-STRAIGHT ALLIANCE FITCH SR. HS
STRAIGHT AND GAY ALLIANCE GLASTONBURY HS
GRANBY GSA GMHS
GAY-STRAIGHT ALLIANCE GRANBY MEMORIAL HS
Q.U.E.S.T GREENS FARMS ACADEMY
GAY-STRAIGHT ALLIANCE GREENWICH HS
GAY/SRAIGHT ALLIANCE GUILFORD HS
GAY-STRAIGHT ALLIANCE HALL HS
STTOP HAMDEN HS
GAY-STRAIGHT ALLIANCE HARTFORD PUBLIC HS
GASP HOPKINS SCHOOL
GSA HOUSATONIC VALLEY REGIONAL HS
GSA JOEL BARLOW HIGH SCHOOL
SEXUAL AWARENESS GROUP JOEL BARLOW HS
KENT SCHOOL GSA KENT SCHOOL
GAY-STRAIGHT ALLIANCE LEDYARD HS
SPECTRUM LOOMIS CHAFFEE SCHOOL
GAY-STRAIGHT ALLIANCE LYMAN HALL HS
GSA LYMAN MEMORIAL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MANCHESTER HS
GAY-STRAIGHT ALLIANCE MARK T. SHEEHAN HS
GSA MIDDLETOWN HIGH SCHOOL
SPECTRUM MISS PORTERS SCHOOL
GAY-STRAIGHT ALLIANCE NEW BRITAIN HS
GAY-STRAIGHT ALLIANCE NEW LONDON HS
GAY-STRAIGHT ALLIANCE/SAFE (STUDENTS ALLIANCE FOR ED' AND EQUALITY) NEWINGTON HS
GSA NEWTOWN HIGH SCHOOL
GSA NONNEWAUG HIGH SCHOOL
GSA NORWALK HIGH SCHOOL
NFA GAY/STRAIGHT ALLIANCE NORWICH FREE ACADEMY
GAY-STRAIGHT ALLIANCE OLD SAYBROOK SR HS
GAY-STRAIGHT ALLIANCE PLAINVILLE HS
DIVERSITY CLUB PLATT HIGH SCHOOL

000098

GSA POMFRET SCHOOL
SPECTRUM POMPERAUG HIGH SCHOOL
GAY/STRAIGHT ALLIANCE PORTLAND HS
GAY-STRAIGHT ALLIANCE RIDGEFIELD HS
GSA SHEEHAN HIGH SCHOOL
·AY-STRAIGHT ALLIANCE SIMSBURY HS
.SA SOMERS HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SOUTH WINDSOR HS
GAY-STRAIGHT ALLIANCE SOUTHINGTON HS
HUGS STAMFORD HS
GAY-STRAIGHT ALLIANCE STAPLES HS
GAY-STRAIGHT ALLIANCE STRATFORD HS
GAY-STRAIGHT ALLIANCE TAFT SCHOOL
AMNESTY TERRYVILLE HIGH SCHOOL
WINGS, GSA THE ETHEL WALKER SCHOOL
AMNESTY INTERNATIONAL VALLEY REGIONAL HIGH SCHOOL
GLSEN VALLEY REGIONAL HIGH SCHOOL
GAY/STRAIGHT ALLIANCE WATERFORD HS
PRISM GROUP WEST HAVEN HS
GAY-STRAIGHT ALLIANCE WESTHILL HS
GAY-STRAIGHT ALLIANCE WESTON HS
ISSUES WETHERSFIELD HS
GAY-STRAIGHT ALLIANCE WILTON HS
GAY-STRAIGHT ALLIANCE WINDHAM HS (CT)
GAY-STRAIGHT ALLIANCE WINDSOR HS (CT)
D.A.N. WOLCOTT HIGH SCHOOL
GAY-STRAIGHT ALLIANCE WOODSTOCK ACADEMY
GSA WOOSTER SCHOOL

**Delaware**

BRANDYWINE GSA BRANDYWINE HS
RAINBOW YOUTH ALLIANCE CAPE HENLOPEN HS
GAY-STRAIGHT ALLIANCE CONCORD HS
GAY/STRAIGHT ALLIANCE DOVER HIGH SCHOOL
GSA MAPLETON HIGH SCHOOL
GSA NEWARK HIGH SCHOOL

**District Columbia**

AMNESTY BENJAMIN BANNEKER HS
GSA HOLTON-ARMS SCHOOL
GAY-STRAIGHT ALLIANCE ROOSEVELT HS
GAGV SCHOOL WITHOUT WALLS
GLSBT SIDWELL FRIENDS SCHOOL
GAY-STRAIGHT ALLIANCE WOODROW WILSON SR HS

**lorida**

GAY-STRAIGHT ALLIANCE AMERICAN SR HS
GAY-STRAIGHT ALLIANCE ASTRONAUT HS
LAMBDA UBU BARBARA GOLEMAN SENIOR HS
LAMBDA BARBRAGOLEMAN SR. HIGH
GSA BAYSHORE HIGH SCHOOL
GSA BLAKE HIGH SCHOOL
GSA BLAKE HIGH SCHOOL OF THE ARTS
GAY-STRAIGHT ALLIANCE BOOKER HS
GSA BOOKER T. WASHINGTON
GSL C.E.P. SOUTH EAST
HUMAN RELATIONS COUNCIL CHARLES W FLANAGAN HS
UNION OF STUDENT ACTIVIST COCOA BEACH JR/SR HIGH SCHOOL
UNDERGROUND SOCIETY CORAL GABLES SR HS
GAY-STRAIGHT ALLIANCE CORAL SPRINGS HS
GALIXY CYPRESS CREEK HS
GSA DESIGN AND ARCHITECTURE
GSA DR MICHAEL M KROP SR HS
PRIZM ALLIANCE DREYFOOS SCHOOL OF THE ARTS
STRAIGHT AND GAY ALLIANCE DUNEDIN SR HS
GSA FELIX VARELA SENIOR HIGH
GSA FERNANDINA BEACH HIGH SCHOOL
DIVERSITY CLUB FRANK H PETERSON ACADEMIES
GSA FREEDOM HIGH SCHOOL
GAY-STRAIGHT ALLIANCE FT. LAUDERDALE HIGH SCHOOL
RAINBOW AWARENESS GATEWAY HS
GSA GULF COAST HIGH SCHOOL
GAY-STRAIGHT ALLIANCE H B PLANT HS
AMNESTY INTERNATIONAL HARRISON CENTER ARTS
VOICES HERNANDO HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HOLLYWOOD HILLS HS
HOMESCHOOLERS OF KISSIMME HOMESCHOOLER
SPECTRUM J P TARAVELLA HIGH SCHOOL
IMPACT LAKE MARY HIGH SCHOOL
GAY-STRAIGHT ALLIANCE LAKEWOOD SR HS
GAY-STRAIGHT ALLIANCE LARGO SR HS (FL)
GAY-STRAIGHT ALLIANCE LINCOLN HS
G.S.A. MARJORY S DOUGLAS HS
GAY-STRAIGHT ALLIANCE MAST ACADEMY
GAY-STRAIGHT ALLIANCE MIAMI BEACH SR HS
GSA MIAMI COUNTRY DAY SCHOOL
GSA MIAMI KILLIAN SENIOR HIGH
GSA MIAMI PALMETTO SR HS
GSA MIAMI SOUTHRIDGE SENIOR HIGH
GSA MIAMI SUNSET SENIOR HIGH
GLSA MICHAEL KROP
MILTON HIGH SCHOOL GSA MILTON HIGH SCHOOL
DIVERSITY NATURE COAST TECHNICAL HS
THE ALTERNATIVE ARTISTS NEW WORLD SCHOOL OF THE ARTS
GSA NEW WORLD SCHOOL OF THE ARTS
GAY-STRAIGHT ALLIANCE NORTH MIAMI SR HS
FREE TO BE NORTH PORT HIGH SCHOOL
GAY-STRAIGHT ALLIANCE NORTHEAST HS (FL)
GSYA (GAY-STRAIGHT YOUTH ALLIANCE) NOVA HS
OUT R.E.A.C.H. OLYMPIC HEIGHTS HS
GAY-STRAIGHT ALLIANCE OSCEOLA HS
IMPACT OVIEDO HS
GSA PALM HARBOR UNIVERSITY HS
GAY-STRAIGHT ALLIANCE PARK HS (FL)
GAY-STRAIGHT ALLIANCE PIPER HS
GAY-STRAIGHT ALLIANCE PLANTATION HS
GAY-STRAIGHT ALLIANCE POMPANO BEACH HS
S.A.G.A RIVERVIEW HS
GLADFB RUTHERFORD HIGH SCHOOL
GSA SANDALWOOD
GAY-STRAIGHT ALLIANCE SARASOTA HS
GAY-STRAIGHT ALLIANCE - DIVERSITY CLUB SATELLITE HS
HIV/AIDS SCHOOL FOR ADVANCED STUDIES S
GAY-STRAIGHT ALLIANCE SEMINOLE HS
GAY STRIAGHT ALLIANCE SOUTH PLANTATION HS
GSA SOUTH WEST MIAMI SENIOR HIGH
PRISM IN THE LIGHT SOUTHWEST MIAMI HS
GSA SPANISH RIVER HIGH SCHOOL
AMNESTY INTERNATIONAL SPRUCE CREEK HS
GSA ST. PETERSBURG HIGH SCHOOL
GSA STRANAHAN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE TAMPA BAY TECH HS
STUDENT PRIDE WASHINGTON HS
GSA WESTERN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE WESTFORD ACADEMY
JUNIOR GSA WESTGLADES MIDDLE SCHOOL
INFORMATION SOCIETY WILLIAM R. BOONE HIGHSCHOOL
GAY-STRAIGHT ALLIANCE WINTER PARK HS

**Georgia**

GAY-STRAIGHT ALLIANCE ALBANY HS
STUDENTS ADVOCATING TOLERANCE AND UNITY ATLANTA INTL SCHL
GASP (GAY AND STRAIGHT PEOPLE) BROOKWOOD HS
CAMPBELL GAY STRAIGHT ALL CAMPBELL HIGH SCHOOL
GSA CENTENNIAL HIGH SCHOOL
GAY AND LESBIAN SUPPORT G CHATTAHOOCHEE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE CHEROKEE HS
GAY-STRAIGHT ALLIANCE COLLINS HILL HS
GSA DEKALB SCHOOL OF THE ARTS
GSA DRUID HILLS HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ETOWAH HS
GAY-STRAIGHT ALLIANCE GEORGE WALTON COMPREHENSIVE HS
BLACK SHEEP HARRIS COUNTY HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HENRY COUNTY HS
GAY-STRAIGHT ALLIANCE LAKESIDE HS
GAY-STRAIGHT ALLIANCE LASSITER HS
GSAFE MANCHESTER HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MCEACHERN HS
MILTON HIGH SCHOOL GSA MILTON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MILTON HS
SPEAK/GSA NORTH SPRINGS HS
BAGHL PRIDE (BI AND GAY, HETERO AND LESBIAN PRIDE) PAIDEIA SCHOOL
GAY-STRAIGHT ALLIANCE PARKVIEW HS
GAY-STRAIGHT ALLIANCE PEBBLEBROOK HS
LIBERALS RABUN GAP-NACOOCHEE SCHOOL
GAY-STRAIGHT ALLIANCE RIDGEFIELD HS
SCHS GAY SRAIGHT ALLIANCE SOUTH COBB HS
GAY-STRAIGHT ALLIANCE THE GALLOWAY SCHOOL
COYOTE THE WESTMINSTER SCHOOLS
WALTON GAY-STRAIGHT STUDENT ALLIANCE WALTON HS

**Hawaii**

GAY-STRAIGHT ALLIANCE KALAHEO HIGH SCHOOL
PRIDE! CLUB PAHOA HIGH AND INTERMEDIATE SCHOOL
GAY-STRAIGHT ALLIANCE ROOSEVELT HS

**Idaho**

SAAT EMMETT HIGH SCHOOL
GAS IDAHO FALLS HIGH
GAY-STRAIGHT ALLIANCE LEWISTON HS

**Illinois**

GAY-STRAIGHT ALLIANCE AA STAGG HS
GAY-STRAIGHT ALLIANCE ALAN B SHEPARD HS
P.R.I.S.M. ALTON HIGH SCHOOL
GSA BARTLETT HIGH SCHOOL
PROJECT 10 @ B-EAST BELLEVILLE TOWNSHIP HS EAST
PRIDE BENITO JUAREZ COMMUNITY ACADEMY
GAY-STRAIGHT ALLIANCE BUFFALO GROVE HS
CALVIN COOLIDGE MIDDLE SC CALVIN COOLIDGE MIDDLE SCHOOL
GSA CANTON HS
SPIRIT CLUB CARL SCHURZ HS
GSA CARMEL HS
DIVERSITY CLUB (FORMING GSA) CARY-GROVE HS
GAY-STRAIGHT ALLIANCE CENTENNIAL HS
DIVERSITY CENTRAL HIGH SCHOOL
SPECTRUM COLUMBIA HIGH SCHOOL
QUEER-STRAIGHT ALLIANCE COMMUNITY HS
EVIL BAND CULT CONRADY JR. HIGH
NO LABELS - GAY-STRAIGHT ALLIANCE CURIE METROPOLITAN HS
SAGA DEERFIELD HIGH SCHOOL
GSA DEKALB HIGH SCHOOL
GSA DOWNERS GROVE SOUTH HS
GAY-STRAIGHT ALLIANCE EAST HS
ON COMMON GROUND EAST LEYDEN HS
GAY-STRAIGHT ALLIANCE EVANSTON TWP HS
GLBT SUPPORT GROUP FENTON HS
GAY/STRAIGHT ALLIANCE FRANCIS W. PARKER SCHOOL
PRIDE SUPPORT GROUP FREMD HS
PRISM GLENBARD EAST HIGH SCHOOL
PRISM GLENBARD NORTH HS
PRISM GLENBARD SOUTH HS
PRISM GLENBARD WEST HS
DIVERSITY CLUB GLENBROOK NORTH HS
GLASS, A GSA GLENBROOK SOUTH
GAY/SRAIGHT ALLIANCE GUILFORD HS
GAY/STRIAGHT ALLIANCE HERSEY HS
DIVERSITY REPS/ANYTOWN HIGHLAND PARK HIGH SCHOOL
HILLSBORO GAY-STRAIGHT ALLIANCE HILLSBORO HS
GSA HINSDALE CENTRAL H. S.
GAY-STRAIGHT ALLIANCE HINSDALE TWP HS CENT
UNITED SEXUALITIES IN ACADEMY FOR ARTS, HUMANITIES, AND SCIENCES
GAY-STRAIGHT ALLIANCE JOHN HERSEY HS
GAY-STRAIGHT ALLIANCE JONES ACADEMIC MAGNET
GSA JONES COLLEGE PREP
GAY-STRAIGHT ALLIANCE KENWOOD ACADEMY
SEXUAL ALLIANCE LAKE FOREST ACADEMY
GSA LAKE FOREST HIGH SCHOOL
POSSIBLE LAKE PARK HIGH SCHOOL
GSA LAKE ZURICH HIGH SCHOOL
ROOM FOR ALL LANE TECHNICAL HS
GAY-STRAIGHT ALLIANCE LATIN SCHOOL OF CHICAGO
GAY-STRAIGHT ALLIANCE LEXINGTON HS
DIVERSITY CLUB LIBERTYVILLE HS
ASAP LINCOLN WAY
GAY-STRAIGHT ALLIANCE MAINE EAST HS
SAFE PLACE MARIAN CATHOLIC HS
PRIDE CLUB MARSHALL HS
LESGAB MARTIN L KING HS
SHINE MOLINE HIGH SCHOOL
GSA MONTICELLO HIGH SCHOOL
MORTON EAST
GAY-STRAIGHT ALLIANCE MORTON EAST HS
GAY-STRAIGHT ALLIANCE NAPERVILLE NORTH HS
GAY-STRAIGHT ALLIANCE NEUQUA VALLEY H.S.
GSA NILES NORTH HIGHSCHOOL
GSA NORTH SHORE COUNTRY DAY SCHOOL
NORTHRIDGE NORTHRIDGE PREP H.S.
GSA NORTHSIDE COLLEGE PREPARATORY
GSA O'FALLON TOWNSHIP HIGH SCHOOL
APA - A PLACE FOR ALL(GSA OAK PARK AND RIVER FOREST HIGH
GAY-STRAIGHT ALLIANCE OLYMPIA HS
GAY-STRAIGHT ALLIANCE OREGON HS
BIONIC OSWEGO HIGH SCHOOL
CELEBRATION OF LIFE GSA OTTAWA TOWNSHIP HS
GAY/STRAIGHT/TRANSGENDER ALLIANCE (GSTA) PALATINE HS
SADD PAWNEE
PHS PEER RESOURCE PITTSFIELD HS
PRISM PROSPECT HS
RAINBOW PUTNAM COUNTY HS
REAVIS AWARENESS REAVIS HS
GSA RICH EAST
GAY-STRAIGHT ALLIANCE RICH SOUTH HS
RBGSA RIVERSIDE BROOKFIELD
GSA RIVERSIDE/BROOKFIELD
SPIRIT CLUB SCHURZ HIGH SCHOOL
GAY-STRAIGHT ALLIANCE - GLEA ST IGNATIUS COL PREP
DIVERSITY CLUB STEVENSON HIGH SCHOOL
GAY SUPPORT GROUP STEVENSON HS (IL)
GAY-STRAIGHT ALLIANCE SYCAMORE HS
TAFT GSA TAFT HIGH SCHOOL
CULTURAL DIVERSITY CLUB THOMAS KELLY HS
QUEER-STRAIGHT ALLIANCE U OF C LABORATORY SCHOOLS
GAY-STRAIGHT ALLIANCE UOI LABORATORY HS
GAY-STRAIGHT ALLIANCE VON STEUBEN
CUTS WALTER PAYTON COLLEGE PREP
GSA WALTER PAYTON COLLEGE PREP
GSA- DIVERSITY WARREN HS
GAY-STRAIGHT ALLIANCE — PRIDE WARREN TOWNSHIP HS
STRAIGHT AND GAY ALLIANCE WEST LEYDEN HS
SUFSA WESTMONT HIGH SCHOOL

000099

ISSUES WETHERSFIELD HS
GSA WHEELING HS
PRIDE WHITNEY YOUNG HS
ACCEPTING SEXUAL ORIENTATION IN SCHOOLS (ASIS) YORK COMMUNITY HS
YWLCS GAY/STRAIGHT ALLIANCE YOUNG WOMEN'S LEADERSHIP CHARTER SCHOOL

## Indiana

GAY-STRAIGHT ALLIANCE ARLINGTON HS
IN PROUD BLOOMINGTON HIGH SCHOOL SOUTH
PROUD BLOOMINGTON HS SO
GSA CARMEL HS
GAY-STRAIGHT ALLIANCE CONCORD HS
GAY-STRAIGHT ALLIANCE EASTERN HS
GSA ELKHART MEMORIAL HIGH SCHOOL
SRP GREENWOOD COMMUNITY HS
GHS GSA GRIFFITH HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HARRISON HS
GSA HOMESTEAD HS
GAY-STRAIGHT ALLIANCE HORACE MANN SCHOOL
UNITED SEXUALITIES ACAD FOR SCI MATH
UNITED SEXUALITIES INDIANA ACADEMY
AMNESTY INTERNATIONAL INTERNATIONAL SCHOOL OF INDIANA
GAY-STRAIGHT ALLIANCE JAMES WHITCOMB RILEY HS
JOSHUA AARON BROWN JOSHUA AARON BROWN
GAY-STRAIGHT ALLIANCE MANCHESTER HS
GAY-STRAIGHT ALLIANCE NEW ALBANY HS
CARE NORTH HS
GAY-STRAIGHT ALLIANCE NORTHSIDE HS (IN)
ALLIANCE (GSA) PENN HIGH SCHOOL
THE ADVOCATES PENN HS
GAY-STRAIGHT ALLIANCE PIKE HS
PORTAGE TOWNSHIP SCHOOLS PORTAGE HS
GSA ROGERS HS
GSA SILVER CREEK HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SNIDER HS
PROUD SOUTH
UNITED SEXUALITIES THE INDIANA ACADEMY
WARREN CENTRLAL GSA WARREN CENTRAL HIGH SCHOO
GAY-STRAIGHT ALLIANCE WESTERN HS

## Iowa

GSA ABRAHAM LINCOLN HS
GAY-STRAIGHT ALLIANCE ANKENY HS
ATLANTIC GSA ATLANTIC HS
S.O.U.P. BETTENDORF HIGH SCHOOL
YOUTH OF CWUSA CALAMUS-WHEATLAND SECONDARY SC
GAY-STRAIGHT ALLIANCE CARLISLE HS
GSA CLINTON HIGH SCHOOL
STRAIGHT-GAY ALLIANCE DUBUQUE SR HS
GAY-STRAIGHT ALLIANCE - SAGE EAST HS (DS)
UNITY KENNEDY HS (IA)
GAY-STRAIGHT ALLIANCE/PRISM LINCOLN HIGH
SPECTRUM LINN-MAR HS
GAY-STRAIGHT ALLIANCE NEW HAMPTON SCHOOL
GAY-STRAIGHT ALLIANCE NORTH FAYETTE HS
GAY-STRAIGHT ALLIANCE NORTH HS (SIOUX CITY, IA)
GSA OMAHA NORTH HIGH SCHOOL
FORWARD PRAIRIE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE REGIS HS
SAGA ROOSEVELT HIGH SCHOOL
GSA SOUTHEAST POLK
GSA THOMAS ROBERTS HS
RAINBOW ALLIANCE URBANDALE HS
GAY-STRAIGHT ALLIANCE VALLEY HS (IA)
GSA VALLEY SOUTHWOODS HIGH SCHOOL
SPECTRUM WASHINGTON HIGH SCHOOL
GSA WESTVIEW HS

## Kansas

SASH BASEHOR-LINWOOD HS
AWAKENING BLUE VALLEY WEST
GAY-STRAIGHT ALLIANCE CHAPARRAL HS
STUDENTSAGAINSTPREJUDICE EAST HIGH SCHOOL WICHITA
ECHO GARDEN CITY SR HS
GARDNER EDGERTON GAY-STRAIGHT ALLIANCE GARDNER EDGERTON HS
DIVERSITY REPS/ANYTOWN HIGHLAND PARK HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HIGHLAND PARK HS (KS)
ALLIANCE FOR SOCIAL AWARE LAWRENCE HS (KS)
U.S. A.L.L. LEAVENWORTH SR HS
AMNESTY INTERNATIONAL MANHATTAN SR HS
GAY-STRAIGHT ALLIANCE NORTHEAST MAGNET HIGH SCHOOL
THE STRAIGHT CIRCLE OLATHE EAST
COMMON GROUND PEMBROKE HILL SCHOOL
GAY-STRAIGHT ALLIANCE SALINA CENTRAL HS
GAY-STRAIGHT ALLIANCE SHAWNEE HEIGHTS HS
SHARE SHAWNEE MISSION EAST
AMNESTY INTERNATIONAL SHAWNEE MISSION NORTHWEST
SHAWNEE MISSION WEST SHAWNEE MISSION W H
GSA SHAWNEE MISSION WEST
AMNESTY SMNW
GAY-STRAIGHT ALLIANCE TOPEKA HS
GSA TOPEKA WEST HS
GSA WASHBURN RURAL HS
STUDENTS AGAINST PREJUDICE WICHITA EAST HIGH SCHOOL
GAY-STRAIGHT ALLIANCE WICHITA HS E
THE GAY/STRAIGHT ALLIANCE WICHITA HS SOUTHEAST
NORTHEAST MAGNET GAY-STRAIGHT ALLIANCE WICHITA NORTHEAST MAGNET HS

## Kentucky

BELLEVUE GSA BELLEVUE HS
GAY-STRAIGHT ALLIANCE - HUMAN RIGHTS CLUB BOYD COUNTY HS
GAY-STRAIGHT ALLIANCE DU PONT MANUAL HS
10% CLUB EASTERN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE FERN CREEK TRADITIONAL HS
ACLU/GSA HENDERSON COUNTY HS
DAY OF SILENCE COMMITTEE HENRY CLAY HIGH SCHOOL
DIVERSITY CLUB LAFAYETTE SR HS
GSA LOUISVILLE MALE HIGH SCHOOL
SGA MODEL LABORATORY SCHOOL
GAY SUPPORT GROUP WARREN E HS
GSA WESTERN HILLS HS

## Louisiana

GAY-STRAIGHT ALLIANCE BATON ROUGE MAGNET HIGH
GAY-STRAIGHT ALLIANCE BATON ROUGE SR HS
GAY-STRAIGHT ALLIANCE BENJAMIN FRANKLIN HS (LA)
ACLU BOLTON HS (LA)
DIVERSITY CENTRAL HIGH SCHOOL
GRANT GAY STRAIGHT ALLIANCE GRANT HS
GAY-STRAIGHT ALLIANCE LIVE OAK HS
GAY-STRAIGHT ALLIANCE LOUISIANA SCHOOL FOR MATH, SCIENCE AND THE ARTS
GAY-STRAIGHT ALLIANCE MCKINLEY SR HS (LA)

## Maine

DAY OF SILENCE GROUP BRUNSWICK HIGH SCHOOL
DIVERSITY COALITION CAMDEN-HILLS REGIONAL HIGH
GSA ELLSWORTH HIGH SCHOOL
GSA FREEPORT HIGH SCHOOL
GAY-STRAIGHT ALLIANCE GORHAM HS
GAY/STRAIGHT ALLIANCE GRAY-NEW GLOUCESTER HS
GAY-STRAIGHT ALLIANCE KENTS HILL SCHOOL
GAY-STRAIGHT ALLIANCE LEWISTON HS
GAY-STRAIGHT ALLIANCE LINCOLN HS
CIVIL RIGHTS TEAM LIVERMORE FALLS HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MADISON HS
GSA MARSHWOOD HIGH SCHOOL
MORSE GSA MORSE HIGH SCHOOL
DIVERSITY TEAM ORONO HS
GAY-STRAIGHT ALLIANCE OXFORD HILLS HS
GSA PORTLAND HIGH SCHOOL
WESTBROOK HIGH GAY-STRAIGHT ALLIANCE WESTBROOK HS
GAY-STRAIGHT ALLIANCE YARMOUTH JR SR HS

## Maryland

GAY-STRAIGHT ALLIANCE A EINSTEIN SR HS
EROS ALLIANCE ARUNDEL SENIOR HS
GAY-STRAIGHT ALLIANCE ATHOLTON HS
YES — YOUTH EMPOWERING STUDENTS BALT POLYTECH INST
HORIZONS BETHESDA — CHEVY CHASE HS
BROADNECK GAY-STRAIGHT ALLIANCE BROADNECK SR HIGH
DAY OF SILENCE GROUP BRUNSWICK HIGH SCHOOL
GSA BRYN MAWR SCHOOL
CATOCTIN HIGH SCHOOL GSA CATOCTIN HS
GAY-STRAIGHT ALLIANCE CENTENNIAL HS
JDSGAY-STRAIGHT ALLIANCE CHARLES E SMITH JEWISH DAY SCHOOL
GAY-STRAIGHT ALLIANCE — YEAH CLEAR SPRING HS
PRYDE DAMASCUS HS
LETSGAB ELEANOR ROOSEVELT HIGH SCHOOL
LETSGAB ELNR ROOSEVELT SR HS
GSA FRANKLIN HIGH SCHOOL
PRYSM GAITHERSBURG HS
RAINBOW CONNECTION GEORGETOWN PS
GILMAN GSA GILMAN SCHOOL
SAGA GLENELG HS
RAINBOW ALIENCES GOV. THOMAS JOHNSON HIGH
GSA HAVRE GRACE HS
MD "GSA, AND AMNESTY" HEREFORD HIGH SCHOOL
PRYSM HIGH POINT HS
GAY-STRAIGHT ALLIANCE HOLTON ARMS SCHOOL
SHOP HOWARD
BLAKE GSA JAMES H BLAKE HS
GSA JAMES HUBERT BLAKE HIGH SCHOOL
STRIDES JOHN F. KENNEDY HS
GSA LAKE CLIFTON SR HS
RAINBOW ALLIANCE LONG REACH HS
GSA MCDONOGH SCHOOL
GSA MIDDLETOWN HIGH SCHOOL
SMAHAB (SEXUAL MINORITIES AND HOMOSEXUALS AT BLAIR); GSA MONTGOMERY BLAIR HS

## Massachussets

COMMON GROUND ACTON-BOXBOROUGH REGIONAL HS
GAY/STRAIGHT ALLIANCE AGAWAM HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ALGONQUIN REGIONAL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ANDOVER HS (MA)
DIVERSITY APPONEQUET REG. HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ARLINGTON HS
SUPA ATTLEBORO HS
GAY-STRAIGHT ALLIANCE AUBURN HS (MA)
GAY-STRAIGHT ALLIANCE BARNSTABLE HS
DIVERSITY COMMITTEE BEACON HS (MA)
GSA BELLINGHAM HIGH SCHOOL
GAY-STRAIGHT ALLIANCE BELMONT HS
GSA BEVERLY HIGH SCHOOL
GAY-STRAIGHT ALLIANCE BEVERLY HS
DIVERSITY BILLERICA MEMORIAL HIGH SCHOOL
AMNESTY BISHOP FENWICK
GAY-STRAIGHT ALLIANCE BOSTON LATIN SCHOOL
GAY-STRAIGHT ALLIANCE BOSTON UNIVERSITY AC
GAY-STRAIGHT ALLIANCE BOURNE HS
GAY-STRAIGHT ALLIANCE BRDGW RAYNHAM REG HS
GSA BRIDGEWATER-RAYNHAM REGIONAL
BRIGHTON HIGH GSA BRIGHTON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE BROCKTON HS
GAY-STRAIGHT ALLIANCE BROMFIELD SCHOOL
GAY-STRAIGHT ALLIANCE BROOKLINE HS
GAY-STRAIGHT ALLIANCE BUCK BROWNE NICHOLS
GSA BUCKINGHAM, BROWNE & NICHOLS
GAY-STRAIGHT ALLIANCE BURNCOAT SR HS
PROJECT 10 EAST CAMBRIDGE RINDGE AND LATIN SCH
GAY-STRAIGHT ALLIANCE CAMBRIDGE SCHOOL OF WESTON
GAY-STRAIGHT ALLIANCE CANTON HS (MA)
GAY-STRAIGHT ALLIANCE CAPE COD ACADEMY
DIVERSITY CLUB CARVER HS
HAS NO NAME CENTRAL HIGH
GSA CHICOPEE COMPREHENSIVE
COMMONWEALTH ALLIANCE COMMONWEALTH SCHOOL
GAY-STARIGHT ALLIANCE CONCORD ACAD
SPECTRUM CONCORD-CARLISLE REGIONAL HS
BRIDGE DANA HALL SCHOOL
GROH: GET RID OF HOMOPHOBIA DEERFIELD ACADEMY
GAY-STRAIGHT ALLIANCE DENNIS-YARMOUTH REGIONAL
GAY-STRAIGHT ALLIANCE DOUGLAS HS (MA)
GAY-STRAIGHT ALLIANCE DOVER/SHERBORN HS
JABOP (JUST A BUNCH OF PEOPLE) DRURY SR HS
GAY-STRAIGHT ALLIANCE DUXBURY HS
GSA EVERETT HIGH SCHOOL
THE RAINBOW CONNECTION EVERETT HS
GAY-STRAIGHT ALLIANCE FALMOUTH HS
COMMON GROUND FRAMINGHAM HIGH SCHOOL
GSA FRANCIS W. PARKER CHARTER SCH
GAY-STRAIGHT ALLIANCE FRANKLIN HS (MA)
GSA GEORGETOWN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE GEORGETOWN MIDDLE-HIGH SCHOOL
GAY-STRAIGHT ALLIANCE GLOUCESTER HS (MA)
SWAGLY GODDARD LEARNING CENTER
GAY-STRAIGHT ALLIANCE GOVERNOR DUMMER ACADEMY
GAY-STRAIGHT ALLIANCE GREATER LOWELL REG TECH HS
HUES GREENFIELD HS (MA)
GSA GROTON SCHOOL
GAY-STRAIGHT ALLIANCE GROTON-DUNSTABLE REGIONAL HS
CARE HAMILTON-WENHAM REGIONAL HIGH
GSA HAMPSHIRE REGIONAL HIGHSCHOOL
GSA-DIVERSITY CLUB HANOVER HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HAVERHILL HS
GAY-STRAIGHT ALLIANCE HIGH SCHOOL OF SCIENCE & TECH
GAY-STRAIGHT ALLIANCE HINGHAM HS
GAY-STRAIGHT ALLIANCE HOLLISTON HS
LIBERATION ROCK HOPKINTON HIGH SCHOOL
GSA HRHS
GAY-STRAIGHT ALLIANCE HS OF COMMERCE
GSA HULL HIGH
KENNEDY GSA KENNEDY HS
DIVERSITY GROUP KING PHILIP REGIONAL HS
GLASS LANDMARK HS
GSA LAWRENCE ACADEMY
GAY-STRAIGHT ALLIANCE LEOMINSTER HS
GAY-STRAIGHT ALLIANCE LEXINGTON HS
GAY-STRAIGHT ALLIANCE LOWELL HS (MA)
BIGLASS LUNENBURG HS
GAY-STRAIGHT ALLIANCE LYNN CLASSICAL HS
GAY-STRAIGHT ALLIANCE LYNN ENGLISH HS
SAVE OUR SCHOOLS ALLIANCE MAHAR REGIONAL HS
GAY-STRAIGHT ALLIANCE MANCHESTER HS (MA)
GAY-STRAIGHT ALLIANCE MANSFIELD HS (MA)
GAY-STRAIGHT ALLIANCE MARBLEHEAD HS
DIVERSITY CLUB MARSHFIELD HS (MA)
GAY-STRAIGHT ALLIANCE MARTHAS VINEYARD HS
GAY-STRAIGHT ALLIANCE MASCONOMET REGIONAL HS
HARMONY MEDFIELD HIGH SCHOOL

000100

GAY-STRAIGHT ALLIANCE MEDFORD HS
GSA MELROSE HIGH SCHOOL
DIVERSITY COMMITTEE MIDDLEBOROUGH HS
GAY-STRAIGHT ALLIANCE MIDDLESEX SCHOOL
GASP MILTON ACADEMY
GAY-STRAIGHT ALLIANCE MILTON HS
SPECTRUM GSA MINNECHAUG REGIONAL HS
GSA MISS HALL'S SCHOOL
GAY-STRAIGHT ALLIANCE MT GREYLOCK MIDDLE/HIGH SCHOOL
GAY-STRAIGHT ALLIANCE NASHOBA HS
NVTHSGAY-STRAIGHT ALLIANCE NASHOBA VALLEY TECH HS
GSA NATICK HIGH SCHOOL
GAY-STRAIGHT ALLIANCE NAUSET REGIONAL HS
GAY-STRAIGHT ALLIANCE NEEDHAM HS
GAY-STRAIGHT ALLIANCE NEW HAMPTON SCHOOL
NEWBURY COLLEGE GAY/STRAIGHT ALLIANCE NEWBURY COLLEGE
GAY-STRAIGHT ALLIANCE NEWTON NORTH HS
GAY-STRAIGHT ALLIANCE NEWTON SOUTH HS
GAY-STRAIGHT ALLIANCE NIPMUC REGIONAL HIGH SCHOOL
LESGAB NOBLE AND GREENOUGH SCHOOL
GAY STRIGHT ALLIANCE NORFOLK AGGIE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE NORFOLK COUNTY AGRICULTURAL HS
GSA NORTH ANDOVER HIGH SCHOOL
GAY-STRAIGHT ALLIANCE NORTH ANDOVER HS
GSA NORTH MIDDLESEX REGIONAL
GAY-STRAIGHT ALLIANCE NORTHAMPTON HS (MA)
H.E.A.R.T NORTHBRIDGE HIGH SCHOOL
HBH NORTHFIELD MOUNT HERMON
GAY-STRAIGT ALLIANCE NORWELL HS (MA)
GAY-STRAIGHT ALLIANCE OAKMONT REGIONAL HS
GAY-STRAIGHT ALLIANCE OLIVER AMES HS
GAY-STRAIGHT ALLIANCE PARKER CHARTER SCHOOL
GSA PEABODY HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PEABODY VETERANS MEMORIAL HS
GAY-STRAIGHT ALLIANCE PHILLIPS ACADEMY
GAY-STRAIGHT ALLIANCE PIONEER VALLEY PERFORMING ARTS CHARTER HS
HOT TOPICS/PAL GROUPS PIONEER VALLEY REGIONAL SCHOOL
GAY-STRAIGHT ALLIANCE PLYMOUTH NORTH HS
PRIDE PLYMOUTH SOUTH HS
GAY-STRIAGHT ALLIANCE PROVINCETOWN HS
GAY-STRAIGHT ALLIANCE PUTNAM VOCATIONAL-TECHNICAL HS
GAY-STRAIGHT ALLIANCE QUABBIN REGIONAL HS
AMNESTY INTERNATIONAL QUABOAG REG HS
SPECTRUM QUINCY HS
GSA RANDOLPH HIGH SCHOOL
RAD: REVERE AGAINST DISCRIMINATION REVERE HS
GAY-STRAIGHT ALLIANCE ROCKPORT HS
SHS GAY/STRAIGHT ALLIANCE SALEM HIGH SCHOOL
GSA SEEKONK HIGH SCHOOL
GSA SHARON HIGH SCHOOL
GSA SHREWSBURY HIGH
GAY-STRAIGHT ALLIANCE SMITH VOCATIONAL AND AGRICULTURAL HS.
AMNESTY INTERNATIONAL SOMERSET HIGH SCHOOL
GSA: LEGASY SOMERVILLE CHARTER SCHOOL
GAY-STRAIGHT ALLIANCE SOMERVILLE HS
GSA SOUTH HADLEY HIGH
STRHS DIVERSITY CLUB SOUTHWICK-TOLLAND RHS
GAY-STRAIGHT ALLIANCE SPRINGFIELD CENTRAL HS
GAY-STRAIGHT ALLIANCE - PRYSM STONEHAM HS
GSA SUTTON JR/SR HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SWAMPSCOTT HS (MA)
GSA TAHANTO REGIONAL MIDDLE/HIGH
GOLDFISH GAY-STRAIGHT ALLIANCE TANTASQUA REG SR HS
GAY-STRAIGHT ALLIANCE TAUNTON HS
ALLIES THAYER ACADEMY
GAY-STRAIGHT ALLIANCE THE WILLISTON NORTHAMPTON SCHOOL
GAY, BISEXUAL, STRAIGHT ALLIANCE THE WINSOR SCHOOL
TRITON YOUTH ALLIANCE TRITON REGIONAL HIGH SCHOOL
DIVERSITY CLUB WALPOLE HS
SAFE SCHOOLS ALLIANCE - FUSION WAREHAM HS
GAY-STRAIGHT ALLIANCE WATERTOWN SR HS
GAY-STRAIGHT ALLIANCE WAYLAND HS
GAY-STRAIGHT ALLIANCE WELLESLEY SR HS
SMART WESTBOROUGH HS
GAY-STRAIGHT ALLIANCE WESTFORD ACADEMY
GAY-STRAIGHT ALLIANCE WESTON HS
GAY-STRAIGHT ALLIANCE WESTPORT HS
SPECTRUM WESTWOOD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE/SAGES WEYMOUTH HS
GSA WEYMOUTH VOC. HIGH
VIEWPOINTS WHITMAN-HANSON REG HS
GSA WILBRAHAM AND MONSON ACADEMY
SPECTRUM WINCHESTER HS
SAFE SCHOOLS WORC VOCATIONAL HS
GAY-STRAIGHT ALLIANCE WORCESTER ACADEMY
GSA MONTGOMERY BLAIR HIGH SCHOOL
RYA MOUNT HEBRON HS
GSA NORTH CARROLL HIGH SCHOOL
RAVE NORTH EAST HIGH SCHOOL
GAY-STRAIGHT ALLIANCE NORTHEAST HS
RAINBOW NATION OAKLAND MILLS HIGH SCHOOL
GAY-STRAIGHT ALLIANCE OLD MILL SR HS
GAY-STRAIGHT ALLIANCE OLDFIELDS SCHOOL
GAY-STRAIGHT ALLIANCE OWINGS MILLS HS
RAINBOW GSA PARKDALE HS
GSA PAUL LAURENCE DUNBAR HIGH
GAY STRIGHT ALLIANCE POOLESVILLE JR-SR HS
STUDENTS FOR ACCEPTANCE QUINCE ORCHARD HS
RAINBOW YOUTH ALLIANCE RESERVOIR HIGH SCHOOL
THE ALLIANCE FOR UNDERSTA RICHARD MONTGOMERY HIGH SCHOOL
GSA RIVER HILL HIGH SCHOOL
THE OPEN DOOR - GAY-STRAIGHT ALLIANCE SANDY SPRING FRIENDS SCHOOL
GLASS SENECA VALLEY HS
GLASS SENECA VALLEY HS
STAND PROUD SHERWOOD HS
GAY/STRAIGHT ALLIANCE (GSA) SOUTH CARROLL HS
SPECTRUM SPRINGBROOK HS
GSA ST. PAUL'S SCHOOL FOR GIRLS
FIGHT AGAINST SEX. ORIEN. DISCRIMINATION ST. PAUL'S SCHOOL FOR GIRLS
RYAN FLANIGAN ST.PAULS SCHOOL FOR BOYS
SPEAK OUT AND MAKE A DIFFERENCE STONE RIDGE SACRED HEART
STUDENT UNDERGROUND PEACE SUDBROOK MAGNET MIDDLE SCHOOL
GAY-STRAIGHT ALLIANCE THE KEY SCHOOL
NORA SCHOOL GSA THE NORA SCHOOL
GSA THE PARK SCHOOL OF BALTIMORE
GSA WALT WHITMAN HIGH SCHOOL
OUTLOOK WALTER JOHNSON HS
GAY-STRAIGHT ALLIANCE WESTERN HS
GAY-STRAIGHT ALLIANCE WINSTON CHURCHILL HIGH SCHOOL

## Michigan

GSA ANOKA HIGH SCHOOL
STRAIGHTS & GAYS FOR EQUALITY APPLE VALLEY HS
AVALON PRIDE AVALON HS
BEMIDJI SAFE BEMIDJI HS
PAHR BLAKE MIDDLE SCHOOL
GAY-STRAIGHT ALLIANCE BLAKE SCHOOLS UPPER
BADG BRECK SCHOOL
GAY-STRAIGHT ALLIANCE CENTENNIAL HS
DIVERSITY CENTRAL HIGH SCHOOL
GLBT SUPPORT GROUP CENTRAL HS (MN)
DIVERSITY CORPS CLARA BATRON OPEN SCHOOL
GAY-STRAIGHT ALLIANCE DULUTH MARSHALL HS
GAY-STRAIGHT ALLIANCE EAGAN HS
GAY-STRAIGHT ALLIANCE EAST SR HS
GSA/SAGE EASTVIEW HS
WHOEVER WANTS TO DO THIS EDEN PRAIRIE HIGH SCHOOL
AMNESTY INTERNATIONAL EDINA HIGH SCHOOL
GAY-STRAIGHT ALLIANCE EDISON SR HS
ALLIANCE FERGUS FALLS SENIOR HIGH SCHOO
GSA GRAND RAPIDS HS
SPECTRUM GREENWAY HS
GLB OR QUESTIONING GROUP HARDING HS
GAY-STRAIGHT ALLIANCE HASTINGS SR HS
GAY-STRAIGHT ALLIANCE HIGHLAND PARK SR HS
IRONDALE GSA IRONDALE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE JOHN MARSHALL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE LINCOLN HS
OUT4GOOD MINNEAPOLIS PUBLIC SCHOOLS
PRIDE MONTGOMERY HS
GSA MONTICELLO HIGH SCHOOL
SAFE NORTH HS (MN)
DIVERSITY TEAM ORONO HS
GSA PATRICK HENRY HIGH SCHOOL
P.R.I.D.E. GSA PERPICH CENTER FOR ARTS ED
GAY-STRAIGHT ALLIANCE ROOSEVELT HS (MN)
GLBT YOUTH SUPPORT GROUP ROSEVILLE AREA HS
GSA ROSEVILLE AREA MIDDLE SCHOOL
GSA SOUTH HIGH SCHOOL
SUPPORT GROUP SOUTHWEST HS
GAY-STRAIGHT ALLIANCE ST. LOUIS PARK HS
MY FRIEND GROUP. ST. LOUIS PARK JR. HIGH
GAY-STRAIGHT ALLIANCE STAPLES HS
GLBT SUPPORT GROUP STILLWATER AREA SENIOR HIGH
GLBT STILLWATER HIGH SCHOOL
DIVERSITY CORPS SUSAN B. ANTHONY MIDDLE SCHOOL
GSA TARTAN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE THE BLAKE SCHOOL
GSA- DIVERSITY WARREN HS
GSA WASHBURN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE WASHBURN SR. HS
RARE: RAISING AWARENESS FOR RESPECT AND EQUALITY WAYZATA HS

## Minnesota

ALBION HIGH SCHOOL G.S.A. ALBION HS
MI BAMN ANN ARBOR HURON HS
HERO ATHENS HS (MI)
AMNESTY INTERNATIONAL AVONDALE SR HS
GAY-STRAIGHT ALLIANCE BENJAMIN FRANKLIN HS
BRIDGES- GAY-STRAIGHT ALLIANCE BERKLEY HS
STRAIGHT AND GAY ALLIANCE BLACK RIVER PUBLIC SCHOOL
ANDOVER GAY-STRAIGHT ALLIANCE BLOOMFIELD HILLS ANDOVER HS
THE LEAGUE OF EQUALITY C. M. KIMBALL HIGH SCHOOL
GSA CANTON HS
NONE CENTRAL MONTCALM HS
QUEER-STRAIGHT ALLIANCE COMMUNITY HS
SPECTRUM CRANBROOK KINGSWOOD
PATS DEARBORN HIGH SCHOOL
DEWITT GAY-STRAIGHT ALLIANCE DEWITT HS
GAY-STRAIGHT ALLIANCE EAST LANSING HS
DAY FO SILENCE EASTERN
10% CLUB EASTERN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE EVERETT HS (MI)
WATERSHED FOREST HILLS NO HS
GSA FREMONT HIGH SCHOOL
GAY-STRAIGHT ALLIANCE GODWIN HEIGHTS HS
GSA GRAND BLANC HIGH SCHOOL
GHHS GAY/STRAIGHT ALLIANCE GRAND HAVEN SR HS
GAY-STRAIGHT ALLIANCE GREENHILLS SCHOOL
D.R.E.A.M.S. GREENVILLE SENIOR HIGH SCHOOL
GREENVILLE HIGH SCHOOL G.S.A. GREENVILLE SR HS
GSA GROSSE POINTE SOUTH
GAY-STRAIGHT ALLIANCE GROVES HS
GAY-STRAIGHT ALLIANCE GULL LAKE COMMUNITY SCHOOLS
PAC GULL LAKE HS
G.L.A.S.S. HARRY S. TRUMAN HIGH SCHOOL
GSA HAZEL PARK HIGH SCHOOL
HOLLAND STUDENT GSA HOLLAND HIGH SCHOOL
AMNESTY INTERNATIONAL HOLLAND HS
GSA HOWELL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HOWELL HS
GSA HURON HIGH SCHOOL
SAGABA INTERLOCHEN ARTS ACADEMY
GSA JACKSON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE JACKSON HS (MI)
RAINBOW ALLIANCE LAKE ORION COMM HS
EASOSE LAKEVIEW HS (BK)
STH (STOP THE HATE) LANSE CREUSE HS
10% CLUB LANSING EASTERN HIGH SCHOOL
GSA LANSING EVERETT HIGH SCHOOL
LELAND GAY-STRAIGHT ALLIANCE LELAND HS
GAY-STRAIGHT ALLIANCE LINCOLN HS
SUDS (STUDENTS UNDERSTAND DIVERSE SEXUALITIES) LINCOLN PARK HS
GAY-STRAIGHT ALLIANCE LOY NORRIX HS
GSA MADONNA UNIVERSITY
GAY-STRAIGHT ALLIANCE MANCHESTER HS
PRIDE CLUB MARSHALL HS
GAY-STRAIGHT ALLIANCE MATTAWAN HIGH SCHOOL
MILFORD/HIGHLAND G.S.A MILFORD HS
GSA MONA SHORES HIGH SCHOOL
GAY STRAIGHT ALLIENCE MOTT COMMUNITY COLLEGE
GSA NFTY-EIE HIGH SCHOOL IN ISRAEL
GAY-STRAIGHT ALLIANCE NOVI HS
GSA OAK PARK HIGH
GAY-STRAIGHT ALLIANCE OKEMOS HS
GAY-STRAIGHT ALLIANCE PIONEER HS (MI)
GSA PLAINWELL HIGHSCHOOL
GSA PORTAGE CENTRAL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PORTAGE NORTHERN HS
GSA PORTLAND HIGH SCHOOL
SPECTRUM QUINCY HS
READING HIGH GSA CLUB READING HS
GAY-STRAIGHT ALLIANCE (GSA) RIVER ROUGE HS
LIT CLUB RIVERVIEW COMM HS
R.I.S.E. ROCHESTER ADAMS HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ROEPER CTY CNTRY SCHOOL
GSA ROGERS HS
US ROSCOMMON MIDDLE SCHOOL
SPECTRUM SALINE HS
GAY-STRAIGHT ALLIANCE STEVENSON HS
GAY LESBIAN OR WHATEVER (GLOW) SWARTZ CREEK HS
NO NAME (YET) UNIVERSITY LIGGETT SCHOOL
GSA WALLED LAKE CENTRAL HIGH SCHOO
GSA- DIVERSITY WARREN HS
GAY-STRAIGHT ALLIANCE WEST OTTAWA HS
GAY-STRAIGHT ALLIANCE WESTERN HS
GSA WYOMING PARK HS

## Missisipi

GSA JACKSON FINE ARTS ACADEMY
GAY/STRAIGHT ALLIANCE MISSISSIPPI SCHOOL FOR MATHEMATICS AND SCIENCE

## Missouri

YOUTH SERVICES ALTERNATIVE HS
GSA BELTON HS
GAY-STRAIGHT ALLIANCE CROSSROADS SCHOOL (MO)

00101

GAY-STRAIGHT ALLIANCE EAST HS
YOUTH EDUCATING AGAINST HOMOPHOBIA EUREKA SR HS
COMMON GROUND GAY STRAIGHT ALLIANCE FORT ZUMWALT N HS
HGAY-STRAIGHT ALLIANCE HILLCREST HS (MO)
AMNESTY INCARNATE WORD
CASCADES JEFFERSON CITY HIGH SCHOOL
GSA JOHN BURROUGHS SCHOOL
GAY-STRAIGHT ALLIANCE KIRKWOOD HIGH SCHOOL
AMNESTY INTERNATIONAL LADUE HORTON WATKINS HS
AMNESTY INTERNATIONAL LIBERTY SENIOR HIGHSCHOOL
LINDBERGH HIGH SCHOOL GSA LINDBERGH HS
MAKING SCHOOLS SAFE STL MAKING SCHOOLS SAFE SCHOOL
PRIDE CLUB MARSHALL HS
DIVERSITY CLUB MARSHFIELD HS
BREAKING THE BARRIERS - GAY-STRAIGHT ALLIANCE MEMORIAL HS
GSA METRO HIGH SCHOOL
AMNESTY INTERNATIONAL METRO HS (MO)
AMNESTY NOTRE DAME SION
GAY-STRAIGHT ALLIANCE PARKVIEW HS
GSA PARKWAY NORTH HIGH SCHOOL
GSA PARKWAY SOUTH HIGHSCHOOL
SPECTRUM PATTONVILLE HIGH SCHOOL
COMMON GROUND PEMBROKE HILL SCHOOL
GSA ROCKBRIDGE SENIOR HIGH
SUPPORT GROUP SOUTHWEST HS
RAINBOW ALLIANCE ST LOUIS UNIV HS
GLASS TRUMAN HS
OUT N PROUD VAN HORN HS
GSA WEBSTER GROVES HIGH SCHOOL

## Montana

GAY-STRAIGHT ALLIANCE BIG SKY HS
BSH GSA BILLINGS SR HS
GSA BOZEMAN HIGH SCHOOL
GSA CAPITAL HIGH SCHOOL
SMART HELENA HS
GAY-STRAIGHT ALLIANCE HELLGATE HS
RESPECT RATTLESNAKE MIDDLE SCHOOL
GSA AND AMNESTY TROY HS

## Nebraska

GSA BELLEVUE
GAY-STRAIGHT ALLIANCE BLOOMFIELD HS
NONE BOYS TOWN HS
GAY-STRAIGHT ALLIANCE BURKE HS (NE)
DIVERSITY CENTRAL HIGH SCHOOL
GRANT GAY STRAIGHT ALLIANCE GRANT HS
GAY-STRAIGHT ALLIANCE HASTINGS SR HS
GAY-STRAIGHT ALLIANCE LEXINGTON HS
GLBTSA LINCOLN HIGH SCHOOL NORTHEAST
GAY-STRAIGHT ALLIANCE LINCOLN SE HS
GLBTSA LINCOLN SOUTHWEST HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MILLARD N SR HS
GAY-STRAIGHT ALLIANCE MILLARD WEST HS
GAY-STRAIGHT ALLIANCE NORTH HS (NE)
GAY-STRAIGHT ALLIANCE OMAHA NORTH HS
GSA OMAHA SOUTH HIGH SCHOOL
GLBT SUPPORT GROUP SOUTH HS
GSA WESTSIDE HIGH SCHOOL
COMMON GROUND WESTSIDE HS (NE)

## Nevada

GSA CENTENNIAL HIGH SCHOOL
GSA CENTENNIAL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE CHAPARRAL HS
HUDDLE ELDORADO HS (NV)
PRIDE ALLIANCE GREEN VALLEY HS
PRIDE ALLIANCE LAS VEGAS ACADEMY
ART MAJORS LAS VEGAS ACADEMY
PRIDE LAS VEGAS HS
GAY-STRAIGHT ALLIANCE — SHOUT MOJAVE HS
PRIDE ALLIANCE RANCHO HS
PRIDE ALLIANCE SILVERADO HS
GAY-STRAIGHT ALLIANCE WESTERN HS

## New Hampshire

THE ALLIANCE BAY PATH COLLEGE
BELMONT HIGH GSA BELMONT HIGH SCHOOL
GAY-STRAIGHT ALLIANCE BREWSTER ACADEMY
DIVERSITY CENTRAL HIGH SCHOOL
TIDE PRIDE CONCORD HIGH SCHOOL
GAY/STRAIGHT ALLIANCE DOVER HIGH SCHOOL
GAY-STRAIGHT ALLIANCE KEENE HS
GAY-STRAIGHT ALLIANCE KINGSWOOD REG HS
FOR A CHANGE LONDONDERRY HIGH SCHOOL
DIVERISTY CLUB AND GSA MANCHESTER CENTRAL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE - PRIDE MASCENIC REGIONAL HS
GLASS MEMORIAL HIGH SCHOOL
GSA MERRIMACK HIGH SCHOOL
GAY-STRAIGHT ALLIANCE NEW HAMPTON SCHOOL
GAY-STRAIGHT ALLIANCE OYSTER RIVER HS
GAY-STRAIGHT ALLIANCE PHILLIPS EXETER ACADEMY
GAY/STRAIGHT/SUPPORT CLUB PINKERTON ACADEMY
PHS PEER RESOURCE PITTSFIELD HS
GLBTH STUDENTS FOR DIVERSITY PLYMOUTH AREA HS
GLBTH STUDENTS FOR DIVERS PLYMOUTH REGIONAL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PORTSMOUTH HS (NH)
GAY-STRAIGHT ALLIANCE - SAFE SALEM HS (NH)
GAY-STRAIGHT ALLIANCE SOMERSWORTH HS
STRAIGHT AND GAY ALLIANCE SPAULDING HS
GAY-STRAIGHT ALLIANCE ST PAULS SCHOOL (NH)
GAY-STRAIGHT ALLIANCE - STOP TIMBERLANE REG HS

## New Jersey

TAG (TEEN ACTION GROUP) ATLANTIC CITY HS
BERGENFIELD GLSA BERGENFIELD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE BLOOMFIELD HS
CHEROKEE GSA CHEROKEE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE CHERRY HILL HS EAST
SPECTRUM COLUMBIA HIGH SCHOOL
GAY STRAIGHT ALLIANCE COMMUNICATIONS HIGH SCHOOL
GAY/STRAIGHT ALLIANCE CRANFORD HS
PRIDE CUMBERLAND COUNTY COLLEGE
GAY-STRAIGHT ALLIANCE DWIGHT-ENGLEWOOD SCHOOL
GASP EAST BRUNSWICK HIGH SCHOOL
10% CLUB EASTERN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE EASTERN HS
GAY/STRAIGHT ALLIANCE EASTERN REGIONAL HIGH SCHOOL
GSA FAIR LAWN HIGH SCHOOL
SPECTRUM FORT LEE HS
GLOW FREEHOLD HIGH SCHOOL
GSA FREEHOLD TOWNSHIP HIGH SCHOOL
GAY-STRAIGHT ALLIANCE FREEHOLD TOWNSHIP HS
GAY-STRAIGHT ALLIANCE HACKENSACK HS
GAY-STRAIGHT ALLIANCE HACKLEY SCHOOL
YOUTH EDUCATING ABOUT HOM HADDONFIELD MEMORIAL HS
GAY-STRAIGHT ALLIANCE HARRISON HS
DIVERSITY REPS/ANYTOWN HIGHLAND PARK HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HIGHLAND PARK HS
GAY-STRAIGHT ALLIANCE HIGHTSTOWN HS
YCAL HILLSBOROUGH HS (NJ)
GSA HOPEWELL VALLEY CENTRAL HS
GAY-STRAIGHT ALLIANCE HORACE MANN SCHOOL
GSA HOWELL HIGH SCHOOL
PULSE HUNTERDON CENT HS
KENNEDY GSA JOHN F. KENNEDY HIGH SCHOOL
PROJECT 10 KENT PLACE SCHOOL
GSA KENT PLACE SCHOOL
GLASS LAWRENCE HS (NJ)
GAY-STRAIGHT ALLIANCE LAWRENCEVILLE SCHOOL
GAY-STRAIGHT ALLIANCE LENAPE HS
LINCOLN HIGH SCHOOL
GSA LINDEN HS
GSA LINDENWOLD HIGHSCHOOL
GAY-STRAIGHT ALLIANCE LIVINGSTON HS
GAY-STRAIGHT ALLIANCE MAINLAND REGIONAL HS
GAY-STRAIGHT ALLIANCE MANALAPAN HS
BREAKING THE BARRIERS — GAY-STRAIGHT ALLIANCE MEMORIAL HS
SOCIAL JUSTICE COMMITTEE MIDDLETOWN HIGH SCHOOL NORTH
SOCIAL JUSTICE COMMITTEE MIDDLETOWN HIGH SCHOOL SOUTH
GAY-STRAIGHT ALLIANCE MILLBRUM HS
GAY-STRAIGHT ALLIANCE MILLBURN HS
CURRENTLY UNNAMED MONMOUTH REG HS
GAY-STRAIGHT ALLIANCE MONTCLAIR HS
PRIDE MONTGOMERY HS
GAY-STRAIGHT ALLIANCE MOORESTOWN HIGHSCHOOL
GAY-STRAIGHT ALLIANCE MOUNTAIN LAKES HS
LIFE NORTHERN BURLINGTON COUNTY
GSA FORMING, PENDING FORMAL APPROVAL NORTHERN VALLEY REG HS
THE HUMAN UNITY ENDEAVOR (HUE) OLD BRIDGE HS
GAY-STRAIGHT ALLIANCE PARAMUS HS
PB PARSIPPANY HILLS HIGH SCHOOL
GSEA PARSIPPANY HILLS HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PEDDIE SCHOOL
GSA PENNSAUKEN HIGH SCHOOL
PAHSGYA PERTH AMBOY HS
GSA PISCATAWAY HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PRINCETON DAY SCHOOL
GSA PRINCETON HIGH SCHOOL
GSA RED BANK REGIONAL HIGH SCHOOL
THE CLUB FOR OPEN MINDS RIDGE HIGH SCHOOL
GLADFB RUTHERFORD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SCOTCH PLAINS-FANWOOD HS
CURRENTLY UNNAMED SENECA HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SOMERVILLE HS
SPECTRUM TEANECK HS
GAY-STRAIGHT ALLIANCE TENAFLY HS
GAY-STRAIGHT ALLIANCE THE LAWRENCEVILLE SCHOOL
GAY-STRAIGHT ALLIANCE THE PEDDIE SCHOOL
GSA TRITON REGIONAL HIGH SCHOOL
GAY-STRAIGHT STUDENT ALLIANCE W WINDSOR-PLAINSBORO HS
GSSA (GAY STRAIGHT STUDEN WEST WINDSOR-PLAINSBORO HS-SOU
GSA WESTFIELD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE WESTFIELD SR HS
GSA WESTWOOD HIGH SCHOOL
GSA WESTWOOD REGIONAL HIGH SCHOOL

## New Mexico

GAY-STRAIGHT ALLIANCE ALBUQUERQUE ACADEMY
ASSOCIATED STUDENT BODIES CIBOLA HS
GSA CLOVIS HIGH SCHOOL
GAY-STRAIGHT ALLIANCE DESERT ACADEMY
AMNESTY INTERNATIONAL LAS CRUCES HIGH SCHOOL
GSA LOS ALAMOS HIGH SCHOOL
STUDENTS MORIARTY HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ONATE HS
GAY-STRAIGHT ALLIANCE RIO RANCHO HS
RRMH-GSA RIO RANCHO MID-HIGH
GSA SANDIA PREPATORY SCHOOL
GAY-STRAIGHT ALLIANCE — YODA SANTA FE HS (NM)
GAY-STRAIGHT ALLIANCE — UNITED SEXUALITIES SANTA ROSA HS
GAY-STRAIGHT ALLIANCE SCHREIBER HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SILVER HS
CIRCLE OF CONNECTION WINGATE HS

## New York

GSA AARON KRIEGER
GSA ABRAHAM LINCOLN HS
GAY-STRAIGHT ALLIANCE ALBANY ACAD GIRLS
GSA ALBANY HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ALBANY HS
QUEER-STRAIGHT ALLIANCE ALTERNATIVE COMM SCHOOL
AMNESTY INTERNATIONAL ARDSLEY HS
ALLIES ARLINGTON HS (NY)
DIVERSITY CLUB AVERILL PARK HIGH SCHOOL
INTERACT CLUB AVON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE BARUCH COLLEGE CAMPUS HS
GSA BEACON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE BENJAMIN FRANKLIN HS
GAY-STRAIGHT ALLIANCE BENJAMIN N. CARDOZO HS
GAY-STRAIGHT ALLIANCE BERKELEY CARROL SCHOOL
GAY-STRAIGHT ALLIANCE BETHLEHEM CENTRAL HS
AGAPE BINGHAMTON HS
GAY AND STRAIGHT PRIDE BREARLEY SCHOOL
GAY-STRAIGHT ALLIANCE BRIGHTON HS (NY)
GAY-STRAIGHT ALLIANCE BROCKPORT HS
GAY-STRAIGHT ALLIANCE BRONX HS OF SCIENCE
GAY-STRAIGHT ALLIANCE BRONXVILLE HS
GAY-STRAIGHT ALLIANCE BROOKLYN FRIENDS SCHOOL
AMNESTY INTERNATIONAL BUFFALO SEMINARY
GAY-STRAIGHT ALLIANCE BURNT HILLS BALLSTON LAKE HS
ACCEPTANCEC COALITION C.W.BAKER HIGH SCHOOL
GAY LESBIAN AND STRAIGHT SOCIETY CALHOUN SCHOOL
GSA CAMBRIDGE CENT SC
STUDENTS FOR A TOLERANT COMMUNITY CANANDAIGUA ACADEMY
GAY-BISEXUAL STUDENT UNION CANISIUS HS BUFFALO
GSA CARMEL HS
GSA CATO-MERIDIAN CENTRAL SCHOOL
GAY-STRAIGHT ALLIANCE CHAPIN SCHOOL
TEENS HOPE CHATHAM HS (NY)
GSA CHERRY VALLEY SPRINGFIELD
RAINBOW ALLIANCE CHRISTOPHER COLUMBUS HS
GSA CITY HONORS
GSA CLARKSTOWN HIGH SCHOOL NORTH
STUDENT ALLIANCE FOR EQUA CLARKSTOWN SOUTH
GAY-STRAIGHT ALLIANCE CLARKSTOWN SR HS NO
GSA CLINTON HIGH SCHOOL
DIVERSITY CLUB COBLESKILL CENT HS
GSA/A WORLD OF DIFFERENCE COMMACK HS
GAY LESBIAN AND STRAIGHT SUPPORT (GLASS) DALTON SCHOOL
GSA DARROW SCHOOL
ALLIANCE DUTCHESS COUNTY BOCES BETA
AMNESTY INTERNATIONAL EAST AURORA HIGH SCHOOL
P.R.I.D.E 2 EAST HIGH
FACT/GSA EAST HIGH SCHOOL
SAFE GSA EAST MEADOW HIGH SCHOOL
THE RAINBOW CLUB EDWARD R. MURROW HS
GAY-STRAIGHT ALLIANCE EMMA WILLARD SCHOOL
GAY-STRAIT ALLIANCE F D ROOSEVELT HS (BR)
RAINBOW ALLIANCE FAIRPORT HS
ACCEPTANCE COALITION FAYETTEVILLE-MANLIUS
GAY-STRAIGHT ALLIANCE FIELDSTON SCHOOL
GSA FOX LANE HIGH SCHOOL
GSA FRANCIS LEWIS HIGH SCHOOL
GSA FRANKLIN D. ROOSEVELT HIGH
STUDENTS ON SEXUALITY FRIENDS ACADEMY
GSA FRIENDS SEMINARY
ECHO GARDEN CITY SR HS
SADD GLENS FALLS HIGH SCHOOL
GSA GREECE ATHENA HIGH SCHOOL

000102

GSA GUILDERLAND HIGH SCHOOL
AMNESTY HALF HOLLOW HILLS HS EAST
GAY-STRAIGHT ALLIANCE HARBORFIELDS HS
GAY-STRAIGHT ALLIANCE HARRISON HS (NY)
GSA, AMNESTY, & DIVERSITY HASTINGS HIGH SCHOOL
GSA HEALTH OPPORTUNITIES HS
GSA HIGHLAND HIGH SCHOOL
ALLIANCE FOR EQUALITY HORACE GREELEY HS
GAY-STRAIGHT ALLIANCE HORACE MANN SCHOOL
KEY CLUB HSTAT
GAY-STRAIGHT ALLIANCE HUDSON HS
GAY STRAIGHT ALLIANCE HUNTER COLLEGE HIGH SCHOOL
G.S.A. IROQUOIS CENTRAL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE IROQUOIS SR HS
GAY-STRAIGHT ALLIANCE ITHACA HS
STRIDES J F KENNEDY HS (PV)
GAY-STRAIGHT ALLIANCE JAMES MADISON HS
GSA JAMES MONROE CAMPUS SCHOOLS
ACCEPTANCE COALITION JAMESVILLE DEWITT HS
GSA JERICHO HIGH SCHOOL
GAY-STRAIGHT ALLIANCE JOHN BOWNE HS
DIVERSITY CLUB KINGSTON HIGH SCHOOL
STUDENT AWARENESS LAWRENCE WOODMERE ACADEMY
GAY-STRAIGHT ALLIANCE LINCOLN HS
GAY-STRAIGHT ALLIANCE LIVERPOOL HS
GSA (SAFE SCHOOL CLUB) LOUIS D. BRANDEIS HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MAMARONECK HS
MCSM RAINBOW ALLIANCE MANHATTAN CENTER FOR SCIENCE AND MATH
FLYER MARCUS WHITMAN HIGH SCHOOL
CLASS OF 2006 MHS AMES CAMPUS
GSA MIDDLETOWN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MIDWOOD HS
GAY-STRAIGHT ALLIANCE MONROE CAMPUS SCHOOLS
SAFE NANUET SENIOR HIGH SCHOOL
TOLERANCE CLUB NEW ROCHELLE HIGH SCHOOL
PRISM NEWBURGH FREE ACADEMY
ANTI-BIAS PROGRAM NEWCOMERS HIGH SCHOOL
GSA NEWFIELD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE — DIVERSITY CLUB NEWTOWN HS
SPECTRUM NIGHTINGALE BAMFORD
VISIBILITY NISKAYUNA HS
A WORLD OF DIFFERENCE NORTH ROCKLAND HS
GSA NORTH SALEM HIGH SCHOOL
GAY-STRAIGHT ALLIANCE - PRISM NORTHPORT GSA NORTHPORT SR HS
GAY-STRAIGHT ALLIANCE - PASE NYACK HS
GAY-STRAIGHT ALLIANCE ODYSSEY MIDDLE/HIGH SCHOOL
DIVERSITY CLUB ONTEORA HIGH SCHOOL
GAY-STRAIGHT ALLIANCE OSSINING HS
GAY-STRAIGHT ALLIANCE PACKER COLLEGIATE INSTITUTE
GSA PALMYRA MACEDON HIGH SCHOOL
L.I.G.A.L.Y. PATCHOGUE-MEDFORD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PAUL D. SCHREIBER HS
SASS PENFIELD SR HS
GAY STRAIGHT ALLIANCE PITTSFORD MENDON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PITTSFRD SUTHRLND HS
STUDENT ASSOCIATION PLATTSBURGH HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PLEASANTVILLE HS (NY)
GAY-STRAIGHT ALLIANCE POLYTECHNIC PREP CDS
GSA PUTNAM VALLEY HS
GAY-STRAIGHT ALLIANCE RED HOOK CENTRAL HIGH SCHOOL
GSA RED HOOK HIGH SCHOOL
GAY-STRAIGHT ALLIANCE REGIS HS
GAY-STRAIGHT ALLIANCE RICHARD R GREEN HS OF TEACHING
RICHMOND HILL RICHMOND HILL HS
SYNTHESIS RONDOUT VALLEY HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ROOSEVELT HS
GAY-STRAIGHT ALLIANCE ROSLYN HS
GSA RYE COUNTRY DAY SCHOOL
THE ALLIANCE (GSA) RYE HIGH SCHOOL
S.A.F.E. SACHEM HIGH SCHOOL
THE STUDENT ALLIANCE FOR EQUALITY (SAFE) SACHEM NORTH HS
SAGA SCARSDALE HS
GAY-STRAIGHT ALLIANCE SCHALMONT HS
GSA SCHOOL OF THE ARTS
GAY-STRAIGHT ALLIANCE SCHOOL OF THE FUTURE
GAGV SCHOOL WITHOUT WALLS
GAY-STRAIGHT ALLIANCE SCHREIBER HS
APPLE SCOTIA GLENVILLE HS
COLVIN TEAM SELDEN MIDDLE SCHOOL
GLASS SHAKER HS
RESPECT CLUB SHENENDEHOWA
GLASS (GSA) SHENENDEHOWA
GAY-STRAIGHT ALLIANCE SMITHTOWN HS W
HUMAN RIGHTS CLUB SOMERS HIGH SCHOOL
GSA SOMERS HIGH SCHOOL
HUMAN RIGHTS CLUB SOMERS HIGH SCHOOL
GLBT SUPPORT GROUP SOUTH HS
STUDENTSUNITEDFORAWARENES SOUTH SIDE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SOUTHOLD HS
SIAS SPENCE SCHOOL
AMNESTY INTERNATIONAL ST. LUKE'S SCHOOL
GAY/STRAIGHT ALLIANCE STATEN ISLAND TECH
STOP (STUDENTS AND TEACHERS OPPOSED TO RACISM) STISSING MT JR-SR HS
GLASS -GAYS, LESBIANS AND STRAIGHT SUPPORTERS STUYVESANT HS
GSA SUFFERN HIGH SCHOOL
LGBTSA (PREVIOUSLY GAY-STRAIGHT ALLIANCE) SUSAN E WAGNER HS
GAY-STRAIGHT ALLIANCE SUTHERLAND HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SYOSSET HS
GSA TAPPAN ZEE HIGH SCHOOL
GSA THE DARROW SCHOOL
TDS GSA TREVOR DAY SCHOOL
GAY-STRAIGHT ALLIANCE TRINITY SCHOOL
GSA AND AMNESTY TROY HS
GSA TROY HUGH SCHOOL
GAY-STRAIGHT ALLIANCE UNADILLA VALLEY CS
GAY-STRAIGHT ALLIANCE VALHALLA HS
GAY-STRAIGHT ALLIANCE W.C. MEPHAM HS
GAY-STRAIGHT ALLIANCE W TRSPR CLRK JR-SR HS
SYNTHESIS/GSA WALLKILL SENIOR HIGH SCHOOL
WALTON GAY-STRAIGHT STUDENT ALLIANCE WALTON HS
GAY-STRAIGHT ALLIANCE WARD MELVILLE HS
GSA WEBSTER SCHROEDER HS
GSA WEBSTER THOMAS HIGH SCHOOL
ACCEPTANCE COALITION WESTHILL
GSA WHITE PLAINS HIGH SCHOOL
W.C. BRYANT GSA WILLIAM CULLEN BRYANT HS
GLBSA WILSON MAGNET HIGH SCHOOL
GSA WOOSTER SCHOOL

## North Carolina

GSA BROUGHTON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE CAROLINA FRIENDS SCHOOL
DIVERSITY CLUB CARVER HS
GAY-STRAIGHT ALLIANCE CHAPEL HILL SR HS
GAY-STRAIGHT ALLIANCE CHEROKEE HS
GAY-STRAIGHT ALLIANCE CONCORD HS
GSA EAST CHAPEL HILL HIGH SCHOOL
GSB ALLIANCE AGAINST HATE CRIMES EAST GASTON HS
GSA EAST MECKLENBURG
GAY-STRAIGHT ALLIANCE EASTERN HS
BAGLTS ENLOE HS
RAINBOW CLUB EUGENE ASHLEY HIGH SCHOOL
GLENN GSA GLENN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE GREENSBORO DAY SCHOOL
GAY-STRAIGHT ALLIANCE GRIMSLEY SR HS
UNOFFICIAL GSA HARDING UNIVERSITY HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HUGH M. CUMMINGS HS
GSA INDEPENDENCE HIGH SCHOOL
PRIDE JAY M ROBINSON HS
GAY-STRAIGHT ALLIANCE MOUNT TABOR HS
MP PRIDE MYERS PARK HIGH SCHOOL
MOVIE MAKERS N. B. BROUGHTON HIGH SCHOOL
SPECTRUM NCSSM
GSA NEW HANOVER HIGH SCHOOL
DIVERSITY GROUP NEW HANOVER HIGH SCHOOL
SPECTRUM NORTH CAROLINA SCHOOL OF SCIEN
GAY-STRAIGHT ALLIANCE NORTHEAST HS
GSA NORTHWEST GUILFORD HS
GSA NW GUILFORD HS
THE GWENS PROVIDENCE SENIOR HIGH SCHOOL
GSA R.J. REYNOLDS HIGH SCHOOL
SPEAK R.J.REYNOLDS HIGH SCHOOL
PRIDE RAVENSCROFT SCHOOL
RIVERSIDE GSA RIVERSIDE HIGH SCHOOL
STUDENTS PROMOTING EQUALITY, AWARENESS AND KNOWELDGE (SPEAK) RJ REYNOLDS HS
S2S SALEM ACADEMY
SPECTRUM: GSA SCHOOL OF MATH AND SCIENCE
GSA SOUTHEAST RALEIGH HIGH SCHOOL
GSA SOUTHEST RALIEGH HS
ERASING HATE ST STEPHENS HS
EQUALS TRINITY HIGH SCHOOL
GAY STRAIGHT STUDENT ALLIANCE WARREN COUNTY HS
FOREM WATAUGA HIGH SCHOOL
GSA WATUAGA HIGH SCHOOL
GAY-STRAIGHT ALLIANCE WEST FORSYTH SR HS
GSA WESTERN GUILFORD HIGH
THE INSIGHTFUL WHITE OAK HS
TRANSGENDERED & BISEXUAL, ALLIED, GAY AND LESBIAN STUDENTS (T&BAGLS) WILLIAM G. ENLOE HS
NORTH DAKOTA
GAY-STRAIGHT ALLIANCE GRAFTON HS
GLBT SUPPORT GROUP SOUTH HS

## Ohio

GAY-STRAIGHT ALLIANCE ATHENS HS (OH)
GAY-STRAIGHT ALLIANCE AUSTINTOWN-FITCH HS
INTERACT CLUB AVON HIGH SCHOOL
GSA BELLEVUE
BELLEVUE GSA BELLEVUE HS
GAY-STRAIGHT ALLIANCE BELMONT HS
GSA BEREA HIGH SCHOOL
GAY-STRAIGHT ALLIANCE BETHEL HS
KALEIDOSCOPE CLUB (GSA) BROOKHAVEN HS
DAY OF SILENCE GROUP BRUNSWICK HIGH SCHOOL
PRIDE CADMEI SCHOOL
GAY-STRAIGHT ALLIANCE CENTENNIAL HS
GAY-STRAIGHT ALLIANCE CINCINNATI CY DS
GAY-STRAIGHT ALLIANCE CLEVELAND HGHTS HS
GAY-STRAIGHT ALLIANCE COLUMBUS ALTRNTIVE HS
GAY-STRAIGHT ALLIANCE COLUMBUS SCHOOL F GIRLS
GSA DELAWARE HAYES HS
GAY-STRAIGHT ALLIANCE EDISON HS
GSA EUCLID SR HS
FAIRVIEW GSA FAIRVIEW HS
NHS/ DIVERSITY CLUB FEDERAL HOCKING HIGH SCHOOL
GLSEN FINDLAY HS
GAY-STRAIGHT ALLIANCE FINNEYTOWN HS
GLASS FIRESTONE HIGH SCHOOL
GHS ALLIES GRANVILLE HS
GREENVILLE HIGH SCHOOL G.S.A. GREENVILLE SR HS
GAY/STAIGHT ALLIANCE HARDING HIGH SCHOOL
SPECTRUM HATHAWAY BROWN SCHOOL
HILLSBORO GAY-STRAIGHT ALLIANCE HILLSBORO HS
GAY-STRAIGHT ALLIANCE HUDSON HS
GUIDANCE OFFICE INDIAN HILL HS
GSA JACKSON HIGH SCHOOL
HALO JAMES FORD RHODES
GROWING PEACE KETTERING FAIRMONT
GSA LAKEWOOD HS
YEAH! LAKOTA HS
GAY-STRAIGHT ALLIANCE LAKOTA WEST HS
GSA LAUREL SCHOOL
GAY-STRAIGHT ALLIANCE LEXINGTON HS
GAY-STRAIGHT ALLIANCE LORAIN SOUTHVIEW HS
GROUP OF FRIENDS LOVELAND HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MADISON HS
MUSKINGUM COUNTY GAY STRAIGHT ALLIANCE MAYSVILLE SCHOOL CAMPUS
BREAKING THE BARRIERS - GAY-STRAIGHT ALLIANCE MEMORIAL HS
FUSION MIDPARK HS
GAY-STRAIGHT ALLIANCE NEW LONDON HS
GSA NEWARK HIGH SCHOOL
GLASS NORTH HIGH
SPECTRUM NORTH OLMSTED HS
TEENS 4 TOLERANCE OAK HILLS HS
GAY-STRAIGHT ALLIANCE OBERLIN SR HS
FREEZONE OTTERBEIN COLLEGE
RAD: REVERE AGAINST DISCRIMINATION REVERE HS
CADRE ROCKY RIVER HIGH SCHOOL
SHAKER ALLIANCE SHAKER HEIGHTS HS
GSA SIDNEY HIGH SCHOOL
GLBT SUPPORT GROUP SOUTH HS
GSA SOUTH POINT HIGH SCHOOL
RAINBOW AREA YOUTH SPRINGFIELD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE - UNDER HANDS ACROSS CA ST XAVIER HS (OH)
GSA STRONGSVILLE HIGH SCHOOL
DIVERSITY CLUB STRONGSVILLE SR HS
GAY-STRAIGHT ALLIANCE SYCAMORE HS
S.P.E.A.K. TALAWANDA HS
SHARON COLLINGWOOD THOMAS WORTHINGTON
GSA AND AMNESTY TROY HIGH SCHOOL
LAMBDA LEGAL UNIVERSITY OF DAYTON SCHOOL OF LAW
HANDS ACROSS THE CAMPUS URSULINE ACADEMY OF CINCINNATI
CRYSM URSULINE ACADEMY OF CINCINNATI
HANDS ACROSS THE CAMPUS URSULINE HS
GAY-STRAIGHT ALLIANCE WALNUT HILLS HS
GSA - DIVERSITY WARREN HS
WEST GEAUGA GSA WEST GEAUGA HIGH SCHOOL
COLORS WEST HS
GSA WESTERN HILLS HS
FRIENDS OF THE DOS WESTERN RESERVE ACADEMY
GSA WESTERVILLE NORTH HIGH SCHOOL
WESTERVILLE SOUTH GSA WESTERVILLE SOUTH HIGH SCHOOL
PRISM WILLIAM MASON HIGH SCHOOL
STUDENTS FOR PEACE AND JUSTICE WOOSTER HS
GSA WYOMING HIGH SCHOOL
THE XAVIER ALLIANCE XAVIER UNIVERSITY

000103

**Oklahoma**
GAY-STRAIGHT ALLIANCE CHOCTAW HS
GAY-STRAIGHT ALLIANCE JENKS HS
GAY STRAIGHT ALLIANCE NORMAN HS
GAY-STRAIGHT ALLIANCE NORTHEAST HS
GAY-STRAIGHT ALLIANCE PUTNAM CITY HS
GAY-STRAIGHT ALLIANCE SEMINOLE HS
SAFE TULSA SCHOOL OF ARTS &SCIENCE
GAY-STRAIGHT ALLIANCE UNION INTERMEDIATE HS

**Oregon**
GAY-STRAIGHT ALLIANCE ASHLAND SR HS
BHS GSA BEAVERTON HS
STUDENTS AND FRIENDS FOR EQUALITY (SAFE) CATLIN GABEL SCHOOL
GSA CENTENNIAL HIGH SCHOOL
FULL SPECTRUM CENTURY HS (OR)
GAY-STRAIGHT ALLIANCE CLEVELAND HS
GAY-STRAIGHT ALLIANCE CORVALLIS SR HS
PRIDE CRATER
GAY-STRAIGHT ALLIANCE CRESCENT VALLEY HS
GSA DAVID DOUGLAS HS
SOAP FOREST GROVE HS
GAY-STRAIGHT ALLIANCE FRANKLIN HS (OR)
GRANT GSA GRANT HIGH SCHOOL
YOUTH FOR CHANGE GRESHAM UNION HS
GSA HILLSBORO HIGH
GSA JEFFERSON HIGH SCHOOL
GSA LAKERIDGE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE LINCOLN HS
GAY-STRAIGHT ALLIANCE MADISON HS
GAY-STRAIGHT ALLIANCE MCNARY HIGH SCHOOL
GSA MERLO STATION HIGH SCHOOL
GSA METROPOLITAN LEARNING CENTER
GAY-STRAIGHT ALLIANCE MOUNTAIN VIEW HS (OR)
NSHS GSA NORTH SALEM HS
GAY/STRAIGHT ALLIANCE OREGON CITY HS
SPECTRUM OREGON EPISCOPAL SCHOOL
ALLIANCE FOR DIVERSITY PHILOMATH HIGH SCHOOL
QUEERS & ALLIES PORTLAND STATE UNIVERSITY
GAY-STRAIGHT ALLIANCE REGIS HS
REX PUTNAM GSA REX PUTNAM HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ROOSEVELT HS
GSA ROSEBURG HIGH SCHOOL
GAY-STRAIGHT ALLIANCE S SALEM SR HS
S2S SALEM ACADEMY
GSA SEASIDE HIGH SCHOOL
STAND PROUD SHERWOOD HS
STRAIGHT AND GAYALLIANCE SOUTH ALBANY HS
YOUTH FOR JUSTICE SOUTH EUGENE HS
GAY-STRAIGHT ALLIANCE SOUTHRIDGE HS
GAY-STRAIGHT ALLIANCE SPRAGUE HS
GSA SPRINGFIELD HIGH SCHOOL
RAINBOW AREA YOUTH SPRINGFIELD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SPRINGFIELD SR HS (OR)
GSA TAFT HS (OR)
S.A.F.E THE CALTIN GABEL SCHOOL
GSA THE DALLES HIGH SCHOOL
GAY-STRAIGHT ALLIANCE TIGARD SR HS
GAY-STRAIGHT ALLIANCE TUALATIN HS
WELLSPRINGS GSA WELLSPRINGS FRIENDS SCHOOL
GAY-STRAIGHT ALLIANCE WEST ALBANY HS
GAY-STRAIGHT ALLIANCE WEST LINN HS
GSA WESTVIEW HS
GAY-STRAIGHT ALLIANCE WILSON HS (OR)
STRAIGHT AND GAY ALLIANCE WOODBURN HS

**Pennsylvania**
GSBA ABINGTON FRIENDS SCHOOL
GSA ABINGTON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ABINGTON SENIOR HIGH SCHOOL
GSA ABRAHAM LINCOLN HS
PRISM (GSA) AGNES IRWIN SCHOOL
GAY-STRAIGHT ALLIANCE BENJAMIN FRANKLIN HS
BISEXUALGAY-STRAIGHT ALLIANCE BENSALEM HS
GSA CARLISLE AREA HIGH SCHOOL
GSA CARLISLE HIGH SCHOOL
THE EQUALITY CLUB CATASAUQUA HS
GAY-STRAIGHT ALLIANCE CENTRAL BUCKS EAST HS
GAY-STRAIGHT ALLIANCE CENTRAL BUCKS WEST HS
GLSB ALLIANCE CENTRAL HS (PA)
ALLIANCE CHELTENHAM HIGH SCHOOL
GAY-STRAIGHT ALLIANCE CHEROKEE HS
AMNESTY INTERNATIONAL COCALICO HIGH SCHOOL
GAY-STRAIGHT ALLIANCE CONESTOGA HS
GAY-STRAIGHT ALLIANCE COUNCIL ROCK HS
GSA CUMBERLAND VALLEY HIGH SCHOOL
ALLY DOBBINS/RANDOLPH AVTS HS
AMNESTY INTERNATIONAL DOWNINGTOWN SR HS
GAY-STRAIGHT ALLIANCE EAST SR HS
GAY-STRAIGHT ALLIANCE EASTERN HS
FAIRVIEW GSA FAIRVIEW HS
GAY-STRAIGHT ALLAINCE FRIENDS' CENTRAL SCHOOL
SAGA FRIENDS SELECT SCHOOL
GSA FURNESS HIGH SCHOOL
GAY-STRAIGHT ALLIANCE - OPEN DOORS GEORGE SCHOOL
GREENVILLE HIGH SCHOOL G.S.A. GREENVILLE SR HS
ALLIES HARRISBURG AREA COMMUNITY COLLEGE LANCASTER CAMPUS
G.L.A.S.S. HARRY S. TRUMAN HIGH SCHOOL
GSA HATBORO-HORSHAM HIGHSCHOOL
HAVERFORD GSA HAVERFORD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HAVERFORD SCHOOL
GAY-STRAIGHT SAFESPACE HENDERSON HS (PA)
ALLIES JR MASTERMAN SCHOOL
STAND UP TOGETHER JERSEY SHORE SENIOR HIGH
DIVERSITY CLUB LANGLEY HIGH SCHOOL
GSA LAUREL HIGHLANDS SR. HIGH
GAY-STRAIGHT ALLIANCE LEWISBURG AREA HS
AMNESTY INTERNATIONAL LIBERTY HIGH SCHOOL
GSA MAPLETON HIGH SCHOOL
SAFE PLACE MARIAN CATHOLIC HS
LESGAB MARTIN L KING HS
GAY-STRAIGHT ALLIANCE MCDOWELL HS
SAFE SPACE MORAVIAN ACADEMY
GAY-STRAIGHT ALLIANCE MOUNT LEBANON HS
GAY-STRAIGHT STUDENT ALLIANCE N ALLEGHENY SR HS
GSA NEW HOPE-SOLEBURY HIGH SCHOOL
ALLY SAFE SCHOOLS NETWORK NORTH EAST JR SR HS
GBLSA NORTH PENN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PENN MANOR HS
PENNRIDGE HIGH SCHOOL GSA PENNRIDGE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PENNSBURY HS
GSA PETERS TOWNSHIP HIGH SCHOOL
SOUP PHILADELPHIA HS GLS
FRENCH CLUB PINE RICHLAND HS
AMNESTY PITTSBUGH CAPA
ALLIANCE/AMNETSY PLYMOUTH WHITEMARSH HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PLYMTH-WHTMRSH SR HS
GSA QUAKERTOWN HIGH SCHOOL
MY LUNCH TABLE RACHAEL
GAY-STRAIGHT ALLIANCE RADNOR HS
S.A.G.A RIVERVIEW HS
GENDER ISSUES SHADY SIDE ACADEMY
GAY-STRAIGHT ALLIANCE SHARON HS
GSA SOUDERTON AREA HS
GLBT SUPPORT GROUP SOUTH HS
RAINBOW AREA YOUTH SPRINGFIELD HIGH SCHOOL
GSA SPRINGFIELD SIGH SCHOOL
GSA STATE COLLEGE ARE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE STRATH HAVEN HS
ALLIES TAYLOR ALLDERDICE HS
GSA THE ELLIS SCHOOL
GSA THE HAVERFORD SCHOOL
GSA THE SHIPLEY SCHOOL
GLASS TRUMAN HS
STRIAGHT AND GAY ALLIANCE UPATTINAS SCHOOL AND RESOURCE CENTER
GAS UPPER MERION AREA HIGH SCHOOL
SPECTRUM WASHINGTON HIGH SCHOOL
STRAIGHT AND GAY ALLIANCE WESTTOWN SCHOOL
GLASS (2004) WILLIAM PENN SENIOR HIGH
GAY-STRAIGHT ALLIANCE WILLIAM TENNENT HS
GAY-STRAIGHT ALLIANCE WOODLYNDE SCHOOL
GSA WYNCOTE ACADEMY

**Rhode Island**
GAY-STRAIGHT ALLIANCE BARRINGTON HS
GAY-STRAIGHT ALLIANCE DOUGLAS HS (RI)
EGHS GSA EAST GREENWICH HIGH SCHOOL
GLBTSA LINCOLN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE LINCOLN SCHOOL
GSA MIDDLETOWN HIGH SCHOOL
STUDENT COUNCIL MOSES BROWN SCHOOL
GSBA MOSES BROWN SCHOOL
GAY-STRAIGHT ALLIANCE MT HOPE HS
GSA P.A.I.S
GSA PORTSMOUTH HIGH SCHOOL
GSA ROGERS HS
GAY-STRAIGHT ALLIANCE SCHOOL ONE
GAY-STRAIGHT ALLIANCE ST GEORGES SCHOOL
RAINBOW GROUP THE MET HIGH SCHOOL
GSA - DIVERSITY WARREN HS
GAY-STRAIGHT ALLIANCE WARWICK VET MEM HS
GAY BI STRAIGHT ALLIANCE (GBSA) WHEELER SCHOOL
GAY-STRAIGHT ALLIANCE WOONSOCKET SR HS

**South Carolina**
DIVERSITY CLUB ASHLEY HALL
CGSA CLEMSON UNIVERISTY
GREENVILLE HIGH SCHOOL G.S.A. GREENVILLE SR HS
G.S.A HILLCREST HIGH SCHOOL
GAY-STRAIGHT ALLIANCE LEXINGTON HS
GAY-STRAIGHT ALLIANCE MAULDIN HS
FUTURE GSA OF RIDGE VIEW RIDGE VIEW
RIVERSIDE GSA RIVERSIDE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ROCK HILL HS
GAY-STRAIGHT ALLIANCE STRATFORD HS
GAY-STRAIGHT ALLIANCE UNION HIGH SCHOOL
GSA WREN HIGH SCHOOL

**South Dakota**
GSA CANTON HS
FREE 2 BE CUSTER HS
GLBTSA LINCOLN HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MADISON HS
GSA RAPID CITY STEVENS
GAY-STRAIGHT ALLIANCE ROOSEVELT HS
GAY-STRAIGHT ALLIANCE WASHINGTON SR HS (SD)
GAY-STRAIGHT ALLIANCE WATERTOWN SR HS

**Tennessee**
GAY-STRAIGHT ALLIANCE ANTIOCH HS
DIVERSITY CLUB CARVER HS
GSA CENTENNIAL HIGH SCHOOL
DIVERSITY CENTRAL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE CHEROKEE HS
GAY-STRAIGHT ALLIANCE CLEVELAND HS
GAY-STRAIGHT ALLIANCE EAST SR HS
SPECTRUM ELIZABETHTON HS
HILLSBORO GSA HILLSBORO HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HILLWOOD HIGH SCHOOL
GSA M.L.KING ACADEMIC
GAY-STRAIGHT ALLIANCE M L KING JR MAG SCHL
GAY-STRAIGHT ALLIANCE NASHVILLE SCHOOL OF THE ARTS
OAK RIDGE HIGH SCHOOL GSA OAK RIDGE HIGH SCHOOL
YOUNG DEMOCRATS SIEGEL HIGH SCHOOL
RAINBOW AREA YOUTH SPRINGFIELD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE STRATFORD HS
COLORS WEST HS
GSA WESTVIEW HS

**Texas**
GAY-STRAIGHT ALLIANCE A M CONSOLIDATED HS
AMNESTY A. N. MCCALLUM HIGH SCHOOL
AKINS RAINBOW DIVISION AKINS HS
F.A.G - FREE AND GAY ALEDO HS
GSA OF ARLINGTON HEIGHTS ARLINGTON HEIGHT HS
GAY-STRAIGHT ALLIANCE AUSTIN HS (TX)
GLBTSA BEL AIR HS
BELLAIRE GSA BELLAIRE HIGH
BELTON HIGH SCHOOL GSA BELTON HS (TX)
GSA BRACKENRIDGE HIGH SCHOOL
SFT/STUDENTS FORTOLERANCE CANYON HIGH SCHOOL
GSA CLEAR LAKE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE CLEVELAND HS
QUEER-STRAIGHT ALLIANCE COMMUNITY HS
GAY-STRAIGHT ALLIANCE CROSBY HS
GALIXY CYPRESS CREEK HS
FOD DEL VALLE HS
DIVERSITY IN ACTION EPISCOPAL HS (TX)
NDOS FOX TECH
GAY-STRAIGHT ALLIANCE GLEN ROSE HS
TAD GSA HIGH SCHOOL FOR LAW ENFORCEMEN
DIVERSITY REPS/ANYTOWN HIGHLAND PARK HIGH SCHOOL
GSA HIGHTOWER HS
AMNESTY INTERNATIONAL HOLLAND HS
GSA J.H. REAGAN HIGH SCHOOL
STUDENTS AGAINST HATE JACK C HAYS HS
GAY-STRAIGHT ALLIANCE JAMES MADISON HS
HELPING UNITE GAYS AND STRAIGHTS (HUGS) JAMES ROWE HS
GSA JOHN H. REAGAN HS
GLBTQ GROUP JOHN JAY HS (TX)
THOREAU YRUU KEMPNER HS
GSA KINGWOOD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE KLEIN HS
GSA LAKE TRAVIS HIGHSCHOOL
GSA LANIER HIGH SCHOOL
GAY-STRAIGHT ALLIANCE LINCOLN HS
THE GAY-STRAIGHT ALLIANCE MCNEIL HS
BREAKING THE BARRIERS - GAY-STRAIGHT ALLIANCE MEMORIAL HS
PLANO SENIOR HIGH GSA PLANO SENIOR HIGH SCHOOL
DAY OF SILENCE GROUP PLANO WEST SR HS
GSA REAGAN HIGH SCHOOL
GSA ROGERS HS
TEENS AGAINST PREJUDICE ROWE HS
GAY-STRAIGHT ALLIANCE S HS HEALTH PROF
GAY-STRAIGHT ALLIANCE SHARPSTOWN HS
GSA SIDNEY LANIER HIGH SCHOOL
GSA SOUTHWEST HIGH SCHOOL

SUPPORT GROUP SOUTHWEST HS
SPRING GSA / PRIDE CLUB SPRING HS
GSA - FACETS ST JOHN\'S SCHOOL
GAY-STRAIGHT ALLIANCE STRATFORD HS
GSA SUNSET HS
GASP TALENTED AND GIFTED MAGNET
YOUNG RELIGOUS UU'S TEXAS ACADEMY
GASP TOWNVIEW-HEALTH
GSA AND AMNESTY TROY HS
GAY-STRAIGHT ALLIANCE WESTFIELD HS
GAY-STRAIGHT ALLIANCE WESTLAKE HS (TX)
GSA WESTSIDE HIGH SCHOOL

## Utah

GAY-STRAIGHT ALLIANCE BRIGHTON HS (UT)
GAY-STRAIGHT ALLIANCE COPPER HILLS HS
GAY-STRAIGHT ALLIANCE EAST HS (UT)
GSA HIGHLAND HIGH SCHOOL
G.S.A HILLCREST HIGH SCHOOL
HUNTER HIGH GAY-STRAIGHT ALLIANCE HUNTER HS
GSA LOGAN HIGH SCHOOL
AMNESTY OAKLEY SCHOOL
GAY-STRAIGHT ALLIANCE PARK CITY HS
AMNESTY INTERNATIONAL ROWLAND HALL-ST MARK

## Vermont

GAY-STRAIGHT ALLIANCE BELLOWS FREE ACADEMY
PRISM BRATTLEBORO UNION HS
GSA CHAMPLAIN VALLEY UNION HS
KALEIDOSCOPE PROJECT COLCHESTER HS
GAY-STRAIGHT ALLIANCE HARTFORD HS
DIVERSITY ALLIANCE/COMMUNITY AWARENESS ACTION TEAM KIMBALL UNION ACAD (VT)
GSA LAMOILLE UNION HIGH SCHOOL
GAIGHT MIDDLEBURY UNION HIGH SCHOOL
MILTON HIGH SCHOOL GSA MILTON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE - STUDENTS FOR DIVERSITY MT ANTHONY UNION HS
GAY-STRAIGHT ALLIANCE MT MANSFIELD UN HS
GAY-STRAIGHT ALLIANCE RUTLAND SR HS
GSA SPAULDING HS
GSBTA THE PUTNEY SCHOOL
GAY-STRAIGHT ALLIANCE U-32 HS

## Virginia

BT GLASS ARCADIA HS (VA)
AMNESTY INTERNATIONAL ARGS
GAY-STRAIGHT ALLIANCE BETHEL HS
GSA OR SPECTRUM CHRISTIANSBURG HIGH SCHOOL
SIERRA STUDNET COALTITION DOUGLAS FREEMAN HIGH SHOOL
GAY-STRAIGHT ALLIANCE DOUGLAS S FREEMAN HS
PROJECT 10 FAIRFAX HS
GSA FALLS CHURCH HS
GCM GSA G.C.MARSHALL HIGH SCHOOL
AMNESTY GALILEO MAGNET HIGH SCHOOL
SHINE ALLIANCE GEORGE MASON HS
GAY-STRAIGHT ALLIANCE GEORGE MASON MIDDLE SCHOOL
HAMPTON ROADS ACADEMY HAMPTON ROADS ACAD
GSA HERITAGE HIGH SCHOOL
GENERATIONS ACCEPTING ALL HERNDON HS
GOVERNOR'S SCHOOL INDIAN RIVER HIGH SCHOOL
TUCKER GSA J.R. TUCKER HS
GSA J.W. ROBINSON JR. SECONDARY
GAY-STRAIGHT ALLIANCE JAMES RIVER HS
AMNESTY INTERNATIONAL JEB STUART HIGH SCHOOL
GSA JOHN HANDLEY HIGH SCHOOL
HUMAN RELATIONS TASKFORCE KEMPSVILLE HS
GAY-STRAIGHT ALLIANCE LAKE BRADDCK SEC SCHOOL
DIVERSITY CLUB LANGLEY HIGH SCHOOL
GAY-STRAIGHT ALLIANCE LEXINGTON HS
AMNESTY INTERNATIONAL LIBERTY HIGH SCHOOL
AMNESTY LORD BOTETOURT HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MAGGIE WALKER GOVERNORS SCHOOL
GAY-STRAIGHT ALLIANCE MANCHESTER HS
PRIDE CLUB MARSHALL HS
GSA MCLEAN HIGH SCHOOL
GSA (UNREGISTERED) MILLS E. GODWIN
GSA MONTICELLO HIGH SCHOOL
OHS GAY STRAIGHT ALLIANCE OAKTON HIGH SCHOOL
OUTRIGHT ROANOKE OUTRIGHT ROANOKE
GSA PATRICK HENRY HIGH SCHOOL
BSU PCHS
GSA POTOMAC SENIOR HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ROBINSON SECONDARY
SHS GAY/STRAIGHT ALLIANCE SALEM HIGH SCHOOL
STUDENT DIVERSITY COMMITTEE STONEWALL JACKSON HS
GAY-STRAIGHT ALLIANCE T C WILLIAMS HS
TEN PERCENT CLUB TAIPEI AMERICAN SCHOOL
GAY-STRAIGHT ALLIANCE TC WILLIAMS HIGH SCHOOL
GAY-STRAIGHT ALLIANCE THE MADEIRA SCHOOL
EDISON UNITED THOMAS A EDISON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE THOMAS JEFFERSON HS SCI/TECH
GAY-STRAIGHT ALLIANCE TUCKER HS (VA)
GAY STRAIGHT STUDENT ALLIANCE WARREN COUNTY HS
AMNESTY INTERNATIONAL WEST POTOMAC HIGH SCHOOL
ADHOC WEST SPRINGFIELD HS
AMNESTY INTERNATIONAL WESTERN ALBEMARLE HS
GSA WESTFIELD HIGH SCHOOL
GSA WOODBRIDGE SENIOR HIGH SCHOOL
GAY-STRAIGHT ALLIANCE YORKTOWN HS (VA)

## Washington

TAD ANACORTES HS
GSA APPLETON EAST HIGH SCHOOL
GAY-STRAIGHT ALLIANCE ARLINGTON HS
GSA AUBURN HIGH SCHOOL
YOUNG EGALITARIAN LIBERALS LEAGUE BELLARMINE PS
GAY-STRAIGHT ALLIANCE BELLEVUE SR HS
THE ALLIANCE BELLINGHAM HS
GAY-STRAIGHT ALLIANCE BENJAMIN FRANKLIN HS
GAY-STRAIGHT ALLIANCE BETHEL HS
GSA BISHOP BLANCHET
GAY-STRAIGHT ALLIANCE CAPITAL HS (WA)
GSA CENTRAL KITSAP HIGH SCHOOL
GAY STRAIGHT ALLIANCE CENTRALIA HS
GAY-STRAIGHT ALLIANCE CHIEF SEALTH HS
GAY-STRAIGHT ALLIANCE CLEVELAND HS
FUSION DECATUR HIGH SCHOOL
GAY-STRAIGHT ALLIANCE EASTLAKE HS (WA)
GAY-STRAIGHT ALLIANCE EDMONDS-WOODWAY HS
TOLERANCE/AWARENESS ALLIA ELLENSBURG HIGH SCHOOL
EMERALD RIDGE H.S. GSA EMERALD RIDGE HIGH SCHOOL
THE RAINBOW CONNECTION EVERETT HS
GSA FEDERAL WAY HIGH SCHOOL
FVGSA FORT VANCOUVER HIGH SCHOOL
GSA FOSS HIGH SCHOOL
GAY/STRAIGHT ALLIANCE GARFIELD HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HENRY FOSS HS
STONEWALL ALLIANCE HENRY M. JACKSON HS
GSA HERITAGE HIGH SCHOOL
GSA INGRAHAM HIGH SCHOOL
IHS GSA ISSAQUAH HS
PRIDE JUANITA HS
STUDENTS AGAINST DISCRIMINATION KENNEWICK SEN HS
GAY-STRAIGHT ALLIANCE KENTRIDGE SR HS
GSA LAKE STEVENS HIGH SCHOOL
GSA LAKE WASHINGTON HIGH SCHOOL
GLOW LAKESIDE SCHOOL
L. C. SPECTRUM GSA LEWIS AND CLARK HIGH SCHOOL
GSA LINCOLN HIG SCHOOL
GLBTSA LINCOLN HIGH SCHOOL
GSA MARINER HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MEADOWDALE SR HS
GSA MONROE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MONROE HS (WA)
GAY-STRAIGHT ALLIANCE MOUNTAIN VIEW HS (WA)
GAY-STRAIGHT ALLIANCE MT. RAINIER HS
GAY-STRAIGHT ALLIANCE NATHAN HALE SR HS
GAY-STRAIGHT ALLIANCE OLYMPIA HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PENINSULA HS
GSA PORT ANGELES HIGH SCHOOL
GLSA PROGRAM PUYALLUP SR HS
GSA RENTON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE RIDGEFIELD HS
GAY-STRAIGHT ALLIANCE RIVER RIDGE HS (WA)
SPICE (GSA) ROGERS HIGH SCHOOL
SAGA ROOSEVELT HIGH SCHOOL
SAFE GROUP ROOSEVELT HS (WA)
EQUALITY COUNCIL SHELTON HS (WA)
GSA SHOREWOOD HIGH SCHOOL
SHS DIVERSITY COMMITTEE SKYVIEW HIGH SCHOOL
DIV COM SKYVIEW HS (WA)
SNOHOMISH HIGH SCHOOL GSA SNOHOMISH HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SOUTH KITSAP HS
GAY-STRAIGHT ALLIANCE ST GEORGES SCHOOL
GAY-STRAIGHT ALLIANCE STADIUM HS
GAY-STRAIGHT ALLIANCE SUMMIT K-12
GSA THE CENTER SCHOOL
GAY-STRAIGHT ALLIANCE WASHINGTON HS TACOMA, WA
GSA WEST SEATTLE HIGH SCHOOL
GAY-STRAIGHT ALLIANCE WILSON HS

## West Virginia

GSA CAPITAL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE GRAFTON HS
GSA HUNTINGTON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE LINCOLN HS
GAY-STRAIGHT ALLIANCE MILTON HS
WALTON GAY-STRAIGHT STUDENT ALLIANCE WALTON HS

## Wisconsin

GSA BAY PORT HIGH SCHOOL
GAY-STRAIGHT ALLIANCE CAPITAL HS (WI)
GAY-STRAIGHT ALLIANCE CLINTONVILLE HS
GSA CRAIG HIGH SCHOOL
FREE 2 BE CUSTER HS
WARRIOR PRIDE DEERFIELD HS
FACT/GSA EAST HIGH SCHOOL
GAY-STRAIGHT ALLIANCE - FACT EAST HS (WI)
GAY-STRAIGHT ALLIANCE EAU CLAIRE MEM HS
GLASS EAU CLAIRE NORTH HIGH SCHOOL
TEENS AGAINST PREJUDICE EDGERTON HIGH SCHOOL
GSA ELLSWORTH HIGH SCHOOL
GAY-STRAIGHT ALLIANCE EVANSVILLE
FDLHS GSA FOND DU LAC HIGH SCHOOL
GAY-STRAIGHT ALLIANCE FOND DU LAC HS
FREEDOM FREEDOM HIGH SCHOL
GSA FREEDOM HIGH SCHOOL
GSA GREEN BAY EAST
RAY HAMILTON H.S.
RAY CLUB HAMILTON HS (WI)
GROUP HAMILTON MS
GSA HARTFORD UNION HIGH SCHOOL
GAY-STRAIGHT ALLIANCE HAYWARD HS
HILLSBORO GAY-STRAIGHT ALLIANCE HILLSBORO HS
GSA HOMESTEAD HIGH SCHOOL
AMNESTY HOMESTEAD HS (WI)
GAY-STRAIGHT ALLIANCE INDIAN TRAIL ACADEMY
SADD IOWA GRANT HS
GAY-STRAIGHT ALLIANCE ITHACA HS
GAY-STRAIGHT ALLIANCE CROSSE CENTRAL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE LAFOLLETTE HS
GAY-STRAIGHT ALLIANCE LINCOLN HS
FACT/GSA MADISON EAST HIGH SCHOOL
PRIDE CLUB MARSHALL HS
GAY-STRAIGHT ALLIANCEOM MCFARLAND HS
GLASS MEMORIAL HIGH SCHOOL
GAY-STRAIGHT ALLIANCE MERRILL HS
THE ALLIANCE MIDDLETON HS (WI)
MILTON HIGH SCHOOL GSA MILTON HIGH SCHOOL
PERSPECTIVES MONONA GROVE HIGH SCHOOL
SAGA MOUNT HOREB HIGH SCHOOL
SAGA MT HOREB HS
GAY-STRAIGHT ALLIANCE NEENAH HS
GAY-STRAIGHT ALLIANCE NICOLET HS
GAY-STRAIGHT ALLIANCE OREGON HS
GSA OSHKOSH NORTH HIGH
GSA PARKER HIGH SCHOOL
GAY-STRAIGHT ALLIANCE PARKVIEW HS
GAY-STRAIGHT ALLIANCE PIUS XI HS
GAY-STRAIGHT ALLIANCE REGIS HS
GAY-STRAIGHT ALLIANCE RIVERSIDE HS (WI)
RGSA RIVERSIDE UNIV. HIGH SCHOOL
GAY-STRAIGHT ALLIANCE SAUK PRAIRIE HS
GSA SOUTH HIGH SCHOOL
STUDENT COUNCIL SOUTH MIDDLE SCHOOL
STR - SUPPORT THE RAINBOW SOUTHWEST HIGH
GAY-STRAIGHT ALLIANCE STOUGHTON HS
GAY-STRAIGHT ALLIANCE SUN PRAIRIE SR HS
GSA SUPERIOR HIGH SCHOOL
AMENESTY SUPERIOR SENIOR HIGH SCHOOL
RAY (GSA) SUSSEX HAMILTON H.S.
GAY-STRAIGHT ALLIANCE UNION HIGH SCHOOL
STUDENT LIFE & DIVERSITY UW-EAU CLAIRE
GAY-STRAIGHT ALLIANCE VERONA HS (WI)
SPECTRUM WASHINGTON HIGH SCHOOL
PEER HELPERS WATERTOWN SENIOR HIGH SCHOOL
GAY-STRAIGHT ALLIANCE WATERTOWN SR HS
WCTC GAY-STRAIGHT ALLIANCE WAUKESHA COUNTY TECHNICAL COLLEGE
G.S.A. WAUKESHA NORTH
STRAIGHT-GAY ALLIANCE WAUWATOSA EAST HS
GSA WAUWATOSA WEST HIGH SCHOOL
GSA WEST BEND EAST HS
COLORS WEST HS
GAY-STRAIGHT ALLIANCE WEST HS (WI)
GAY-STRAIGHT ALLIANCE WESTON HS

## Wyoming

NHS CODY HS
FACT/GSA EAST HIGH SCHOOL

000105



121 West 27th Street, Suite 804
New York, NY 10001
www.glsen.org

# GLSEN JUMP-START #7

## Creating Youth-Adult Partnerships

# Notes

We have chosen to use gender-neutral pronouns and language in this resource, in order to show respect for our readers who may not identify with male or female pronouns. The drawback to this choice is questionable grammar, but we hope that you will overlook it in support of everyone's right to gender self-identification.

*The GLSEN Jump-Start #7*
*© June 2004*

**For more information, please contact:**
GLSEN-Student Organizing
121 West 27th Street, Suite 804
New York, NY 10001
212.727.0135 / 212.727.0254 fax
jumpstart@glsen.org
studentorganizing@glsen.org
www.glsen.org under Students and Library

**Register with GLSEN!**
Registered Groups (student clubs or commonly known as Gay-Straight Alliances, GSAs) and individuals (student leaders, advisors, students trying to start GSAs, and so on) receive free information and resources from GLSEN's Student Organizing Department.

**Resources include:**
- -Educational books, videos and trainings
- -Updates, information and free guides to community and school organizing around LGBT issues across the country
- -Networking opportunities with other youth leaders and teacher advisors
- -Free subscriptions to Student Organizing's e-mail listservs, which provide student leaders and teacher advisors with a discussion forum for asking questions, sharing ideas and providing feedback

**Register yourself and your student club today at www.glsen.org!**

A special thanks goes out to Minna Abassi, Benjamin Stevens, Adam Okoye, Melissa Shepard, Karen Young and Mitch Hahn for reviewing, revising and for giving their own expertise in this area. GLSEN would also like to thank Youth on Board and The Innovation Center for allowing us to use their wonderful resources as part of this Jump-Start. Also, the biggest thanks goes to Paige Kruza for co-developing this Jump-Start with GLSEN staff.

# Introduction

## Welcome

Welcome to the GLSEN Jump-Start VII: Creating Youth-Adult Partnerships. This resource will help interested individuals develop a greater understanding of how to work with adults and create partnerships inside and outside of student clubs, commonly known as Gay-Straight Alliances, GSAs. Jump-Start VII is meant to be used as a planning and activity tool within existing student clubs, commonly known as gay-straight alliances (GSAs) or other safe schools organizing in your community. All of the worksheets that are needed for this Jump-Start can be found in the back of this Jump-Start. If you want more information on how to start a student club, take a look at Jump-Start I.

**From Merriam-Webster OnLine:**

Main Entry: jump-start

Pronunciation: 'j&mp-'start

Function: transitive verb

Date: 1973

1 : to start (an engine or vehicle) by temporary connection to an external power source (as another vehicle's battery)

2 a : to get off to a speedy start <advertising can jump-start a political campaign> b : to impart fresh or renewed energy to : ENGERGIZE <a plan to jump-start the stagnant econo my> - jump-start noun

The activities outlined in the GLSEN Jump-Starts always involve lots of group work: brainstorming, discussing and writing. If you need additional copies of this Jump-Start, or previous and/or future Jump-Starts, all editions are online in the Student section of the GLSEN website (www.glsen.org).

We welcome feedback. If you have suggestions and requests, or if you'd like to see particular topics addressed in future Jump-Starts, just email us: jumpstart@glsen.org!

We wish you the best in your work towards safer, more respectful and more equitable schools for all.

Marta Cabrera Estévez, *Day of Silence Specialist*
Brandon Cardet-Hernandez, *Special Events Assistant*
Sabrina Chan, *S.O. Intern/Assistant*
Lynly S. Egyes, *Student Club and Leadership Specialist*
Paige Kruza, *Jump-Start Editor/Assistant*
Christopher Ramírez, *Student Organizing Director*
Eman Rimawi, *Student Club Assistant*
Chris Tuttle, *Student Campaign Specialist*

000244

# Overview

**What is a partnership?**

A partnership is a relationship between individuals or groups that is characterized by shared cooperation and responsibility, as for the achievement of a specific purpose.

**What is a youth-adult partnership?**

A youth-adult partnership occurs when adults and youth work together within their communities or schools. These relationships are built on mutual trust, learning, teaching and action. These relationships are not adults teaching youth, but rather relationships in which adults and youth learn from each other.

**Why are youth-adult partnerships important in the safe school movement?**

Both youth and adults have been active members of the safe schools movement. Primarily, youth have been working inside the schools while adults have mainly taken roles outside of the schools. While youth work successfully with adults who work in school systems much of the time, it is only recently that youth have begun demanding to be part of organizations, chapters and other institutions working to create safe schools that are not affiliated with a specific school. The inclusion of young people has made the movement stronger. As you know, young people see the harassment, experience the abuse and are aware of major problems in school. Bringing youth and adults together in more aspects of the safe schools movement will allow an even larger contingency of students' voices to be heard.

Through the activities in this Jump-Start, you will learn to identify the barriers that occur while working to create youth-adult partnerships. You will learn strategies to create youth-adult partnerships, and hopefully you will be empowered to create some of your own youth-adult partnerships.

*NOTE:* The activities contained in this resource (as well as the worksheets and handouts available at the end) can all be used both within your group and to give to other groups. You might find the handouts on youth participation and activities about adultism particularly good to give to adult organizations with which you would like to form partnerships. Remember that while you can always initiate something (and should always try!), sometimes people and organizations may be slow to respond. It is helpful to be both diligent and patient.

000245

# Activity 1
## Exploring Ageism and Adultism

**Ready...**

When looking at ageism and adultism, it is important to realize these are two entirely different concepts. The common link that they share is that they are both oppressions dealing with age.   Ageism is prejudice, oppressive and discriminatory beliefs against people because of their age.  A good example of this is when a student decides to lobby a legislator and the legislator disregards the student's experiences or thoughts because the legislator thinks the student is "too young." Now, another form of oppression dealing with age is adultism. Adultism is prejudice, oppressive and discriminatory actions against young people because of their age. Adultism requires the oppressor to have the power that is gained only through being a certain age.  A good example of adultism is when a young person does not get a job because the boss (person with power) thinks the young person is too young to be smart enough or mature enough to do the job.

**Set...**

People: The Entire Group
Tools:   Flip Chart Paper, Markers, Understanding Adultism (copies for all participants)
Time:    20 Minutes

**Go!**

In a large group, brainstorm definitions of adultism and ageism.  Start with ageism and once you think you have a good working definition share the definition from above and then move on to adultism.  Brainstorm definitions for adultism and then share the definition above with the rest of the group.

It is important to remember that both young people and older people in our society are oppressed.  For this next activity, come up with examples of adultism and ageism.  Be sure they each person comes up with examples for both the older people and younger people in society.  It is important to stress the difference between the two as well as discussing the idea of age being the common link.  If you need some help with examples, feel free to use the examples from above.  You may also want to refer back to Jump-Start #6 for connections to other oppressions.

Once participants have a good understanding of the examples, hand out the worksheet labeled "Understanding Adultism." This can be found at the end of this Jump-Start. Follow the instructions on the worksheet. This is an important exercise because young people developed it and it speaks directly to young people's experience in our society.

# Activity 2
## What We Never Want to Hear Said

**Ready...**

Before a person delves into creating youth-adult partnerships, it is important to first fully understand the definition of youth.  The definition of youth that GLSEN uses is a student in a k-12 school.  GLSEN does not have an official age range for youth but typically we work with youth between 13 and 19.

It is also important to look at different cultures and different situations to see if the definition of youth changes.  For example, a parent may consider their 14-year-old child a youth, but the person that is paying them to baby sit probably considers the babysitter an adult.  Also, typically in the Jewish religion, when a child turns 13 the child

celebrates their coming of age as an adult. The rest of society, including the youth's parents, may consider this person a youth, but in the Jewish religion this person is considered an adult. Another good example would be that in Mexico, girls celebrated their Quinceanera at the age of 15. A Quinceanera (the term refers both to the celebration and to the girl who has turned 15) is similar in concept to a debutante's "coming out party" in other countries. The celebration is a means of acknowledging that a young woman has reached sexual maturity and is now an adult, ready to assume additional family and social responsibilities. Although the girl has turned 15 and is considered and adult in her culture, the rest of society may not view her as an adult. (Resendes, Raymond)

Youth hear a lot of different messages through the media, their families and sometimes at school. Some of these messages can be positive while others can be very negative. It is important to identify negative messages that youth hear and that they know are untrue.

**Set...**

People: The entire group
Tools: Pens and Flip Chart Paper
Time: 15 Minutes

**Go!**

In a large group, ask all of the participants to brainstorm a definition of youth. Once everyone is done, come up with a working definition for the word. Feel free to use GLSEN's definition, but remember, the GLSEN definition is just a guide. Next, ask participants "What is the age range for youth?" Once again, you can use GLSEN's age range, but you do not have too. Once you have come up with a good working definition and an agreed upon age range, it is time to talk about youth and different cultures and situations. Ask for some examples of how a youth can be considered older or younger in a different culture or a different situation. If the participants are having some problems coming up with examples, feel free to use the examples provided above.

Next, break up the large group into groups of three (3) to five (5). Ask each group to come up with four things they never want to hear adults say about them again. For example, "All young people are lazy." Give each group a sheet of flip chart paper to write down their answers. The groups will need about five minutes to complete this exercise, once they are done, ask the groups to share the sentences with the rest of the group. Keep the flip charts and type them up for use later in this Jump-Start.

# Activity 3
## Exploring Stereotypes

**Ready...**

Stereotypes are positive or negative beliefs or ideas about a group of people based on generalizations or assumptions. We hear stereotypes all the time about lots of different groups but the stereotypes we want to focus on today are stereotypes about youth and adults.

000247

**Set...**

People: The entire group
Materials: Post-it Notes, Pens, Markers, 2 Sheets of Flip Chart Paper
Time: 10 Minutes

**Go!**

On the top of a piece of flip chart paper write the word "ADULT." On the top of the second sheet of flip chart paper write the word "YOUTH."

Distribute 4-6 post-it notes to each participant. Tell the participants to think about all of the stereotypes they hear or know/believe about youth and adults. Ask them to write one stereotype for every post-it that they have. Make sure that they are writing an equal number of stereotypes for both youth and adults. Once all participants have finished, collect all of the post-it notes and read them aloud. Ask the participants to shout out which flip chart they should be put on.

Once all of the post-it notes have been posted, have the group pair off. Have the pairs discuss the following questions:

-What is the age range for an adult?
-Where do these stereotypes come from?
-Are these stereotypes based on truth?
-Are all adults/youth like this?
-Can you come up with an example when a youth or an adult did not fit these stereotypes?

# Activity 4

## Talking About Experience (Ladder of Young People's Participation)

**Ready...**

Before creating new youth-adult partnerships, you need to reflect on youth-adult relationships that group members have already experienced. These experiences can be good, bad or some other combination. They can all be helpful in determining what sort of partnership the group wants, and how to achieve that successfully (while avoiding other relationship situations). Remember, when doing something, it is always helpful to first know what is possible and then create expectations.

**Set...**

People: The entire group
Materials: "Ladder of Young People's Participation" and "Degrees of Participation" handouts (copies for all participants)
Time: 15 Minutes

**Go!**

Break into pairs. Choose a method (counting off, self-selection, etc), which allows people who do not know one another well or who have not yet worked together to pair up. The facilitator should pick this based on what is most likely to work with the actual group. If the group is small, the activity can also be done together. Give everyone or every pair a copy of "Ladder of Young People's Participation" and "Degrees of Participation." These can be found at the end of this Jump-Start.

Pairs (or the entire group) should discuss:

- Relationships they have had with adults
- What that relationship looked like (or multiple ones)
- How the relationship made each person feel
- How this sort of relationship might be created or avoided, depending on the individual experience

Compare the relationships discussed to the scale diagramed on the handout. Also, come up with examples for each step in the ladder of organizations that work with youth.

If you split into pairs, come back together and share your examples with the rest of the group.

# Activity 5

## Why We Work With Adult Allies

**Ready...**

Before a person delves into creating youth-adult partnerships, it is important to remember exactly why such partnerships are desirable. It is also important for all people to remember that adults can be allies to young people. This helps provide reasons for doing this work and incentive to continue working in the face of adultism.

**Set...**

People: The entire group
Tools: Pens, Flip Chart Paper
Time: 15 Minutes

**Go!**

As an individual activity, ask each participant to write down three characteristics of a partnership. Once everyone is done, ask people to share their characteristics with the group to create a working definition of the word partnership. If you need to refer back to the definition given above, it is page 3. Once the group has come up with an agreed upon definition it is time to start brainstorming. In a large group, ask all participants what it means to be an ally? Next ask all of the participants to brainstorm at least three reasons for working with adult allies. Continue adding reasons after everyone has volunteered at least one new reason. Feel free to use the ideas put out to create new reasons, but try to avoid having repeats. Once you have come up with a good number, ask for some examples of how youth have seen these play out in their own lives or the lives of those they know.

If the participants are having some problems coming up with examples, discuss how many of them have actually worked well with adults in the past. Can they identify reasons why this has or has not happened? How can these be addressed in outreach this time?

# Activity 6

## Answering the Hard Questions

**Ready...**

Coming up with intelligent, logical answers to questions one does not feel prepared to answer almost always makes for a difficult situation. However, many questions that adults might ask of youth outreaching to them can be

anticipated if thought about prior to outreach. People generally want to get information that helps them make a more informed decision. In turn, youth need to know what their group does, what they are trying to do, and (by the time they start outreach) what role they want adults to take. Still, being asked something on the spot can be uncomfortable and can leave anyone searching for the right words or feeling as though they are incapable of answering. That does not mean that the person is in fact ineffective, but they may feel that way. Practice can help, and this activity is designed to help students anticipate questions they might be asked and gain the confidence necessary to answer.

**Set...**

People: The entire group
Materials: Pens, Markers, Flip Chart Paper
Time: 15-20 Minutes

**Go!**

Tell the participants to think of two (2) to three (3) questions they think adults might ask them while they are trying to outreach and work with adults. They can write these questions down in notebook or scrap paper. Once everyone has written their questions down, break into groups of three (3) to four (4) and have one person write them on large flip chart paper. The person writing the group's questions on flip chart paper should avoid duplicate questions from within their small groups as much as possible.

When all the questions have been written down, arrange chairs in two lines facing each other. Have the students sit in the chairs (as close to evenly divided as possible) and take turns asking each other the questions and answering.

When all the questions have been asked and answered, have the large group come back together and discuss the following questions:

-What did it feel like to answer questions in this manner?
-Were the answers people gave correct? Coherent? Comprehensive? How might they be improved?
-Did people feel comfortable answering for the group? How might people be made to feel more comfortable?
-Discuss any other issues participants wish to raise.
-What was the hardest question to answer? Why?

Make sure you write down useful parts of the discussion (such as suggestions for improvement). This way the ideas raised can be incorporated later on into group materials like talking points or phone conversation scripts. Additionally, it makes them accessible and useful to new group members as well as people who are here for this process. Remember, it is important to have limits. If you do not feel comfortable answering a questions for whatever reason, you should not answer it.

## Activity 7
### Knowing What You Want from Adults

**Ready...**

When you begin to outreach to individuals and organizations for adult support, you need to be prepared to know what role you want them to take. Having a youth-initiated "youth-adult partnership" will do no good if the adults try to make decisions for you or take over your projects. At the same time, adults are more likely to become and remain

involved in something if they know they are being useful and/or are doing something that interests them and that works with their schedule and other commitments. Therefore it is useful to know what exactly you want adults to do, and what roles or positions you can offer the people to whom you are reaching out.

It is also important to know whether you are trying to build long-standing partnerships, or if you are only looking for adult allies for a specific project and/or event. While the latter usually helps build the former, the outreach information should be directed toward your group's specific goal.

**Set...**

People: The entire group
Tools: Pens, Post-It Notes and Flip Chart Paper
Time: 30 Minutes

**Go!**

On the top of a piece of flip chart paper write "What do you want adults to do?" On the top of the second sheet of flip chart paper write "What do you not want adults not to do?"

Distribute 4-8 post-it notes to each participant. Tell the participants to think about all of the possible roles adults could take in helping your student group. Ask them to write as many roles as they can think of that they want adults to take. Write roles they do not want adults taking on the remaining post-it notes. They should NOT note on the post-it in which category it is supposed to be.

Once all participants have finished, collect all of the post-it notes and read them aloud. Ask the participants to shout out what flip chart they should be put on. Be sure to have the person who wrote the post-it note identify themselves and note on what sheet they had intended the post-it to be. Ideally, there will be agreement within the group about the roles youth want adults to take. For roles that do not have general group agreement as to whether or not adults should be doing them, further discussion will be needed prior to outreach. If agreement cannot be reached, it is probably best to not include those roles in outreach conversations. Once adults are involved, the issue can be re-examined and hopefully resolved satisfactorily.

# Activity 8

## Starting or Continuing the Process

**Ready...**

Now that you have the tools necessary to outreach to adults, you need to figure out to whom you want to outreach. If you have already begun working with adults, now is the time to create better relationships. Once you have identified people and organizations, you can get contact information for them and create a script that targets their interests or specialties, hopefully bringing you greater success.

**Set...**

People: The entire group
Tools: Pens, Flip Chart Paper
Time: 20 Minutes

**Go!**

Brainstorm in a large group the activities or organizations where youth ideas would be helpful, places that you think students should be more involved and the individuals and organizations that could be most useful to your group. Remind participants to look at the local community in its entirety and beyond personal group contacts. If your group is mostly one identity (race, class or gender) or if you notice that most to all of the organizations being listed have largely or entirely identity (race, class or gender) membership, be sure to look for more diverse groups with which to do outreach-but also understand that to be successful in building partnerships, your group will most likely have to do its own anti-oppression work (for help on that, see Jumpstart #3, Making Your Student Club Anti-Oppressive).

Have people shout out ideas until everyone has volunteered at least one suggestion. Stop after 5 minutes to ensure the list created is not too overwhelming to tackle. Remember that more adults can always be outreached to who are not on this list and that this is just a starting place.

Once you have come up with your list, have the participants decide how to break it down into chunks (according to location, personal contacts, target message, or whatever the participants think will be most useful in making out-reach manageable).

Next, break up the large group into groups so there are a few students assigned to discuss each of the chunks of organizations listed in the brainstorm. Each of the groups is responsible for creating a short target message for each of the organizations included in their "chunk" of the brainstorm. They should also create a timeline and prioritize which of their organizations need to be outreached to first. Give each group a sheet of flip chart paper on which to write this information down. Keep these papers for later reference. Email reminders or having responsibilities posted somewhere can be very useful in ensuring work gets done.

If students within the group are unable to volunteer to do outreach for all listed, the large group should reconvene to assign designated outreachers to specific organizations. Stress how much easier it makes it for everyone if all group members agree to each contact a few groups. Also note that if people know they are already overcommitted and will not be able to get something done that they should not volunteer for something.

# Model Training Outline

## What to Include in an Adultism Workshop

One activity that can be particularly useful for some adult organizations to which you may want to do outreach is a workshop on adultism. Students in your group can lead this type of workshop for adults and youth together, from one organization or many. Such workshops can follow the loose outline given below, but you should feel free to specialize it for the group which you are training. You can also replace or add some of the activities listed in this Jump-Start.

Ideally, there should be two facilitators to balance out the work, help in avoiding a lecture-style workshop, and assist any small group work that happens. Also make sure you refer to the "10 Ways to Make Your Workshop Inclusive," provided at the end of this Jump-Start, and address the issues listed in your own planning process.

Make sure you know before leading the workshop who is facilitating which sections and that you have everything you need. Workshops are normally 60 to 90 minutes long, and the time dedicated to each activity needs to be planned accordingly. Workshops that run longer on one topic tend to lose people's interest, or get fewer participants since people only have so much time. Also, as far as materials needed, flip chart paper and markers are guaranteed to be helpful at just about any workshop, so always bring them or request that they be provided!

## Welcome and Introductions

If possible, arrange the participants in a circle for the workshop. Then begin introductions. This can take 5 to 10 minutes depending upon how many participants there are. Facilitators should introduce themselves first as examples, giving their name, preferred gender pronoun, and briefly explaining what they want to get out of this workshop. Generally, it is also good to give a 30 second explanation of preferred gender pronouns at this time-they can be masculine (he/him/his), feminine (she/her), or gender neutral (ze/hir), and are simply the pronouns people would like to have used in reference to themselves. It is important to ask people to identify which gender pro-nouns they prefer because sometimes we can't tell by just looking at a person. At this point all other participants people should go around and list the same for themselves. (For more information about pronouns, check out The Langauge of Gender in GLSEN's online library at www.glsen.com)

## Agreements

This should take 5 minutes. If the facilitators provide such basic agreements (like ground rules) as those that follow, participants can take a few minutes to add any they also think are important. Post these so they are visible during the workshop, and remind people of them if you see people not following them.

-*"One mic, one diva."* Only one person should speak at a time.

-*"Step Up, Step Back."* Participants should be aware of how much they are speaking. If they feel they are speaking a lot, they should let others speak, and if they find themselves not talking, they should try to contribute some comments/ideas/suggestions.

-*"Use 'I statements.'"* Everyone should speak from his/her/hir own experience and avoid making generalizations.

-"No assumptions--except for best intentions." People should not assume other people's experiences or anything else. The only assumptions people should make are that when other participants speak, that they are speaking with the best intention and do not mean to offend if they do.

-*"Correct gently, but do correct."* If participants say something that is incorrect or offensive, politely call them on that. Letting comments slip only makes the space less safe and increases the difficulty of building successful partnerships.

-*"Oops"* and *"Ouch."* If a participant makes a comment and then realizes it is offensive and that he/she/zie and it shouldn't have been said, the participant should say oops. If a participant is offended by something someone has said, participant should say ouch to let other people know that what was said hurt/offended him/her/hir.

-*Respect!*

## Energizer

Energizers are really important because it allows people to become more comfortable with each other and it gets people ready for the topic. Depending on what energizer is used, this should take 3 to 10 minutes. A simple, brief energizer that also informs the facilitators about their audience is "Stand Up, Sit Down." This involves asking participants to stand up if they answer whatever question is asked positively. Then they sit down, and the next question is asked. Start with something simple, like "Stand up if you...Enjoyed lunch/Would still like to be asleep/Like today's weather." Then do questions that give the facilitators useful information, such as "Stand up if ...you are under 25 years old," "...have experienced adultism," or "...want to create a successful youth-adult partnership." It is best to end with something positive that is intended to make everyone stand up. To find other great icebreakers to use, check out Jump-Start 1 in the resource section of www.glsen.org.

## Activities

These next activities should take about 25 to 30 minutes all together. The two activities that GLSEN would recommend for this section are Activities 1 (Exploring Ageism and Adultism) and 3 (Exploring Stereotypes) from this Jump-Start VII.

### Action Planning

This is generally best done with 10 to 15 minutes in small groups, and 10 minutes for sharing with the large group. It should involve brainstorming activities, strategies or whatever would be most useful for your situation and the type of partnerships you are trying to build. Something that is good, especially if this is a first real interaction with the individual and/or group, is to have them brainstorm ways that they can make their events, organization, or themselves more inclusive of and welcoming to youth and less adultist. Whatever you decide to do, be sure that you have a clear explanation of what you want people to think about. Facilitators should walk around to the small groups and answer any questions and offer additional suggestions to help spur discussion.

### Resources and Giving Direction

The list of things you never want to hear said (from Activity 2 in this Jump-Start) should be passed out so that everyone has a copy. As a group, you should go over them. This should not turn into adults giving excuses or explanations for why they may have said some of those comments at various times. Nor should it turn into any youth present becoming angry at the adults who are there. If explanations are requested, they should be given. Otherwise, the information should be pretty much accepted, and the handouts kept for future reference. This may be a good time to for students to add to the list or for adults to create a list of things they never want to hear said again by youth. Any other resources can also be given out and discussed at this time.

### Closing

This should take 5 to 10 minutes. A contact list should be collected for people who would like to receive more information or stay involved. Facilitators should thank participants for coming and give their contact information. If a follow-up meeting has not already been set to continue work to create a youth-adult partnership with this group, it should be done now. The contact list should be used to send out reminders about future meetings and updates about the work. Once contact information has been collected and/or distributed, it is time to do a quick evaluation of the workshop. A popular evaluation method is a plus/delta. Plus stand for the good things about the day and delta stand for the things that should have been changed. Create a chart with a plus on one side and delta on the other. A delta looks like a little triangle. Allow each person to add a plus and a delta and write their response on the chart. Once everyone has had a chance, ask if there are any additional plus/deltas. If not, you now have a good reference evaluate your workshop for future trainings.

## Conclusion

We hope that this seventh installation of the Jump-Start has provoked reflection, conversation, inspiration and action in your student club and your student organizing. Collaboration can be exhausting as it is exciting, and it important always to remember what unite the group, even as you remain aware of everyone's unique perspective.

Remember to check www.glsen.org and Student Organizing for additional ideas, resources, and activity plans.

As we mentioned in the Introduction, feedback and suggestions for future Jump-Start resources are always welcome. We encourage you to email us at jumpstart@glsen.org.

See you soon…and good luck!

000254