# EXHIBIT G

Wilton High School

**Wilton High School**

Wilton High School is a community of learners dedicated to academic and personal excellence.
Within a nurturing, respectful environment, we foster scholarship, character, and citizenship.

- HOME
- ACADEMICS
    - Academic Lab
    - Business
    - Consumer and Life Sciences
    - English
    - Fine and Performing Arts
    - Health
    - Math
    - Physical Education
    - Reading
    - Science
    - Social Studies
    - Support Services
    - Technology Education
    - World Languages
- ADMINISTRATION
    - Administration
    - Athletic Handbook
    - NEAS&C
    - Final 2006 NEAS&C Report
    - Program of Studies-Course Catalog
    - School Closings
    - Standardized Test Scores
    - Student Handbook
- GUIDANCE
    - Alternate Night School
    - Alumni
    - College Career Center
    - College Fair Reps ONLY
    - College Rep Visit Appointments
    - Guidance Department
    - Mentor Program- Freshmen
    - Mentor Program- Sophomores
    - Parent Programs
    - Student Programs
    - Family Connection-Naviance
    - Transcripts
    - College Fair Partnership
- FACULTY
- CALENDARS
    - Rotating Calendar
    - Bell Schedule
    - 07-08 District Calendar
    - Lunch Waves
- LIBRARY
- STUDENTS
    - Athletics
    - Career Practicum
    - Clubs

- Download Graphical Analysis
- GPA Calculator
- Mentor Program- Freshmen
- Mentor Program- Sophomores
- National Honor Society
- SATs at WHS
- Senior Interest Project
- Student Forms
- Student Programs
- vBulletin Forum
- Weather Email Notifications
- WHS School Store
- COMMUNITY
  - Calendar @ AmericanTowns.com
  - Chamber of Commerce
  - Directions
  - Lodgings
  - Town of Wilton Home Page
  - Weather Email Notifications
  - Weekly Warrior E-Letter
  - The Wilton Bulletin
  - Wilton Community Calendar
  - Wilton Library Association
  - Wilton Magazine Online
  - The Wilton Playshop
  - Wilton Public Schools
  - Wilton Teen Center
  - Wilton Youth Services



**Contact Information**
Wilton High School
395 Danbury Road
Wilton, CT 06897

Main office: 203-762-0381
Fax: 834-0164
Attendance office: 834-4805
Message center: 762-2143
Field house: 834-2618
contact information/directions »



**PTSA Open House**
September 18, 2007

**College & University**
**Rep Visits**

- Daily Bulletin
- Friday Update
- Athletics
- College Career Center
- vBulletin Forum
- WHSnet
- PTSA
- Alumni
- Tech Help Desk

**Due to the volume of spam at WHS (approximately 200 per day, per teacher) parent emails may not be getting through to all teachers. If you email a teacher and do not hear back in a timely manner, please assume the email may have been lost and give the teacher a phone call.**

Click here if you would like to contact the webmasters. Click here to download our new Wilton High School Desktop "Wallpaper". For weather related updates, click here.

**We are looking for Wilton High School Student Webmasters. Interested? Click here.**

© 2005 WHS

Wilton High School

# School Clubs

**Please email the WHS Webmaster with current information (advisor, meeting times and places, joining, and contact information)!**

| | |
|---|---|
| Amnesty International | Mountaineering Club |
| Best Buddies | Mock Trial Club |
| Bowling Club | Model U.N. Club |
| Boy's Volleyball Club | Math Team |
| Creative Writing Club | Mountain Biking Club |
| | |
| Crew | National Honor Society |
| Dance Club | Officer's Club (9-12) |
| Debate Team | Open Art Studio |
| Digital/Computer Imaging Club | Operation Smile Club |
| Excoffiers Club-Culinary Arts | Ping Pong Club |
| | |
| Ecology Club | Photography Club |
| Field Research | Politics |
| Future Business Leaders of America | Recycling Club |
| The Forum | Robotics Club |
| | |
| Gay Straight Alliance | Sailing |
| Government | School Store |
| Habitat for Humanity | Science Olympiad |
| Independent Film Club | Spanish Honor Society |
| Interact Club | |
| | |
| International Club | Ultimate Frisbee (pilot) |
| Key Club | Varsity Club |
| Literary Magazine | Yearbook |
| Little Theater Company-Drama Club | Yoga |

## Amnesty International
**Faculty Advisors:** Marty Meade and Marc Feeley
**Meeting Times:** Posters will be up around school before each meeting.
**Purpose:** An independent worldview organization formed by a grassroots movement. It is not affiliated with any government, political persuasion, economic interest, ideology or religious creed. Amnesty International's purpose is to rid the world of the death penalty, abolish political killings and disappearances, as well as protect, support, and free people known as the Prisoners of Conscience (POC) and help political prisoners who are jailed due to their political motivation. The organization focuses its beliefs around the Universal Declaration of Human Rights established by the United Nations General Assembly on December 10, 1948.
**Joining:** Show up at a meeting; posters will be up
**Website:** http://www.wilton.k12.ct.us/whs/stu/clu/amnesty
(top)

## Best Buddies

**Faculty Advisors:** Kent Smith and Robin Twerdahl
**Meeting Times:** Best Buddies typically meets one or twice a month, and has group outings once a month. Members with buddies contact their buddies one a week (phone call, email, or in person) and get together with them twice a month.
**Purpose:** Best Buddies is a non-profit organization dedicated to enhancing the lives of people with intellectual disabilities by providing opportunities for one-to-one friendships with high-school students.
**Joining:** New members are welcome throughout the year.
**Website:** http://www.wilton.k12.ct.us/whs/stu/clu/bb/index.php
(top)

## Bowling Club
**Faculty Advisor:** Bill Bergeron
**Meeting Times:** tba
**Purpose:** This club will meet regularly to provide students with the opportunity to compete against other students in a friendly and social atmosphere.
**Joining:** tba
(top)

## Boy's Volleyball Club
**Faculty Advisor:** Jim Liptack
**Meeting Times:** Meetings and competition occur during the spring term.
**Purpose:** The Volleyball club is for boys who have an interest in playing competitive volleyball.
**Joining:** Any boy interested in learning to play competitive volleyball is welcome at any time. No experience necessary. See Mr. Liptack for details.
(top)

## Creative Writing Club
**Faculty Advisor:** Matthew Kobin
**Meeting Times:** Tuesdays after school (3-4 pm) in room 319C
**Purpose:** This club aims to be a fun and exciting place where students can meet and enjoy learning about writing. Long-term goals include performances such as a poetry slam. We want the environment to be freer than that of a classroom?it will be relaxed and open-minded, focusing on the love of learning. Be prepared for some awesome writing prompts!
**Joining:** Anyone can join. Just come to meetings!
(top)

## Crew
**Faculty Advisor:** tba
**Meeting Times:** tba
**Joining:** tba
(top)

## Dance Club
**Faculty Advisor:** Derreck Lilly & Christina Terriaca
**Meeting Times:** Wednesdays 5:30-6:30, location 301A
**Purpose:** To bring dance experience to Wilton High School and the community at large. This will allow students interested in dance the opportunity to develop/improve their skills. Students will also be involved in community service projects; such as organizing professional dance performances.
**Joining:** Speak to advisors or student Dance Club leaders. No dance experience needed to join; all ability levels welcome.
(top)

## Debate Team
**Faculty Advisor:** Joseph Dec
**Meeting Times:** Weekly meetings occur Thursdays from 7-8 pm in room #212A.
**Purpose:** Team members work together in the weekly sessions to structure arguments, practice speaking and gain proficiency in Extemporaneous Debate. Monthly statewide tournaments will be attended. If you are interested in learning more about the debate team, email us at wiltondebateteam@yahoo.com or attend a meeting.
**Joining:** All new members welcome.
(top)

## Digital/Computer Imaging Club
**Faculty Advisor:** Greg Theriault

**Meeting Times:** Mondays 3:00-4:00
**Purpose:** Come make art on the computer with us! Even if you are scared of computers! We can do just about anything from Animation and Website design, to Computer Graphics, Digital Photography and even Digital Video. Students can explore multimedia art and even create work for use in their classes! A great club for any level of interest and ability, especially for those want to take Computer Graphics, but are unable to fit it into their schedule.
**Joining:** New members are welcome all year long.
**Website:** http://www.wilton.k12.ct.us/whs/stu/clu/dic/index.php
(top)

## Ecology Club
**Faculty Advisor:** Rob Perry
**Meeting Times:** tba, most likely Tuesday afternoons
**Purpose:** Members concern themselves with the environmental issues and problems facing our planet. Recycling, pollution, and acid rain are just a few examples. Several backpacking trips may be included in this year's activities.
**Joining:** Anyone wishing to participate in this club must have a blanket permission slip signed and on file. Announcements will be made for the first meeting.
(top)

## Excoffiers Club-Culinary Arts
**Faculty Advisors:** Patricia Knizeski, Terry Dobush
**Meeting Times:** Feb.26; March 12, 28; April 9, 30; May 14, 30 - 3:00-4:30; Culinary Art Room- 110A
**Purpose:** This is a club for students interested in developing thir culinary imagination. Members will explore new techniques and recipes while honing their culinary arts skills.
**Joining:** All are welcome at any time.
(top)

## Field Research
**Faculty Advisor:** Jim Lucey
**Meeting Times:** tba
**Purpose:** Through projects such as monitoring the water quality of the Great Swamp in Ridgefield, raising trout at Wilton High School and tracking winter flounder in Long Island Sound, students will gain an awareness of the local watershed.
**Joining:** tba
(top)

## The Forum (Student Newspaper)
**Faculty Advisor:** Matthew Kobin
**Meeting Times:** Thursday after school
**Purpose:** As the name implies, the school newspaper offers students an opportunity to express views, to entertain and to develop writing talents. It enhances a student's awareness and appreciation of the work involved in publishing a newspaper as well as providing an outlet for a student's creative energies. Monthly issues provide information and humor for the students and the staff.
**Joining:** If you cannot show up at meetings, send an e-mail to whsforum@hotmail.com , talk to Mr. Kobin, or the editor. Writers, photographers, artists, and people willing to do layout are all welcome.
(top)

## Future Business Leaders of America
**Faculty Advisor:** Amy Korn
**Meeting Times:** every other Monday in Room 206 at 3:00 PM
**Purpose:** FBLA (formerly the investment club) is an organization that allows students who are interested in the area of business to explore and learn various aspects of business activities through field trips, simulations, and guest speakers. This is a great opportunity to acquire knowledge about a possible career choice.
**Joining:** All are welcome at any time.
**Website:** Future Business Leaders of America (FBLA)
(top)

## Gay Straight Alliance (GSA)
**Faculty Advisor:** Eric Fischman
**Meeting Times:** every Tuesday after school 3:00-4:00, room 208a
**Purpose:** The Gay-Straight Alliance is a community of students dedicated to the promotion of tolerance in Wilton High School. Our mission is to inform members and the student body of issues and events affecting the lives of gay, lesbian, bisexual,

transgender, and straight ally youth. Throughout the year, we hope to work in coalition with the administration and other WHS clubs to create a safer, more accepting environment in our school.
**Joining:** All are welcome! YOU DO NOT NEED TO BE GAY TO JOIN. You only need an open mind. Furthermore, it is neither required nor expected of you to disclose your sexual orientation.
**Website:** http://www.wilton.k12.ct.us/whs/stu/clu/gsa
(top)

## Government
**Faculty Advisor:** Rob Perry
**Meeting Times:** tba
**Purpose:** Consists of elected members whose responsibility is to represent and to implement various programs that will meet the needs and concerns of the student body. Homecoming dances, concession stand, meetings with the faculty, and regularly scheduled homeroom meetings are some of the activities that have been arranged in the past.
**Joining:** Membership by election only.
**Constitution:** Click here
(top)

## Habitat for Humanity
**Faculty Advisor:** Steve Bell
**Meeting Times:** Workdays are held on Saturdays, usually later in the month. Planning meetings are held two Mondays prior to the Workday. Listen for announcements over the school's Public Adress system, or see the habitat for Humanity website.
**Purpose:** To help build homes for families in Bridgeport, Connecticut.
**Joining:** Come to a Planning Meeting or see Mr. Bell, Room 233.
**Website:** http://www.wilton.k12.ct.us/~bells/HHindex.html
(top)

## Independent Film Club
**Faculty Advisor:** Ken Boehm
**Meeting Times:** Thursdays in the Video Production Room
**Purpose:** Students will have the opportunity to review, discuss and critique movies. They will also have the opportunity to film, edit and produce their own films.
**Joining:** All are welcome!
**Website:** http://whsifc.blogspot.com
(top)

## Interact Club
**Faculty Advisor:** Scott Webster
**Meeting Times:** tba Room 326
**Purpose:** Interact Club is a high school service organization sponsored by the Wilton Rotary Club. Members (Interactors) develop local and international service projects. Interact's name is derived from the words "International" and "Action." Our projects this year include Sports Alliance, Save-A-Life, and sponsoring a child in Haiti. The Club has frequent meetings and joint projects with the Wilton Rotary. For more information, also visit our web site at www.wiltonrotaryclub.org/interact/
**Joining:** Everyone is welcome.
(top)

## International Club
**Faculty Advisors:** Mariela DaSilva and Francisco Charles
**Meeting Times:** Every other Monday at 3:00 in room 358
**Purpose:** This club helps students develop an understanding of and an appreciation for various world languages and cultures. Activies include movie viewing, dinners and field trips.
**Joining:** Open to all students. New members welcome throughout the year!
**Website:** http://www.geocities.com/worldlanguageclub
(top)

## Key Club
**Faculty Advisor:** Linda Ciliberti
**Meeting Times:** Once per month - 6:45p.m. Choral Room (see Website for dates)
**Purpose:** A service organization that engages in community and school service projects, helping those who need support.
**Joining:** Open to students who have a sincere commitment to community service and the time to volunteer.
**Website:** http://www.wilton.k12.ct.us/whs/stu/clu/keyclub

(top)

## Literary Magazine

**Faculty Advisor:** Rusty Hurd

**Meeting Times:** Wednesdays at 3:00 pm in room 119A

**Purpose:** Students in this organization prepare the school literary magazine each year. Poems, magazine short stories, photos, and drawings are collected from students and prepared for publication. The magazine is published in the spring of each year.

**Joining:** Anyone can submit work to boxes that will be placed around the school. Anyone wishing to be on the staff that selects the work to be published can show up at the meetings. Posters will be placed around school before the first meeting.

**Email:** mamahurd@aol.com

(top)

## Little Theater Company-Drama Club

**Faculty Advisor:** Bonnie Dickinson

**Meeting Times:** Once a month on a Thursday at 3:00; posters will be put up before the meetings.

**Purpose:** The Company encourages students interested in the theater to come and discuss current and upcoming productions, along with field trips, fund-raisers, Underclassman Production and One Act Night. Everyone is invited to become active in the theater community.

**Joining:** All are welcome.

(top)

## Math Team

**Faculty Advisor:** Steve Bell

**Meeting Times:** Every Tuesday after school at 3:05, room 233. Competitions are first Wednesday of the month.

**Purpose:** This club challenges the student with intriguing math problems. Competitions with area schools are held throughout the year. Open to all students.

**Joining:** Just come to a Tuesday meeting.

**Website:** http://www.wilton.k12.ct.us/~bells/Math%20Team.html

(top)

## Mock Trial Club

**Faculty Advisor:** Don Schels

**Meeting Times:** Thursday, 11/02/2006 @ 3:15p.m. Room # 331

**Purpose:** At this meeting-set agenda

**Joining:** Open to all students-attend introduction meeting 11/02/2006

(top)

## Model U.N. Club

**Faculty Advisor:** Mark Kolier (markk@cgsm.com)

**Meeting Times:** Every Monday 7:00p.m.-8:00p.m; Room # 231

**Purpose:** The Model United Nations Club at WHS has been in existence since 2003. The club conducts meetings using the exact format of the United Nations itself. World Issues are brought up, debated and resolutions are drafted and passed or rejected.

Members are asked to write one page position papers and research topics (normally on the web) that are up for discussion between meetings.

Club members that attend regular meetings are able to attend off site Model UN conferences including one at Fairfield University in November, Harvard University (for veteran club members) in December, and Yale University in January. Nomination for these conferences is up to the Club Advisor.

**Joining:** Contact Mark Kolier (markk@cgsm.com)

(top)

## Mountain Biking Club

**Faculty Advisor:** J. Lussier

**Meeting Times:** First meeting is September 17. There is one meeting and one trip each week. Meetings are held in room 241 from 3-3:30, trips are held at Cranberry Park, Mianus, Trumbull, Redding, etc. Emails will be sent regarding the meeting and trip dates.

**Purpose:** The goal of the mountain bike club is to have fun, safe rides together, explore parks in the area, improve riding skills, enhance physical endurance and our goal in 2007-2008 is to improve trails with the Ecology Club.

**Joining:** September 11 is the first trip to Mianus River Park-Meeting time is 4pm at the Stamford entrance. Pick up at

5:45pm. If you need a ride to and from Wilton, please e-mail lussierj@wilton.k12.ct.us
(top)

## Mountaineering Club
**Faculty Advisor:** Jim Dey
**Meeting Times:** 3:00-5:00 on Thursdays at the WHS Field House
**Purpose:** Why not put a little excitement into your life? Climb a mountain and join the Mountaineering Club! This club practices, explores, and develops the techniques required to climb properly. Several overnight excusions are planned throughout the year. Open to all students.
**Joining:** Show up any time any week. All students are welcome to join. Come when you can. Climb when you can.
(top)

## National Honor Society
**Faculty Advisor:** J. Woitkowskia
**Meeting Times:** Please visit our Website for information
**Joining:** Please visit our Website for information
**Website:** click here for NHS Website (link may also be found from the "Students" nav bar drop-down menu on the WHS homepage)
(top)

## Officer's Club (grades 9-12)
**Faculty Advisor:** tba
**Meeting Times:** tba
**Joining:** tba
(top)

## Open Art Studio
**Faculty Advisor:** Sue Knaak
**Meeting Times:** tba
**Purpose:** Members of this club meet to further develop their artistic skills and creative abilities. Students' works often appear on the pages of the school yearbook, newspaper, and literary magazine. All the art rooms are open, giving a chance to start on new pieces or finish others. Even if people don't take art classes, they can use the facilities.
**Joining:** Anyone who is interested can join
(top)

## Operation Smile Club
**Faculty Advisor:** Mary Lynn Clune
**Meeting Times:** tba
**Purpose:** This club familiarizes students with the organization Operation Smile, a non-profit organization that travels to developing countries around the world to perform surgery on children suffering from a cleft lip or cleft palate. The club will help students to fulfill requirements needed to apply to go on missions with Operation Smile doctors.
**Joining:** tba
(top)

## Ping Pong Club
**Faculty Advisors:** Coach Kear (kearc@wilton.k12.ct.us)
**Meeting Times:** tba (2x a month) WHS Student Center
**Purpose:** This club strives for students to enjoy playing ping pong and improve on their table tennis skills. Students will engage in recreational as well as tournament play if they choose to do so.
**Joining:** All skill levels are welcome! Come to any of our meetings.
**Website:** http://www.freewebs.com/whsppc/index.htm
(top)

## Photography Club
**Faculty Advisor:** Algirdas J. Nakas
**Meeting Times:** Every Thursday 3-4pm / Room 120
**Purpose:** To explore all things photographic through casual discussions, critiques, open lab time and field projects, and exploration of alternative approaches. The atmosphere is social, but centered within the photographic universe. New this year, a monthly cinema night with classic films viewed and discussed! Come and enjoy a movie and free popcorn!
**Joining:** tba

(top)

## Politics (Model Congress)
**Faculty Advisor:** Ken Dunaj
**Meeting Times:** bi-weekly on Wed nights at 5:30-6:30 @ WHS in room 331
**Purpose:** Students in Politics is a non-partisan, student-run model congress. The goal of the club is to allow students to simulate the United States Congress. Students legislate laws and debate hot button issues at our bi-weekly meetings. SIP wants to be able to enhance student's political awareness.
**Joining:** All students are invited as long as the arive by 5:30. (If students will be late, they need to speak to Mr. Dunaj prior to the meeting.)
(top)

## Recycling Club (pilot)
**Faculty Advisor:** tba
**Meeting Times:** tba
**Joining:** tba
(top)

## Robotics Club
**Faculty Advisor:** Scott Durkee
**Meeting Times:** tba
**Purpose:** The WHS Robotics Club is a technology-based after-school club that meets at least once a week in order to discuss the science of robotics and to design, construct, and program an autonomous robot that will respond to outside stimuli. The purpose is to introduce basic skills in the applied engineering arts including but not limited to Computer Programing, Mechanical Engineering, & Electrical Engineering.
**Joining:** tba
(top)

## Sailing
**Faculty Advisor:** Paul Majane
**Meeting Times:** tba
**Purpose:** Will provide a continuum of sailing wherein novice candidates learn how to sail, learn the fundamentals of yacht racing, and compete in high school racing. Furthermore, it will develop WHS team members for competition at regional and national levels in high school sailing and for collegiate sailing.
**Joining:** n/a
(top)

## School Store
**Faculty Advisor:** tba
**Meeting Times:** tba
**Joining:** tba
(top)

## Science Olympiad
**Faculty Advisor:** tba
**Meeting Times:** tba
**Joining:** tba
(top)

## Spanish Honor Society
**Faculty Advisor:** Ana Zobler and Gladys Ramos
**Meeting Times:** Meetings are held the second and last Friday of each month in room 311 at 7:45 AM.
**Purpose:** The Spanish Honor Society at Wilton High School is a member of the National Spanish Honor Society of the Association of Teachers of Spanish and Portuguese. Founded in May, 2005, it is committed to recognize the academic achievement of Spanish students, to foster the learning of the language and the cultures of Spanish speaking countries, and to contribute to the betterment of our community.
**Joining:** Juniors and seniors are eligible to become members of the Society. At the end of the third quarter, Spanish teachers are asked to nominate sophomore students who have excelled in the study of the Spanish language by maintaining no lower than an A- and at least a 3.2 GPA throughout the year. Qualifying students are invited to apply to the Society by submitting an essay that outlines the candidate□s commitment to the study of the Spanish language as well as aspects of his/her

character relevant to the expected level of service and leadership. Candidates are required to have their essays endorsed by three teacher, one of which needs to be his/her current Spanish teacher. In addition, the selection process includes a personal interview to determine the level of language competency, since the Society conducts all its businesses in Spanish.
**Website:** http://www.wilton.k12.ct.us/whs/aca/for/worldlang/shs.php
(top)

## Ultimate Frisbee (pilot)
**Faculty Advisor:** tba
**Meeting Times:** tba
**Joining:** tba
(top)

## Varsity Club
**Faculty Advisor:** Jim Liptack
**Meeting Times:** As needed. Notification by e-mail.
**Purpose:** This club strongly supports the Wilton High School interscholastic sports program. The club consists of members who are all competing on the varsity level.
**Joining:** All athletes who have earned a Varsity Letter are invited to join. Membership is not automatic. Application is included with varsity letter from athletic office or from Mr. Liptack.
(top)

## Yearbook
**Faculty Advisor:** Rusty Hurd
**Meeting Times:** every Monday from September to April at 3:00
**Purpose:** This club puts together the school's yearbook
**Joining:** Anyone interested in working on the yearbook is welcome at any time. The yearbook needs photographers, writers, computer helpers, and anyone interested in designing an outstanding yearbook for the Class of 2007.
**Email:** mamahurd@aol.com
(top)

## Yoga
**Faculty Advisor:** Patricia Knizeski
**Meeting Times:** Tuesday and Thursday, 3:15-4:15; Room 149-B
**Purpose:** The Yoga Club is designed as an activity to help students reduce stress. Sessions are held on a weekly basis. The purpose is gentle relaxation for the mind, body and spirit
**Joining:** Faculty and students are encouraged to join. Just show up at any meeting.
(top)

© 2005 WHS

Gay-Straight Alliance of Milton High School

Home/News  About  **Links**  WHS Home

Outproud.org: website for the national coalition for gay, lesbian, bisexual, and transgendered youth with a wide range of resources available for teens and educators
Pflag.org: website for the Parents, Families, and Friends of Lesbians and Gays (PFLAG) organization; offers updated resources for support and education
Angelfire.com/ns/gyl: collection of gay youth-related websites that cover a wide range of interests and issues
Grd.org: excellent site and resources directory for almost anything pertaining to homosexuality
Gsanetwork.org: national GSA website and directory

GLSEN
Out Front Amnesty International
GLAAD Gay and Lesbian Alliance Against Defamation
Lesbian and Gay Rights Issues American Civil Liberties Union
ACLU's Lesbian and Gay Rights Project
National Institute for Gay, Lesbian, Bisexual and Transgender Education
International Lesbian and Gay Association
Gay and Lesbian Activists Alliance
GLAD Gay & Lesbian Advocates & Defenders
PFLAG Parents, Families, and Friends of Lesbians and Gays

Connecticut Colleges and Universities with Lesbian and Gay Studies Programs and Support Centers
OutSpoken
Connecticut GLBT Organizations

Sexual Identity and Gender Identity Glossary Feminism and Women's Studies
Valuing a Gay or Lesbian Self Identity Kansas State University
The Self Discovery of Being Queer University of New Hampshire
Narratives of women's sexual identity development 1997 AERC Proceedings
Valuing a Gay or Lesbian Self-Identity Kansas State University Counseling
Gender and Sexuality
Sexual Identity University of Cincinnatti Psychological Servives Center
Sexual Identity / Orientation Creighton University
Sexual Identity University of Missouri-Kansas City

For and About the Lesbian, Gay, Bisexual, Transgendered Community SUNY Buffalo
What Are Your Beliefs about Gays and Lesbians? SUNY Buffalo
Where do you go from here? SUNY Buffalo

Coming Out University of Illinois
Coming Out Iowa State
Coming Out UCLA LGBT
Coming Out University of Wyoming LGBTA
Coming Out Florida State
The in's and out's of coming out University of Missouri-Kansas City
Coming of Age and Coming Out Representations of Gays and Lesbians in Young Adult Literature U Texas
Getting There University of Toronto
Need Help With Coming Out Issues? University of Indiana
Coming Out Resources University of Colorado

Coming Out Resources University of Wisconsin-Stout
Coming Out and Being Out: What You May Need to Think About U North Texas Counseling
Coming Out in College: The Struggle for a Queer Identity University of Southern California Press
Coming Out: Resources and Readings University of Michigan School of Information
What Can You Tell Me about Coming Out? SUNY Albany Counseling
Coming Out SUNY Potsdam
Coming Out Can Reduce Sexual Prejudice UC Davis

Gay/Lesbian Politics and Law: WWW and Internet Resources Indiana University
Homosexuality And Tasmania's Criminal Law
Youth Suicide Problems: Gay/Bisexual Male Focus Pierre Tremblay
Suicide and Gay, Lesbian, Bisexual, and Transgender Youth University of New Hampshire
Discrimination based on sexual orientation -case Lisa Grant vs South West Trains Department of Social
Policy and Social Work - University of Tampere - Finland
Gay & Lesbian National Hotline
Lesbian and Gay Parenting American Psychological Association

Gay and Lesbian Adolescents American Academy of Child and Adolescent Psychiatry
Adding Sexual Orientation & Gender Identity to Discrimination & Harassment Policies in School
ACLU/GLSEN
Gay and Lesbian Youth Fare Well Psychologically Despite Chronic Stress Connecticut Kidslink

Harvard Gay and Lesbian Caucus
Emory University's Office of Lesbian, Gay, Bisexual, Transgender Life
Tasmanian Gay & Lesbian Rights Group
Lesbian Gay Bisexual Transgender Center University of Pennsylvania
inQueery University of Michigan
The Center for Lesbian and Gay Studies City University of New York
Wright State University's Gay, Lesbian, Bisexual, Transgendered, Queer, Questioning, and Allied
Student Organization

Information Resources for Gay, Lesbian, and Bisexual Studies UC-Santa Barbara
National and International Gay and Lesbian Organizations and Publications University of Washington
Libraries
Women's Studies Section: Lesbian Links Association of College and Research Libraries
Gay and Lesbian Studies: A Research Guide New York Public Library
American Library Association Gay, Lesbian, Bisexual, and Transgendered Round Table
Studies on Gay & Lesbian Language: A Partial Bibliography Michigan State University
The Lesbian Legacy Collection USC
James C. Hormel Gay and Lesbian Center San Francisco Public Library
Resources for Parents of GLBT Youth Scott Bidstrup

Lesbian and Gay Historical Society of San Diego
Gay & Lesbian History in the US San Diego State University
People with a History: An Online Guide to Lesbian, Gay, Bisexual and Trans* History Fordham
University
1970s Lesbian Feminism Ohio State University
Lesbian History Project USC
Overcoming Heterosexism & Homophobia: International Perspectives One Institute
Queer Theory Explained Warren Hedges, Southern Oregon U English Dept.
The Society for Lesbian and Gay Philosophy University of Illinois-Chicago

Gendys Network

<u>International Gay & Lesbian Review</u> University of Southern California
<u>The Gay & Lesbian Review Worldwide</u>

<u>Gay Lesbian Health</u> MedLine, U.S. National Library of Medicine
<u>Gay and Lesbian Aging</u> School of Social Work, University of Minnesota
<u>Gay and Lesbian Aging</u> Webster University

<u>Jesus Metropolitan Community Church</u> Christian
<u>Affirmation</u> United Methodists for LGBT Concerns
<u>A Zen Buddhist Perspective on Same-Gender Marriage</u> Robert Aitken's Written Testimony To the Commission on Sexual Orientation
<u>Presbyterian Church Groups Dealing with Homosexuality</u> Religious Tolerance.org
<u>LGBT Muslims</u>
<u>LGBT Catholics</u> Dignity USA
<u>Everything Jewish and Gay / Lesbian / Bisexual / Transgender</u> USC

*Source: <u>http://www.chemistrycoach.com/lbe6.htm</u>*




## ctgay.com

*A comprehensive resource for Sex Finder, Anal dildo, Gay Teen Chat!*

**Bi Personals**

Match singles

IWANTU

Single Personal ADS

Orange County Personals

Singles

Personal single

Personal Ads

Dating Singles

Sex Finder
Anal dildo
Gay Teen Chat
Naked Black Men
Gay Boy

Sponsored Links:

**Bisexual Swingers**
Bisexual Swingers Pictures Forums Chat and more. Join fo
www.BisexualPlayground.com

**Three Pillows**
The original bisexual adult site. Rare MMF bisexual pics &
www.threepillows.com

**Naked Online**
Meet All Your Wild Expectations Online at AmateurMatch.c
www.AmateurMatch.com

**BDSM Personals**
Find BDSM Sex partners 1000s of local members
www.BdsmDateLink.com

**Free Adult Sex Personals**
Men & Women Looking for Hot Sex. Sexy Photos & Videos
MeOnYou.Com/Online-Dating/HookUps

**Lesbian Porn**
Free Lesbian Porn! XXX - Free & Uncensored. View Now.
www.EverythingFreePorn.com/Lesbian

**Busty Blonde 36DD Seeks**
Very Sexual Relationship Come See My Profile /Pics
www.LustyDesires.Com

**Meet People Who Want Sex**
Hook Up Tonight. Try for Free. Discreet Adult Dating
www.HornyMatches.com

**Housewife Sex Personals**
Date Lonely Housewives in Your Area Wives for Discreet E
www.lonelycheatingwives.com

**Real Sex Dating**
Meet People Who Want Sex Get Laid Tonight!
SexDatePersonals.com

Bi Personals   |   Homosexuality   |   Medicine   |   Digital   |   Dini





ctgay.com
A comprehensive resource for Sex Finder, Anal dildo, Gay Teen Chat!

Bookmark Site | Make Home Page

anal dildo   Go

- Anal dildo
- Marital aids
- Adulttoys
- Sextoy
- Sex Finder
- Anal dildo
- Gay Teen Chat
- Naked Black Men
- Gay Boy

Sponsored Links:

**Hot Anal Sex**
Tons of 100% Free Anal Porn. View Our Large Selection Now!
www.EverythingFreePorn.com/anal

**Dildos On Sale**
Buy Dildos At Discount Prices. Discreet Shipping, Secure Site.
www.?andfox.com

**Meet People Who Want Sex**
Hook Up Tonight. Try for Free. Discreet Adult Dating
www.HornyMatches.com

**free live swinger orgasm**
Naked women perform oral sex live naked Women with big boobs on cam
www.cams.com

**100% Free Anal Videos**
Free anal pictures and videos Only email address is needed!
www.MegaFreePorn.org/anal.php

**21 Sextury Video XXX DVDs**
Huge DVD Selection From Top Adult Studios At Super Low Prices-Buy Now
www.flixxx.com/21Sextury-video

**Watch Porn Movies Online**
15 Minutes Free To Watch Any Movie Over 50,000 Full Length XXX Movies
www.moviegorder.com

**Huge XXX Insertion**
Women Insert Huge Objects on Cam Take Snapshots & Enjoy Anytime!
www.friends.net

**Real Anal Housewives**
All original anal wives & grannies! Instant access to anal home movies.
www.WildAnalwives.com

Quality Dating Personals, Hot Adult Personals, Chinese Personals, Sport Personals, and more! - Windows Internet Explorer

http://www.anglefire.com/txt/gzd

File  Edit  View  Favorites  Tools  Help

Quality Dating Personals, Hot Adult Personals, Chinese...

This site, angelfire.com, and the ANGELFIRE mark are not endorsed by, sponsored by, or affiliated in any way with WhoWhere? Inc. or its parent company, Lycos, Inc. or Angelfire Communications, Inc. which was acquired by WhoWhere? Inc. Nor is this site, angelfire.com, or the ANGELFIRE mark affiliated in any way with the services offered by WhoWhere? Inc. and Lycos, Inc. on the site www.angelfire.com. If you are seeking the online home page building and electronic mail services provided by ANGELFIRE, please click here.

## Please visit these excellent sites!

**FriendFinder.com**

The New York Times/Media Matrix declares Friendfinder.com as the #1 dating site in the nation. Friend Finder is for active singles who want to meet others for romance, dating, friendship and more! With over 4,000,000 registered members and thousands of new people joining each day, your special someone maybe waiting for you now! Click here to join for FREE - it's fast, easy and anonymous!

**ALT.com - BDSM Personals**

Into things a bit kinky? Want to find your submissive or dominate partner? Nothing is taboo at ALT.com!

**DINE.com**

Looking for a great restaurant? Read thousands of restaurant reviews at DINE.com!

**Adult FriendFinder**

Are you looking for a little spice in your sex life? HotMatch can help! We're the largest adult personals and swingers directory with over 7,000,000 registered members with thousands of sexy photos! It's FREE, easy, and anonymous to join! Every day, over 15,000 new people join HotMatch so you'll always find new hot friends here !

**GUYSPERSONALS.com**

Gay? Bi-Curious? Meet thousands of gay men looking for love, romance, sex, and more! This biggest gay personals with over 250,000 members. Click here to join now!

**asiafriendfinder**

Asiafriendfinder.com is the largest Asian online dating site with members from all over the world. It uses both Chinese and English interface and has over 1,500,000 active members. Click here to join now!

**PostPic**

Hundreds of FREE Adult pictures in over 20 categories!

XXX Free Amateur pics!
XXX Free Nude pics!
XXX Free Asian pics!

Gender and Sexuality

Up to the EServer!

# Gender and Sexuality

This page publishes texts which address gender studies and queer studies, with a particular focus upon discussions of sex, gender, sexual identity and sexuality in cultural practices.

---

- % Gay?
- 20-20 transcript
- A Guide to Self-Control
- Bi The Way...
- Bisexuality and How to Use It: Toward a Coalitional Identity Politics
- Blacklash
- Bornstein: A Transgender Transsexual Postmodern Tiresias
- Cheerleaders for Reproduction
- Christian Kissing
- Clubland
- Concerned Women of America
- Cross-Gender Communication
- Cultural elite
- Cultural Necessity of Queer Families
- Divisions that Kill
- Domestic Partnership
- Exploding the Gene Myth: Interview with Ruth Hubbard
- Events in the Queer Community
- Facts on Working Women
- Fantasies-of-Straight-Men
- Feminism
- Foundations of a Legal Family
- Frat Boy Fetishism
- Gay films
- Gay in the States
- Gay Mediaeval History
- Gay Statistics
- Gay Studies Programs
- Gay World
- Gender 3
- Gender Slumming
- Gender War and the Search for Utopia
- Girl Clothes in a Box
- Girl's Guide to Condoms
- Griggers: Lesbian Bodies
- Guerrilla Girls
- History of Homosexuality
- Holy Homosexuality, Batman!
- The Love Port
- Madonna's Revenge
- Mag-Life Crisis

- Truong: Gender Issues Online
- TV Heroines & Money
- UC Berkeley Queer Gopher
- Voting for Porn
- Where Were the Women?
- Women and AIDS
- Women and Girls Take the Heat
- Women's Wire

Maintained by <webmaster@eserver.org>