# EXHIBIT H

From: eric@mc2cool.com
To: president@ohsgsa.org
Subject: I'm headed your way!
Date: Wed, 13 Dec 2006 00:10:36 -0600

Hey Yasmin!

I'm heading to Chobee at 9am so I figured I'd drop a line to let you know and make sure you have my cell # -- 773.203.2949

Any idea when we can meet? Can your faculty advisor meet with us?

I read that Cooper disbanded all clubs at the school during the lawsuit -- what's the situation? Is there a court date yet?

See you soon!
eric

**Eric A. McCool**
cell: 773.203.2949
Board of Directors (At-Large member)
**GGVII - Chicago 2006 - <u>Order the DVD TODAY!</u>**
Chicago Games, Inc.
4753 N. Broadway, Suite #602
Chicago, IL 60640
[ ph ] 773.907.2006 :: [ fx ] 773.433.8014
http://www.GayGamesChicago.org

Eric A. McCool, President
Mc2Cool (un)Limited
923 W. Margate Terrace #1W
Chicago, IL 60640

cell: 773.203.2949 | fax: 312.275.7532
www.Mc2Cool.com

---

Share life as it happens with the new Windows Live. Share now!

1

000294

From: eric@mc2cool.com
To: jo21389@msn.com
Subject: Okeechobee GSA
Date: Thu, 16 Nov 2006 13:19:36 -0600

Yasmin,

I am a 1985 OHS alum, former Student Govt President and Yearbook Editor-in-Chief now living in Chicago, IL. I currently run my own web/graphic design company and would like to offer my services pro bono to build and host the Okeechobee GSA website for life.

I have registered the following domains and would like to get the presence established ASAP.
OHSGSA.com
OHSGSA.info
OHSGSA.org
OkeechobeeGSA.com
OkeechobeeGSA.info
OkeechobeeGSA.org

Again let me reitterate that as an OHS alum and an out gay man that there are no charges and never will be charges to the organization for my services and the registrations. I am sincerely disappointed with the administration's position on this matter and am sure that my coming forward will be a shock to many of them as I remained in the closet while there due to no GSA presence.

Thank you,
eric

**Eric A. McCool**
cell: 773.203.2949
Board of Directors (At-Large member)
**GGVII - Chicago 2006 - Order the DVD TODAY!**
Chicago Games, Inc.
4753 N. Broadway, Suite #602
Chicago, IL 60640
[ ph ] 773.907.2006 :: [ fx ] 773.433.8014
http://www.GayGamesChicago.org
Eric A. McCool, President
Mc2Cool (un)Limited
923 W. Margate Terrace #1W
Chicago, IL 60640

cell: 773.203.2949 | fax: 312.275.7532
www.Mc2Cool.com

Your smile counts. The more smiles you share, the more we donate. Join in!

1

000306