# EXHIBIT I

its response to this interrogatory any response of Plaintiff Gonzalez to Gonzalez Interrogatory No. 1.

2. Identify and describe all emails and correspondence between and among Plaintiff and other persons, other than teachers and employees of Okeechobee High School (OHS), relating to and discussing the formation of a Gay-Straight Alliance Club at OHS for the years 2004 through 2007.

**RESPONSE TO REQUEST 2:**

Plaintiff objects to this interrogatory on the ground that it seeks to discover information protected by the attorney-client privilege. Subject to this objection, Plaintiff responds to this interrogatory as follows:

The individual verifying this response has no personal knowledge responsive to this interrogatory. Plaintiff adopts as its response to this interrogatory any response of Plaintiff Gonzalez to Gonzalez Interrogatory No. 2 with respect to the 2006-07 school year.

3. Identify all communications between Plaintiff and Eric McCool, including but not limited to how Mr. McCool became webmaster for the Okeechobee GSA website, discussions relating to the use of the official Okeechobee High School logo, when and why logo was removed from website and any communications between Mr. McCool and Mr. Robert F. Rosenwald, Jr. or other American Civil Liberties Union staff or personnel.

**RESPONSE TO REQUEST 3:**

Plaintiff objects to this interrogatory on the ground that it seeks to discover information protected by the attorney-client privilege. Subject to this objection, Plaintiff responds to this interrogatory as follows:

I have never communicated with Eric McCool. I have recently been told by Yasmin Gonzalez that the Okeechobee High School GSA used McCool to build a club website during the last school year; prior to that discussion with Yasmin (which took place after the second day of my deposition), I did not know who he was. I am unaware of any use of the school's logo on the website, or any discussion relating to using the school's logo. If the school's logo was, in fact, used on the GSA website, I am not aware of why it was removed. I am unaware of any communication between Eric McCool and Robert Rosenwald or anyone else at the ACLU.

Plaintiff adopts as its additional response to this interrogatory any response of Plaintiff Gonzalez to Gonzalez Interrogatory No. 3 with respect to the 2006-07 school year.

4. Identify any and all purposes, goals of the Okeechobee GSA and/or impacts the Okeechobee GSA desires to have on school policies, students and staff, both present and future.

**RESPONSE TO REQUEST 4:**

See purposes set forth in bylaws and constitution, attached to Amended Complaint as Exhibits A and B. See also bylaws attached as exhibit 1 to Wiersma deposition.

One immediate impact of these purposes of the GSA that I could envision is advocating for the addition of sexual orientation and gender identity to the school's equity nondiscrimination policy.

3

5. Identify all Okeechobee GSA club meetings held off school property including, dates, location, number of students attending and names and addresses of all non-student attendees.

**RESPONSE TO REQUEST 5:**

I attended off-campus meetings. I do not recall the exact dates of these meetings, though they were held during the 2006-07 school year before the entry of the preliminary injunction in this case. I remember one meeting that I did not attend was held at a Pizza Hut restaurant. I understand that our lawyers attended that meeting. I attended another meeting held at the public library; about eight students attended that meeting. I attended two meetings at the Sports complex, one with about three students; the other with two students and Kelli Kennedy, a reporter for the Associated Press.

Plaintiff adopts as an additional response to this interrogatory any response of Plaintiff Gonzalez to Gonzalez Interrogatory No.10.

6. Identify each person with knowledge of information that Plaintiff contends would justify the formulation of a GSA club at Okeechobee High School and the substance of that information.

**RESPONSE TO REQUEST 6:**

All persons with relevant knowledge regarding this case who have been previously disclosed through either party's initial disclosures. All persons who have been noticed for deposition by either party. All persons who have been listed by