# EXHIBIT J

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF
OKEECHOBEE HIGH SCHOOL, et al.,

    Plaintiffs,

vs.

SCHOOL BOARD OF OKEECHOBEE
COUNTY,
    Defendant.
_____ /

CERTIFIED COPY

DEPOSITION OF:  STEVE WALKER
DATE:           December 12, 2007
TIME:           2:35 p.m. to 3:55 p.m.
PLACE:          410 NW 6th Street
                Okeechobee, Florida

TAKEN BY:       Amy J. Schreck, Registered Professional
                Reporter and Notary Public, State of Florida
                at Large

APPEARANCES:
FOR PLAINTIFFS:   Robert Rosenwald, Jr., Esquire
                  American Civil Liberties Union
                  4500 Biscayne Boulevard, Suite 340
                  Miami, Florida 33137
                  (786)363-2713

                  Ken Choe, Esquire
                  American Civil Liberties Union
                  125 Broad Street, 18th Floor
                  New York, New York 10004
                  (212)549-2553

1   Q   Do you include non-adults in that?
2   A   No.  No, I don't.  We're talking about an
3   adult communicating with a minor.
4   Q   Do you know anything specific to Eric McCool
5   that makes you particularly concerned about his
6   communication with students in the Club?
7   A   No.  I don't know anything about him that
8   would.
9   Q   What do you know about Eric McCool beyond the
10  fact that he is the web master to -- let me withdraw.
11      Do you know Eric McCool?
12  A   I do not know Eric McCool personal.  I know
13  "of" Eric McCool.
14  Q   What do you know about him?
15  A   I know his parents.  Okeechobee -- they were
16  my teachers at the High School.
17  Q   Have you ever met Eric McCool?
18  A   I have never met Eric McCool.
19  Q   Have you ever discussed him with his parents?
20  A   Never.
21  Q   Forgive me, you may have answered this
22  question but I just want to be sure.
23      Do you know anything specific about Eric
24  McCool that he poses some particular risk of harm of
25  the students at Okeechobee High School?

1    A    I do not know something specific but, again,
2  how do you know anything about anyone, really?  I mean,
3  adults talking with minors, you hear about it all of
4  the time.  You hear about it in the newspaper.  You
5  hear it on TV.  You just don't know.
6    Q    Do you know if adults are in communication
7  with members of other student groups at Okeechobee High
8  School?
9    A    I do not know.  I do not know.
10   Q    Do you know if alumni of Okeechobee High
11 School are in touch with current students at Okeechobee
12 High School?
13   A    I do not know.
14   Q    I'd like to return to your search for Eric
15 McCool's My Space page.
16        What were the search terms you used?
17   A    Eric McCool.
18   Q    Did that take you directly to his My Space
19 page?
20   A    It took you to his picture.
21   Q    Did you click on that picture?
22   A    I did.
23   Q    Where did that take you?
24   A    To his My Space page.
25   Q    Other than his My Space Page and that