# EXHIBIT K



## The School Board of Okeechobee County

# Chapter 4.00: Curriculum and Instruction

**4.30**

### STUDENT CLUBS AND ORGANIZATIONS

__POLICY__

I. All student clubs and organizations shall be approved by the principal before they can operate within a school center.

II. All student clubs and organizations shall comply with the following:

   A. The decision of the members of an organization shall not be one of the factors in selecting additional members.

   B. The charter and constitution of each student club or organization shall set forth the purposes, qualifications for members, and the rules of conduct and shall be maintained on file for immediate reference by all students and instructional personnel of the school.

   C. There shall be no type of hazing in any club or organization within the school. Hazing shall be defined as any action or situation for the purpose of initiation or admission into or affiliation with any organization operating under the sanction of the school which recklessly or intentionally endangers a student's mental or physical health or safety.

   D. To assure that student clubs and organizations do not interfere with the School Board's abstinence only sex education policy and the School Board's obligation to promote the well-being of all students, no club or organization which is sex-based or based upon any sexual grouping, orientation, or activity of any kind shall be permitted.

   E. Dues shall be reasonable and not prohibitive.

   F. All meetings shall be held on School Board property. This may be waived for special meetings and events upon the faculty sponsor's request and principal's approval.

   G. A faculty sponsor shall be present at all meetings.

H. All social events shall be adequately chaperoned.

I. All monies accruing to any school club or organization shall be accounted for through the school's internal accounting system.

J. A student club or organization shall not conduct any activity or act which violates Florida Statutes, School Board rules, or the policies of the local school.

K. All students must have signed parent permission slips to participate in any club or organization.

III. Any school club or organization which engages in an initiation ceremony for its members shall prepare and submit the program of initiation exercises to the faculty sponsor for review and approval by the school principal.

| | |
|---|---|
| **STATUTORY AUTHORITY:** | 1001.41; 1001.42, F.S. |
| **LAWS IMPLEMENTED:** | 1001.43; 1006.07; 1006.09; 1006.135; 1006.14, F.S. |
| **STATE BOARD OF EDUCATION RULES:** | |
| **HISTORY:** | **Adopted:** 07/14/98 |
| | **Revision Date(s):** 01/16/2007, 10/09/2007 |
| | **Formerly:** New |