# EXHIBIT L

16  BY MR. GIBBS:

17    Q    Looking at Exhibit Number 2 that's in your

18  hand, what is this?

19         I mean, on the left it has "OFFICERS:

20  President, Jessica Donaldson."

21         Where did this page come from do you think?

22    A    Web site.

23    Q    Is there a web site for your Club?

24    A    I guess. I'm not aware of it.

25    Q    You're the president of the Club and you have

31

1  no idea there's a web site?

2    A    Yeah. I have no idea if there's a web site.

3    Q    Never been there?

4    A    No.

5    Q    Who puts the content on it?

6    A    I don't know.

7    Q    As the president of the Club, would you be

8  aware of any other members in your Club that would be

9  running a web site without your permission or

10  authority?

11    A   I don't think there's anyone who is.

12    Q   So you think possibly this is an illegitimate

13  or spoof site?

14    A   I only know no one person who could have made

15  this.

16    Q   Who would that one person be that might have

17  made it?

18    A   Yasmin.

19    Q   Have you ever submitted content to have it

20  put on line?

21    A   No.

22    Q   Is it your name that is listed on there as

23  the president?

24    A   Yes.

25    Q   Did you give permission for your name to be

ATLANTIC REPORTING
Stuart, Port St. Lucie, Fort Pierce,
Vero Beach and Okeechobee, Florida

32

1  listed on this web site?

2    A   No.

3    Q   I don't know the other people but it appears

4  they list two other officers Erica Rodriguez and Lisa

5  Yates.

6      Do you know whether they gave any permission

7  for their name to be put on this web site?

8      A   I don't know.

9      Q   The next meeting to be announced, you don't

10  feed any of that information to this web site?

11     A   No.

12     Q   The support, I guess, of race, hate, GSA

13  support, OHS GSA the little logo up there, have you

14  ever seen that before?

15     A   No.

16     Q   Where it has "Newsroom, Resources, Online.

17  Store," your testimony is you've never been to this web site

18  in your life?

19     A   I've never been to this.

20     Q   You've never sent any content to this web

21  site whatsoever?

22     A   No.

23     Q   Do you know whether the ACLU is running this

24  web site?

25     A   I don't know.

ATLANTIC REPORTING
Stuart, Port St. Lucie, Fort Pierce,
Vero Beach and Okeechobee, Florida

33

1   Q   But as the president of this

2   student-initiated, student led Club, you have no idea

3   how this web site is being populated with information?

4   A   No.

5   Q   Looking at the ACLU scholarship picture that

6   is there, would you read the caption that is to the

7   next of it -- to the right of it?

8   A   "Commissioner" --

9       MR. CHOE: "Sorenson."

10  A   -- "Sorenson hands Yasmin Gonzalez a plaque

11  and $1,000 scholarship from the ACLU for youth

12  leadership."

13  Q   Do you know who Commissioner Sorenson is?

14  A   No.

15  Q   You've already indicated you know who Yasmin

16  Gonzalez is.

17  A   Yes.

18  Q   That is her picture.  That looks like her to

19  you?

20  A   Yes.

21    Q   Did you authorize this picture of either of

22  these people being put on your web site?

23    A   No.

24        MR. CHOE:  Objection; mischaracterization of

25    prior testimony.

ATLANTIC REPORTING
Stuart, Port St. Lucie, Fort Pierce,
Vero Beach and Okeechobee, Florida

34

1  BY MR. GIBBS:

2    Q   Were you aware this picture was on your web

3  site?

4        MR. CHOE:  Objection; mischaracterization of

5    prior testimony.

6        MR. GIBBS:  Would you please reiterate the

7    mischaracterization?  She has no idea how

8    information is getting on the web site.

9        MR. CHOE:  She never said it was her web

10   site.

11 BY MR. GIBBS:

12   Q   To the best of your knowledge, the

13 Gay-Straight Alliance of Okeechobee High School has no

14 web site?

15   A   Yes.

16   Q   Are you aware of anyone else running a web
17  site in your name?
18   A   I don't know.
19   Q   Has anyone contacted you about running a web
20  site in your name?
21      I'm referring to the Gay-Straight Alliance of
22  Okeechobee High School.
23   A   Not in my name but I've discussed with Yasmin
24  before we should have one, but I don't know anything
25  about this.