# EXHIBIT M

ATLANTIC REPORTING
Stuart, Port St. Lucie, Fort Pierce,
Vero Beach and Okeechobee, Florida

82

1  Q  Does this refresh your memory at all about

2  what happened at the May 2nd, 2007 meeting?

3  A  Not of the May meeting. That I don't have

4  the notes for. Jessica was keeping the notes as

5  officer of the meeting and I didn't have copies of

6  that. She said she couldn't find those.

7  Q  Do you mean Jessica or Yasmin?

8  A  Jessica. Jessica was doing the notes.

9  Q  In May of 2007?

10  A  In May.

11  Q  Who was present at the May 2nd, 2007 meeting?

12  A  That was Yasmin Gonzalez, Jessica Donaldson

13  and Matthew Walker.

14  Q  What happened at that meeting? What did they

15  talk about?

16  A  Well, we just talked about the Club and went

17  over the bylaws and just in general discussion of what

18  we could do as a group in a club, what we wanted to do,

19  what they wanted to do.

20  Q  Did any student attempt to talk about sexual

21  activities at that meeting?

22  A  I believe it was brought up -- well, sexual

23  activity, sexual-type innuendoes were brought up and I

24  just told them we needed to -- I don't know how I put

25  it -- not discuss that. The discussion was to focus

ATLANTIC REPORTING
Stuart, Port St. Lucie, Fort Pierce,
Vero Beach and Okeechobee, Florida

83

1  more on the bullying and intolerance at Okeechobee High

2  School and we need to focus more in that direction.

3     Q   Who was the student or students who brought

4  up issues relating to sexual innuendo that you talked

5  about?

6     A   Yasmin.  Yasmin.

7     Q   What did she say?

8     A   Just that she wanted to discuss gay and

9  lesbian topics and issues dealing with gay and

10  lesbian -- I don't remember exactly word-for-word --

11  topics and how they were being bullied because they

12  were gay.

13     Q   That, in your mind, is sexual innuendo?

14     A   Well, if we delve more into the topic of gay

15  and lesbian topics and why they're bullying and what

16  they're saying, it does.

17     Q   Anything else that Yasmin or anyone else

18  said?

19     A   About?

20     Q   Any sexual topic.

21     A   Not that I recall.  I mean, it's been a long

22  time ago.

23     Q   Anything that anyone else said that you found

24  objectionable?

25     A   Well, Matt brought up basically issues

ATLANTIC REPORTING
Stuart, Port St. Lucie, Fort Pierce,
Vero Beach and Okeechobee, Florida

87

1   THE WITNESS: I don't understand the
2   question.
3   BY MR. ROSENWALD:
4   Q   Does that conversation as I related it to you
5   ring any bells to you?
6      Do you remember a conversation like that?
7   A   No.
8   Q   So if a student said a conversation like that
9   happened, they would be lying?
10  A   I'm saying -- you said I was there. I was
11  not there at a meeting where that was discussed.
12  Q   Have you ever said that you supported the
13  Principal's decision to deny access to the GSA?
14     MR. GIBBS: I'm going to object to form;
15     asked and answered but you can answer again.
16     THE WITNESS: No, I have not.
17  BY MR. ROSENWALD:
18  Q   I want to go back to Yasmin's original
19  statement that she wanted to talk about lesbian and gay
20  issues and I think you testified you stopped her
21  because you felt that that was inappropriate. Correct?
22  A   Well, as the conversation was taking place,
23  she was going more into discussing sexual issues and
24  that couldn't -- we weren't supposed to be discussing
25  sexual issues. Not just that, she wanted to talk about

ATLANTIC REPORTING
Stuart, Port St. Lucie, Fort Pierce,
Vero Beach and Okeechobee, Florida

88

1  gay and lesbian.  I mean, we could talk about things

2  concerning gay and lesbian but just not go into sexual

3  issues concerning gay and lesbian.

4     Q   You're saying that she wanted to talk about

5  gay and lesbian sex?

6     A   No.  In the notes that I brought up that she

7  brought which was the next meeting which had in this

8  meeting, she brought this packet to the meeting.

9         This is part of Padgett 5 where it says "GSA

10  Meeting 5/9/07, Ten Ways to Fight Hate, a Community

11  Response Guide."

12        The overview of what this was about, she was

13  bringing up but when she wanted this was at the next

14  meeting that she actually physically brought this

15  packet -- after the May 2nd.

16        But at May 2nd she wanted to discuss why they

17  have issues with them and the fact that they chose to

18  have -- she chose to have, say, a female companion

19  verses not, and that's the type of issue that we can't

20  be discussing in the meeting.

21     Q   She wanted to discuss why she wanted a female

22  companion instead of a male companion?

23     A   I think it's being drawn out of context.

24  What I'm saying is, in the meeting -- like I said, this

25  very first meeting when we met was very strained.  It