# Exhibit B

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3           Case No. 06-14320-Civ-Moore/Lynch

 4

 5   GAY-STRAIGHT ALLIANCE OF
     OKEECHOBEE HIGH SCHOOL, et al.,
 6
          Plaintiffs,                ORIGINAL
 7
     vs.
 8
     SCHOOL BOARD OF OKEECHOBEE
 9   COUNTY,

10        Defendant.
                                 /
11

12        DEPOSITION OF:   TONI WIERSMA

13   DATE:         December 12, 2007

14   TIME:         8:00 a.m. to 1:00 p.m.

15   PLACE:        410 NW 6th Street
                   Okeechobee, Florida
16
     TAKEN BY:     Amy J. Schreck, Registered Professional
17                 Reporter and Notary Public, State of Florida
                   at Large
18

19   APPEARANCES:
     FOR PLAINTIFFS:     Robert Rosenwald, Jr., Esquire
20                       American Civil Liberties Union
                         4500 Biscayne Boulevard, Suite 340
21                       Miami, Florida 33137
                         (786)363-2713
22
                         Ken Choe, Esquire
23                       American Civil Liberties Union
                         125 Broad Street, 18th Floor
24                       New York, New York 10004
                         (212)549-2553
25
```

1   status at Okeechobee High School, did you do any

2   research about Gay-Straight Alliance?

3         A     Yes, I did.

4         Q     What kind of research?

5         A     I searched -- first of all, I searched our

6   School Board policy, I searched the Statutes, and then

7   I did several internet searches on what -- I was not

8   aware of what GSAs were about, so I did lots of

9   research there.

10        Q     Anything else?

11        A     There was probably lots that I did.  That's

12  all I can remember right now.

13        Q     What in that site did you visit?

14        A     Lots of different ones.  I can't tell you

15  specific ones.

16        Q     Tell me, did you visit -- did you visit the

17  Okeechobee High School GSA web site?

18        A     At one point I did.

19        Q     When did you visit?

20        A     I don't remember.  Some time in the fall.

21        Q     Before or after the Club was denied access to

22  Okeechobee High School?

23        A     I don't remember.

24        Q     Do you remember if it was before or after the

25  lawsuit was filed?

ATLANTIC REPORTING
Stuart, Port St. Lucie, Fort Pierce,
Vero Beach and Okeechobee, Florida

```
 1        Q    So Eric said things like, "I want to support

 2   you" and --

 3        A    And continue with the meetings and I'll help

 4   you.  Something to that effect.

 5        Q    Anything inappropriate that was in that

 6   conversation?

 7        A    Just inappropriate as of a 40 year old adult

 8   dealing with students on forming clubs that were about

 9   sexual orientation and sexual activity.  Just the

10   interaction between a 40 year old and a high school

11   student.

12        Q    Anything else?

13        A    Not that I recall at this moment.

14        Q    Is there any mention of sex in those

15   discussions that you remember reading?

16        A    I don't remember.

17        Q    Would you remember if you saw conversations

18   between a 40 year old man and one of your students

19   about sex?

20        A    Yes.

21        Q    Do other student groups at Okeechobee High

22   School communicate with adults?

23        A    All of our organizations have adults as

24   sponsors, so they communicate with adults.  Many of our

25   clubs are affiliated with national organizations and
```

```
 1    they communicate about the club's purpose with those

 2    national organizations.

 3              For example, National Beta Club communicates

 4    with National Beta Club with scholarships.  The FFA

 5    communicates with national conventions and things like

 6    that.

 7        Q    Anything else?

 8        A    Not that I remember at this time, I mean.

 9        Q    How about organizations like Crime Watch?

10        A    Sure.

11        Q    They communicate with the national Crime

12    Watch organization?

13        A    Yes.

14        Q    They're adults involved with that national

15    Crime Watch organization?

16        A    Yes.

17              MR. GIBBS:  It's no big deal.  Your question

18         is, do they communicate.  She said yes.  She gave

19         a couple examples.  If you wanted her to get a

20         list of clubs, she can get that too.  But the

21         question didn't quite follow with what she was

22         answering.

23    BY MR. ROSENWALD:

24        Q    Do students in clubs at Okeechobee High

25    School communicate with alumni of Okeechobee High
```

1    School?

2         A    Yes.

3         Q    Which clubs do that?

4         A    You want me to go down the list of all the

5    clubs in our School?

6         Q    Just give me some examples.

7         A    One example would be the FFA has an alumni

8    group.

9         Q    Anyone else?

10        A    You ask for an example.  I mean --

11        Q    How about a couple.

12        A    The FFA is the one that has an alumni group

13   that supports them.  Former Beta members come back and

14   speak, former National Honor Society members and it

15   goes on and on.

16        Q    Is Eric McCool an alumni of Okeechobee High

17   School?

18        A    Yes, he is.

19        Q    Why is it inappropriate in your view for Eric

20   McCool to offer his support to Yasmin Gonzalez but not

21   for the clubs that we've talked about today to involve

22   the alumni -- an adult -- in their clubs?

23        A    If I understand your question, you're asking

24   why is it okay to have an FFA alumni group and not okay

25   with Eric and Yasmin.

1           Is that your question?

2      Q    Let me clarify.

3      A    Okay.

4      Q    In your view, why is it inappropriate for

5 adults or non-students to communicate with students

6 about the GSA but it's still appropriate for adults who

7 are not students to communicate with club members at

8 Okeechobee High School for other clubs?

9      A    It's inappropriate depending on the topic.

10 If an FFA alumni is communicating with an FFA student

11 about any sexual orientation, sexual activity, that's

12 inappropriate.

13           If an adult was communicating with the Beta

14 Club, that would be inappropriate.  If they're

15 communicating about dairy judging, beef cattle judging,

16 that's appropriate.

17           Why I felt like it was inappropriate for Eric

18 and that was because we were dealing with the

19 information that I had given which was about a club

20 that was primarily concerned with dealing with sexual

21 issues and, to me, that is inappropriate for high

22 school.

23      Q    What sexual issues are you referring to that

24 in your view the Club primarily dealt with?

25      A    From the information that I had been given,

```
 1    they were dealing with sexual orientation of students

 2    and sexual orientation of students -- whether it be

 3    heterosexual, whether it be gay, whether it be what

 4    ever is inappropriate for high school discussion

 5    between a 40 year old and a high school student.

 6         Q    Anything else?

 7         A    Not at this time.  I'm sure there's lots of

 8    other things, but that's all I can remember.

 9         Q    You said at the time the Club was proposed

10    was to deal with sexual issues.

11              Are you basing that on any conversation or

12    document and, if so, what?

13         A    Well, the bylaws that were handed to me as a

14    proposal had dealings with those type of discussions in

15    the Club meeting.

16         Q    So the bylaws that were handed to you.

17    Anything else?

18         A    You keep saying "anything else."  That's all

19    that I can remember at this moment.

20              MR. ROSENWALD:  I'm going ask the court

21         reporter to mark this as Wiersma Number 1.

22                        (Wiersma Exhibit Number 1 was

23                         marked for identification.)

24    BY MR. ROSENWALD:

25         Q    Do you recognize this document?
```

```
 1        Q    Is there a distinction in your mind between

 2   sex and sexual orientation?

 3        A    Yes.

 4        Q    I'd like to -- I understand that in your view

 5   this Club wanted to talk about sexual orientation.

 6   Correct?

 7        A    Uh-huh.

 8        Q    I would like to --

 9        A    Yes.

10        MR. GIBBS:  Let me just -- all of her

11        previous statements, I mean, that was a portion of

12        it but that's not the totality of it.

13   BY MR. ROSENWALD:

14        Q    I'd like to talk about -- I'm asking you if

15   any of the students proposed to talk about sex as

16   opposed to sexual orientation.

17        A    Are you asking me did any student say they

18   wanted to talk about having sex with another student?

19        Is that your question?

20        Q    Yes.

21        A    No.

22        Q    Did anyone propose an activity that you feel

23   would lead to sex?

24        A    No one proposed an activity that would lead

25   to sex, but the way that it was proposed and written in
```

1    Q    Does the letter any where in it say "I am a

2    member of the Okeechobee GSA"?

3    A    It's anonymous.

4    Q    Any other concerns posed by this letter?

5    A    At this moment I think I've stated my

6    concerns.

7    Q    Is there anything in this letter suggesting

8    that the Okeechobee GSA would discuss sexual activity?

9    A    In this particular letter only?

10   Q    Yes.

11   A    No.

12   Q    I'm going to now ask you to look at -- I'd

13   ask the court reporter to mark this as Wiersma 3 and

14   ask you if I recognize this letter.

15                        (Wiersma Exhibit Number 3 was

16                        marked for identification.)

17   A    (The witness reviewed the document.)  Yes, I

18   do.

19   Q    Is this one of the letters that you were

20   referring to that you received from a student?

21   A    Yes, it is.

22   Q    Could you read it out loud, please?

23   A    If I can read it.

24        "Normally i would say this in person but this

25   is to upsetting and i don't want to get written up for

31

```
 1    dances, a prom, Valentine's Day activity -- for

 2    example -- different than the GSA in your opinion?

 3        A    Is your question how is the senior class that

 4    sponsors the homecoming dance different from the GSA?

 5             Is that your question?

 6        Q    Well, we'll use your example.  Does the OHS

 7    allow the senior class to throw a homecoming dance?

 8        A    Yes.

 9        Q    Would you call that what I'm calling a

10    relationship-based activity?

11        A    A dance is a social function, yes.

12        Q    Is it a dance purpose, at least, in part to

13    match compatible romantic partners?

14        A    I don't know how to answer that.  You're

15    saying to match romantic --

16        Q    Let me rephrase it.  Do people who would like

17    to be romantically involved go to dances?

18        A    Yes.

19        Q    Do people who are romantically involved go to

20    dances?

21        A    Yes.

22        Q    Why do they do that?

23        A    Why do they go to dances?

24        Q    Yes.

25        A    To have a good time, to socialize with the
```

1          A    A school dance is a social function for the

2    entire student body.  They are having a good time.

3    They are interacting with each other.  They are not

4    sitting around in a group talking about relationships.

5    And a club meeting -- at any club meeting you have an

6    agenda and you're talking about specific items.  That's

7    much different than a dance with 600 people.

8          Q    Just so we're clear, have you ever seen a

9    proposal for any activity at a GSA meeting to discuss

10   relationships?

11         A    No, not in the Okeechobee GSA.

12         Q    What about any other GSA?

13         A    On different web sites there was talking

14   about relationships and some pornography materials.

15         Q    What pornography materials did you see?

16         A    I don't remember specifically because as soon

17   as I clicked on it, I clicked off of it.

18         Q    What computer were you performing your

19   research at the time?

20         A    My home computer.

21         Q    What web site were you at that led you to

22   pornography?

23         A    I don't remember.

24         Q    Do you have filtering software on your home

25   computer?

```
 1   was the Vice President of that organization?

 2        A     I do not know.

 3        Q     Do you know if she was a leader of that

 4   organization?

 5        A     She was a member of that organization.

 6        Q     Do you think it's natural that the members of

 7   the GSA would look for leadership on questions of the

 8   very structure of the GSA to its President?

 9             MR. GIBBS:  Object as to form.

10             THE WITNESS:  Yes.

11   BY MR. ROSENWALD:

12        Q     Do you think that Yasmin Gonzalez was

13   exerting undue influence over the other members of the

14   Club?

15        A     Yasmin's demeanor when she came to that

16   meeting would indicate to me that she was -- what ever

17   she said would go.  It did not matter if another member

18   wanted something.  What ever Yasmin wanted would be how

19   it was.  That was her demeanor in that meeting.

20        Q     Was Yasmin's demeanor or influence over the

21   other members of the Club one of the reasons that you

22   recommended to deny access to the Okeechobee GSA?

23        A     I had denied access to it before that

24   meeting.

25        Q     So is your answer "no" then?
```

43

```
 1        A    Yes.  That's correct.

 2        Q    What did you suggest as an alternative to the

 3   formation of a GSA?

 4        A    I suggested as an alternative that the

 5   students get together with Mrs. Padgett to talk about

 6   ways that they could promote tolerance, to talk about

 7   ways that -- you haven't provided that letter but in

 8   another letter it was talking about some concerns they

 9   had about their identity, to talk about that because

10   that is what guidance counselors are trained to do.

11        Q    What training does Wendy Padgett have that

12   would make her a good candidate to provide the type of

13   counseling that you're referring to?

14             Let me back up.  Was Wendy Padgett the person

15   you were recommending?

16        A    Wendy Padgett was the person that I was

17   recommending.

18        Q    What training does Wendy Padgett have to make

19   her a good candidate to provide the counseling that you

20   suggested?

21        A    She was completing her guidance and

22   counseling degree.  She had been a counselor.  She had

23   been a teacher for many years.  She had been a parent

24   of teenagers.

25        Q    Anything else?
```

```
 1    morning so I didn't deal with it but I would have dealt
 2    with it.  Yasmin came to me and said, I'm being
 3    harassed by a student.
 4           I would have dealt with it right then just
 5    like I deal with all other harassments.
 6      Q    I understand your answer to explain the
 7    difference between a club and guidance counseling but
 8    my question is slightly different.
 9           My question is, why couldn't you have both,
10    for example?
11      A    Back to my understanding of the GSA is
12    against School Board policy because it's talking about
13    relationships, it's talking about different types of
14    sexual orientation -- whether it be straight,
15    heterosexual, whether it be gay, lesbian -- and that is
16    against School Board policy.
17      Q    Is there anything about the Okeechobee GSA
18    and its presence on campus that would inhibit effective
19    discussions with a guidance counselor if a student
20    needed those discussions?
21      A    What?
22      Q    Do you think that students who went to the
23    Okeechobee GSA would some how be less likely to get
24    counseling if they needed it?
25           MR. GIBBS:  Object as to form.  You can
```

1       answer if you have an opinion.

2            THE WITNESS:  I don't know.  That wouldn't be

3       any different than students going to Beta Club not

4       going to see a guidance counselor.

5   BY MR. ROSENWALD:

6       Q    That's what I'm asking.  Are you saying that

7   the GSA more than other clubs would some how inhibit a

8   student's ability or desire to talk to a counselor if

9   they needed one?

10      A    I don't know.

11      Q    Just to clarify.  Did any of the students who

12  talked to you about the Okeechobee GSA say that they

13  were personally having any emotional problems?

14      A    Did they say, "I am having emotional

15  problems"?  No.  No high school student is going to

16  come up to you and say "I'm having emotional problems."

17           By their letter of being accepted, feeling

18  unaccepted, that could lead to an emotional problem.  I

19  would want any student that says "I really don't fit in

20  to this school because I'm fat, because I'm 6'8"," I

21  would want them to talk with their counselor because

22  it's inhibiting their academic focus because my whole

23  plan, my role as Principal is, number one, academics.

24      Q    Any other emotional-type problems that any

25  students said they were personally having to you either

56

```
 1        Q    In your mind, might that have been a topic
 2   that the group would address?
 3             MR. GIBBS:  Object to form.
 4             THE WITNESS:  On how to not become gay?
 5   BY MR. ROSENWALD:
 6        Q    How to avoid being gay.
 7             MR. GIBBS:  I'm going to object as to form.
 8        You can go ahead and render an expert opinion if
 9        you wish.
10             THE WITNESS:  That's not Mrs. Padgett's role.
11   BY MR. ROSENWALD:
12        Q    Besides what you've already said, any other
13   reason the GSA and guidance counseling should not or
14   could not exist coextensively?
15        A    I'll go back to my original statement.  GSA
16   was a Club to discuss social issues.  Counseling is a
17   totally different forum with a counselor.
18        Q    Just to be clear, a couple of times you've
19   said what I mean is not counseling and now you're using
20   the word "counseling" again.
21             I think that we need to clarify.  Are you
22   referring to counseling with Mrs. Padgett when you talk
23   about the solution that you had proposed?
24        A    No.  I'm talking about -- no, I'm not
25   referring to counseling.  I'm talking about a group of
```

```
 1   your concern about parents knowing about the activities
 2   of their children?
 3        A    State that one more time.
 4                      (The last question was read by the
 5                      reporter.)
 6        A    I guess I'm still not sure what you're
 7   asking.
 8        Q    Does the current permission slip policy
 9   ensure that parents would, in fact, know that students
10   attending the Okeechobee GSA were doing so?
11        A    Does the current policy assure parents know
12   that their child is attending the GSA?
13        Q    Yes.
14        A    Yes.
15        Q    I am going to turn your attention now to what
16   is I think the fourth letter.
17                      (Wiersma Exhibit Number 5 was
18                      marked for identification.)
19   BY MR. ROSENWALD:
20        Q    Do you recognize this document, Mrs. Wiersma?
21        A    (The witness reviewed the document.)  Yes, I
22   do.
23        Q    Can you read it out loud, please?
24        A    "Dear Mrs. Wiersma:  I have been told that a
25   number of 10 students has requested your permission to
```

ATLANTIC REPORTING
Stuart, Port St. Lucie, Fort Pierce,
Vero Beach and Okeechobee, Florida

```
 1        Q      Did you receive letters concerning the

 2   Okeechobee GSA from anyone other than these?

 3        A      I possibly received letters of support or

 4   letters of not support, but that was later on.

 5        Q      Would you ban any student discussion about

 6   dating?

 7        A      Depending on the context of the discussion.

 8        Q      What about discussions of boyfriend/

 9   girlfriend?

10        A      In what context?  The classroom?

11        Q      In a student club.

12        A      In a student club?  That is not appropriate

13   for any club and according to their purposes.  So, yes,

14   I would say -- I mean, yes, I would say that was

15   inappropriate to the sponsor.

16        Q      You would prohibit it?

17        A      Yes.

18        Q      Would you prohibit articles in the School

19   newspaper giving dating tips?

20        A      That's a fine, hairy line that we have to

21   cross about freedom of press and all that.  There have

22   been articles in the School newspaper about dating

23   tips, yes.

24        Q      Will you permit an article in the School

25   newspaper about gay students dating?
```

```
 1        A    I would have to see all articles about dating

 2   before I allow it in the paper and it depends on

 3   content of the newspaper article.

 4        Q    If there was an article proposed to give

 5   dating tips to gay students, would you approve an

 6   article of that subject?

 7             MR. GIBBS:  Object to form.  You can go

 8        ahead.

 9             THE WITNESS:  Again, I would want to see the

10        article like I want to see all articles.  So, it

11        would depend on what that article said and I can't

12        answer that unless I see it.

13   BY MR. ROSENWALD:

14        Q    Nothing about the overall topic of just gay

15   dating would mean an automatic prohibition from the

16   School newspaper?

17        A    No.  I would have to see the article.

18        Q    Why is it okay to talk about dating in the

19   School newspaper but not in a School club?

20        A    In a School club, you've got kids sitting

21   around talking about issues -- okay -- that are about

22   dating and so forth.

23             In the newspaper article -- just like if you

24   pick up *The Palm Beach Post*, you pick up *The Okeechobee

25   News*, that is very general.  In a club with everyone
```

```
 1        A     I think I said psychiatrists.

 2              MR. GIBBS:  She did.

 3   BY MR. ROSENWALD:

 4        Q     Anything else?

 5        A     Other than what I said, that's all I can

 6   think of right now.  There was numerous ones.

 7        Q     What articles about influence did you read?

 8        A     I don't remember specifically.  I just read

 9   about the Gay-Straight Alliance, I read about peer

10   pressure, I read about statistics.

11              I read all of the time.

12        Q     As you sit here today, do you remember any

13   article about what you call "influence" that you read?

14        A     I don't remember the title of it.

15        Q     Do you remember who wrote it?

16        A     No.

17        Q     Do you remember where it appeared?  Where it

18   was printed?

19        A     Could be in any of my journals.

20        Q     You don't remember which one?

21        A     Un-nuh.

22        Q     Do you remember what the conclusion of the

23   article was?

24        A     Just in general peer -- it's talking about

25   peer pressure, it's talking about -- I read so many
```

1  pressure to try to make their peers gay?

2      A    My concern is that peer pressure and being

3  accepted influences teenagers.

4      Q    But I'm trying to get at what -- I get the

5  antecedent that -- I get the premise that peer pressure

6  is strong and that is a concern of yours.

7           I'm trying to get what harm you are

8  associating -- what harm do you think the Okeechobee

9  GSA would exert peer pressure to try to achieve?

10     A    How I would relate that was if I had a club

11  of, let's say, heterosexuals dating or having sex, that

12  would exert the same type of pressure as this would.

13  It would still be -- it's still dealing with the

14  students that are 15, 16, 17 year olds and dealing with

15  sexual identity.  They're still forming that and that

16  needs to be formed at home.

17           So, would it be against anything one way or

18  the other?  That is just something that needs to be

19  done at home.

20     Q    Do you have any evidence or anything to

21  suggest that the students at the Okeechobee GSA are

22  having sex with each other?

23     A    No.

24     Q    Then why did you say it would be just like a

25  heterosexual club where the students were having sex

```
 1              MR. GIBBS:  Why don't we take a break?

 2                   (There was a short break.)

 3   BY MR. ROSENWALD:

 4       Q    I just want to finish our discussion about

 5   internet research with just one question.

 6            Other than the research on the internet that

 7   you've told me about, did you do any other internet

 8   research about GSAs?

 9            You told me -- we're still talking about

10   articles and journals that you've read, but any other

11   internet research?

12       A    Just following links through the original

13   Google search.  You know, it goes on and on and on.

14       Q    When you went to the Okeechobee GSA web site,

15   did you see any links on that web site?

16       A    I don't remember.

17       Q    Did the OHS GSA web site lead you to any

18   inappropriate content on any other web site?

19       A    I don't remember.

20       Q    Was that a basis for your denial of the

21   Okeechobee GSA -- any contents on the Okeechobee GSA

22   web site?

23       A    I don't remember other than the fact that on

24   that web site there was the Okeechobee High School logo

25   and it was not an Okeechobee High School club and that
```

```
 1    their best interests, we did not need that Club is what

 2    I concluded.

 3         Q    Did any of the research that you read address

 4    Gay-Straight Alliance specifically?

 5         A    I'm sure some of it did.

 6         Q    Did you read any research finding positive

 7    outcomes for students who participate in the

 8    Gay-Straight Alliance?

 9         A    I don't recall.

10         Q    As you sit here today, you have no specific

11    memory of any research that you've ever read suggesting

12    positive outcomes for students who participate in GSAs?

13         A    Not that I recall at this moment.

14         Q    Have you read any research suggesting

15    negative outcomes specific to GSAs?

16         A    Yes.

17         Q    What research is that?

18         A    I don't know the specific name.

19         Q    Did you read it?

20         A    In the fall of 2006.

21         Q    Where did that research appear?

22         A    It could have been in a journal, it could

23    have been on the internet, it could have been in other

24    articles.

25         Q    What were the negative outcomes that this
```

84

1    article found for students who participated in GSAs?

2        A    All of the research is mushing together but I

3    believe that some of that research was talking about

4    the maturity of students being too young to deal with

5    these issues prematurely, prematurely exploring their

6    sexual identity.

7        Q    Is your memory that this was an empirical

8    scientific study of students who participated in GSAs?

9        A    I read so many expert articles written again,

10   like I said, by medical doctors, psychiatrists, all

11   those.  I'm not sure who wrote that.  That would be

12   more in line with an expert testimony.  I'm just a

13   Principal trying to do best for my kids and making a

14   general conclusion.

15       Q    Anything else in the article that you read --

16       A    "Articles."

17       Q    "Articles."  Is it your testimony that

18   there's more than one article that you read finding

19   negative outcomes for students who participate in GSAs?

20       A    Yes.

21       Q    Do you remember any of them specifically?

22       A    No.

23       Q    How many articles are we talking about?

24       A    I read many articles on many different

25   things, so I can't tell you I read one article or two

```
 1    articles or five articles.

 2         Q    Do you remember if any of those articles were

 3    empirical scientific studies?

 4         A    I read articles that were empirical

 5    scientific studies.  I don't remember if those were or

 6    not.

 7         Q    Do you remember reading any empirical

 8    scientific studies on GSAs?

 9         A    I don't recall right this minute whether I

10    did or I didn't.

11         Q    Were the articles that you read in religious

12    published journals?

13         A    No.

14         Q    Do you have those articles?  Did you print

15    them?

16         A    No.

17         Q    Where did you read them?

18         A    I have many journals that I get and I share

19    with teachers.  Internet.  Articles other people have

20    given me to read.  Books.

21         Q    We have said what you did on the internet --

22    unless you would like to go back and amend that

23    answer -- but I believe you said there was no research

24    of articles about GSAs on the internet that you've

25    researched.
```

1    letters, books.

2  BY MR. ROSENWALD:

3    Q    So you read journals on the internet.  We're

4  talking about internet research right now.

5    A    There were articles on the internet.

6    Q    Did you print those articles out?

7    A    No, I did not.

8    Q    Do you remember what any of them are?

9    A    No.

10   Q    Anything besides articles, other GSA school

11  web sites and the Okeechobee GSA web site that you

12  found through your internet research?

13   A    I read from, again, psychiatrists -- those

14  kinds of things -- about in general sexual activity

15  among teenagers.

16   Q    Anything else on the internet?

17   A    Not that I recall at this time that I haven't

18  answered.

19   Q    The printed journals, did you read from

20  printed materials any of these articles that you're

21  talking about?

22   A    Yes.

23   Q    Do you have those articles in your office?

24   A    Probably not.  I did a thorough

25  house-cleaning in October.

89

```
1        Q     Have any straight couple wedding pictures
2   ever appeared in the Okeechobee High School Yearbook?
3        A     I don't know.
4        Q     Does marriage ever come in up in the
5   Okeechobee High School curriculum?
6        A     I'm sure it comes up in a historical
7   perspective, when they're talking in history classes,
8   I'm sure at some point in time they talk about couples
9   that have been married and in those kind of things.
10  Life management curriculum might have some of that in
11  it.  Other curriculums I cannot think of where it would
12  have a place, no.
13          Maybe possibly in some of the foreign
14  language classes if they're talking about the culture
15  or something -- a ceremony -- where they're exploring
16  different cultures and you might talk about a wedding
17  ceremony or how they do things in other countries.
18       Q     Just to clean up a prior subject, on the
19  subject of Eric McCool and his communication with
20  Yasmin Gonzalez, I believe you said that you thought it
21  was inappropriate for a 40 year old man to be
22  communicating about sexual orientation with a high
23  school student.  You can correct me if I'm wrong.
24          Was there anything else objectionable about
25  that conversation?
```

```
 1        A    My only concern about that is it appeared

 2   that Eric was one of the ones that was creating this

 3   GSA web site and that is just a concern that I have.

 4        Q    Because he offered to create the OHS web

 5   site?

 6             MR. GIBBS:  Let her finish but go ahead.

 7        A    I just had initial concerns about any adult

 8   that was joining a student group and not knowing

 9   anything about them, not affiliated with anything.

10        Q    Do you know Eric McCool?

11        A    Yes.

12        Q    Was he a student of yours?

13        A    I don't remember that whether he was a

14   particular student of mine or if he was just in the

15   high school.  I don't remember.

16        Q    How do you know him?

17        A    I know his dad well.

18        Q    How do you know his father?

19        A    He and I talk together.  Mr. McCool was the

20   driver's ed teacher for many years.  In fact, he was my

21   driver's ed teacher.

22        Q    You ever met Eric before?

23        A    Uh-huh.

24        Q    You've spoken to him?

25             MR. GIBBS:  Make your responses verbal.
```

```
 1          THE WITNESS:  I don't remember.
 2  BY MR. ROSENWALD:
 3     Q     You don't ever remember speaking to Eric?
 4     A     I probably have.  It's a small town.  I'm
 5  sure I have seen him.
 6     Q     You said you know him but you don't remember
 7  ever speaking to him.
 8     A     I'm not sure when he graduated.  I have been
 9  in the school system for a number of years, so I am
10  sure I have spoken to Eric.
11     Q     Anything about Eric that leads you to think
12  he's a particular danger to the students of Okeechobee
13  High School?
14     A     When I spoke with Eric, it would have been
15  back when he was a student at Okeechobee High School.
16  Things change.
17     Q     Have you heard anything about Eric that would
18  lead you to believe that he would be a particular
19  danger to any of the students at Okeechobee High
20  School?
21     A     Not that I can think of.
22     Q     Did they, in fact, discuss sexual orientation
23  in the communications that you saw between Yasmin and
24  Eric?
25     A     I really don't remember right now.
```

95

1      of the Okeechobee GSA.

2          A    The ones that currently are meeting?

3          Q    Let's do that.  The current GSA Club, do you

4      have an understanding in your mind of whether they're

5      gay, straight or a mix of both?

6          A    I really don't know.

7          Q    The students who are meeting off campus, do

8      you have an understanding if that Club was comprised of

9      gay students, straight students, or a mix of both?

10         A    I don't know who they were that was meeting

11     off campus so I don't know.

12         Q    What about the group.  After the meeting and

13     after the preliminary injunction in April of 2006 until

14     the end of the 2006/2007 school year was a different

15     group than what is currently meeting.

16             What about that group.  Do you have an

17     understanding whether that group was gay, straight or a

18     mix of both?

19         A    It was a mix of both.

20         Q    After the GSA was allowed on campus, did the

21     School Board of Okeechobee or did you -- sorry -- tell

22     the GSA that their chosen faculty adviser could not

23     serve?

24             MR. GIBBS:  I'll object to the form.

25             THE WITNESS:  They're chosen the one that

                    ATLANTIC REPORTING
              Stuart, Port St. Lucie, Fort Pierce,
              Vero Beach and Okeechobee, Florida

```
 1        they had recommended to me to appoint as an
 2        adviser?
 3              Is that your question?
 4    BY MR. ROSENWALD:
 5        Q    Yes.
 6        A    Yes.
 7        Q    Then the School appointed Wendy Padgett as
 8    faculty adviser?
 9        A    Then I appointed Wendy Padgett as adviser.
10        Q    Did the GSA object to the appointment of Miss
11    Padgett?
12        A    They would have preferred it not be Miss
13    Padgett, yes.
14        Q    Why?
15        A    I really am not sure why.
16        Q    Did they tell you why?
17        A    The only thing I remember about their
18    objection was they were just angry in general which is
19    how Yasmin usually approached me was in kind of in an
20    anger, hostile situation and she wanted to know why
21    their chosen adviser couldn't be that person.
22        Q    What did you say?
23        A    I said in my opinion that that was not the
24    best person, the best choice for this.  This teacher
25    was new.  This teacher had had some other issues that
```

```
 1    the GSA if they were not requested to do so?

 2         A    No.

 3         Q    Have you given them any instruction about

 4    what to do if they were asked to do so?

 5         A    No.

 6         Q    Do any student groups have advisers who are

 7    not School Board of Okeechobee County employees?

 8         A    Not in the "clubs."  We have some sport teams

 9    that are not employees of Okeechobee School Board.

10         Q    Which ones?  Sorry to interrupt you.

11         A    Coaches.  Up until this year -- last year the

12    volleyball coach was not a School Board employee.  The

13    softball coach is not a School Board employee.  The

14    Rodeo Team sponsor is not a School Board employee and

15    there's probably others but those are the ones that I

16    can remember now.

17         Q    Was the faculty adviser that the students

18    originally picked Delia DeBerry (phonetic)?

19         A    Yes.

20         Q    What problems were you having with her before

21    that time?

22              MR. GIBBS:  I need to object just due to the

23         fact there are some confidential components to

24         she's the employer and so maybe in general terms

25         would that be acceptable to your inquiry?  There
```

 1    discuss inappropriate topics at a GSA meeting?

 2        A    Dr. Cooper and I speak weekly if not more --

 3    usually a lot more than weekly.  So, in some of the

 4    conversation I could have or I could not have told her

 5    that.

 6        Q    Did Mrs. Padgett tell you who tried to

 7    initiate a sexually inappropriate discussion of some

 8    sort?

 9        A    I don't remember.

10        Q    Other than that conversation that may have

11    happened or that you don't remember exactly, any other

12    instance you can think of where any student tried to

13    talk about sexually inappropriate topics at a GSA

14    meeting on School grounds?

15        A    I don't recall at this time.

16        Q    Have you instructed Wendy Padgett not to

17    allow discussions relating to sexual orientation at GSA

18    meetings this year?

19        A    I have instructed her to follow the Judge's

20    order that says their Club meetings need to be on

21    promoting tolerance.

22        Q    If the students' discussions were limited to

23    tolerance of gay people and discrimination and

24    harassment against gay people, would that in your

25    opinion violate the Judge's preliminary injunction?

104

```
 1        MR. GIBBS:  Object as to form.  Calls for a
 2     legal conclusion but you can answer.
 3        MR. ROSENWALD:  And I would respond that
 4     she's giving a legal justification.  She said
 5     she's following the order.  I am entitled to
 6     explore what her understanding is.
 7        MR. GIBBS:  She can answer.
 8        THE WITNESS:  If they were talking about how
 9     to be tolerant towards gays and everything else,
10     that would be appropriate.  If their whole meeting
11     always revolved around just tolerance towards
12     gays, that's not what I interpreted the Judge's
13     orders to be about tolerance School-wide of all
14     types of bullying and harassment.
15        MR. ROSENWALD:  Take a break.
16             (There was a short break.)
17  BY MR. ROSENWALD:
18     Q    Does the School have a Rodeo Team?
19     A    Yes.
20     Q    What kind of activities does the rodeo engage
21  in?
22     A    Rodeos.
23     Q    For the uninitiated, what happens at a rodeo?
24     A    They bull ride, they bareback ride, they calf
25  rope, they barrel race and other things.  A rodeo.
```

```
 1      That's all I can't think of right now.
 2          Q    Is participating in a rodeo a dangerous thing
 3      to do?
 4          A    Physically it can be dangerous.
 5          Q    Have people been injured participating in the
 6      rodeo?
 7          A    Physically, yes.
 8          Q    How many students?
 9          A    I have no idea.
10          Q    In the last year have students been injured?
11          A    I really don't recall.  I don't recall any at
12      this moment.  That's not saying there hasn't been.
13          Q    What kind of injuries have occurred at the
14      Okeechobee Rodeo?
15          A    I'm not sure that any have occurred at the
16      High School rodeo.  I know that people have been
17      injured rodeoing.  I can't think of a specific incident
18      that one of the kids has been.
19          Q    What kind of injuries have you heard of
20      people who participate in rodeos?
21          A    Breaking a leg, breaking an arm.
22          Q    Breaking a neck?
23          A    I don't recall.
24          Q    Have you ever heard of anyone dying from an
25      injury received at a rodeo?
```

```
 1              MR. GIBBS:  Objection to form.  Are you

 2         referring to their rodeo or just rodeos

 3         world-wide?

 4              THE WITNESS:  Probably.  I mean, there

 5         probably has been.

 6    BY MR. ROSENWALD:

 7         Q    Falling off of a bucking bronco something

 8    that you think might lead to a broke back?

 9              MR. GIBBS:  Objection as to form.  She's not

10         a doctor.  She said people get hurt.

11              THE WITNESS:  People get hurt.  I mean --

12    BY MR. ROSENWALD:

13         Q    Is rodeo an activity that interferes with the

14    School Board's obligation to promote the well-being of

15    students?

16         A    No.

17         Q    Why does the Rodeo Club not -- why is the

18    Rodeo Club not an activity that interferes with the

19    School Board's obligation to promote the well-being of

20    students in light of the risk of harm?

21              MR. GIBBS:  Objection to form.  You can

22         answer.

23              THE WITNESS:  Any activity that is of a sport

24         nature you have the risk of getting hurt.

25    BY MR. ROSENWALD:
```

110

```
 1        Q     For Valentine's Day?
 2        A     No.   For a fund raiser.   It was during
 3   February but it was a fund raiser.
 4        Q     Would might students buying or receiving lips
 5   lollypops for each other reasonably lead to kissing?
 6              MR. GIBBS:   Object to form; complete lack of
 7          foundation, not to mention a completely stupid
 8          question, but go ahead and answer.
 9              THE WITNESS:   Students didn't buy them for
10          other students.   They bought them for themselves
11          to eat.
12   BY MR. ROSENWALD:
13        Q     If they did buy them for other people at
14   Valentine's time and gave them to each other, might
15   that reasonably lead to kissing?
16        A     I have no idea.
17        Q     Is there a Miss Senior contest at Okeechobee
18   High School?
19        A     Yes.
20        Q     Is the Miss Senior Contest a drag show where
21   students are required to cross-dress in order to
22   participate?
23        A     That's what they do.   It's also a volunteer
24   thing that they sign up for that has been a tradition
25   for many years.
```

```
1       Q      Does an activity involving cross-dressing

2    violate any Okeechobee High School or SBOC policy?

3       A      Not directly.

4       Q      What is "powder puff" football?

5       A      Powder puff football.  Powder puff football

6    is when the girls play tag football for a fund raiser.

7       Q      Do guys dress in female attire and cheer for

8    the girls?

9       A      They dress as cheerleaders, yes.

10      Q      As female cheerleaders?

11      A      Yes.

12      Q      Looking back to the Miss Senior contest, you

13   said that dressing in drag did not violate directly any

14   School Board policy.

15             Does it indirectly violate any policy?

16      A      No, because -- no.

17      Q      Are you aware -- strike that.  Is anti-gay

18   harassment a problem at Okeechobee High School?

19      A      It's not any more inappropriate than any

20   other type of harassment.  Has there been cases of it?

21   Yes.  Have we dealt with it?  Yes.

22             Have there been other cases of harassment?

23   Yes.  Have we dealt with them?  Yes.

24      Q      How many incidents have you had of anti-gay

25   harassment that you say you've dealt with?
```

112

```
1        A    One or two, three.  I don't remember.

2        Q    Tell me about each one of those.

3        A    I don't remember them specifically.

4        Q    What time period are we talking about when

5   there was some where between one and three incidents?

6        A    I've only been Principal since July of 2006,

7   so it's been from that time period from them until now.

8        Q    Do you remember if it involved name-calling?

9        A    I really don't remember the specifics.

10       Q    But from the time July 2006 until the

11  present, you can remember some where --

12       A    Some.

13       Q    Some where between one and three?

14       A    Some.

15       Q    Some instances of an anti-gay harassment that

16  the School has dealt with in some fashion?

17       A    Yes.

18       Q    You write a report when you dealt with it?

19       A    I'm not saying I personally dealt with it.

20  My deans dealt with it.  Any type of harassment --

21  sexual harassment, bullying -- is all on a discipline

22  file.

23       Q    Does it go into a data base --

24       A    SESIR.  S-E-S-I-R.  It stands for -- I don't

25  remember.  Something about safety.  We refer to it in
```

```
 1        A    What ever you want to call it.
 2        Q    What date would that have been around?   What
 3   time of year?
 4        A    It would have been after I -- what ever time
 5   I met with the students about Wendy serving as a
 6   facilitator for them.
 7        Q    Was it after the GSA had started meeting on
 8   campus?
 9        A    No.  It was before that.
10        Q    So some time in the fall?
11        A    It was in the fall.  It was brought up in
12   that meeting that I met with the four girls.
13        Q    Fall of 2006.  Are you aware of any anti-gay
14   harassment from before you were Principal at Okeechobee
15   High School?
16        A    No.
17        Q    Can you name anything at all that the
18   Okeechobee GSA has done to promote premarital sexual
19   activity?
20        A    No.
21        Q    Do you have any evidence at all that the
22   Okeechobee GSA has ever discussed sexual issues at all?
23             MR. GIBBS:  Object as to form.
24             THE WITNESS:  Again, I charged Wendy and
25        following the Judge's orders and I trust that she
```

119

```
 1        has followed them, so there wouldn't have been.
 2   BY MR. ROSENWALD:
 3        Q    Has the Okeechobee GSA ever forced a
 4   discussion of inappropriate issues on high school
 5   students including sexual issues?
 6        A    I'll go back to my same answer.  I charged
 7   Wendy with following the Judge's orders, so that would
 8   be no because I trust her to carry out what I asked her
 9   to do.
10        Q    Has the Okeechobee GSA ever engaged in an
11   activity that ever interfered with the abstinence
12   policy at Okeechobee High School?
13        A    I say my same answer.  I charged Wendy to
14   follow the Judge's orders.  I would trust that they
15   haven't.
16        Q    Has the Okeechobee GSA ever proposed to
17   engage in an act that interfered with the abstinence
18   policy at Okeechobee High School?
19        A    No.
20        Q    Has the Okeechobee GSA ever proposed to force
21   a discussion of inappropriate issues on high school
22   students including sexual issues?
23        A    Again, I would have to refer that to Wendy
24   Padgett whether or not in the Club meetings they had
25   tried to do that.
```

1    Q    As you sit here today, are you aware of the

2  Okeechobee GSA ever proposing to force a discussion of

3  inappropriate issues on high school students including

4  sexual issues?

5    A    Remembering back to what we discussed earlier

6  this morning, I believe there was one incident but you

7  can talk with Wendy about that because she was there.

8    Q    Anything else?

9    A    That's all.

10   Q    Has the Okeechobee GSA ever proposed to do

11 anything at all to promote contact by underage students

12 with adult-only material?

13   A    Again, they're following the Judge's orders

14 and I trust Wendy to not do that.

15   Q    I'm asking, have they ever proposed to do

16 anything at all to promote contact by underaged

17 students with adult-only material?

18   A    You need to ask Wendy the specifics.  As I

19 sit here today, I'm not aware of any but I am not at

20 these meetings.

21   Q    Has she ever told you about any proposal like

22 that?

23   A    No.

24   Q    Tell me specifically any discussions that

25 have taken place at an Okeechobee GSA meeting that are

1    inappropriate for high school students.

2         A    I'm not aware of any except the one that

3    possibly Wendy did that referred again to Wendy

4    Padgett.  Again, they should be following the Judge's

5    order of only tolerance and preventing harassment which

6    would not be of a sexual nature.

7         Q    Has any student suffered negative

8    repercussions as a result of his or her participation

9    in the Okeechobee GSA?

10        A    Since there's only been one or two members

11   that ever attended, not that I'm aware of.

12        Q    Is it your understanding that only one or two

13   members have ever attended?

14        A    There was one meeting with five members.  The

15   rest of them have been two or under.

16        Q    That is this school year?

17        A    This school year, yes.  Last school year

18   there was five and then three at another meeting, I

19   believe.

20        Q    Did any of the students participate in this

21   year or last year on the on campus -- strike that.

22             Has any student suffered negative

23   repercussions as a result of his or her participation

24   in the Okeechobee GSA either this year or last year?

25             MR. GIBBS:  Object to form.  You're not an

```
 1        expert but if you have an opinion on it, you're
 2        welcome to render.
 3            THE WITNESS:  I don't know.  Is
 4        discrimination of gay students by School
 5        administration a problem at Okeechobee High
 6        School?  I, being the administrator, am part of
 7        administration have an interest of all 1,300 of my
 8        kids and I care about every single one of them and
 9        I do not discriminate against them.  I look out
10        for their best academic and well-being.
11            My interest is for all 1,300.  I do my very,
12        very best not to discriminate against any student
13        and to accept every student as an individual, a
14        unique student, and they all have issues, they all
15        have problems, they all have great things and some
16        times they can all be turkeys.
17   BY MR. ROSENWALD:
18        Q    Does the School Board of Okeechobee County
19   have a policy prohibiting discrimination against
20   certain enumerated groups of people?
21        A    Absolutely.
22        Q    Does the School Board of Okeechobee County
23   prohibit discrimination based on sexual orientation?
24            MR. GIBBS:  Object to form but you can answer
25        if you know.
```

123

```
 1              THE WITNESS:  I think so but I'm not sure.
 2        We have a big thing about discrimination.  I can't
 3        tell you the word "sexual orientation" is or is
 4        not in there.
 5   BY MR. ROSENWALD:
 6        Q    If it was not, do you think that it should
 7   be?
 8        A    Yes.
 9              MR. GIBBS:  Object to form.  You can answer.
10        You all ready have.
11              THE WITNESS:  Sorry.
12   BY MR. ROSENWALD:
13        Q    Has the Okeechobee GSA through its activities
14   or any proposed activities exposed any student to child
15   sex abuse or molestation?
16              MR. GIBBS:  Object to form.  Go ahead.
17              THE WITNESS:  I certainly hope not or we
18        would be at DCF.
19   BY MR. ROSENWALD:
20        Q    Is the answer "no"?
21        A    Not that I'm aware of.
22        Q    Has any non-student ever attended an
23   Okeechobee GSA meeting?
24        A    Not that I recall.
25        Q    Is any member of the Okeechobee GSA a student
```

1    sexual predator?

2        A    A student sexual predator would not be on our

3    campus so, no.

4        Q    Do you contend that any GSA member has

5    engaged in unlawful sexual contact with anyone?

6        A    I have no knowledge of that.

7        Q    Do you contend that any GSA member has

8    attempted to engage in unlawful sexual conduct with

9    anyone?

10       A    I have no idea whether they have or they

11   haven't.

12       Q    Show you what I'm going to mark as Wiersma 7.

13                    (Wiersma Exhibit Number 7 was

14                    marked for identification.)

15   BY MR. ROSENWALD:

16       Q    I'm going to ask you if you recognize this

17   document.

18       A    (The witness reviewed the document.)  Yes.

19       Q    What is it?

20       A    It's my time line -- for lack of a better

21   word -- issues revolving around this issue.

22       Q    Is this a document that you wrote

23   contemporaneously at the time that the events were

24   happening?

25       A    No.