```
 1  know they teach about STDs and prevention.  I don't
 2  know percentages.
 3      Q     Anything else?
 4      A     Anything else they teach?
 5            MR. GIBBS:  I'm objecting to the form.  She's
 6      just telling what she knows is being taught.
 7      That's not obviously the complete open sequence of
 8      the curriculum.
 9  BY MR. ROSENWALD:
10      Q     What is your role in setting the health
11  education curriculum?
12      A     We follow the Florida Statute standards and
13  the benchmarks and so --
14      Q     What does that mean?
15      A     What that means is that the State says this
16  is what must be covered in the topics, and that's what
17  we follow.
18      Q     Is it your understanding that Florida law
19  requires Okeechobee County to have an abstinence only
20  sex education curriculum?
21      A     I'm not sure whether it's State law, no.  I'm
22  not sure.  I know it's our School Board policy.
23      Q     Can you tell me where that policy is written?
24      A     School Board policy?
25      Q     Yes.
```

```
1        promulgated are, in effect, statutes authorizing.
2        It's kind of an intertwined process.
3   BY MR. ROSENWALD:
4        Q    Do those standards include any other
5   instructions about safer sex practices?
6        A    I need to review the standards.  I did not do
7   that before this meeting.
8        Q    Can students obtain information about safe
9   sex practices from faculty or staff member at
10  Okeechobee High School?
11       A    In our clinic our nurse teaches about STDs
12  and she has pamphlets about STDs.  She is still
13  instructed to do abstinence only.
14       Q    So she is instructed to not give information
15  on safer sex practices outside of abstinence.
16       A    Correct.
17       Q    Anything else besides the health curriculum?
18       A    No.
19       Q    Let me rephrase that.  Anything else besides
20  the health clinic?
21            Anything where students can obtain
22  information about safe sex practices by any faculty or
23  staff member of Okeechobee High School?
24       A    Not that I'm aware of.
25       Q    Did you observe a decreased ability of
```

```
1    students to learn about abstinence from the 2005/2006

2    school year to the 2006/2007 school year?

3        A    No.

4        Q    From the 2006/2007 school year to the

5    2007/2008 school year, did you observe a decreased

6    ability of students to learn about abstinence?

7        A    No.

8        Q    How has the existence of the GSA decreased

9    the ability of students to learn about abstinence?

10       A    It hasn't.

11           MR. ROSENWALD:  Do you want to take a short

12       break?  We'll be quick.

13           MR. GIBBS:  We're probably going to need ten

14       minutes.  I have a few questions for the Principal

15       and since her deposition will be done, we can go

16       off the record.

17                        (There was a short break.)

18   BY MR. ROSENWALD:

19       Q    I have a few more questions.  Has anyone

20   outside of the School Board of Okeechobee County told

21   you that they did research of the Okeechobee GSA web

22   site?

23       A    Steve Walker and I discussed this.

24       Q    Can you tell me about that conversation?

25       A    Steve came to my house and actually showed me
```

ATLANTIC REPORTING
Stuart, Port St. Lucie, Fort Pierce,
Vero Beach and Okeechobee, Florida

130

1    the web site of the Okeechobee GSA.

2         Q    When was that?

3         A    Some time in the fall.

4         Q    Was that before or after you denied access to

5    the Okeechobee GSA?

6         A    I don't remember.

7         Q    Was what you viewed that day with Steve

8    Walker -- strike that question.

9              What did you see when you viewed the web site

10   with Steve Walker?

11        A    I viewed what I had discussed earlier on the

12   GSA web site:  I saw the apparel, the notice of

13   Okeechobee High School with the logo.  It was very

14   brief.  We also went from there to the My Space.

15        Q    Did you look at My Space with Steve Walker?

16        A    We went to Yasmin's web site and links and

17   that's all I remember.

18        Q    What did you see on Yasmin's My Space page?

19        A    I don't recall specifics.

20        Q    Outside of what you said before the

21   Okeechobee GSA web site using the logo of Okeechobee

22   High School, was there anything about the Okeechobee

23   High School GSA web site or Yasmin's My Space page that

24   led you to deny access to the GSA?

25        A    It was all -- right now I'm very foggy on

1   which part played which part.  It was just part of my

2   decision.

3        Q    Did you see anything objectionable on

4   Yasmin's My Space page?

5        A    I don't remember particulars.

6        Q    Did you -- with Steve Walker you viewed the

7   Okeechobee GSA web site, Yasmin's My Space page.

8             Was there anything else that you looked at

9   with him?

10            MR. GIBBS:  Object as to form.  I don't think

11        it quite characterizes what she said but go ahead.

12   BY MR. ROSENWALD:

13        Q    If that's incorrect, then correct me.

14        A    I don't remember what else we looked at.  We

15   spent some time looking.

16        Q    You did a search or he directed you to

17   places?

18        A    He directed me to places.

19        Q    As you sit here today, do you remember any

20   where else besides the two sites you've told me about

21   that you visited that day with Steve Walker?

22        A    There could have been but I don't remember.

23        Q    Did Steve Walker -- how does Steve Walker

24   find the Okeechobee GSA web site?

25            Did he tell you what led him to it?

```
 1    cross cultural, cross always to get the pulse of the

 2    senior class.  I had invited Jessica to every meeting

 3    we had beginning in July and she had never attended

 4    until this past Friday and she came to that meeting at

 5    that time.  That was really the first time that I could

 6    tell you what Jessica looked like.

 7         Q    Why did you invite her to that group?

 8         A    I invited leaders from all different types of

 9    cliques or what ever on campus.

10         Q    Was she invited in her capacity as the leader

11    of the Gay-Straight Alliance?

12         A    She was invited as a leader, not necessarily

13    as a leader of Gay-Straight Alliance.  She was invited

14    as a leader.

15         Q    Was she designated a leader in your mind at

16    least partially because of her involvement with the

17    Gay-Straight Alliance?

18         A    I had other club presidents there so I would

19    want to invite her.

20         Q    Are any of the students who you say slightly

21    influenced your decision about the GSA and their

22    confrontational ways still students at Okeechobee High

23    School?

24         A    No.

25         Q    Are any of them still members of the
```

```
 1        Q     You can answer that question.
 2        A     No.
 3        Q     Is there anything in particular about Jessica
 4   that makes you think that she is more inappropriate
 5   than, say, other students to be in a GSA?
 6             MR. GIBBS:  Object to the form.
 7             THE WITNESS:  That's a judgment issue that
 8        I'm not willing to make about Jessica.  Jessica is
 9        a nice girl.  Jessica is one of my 1,300 students.
10   BY MR. ROSENWALD:
11        Q     Would the presence of Jessica Donaldson make
12   you any more likely or unlikely to deny access to the
13   Okeechobee GSA than any other student?
14        A     Not likely or unlikely.
15             MR. ROSENWALD:  I'm done.
16             MR. GIBBS:  I have a few questions.
17
18                    CROSS-EXAMINATION
19   BY MR. GIBBS:
20        Q     You referenced Principal Wiersma in your
21   tenure as Principal that you had dealt with a few
22   incidents of same sex student harassment or harassment
23   because of being gay.
24             Did any of those incidents involved Yasmin or
25   Shakedra?
```

```
 1        A     Yes, that's my assumption at my request.

 2        Q     But if they push the envelope, would they

 3   necessarily adhere to their bylaws?

 4        A     Not necessarily, no.

 5        Q     Is sexual information provided to the

 6   students a problem at Okeechobee High School?

 7        A     Sexual information as provided by adults or

 8   provided by the access that they have?

 9        Q     Just any access.  I mean, are they in the

10   dark as to how --

11        A     Students are not in the dark.  My desire

12   would be to have them focus less on that through their

13   My Space.  If you go on My Space or Face Book, the way

14   many students portray themselves in sexual ways is, in

15   my opinion, not helpful to students.

16        Q     Is that one of the reasons why the School

17   holds to its abstinence policy?

18        A     Absolutely.

19        Q     You indicated that you did a lot of research

20   on the internet as you dealt with the GSA issue.

21              And while you don't recall any specifics, do

22   you recall seeing any information on the internet

23   whatsoever that talked about the negative effects of

24   premarital or heterosexual or homosexual on

25   adolescents?
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF
OKEECHOBEE HIGH SCHOOL, et al.,

    Plaintiffs,

vs.

SCHOOL BOARD OF OKEECHOBEE
COUNTY,

    Defendant.
_____ /

CERTIFIED COPY

DEPOSITION OF: TONI WIERSMA
VOLUME II

DATE:          February 7, 2008
TIME:          9:00 a.m. to 12:30 p.m.
PLACE:        410 NW 6th Street
               Okeechobee, Florida

TAKEN BY:     Amy J. Schreck, Registered Professional
               Reporter and Notary Public, State of Florida
               at Large

APPEARANCES:
FOR PLAINTIFFS:     Robert Rosenwald, Jr., Esquire
                  American Civil Liberties Union
                  4500 Biscayne Boulevard, Suite 340
                  Miami, Florida 33137
                  (786)363-2713
                  Ken Choe, Esquire
                  American Civil Liberties Union
                  125 Broad Street, 18th Floor
                  New York, New York 10004
                  (212)549-2553

```
 1       Q    I'm asking about the specific subject.
 2       A    Again, I did very general research.  I can't
 3  say this article said this or this article said this.
 4  I read many.  I was doing many different things at the
 5  time.  I would read synopsis of the articles.  I would
 6  read in different journals and I just formed an overall
 7  general opinion about it.
 8            I'm not an expert psychologist.  Okay.  I
 9  just am Principal of the High School of 1,300 kids with
10  lots of things going on.  So, you know, as far as
11  specifics, let's ask the experts.
12       Q    What search did you perform to find articles
13  that suggested that students were being persuaded or
14  pushed to mature sexually at much too early an age and
15  that they were emotionally not ready to handle?
16            MR. GIBBS:  Object.  Some of this may be from
17       the prior deposition what she said repeatedly she
18       doesn't remember the specifics, she did general
19       research.  We can go through that, but the reality
20       is she doesn't remember the specifics.
21            THE WITNESS:  I don't remember the specifics.
22       As I said a minute ago, I did many different lines
23       of research.
24  BY MR. ROSENWALD:
25       Q    So you don't remember any specific articles
```

1   you read; is that correct?

2        A    Correct.

3        Q    You don't remember the search that you did to

4   get to those articles; is that correct?

5        A    Correct.

6        Q    Do you remember what age group the articles

7   discussed?

8        A    I was reading about adolescents,

9   preadolescence which is what I deal with every day.

10  So, it would be in that age range.  It would be in

11  teenagers, high school students.

12            High school students that I deal with are

13  from at the freshman campus 13 to where I deal with 18

14  year olds, 19 year olds.

15       Q    Do you have any specific recollection of the

16  age group the articles addressed?

17       A    Again, I was dealing with high school

18  students.  So, the articles would address preadolescent

19  teenagers -- the population that I deal with.

20       Q    What age group are you calling

21  "preadolescents"?

22       A    Thirteen, fourteen.

23       Q    Not ten or eleven?

24       A    No, I don't deal with ten or eleven year

25  olds.  I deal with high school students.

1      Q    You don't define "preadolescents" as ten or
2  eleven year olds?
3      A    Not in the scope of my employment, not with
4  what I'm dealing with on a daily basis.
5      Q    Did any of the articles that you read on that
6  suggested that students were being persuaded or pushed
7  to mature sexually at much too early an age and that
8  they were emotionally not ready to handle references to
9  homosexuality?
10     A    I don't remember.  I don't remember.  I dealt
11  with heterosexual, homosexuality.  Again, it was
12  general research.  I did a whole bunch of it and I
13  don't remember specifics.
14     Q    Did any of the articles you read suggest any
15  unique, negative effect of gay sex as opposed to
16  heterosexual sex on adolescents?
17               MR. GIBBS:  Object as to form.
18               THE WITNESS:  Again, there was just lots of
19          general articles that I put together.  I don't
20          remember the specifics of those.  I did the
21          research that has been in 2006, fall of 2006 and I
22          don't remember the specifics.
23  BY MR. ROSENWALD:
24     Q    Did any of the articles you've read suggest
25  that the presence of a school GSA leads students to

```
1    mature sexually at too early a period in adolescents'

2    lives?

3              MR. GIBBS:  Object as to form.

4              THE WITNESS:  Again, I don't remember

5         specifics.

6    BY MR. ROSENWALD:

7         Q    In your last deposition you were asked by

8    Mr. Gibbs, "Do you recall that you saw any information

9    that talked about the importance of promoting"

10   sexual -- sorry.  "promoting student communication with

11   a responsible adult regarding sexual issues?

12             You answered, "The information that I read

13   was studies that they were getting their information

14   from peers and that was creating more of an unhealthy

15   atmosphere and that to create an atmosphere in schools

16   that students were comfortable in going to the guidance

17   counselors and getting information from unbiased,

18   informed adults."

19             Do you remember saying that?

20             MR. GIBBS:  Just for her sake, did you have a

21        reference point in the deposition like what page

22        roughly?

23   BY MR. ROSENWALD:

24        Q    Yes.  It's Page 149 in your deposition.  I

25   could show it to you if it would be helpful.  I'm just
```

1    going to be asking about that passage.

2                              (Mr. Gibbs handed the copy of the

3                              deposition to the witness.

4    BY MR. ROSENWALD:

5         Q    The question is, do you recall that you saw

6    any information?

7         A    Again --

8              MR. CHOE:   I'd note for the record that the

9         deponent is looking at her deposition transcript

10        at the passage.

11        A    Again, I read lots of information and --

12        Q    Tell me what articles you're referring to in

13   your answer.

14        A    General articles.

15        Q    Do you remember what search you did to find

16   articles that found that information from peers was

17   creating an unhealthy atmosphere?

18        A    No.

19        Q    Did any of the articles that you read discuss

20   students getting incorrect information about sexual

21   orientation?

22        A    Again, it was a general research, lots of

23   general articles, lots of textbooks.  I don't remember

24   the specifics.

25        Q    Did any article that you read suggest that

180

1   students get inaccurate information about sexual issues

2   at a GSA meeting?

3       A    I don't remember.

4       Q    Did any article suggest that a GSA might make

5   students more comfortable going to the School guidance

6   counselor?

7       A    I don't remember.

8       Q    Did any article suggest that a GSA might make

9   students less comfortable going to a School guidance

10  counselor?

11      A    I don't remember.

12      Q    Again, on Page 149 of your last deposition

13  you were asked a question, "Did any of your research

14  talk about community standards being a factor in this

15  analysis?"

16          And your answer was, quote, What I read was

17  that different communities have different expectations

18  and different lifestyles.  Here in Okeechobee, we are a

19  different community than a larger city and as a

20  community following School Board policy and School

21  Board members are elected by the community, the

22  community has certain standards based on who they have

23  elected as School Board members, and that is different

24  in this community as opposed to large, urban sections

25  of the country."

```
 1            MR. CHOE:  If I could note for the record
 2       that the deponent continues to read along with the
 3       deposition transcript.  That's all.
 4            MR. GIBBS:  That's fine.
 5  BY MR. ROSENWALD:
 6       Q    What articles regarding community standards
 7  did you read?
 8       A    I don't remember which ones specifically.
 9       Q    Do you remember any?
10       A    Not specifically by name.
11       Q    Do you remember what journal they were in?
12       A    No.
13       Q    Do you remember who wrote them?
14       A    No.
15       Q    Did any article that you read relating to
16  community standards specifically reference GSAs at all?
17       A    I don't remember.
18       Q    If you will, on Page 149, 150 if you could
19  read along with me where you were asked, "Do you recall
20  any medical or other research that talked about the
21  negative effects of discussing sexual issues being
22  forced or pushed on high school students and the
23  repercussions of that?"
24            And your answer was, quote, I'm sure I read
25  lots about that.  I can't be specific about that other
```

1    than the premature maturing of these adolescents, end

2    quote.

3            At that time you couldn't remember any

4    specific articles.  Since your deposition, have you

5    been able to recall any specific research that you

6    reviewed on this topic?

7        A   · No.

8        Q   Have you ever read any scientific research

9    suggesting that GSA participants forced or pushed

10   discussions of sexual issues on students?

11       A   Again, I read lots of different things.  I'm

12   not sure if it was scientific.  I'm not sure where it

13   was.  I read, I skimmed.  This was not my whole

14   emphasis during this time.  I would read things,

15   they're gone.

16           I'm just forming an opinion.  I'm gathering

17   facts, forming the best opinion I can for the students

18   at the High School.  The best opinion that I formed was

19   that that Club would not be in the best interests of

20   the 1,300 students at Okeechobee High School.

21       Q   I understand.  I understand that this is

22   tedious and I apologize but let me just ask you again.

23       A   Okay.

24       Q   Have you ever read any scientific research

25   suggesting that GSA participants forced or pushed

```
1   discussions of sexual issues on students?

2       A     I don't recall.

3       Q     Is the GSA an entirely voluntarily

4   organization?

5       A     Yes.

6       Q     What research did you review that talked

7   about the purpose of the High School and curriculum

8   being to prepare students for careers?

9       A     I don't have any specific but that's the

10  purpose of high school is to prepare them academically

11  to go on and pursue further education.

12      Q     Do you recall any specific research that you

13  read on that subject?

14      A     No.

15      Q     On the bottom of Page 150 you were asked,

16  "Did you see research that talked about the lack of

17  association between sex-based clubs and School

18  curriculum and objectives?"

19            When did you first hear the term "sex-based

20  club"?

21      A     Some time since fall of 2006.

22      Q     So before the GSA was proposed, had you ever

23  heard the term "sex-based club"?

24      A     Not that I'm recalling at this time.

25      Q     Before you met Mr. Gibbs, had you ever heard
```

```
1         A     Dr. Cooper and I.

2         Q     Anybody else?

3         A     I don't recall at the time.

4         Q     Do you remember if Dr. Cooper initially bring

5    up the term "sex-based club" or did you bring it up to

6    her?

7         A     I don't remember which way it went.

8         Q     Going back to the question which we just read

9    at the bottom of page -- the top of 151, what research

10   did you see that talked about the lack of association

11   between sex-based clubs and school curriculum and

12   objectives?

13        A     Again, all of the research is measured into

14   one.

15        Q     Do you recall ever seeing any scientific

16   research that used the term "sex-based clubs"?

17        A     I don't remember.

18             MR. GIBBS:  I'm going to object as to the

19        form.  The term "scientific" can mean different

20        things to different people.  But, again, she's not

21        remembering.

22             MR. ROSENWALD:  I'll clarify.

23   BY MR. ROSENWALD:

24        Q     Have you seen any research or article of any

25   type using the word "sex-based club."
```

186

1        A     I don't recall.

2        Q     All through this deposition you've said you

3    don't recall in answer to my question about whether you

4    had seen any scientific research on various subjects.

5              Is that answer generally too for any articles

6    or do I need to --

7        A     Correct.  No.  Any articles.  You don't need

8    to go back and ask.

9              MR. GIBBS:  I'm just trying to make sure

10            there wasn't an intended distinction in your mind

11            of scientific versus general.  Educational stuff

12            can have different forms and flavors.

13             MR. ROSENWALD:  Thank you for pointing that

14            out.  I want to be clear.

15   BY MR. ROSENWALD:

16        Q     What research did you see that stressed the

17   importance of restricting contact by underage students

18   with adult-only material?

19        A     I don't have any specific research that I can

20   tell you.  With all general -- read the newspapers,

21   read journal articles.  They're out there.

22        Q     Did you see any research that linked a GSA

23   and adult-only materials?

24        A     I don't recall.

25        Q     Is exposure to pornography a problem unique

1    to gay kids?

2         A    No.   That's my whole thing I want to focus

3    on:  Their education.   Kids have way too much access to

4    the internet where there is pornography.

5         Q    Is exposure to pornography on the internet a

6    problem unique to GSA participants?

7         ·A    It's not unique.   It's a problem for

8    students.

9         Q    Does use of the internet generally lead to

10   potential for exposure to pornography?

11            MR. GIBBS:   Objection as to form.   It's

12        hypothetical.

13            You can speculate.

14            THE WITNESS:   It's a possibility.

15   BY MR. ROSENWALD:

16        Q    Does use of the internet generally increase

17   the potential for a teenager running across adult-only

18   material?

19            MR. GIBBS:   I'm going to object as to form

20        again.

21            THE WITNESS:   The internet is full of

22        pornography -- okay -- and students have access to

23        it:  All students.  Heterosexuals, homosexuals.

24        That's why at School we need to focus on

25        academics.

BY MR. ROSENWALD:

Q     Anything else?

A     That's all at this time.

Q     What would you do as a parent to limit your childrens' exposure to adult-only materials on the internet?

MR. GIBBS:  Object as to form.  You can proffer mom's advice.

THE WITNESS:  Well, right now my kids are 26 so they can go where ever they wanted to go.  I don't have any control.

If I had young students, I would have the computer in my sight and they would only be using the computer when I was there.  Otherwise, my rules in my house, they would not be using the computer unless I was present in the room.

BY MR. ROSENWALD:

Q     Would you use a software filter to --

A     We're getting way into hypotheticals what would I use if I had kids.  I would deal with that when I had it.  I would take every step as a parent myself to make sure my kids weren't exposed to that.

Q     Anything else?

A     That's all.

Q     Are teenagers who advocate for gay people

1   more at risk for exposure to photography than other

2   students?

3          MR. GIBBS:  Objection as to form.  You can,

4      again, speculate.

5          THE WITNESS:  I don't know.

6   BY MR. ROSENWALD:

7      Q    Is excluding discussions about gay people the

8   most effective way to keep students from viewing

9   internet pornography?

10         MR. GIBBS:  Object as to form.  And, again, I

11     don't believe she's testified to that but go

12     ahead, you can --

13         THE WITNESS:  Can you ask that again?

14  BY MR. ROSENWALD:

15     Q    Is excluding discussions about gay people the

16  most effective way to avoid exposure for teenagers to

17  internet pornography?

18         MR. GIBBS:  All of the same objections.  You

19     can go ahead.

20         THE WITNESS:  I don't know how to answer

21     that.  I really don't know because it's to me two

22     totally different -- it's limiting the discussion

23     to internet porn --

24  BY MR. ROSENWALD:

25     Q    There's no connection between the two?

```
 1              MR. GIBBS:  Objection.  I don't believe
 2        that's what she said.  You're mischaracterizing
 3        her.
 4              THE WITNESS:  That's not what I said.  You're
 5        asking me to limit discussion in a high school
 6        that we're supposed to be abstinence-only and
 7        we're not talking about any type of sex:  Gay sex,
 8        heterosexual sex.
 9              Does that have any relationship with whether
10        the kids can go to internet porn?  I'm not
11        following you.
12  BY MR. ROSENWALD:
13        Q     Excluding discussions about gay sex or
14  straight sex -- can you do that in your mind?
15              Can you separate a discussion about gay
16  people and a discussion about gay sex?
17        A     Yes.  I mean -- yes.
18        Q     Do you believe that the discussions about gay
19  people in the School leads students to potentially view
20  internet photography?
21              MR. GIBBS:  Object as to form.
22              THE WITNESS:  You're asking a hypothetical
23        because we're not supposed to be discussing in
24        school about gay people any more than I'm
25        discussing black people or Hispanic people.
```

```
 1        That's just not a topic of discussion in the
 2        School.
 3   BY MR. ROSENWALD:
 4        Q    Did you see any research suggesting that
 5   homosexuality or homosexual lifestyle relationships are
 6   appropriate topics beginning at college age as opposed
 7   to in high school?
 8        A    I don't recall any.  I don't recall.
 9        Q    You were asked -- this is on the bottom of
10   Page 152, going on to 153.
11             "Do you recall whether any of the things that
12   you saw on STDs or other factors were tied to the
13   Center for Disease Control or any other web sites?  Do
14   you remember seeing statistics?"
15             You answered, quote, There's statistics on
16   the Center for Disease Control, there's local
17   statistics, there's Florida statistics, End quote.
18             What statistics did you review that you
19   considered to be relevant to the GSAs?
20        A    I don't recall which runs in particular.  All
21   those statistics that I just mentioned in there are
22   available.
23        Q    Do you remember reviewing any of them when
24   you were deciding whether to allow the GSA to meet on
25   campus or not?
```

1    A    I remember reviewing them.  I'm not sure when

2  I reviewed them.

3    Q    Which statistics that you're saying are

4  available did you review?

5    A    There was lots of statistics available about

6  STDs.  I can't tell you which one specific.  All of the

7  statistics that I mentioned here in the deposition are

8  available.

9    Q    Which of these statistics did you rely on

10  when making a recommendation to Superintendent Cooper

11  about whether or not to allow the GSA?

12    MR. GIBBS:  I'm going to object as to form in

13    that she's asked and answered but you can answer

14    again.

15    THE WITNESS:  Again, there's lots of

16    statistics.  I can't tell you which specific ones.

17  BY MR. ROSENWALD:

18    Q    What articles did you review that talked

19  about the benefits of abstinence education versus

20  comprehensive sex education?

21    A    I can't remember any one in specific but by

22  State Statute and the policy we are abstinence-only

23  education.  So, that's what I stick with.

24    Q    What does "abstinence-only" education mean?

25    A    That we promote abstinence; having no sex.

1      Q      Ever?

2      A      Having no sex in high school.

3      Q      Does your abstinence-only sex education

4  policy or curriculum teach when it is okay to start

5  having sex?

6            MR. GIBBS:  Object as to form.  You can

7      answer if you know.

8            THE WITNESS:  Our health education teacher

9      follows the State standards, and I believe you

10     talked with her about exactly what she teaches

11     every day in that we're teaching abstinence only.

12     So, it's not discussing -- okay -- when you're 18

13     you have sex or like that.  We discuss that the

14     policy is abstinence-only.

15 BY MR. ROSENWALD:

16     Q      I'm sorry.  You may have answered this but I

17 don't remember so I'll ask again.

18            What articles did you read that talked about

19 the benefits of abstinence education versus

20 comprehensive sex education?

21     A      Again, it was lots of general articles.

22     Q      Any specific article that you can remember?

23     A      Not any specific ones that I can remember.

24     Q      In your opinion, are high school students

25 generally emotionally prepared for dating

```
 1    relationships?
 2              MR. GIBBS:  Object as to form.  You can
 3         speculate on high school students.
 4              THE WITNESS:  High school students are
 5         adolescents.  Okay?  High school students do begin
 6         to form a relationship.  That's part of being a
 7         high school student is to form relationships.
 8         That's part of being a 16 year old, 17 year old.
 9         We all begin forming relationships at that time.
10              That's not what School is about.  Your School
11         is about promoting academics, promoting college
12         choices, career choices.  That's what School is
13         all about.
14              Do students begin to form relationships
15         during high school?  Absolutely.  I mean, that's
16         the nature of the beast.  But do they begin
17         dating?  Yes.  That's the age that they begin
18         dating.
19    BY MR. ROSENWALD:
20         Q    Is that developmentally appropriate?
21         A    It's developmentally appropriate for them to
22    begin dating.  It's developmentally appropriate for
23    them to talk with their parents about it.  It's
24    developmentally appropriate for them to start having
25    feelings for a significant other.
```

196

```
1              Is it appropriate for them to have an

2    organization or a club that they sit around and talk

3    about this?  No.  They need to be talking with their

4    parents.

5         Q    Anything else?

6         A    That's all.

7         Q    What research did you review on the

8    importance of the School not interfering with the

9    parent/student relationship?

10        A    I don't remember the particular articles.

11        Q    Do you remember any particular source that

12   you reviewed at all?

13        A    No.

14        Q    Have you ever seen any research suggesting

15   that a GSA interferes with parent/student

16   relationships?

17        A    I don't recall specific articles.

18        Q    Do you recall any general articles?

19        A    Just general research.

20        Q    Do you recall any general research -- any

21   body of research, any conclusion of any type finding

22   that a GSA interferes with parent/student relationship?

23        A    I don't remember.

24        Q    You were asked on Page 153 -- "Just so I'm

25   completely clear, your abstinence policy is regardless
```

```
 1   of any sexual orientation."

 2            Your answer was, "Absolutely."

 3            How do you know that?

 4       A    What do you mean?

 5       Q    How do you know that your abstinence policy

 6   is regardless of any sexual orientation?

 7            Is that written any where?

 8       A    Our abstinence-only policy is that we promote

 9   abstinence.

10       Q    So are you assuming that it applies equally

11   to heterosexuals and gay students?

12       A    There's no distinction.  It's abstinence

13   only.

14       Q    What research did you review dealing with

15   negative health effects of homosexual sex specifically?

16       A    (The witness reviewed the document.)  Again,

17   it was all -- I did lots of research and there were

18   things in there but I don't recall anything

19   specifically.

20       Q    Do you remember any research finding that

21   there are specific negative health effects of

22   homosexual sex?

23       A    There's research.  I don't know any specific

24   articles that, you know -- there are diseases out

25   there.
```

1      Q    Yes.  Do you remember any research stating
2  that there are unique, negative health effects of
3  homosexual sex as opposed to heterosexual sex?
4      A    I don't recall.
5      Q    Did you see any scientific research
6  suggesting that gay people are more likely to get STDs
7  than straight people?·
8      A    I don't recall specific research.
9      Q    Do you recall any general research or body of
10  research concluding that gay people are more likely to
11  get STDs than straight people?
12      A    (The witness reviewed the document.)  I don't
13  recall specific heterosexual, homosexual.  There are
14  STDs out there -- sexually transmitted diseases.
15      Q    But do you recall reading any research
16  suggesting that gay people are more likely to get STDs
17  than straight people?
18      A    I don't remember.
19      Q    Did you see any research suggesting that GSA
20  participants were more likely to get STDs than non-GSA
21  participants?
22      A    I don't remember.
23      Q    Do you recall anything like that?
24      A    I don't recall.
25      Q    Did you see any research suggesting that GSA

1    participants were more likely to have gay sex than

2    non-GSA participants?

3         A    I don't recall.

4         Q    What scientific research or research of any

5    type did you review about the cultural implications of

6    sexual promiscuity among adolescents?

7         A    I don't recall the specific research that's

8    out there.  I don't recall which ones I read.

9         Q    Do you remember in general what you read?

10        A    Again, it's all just this body of research, I

11   looked at it all, I made my decision and I moved on to

12   another topic.

13        Q    What body of research are you talking about?

14        A    Internet research, journal articles, magazine

15   articles, newspaper articles.

16        Q    What studies, information or guidelines have

17   you reviewed that would have helped you understand the

18   overriding duty of a School Board to promote academic

19   excellence, the best interests of academic well-being

20   of students?

21        A    That's my job.  I don't know the specific

22   research but that's my job.

23        Q    I'm going to point you to the bottom of Page

24   154.

25             You were asked, "Did you see any studies,

1    information, guidelines that would have helped you

2    understand the overriding duty of a school board to

3    promote academic excellence, the best interests of

4    academic beings of all students?"

5            Bottom of Page 153 and then turning to 154

6    you answered, "Absolutely."

7       A    (The witness reviewed the document.)

8       Q    Do you remember any studies, information or

9    guidelines on this subject?

10      A    The specific one?  No.  There's lots of

11   studies, there's guidelines and that is to promote the

12   academic excellence, the best interests of

13   academically, well-prepared students is part of what

14   Mr. Gibbs said, my job description.

15      Q    Can you think of any examples?

16      A    School Board policy, our vision statement,

17   achieving excellence, our guidelines, our beliefs to

18   promote the well-being of students to have them

19   prepared for the world that they face.

20      Q    Anything else?

21      A    Not at this time.

22      Q    What research did you review that discussed

23   the effectiveness of zero tolerance harassment policies

24   and counseling programs in dealing with student needs

25   and preventing student-to-student harassment over

1   sexual issues?

2       A    I don't know the specific article.

3       Q    Have you ever seen any research suggesting

4   that a GSA would interfere with the effectiveness of a

5   zero tolerance policy?

6       A    I don't recall.

7       Q    What research or studies have you reviewed

8   that discussed the duty to protect students from child

9   sex abuse or molestation by either students or adult

10  predators?

11      A    It's in our Code of Professional Ethics.  So

12  that document -- Code of Professional Ethics -- we have

13  to protect students from sex abuse, molestation and we

14  are required by law or we'll lose our license if we

15  don't report it to Child Abuse Registry.

16      Q    Anything else?

17      A    Un-nuh.

18          MR. CHOE:  Just for the record, if you could

19      answer out loud.

20          THE WITNESS:  No.

21  BY MR. ROSENWALD:

22      Q    Have you ever seen any research suggesting

23  that GSA participants are at increased risk of child

24  sex abuse or molestation by either students or adult

25  predators?

```
 1          A      I don't recall any specific research.  I feel

 2     like all of our students are in this day and time have

 3     the risk of being exposed to predators.  It's every day

 4     you read the paper and there's another student that is

 5     being preyed upon, so we have to take every precaution

 6     that we possibly can.

 7          Q      Are GSA participants at an increased risk --

 8          A      I think all students.  I do not think --

 9          Q      Let me finish the sentence.  Are GSA

10     participants at increased risk of child sex abuse or

11     molestation by either students or adult predators?

12               MR. GIBBS:  I'll object as to form;

13          hypothetical.

14               You can postulate.

15               THE WITNESS:  I don't know.  I don't know.

16          My belief is that we have to protect all of our

17          kids.  I don't believe that one is more at risk or

18          another.

19     BY MR. ROSENWALD:

20          Q      Do you have any reason to think that a GSA

21     participant is at increased risk of child sex abuse or

22     molestation by sexual predators than other students?

23          A      I believe they have a likelihood after going

24     to some of the GSA web sites that I went to and some of

25     the links that you could click on to get to such as
```

1    Q    Why not?

2    A    I had no reason to.

3    Q    Did you think that that web site was

4  providing a basis for to you deny the web site at

5  Okeechobee High School -- sorry.  To the GSA at

6  Okeechobee High School?

7         MR. GIBBS:  Object as to form.  You can --

8         THE WITNESS:  It was one of the factors.  It

9       was what I was afraid of when I was looking at

10      this, is this in the well-being of my students?

11      This is some of the things I was afraid of.  I was

12      afraid that they would become an association that

13      was dealt with the national organization that had

14      other high schools and this just confirmed one of

15      my fears.

16  BY MR. ROSENWALD:

17    Q    Did you do this research before or after the

18  lawsuit that we are currently here for started?

19    A    I don't remember when I did it.  I was doing

20  all this in the fall.  I was a brand new Principal at

21  the High School.  We were having tons of other issues.

22  I was dealing with the black/Hispanic problem, I was

23  dealing with students in crisis.  I don't remember when

24  I did it but I did it.

25    Q    Have you ever printed any materials from any

```
 1        would have to see it, I would have to read it, I
 2        would have to form an opinion after discussion.
 3             So, I would have to see that and look at the
 4        context, I would have to look at the context of
 5        the students asking for that club to form.
 6   BY MR. ROSENWALD:
 7        Q    Have you ever read any research concluding
 8   that GSAs promote the well-being of students?
 9        A    Not that I recall.  Can we have a little
10   break?
11                  (There was a short break.)
12   BY MR. ROSENWALD:
13        Q    What activities has the Okeechobee GSA
14   engaged in at Okeechobee High School?
15        A    Last year they had Club meetings and it was
16   just an hour -- if that long -- meeting of students
17   with their sponsor.  This year they've had a couple.
18   Many of the scheduled meetings -- regular scheduled
19   meetings have not taken place because no one has showed
20   up.
21        Q    Outside of the meetings, have they sponsored
22   any events or activities?
23        A    The only activity they sponsored was posting
24   the awareness week back in October of -- I'm not even
25   remembering what the name of it was, but that's the
```

```
 1    tolerance for people.

 2         Q     Anyone in particular?

 3         A     Gay, lesbian, bisexual, transgender, da, da,

 4    da, da, what ever else.

 5         Q     I'm going to show you what I am going to ask

 6    the court reporter to mark as Wiersma what ever the

 7    next exhibit would be.

 8                         (Wiersma Exhibit Number 9 was

 9                          marked for identification.)

10    BY MR. ROSENWALD:

11         Q     Could you -- is this the Post It note that

12    you approved to advertise the Day of Silence?

13         A     If it's not the exact one, it's one very

14    similar.  It may have been typed different.

15         Q     Could you read that out loud, please?

16         A     "What are you going to do to end the

17    silence?" is the question.

18              "Please understand my reasons for not

19    speaking today.  I am participating in the Day of

20    Silence, a National Youth movement protesting the

21    silence faced by lesbian, gay, bisexual and transgender

22    people and their allys.

23              "My deliberate silence echos that silence

24    which is caused by harassment, prejudice and

25    discrimination.  I believe that ending the silence is a
```

214

```
 1              THE WITNESS:  Not to my knowledge.
 2    BY MR. ROSENWALD:
 3        Q    Does the purpose of the Day of Silence and
 4    the way it's carried out seem laudable to you?
 5        A    Seems --
 6              MR. GIBBS:  Object as to form.  She answered
 7         it.
 8              MR. ROSENWALD:  I think she answered the
 9         opposite.  I think she says there's nothing
10         objectionable about it except that it's not too
11         specific.
12    BY MR. ROSENWALD:
13        Q    Is the purpose -- apart from being
14    unobjectionable, is it laudable?
15        A    I'm not sure what you mean.
16        Q    Is it a good purpose to have?
17        A    It's a good purpose to stop harassment of all
18    types.
19        Q    Do you know who organizes the Day of Silence?
20        A    I know it's from a national organization.
21        Q    Do you know which national organization?
22        A    GLSEN, I would assume, just because on this
23    and on the ones that I did, that's what was on there
24    (indicating).
25        Q    Is the fact that the national organization
```

215

1    GLSEN organized the Day of Silence objectionable in any

2    way in your mind?

3            MR. GIBBS:  Object as to form but you can --

4            THE WITNESS:  That there was an national

5        organization organizing this and we participated?

6            Is that your question?

7    BY MR. ROSENWALD:

8        Q    Yes.  Is that objectionable in any way?

9        A    No.

10       Q    Is there any objection in particular to the

11   group GLSEN organizing the Day of Silence?

12       A    No.

13       Q    I would like to turn then to Ally Week and

14   ask you similar questions about that event.

15           Do you remember Ally Week?

16       A    Yes.

17       Q    Can you tell me what Ally Week is?

18       A    My understanding of it was the participation

19   of Ally Week that we had was they put up a poster that

20   said just about this same thing if not this same thing

21   and --

22           MR. CHOE:  I want to note for the record that

23       the deponent is pointing to Exhibit 9.

24       A    -- and they put up posters and that was the

25   only activity there was.  There were posters around

216

```
 1   campus.

 2        Q    So the purpose of Ally Week was to end

 3   bullying and harassment of gay and lesbian students?

 4        A    That's my understanding.

 5        Q    You approved that event?

 6        A    Yes.

 7        Q    Does Ally Week violate any School Board

 8   policy?

 9        A    Not that I'm aware of.

10        Q    Would you approve of Ally Week today?

11        A    Yes.

12        Q    Did either Ally Week or the Day of Silence

13   cause any disruption of any type at Okeechobee High

14   School?

15        A    No.

16        Q    Was the School's ability to administer the

17   curriculum interfered with in any way by either of

18   those events?

19        A    No.

20        Q    Did Ally Week or Day of Silence interfere

21   with the School's abstinence education policy?

22        A    No.  And can I go back to the other question

23   that you just asked that I answered "no" to?  Did it

24   interfere with the curriculum?

25             In the spring of 2007 when we had the Day of
```

217

```
 1    Silence, it began to interfere until I stopped it
 2    because they were trying to take class time to hand
 3    these things out and I had to stop it, that that was
 4    something to be done during passing periods or at lunch
 5    or before school, not during instructional time.
 6            So in that way, it did create a little issue
 7    until as soon as I asked them to stop it, they stopped
 8    and did it only during passing periods.
 9        Q    Anything else?
10        A    That's all.
11        Q    Was that interference that you're talking
12    about substantial enough that you would not approve the
13    Day of Silence again?
14        A    It was substantial enough that I would make
15    sure that I was very specific about when they could
16    hand out their Post-It notes.
17        Q    You would approve the Day of Silence again?
18        A    Yes, with those stipulations.
19        Q    When you asked the students to make sure that
20    they only passed out the Post-It notes during
21    non-instructional time, did they comply with your
22    request immediately?
23        A    Yes, they did.
24        Q    I am going to show you what I'm going to ask
25    the court reporter to mark as 10.
```

220

1      A      Yes.

2      Q      -- of the pledge contained on the bottom of

3  the poster that you approved?

4      A      Yes.

5      Q      Did the students participate then in Ally

6  Week?

7      A      Actually there were only two students at the

8  time attending and they did.

9      Q      Was Ally Week disruptive in any way?

10     A      No.

11     Q      You would approve it today?

12     A      Yes.

13     Q      Were there any other materials that you saw

14 or approved regarding Ally Week or Day of Silence?

15     A      Not that I recall.

16     Q      Did Ally Week interfere with the School's

17 ability to administer its abstinence education

18 curriculum?

19     A      No.  This was dealing with harassment.

20     Q      Just to clarify, you did approve the pledge

21 card as well the poster for Ally Week.  Correct?

22     A      Yes.

23                      (There were remarks off the

24                      record.)

25             MR. ROSENWALD:  Let's go back on the record.

226

```
1          students by 15.
2    BY MR. ROSENWALD:
3          Q     Does discussing gay people lead to exposure
4    to pornography?
5          A     No, not directly.  I mean --
6          Q     Did you actually see the words "bisexual
7    porn" and "anal" on a GSA web site itself?
8                MR. GIBBS:  Object as to form.  It's asked
9          and answered and if you want to read back the
10         previous answers.
11               THE WITNESS:  On links from a GSA web site,
12         yes.
13   BY MR. ROSENWALD:
14         Q     What I'm asking you is, did the words
15   themselves appear on the web site as a hyperlink?
16               MR. GIBBS:  Object as to form.
17   BY MR. ROSENWALD:
18         Q     Do you know what I mean or did you have to
19   click and go to another web site to see the words
20   "bisexual porn" and "anal"?
21         A     I had to click from their web site to go see
22   that, yes, but it was a hyperlink on their web site.
23         Q     The hyperlink itself did not use the words
24   "bisexual porn" or "anal."  Correct?
25         A     I don't remember what was the link.  I don't
```

1          So could they push the envelope and link to

2   pornography such as this?  They could.

3       Q    Anything else?

4       A    That's all.

5       Q    Have you ever seen any links to pornography

6   on the Okeechobee GSA web site?

7       A    I don't recall.

8       Q    Have you ever seen any inappropriate sexual

9   content at all on the Okeechobee GSA web site?

10      A    I don't remember.

11      Q    Is there anything else that the Okeechobee

12  GSA has done or proposed to do that would lead to

13  exposure to adult-only material?

14          MR. GIBBS:  I'm going to object as to form.

15          MRS. WELLER:  In its current form or it --

16  BY MR. ROSENWALD:

17      Q    Either as proposed or under this Court order

18  that you're interpreting -- as you interpret it.

19      A    As I know --

20      Q    Let me strike the question.  Has the GSA at

21  any time ever proposed to do or done anything that

22  would lead to exposure -- student exposure to

23  adult-only material ever?

24      A    I have no knowledge of what they do outside

25  under the name of Okeechobee High School GSA which was

236

```
 1   talking about.  She talked with me and we talked but I
 2   didn't say, Go look at Article X.
 3        Q    You never said, I, Mrs. Wiersma, saw article
 4   X?
 5        A    No.
 6        Q    Does JROTC have a web site?
 7        A    Okeechobee JROTC?
 8        Q    Yes.  Sorry.
 9        A    Not that I'm aware of.
10        Q    Would it be a problem if they had an
11   unofficial web site?
12        A    Depending on what was on their web site.
13        Q    What if they used the School's logo?
14        A    They are part of Okeechobee High School.
15   They could use the School logo.  They are the
16   Okeechobee Chapter of the JROTC.
17        Q    Is clip art of the Okeechobee logo -- do you
18   know what the term "clip art" means?
19        A    Yes.
20        Q    Is clip art of the Okeechobee High School
21   logo provided on the Okeechobee High School web site
22   for use by someone?
23        A    I think it is.  I'm not a hundred percent
24   sure.
25        Q    Is there any written policy any where
```

1    restricting who may use the Okeechobee High School

2    logo?

3         A    Not that I'm aware of.

4         Q    Do you know who administers -- strike that.

5    You stated you don't know if JROTC at Okeechobee High

6    School has an unofficial web site.  Correct?

7         · A    Correct.

8         Q    Do you know if an adult administers that web

9    site?

10        A    If I don't know there's one there, I don't

11   know if an adult administers it.

12        Q    Fair enough.  Would it be a problem for you

13   if the Okeechobee JROTC did have an unofficial web site

14   administered by an adult?

15        A    If the adult was Colonel Saucier or Sergeant

16   what ever, they're the sponsors.

17        Q    What if it was not?

18        A    I would have to see it.  Okay?

19        Q    So there's nothing independently

20   objectionable about a web site administered by an

21   outside adult?

22        A    I didn't say that.  I said I would have to

23   see it.

24        Q    That's what I'm asking you.  It would matter

25   what the web site said.  Correct?

248

1    was best for the welfare of your students?

2         A    Yes, I made it for -- yes.

3              MR. GIBBS:  No questions.

4              MR. ROSENWALD:  Can we take a break and talk?

5              MR. GIBBS:  Sure.

6                   (There was a short break.)

7

8              FURTHER REDIRECT EXAMINATION

9    BY MR. ROSENWALD:

10        Q    David just asked you a list of questions

11   about the uniqueness of students.

12             Some have different emotional levels, some

13   have different socioeconomic status, et cetera.

14   Correct?

15        A    Correct.

16        Q    Is there any group of students of any makeup

17   that you would approve to have a club called the

18   Okeechobee GSA with the purposes set forth in its

19   bylaws at Okeechobee High School?

20        A    No.

21        Q    Upon what basis do you conclude that students

22   are confused or might be confused about their sexual

23   orientation?

24        A    Their conversations with me.

25        Q    Students have come to you and said that they

258

1    believe that students are confused -- may be confused

2    about their sexual orientation; is that correct?

3         A    Yes.  With a conversation, yes.

4         Q    Anything else besides that your experience in

5    those roles that lead you to believe that students

6    might be confused about their sexual orientation?

7         A    I mean, there's articles and research

8    articles.

9         Q    What articles and research articles are you

10   talking about?

11        A    Again, the same thing.  I don't remember the

12   specific articles that I have read.

13        Q    Have you read those articles?

14        A    Yes.

15        Q    When?

16        A    Throughout my career as an educator.

17        Q    Anything else besides your experience and

18   articles you have read?

19        A    No.

20        Q    Have you heard any misinformation or sexual

21   myths coming from Okeechobee GSA members?

22        A    Not that I recall at this moment.

23        Q    Have you heard any myths or misinformation

24   circulating at Okeechobee High School about gay and

25   lesbian people in general?

```
 1        answer it again for the sake of this.
 2             THE WITNESS:  Yes.
 3   BY MR. ROSENWALD:
 4        Q    Are all of the four students who turned in
 5   permission slips eligible for extra-curricular
 6   activities if they were still at the School?
 7        A    If they all have 2.0s or better, yes.
 8        Q    That is the only requirement for
 9   extra-curricular club participants?
10        A    Yes.
11             MR. GIBBS:  I might just add, yes, in light
12        of also what she said previously there are some
13        extreme examples such as a convicted felon, Court
14        orders.  They obviously have to comply with any
15        law enforcement with respect to students.
16   BY MR. ROSENWALD:
17        Q    Would Tealia DeBerry have been allowed to
18   serve as faculty adviser for any club?
19        A    I take it on a case-by-case basis so I can't
20   answer that.
21        Q    In your mind, is there any across the board
22   prohibition on her serving as the faculty adviser?
23        A    I don't know.  I would have to be presented
24   with the situation at the time.
25        Q    Was the Okeechobee GSA's choice of Tealia
```

```
1   DeBerry as a sponsor a basis in your mind to recommend
2   denying access to the GSA?
3       A    No.
4       Q    If a club proposed a faculty adviser whom you
5   did not approve, can they go and find another one?
6       A    They can go and make another recommendation.
7       Q    Was the Okeechobee GSA in this case given
8   that opportunity?
9       A    They didn't bring me any other -- they could
10  have brought me other names.  I didn't tell them not to
11  bring me any other names.  They did not.
12      Q    Finally, this is to you and to counsel.
13  Would you agree to produce any -- if you do think of
14  any articles or research on any of the subjects that we
15  have talked about today or in your deposition
16  previously, would you agree to produce those sources?
17              MRS. WELLER:  We would have already produced
18        them if we knew what they were.
19              MR. ROSENWALD:  If she at some time will
20        remember what they are, would you agree now to
21        produce them?
22              MRS. WELLER:  We would have anyway.
23              MR. ROSENWALD:  Will you agree now?
24              MRS. WELLER:  Yes.
25
```