# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF
OKEECHOBEE HIGH SCHOOL, et al.,

    Plaintiffs,

vs.

SCHOOL BOARD OF OKEECHOBEE
COUNTY,
    Defendant.

_____ /

**CERTIFIED COPY**

DEPOSITION OF:  WENDY PADGETT

| | |
|---|---|
| DATE: | December 13, 2007 |
| TIME: | 9:35 a.m. to 12:35 p.m. |
| | 1:30 p.m. to 3:15 p.m. |
| PLACE: | 410 NW 6th Street |
| | Okeechobee, Florida |
| TAKEN BY: | Amy J. Schreck, Registered Professional |
| | Reporter and Notary Public, State of Florida |
| | at Large |

APPEARANCES:
FOR PLAINTIFFS:    Robert Rosenwald, Jr., Esquire
                   American Civil Liberties Union
                   4500 Biscayne Boulevard, Suite 340
                 Miami, Florida 33137
                   (786)363-2713

                 Ken Choe, Esquire
                 American Civil Liberties Union
                   125 Broad Street, 18th Floor
                   New York, New York 10004
                   (212)549-2553

```
 1   Central Florida and my master's from the University of
 2   West Alabama.
 3        Q    What was your associate degree in?
 4        A    Elementary education.
 5        Q    Your bachelor's?
 6        A    The same.
 7        Q    Your master's?
 8        A    Guidance and counseling.  School guidance and
 9   counseling.  It's a master's in education and school
10   guidance and counseling.
11        Q    Did you have a minor in college?
12        A    No.
13        Q    I take it your major then was education?
14        A    Education, yes.
15        Q    Did you do -- did you do any kind of thesis
16   or dissertation for a master's program in education?
17        A    I did an internship but I did not do a
18   thesis.
19        Q    What was the title in internship?  Just tell
20   me about it.
21        A    It was 300 clock hours in the specified
22   different activities and written works that we had to
23   do on specific topics.
24        Q    What were those topics?
25        A    They were about counseling -- individual
```

25

1            MR. GIBBS:  Object to form.  You can answer.

2            THE WITNESS:  Not that I recall with

3        specifics.  I mean, again, I would have to look

4        through the curriculum -- through my program to

5        see.

6    BY MR. ROSENWALD:

7        Q    Can you tell me for how long you've been a

8    guidance counselor?

9        A    Four years.

10        Q    Is that all at Okeechobee High School?

11        A    No.

12        Q    Where else?

13        A    I spent two years at Everglades Elementary

14    School which was as a guidance counselor at the

15    elementary level and then two years at the high school.

16        Q    Is this your second year?

17        A    Yes.

18        Q    Last year was your first year?

19        A    Yes.

20        Q    So the 2006/2007 school year was your first

21    year as a high school guidance counselor?

22        A    Right.

23        Q    The 2007/2008 school year is your second year

24    as a guidance counselor?

25        A    Right.

```
1    BY MR. ROSENWALD:

2         Q    If you had to sue your school, would you be

3    angry?

4              MR. GIBBS:  Object to form.  Complete

5         hypothetical.  I mean --

6              THE WITNESS:  I don't know what all she's

7         gone through, so I don't know if I would be or

8         not.  I mean, I haven't been in her shoes so I

9         don't know.

10             MR. GIBBS:  This might be a good time to take

11        a break.  I've got a 10:30 call.  Take ten

12        minutes.

13                       (There was a short break.)

14   BY MR. ROSENWALD:

15        Q    Miss Padgett, what is your role as a faculty

16   adviser to the Gay-Straight Alliance?

17        A    My role would just to be present at meetings

18   and facilitate the meeting if need be.

19        Q    Anything else?

20        A    That's all I can think of.

21        Q    Is your role to monitor the content of the

22   meetings?

23        A    It would be to monitor, to make sure what was

24   supposed to be going on was going on.

25        Q    In your -- what have you been told is
```

1   supposed to be going on at the Okeechobee GSA

2   meetings --

3        A    That we were to be focused on bullying and

4   intolerance at Okeechobee High School and ways to

5   promote positives and stop the bullying and

6   intolerance.

7        Q    Were you told by anyone in the School

8   administration to limit the discussions to bullying and

9   harassment in general as opposed to bullying and

10  harassment against gay students?

11       A    Sorry.  Can you say that again?

12       Q    Were you instructed -- were you given any

13  limitations on what topics would be discussed at

14  Okeechobee GSA meetings?

15       A    We were not -- we were to focus on bullying

16  and intolerance that is happening at Okeechobee High

17  School and we were not to be discussing sexual

18  orientation or sexual harassment-type issues.

19       Q    Anything else?

20       A    Not that I can think of.

21       Q    Who told you that?

22       A    That came from Miss Wiersma.

23       Q    Anything else?  Anybody else?

24       A    Not that I can recall.

25       Q    Did Principal Wiersma tell you why these

36

1    limitations should be enforced?

2        A    Just that the concerns had been taken before

3    a Judge and that this is what the concerns were brought

4    down from the Judge were.

5        Q    What do you mean?

6        A    Just that that's all that she told me:  That

7    according to the courts, that's what we were supposed

8    to be doing as a Club.

9        Q    So is it accurate to say that you were told

10   by Miss Wiersma to prohibit discussion that talked

11   about sexual orientation at the Okeechobee GSA

12   meetings?

13       A    I'm trying to see if that's what she said.

14   Basically what I was told was that we were to be

15   discussing and working on ways as a Club to help stop

16   or do away with anything to do with bullying and

17   intolerance and have a more positive environment for

18   the students.

19       Q    Against gay students?

20       A    Well, in this situation that's what we were

21   dealing with, but the Club was for any bullying or

22   intolerance, just not for gay students.  It's gay or

23   straight students.

24       Q    What did you understand the purpose of the

25   Okeechobee GSA to be?

38

```
 1        Q      What activities have you done?
 2        A      We've done a pledge promotion during ally
 3   week and they have a day of silence.
 4        Q      Tell me about the pledge promotion during
 5   ally week.
 6        A      What exactly did you want to know about it?
 7        Q      Just tell me about it and what it is.
 8        A      It was a week that nationally is brought up
 9   for awareness against LGBT -- I think the initials are
10   right -- students and bringing awareness where the
11   students were at lunch and they gave -- they had other
12   students signing pledge cards and stuff to stop the
13   bullying and intolerance against these students.
14              They gave out pins that the other students
15   could wear on their shirts and so forth and we hung
16   posters and just bringing awareness of the concerns of
17   the students from the Club to the School.
18        Q      Was that a successful event?
19        A      I think it was.
20        Q      Was it beneficial to the School?
21        A      I think it was.
22        Q      Was there anything inappropriate that came up
23   during that activity that you had to -- that you felt
24   was inappropriate?
25        A      Not that I'm aware of.
```

```
1        Q      Any discussions about sex?

2        A      None that I was aware of.

3        Q      Any connection between this event and teen

4   sexuality?

5        A      Not that I'm aware of.

6        Q      You would be aware of it if it had happened.

7   Correct?

8        A      Well, I would only be aware of it if they

9   shared it with me -- if any of the students shared with

10  me.  I mean, I wasn't there.  I wasn't at the commons

11  area where they were at doing this during lunch.

12       Q      Did you have any reports of any negative

13  experience of any teachers, administrators relating to

14  ally week?

15       A      No, I wasn't.

16       Q      What other LGBT specific activities has the

17  GSA undertaken?

18       A      The only other thing that I'm aware of is the

19  day of silence and then as a Club the students read

20  quotes on the announcements dealing with intolerance

21  and bullying and promoting positiveness.

22       Q      Let me first turn to the day of silence.

23  Tell me about the day of silence.

24       A      I don't really know a lot about that.

25       Q      What do you know?
```

```
 1        Q     Did the day of silence conflict with the
 2   Schools's abstinence policy?
 3              MR. GIBBS:  Object as to form.  If you have
 4        an opinion, give it.
 5              THE WITNESS:  I really don't know.  Not that
 6        I would know of.
 7   BY MR. ROSENWALD:
 8        Q     Do you know of any Board policy that would be
 9   violated by participation in the day of silence?
10              MR. GIBBS:  Object as to form.  If you are
11        familiar with Board policy and want to proffer
12        guesses, you're welcome to.
13              THE WITNESS:  I really don't know.
14   BY MR. ROSENWALD:
15        Q     Students participated in ally week this
16   school year?
17        A     Yes.
18        Q     Was ally week disruptive at all?
19        A     Not that I am aware of.
20        Q     How many students participated in ally week?
21        A     Students as far as the whole campus?
22        Q     Sure.
23        A     I would have no way of knowing.
24        Q     How many GSA students participated?
25        A     I know of one specifically.  I don't know if
```

```
 1        Q    Did you take a more active role with that
 2   group?
 3        A    That was actually a class during the day as
 4   well, so I wouldn't think it was a more active role.  I
 5   mean, I did see the students on a daily basis because
 6   it was a class.
 7        Q    You taught the class?
 8        A    A journalist class and I taught it, yes.
 9                    (Padgett Exhibit Number 3 was
10                    marked for identification.)
11   BY MR. ROSENWALD:
12        Q    Could you identify this?  Have you ever seen
13   it before?
14        A    (The witness reviewed the document.)  Yes.
15        Q    What is it?
16        A    This is the bylaws of the Gay-Straight
17   Alliance.
18        Q    Could you read the first purpose as listed on
19   these bylaws out loud?
20        A    "A"?
21        Q    Yes.
22        A    "To promote tolerance and equality among
23   students of all sexual orientations and gender
24   identities through educational efforts and
25   awareness-building."
```

52

1       Q      Do you support that purpose?

2       A      Yes, I do.

3       Q      Do you think it's a worthy purpose?

4       A      Yes, I do.

5       Q      Any reason that the Club should be denied

6    access to Okeechobee High School based on this purpose?

7            MR. GIBBS:  Object as to form.  You can give

8       your opinion.

9            THE WITNESS:  Do I object?

10   BY MR. GIBBS:

11      Q      Yes.  Do you think that this is an

12   inappropriate purpose?

13      A      I don't think so in my opinion.

14      Q      Read letter "B," please.

15      A      "To inform members and the student body of

16   issues and events effecting the lives of lesbian, gay

17   bisexual, transgender and straight ally youth."

18      Q      Do you support that purpose of the Okeechobee

19   GSA?

20      A      Yes, I do.

21      Q      Do you have any problem with it?

22      A      No, I don't have any problem with it.

23      Q      Have you ever had an interest before being

24   the faculty adviser of the Okeechobee GSA in informing

25   the student body of interests and events affecting the

53

1    lives of lesbian, gay, bisexual, transgender, straight

2    and ally youth?

3        A    Did I ever have an interest in that?

4        Q    Has that ever been an interest of that of

5    yours in your life?

6        A    I haven't really given that much thought.

7        Q    Let's turn to C, "To create a" -- is the

8    purpose listed as "B" a reason in your opinion to deny

9    access to the Okeechobee GSA?

10           MR. GIBBS:  Object as to form.  You can

11       render your opinion.

12           THE WITNESS:  What was the question again?

13   BY MR. ROSENWALD:

14       Q    Is the purpose listed as "B" to inform

15   members and the student body of issues and events

16   affecting the lives of lesbian, gay, bisexual,

17   transgender, straight ally youth a reason in your

18   opinion to deny access to the Okeechobee GSA at

19   Okeechobee High School?

20           MR. GIBBS:  Same objection.

21           THE WITNESS:  Well, you know, as faculty

22       adviser, I would be just following in what ever

23       rules have been set forth by the School system and

24       what I would have to follow as faculty adviser.

25       As far as my own opinion, I don't have a problem

1   GSA?

2        A     Yes.

3        Q     Any problem with it?

4        A     No.

5        Q     Anything inappropriate about it?

6        A     Not in my opinion.

7        Q     Any reason why this purpose in your opinion

8   should be reason to deny access to the Okeechobee GSA?

9             MR. GIBBS:  Object to form.  You can give

10       your opinion.

11            THE WITNESS:  Not as long as it follows what

12       policy has in place.  I don't think so, no.

13   BY MR. ROSENWALD:

14       Q     Do you want to read Letter E?

15       A     "To create a safe, welcoming space for LGBT

16   and straight ally students to socialize and talk

17   together about issues they hold in common."

18       Q     Do you support this purpose of the Okeechobee

19   GSA?

20       A     Yes, I do.

21       Q     Any problem with it?

22       A     Personally or --

23       Q     Yes.  As the adviser.

24       A     As adviser, no, I don't have a problem with

25   it.

56

1      Q     Do you have a personal problem with it?

2      A     I don't have a personal problem with it.   I

3   think, you know, as long as the students, you know,

4   were meeting and discussing the issues they hold in

5   common where it was a positive environment, then it

6   would be a good thing.   Definitely.

7      Q     Any reason in your opinion that the purpose

8   "E" -- to create a safe, welcoming space for LGBT

9   straight and ally students to socialize and talk

10   together about issues they hold in common for that

11   purpose -- for that reason to deny access to the

12   Okeechobee GSA?

13          MR. GIBBS:  Object to form.  You can go ahead

14      and give your opinion.

15          THE WITNESS:  Again, as long as it follows

16      policy, I don't see where there would be a

17      problem.

18   BY MR. ROSENWALD:

19      Q     Are you aware of any policy that that purpose

20   would violate?

21          MR. GIBBS:  Object as to form.  If you know

22      the policies, you can answer.

23          THE WITNESS:  I don't have all of the

24      policies that -- no, not unless there was a policy

25      that conflicted with.

```
 1   BY MR. ROSENWALD:
 2        Q    Can you think of any policy it conflicts
 3   with?
 4        A    I don't really know all of the policies.
 5        Q    Can you think of any?
 6        A    No.
 7        Q    Were you present when the GSA was first
 8   proposed to Principal Wiersma?
 9        A    I wasn't present, no.
10        Q    When did you first hear about the Okeechobee
11   GSA?
12        A    Miss Wiersma asked me about -- I think it was
13   in October of last year.  So, October of '06 maybe.
14        Q    What did she say to you when she approached
15   you?
16        A    I don't recall specifically.  She asked me if
17   I would be interested in being the faculty on staff for
18   a group of students that wanted to meet concerning
19   issues.
20        Q    Did she say what the meetings were to entail?
21        A    Not in October, no.
22        Q    Did she tell you that a club had been
23   proposed?
24        A    She told me that the club had been proposed,
25   yes.
```

58

1    Q    What did she say about that?

2    A    It's a year ago.  Just that a group of

3  students wanted to get together to discuss issues

4  dealing with gay and lesbian concerns and I don't

5  remember specifically but, you know, wanted to meet on

6  campus and they were having to -- they would have to do

7  like any other club and get a sponsor, so forth, and

8  would I be interested in being a sponsor for them.

9    Q    Did she suggest that your role would be

10 faculty adviser of a club or a guidance counselor to a

11 group of students sitting in a group session?

12   A    It wasn't a counseling session.  I mean, it

13 wasn't -- it was to be -- I don't remember specifically

14 word-for-word, but it was to be like the faculty

15 adviser over a group of students that were proposing

16 getting a club started -- a new club started on campus.

17   Q    Was it your understanding that she was asking

18 you to serve as the faculty adviser for a club called

19 the Gay-Straight Alliance?

20   A    I believe it was.

21   Q    It was your understanding that if you

22 accepted that, that there would be a Gay-Straight

23 Alliance at Okeechobee High School?

24   A    It wasn't that detailed of a discussion that

25 I recall.

63

```
 1   told the four girls that I was concerned about the
 2   emotional issues they had raised and invited them to
 3   meet with Mrs. Padgett."
 4            Do you remember a meeting where Miss Wiersma
 5   met with students and proposed that they meet with you?
 6        A    I wasn't present at that meeting, no.
 7        Q    Are you aware of any emotional issues that
 8   the students raised to Miss Wiersma?
 9        A    Emotional issues?
10        Q    Yes.
11        A    Just that they were being bullied on campus.
12        Q    Did any of the students tell Miss Wiersma
13   from the facts that you know that they were personally
14   being bullied?
15        A    I know of one incident.
16        Q    What incident?
17        A    It was one with Yasmin and it wasn't anything
18   that happened on campus.  It happened on her "My
19   Space."
20        Q    What was that?
21        A    Where another student had sent her a note or
22   message or what ever they do on My Space -- what do you
23   call it?
24            MR. GIBBS:  A note or a message.
25        A    They had sent her, I guess, a message that
```

64

```
1     was very derogatory towards her.
2          Q     When was that?
3          A     I don't know when that took place.  It was in
4     the last school year.  I don't know exactly but Yasmin
5     shared that with me.
6          Q     What do you do about it?
7          A     The student that had sent that message was
8     one of my students and I spoke with that student.
9          Q     What did the message say?  Did you see it?
10         A     Uh-huh.  She brought it to me.
11         Q     What did it say?
12         A     I don't remember exactly.  It was very
13    derogatory.
14         Q     Do you remember in general how it was
15    derogatory?
16         A     It was about her being gay or lesbian and
17    just -- I don't remember exactly.
18         Q     Was it a message that was sent directly to
19    Yasmin or was it posted on the My Space page for all of
20    the world to see?
21               Do you know?
22         A     I don't really know.
23         Q     Can you tell me anything more about what this
24    message said?
25         A     I don't really recall.  That has been, like,
```

82

1       Q    Does this refresh your memory at all about

2    what happened at the May 2nd, 2007 meeting?

3       A    Not of the May meeting.  That I don't have

4    the notes for.  Jessica was keeping the notes as

5    officer of the meeting and I didn't have copies of

6    that.  She said she couldn't find those.

7       Q    Do you mean Jessica or Yasmin?

8       A    Jessica.  Jessica was doing the notes.

9       Q    In May of 2007?

10      A    In May.

11      Q    Who was present at the May 2nd, 2007 meeting?

12      A    That was Yasmin Gonzalez, Jessica Donaldson

13   and Matthew Walker.

14      Q    What happened at that meeting?  What did they

15   talk about?

16      A    Well, we just talked about the Club and went

17   over the bylaws and just in general discussion of what

18   we could do as a group in a club, what we wanted to do,

19   what they wanted to do.

20      Q    Did any student attempt to talk about sexual

21   activities at that meeting?

22      A    I believe it was brought up -- well, sexual

23   activity, sexual-type innuendoes were brought up and I

24   just told them we needed to -- I don't know how I put

25   it -- not discuss that.  The discussion was to focus

83

1   more on the bullying and intolerance at Okeechobee High

2   School and we need to focus more in that direction.

3        Q    Who was the student or students who brought

4   up issues relating to sexual innuendo that you talked

5   about?

6        A    Yasmin.  Yasmin.

7        Q    What did she say?

8        A    Just that she wanted to discuss gay and

9   lesbian topics and issues dealing with gay and

10  lesbian -- I don't remember exactly word-for-word --

11  topics and how they were being bullied because they

12  were gay.

13       Q    That, in your mind, is sexual innuendo?

14       A    Well, if we delve more into the topic of gay

15  and lesbian topics and why they're bullying and what

16  they're saying, it does.

17       Q    Anything else that Yasmin or anyone else

18  said?

19       A    About?

20       Q    Any sexual topic.

21       A    Not that I recall.  I mean, it's been a long

22  time ago.

23       Q    Anything that anyone else said that you found

24  objectionable?

25       A    Well, Matt brought up basically issues

1      record?

2           THE WITNESS:  "Of all religions, Christianity

3      is without a doubt that should inspire tolerance

4      most.  Although up to now, the Christians have

5      been the most intolerant of all men."

6  BY MR. ROSENWALD:

7      Q    Who was that?

8      A    Volunteer quotes.

9      Q    Other than the proposed quote that you

10  rejected and you've just pointed out to us, was there

11  anything else objectionable in that meeting?

12     A    Just the changing of the name Yasmin

13  objected.  You mean from me?

14     Q    Any topic that was proposed to be discussed

15  or discussed that you found would violate School

16  policy.

17          MR. GIBBS:  Objection as to form.  You can

18      speak as to what you know.

19          THE WITNESS:  Not that I recall but, again,

20      without the minutes, I don't remember everything

21      that was discussed.  But the only other issue that

22      I recall is that Oz brought up the name change and

23      Yasmin said no and it was left at that.

24  BY MR. ROSENWALD:

25     Q    Was there any mention of sex?

1       A     I don't recall.

2       Q     Any activity that conflicted with the

3  School's abstinence policy?

4             MR. GIBBS:  Object as to form.  You can go

5       ahead and answer.

6             THE WITNESS:  Not that I recall.

7  BY MR. ROSENWALD:

8       Q     Any obscene speech?

9       A     Not that I recall.

10      Q     Just turn back to the May 2nd meeting for one

11 moment.

12            Did you discuss the May 2nd meeting with

13 Principal Wiersma either before or after the meeting?

14      A     I didn't before.  I'm sure I have since the

15 May 2nd meeting but, I mean --

16      Q     After that particular meeting, do you

17 remember talking do her?

18            MR. GIBBS:  Objection.

19            THE WITNESS:  On that same day or --

20 BY MR. ROSENWALD:

21      Q     Yes.

22      A     I don't recall.

23      Q     Do you remember talking to her about the

24 subject of the May 2nd meeting in particular?

25            MR. GIBBS:  Objection; asked and answered.

```
 1        interpretation calling it a meeting is a

 2        compliment in the extreme but go ahead.

 3            THE WITNESS:  We didn't really, like, have

 4        elections.  It was just basically handed over

 5        because she was the only other one there besides

 6        me.

 7   BY MR. ROSENWALD:

 8        Q    What was discussed at that meeting besides

 9   Jessica Donaldson becoming president?

10        A    I don't really recall.

11        Q    Anything objectionable?

12        A    Not that I recall.

13        Q    Any mention of sex?

14        A    Not that I recall.

15        Q    Any activity or discussion that conflicted

16   with the School's abstinence policy?

17        A    Not that I recall.

18        Q    Any obscene speech?

19        A    Not that I recall.

20        Q    Was there anything that the students wanted

21   to do at that meeting that you would not allow them to

22   do?

23        A    Not that I remember.

24        Q    Let's turn next to the September 14, 2007

25   meeting.  Tell me who was at that meeting.
```

1      A      At that meeting was Jessica Donaldson,

2  Nicholas Velazquez (phonetic) and Stephanie Gardner

3  (phonetic).

4      Q      What happened at that meeting?  What was

5  discussed?

6      A      I have notes.  We discussed meeting dates

7  and, you know, when we would meet, what days would be

8  good for everyone.  We discussed ally week and when

9  that was and day of silence and the quotes of the week

10 and when they would be given and who would do them.

11     Q      Anything else?

12     A      Not that I recall.

13     Q      Was there anything objectionable discussed at

14 that meeting?

15     A      No.

16     Q      Any mention of sex?

17     A      No.

18     Q      Any activity that conflicted with the

19 School's abstinence policy?

20     A      Not that I recall.

21     Q      Any obscene speech?

22     A      No, not that I recall.  No, there wasn't.

23     Q      Was there anything that the students wanted

24 to do that you would not allow them to do?

25     A      Not that I recall.

```
1        could come meet with me without a problem.
2   BY MR. ROSENWALD:
3        Q    Do you think there's any reason why these
4   students should meet with a trained guidance counselor
5   to discuss the issues that they propose in the bylaws
6   as opposed to meeting as a Club?
7             MR. GIBBS:  Object to form.  I'm not quite
8        sure I follow that.
9             MR. ROSENWALD:  I'll repeat it.
10  BY MR. ROSENWALD:
11       Q    Is there any reason why these students should
12  meet with a trained guidance counselor as a group to
13  discuss the issues that they proposed in the bylaws as
14  opposed to meeting as a Club?
15            MR. GIBBS:  Same objection.  Go ahead.
16            THE WITNESS:  I mean, I'm meeting with them
17       and was willing to meet with them either way.
18  BY MR. ROSENWALD:
19       Q    I understand that you're willing to do either
20  way, but is there any reason in your mind why they
21  should meet with you as a guidance counselor as opposed
22  to meeting with a faculty adviser as a Club?
23       A    Well, I guess the concern I would have is,
24  you know, it depends on why they -- what they're
25  wanting to discuss and what their goals and bylaws
```

1    violates Board policy to meet as a club, is there any

2    reason in your professional opinion as a trained

3    guidance counselor that these kids need to meet to

4    discuss the issues in their proposed bylaw purposes

5    with a trained guidance counselor as opposed to meeting

6    as a club with a faculty adviser?

7              MR. GIBBS:  Objection as to form.

8              THE WITNESS:  I guess I don't thoroughly

9         understand the whole the difference really.

10   BY MR. ROSENWALD:

11        Q    Is there any difference in your mind between

12   meeting with a guidance counselor and meeting as a

13   club?

14             MR. GIBBS:  Objection to form; asked and

15        answered a few hours ago but we can answer it

16        again.

17             MR. ROSENWALD:  Thank you.

18             THE WITNESS:  No, I guess not.

19   BY MR. ROSENWALD:

20        Q    Did you volunteer to be the faculty adviser

21   for the GSA?

22        A    Did I volunteer?

23        Q    Or were you sought out?  Were you asked?

24             MR. GIBBS:  Objection; asked and answered

25        again.

123

```
1              THE WITNESS:  I mean, I was asked if I would
2         like to.  If I volunteered?  Yes.
3    BY MR. ROSENWALD:
4         Q    Were you asked by -- sorry.  I don't mean to
5    interrupt you.
6              Were you asked by any student to be the
7    faculty adviser by the GSA?
8         A    Not by a student.
9         Q    Were you asked by Miss Wiersma to be the
10   faculty adviser for the GSA?
11        A.   Yes.
12        Q    Have the students, in fact, objected to you
13   being their faculty adviser?
14             MR. GIBBS:  Objection again.  Go ahead.
15             THE WITNESS:  Yasmin did last year.  There's
16        not been any objection to my knowledge since.
17   BY MR. ROSENWALD:
18        Q    Do you think that the name ADAPT would delete
19   the focus of the group from LGBT related issues to
20   something else?
21        A    No, I don't feel like it would delete it.  I
22   think it would open up the School population itself and
23   to helping the LGBT express their bylaws even better
24   because change takes one small step after another.
25             So, if we can get more people that have the
```

136

1   deposition that day at I think 3:30 or something and

2   that she would need to be getting ready to come for her

3   deposition versus being at the meeting.

4        Q    Did she tell you at that time that she would

5   tell you when she wanted to call another meeting?

6        A    No.  We discussed the second Wednesday in

7   January's date and that we would need to get together

8   before then -- she would need to come to me before then

9   so we would know -- so we could announce so that we

10  could get attendance going then again for January and,

11  you know, some ideas they have, we were going to be

12  getting ready to do for the rest of the semester.

13       Q    So help me understand.  Did you agree with

14  her that January 14th would definitely be another

15  meeting or did you set that as a tentative date for to

16  look at in the future?

17       A    No.  They're set for every second Wednesday

18  of the month.  The only month that we said we would put

19  on hold was March because that's FCAT which is your

20  State-wide testing day and I'm involved in that a

21  little.

22       Q    Can you name anything at all that the

23  Okeechobee GSA has done to promote premarital sexual

24  activity?

25            MR. GIBBS:  Objection as to form.

1              THE WITNESS:   No, not that I can think of.

2    BY MR. ROSENWALD:

3        Q     Any activity that would lead to premarital

4    sexual activity?

5        A     We don't discuss -- we have not discussed any

6    of those things.

7        Q     Does the Okeechobee GSA interfere with

8    communication with parents about sexual issues?

9        A     I would have no way to know that.

10        Q     As a trained guidance counselor, do you think

11    the presence of a club called the Gay-Straight Alliance

12    interferes with communication with parents about sexual

13    issues?

14            MR. GIBBS:   Object to form.   She already

15        answered it.

16    BY MR. ROSENWALD:

17        Q    You can still answer.

18        A    I've already answered it, so I'll just leave

19    it at that.

20        Q    Your answer is "I don't know."  Is that what

21    you said?

22        A    Well, I don't know.   We have answered so many

23    questions that are similar.

24            MR. GIBBS:   You want the court reporter to

25        read back your --

138

1           THE WITNESS:  Yes, please.

2                   (The last question was read by the

3                   reporter.)

4  BY MR. ROSENWALD:

5      Q    Nothing in your training would prepare you to

6  answer that question or would give you information?

7      A    Well, I mean, I would -- I wouldn't know what

8  a parent could discuss or if it hindered the discussion

9  with their child.  I mean, I wouldn't know if it

10 hindered their discussion with their child.

11     Q    I'm not asking about any particular parent

12 discussion.  I'm asking in general.

13          Does the presence of the GSA on campus hinder

14 in general parents' ability to discuss with their

15 children sexual issues?

16          MR. GIBBS:  I'm objecting as to form and we

17     are up to number three.

18          THE WITNESS:  Again, I don't know how I would

19     know in general whether that interfered with their

20     discussion or not.

21 BY MR. ROSENWALD:

22     Q    Has the Okeechobee GSA ever forced a

23 discussion of inappropriate issues on high school

24 students including sexual issues?

25     A    The GSA has not, no.

139

```
 1        Q    Has any student suffered negative outcomes as
 2   a result of his or her participation in the Okeechobee
 3   GSA?
 4        A    Not to my knowledge.
 5        Q    Has the Okeechobee GSA ever done anything at
 6   all to promote contact by underage students with
 7   adult-only material?
 8        A    Not our High School Club, no.
 9        Q    Tell me specifically any discussions that
10   have taken place at an Okeechobee GSA meeting that are
11   inappropriate for high school students.
12             MR. GIBBS:  I want to object as to form.  Are
13        you asking in addition to what she's already
14        talked about?
15             MR. ROSENWALD:  Okay.  We can do that.
16   BY MR. ROSENWALD:
17        Q    In addition to what you've already --
18             MR. GIBBS:  I guess what I'm trying to say,
19        we've talked ad nauseam about the initial meeting
20        Yasmin and Matt Walker that were both shut down.
21   BY MR. ROSENWALD:
22        Q    Besides Yasmin's suggesting something having
23   to do with -- we've never really clarified exactly what
24   she said and Matt Walker wanting to talk about some how
25   the connection of the Bible and homosexuality --
```

```
1          I only know the members in the Club on campus.
2    BY MR. ROSENWALD:
3          Q    When I say student sexual predator, I don't
4    mean any legal designation of them by the State.   I'm
5    just meaning them.
6               Do you consider them to be sexual predators?
7          A    No.
8          Q    Do you contend that any GSA member has
9    engaged in unlawful sexual contact with anyone?
10         A    Do I have knowledge?
11         Q    Yes.
12         A    No, I have no knowledge.
13         Q    Do you contend that any GSA member has
14   attempted to engage in lawful sexual conduct with
15   any --
16         A    No, I do not.
17              MR. GIBBS:  Just a second.  It's quarter to
18         three.
19              MR. ROSENWALD:  Five minutes.
20              MR. GIBBS:  If we could get them done, then
21         we'll take a break.  I don't want to keep Jessica
22         too late tonight.
23   BY MR. ROSENWALD:
24         Q    What religion are you?
25              MR. GIBBS:  Objection.  I'm not sure there's
```