# Exhibit D

1

```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA

          Case No. 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF
OKEECHOBEE HIGH SCHOOL, et al.,

      Plaintiffs,

vs.

SCHOOL BOARD OF OKEECHOBEE
COUNTY,
      Defendant.
_____ /
```

CERTIFIED COPY

```
            DEPOSITION OF:  JENNY GODWIN
DATE:            February 6, 2008
TIME:            4:55 p.m. to 7:25 p.m.
PLACE:           410 NW 6th Street
                 Okeechobee, Florida


TAKEN BY:        Amy J. Schreck, Registered Professional
                 Reporter and Notary Public, State of Florida
                 at Large


APPEARANCES:
FOR PLAINTIFFS:      Robert Rosenwald, Jr., Esquire
                     American Civil Liberties Union
                     4500 Biscayne Boulevard, Suite 340
                     Miami, Florida 33137
                     (786)363-2713
                     Ken Choe, Esquire
                     American Civil Liberties Union
                     125 Broad Street, 18th Floor
                     New York, New York 10004
                     (212)549-2553
```

1      Q    Throughout the deposition I may refer to the

2  "GSA."  When I do, I mean Plaintiff, Gay-Straight

3  Alliance of Okeechobee High School.

4        Okay?

5      A    Okay.

6      Q    And throughout the deposition I may refer to

7  "abstinence."  When I do, I mean abstinence from sexual

8  activity.

9        Okay?

10     A    Yes.

11     Q    Are you a faculty member at Okeechobee High

12  School?

13     A    Yes, sir, I am.

14     Q    For how long have you been a faculty member?

15     A    This is my 34th year.

16     Q    I'll ask you to let me finish the question

17  before you answer.

18        Please describe in general terms your

19  responsibility as a faculty member.

20     A    As a faculty member I am the Life Management

21  Skills teacher.

22     Q    Anything else?

23     A    I'm also the Parenting teacher.

24     Q    Anything else?

25     A    I'm just -- no.  That is basically my

1    Okeechobee High School?

2         A     This is my third year.

3         Q     In what grades do you teach Life Management

4    Skills?

5         A     Grade 10 through 12.

6         Q     In what grades do you teach Parenting?

7         A     In what ever grade there's a parent.

8    Predominantly 10 through 12 but we have parents in

9    other grades also.

10         Q     Is Life Management Skills a mandatory class

11    or an optional class?

12         A     It is mandatory.  It's mandatory, yes.  I'm

13    not sure but that may be changing.  I'm not up to date

14    on the most recent legislature but it has been -- since

15    I've been teaching it, it has been a required subject.

16    It's required for graduation from a high school in

17    Florida.

18         Q     Is Life Management Skills a semester long or

19    year long?

20         A     One semester.  We're only together for 18

21    weeks.

22         Q     Do you teach Life Management Skills in both

23    the fall and spring semesters?

24         A     Yes, sir.

25         Q     Is Parenting a mandatory class or optional

1   in a chapter called "Challenging Times" and it's about

2   the consequence of teen sexuality or teen pregnancy and

3   about STDs, including HIV.  It kind of all comes

4   together in that chapter.  I spend about a week on it.

5          I will tell you the truth on it.  I used to

6   spend more time on it but because of all of the

7   testing, we really have to chop down on·things.

8          Q    With respect to the topic of abstinence --

9          A    Yes.

10         Q    -- what specifically do you teach in the Life

11  Management Skills?

12         A    Well, I tell them what I believe abstinence

13  is because I think that they have a negative

14  connotation with the word, and so I explain to them

15  that my understanding is -- the way I believe it means

16  is that you're not ever going -- it doesn't mean you're

17  never going to have sex, not signing up to be a nun or

18  a priest but that you're waiting until it's the right

19  time in your life to take these risks that we talk

20  about:  The risk of being a teen parent, the risk of

21  contracting a sexually transmitted disease including

22  AIDS that will kill you.

23         Q    Anything else?

24         A    That's pretty much my direction.

25         Q    Who decides what you teach with respect to

1    the Life Management Skills class?

2         A    Well, the State has guidelines that I follow

3    and I also follow what ever instructions I'm given by

4    my leader, you know, whether it be my Principal or what

5    ever my Principal tells me and at times through the

6    years my Principals have given me instructions as to

7    what to teach and what not to teach.

8         Q    Does anyone else besides the State and the

9    Principal determine what you teach in the Life

10   Management Skills class?

11        A    Well, I would say that the Superintendent and

12   the School Board would have a say in it.

13        Q    Anything else?

14        A    Principal.  I think that's about it.

15        Q    Who communicated to you what you were

16   supposed to teach in the Life Management Skills class?

17        A    Well, in the beginning it was pretty much

18   just a name, you know, Life Management Skills because I

19   was there when it started and then information came

20   down from the State in the form of a big notebook and

21   then through the years, you know, there's some issues

22   that are controversial and through the years I've

23   gotten specific instructions as to certain topics to

24   cover and topics that were not to be covered.

25        Q    Who communicated that to you?

1      Q     Is there any other faculty member at

2   Okeechobee High School who teaches Parenting?

3      A     No.

4      Q     Is Health I, Life Management Skills the "life

5   management skills" to which you would have been

6   referring?

7      A     Yes.

8      Q     Is Parenting I the Parenting class to which

9   you've been referring?

10     A     And also that is for a second semester,

11  Parenting II.

12     Q     Is there a class at Okeechobee High School

13  called Health Education Variation?

14     A     Not that I'm familiar with.

15     Q     Other than what we have discussed, do you

16  teach about human sexuality?

17     A     No.  I mean, other than the things that we've

18  talked about.  Anything that has to do with HIV and

19  AIDS, yes.  Other than that, unless it pertains to

20  sexually transmitted diseases, HIV and AIDS or the

21  consequences of teen pregnancy, those are my three

22  topics.  Again, it's not like we focus on this for long

23  periods of time.  It's a very short period of time.

24     Q     With respect to HIV prevention, what

25  specifically do you teach?

22

1      A      Well, of course, abstinence and then they

2  don't have to worry about it.

3      Q      Anything else?

4      A      We talk about monogamy for people who are

5  sexually active because this comes directly from the

6  Surgeon General's report -- the Ex-Surgeon General, C.

7  Everett Coop.  This is where I got my information.  I

8  do update because it has been a while.  It seems like

9  yesterday to me but, of course, it's been a while.

10         The monogamy thing -- and I do mention about

11  condoms and I tell them we don't have a lot to thank

12  AIDS for.  But that's the only thing that I can think

13  of is that it is okay for me to say that word in class

14  and that it always goes back to it's better to wait and

15  then you don't have to worry about all these other

16  things.

17      Q      Is there anything else that you teach with

18  respect to HIV prevention?

19      A      No.  I believe that covers it.

20      Q      You mentioned condoms.  What do you teach

21  with respect to condoms?

22      A      I explain to them that they're not a hundred

23  percent and that it falls into the category of "better

24  than nothing" is basically what I teach them.  It's a

25  barrier between the body fluids of one person and the

23

1    body fluids of another person but it's not a hundred

2    percent.

3         Q    Anything else?

4         A    No.

5         Q    Other than what we've already discussed, what

6    do you teach with respect to STD prevention?

7         A    It's the ABCs of STDs.  I teach the ABCs of

8    STDs.  Of course, the "A" stands for abstinence.  It's

9    what we always go back to.

10        Q    Anything else?

11        A    Not that I can think of.

12        Q    You mentioned that "A" stands for abstinence.

13   Do "B" and "C" stand for anything?

14        A    Yes.  "B" monogamous and "C" stands for

15   condoms.

16        Q    Is there anything else that you teach with

17   respect to STD prevention?

18        A    Prevention, no.

19        Q    Other than what we've already discussed, what

20   do you teach with respect to pregnancy prevention?

21        A    Pregnancy prevention.  I really am thinking

22   on this, but I'm thinking that the thing that we

23   discussed about pregnancy prevention is to abstain.

24   Okay.

25             There's the tape.  But, again, the reason for

1    the tape is the abstinence message.  That's why it's

2    called "It Only Takes Once" because that's what we want

3    them to have:  Zero.

4         Q    Anything else that you teach with respect to

5    pregnancy prevention?

6         A    No, sir.

7       · Q    Do you teach about birth control?

8         A    No, sir.

9              MR. GIBBS:  I just want to maybe object as to

10             form.  She's clearly discussed condoms and the

11             term "birth control" has lots of meanings to lots

12             of people.  I just want to keep the record clear.

13             THE WITNESS:  Yes.  I wanted to clarify that

14             too.  We do mention condoms in respect to HIV and

15             disease prevention.

16             But as far as contraceptives, there is not a

17             lesson on contraceptives.  We do talk about

18             condoms but it's in regards to disease prevention

19             and there is not a lesson any where ever have I

20             taught a lesson on contraceptives.

21             MR. CHOE:  Thank you for that clarification.

22   BY MR. CHOE:

23        Q    Can students obtain information about

24   contraceptives from a faculty or staff member at

25   Okeechobee High School?

1     A     Basically if it were me, I would refer them

2  to the Health Department, to the School nurse or the

3  Health Department.

4          If they ask me a specific question about

5  something, I feel at liberty to answer it.  I will

6  answer their questions.  I don't present the material

7  but if they ask me a question, I will answer it.

8     Q     Including a question about contraceptives?

9     A     Well, depending possibly on what the question

10  is.  You know, I would answer it or I would refer them

11  either to the School nurse or to the Health Department.

12     Q     What if the question were about whether the

13  pill decreases the chances of a pregnancy?

14     A     My answer for that is it's not a hundred

15  percent.

16     Q     Anything else?

17     A     Not that I can think of.

18     Q     What information does the School nurse give

19  to students about contraceptives?

20     A     You know, I really can't speak to that

21  because I really don't know.

22     Q     What is the name of the School nurse?

23     A     I really don't know.  We used to be a small

24  school system where we knew everyone's name but we're

25  not any more, and I do not know the School nurse's

1      Q     -- to the week of January 1st and review the

2   page.

3      A     January 2007.

4      Q     This page refresh your memory of what school

5   year this lesson book is from?

6      A     I believe this would be from school year

7   2006/2007.

8      Q     Thank you.  Do you rely on -- sorry.  Did you

9   rely on this Lesson Plan Book in the course of teaching

10  Life Management Skills?

11     A     Yes.

12     Q     Do you have any sort of Lesson Plan Book for

13  this school year?

14     A     Yes.

15           MR. CHOE:  Sorry to do this to you, but I'm

16        going to ask opposing counsel to supplement their

17        responses to discovery with the Lesson Plan Book

18        for the current school year.

19  BY MR. CHOE:

20     Q     Please turn to the week of August 14th and

21  review the Wednesday entry.

22     A     (The witness reviewed the document.)  Yes.

23     Q     Does it say, quote, Describe qualities that

24  make people unique?

25     A     Yes.

1      Q      What does this mean?

2      A      That we're all different.

3      Q      And what sort of discussion do you lead with

4  your students to impart that lesson?

5      A      Just that we all come from different

6  backgrounds, we have different parents, we have

7  different beliefs, we have different religions, we have

8  different racial makeups.

9              It's what makes everything interesting:

10  We're all different.

11      Q      Have you ever brought up a person's sexual

12  orientation in the course of this lesson?

13      A      No, sir.

14      Q      Has any student ever brought up sexual

15  orientation in the course of this discussion?

16      A      I don't believe so.  They're pretty new here.

17  They're pretty shy.  No, I don't ever remember anyone

18  ever bringing that up.

19      Q      If someone were to bring up sexual

20  orientation, something that would make someone

21  different, would that be inappropriate?

22      A      I don't think that it's inappropriate as

23  being unique.  No, sir, I don't.

24      Q      And have you received any instruction from

25  any School official that students are not to raise

1    sexual orientation in the course of having this
2    discussion?

3         A    No one in my career has ever said that to me.

4         Q    Please turn to the week of December 11th.
5    Review the Tuesday, Wednesday and Thursday entries.

6         A    (The witness reviewed the document.)  I can't
7    read it but I believe this Monday -- would it be okay
8    to start with Monday?  Uh, oh.  I just wrote on this.

9              This is the Chapter 14 that I was talking
10   about earlier which is the chapter entitled
11   "Challenging Times," and that's where we discussed
12   these topics that I believe you're most interested in.

13             On Tuesday I see that they had a drug test so
14   that was the end of something.  Then it says "STDs
15   handout" which is that brochure that I told you about
16   and -- does it say something else?

17        Q    I'm not sure.  Why don't we move on to
18   Wednesday.  What is under Wednesday?

19        A    HIV/ -- I can't read the rest.

20        Q    Does it say "AIDS"?

21        A    I would think that it would because normally
22   that goes.  I try -- I learned that in the course that
23   I took that you should never just talk AIDS.  It's
24   always HIV/AIDS because there's a difference.  And so
25   when I write it, every time I write it I try to write

34

1   that I can think of.

2       Q    Is this an accurate summary of what you

3   taught on Monday and Tuesday of the week of

4   December 18, 2006?

5       A    These were two-hour blocks.  So, actually

6   what I did was, I gave semester tests but my test

7   doesn't take two hours.

8           So what I did was, I tried to do a lesson

9   that I had to cut because of time.  So in other words,

10  I did two days' worth of lessons in one day.  That's

11  why it says that.  Because I had run out of time and I

12  gave the semester test first and second period and then

13  I also tried to do another lesson that day and it was

14  probably -- it looks like -- I know it was the

15  consequences of teen pregnancy and I showed them the

16  tape because the tape is not that long.  So I was able

17  to get all that done in that in that two-hour block.

18                          (Godwin Exhibit Number 2 was marked

19                          for identification.)

20  BY MR. CHOE:

21      Q    Please review it and let me know when you've

22  completed your review.

23          Do you know what this is?

24      A    (The witness reviewed the document.)  Yes.

25  This represents the pamphlet that I give each and every

1    student that I have and anyone else that is interested.

2    It looks different in black and white.  I'm used to

3    seeing it in color but, yes, this is a fair

4    representation.

5         Q    Putting aside the last page looking at

6    everything except the last page, do you hand this

7    pamphlet out in its entirety to the students?

8         A    Yes.

9         Q    Do you put any disclaimers or qualifications

10   on it when you hand it out to your students?

11        A    Not at the moment.  I hand it out but in

12   going over it, I might put some disclaimers on it, yes.

13        Q    What disclaimers do you put on it?

14        A    That we strongly recommend that they abstain

15   so that they don't have to worry about this.  Because

16   if there's no other lesson that the students listen to,

17   this is the one day that I have their undivided

18   attention and I make it perfectly clear to them -- as

19   appalled as they are by us going over these things --

20   they're very, very concerned, they're very turned off

21   by this.

22             So, I make it clear to them that if they

23   abstain, if they wait -- again, I stress to them that

24   it doesn't mean that they are never going to have sex,

25   just to wait, then they won't have to worry about this

1   right now.

2        Q     Is there any other disclaimer or

3   qualification you put on this when you give this to

4   your students?

5        A     Again, it's the ABCs of STDs.  Just in all --

6   you know, in all that I do, the bottom line is to wait

7   and then take this off your shoulders; don't worry

8   about it so you don't have to worry about it.

9        Q     Is there any other disclaimer or

10  qualification that you put on this when you give this

11  to your students?

12       A     None that I can think of at this moment.

13       Q     Please turn to the last page of Exhibit 2.

14  Is this handwriting on this page your handwriting?

15       A     Yes, it is.

16       Q     For whom did you write this?

17       A     I wrote this on my own accord to explain --

18  as I did on my other materials -- to Miss Wiersma.

19       Q     Was this note intended for anyone besides

20  Miss Wiersma?

21       A     I mean, anybody who would want to know.  I

22  mean, it isn't a secret.  I just wanted to make sure --

23  this was my initiative.  I wanted to make sure that she

24  knew everything because there are no secrets in Life

25  Management Skills.

1        Q     What did you want Miss Wiersma to know when

2    you wrote this note?

3        A     I just wanted her to be aware that it was a

4    material that we used in class.

5        Q     Anything else?

6        A     Not really.  I just wanted to be forthcoming

7    'on everything that I use in class.

8        Q     Who is Mr. Kirsch (phonetic)?

9        A     Mr. Kirsch is the previous Principal and so I

10   knew he was aware of it because he previewed it.   He

11   viewed it first and then he okayed the order of

12   additional pamphlets.  So, I knew for sure he was aware

13   but I didn't know if she had seen it or not.

14       Q     I'm showing you what I'm asking the court

15   reporter to mark as Exhibit 3.

16                          (Godwin Exhibit Number 3 was marked

17                           for identification.)

18   BY MR. CHOE:

19       Q     Please review this and let me know when

20   you've finished reviewing it.

21       A     (The witness reviewed the document.)  I'm

22   through.

23       Q     Do you know what this is?

24       A     Yes.

25       Q     What is it?

1    A    This is my typed copy of my lecture notes on
2  HIV and AIDS.
3    Q    Are these the lecture notes to which you
4  referred earlier in your testimony today?
5    A    Yes.  Go ahead.
6    Q    Do you give this item to your students?
7    A    I do now.  I didn't used to because I had
8  them -- I threw them up on the screen and they copied
9  them.  But in the interest of time, I now give them a
10  copy of these for their notebook and we go over it
11  together and I do make some updates.  I do some
12  updating as we go through.  I have a mark through
13  things and update.
14        Yes, I do give them a copy of these now
15  because we've run out of time.
16    Q    When did you start giving this item to your
17  students?  Was it more than two school years ago?
18    A    Yes.
19    Q    Do you give this item to your students in its
20  entirety?
21    A    Yes.
22    Q    Do you put any disclaimer or qualification on
23  this when you give this to your students?
24    A    Well, we always go back to the same
25  disclaimer that, again, if you wait, if you abstain --

```
1    my description of "abstinence," if you wait, you won't
2    have to worry about this; it's another reason to wait.
3         Q    Any other disclaimer or qualification you put
4    on this when you give this to your --
5         A    I do make some corrections and have them hold
6    a pencil.  We no longer call this -- we no longer call
7    this "ARC," for example.  To give you an example,
8    II(B), we no longer call that "ARC."  That is an
9    outdated term.
10                (The witness reviewed the document.)
11                And, again, this information comes from the
12   Ex-Surgeon General of the United States, C. Everett
13   Coop.  In the last section IX where it says "future," I
14   have them put a big "X" over that because the future is
15   now history.
16                And the last two points -- I end with these
17   last two points.  Presently no cure for AIDS and
18   there's presently no vaccine to prevent it.  So, that's
19   the end.
20        Q    Other than that what you've already
21   mentioned, are there any other qualifications,
22   disclaimers or corrections that you make to this when
23   you give this to your students?
24        A    (The witness reviewed the document.)  Not
25   that I can think of at this moment.
```

```
 1        appreciate the clarification.

 2              Are we at a good point for a break?  We've

 3        allowed this lady to go an hour plus.

 4              THE WITNESS:  I'm okay.

 5              MR. GIBBS:  Approximately where are you at in

 6        your scope of how much more do you think.

 7              MR. CHOE:  Let's go off the record.

 8                    (There were remarks off the

 9                    record.)

10              MR. CHOE:  Let's go back on the record.

11   BY MR. CHOE:

12        Q    Miss Godwin, you previously testified about a

13   videotape called "It Only Takes Once"; is that correct?

14        A    Yes, sir.

15        Q    Do you show this videotape to your students?

16        A    Yes.  There have been some times when I've

17   had to cut it but usually, yes.

18        Q    Do you show all of it to your students?

19        A    Yes.

20        Q    Has anyone -- has any School official

21   instructed you not to show the videotape to your

22   students?

23        A    Never.

24        Q    Do you put any disclaimer or qualification on

25   the videotape when you show the videotape to your
```

1   students?

2        A    I do an intro it to where I tell them at one

3   time it was very controversial and I tell them that I

4   viewed it with the Principal, and that was the

5   then-Principal Pheobe Raulerson -- that the Principal

6   brought it to my attention, she had me preview it, we

7   previewed it with a group of people including parents

8   and teachers and that she stood up after it had been

9   shown in the Principal's conference room and said, I

10  think our students need this.

11           Everyone agreed.  And so even though it was

12  very controversial in its time, it was purchased and it

13  was given to me to show.  So, I do give them a

14  disclaimer about how it was a tough pill for adults to

15  swallow but we wanted them to understand some of the

16  myths and it only takes one time -- your physical

17  relationship one time and you could be a parent.

18       Q    Is there any other disclaimer or

19  qualification that you put on this videotape when you

20  show it to your students?

21       A    Probably not when I show it.  Before I show

22  it probably not that I can think of.  That is pretty

23  much my intro that it's controversial and that we feel

24  that it's important for them to understand and know

25  that it only takes once.

1      Q    Is there any other disclaimer or

2  qualifications that you put on the videotape when you

3  show it to students at any time whether before or after

4  or any other time?

5      A    Not that I can think of.

6      Q    Does the videotape come in a case?

7      A    Yes.

8      Q    Does the videotape come with the discussion

9  guide?

10     A    Yes.

11     Q    Do you use the discussion guide?

12     A    No.

13     Q    I'm showing you what I'm asking the court

14  reporter to mark as 4.

15                    (Godwin Exhibit Number 4 was marked

16                    for identification.)

17  BY MR. CHOE:

18     Q    Please review and let me know when you've had

19  a chance to do so.

20     A    (The witness reviewed the document.)  I'm

21  familiar with this.

22     Q    Is this a photocopy of the front and the back

23  of the case in which the videotape "It Only Takes Once"

24  comes?

25     A    I believe it is, yes.

1      Q     Please turn to the second page and silently

2  review the text.

3      A     (The witness reviewed the document.)

4      Q     Is this an accurate review of the content of

5  the videotape?

6      A     Do you know what?  Now that I've read it, not

7  in all cases -- I don't think.  Because it says that --

8  wait.  Let me find this.

9            Discuss methods of birth control.  Well,

10 actually if you view the tape, you'll see that they

11 don't really discuss it as much as they have a list.

12 They say these are the things that are available.  It's

13 really more of a list than it is -- I don't really

14 consider it to be a discussion.

15     Q     Is there any other way in which the text on

16 this page is not an accurate preview of the content of

17 the videotape?

18     A     No.

19                        (Godwin Exhibit Number 5 was marked

20                         for identification.)

21 BY MR. CHOE:

22     Q     Please review and let me know when you've had

23 a chance to do so.

24     A     (The witness reviewed the document.)  Yes,

25 I'm familiar with this.

1      Q.    Is this the discussion guide that comes with

2   the videotape, "It Only Takes Once"?

3      A     Yes.

4      Q     Please turn to the second page and silently

5   review the synopsis.

6      A     (The witness reviewed the document.)

7      Q ·   Is this an accurate synopsis of the content

8   of the videotape?

9      A     Yes.

10     Q     Please silently review the "Reproductive

11  Health Discussion Questions."

12     A     (The witness reviewed the document.)  Okay.

13     Q     Do you use any of these questions or any

14  variations on these questions in your teaching?

15     A     I don't use this discussion guide.  Are there

16  some questions or are there some things similar to what

17  I say?

18         Well, mostly I discuss the title of the

19  video, "It Only Takes Once" and why that is so

20  significant and I feel that the reason this was

21  selected is because it emphasizes abstinence.  Cabrini

22  Green Jackson says "no."  She tells them ways to say

23  no.

24     Q     Do you use the third question or any

25  variation on the third question which begins "all the

1    questions which begin "What gets in the way?"

2         A    (The witness reviewed the document.)   Un-nuh.

3    I don't address that.

4                        (Godwin Exhibit Number 6 was marked

5                         for identification.)

6    BY MR. CHOE:

7         Q    Please review it and tell me when you've had

8    a chance to review it.

9              While you're doing so, if I'm not mistaken,

10   counsel for Defendant will be formally stipulating on

11   the record --

12             MRS. WELLER:  There are a few typos in here

13        and other than the occasional misuse of a word

14        which seems obviously to me it's a typo or misuse

15        of the word, she's reviewed and I've reviewed it.

16             MR. CHOE:  So will counsel for the Defendant

17        formally stipulate on the record what has been

18        marked as Exhibit 6 is a true and accurate

19        transcript of the videotape, "It Only Takes

20        Once" --

21             MRS. WELLER:  With the exception of typos --

22        with the exception of obvious typos and the

23        occasional wrong word which --

24             MR. GIBBS:  Why don't we go off the record

25        one minute.

```
 1                    (There were remarks off the
 2                    record.)
 3          MR. CHOE:  Let's go back on the record.
 4          MR. GIBBS:  We're back on the record and we
 5      will stipulate that absent just a few
 6      stenographer's errors that this substantively
 7      captures the essence of the video and is accurate
 8      for discussion on those purposes.
 9          MR. CHOE:  Thank you for that stipulation.
10                    (The witness reviewed the
11                    document.)
12  BY MR. CHOE:
13      Q    Miss Godwin, is this a substantively accurate
14  transcript of the content of the videotape, "It Only
15  Takes Once"?
16      A    Yes.
17      Q    I'm showing you what I'm asking the court
18  reporter to mark as Exhibit 7.
19                    (Godwin Exhibit Number 7 was marked
20                    for identification.)
21  BY MR. CHOE:
22      Q    Please review and let us know when you've had
23  a chance to do so.
24      A    (The witness reviewed the document.)  I have.
25      Q    Is this handwriting your handwriting?
```

50

```
1        A    Yes.

2        Q    Did you affix this note to the case that

3   comes with the videotape, "It Only Takes Once"?

4        A    Yes.

5        Q    For whom did you write this?

6        A    I wrote it for Miss Wiersma.  Again, I wanted

7   her to be apprized.  I didn't want there to be any

8   secrets.  I wanted her to be apprized of anything that

9   was happening in my classroom.

10        Q    Was there anyone else for whom you wrote

11   this?

12        A    No.

13        Q    Was there any other reason that you wrote

14   this?

15        A    Well, I just wanted her to be well-informed.

16   I wanted her to know because I knew that my prior

17   Principals had known and I just wanted her to know.

18        Q    Any other reason?

19        A    No, not that I can think of.

20        Q    When did you write this?

21        A    I wrote this -- I gathered up -- I'm trying

22   to think.  I, on my own initiative, gathered up

23   materials that I used in my classroom and brought them

24   to her.  She did not assign me or ask me.  I did it on

25   my own accord.
```

1          Then once I got there, she maybe indicated

2    that she needed some materials from me and I said, I

3    have them in my car; I'm going to go get them --

4    because I had gathered them on my own initiative.  And

5    because I didn't know if I would be with her when she

6    got the stack of materials, I wrote these little notes

7    to explain.

8          Q    Did this take place this school year?

9          A    Yes.

10         Q    Do you know approximately what month?

11         A    I'm going to say December.

12         Q    Does this note refer to, quote, this film,

13   unquote?

14         A    Yes.

15         Q    Does the reference to, quote, this film,

16   unquote, refer to the videotape, "It Only Takes Once"?

17         A    Yes.

18         Q    Please return to -- please turn to Exhibit 1,

19   the week of April 23rd and review the Wednesday entry.

20         A    "HIV/AIDS speaker."

21         Q    What does the reference "HIV/AIDS speaker"

22   refer to?

23         A    I can't remember.

24              MR. GIBBS:  I think she answered she doesn't

25         remember.

1  put together is this handout.  I will go -- on the day

2  that I discuss STDS where I go over this with them,

3  then after I go over this pamphlet I usually do show

4  this videotape.  It's old but, again, you know, it's

5  like a story form.  It kind of puts the facts in a

6  story form for them.

7      Q    Did you show this videotape, "What You Need

8  To Know" the previous semester?

9      A    Going back to December the 11th, if you will

10  go in your exhibit back to December the 11th, I can't

11  really read that.

12          Can you guys?

13          MR. GIBBS:  No.

14      A    I can't really read that.

15      Q    Not all of it.

16      A    STDs.  So, I think there's a good chance that

17  I would have used it, but I can't see it written there.

18      Q    Does this videotape "What You Need To Know"

19  talk about how to avoid getting an STD?

20      A    Yes.  I believe in Part 2, especially they

21  talk about abstinence -- even in Part 1 where the girl

22  says, I wanted to say no but I didn't and now I wish I

23  could take it back, they say, Well, you can; you can

24  still take it back.

25          So, again, it even addresses waiting or not

58

1   being sexually active and in Part 2, the health

2   educator, of course, stresses that that is an important

3   thing is to not be sexually active.  I believe -- I

4   believe that she does.

5        Q     Does the videotape refer to condoms as a way

6   to avoid getting an STD?

7        A     Yes.  I don't know if it's my attention span

8   is coming to an end or -- I know this tape probably

9   like the back of my hand, but right now I'm drawing

10  kind of like blanks on this.  But I think there's a

11  good chance it might.  But, again, I'm kind of having a

12  fallout here.

13       Q     Does the videotape "What You Need To Know"

14  talk about monogamy as a way to avoid getting an STD?

15       A     I'm not sure about that.  I'm not sure.

16  Because when I think of talking about monogamy, I

17  pretty much think of the brochure and the ABCs of STDs.

18       Q     Has any School official told you that you're

19  not allowed to use this videotape in your teaching?

20       A     No.

21       Q     Do you show the videotape in its entirety to

22  the class?

23       A     Yes, with time allowing.  I mean, you know,

24  the bell rings some times but if time is allowed, yes.

25  Some times they see Part 1, some times they see Part 2

1  also and some times we run out of time.  So, what ever

2  time allows.

3      Q    Do you put any disclaimers or qualifications

4  on this videotape when you show it to your students?

5      A    It usually would come right after we've

6  discussed this brochure and we've gone over it.  So, I

7  can't think of anything else.  I've already said quite

8  a bit.  I can't think of any disclaimers.

9          It's pretty tame, you know.  I can't think of

10  any disclaimers that I put on it because I've just

11  spoken to them quite a bit and given them a lot of

12  information.  So, it pretty much speaks for itself.

13      Q    Is there any other way in way the lessons

14  that took place on Monday, Tuesday and Wednesday of the

15  week of May 21st, 2007 differed from comparable lessons

16  the previous semester?

17      A    You know, I've taught this for so long.  It's

18  usually pretty much the same each semester.  Not only

19  have I taught it that many years but I've taught it

20  twice a year.  So, it's pretty consistent.

21          But, again, because of the increased amount

22  of testing that we do and now we're not only testing

23  but we're practice testing, because of the amount of

24  testing we're doing, I find it more difficult to do

25  everything that I have done in the past.

```
 1        Q     Finally --
 2                         (Godwin Exhibit Number 8 was marked
 3                            for identification.)
 4   BY MR. CHOE:
 5        Q     Please review what has been marked as Exhibit
 6   Number 8 and let me know when you've completed your
 7   review.
 8        A     (The witness reviewed the document.)
 9        Q     Do you know what this is?
10        A     Yes.
11        Q     What is it?
12        A     This is Chapter 14 from my textbook.
13        Q     Is this curricular material that you use in
14   the course of teaching Life Management Skills?
15        A     Yes.
16        Q     Specifically is this curricular material that
17   you use in the course of teaching the lessons that
18   we've been talking about today?
19        A     Yes.
20        Q     Do you provide this Chapter 14 to your
21   students?
22        A     Yes.
23        Q     Do you do so in its entirety?
24        A     Yes.
25        Q     Do you put any disclaimer or qualification on
```

```
 1   it when you provide it to your students?

 2        A    I don't believe so.

 3             MR. CHOE:  I want to note for the record that

 4        the document is double-sided so there's no

 5        confusion.

 6             MR. GIBBS:  Why don't we make it super clear.

 7        It begins with the title page which appears as 201

 8        and then continues consecutively through 215 so if

 9        there's a missing page or something, that is

10        accurate.

11             MR. CHOE:  Just so there's no confusion, the

12        pages are also simultaneously Bates stamped from

13        numbers 285 to 299 so we're all clear about the

14        document.

15   BY MR. CHOE:

16        Q    Other than the materials that we have

17   discussed today, are there any other materials that you

18   rely on in teaching the lessons that we've been talking

19   about today?

20        A    I believe that we've discussed all of them.

21             MR. CHOE:  Just for the record, if we could

22        ask counsel for Defendant to produce a copy of the

23        videotape --

24             THE WITNESS:  STDs.  What you should know or

25        what you need to know?
```

1    that we've been discussing today?

2         A    Yes.

3         Q    Please turn to the second page which is

4    stamped at the bottom 000202 and turn your attention to

5    Section C(2) which is entitled "Demonstrate skills

6    which facilitate interpersonal communication and

7    enhance marriage, family, and interpersonal

8    relationships" and specifically please turn to Item C.

9    Sorry.  HE.B.3.4.6, which begins "understand the

10   possible causes of conflict."

11             Do you see that?

12        A    Yes.

13        Q    Is this a part of what you teach in Life

14   Management Skills?

15        A    Yes.

16        Q    Do you teach about ethnic prejudice?

17        A    You know, I take an opportunity to do that

18   when we discuss uniqueness and that is at the very

19   beginning when I first meet new students and we go

20   through the fact that that is what makes the world

21   interesting, that's what makes things exciting and good

22   is that we're all different.  So, I address that

23   specifically right in the beginning.

24        Q    Do you teach in the course of Life Management

25   Skills that some people can experience prejudice

1   because of their ethnicity?

2        A    Well, you know, I talk to them about social

3   maturity and that being able to accept everybody for

4   who they are.  Like, it would be boring if everybody

5   was exactly like me or it's good to be different.

6        Q    Do you specifically address differences based

7   on ethnicity?

8        A    Well, that comes up when we discuss

9   uniqueness, religion, ethnicity.  You know, yes, I

10  mean, it comes up.  It's all part of it.

11       Q    So just to be sure I'm clear in what you're

12  saying, you're saying that it comes up that some people

13  experience prejudice because of ethnicity and religion

14  and so forth?

15       A    Well, I'm sure that comes up and I'm sure

16  that we discuss it.

17       Q    Does prejudice based on sexual orientation?

18       A    Sorry.  Especially what happens -- I

19  specifically remember like the question, What happens

20  if you don't understand that everybody is unique.

21            One of the factors of that is that you could

22  be prejudiced, that you could stereotype, you could put

23  people in groups, et cetera.

24       Q    In the course of those conversations, does

25  prejudice based upon sexual orientation come up?

1      A     Not usually, no.

2      Q     Has it ever?

3      A     I'm thinking that maybe when there's a

4   question or, you know, if someone makes a comment.  If

5   somebody were to make a comment that would, again, be

6   something that I might be intolerant of and explain

7   that it's part of uniqueness and what makes everything

8   good.

9            But that doesn't normally specifically.  It

10  isn't a part of my lesson and it isn't something I

11  teach.  In all of the years that I've done this, I'm

12  not going to say that it hasn't ever come up but

13  normally it doesn't.

14     Q     Would it be inappropriate for a student to

15  bring it up?

16     A     No.

17     Q     Has any School official told you that you're

18  not allowed to let a student bring it up?

19     A     I don't know -- how would I be able to not

20  let a student bring something up?  They bring it up.

21  If they bring it up, I can't prevent that but I've

22  never been told not to address that concern.

23     Q     What about racial prejudice.  Is that

24  something that you talk about specifically?

25     A     Yes.  Specifically in this very same little

1    cluster of things about uniqueness in the very

2    beginning, we have a little section some where in one

3    of the chapters it the beginning about conflict

4    resolution, getting along.  We go over some ways that

5    you can solve conflicts and, you know, it always comes

6    up, yes.

7        Q    What about does discrimination based on sex

8    specifically come up?

9        A    I would say not normally.  I don't remember

10   it coming up.

11       Q    Does discrimination against religion

12   specifically come up?

13       A    You know, that is something I would say in

14   passing.  I would use that discrimination or

15   mistreating someone because of their religion, their

16   race, their socioeconomic group because these might be

17   sentences that I might say.

18       Q    Are there any other types of discrimination

19   that you mention in the course of this sort of

20   teaching?

21       A    Well, when I'm lecturing off the top of my

22   head, I pretty much focus on religion, race,

23   socioeconomic group.  Those are the ones that I would

24   normally mention.

25       Q    Did you observe a decreased ability of

1    students to learn about abstinence from the 2005/2006

2    school year to the 2006/2007 school year?

3              MR. GIBBS:  Object as to form.  You're asking

4         for her to give an opinion on --

5    BY MR. CHOE:

6         Q    Yes.  Did you observe in any way students

7    having less of an ability to learn about abstinence

8    when you compare the 2005/2006 school year to the

9    2006/2007 school year?

10        A    No.  A less of an ability to learn about

11   abstinence?  No.

12        Q    What about from the 2006/2007 school year to

13   the 2007/2008 school year.

14             Did you see any decreased ability of students

15   to learn about abstinence?

16        A    No.

17        Q    Has the presence of the GSA decreased the

18   ability of students to learn about abstinence?

19             MR. GIBBS:  Object as to form.  You can

20        speculate what ever you like.

21             THE WITNESS:  I'm going to let you tell me --

22             MR. GIBBS:  If you have an opinion.

23             THE WITNESS:  I'm going to tell you that

24        organization has had no influence on me.

25             So, what is the question?  You want to ask

73

```
 1   like it would take some good, heavy thought on this.
 2   This isn't my good, heavy thought time.
 3              MR. GIBBS:  Object as to form.  You can go
 4        ahead, what ever you want to proffer.
 5              THE WITNESS:  Could you ask the question
 6        again?  I've already forgotten.
 7              Could I ask the time?  I've lost track.
 8              MR. GIBBS:  It's 6:55.
 9              MR. CHOE:  We're almost done.
10   BY MR. CHOE:
11        Q    In your personal opinion, can a person
12   discuss sexual orientation without also discussing
13   sexual activity?
14              MR. GIBBS:  Object as to form.  You can
15        answer.
16              THE WITNESS:  Well, now that I've had a
17        minute to think of it, I actually think I could.
18        I don't want to speak for anybody else but as far
19        as I feel, I feel I could.
20   BY MR. CHOE:
21        Q    In your personal opinion, can a person
22   discuss gay and lesbian people without also discussing
23   sexual activity?
24        A    In my personal opinion?
25              MR. GIBBS:  Objection as to form.
```

1   to think if it would be because of that and, you know,

2   maybe I wouldn't have knowledge that they were, what

3   their sexual orientation was, so I wouldn't have

4   knowledge of why they were being harassed.  But, yes, I

5   have noticed people being harassed.

6        Q    With respect to the harassment that you have

7   observed, was there anything such as words that were

8   used that suggested that it might be because the victim

9   of the harassment was gay or was perceived to be gay?

10       A    Well, I can't think of any specific cases.

11  That's why I'm thinking because I'm trying to think of

12  a specific case because I would only be able to answer

13  as a generalization especially at this time because I'm

14  not really zeroing in on any time.

15            Kids use words that might be in that area and

16  it may not really have anything to do with -- you might

17  hear a word like somebody might call somebody "gay" or

18  "queer" or what ever.  I'm just saying.  There could be

19  words and it may really have nothing to do with their

20  sexual orientation.  Of course, I wouldn't know their

21  sexual orientation.

22            So, kids use those words.  Not if I have any

23  say on it, you know.  I will call them down and I will

24  stop it, quelch it.  But people might use those words

25  just flippantly without them having any meaning.

```
 1        A     Yes.

 2        Q     And to the STD pamphlet that we discussed.

 3        A     Yes.

 4        Q     And you discussed that you directed those

 5   notes to Miss Wiersma to let her know what you were

 6   teaching; is that correct?

 7        A     Of my own initiation.

 8        Q     You were nodding at the same time.  So, was

 9   that also a "yes"?

10        A     Yes.

11        Q     What was Miss Wiersma's response to those

12   notes?

13        A     My memory of that is that she took these

14   things and put them in a box and forwarded them to you.

15   I don't even know.  I don't even know if she read the

16   notes, to be honest with you.

17        Q     Did she respond to you in any way with

18   respect to those notes?

19        A     I do not believe so.

20        Q     Did she specifically approve the videotape,

21   "It Only Takes Once"?

22        A     No, she didn't specifically approve it

23   because it had already been approved prior -- years

24   prior.

25        Q     Did she specifically approve the STD pamphlet
```

80

```
1    that we talked about?

2         A     No, because it had been previously approved.

3         Q     Did she disapprove of either of those items?

4         A     I haven't heard of any disapproval.

5         Q     Earlier in your testimony you talked about

6    the fact that what you are supposed to teach in Life

7    Management Skills has changed·over the years; is that

8    correct?

9         A     Some of the things have changed.

10        Q     I believe you said -- I'm just asking if this

11   is correct.

12              Did you say that over the years there have

13   been some topics that you have been told not to talk

14   about in the course of teaching Life Management Skills?

15        A     Well, specifically contraceptives.

16        Q     Is there anything else over the years that

17   you've been told not to talk about in the course of

18   teaching Life Management Skills?

19        A     That's the only thing that I can think of

20   right offhand.  That's at my initiation of asking were

21   we ready and the answer at that time from a prior

22   Principal was no.

23        Q     Sitting here today --

24        A     Yes.

25        Q     -- do you think that there should be teaching
```

1   teachings different in Parenting from those teachings

2   in Life Management Skills?

3       A    I don't really think that it would be

4   different.   You know, if it was STDs in Parenting or

5   STDs in Life Management Skills, I don't think that

6   would differ.   And even in the Parenting class we do

7   not address contraceptives.

8       Q    In either Life Management Skills or

9   Parenting, do you teach students how to use a condom?

10      A    No.  Never.

11      Q    Does anyone else -- any other employee of

12  Okeechobee High School teach how to use a condom to

13  students at Okeechobee High School?

14      A    No.

15      Q    You testified earlier that if individual

16  students were to ask you an individual question about

17  contraceptives you might answer it depending on the

18  question; is that right?

19      A    Yes.

20      Q    What types of questions about contraceptives

21  would you answer?

22      A    I would explain how a birth control pill

23  works because we talk about hormones and I wouldn't be

24  opposed to explain to them that that was a hormone and

25  has a chemical message to the ovaries.   So, I can

1   remember answering that in the past.

2        Q    Do you discuss what kind of chemical message

3   it sends?

4        A    Not to release an egg, yes.  It tells the

5   ovary not to release an egg.

6        Q    Anything else that you would answer about

7   contraceptives if asked?

8        A    Well, I'm sure there are other things that I

9   would answer.  I would not be able to think of them

10  right now because I don't really have any questions;

11  but if you have a question, I'm going to do my best to

12  answer it.

13       Q    Would you answer a question about where to

14  get contraceptives?

15            MR. GIBBS:  Objection; counsel, you asked

16       that back and she said she would refer them.

17            THE WITNESS:  Same answer.

18  BY MR. CHOE:

19       Q    What is the answer?

20       A    The answer is we refer them to the School

21  nurse or to the Health Department.

22       Q    You testified earlier that you and Okeechobee

23  High School teach abstinence which means waiting to

24  have a sexual relationship until the person is ready

25  for it; is that right?

85

1    A    Until it's the right time in their life and

2  they've selected the right mate.  That is my

3  definition.  And I explain to them instead of the book

4  definition -- I think that may turn them off a little

5  bit -- because I don't know where they get this idea

6  that abstinence means that they're never going to have

7  sex but I try to clarify that.  We're talking about

8  right now, this period of your life, while you're

9  getting an education.

10   Q    You said that that is different from the book

11  definition.

12          What is the book definition?

13   A    Can we look it up?  Abstaining means not

14  having a physical relationship, not having sex.  But it

15  doesn't go on to explain.  I think it just means not

16  having sex, not being sexually active.

17   Q    Do you teach anything else about when a

18  student knows that the time is right in his or her life

19  for a sexual relationship?

20   A    I recommend that the greatest resource that

21  they have which is time.  Take time to do it.  It's not

22  an easy task.

23   Q    Anything else?

24   A    They should take time.

25   Q    Anything else that you teach in regards to