•THE•

M•A•S•T•E•R T•E•A•C•H•E•R

# L•E•S•S•O•N PLAN BOOK

The MASTER Teacher

PENGAD-Bayonne, N. J.
EXHIBIT
Godwin 1
2/6/08

Quote

"Nothing you do for children is ever wasted. They seem not to notice us, hovering, averting our eyes, and they seldom offer thanks, but what we do for them is never wasted."
—Garrison Keillor

Students Begin

**MONDAY**

I. Job Application Forms
II. Roll / Seating Arrangement
III. Page One Life Man. Notebook "Classroom Procedures"

**TUESDAY**

I. Collect Job Applications
II. Introduction to P.R.I.D.E. (Dependability)
III. Finish going over "Classroom Procedures"
IV. Page Two "Personal Information" written assignment

**WEDNESDAY**

I. Collect "Personal Information"
II. Explanation of Scan-tron Matching
III. Life Management Pre-Test
~~* Department Head Meeting~~

**THURSDAY**

I Pre-Test Results * Fire Drill 3rd
II Intro. Chapter #1 "A Special You" Pages 5-14
III. Chapter study guide directs students into reading chapter.

**FRIDAY**

I. Begin going over chapter #1 material together. Focus on "uniqueness" List individual strengths and Weaknesses

* Pep Rally * Afternoon activity bell schedule

~~E.S.O.L. / E.S.E. Strategies~~
~~1 Each student will be [illegible]~~
~~2 Students will be allowed additional time to complete all assignments.~~
~~3 Students will have the opportunity to work with their E.S.O.L. / E.S.E. teacher in testing [illegible]~~
~~4 Each student will be assigned a "Buddy" who can help with additional assignment instructions and answer students' questions [illegible]~~

Chapter #1 "A Special You" Objectives
1. Describe qualities that make people unique.
2. Identify basic physical and emotional needs as they relate to responsible behavior in our society.
3. Identify mental and physical factors that influence positive self-concept.
4. Identify social and environmental influences on a positive self-concept.
5. Identify personal strengths and weaknesses.
6. Describe ways to create positive self-concept.

TIP

*If we want students to learn, we must teach in sequence. If we want to find out how well they have learned, we must test in sequence as well.*

DATE 12/11 TO 12/15

MONDAY

OBJECTIVE: Review Drugs 15 [illegible]

[illegible] 4 Survey

TUESDAY

OBJECTIVE: Drug Test

[illegible]

WEDNESDAY

OBJECTIVE: [illegible]

7th Review

THURSDAY

OBJECTIVE: Aids [illegible] (Side One)

[illegible]

[illegible] Review

FRIDAY

OBJECTIVE: Sem Test Review

(2ND [illegible] notebooks)

* Semester Test 7th Period

*"Children in a family are like flowers in a bouquet: there's always one determined to face in an opposite direction from the way the arranger desires."*

*—Marcelene Cox*

**MONDAY**

TEEN PARENTING
"IT ONLY TAKES ONCE"

Semester Tests 1 & 2 Periods

**TUESDAY**

TEEN PARENTING
"IT ONLY TAKES ONCE"

Semester Tests 3, 4 Periods

**WEDNESDAY**

* Post Grades
** Finalize Homebound Work

Semester Tests 5, 6 Periods End Semester, End 2ND Nine Weeks, Last Day Before Christmas

**THURSDAY**

Holiday →

**FRIDAY**

Holiday →

**MASTER Teacher TIP**

*When praising a student, don't just say, "Good job." Be specific about what performance you would like the student to repeat.*

DATE 4/23 TO 4/27

| Day | Objective | | |
| --- | --- | --- | --- |
| MONDAY | OBJECTIVE: Make-up Day<br>Ch. 1–5<br>~~* Early Release~~ | | |
| TUESDAY | OBJECTIVE: Final Rescue 911 / National Test<br>* Progress Reports → | → | |
| WEDNESDAY | OBJECTIVE: H.I.V./A.I.D.S. Speaker<br>Volleyball: JR's VS. SR.'s<br>Early Release | | |
| THURSDAY | OBJECTIVE: Ch. 9 Intro<br>Ch. 9 S.S. | | |
| FRIDAY | OBJECTIVE: Fieldtrip w/ Mrs. Avant<br>Current Health 2 Assignments<br>(April / May 2007) | | |

Case 2:06-cv-14320-KMM Document 66-8 Entered on FLSD Docket 02/29/2008 Page 6 of 12

When students make mistakes, you must make a quick choice. You can choose to place blame or to fix the problem. By choosing the latter, you help students see mistakes as opportunities to learn and become successful.

DATE 5/21 TO 5/25

**MONDAY**

OBJECTIVE:

S.T.D.'S Handout

Ch. 14 Summary – What you need to know S.T.D.'s

Senior Exams ~~1, 2, 7~~ 1, 2, 3

**TUESDAY**

OBJECTIVE:

Lecture: HIV/AIDS

Sayer Desh

Senior Exams ~~3, 4~~ 4, 5

* Awards night 6:00

**WEDNESDAY**

OBJECTIVE:

Teen Parenting

"It Only Takes Once"

Senior Exams ~~5, 6~~ 6, 7

**THURSDAY**

OBJECTIVE:

Life Map: Review 1 & 2

RYAN WHITE STORY PART ONE

* Semester Exam: 7th Period – Parenting

* Retirement Party

**FRIDAY**

OBJECTIVE:

FINAL EXAM

RYAN WHITE STORY PART TWO

* Semester Exam: 1st & 2nd Periods

5/26-6/1

*"The potential possibilities of any child are the most intriguing and stimulating in all creation."*
*—Ray L. Wilbur*

**MONDAY**

* Memorial Day

**TUESDAY**

FINAL EXAM
RYAN WHITE STORY PART 2

* Semester Exams: Periods 3,4

**WEDNESDAY**

FINAL EXAM
RYAN WHITE STORY PART 2

* Semester Exams: Periods 5,6 ~~* Students' Last Day~~

**THURSDAY**

* Graduation

**FRIDAY**

Teachers' Last Day

Case 2:06-cv-14320-KMM Document 66-8 Entered on FLSD Docket 02/29/2008 Page 8 of 12

## What Is STD?

SEXUALLY TRANSMITTED DISEASE (STD) is serious, sometimes painful, and can cause a lot of damage.

Some STDs infect only your sexual and reproductive organs. Others (HIV, hepatitis B, syphilis) cause general body infections.

Sometimes you can have an STD with no signs or symptoms. Other times, the symptoms go away on their own. Either way, you still have the STD until you get treated.

A few STDs cannot be cured. But most STD can be cured if you get treated.

## How Is STD Spread?

STD IS SPREAD during close, sexual activity, including vaginal, anal and oral sex. Some STDs (HIV and hepatitis B) are also spread by contact with infected blood.

Most STD germs need to live in warm, moist areas. That's why they infect the mouth, rectum and sex organs (vagina, vulva, penis and testes).

## What to Do

IF YOU THINK you might have an STD, get checked out. Don't just hope the STD will go away. It won't!

Most county health departments have special STD clinics. Private doctors also treat STD.

If you don't know where to get help, call your local family planning clinic for information. Your case will be kept private.

You may feel embarrassed about having an STD. It may be hard for you to go to a doctor or clinic for help.

But you must get treatment for the STD, even if it is a hard thing for you to do. This is the only way you will get well.

Most STDs can be treated with antibiotics. Do exactly what your doctor tells you. Be sure to use all of your medicine.

You also must tell your sexual partner(s). If they aren't treated, they can get sick. They can spread the STD. They might even give it to you again!

## To Learn More

Call the CDC National STD and AIDS Hotline 1-800-227-8922

EXHIBIT
Godwin 2
3/6/08
PENGAD-Bayonne, N. J.

This brochure is not intended as a substitute for your health professional's opinion or care.

Written by Jane Hiatt, with Kay Clark and Mary Nelson.

© 1986 ETR Associates. Revised 2002. All rights reserved.

It is a violation of U.S. copyright law to reproduce any portion of this publication.

ETR
Associates

1-800-321-4407

www.etr.org

Title No. 153

# STD Facts

Sexually Transmitted D



# What to Watch For

Many people have no symptoms.
If you have symptoms, you may notice any of the following.

**Women:**

- An unusual discharge or smell from your vagina.
- Pain in your pelvic area—the area between your belly button and sex organs.
- Burning or itching around your vagina.
- Bleeding from your vagina that is not your regular period.
- Pain deep inside your vagina when you have sex.

**Men:**

- A drip or discharge from your penis.

**Women and Men:**

- Sores, bumps or blisters near your sex organs, rectum or mouth.
- Burning and pain when you urinate (pee) or have a bowel movement.
- Need to urinate (pee) often.
- Itching around your sex organs.
- A swelling or redness in your throat.
- Flu-like feelings, with fever, chills and aches.
- Swelling in your groin— the area around your sex organs.

**If you have any of these symptoms**, stop having sex. Go to an STD clinic or your health care provider. Don't put it off—get checked out now!

# You Can Protect Yourself

- **Not having sex** is the best way to protect yourself from STD.
- **Having sex with only one uninfected partner** who only h sex with you is also safe.
- **Talk to your partner** about past sex partners and about needl drug use. Don't have sex with someone who you think may hav an STD.
- Before you have sex, **look closely at your partner** for any signs of STD—a rash, a sore or discharge. If you see anything you are worried about **don't have sex!**
- **Use a latex condom (rubber)** for vaginal, anal and oral sex. Condoms will help protect you from STD much of the time. Both men and women should carry condoms.
- **People who are allergic to latex** can use plastic (polyurethane) condoms. These come in both male and female styles.
- **Get checked for STD** regularly. Ask your health care provide to help you decide how often and which tests you should have.
- **Know the signs and symptoms** of STD. If you notice a symptom that worries you, get checked out!
- If you have an STD, **your partner(s) must get tested and treated too.**
- If you have an STD, **don't have sex until your treatment is complete.**

| STD | What to Watch For | How Do You Get This STD? | What Happens if You Don't Get Treated? |
|---|---|---|---|
| **Chlamydia or NGU** | • Chlamydia affects women and men. In men, chlamydia can cause NGU.<br>• Symptoms show up 7–28 days after having sex.<br>• Most women and some men have no symptoms.<br>**Women:**<br>• Discharge from the vagina.<br>• Bleeding from the vagina between periods.<br>• Burning or pain when you urinate (pee).<br>• Need to urinate (pee) more often.<br>• Pain in abdomen, sometimes with fever and nausea.<br>**Men:**<br>• Watery, white drip from the penis.<br>• Burning or pain when you urinate (pee).<br>• Need to urinate (pee) more often.<br>• Swollen or tender testicles. | • Spread during vaginal, anal and oral sex with someone who has chlamydia. | • **You can give chlamydia to your sex partner(s).**<br>• Can lead to more serious infection. Reproductive organs can be damaged.<br>• Women and possibly men may no longer be abl to have children.<br>• A mother with chlamydia can give it to her bab during childbirth. |
| **nital Warts** | • Symptoms show up 1–8 months after contact with HPV, the virus that causes genital warts. (Another type of HPV is linked to cervical cancer in women.)<br>• Small, bumpy warts on the sex organs and anus.<br>• Itching or burning around the sex organs.<br>• After warts go away, the virus sometimes stays in the body. The warts can come back. | • Spread during vaginal, anal and oral sex and sometimes by genital touching with someone who has genital warts. | • **You can give genital warts to your sex partner(s).**<br>• Warts may go away on their own, remain unchanged, or grow and spread.<br>• A mother with warts can give them to her baby during childbirth. |
| **Gonorrhea** | • Symptoms show up 2–21 days after having sex.<br>• Most women and some men have no symptoms.<br>**Women:**<br>• Thick yellow or gray discharge from the vagina.<br>• Burning or pain when you urinate (pee) or have a bowel movement.<br>• Abnormal periods or bleeding between periods.<br>• Cramps and pain in the lower abdomen (belly).<br>**Men:**<br>• Thick yellow or greenish drip from the penis.<br>• Burning or pain when you urinate (pee) or have a bowel movement.<br>• Need to urinate (pee) more often.<br>• Swollen or tender testicles | • Spread during vaginal, anal and oral sex with someone who has gonorrhea. | • **You can give gonorrhea to your sex partner(s).**<br>• Can lead to more serious infection. Reproductive organs can be damaged.<br>• Both men and women may no longer be able to have children.<br>• Can cause heart trouble, skin disease, arthritis and blindness.<br>• A mother with gonorrhea can give it to her bab in the womb or during childbirth. |
| **Hepatitis B** | • Symptoms show up 1–9 months after contact with the hepatitis B virus.<br>• Many people have no symptoms or mild symptoms.<br>• Flu-like feelings that don't go away.<br>• Tiredness.<br>• Jaundice (yellow skin).<br>• Dark urine, light-colored bowel movements. | • Spread during vaginal, anal and oral sex with someone who has hepatitis B.<br>• Spread by sharing needles to inject drugs, or for any other reason.<br>• Spread by contact with infected blood. | • **You can give hepatitis B to your sex partner(s) someone you share a needle with.**<br>• Some people recover completely.<br>• Some people cannot be cured. Symptoms go away, but they can still give hepatitis B to other<br>• Can cause permanent liver damage or liver canc<br>• A mother with hepatitis B can give it to her bab during childbirth. |

| | | | |
|---|---|---|---|
| | | infected blood. | during childbirth. |
| **Herpes** | • Symptoms show up 1–30 days or longer after having sex.<br>• Some people have no symptoms.<br>• Flu-like feelings.<br>• Small, painful blisters on the sex organs or mouth.<br>• Itching or burning before the blisters appear.<br>• Blisters last 1–3 weeks.<br>• Blisters go away, but you still have herpes. Blisters can come back. | • Spread during vaginal, anal and oral sex, and sometimes by genital touching, with some-one who has herpes. | • **You can give herpes to your sex partner(s).**<br>• Herpes cannot be cured.<br>• A mother with herpes can give it to her baby during childbirth. |
| **HIV/AIDS** | • Symptoms show up several months to several years after contact with HIV, the virus that causes AIDS.<br>• Can be present for many years with no symptoms.<br>• Unexplained weight loss or tiredness.<br>• Flu-like feelings that don't go away.<br>• Diarrhea.<br>• White spots in mouth.<br>• In women, yeast infections that don't go away. | • Spread during vaginal, anal and oral sex with someone who has HIV.<br>• Spread by sharing needles to inject drugs, or for any other reason.<br>• Spread by contact with infected blood. | • **You can give HIV to your sex partner(s) or someone you share a needle with.**<br>• HIV cannot be cured. Can cause illness and death.<br>• A mother with HIV can give it to her baby in the womb, during birth or while breastfeeding |
| **Syphilis** | **1st Stage:**<br>• Symptoms show up 1–12 weeks after having sex.<br>• A painless sore or sores on the mouth or sex organs.<br>• Sore lasts 1–5 weeks.<br>• Sore goes away, but you still have syphilis.<br>**2nd Stage:**<br>• Symptoms show up 1 week–6 months after sore heals.<br>• A rash anywhere on the body.<br>• Flu-like feelings.<br>• Rash and flu-like feelings go away, but you still have syphilis. | • Spread during vaginal, anal and oral sex with someone who has syphilis. | • **You can give syphilis to your sex partner(s).**<br>• A mother with syphilis can give it to her baby during pregnancy or have a miscarriage.<br>• Can cause heart disease, brain damage, blindn and death. |
| **ichomoniasis ("Trich") or NGU** | • Affects both women and men. In men, trich can cause NGU.<br>• Symptoms show up 3–14 days after having sex.<br>• Many people have no symptoms.<br>**Women:**<br>• Itching, burning or irritation in the vagina.<br>• Yellow, greenish or gray discharge from the vagina.<br>**Men:**<br>• Watery, white drip from the penis.<br>• Burning or pain when you urinate (pee).<br>• Need to urinate (pee) more often. | • Spread during vaginal sex. | • **You can give trich to your sex partner(s).**<br>• Uncomfortable symptoms will continue.<br>• Men can get infections in the prostate gland. |



The ABC's
OF
STD's

Mr. Kirsch approved and ordered the last batch of these! Bodden

