GODWIN

Acquired
Immune
Deficiency
Syndrome

AIDS is a specific group of diseases or conditions that occur when the body's immune responses are suppressed as a result of infection with the HUMAN IMMUNODEFICIENCY VIRUS or H.I.V..

I. CAUSES
   A. Someone with this disease is in the final stages of a series of health problems caused by a VIRUS.
   B. This virus can be passed from one person to another through sex or sharing drug needles.
   C. H.I.V. attacks W.B.C. in human blood.
   D. H.I.V. attacks the immune system and damages body's ability to fight diseases. (pneumonia and cancer)
   E. When H.I.V. enters the bloodstream, substances called ANTIBODIES are produced by the body. These antibodies can be detected in blood usually 2 weeks – 6 months after infection. Some people take one full year to test positive for H.I.V.
   F. Even before antibody test is positive the victim can pass H.I.V. to others. A person can be contagious within 30 minutes of being infected !!
   G. Once an individual is infected, there are several possibilities:
      1. Some people remain well but continue to infect others.
      2. Others develop a disease less serious than A.I.D.S called "Aids Related Complex" (A.R.C.)
      3. Some get A.I.D.S.. Opportunistic Diseases use the opportunity of lowered resistance to infect and destroy.
         a. Pneumocystic Carinii (Pneumonia and T.B.)
         b. Certain cancers (Kaposis' Sarcoma)
      4. Attacks nervous system causing damage to the brain.

II.   Signs and Symptoms
   A. Some people remain well so there are no physical symptoms. They could, however, be infecting others.
   B. A.R.C. (Patient tests H.I.V. Positive)
      1. Loss of appetite
      2. Weight loss
      3. Fever
      4. Night Sweats
      5. Skin Rashes
      6. Diarrhea
      7. Fatigue
      8. Low resistance to infection
      9. Swollen Lymph Glands

   C. Symptoms of A.I.D.S.
      1. Persistent Cough
      2. Fever associated with shortness of breath or difficulty breathing
      3. Pneumocystic Carinii (Pneumonia)
      4. Kaposis' Sarcoma (Skin Cancer)

   D. A.I.D.S. attacks brain :
      1. Memory Loss
      2. Indifference
      3. Loss of Coordination
      4. Partial Paralysis
      5. Mental Disorders



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Symptoms may take 10 years or more to show up. Usually takes an average of 2 years.

III. No Risk From Casual Contact.
   A. No known infections have occurred through sharing food, towels or cups.
   B. Health Care workers who care for A.I.D.S. patients do not pick up H.I.V. (Unless there is an accident with a contaminated needle.)

IV. Risks
   A. Originally 70% of A.I.D.S. victims were male homosexuals or bisexuals.
   B. Heterosexual transmission is currently increasing at the fastest rate.
   C. Multiple Partners. The more partners (male or female) a person has, the greater the chance of becoming H.I.V.+ .

V. Exposure
   A. A person acquires H.I.V. during sexual contact with infected blood, semen, or vaginal secretions.
   B. H.I.V. enters a person's body (bloodstream) through microscopic tears that occur in the vagina, penis, or rectum during sex.
   C. H.I.V. has been found in lesser concentrations in breast milk, saliva, tears, perspiration, urine, and feces.
   D. Only blood, semen, vaginal secretions, and breast milk have been traced to the transmission of H.I.V.

VI. Prevention of sexual transmission.
   A. Couples who maintain mutually faithful relationships are protected from H.I.V. through sexual transmission.
   B. If either partner is unfaithful....... BOTH are at risk !!!!

VII. Protection from H.I.V.
   A. If involved with high risk activities, be tested, tell partners.
   B. Use latex condoms with nonoxinol – 9 to protect against H.I.V. and other S.T.D.s
   C. If either partner is at high risk, avoid mouth contact with sex organs.
   D. Don't have sex with prostitutes. They are frequently I.V. drug users too.
   E. Highly recommend ABSTINENCE . You can avoid H.I.V. that can kill you.
   F. Hemophiliacs and others who had blood transfusions were at risk, but since March, 1985, all blood donors are screened for H.I.V.. So this should no longer be a risk.
   G. Infected mothers can pass H.I.V. to their unborn child.
      1. 20 – 25 % chance of baby being born H.I.V.+ if born to an H.I.V.+ mother.
      2. 70% chance of a baby being born H.I.V.+ if the mother is a "crack" user.

VIII. A.I.D.S.   What is safe ???
   A. Most behavior is safe.
   B. Donating blood has never been a risk.
   C. No cases transmitted by insects.
   D. Pets are not a source of H.I.V. infection.
   E. H.I.V. has been found in tears and saliva, no cases traced to these fluids;

IX. Future   (Cases in every state)
   A. EDUCATION can save thousands of lives.
   B. One million H.I.V.+ people in U.S. ( One in every 250)
   C. Florida : One in every 100 people are H.I.V.+.
   D. Between Orlando and Key West (Okeechobee) : one in every 80 people are H.I.V.+
   E. Ages 13 – 24, the number of H.I.V. + cases has doubled every 14 months for the last 6 years.
   F. By 1998 one in every 6 teenagers could be infected
   G. There is presently no cure for A.I.D.S .
   H. There is presently no vaccine to prevent A.I.D.S.

*[handwritten: 1st Period]*

"The best 'trigger' film on teenage pregnancy which I've seen to date."

**Michael Rothenberg, M.D.,** Professor, University of Washington; co-author "Dr. Spock's Baby and Child Care"

# IT ONLY TAKES ONCE







## TEEN PREGNANCY PREVENTION VIDEO



EXHIBIT Godwin 4 2/6/08

Case 2:06-cv-14320-KMM   Document 66-9   Entered on FLSD Docket 02/29/2008   Page 4 of 19

# IT ONLY TAKES ONCE



"It Only Takes Once" is designed to teach teens and preteens about responsible sexual choices: from saying "no" to using effective contraception. Danitra Vance of "Saturday Night Live" portrays the hip central character, Cabrini Green Jackson.

"It Only Takes Once" reaches teenagers because it uses their language. Testimonials from teen parents are featured which dispel the romantic myths about parenting. Cabrini walks the viewer through a family planning clinic and discusses methods of birth control.

"It Only Takes Once" gets teens talking about . . .

- The myth that "everybody is doing it".
- Saying "no" as an effective option.
- The need for couples to openly communicate.
- Birth control availability, methods, and cost.
- Unplanned pregnancy and how it alters life plans.
- The realities of being a teen parent.

'It Only Takes Once' *uses both humor and facts to educate its viewers about teen sexuality and responsible sexual behavior."*
**Faye Wattleton,** National President, Planned Parenthood Federation

*"Outstanding production. The message is loud and clear."*
**Sol Gordon, Ph.D.,** Director, Institute for Family Research and Education.

*"If I had seen (the tape) when I wasn't pregnant, it might have helped. I would recommend this movie to all teenagers in high school."*
**Teen Mother,** ABC U.S.D. teen program, Cerritos, Calif.

Meridian Education Corporation
236 E. Front St.
Bloomington, IL 61701

ISBN 0-937809-00-8

Most teens would like to talk with their parents about sexuality issues, but they don't. Why not?

Out of the things we talked about today, what do you think you need to know more about? (This question will help teachers prepare for future sessions by finding out what students want to know. It can be answered in writing and submitted anonymously to the teacher at the front of the room.)

## Note To Teachers

The preceeding questions will help stimulate discussion about the film, and issues around teen relationships, pregnancy and decision making. It is important to stress that **not** everyone is "doing it" and that young people have choices and responsibilities regarding sexual activity. Many young people appear to be sexually mature and sophisticated, but in fact they are not. It's important to recognize this when you plan the discussion. While students may learn in the film that "It Only Takes Once," in reality they may not understand exactly what "once" is. By addressing this, you can help a student at risk.

Students may ask questions for which you do not have answers, or may feel uncomfortable discussing. Information and curriculum consultation are available through Planned Parenthood Education Departments, and many Health Departments Family Planning Programs. You may want to invite a sexuality educator or a medical professional from one of these organizations to help with the class discussion. The medical society in your community may have a physician available who can talk with students. Organizations that serve minority groups, such as your local Urban League, can also be of assistance.

**Distributed by**


meridian education corporation
236 E. FRONT • BLOOMINGTON, IL 61701


meridian education corporation
236 E. FRONT • BLOOMINGTON, IL 61701

© Copyrighted Materials. Duplication is prohibited.

The copyright of "It Only Takes Once" is co-owned by Pacific Northwest Bell and Leadership Tomorrow.

# IT ONLY TAKES ONCE

*A video program on teen pregnancy prevention.*

*Discussion Guide*


EXHIBIT Godwin 5 2/6/08

## Synopsis

"It Only Takes Once" combines humor with serious stories of teenagers who had to "grow up real fast." The movie helps pre-teens and teens understand the implications of teen pregnancy. It addresses myths and misconceptions that can lead to early sexual activity and teen pregnancy.

The film's central character is a black teenager who "knows what's happening." Saying "No" is Cabrini Green Jackson's (Danitra Vance) method of birth control. Abstinence as a very real and effective option is a theme promoted throughout the film by the many teenagers involved. The film addresses the decisions teens need to make if they are going to be sexually active, and Cabrini gives basic information about birth control options.

## Discussion Questions

Do you think teen pregnancy is a problem? Why? Why are so many adults concerned about it?

Cabrini Green Jackson talks about plans and goals. How could a pregnancy affect those plans?

If a teen doesn't have definite plans, or isn't sure exactly what his/her plans are, is it okay to become a parent?

All the teen parents we saw in the film said becoming pregnant made them grow up fast, and that they really can't be regular teenagers anymore. What do you think they mean?

What responsibilities do teen parents have? How would you deal with these if you became a parent while you were a teen?

After seeing the film, do you think "Everybody's doing it?"

The teen parents in the movie said teens should "wait" to become parents. Why? Cabrini and several of the students in the film talk about saying "No." What gets in the way of saying no? How could someone say "No" effectively?

If someone has already had sex does that mean they have to do it again, even if they don't feel right about it or changed their mind? Why might someone change their mind?

Do you think most guys and girls talk about birth control before they have sex? Why or why not?

The movie stresses that communication is very important in a relationship. Why?

## Reproductive Health Discussion Questions

Why do you think the film is called "It Only Takes Once?"

Where could a teenager go for a pregnancy test?

All the teen parents talked about taking precautions to prevent pregnancy, what kind of precautions could be taken?

Contraception failure causes many teen pregnancies. How could someone make sure that they or their partner are using birth control correctly? What are the options if someone becomes pregnant?

Where can teens go to find out about birth control, abortion or issues related to sexuality? (Solicit responses from men also.)

Whose responsibility is birth control, the guy's or the girl's?

If you were helping a friend find someone to talk to, where would you send him/her?

Can someone get pregnant the first time they have intercourse?

What is the most effective form of birth control for teens? (foam and condoms used together are 90% effective)

Where do most people your age get information about sex and relationships? What sources do you think are accurate and reliable?

What gets in the way of teens going to family planning or birth control clinics? Why might girls be afraid to go? Guys? Couples? When should they go?

LEGAL LANGUAGE SERVICES

TRANSCRIPTION OF AUDIO

DESIGNATED AS: 805573

*It Only Takes Once*

[music – "Addicted to Love"]

Cabrini Green Jackson: Excuse me, what did you say? Oh yeah. Uh-huh, I know about what's going on around here. I am the one. I know it all. Oh you want to talk about babies. And you want to talk about not having babies. Okay, that's cool. It got some time. I do know. I know. I am Cabrini Green Jackson, Cabrini Green Jackson.

UF1: Hey Cabrini, you got to get to class.

Cabrini Green Jackson: Oh now I have a class [UI] This is my free period. All right I'll talk to you later. After lunch. She my absolutest bestest friend but sometimes she get on my very last nerve, you know what I'm talking about. Anyway, not having babies. Well I don't want a baby. You don't want a baby. But that doesn't mean that I'm not very romantical. You know because sometimes I be in math class or maybe in English class and I be thinking about it, you know, but no, I don't want a baby, I don't want a baby right now, you know. You don't want a baby. I don't want a baby. He don't want a baby. Cause you know I got dreams. I have some plans, you know, I mean I want to be somebody. I don't know who I want to be but, you know, I don't want to have no screaming brats dragging after me. I got a lot of plans for my life and well most girls do, you know, a lot of people have plans and they think yeah, just like you, they think it can't happen to me. That's what my sister thought and now she got a 3 month old baby. It could happen to you, it could happen to me. In fact, I got some friends

1

|  |  |
|---|---|
|  | in this class right here. I took this class last year but I can give you example what I'm talking about. |
| UM1: | ...and how you felt. Was it emotional for you, did you just think of it as another play and what did you do? |
| Cabrini Green Jackson: | This could be your class, right? I read that out of every 30 girls, 3 will be pregnant before graduation. Ain't that nothing. I just happen to know, this is Jane, honor student, star of the debate team, wants to be a lawyer. Now what is she gonna do with a baby? Put it in a basket and take it to law school? Yeah. She's 2 months pregnant. She told Jim, Jim told Bryan, Bryan told me, I told you but don't tell anybody. |
| UM2: | Really exciting. I was, you know, after it was all over... |
| Cabrini Green Jackson: | That's Eddie, Jane's boyfriend, sitting over there thinking I'm too young to be married and supporting a family. And you know he's right. But it's too late now. Eddie and Jane may be changing their plans. And right here, Susie, the rocker, tough, right. Wrong. She's scared to death she's pregnant. I heard through it through the grapevine. Only rocking this lady may be doing is rocking a baby. One million girls will get pregnant this year. One million minus one. Okay one million minus 2. I mean that's not to say I don't like babies. You know, something little and cute to hug and love. They got those little bitty cute clothes and those little bitty cute shoes and it all costs a little bitty lot amount of money. You know what I'm saying. You know cause my sister, she got to teach her baby how to talk, she got to |

2

|   |   |
|---|---|
|   | teach him how to talk, how to drink out of a cup, how to go to the bathroom. I mean everything that you gotta do, she's gotta do. And sometimes I think snap, something little and cute to hug and love maybe I should just get myself a puppy, you now what I'm saying. Because really having a baby is a full-time, all-time, every day, all day job. And sometimes my sister will just go downstairs to talk to some of her friends and my mama will holler out the window, woman, she call her woman all the time now, woman come up here and take care of this baby. And one day my sister got so mad, she just said no. And my mama said, "See how easy that was? Maybe you should have said that to your boyfriend." But really, with Junior on the scene before his time, the good times can be over and the rough times can begin. I mean really, you know, you can check out these kids. They're going through the real deal. They're going through this real same thing that I'm telling you about. Check it out. |
| UF2: | I didn't think that I'd get pregnant. I thought, you know, that only happens to those type of girls, it doesn't happen to me. But it can happen to you. It can happen to everybody, anyone, no matter what, you know, how much money your dad makes or how much you make or what you look like. It can happen to you. |
| UM3: | Well think about the consequences. I mean, you know, it's pleasure and it's fund to do. But there's always that chance and so if you want |

3

|  |  |
|---|---|
|  | to take that chance, it's fine. You know, if you don't want the baby to come around, make sure you're well protected. |
| UF3: | I can't emphasize it any more that it is hard being a teen parent. It's hard. Even with my friends that are married, it's still hard. |
| UF4: | Yep, 38 centimeters. That's one centimeter bigger than last time. Let me just feel it. |
| UF5: | I was a cheerleader and he's really active in sports and Mr. Popular. We had been good friends for 2 years and then, you know, one night, you know how teenagers are. It just happened, you know, it wasn't like we had been going out for years [UI]. I just got caught to put it bluntly. When I found out I was pregnant, I found out the day before my 16th birthday. So my 16th birthday was kind of the pits. Now I mean I just feel fat and I feel yucky and I just feel like this isn't happening to me. I have stretch marks now. I mean I have stretch marks on my legs, on my stomach, on my back, on my hips. You have to grow up really fast. I mean, you know, [UI] in a lot of ways but in a lot of ways I've grown up because you have to take responsibility for another life and a child, you know. You can't be a teenager anymore. |
| UM4: | I met Leslie at a summer camp that we were both counseling at for pre-teen and we got together that second day and stayed together 'til [UI – baby crying] When we got back from camp, we started dating pretty heavily and after the first date we went out and we had sex and that's when she got pregnant. |

4

| | |
|---|---|
| UF3: | To me it wasn't wrong but there should have been other precautions. I should have been a little bit more safer. |
| UM4: | I wasn't the person that most people would think that would happen to, you know. I was a good student, class president, you know, you don't think of that happening to somebody like that. It's tough going to work 8 hours a day and I can sit there and think okay, it's 2:00 I would normally be getting out and go have fund. I got another 3 hours of work left. |
| UF3: | When I see a whole bunch of teenagers life if I'm driving along [UI] in their car and having this big old party or something, then I sit there and think that used to be me. Now here I am a single mother sitting at home but I do look at myself as a mother, wishing to be a teenager. |
| UF4: | I did say no but I at the time I was sleeping I thought well I kept saying now and he just kept please Laurie please and I kept saying no I'm tired. And so he, I thought he had left but what he, cause he went upstairs, I heard the door close, he pulled out of our driveway. But he parked his car at the side of the house, came back in, he had left the door unlocked, sat out in the rec room for a while and then I looked up and heard my door open. And I said dang and he said please Laurie and he just kept, but the reason I said yes is because he kept bothering me and bothering me. And I said 2 minutes, just 2 minutes and he said okay. And I guess that's all it took, 2 minutes. |

5

UF5: Even when I found out, I didn't believe I was pregnant. I couldn't bring myself to believe it. I didn't want to tell anybody. I was scared. I left that I had let my church down, that I had let everybody down and I just, I wish I could have died then. I didn't know what to do. My friends and I, we have a group at school that we have on Wednesdays and we've had several people come up from several places to talk to us about birth control. And now that we know about it or where to go, we tell our other friends who aren't pregnant don't have babies, we tell them about it and like we have little cousins who are 13 and 14 and they're in middle school and they're getting interested. We tell all of them, me and my other friend, we had a session where we brought some girls over to the house that weren't pregnant. It was like we were having a slumber party but our main purpose was on birth control and having babies and that they shouldn't do it. We just gave them all kind of reasons why they shouldn't. And they were giving us reasons why they think that it wouldn't be that bad. But when we weighed them out to see which one came up with more, it was why you shouldn't have any.

Cabrini Green Jackson: That's Bryan. Nice looking. Look at those muscles again. Girl, he's gorgeous. He is super fine and he's mine all mine. Okay, okay, okay. You want to talk about how not to have a baby. Well the way I see it there's only one guarantee against pregnancy and that's not to do it. I'm serious. Me and Bryan had a long talk about it. He doesn't want

6

|       | |
|-------|-|
|       | to be a father any more than I want to be a mother. I mean that's not to say we don't have a good time when we're together. Hmm. Listen, everybody is not doing it the way you think. They're not, I mean no, everybody is not, I know I'm Cabrini Green, I'm hip to the scene, I know what's happening, everybody is not doing it. Okay I'll tell you how I say no. I say no. I say mm-mm. I say please. I say sorry. I say mm-mm. |
| UF6:  | …your own decision. I mean you gotta be a strong person on your own and you have to say like when you go out, it's like you have a choice to go out and say gee I'm gonna go out and have sex tonight, you know. And you probably will if you go out with that attitude. But if you go out with your attitude saying I'm not gonna or that, you know, the consequences are too high or I'm not on the pill and so I better not or you have to make sure that the option that you choose is the right one for you. Cause if it's the right one for someone else, you know, or you feel swayed by your friends, then you're only gonna get yourself in trouble. |
| UF7:  | If you're a virgin, you can be proud of it. I mean the people who save themselves for people who are special are the people who are gonna be happy with themselves. |
| UM5:  | You're gonna start hating someone if you were like if you were with someone and they said no, you wouldn't hate them, you know, you're not gonna change your feelings. You might think different of it but |

|  |  |
|---|---|
|  | then you would change your relationship for it. You would say well we're not gonna have sex every night, we'll have to start doing something else. I mean there are other things to do. |
| [simultaneous voices] |  |
| UF8: | ...I mean it's like no one needs to explain themselves. I mean all you need is when we're in a situation in high school if a guy asks for something, you just say no, they're not gonna go well why. [UI simultaneous conversation] sit down and say give me 10 reasons why you won't have sex, you know. |
| UM6: | If a guy is worth anything, he's gonna respect a decision, you know, and he'll say okay well we'll talk about it again in a few months or whatever. You know, and if he's not, if he's just gonna walk off and be made then, you know, he's not worth the trouble. |
| UM7: | I was at a certain party once and I never had the experience of having a girl come on so strong where I had to say no. And it's not that easy. You just sort of, I mean it's like I respect the girls a lot more because it's like when they say no, I understand what they mean. It's not, you know [simultaneous voices] right. Cause they might not be saying no because they reject you, they just be saying no because they personally don't want to do it. |
| UF9: | You can say no and try and explain yourself. You just have to say, you know, this isn't right for me or you really need to talk about it. If you just...[simultaneous conversation] communication is so important. |

8

|  |  |
|---|---|
|  | It's just like if with your partner [simultaneous conversation] you need to get things accomplished by talking or you're just gonna be nowhere. I mean… |
| Cabrini Green Jackson: | No, no, you don't have to tell me. I know. I know. It's not easy to say no, especially if you want to say yes and he wants you to say yes and there's nobody there to stop you. I mean okay, let's see, it's Saturday night and the 2 of you are alone and things are getting very, you know, lovey-dovey and romantical, well [DJ in background – music] |
| UM8: | I wonder if she's turned on as I am. |
| UF10: | I wonder if he's as turned as I am. |
| UM8: | I want to do it, seems right but will she want to? |
| UF11: | I'd like to but I don't know if I'm ready for this. |
| UF12: | The last thing I need is a baby right now. But I don't want him to think I'm teasing. |
| UM9: | She'll think I'm a wimp if I don't try it. But I don't want to get her pregnant. |
| UF13: | My mom would just die. |
| UM9: | We just can't do it. |
| UM10: | What am I going to say to her? |
| UM11: | What am I going to say to her? |
| UF14: | We just can't do it. What am I going to say? |
| UF & UM: | We gotta talk. |

9

[music]

Cabrini Green Jackson: Okay. If you still want to do it, then you got some decisions to make. I mean some important decisions. You know what I'm talking about. I'm talking about birth control. No birth control, boom, you might have a baby. [UI] I use, I told you, I'm not doing that. I'm waiting. What do they have to use? Well they got all kinds of things. Number one that can work is a condom for the guy, that is if it's used. You know, if he don't use it, then hey. And they have those contraceptive sponges, right. They're safe and easy and you can get them at the drug store. If you go to a clinic, they have all those things plus they can give you the pill or fit you for a diaphragm. And they tell you how to use all kinds of birth control right. You gotta use it and use it right or else you in for a lot of surprise, you know what I'm saying. Now okay, what you should do is talk to some people, people who know, people who care or just look it up under birth control in the Yellow Pages. Mm-mm. It's not scary. I been down there. Money. Don't worry about the money. They can help. Anyway, you can't afford not to go. It's not weird, it's cool. The people are okay. They help you do what you want to do without having a baby. They treat you personal like a real person. They help you find a birth control that's right for you, you know, like right for your body, right for your relationship. Or, you know, you can just go down there and talk it out, like ease your mind on the situation. Okay, I have told you everything

10

|  |  |
|---|---|
|  | I can tell you about how not to have a baby. The rest is really up to you. You know. Find out everything you can about birth control, talk to somebody about it, read it about it, whatever. |
| UM12: | Ms. Jackson, shouldn't you be somewhere? |
| Cabrini Green Jackson: | I gotta go. Bye. |

[music]

**[End of recording]**

11

Mrs Raulerson initiated the showing of this film in life management classes. It's starting to get old — I may not have ever had it last semester!

Please view at least the last part of the film.... it is as far into contraceptives as we have ever been! Godwin


EXHIBIT Godwin 7 2/6/08