# Chapter 14

## Challenging Times



**Did You Know That**

- More than one million teenager girls become pregnant every year in the United States.
- If left untreated, sexually transmitted diseases can endanger a person's life, health, and well-being.
- Each individual has a right to determine if and when he or she will become sexually active.



**When you have completed this chapter, you will be able to**

- list several health risks associated with teenage parenthood;
- describe some of the emotional, social, and financial effects of teen pregnancies;
- describe symptoms of the most common types of sexually transmitted diseases, including HIV/AIDS;
- explain how sexually transmitted diseases are transmitted and treated;
- describe measures you can take to prevent the spread of sexually transmitted diseases;
- explain some of the physical and emotional aspects of sexual activity; and
- describe the benefits of abstinence.

EXHIBIT Godwin 8 2/6/08

000285

# The Adolescent Years: Challenging Times

The adolescent years, couched between the ages 11 and 19 and often referred to as the teenage years, is a time of rapid change for all young people. For some, it can be a challenging time, especially when they are trying not only to understand all the physical changes they are experiencing as part of being an adolescent but to cope with other changes that are interrelated and equally as important: becoming independent from parents, learning ways to express new and different emotions, developing standards for personal behavior, establishing new relationships, and acquiring the knowledge and skills to ensure their success in life.

This is how Scott, a senior at Riverview High, summed up his feelings about the adolescent years:

> *"During this time"* he wrote, *"adolescents are faced with some of the greatest decisions of their lives. They begin having relationships, compiling information to form the basis of who they will be, experimenting with sex and drugs and a multitude of other activities. The greatest challenge of teens is peer pressure. Peer pressure has a direct effect on deciding to be the kind of person they want to be, doing what they want, and handling their sexual feelings responsibly."*

Scott's assessment of the challenges adolescents face today is well summarized and reflects the feelings of many teens today. Throughout the course of this book information has been provided to assist you in facing some of these challenges. But as Scott alludes to, there is another very important issue that challenges many adolescents today: how to handle their sexual feelings responsibly.

What makes the challenges so great? Aside from the fact that adolescents are entering puberty* at an earlier age than ever before and experiencing new and strong emotions they often neither understand nor feel prepared to handle, there are many reasons.

To begin with, *young people are constantly being bombarded with conflicting messages about sex-related topics*. These mixed messages often cause them to feel confused about the subject of sexual intimacy and challenged to determine what action is right for them. Teens, for example, who hear about sex within the confines of love and marriage from parents may receive a totally different message from peers or while watching television. On the one hand, they feel pressure to have sex to imitate what they've heard from peers or seen modeled on the screen, but they don't seek information about forms of protection because that would mean they were planning to have sex outside of marriage. If a pregnancy or sexually transmitted disease occurs as a result of these unplanned events or unprotected acts, the impact on their young lives is often dramatic.

In addition, most teens find it difficult to make a responsible decision about expressing their sexual feelings because they *do not have access to reliable information about sexual issues*. In fact, many teens indicate they receive very little factual information about physical growth and development from the schools, parents or churches. As a

---

*Challenge: Something that is not easily achieved.
*Puberty—The time or age at which a person is capable of reproducing.

000286



It may be difficult for teens to talk with their parents about issues related to sex.

result, they are easily influenced by the information (or misinformation) they receive from peers as well as the television they watch, the movies they see, and the magazines and books they read. Unfortunately, this information is often distorted, inaccurate, and not reliable enough for teens to make responsible decisions.

The challenge to handle sexual feelings responsibly is made even greater because *the majority of teens are not encouraged to discuss any issues related to sex in an open and honest manner.* Most readily admit they do not have many opportunities to openly discuss issues related to sex with someone who is not only a reliable source of information but is also trustworthy and has good, moral standards. Consequently, they aren't given the opportunity to explore and establish a set of personal guidelines or value system to determine how to express their sexual feelings. They also feel uncomfortable discussing issues related to sex because they're not encouraged to do so.

A fourth factor that challenges many adolescents when it comes to handling sexual feelings responsibly is *their lack of decision-making skills, especially those skills that allow them to say "no"*. Most teens today have been raised in a "yes" society, where at a very early age they are taught to be polite and courteous and say "Yes, Please." To say "no" can be frowned upon and perceived as being rude and selfish. For a young person, saying "no" to an adult or peer is often considered to be impolite, disrespectful and sassy. As a result, many teens are saying "yes" to sex because they don't know how to say "no!"

These factors can no longer be ignored, however, because of two serious health issues facing young adults in our society today—teenage pregnancies and the spread of sexually transmitted diseases among our youth. As a result of early sexual involvement, studies indicate that not only are the health, wellness and lifestyles of young people being threatened—*but their very lives are being threatened as well!* If teens today are to handle their sexual feelings responsibly to avoid either one, they need to acquire information, change attitudes, and learn specific skills. They also need to know that **abstinence,** or not having sex, is the smart choice.

000287

become a healthy, mature, responsible adult can be one of life's greatest challenges. It can be an even greater challenge for those individuals who assume the role of parent before they are emotionally and financially ready for the responsibilities that lie ahead.

From the time of its birth, a baby can make great demands on a parent's time, energy, and money. No one could possibly begin to describe the many responsibilities involved with being a parent. While it was once thought that raising children is a natural role for any normal adult who uses common sense and inborn instincts, it is now believed that good parenting calls for special skills, emotional control, foresight, and courage. It is also a full-time job that involves a lot of hard work!

With so much responsibility involved in being a good parent, it would seem that most people would want to wait until they feel they are both financially and emotionally ready to take care of another human being. Yet in our society today, *1 out of every 10 American teenage girls will become pregnant this year.* In other words, children are having children.

For teenagers, having a baby can have far-reaching effects. In fact, statistics show that the physical, emotional, social and financial impact of pregnancy and parenting during the teen years poses major problems not only to the teen parent and child but to our society as well.

*Physically,* a teen mother and child face some special problems during the pregnancy. Studies show that complications during pregnancy are more likely to occur among teenage girls than adult women. A teenage mother is more likely to be undernourished and suffer premature or prolonged labor because her body may not be physically mature. Miscarriages and **stillbirths*** are also more frequent among teenage women than among adult women.

Being a parent can be tough!



*Stillbirth—The birth of a dead child.

000288

204   *Challenging Times*

A baby growing inside a teen mother's womb is in a most dependent, often risky, place. Poor eating habits, smoking, alcohol and drug use on the part of the mother can increase the risk of the baby developing health problems. Babies born to teenagers may arrive too soon and be too small. Babies with low birthweights may have immature organ systems (brain, lungs, heart); difficulty controlling body temperature and blood sugar levels; mental retardation; and the risk of dying in early infancy.

*Emotionally,* the effects of a pregnancy on teenage parents begins almost immediately upon its confirmation. Since these pregnancies are usually not planned events, most teens are not prepared for the emotional demands of being a parent. They know they are supposed to provide housing, clothing, food, and health care for their child; but since many lack the education and experience needed to get adequate jobs to pay for these things, they worry or get frustrated when they are unable to provide this most basic care.

Adjusting to the demands of a child once he or she enters the world can be stressful—especially for young, single parents unfamiliar with parenting skills. If a parent is still attending school and/or has job responsibilities, a child makes even more demands on a teenage parent's time. Sometimes this stress is expressed in the form of abuse toward a child. Studies show that teenage parents are more likely to abuse their children than do older parents.

*Socially,* a pregnancy often forces teen parents into an adult role before they are ready, which can be unhealthy for them and for the child. Infants and young children must be cared for 24 hours a day. As a result, teen parents often drop out of school to provide the support and care their baby requires.

While there are times when a teenage father and mother marry because of the baby, studies show that these marriages have a much greater chance of ending in divorce. Most of the time, however, the father and mother do not marry, and the child becomes the sole responsibility of the mother. In these cases, the unmarried mother and child often have to rely on government assistance to live.

The teen father experiences difficulties, too. Usually as an absent father, he is uncertain just what his role should be as a father. More and more family courts are deciding that unmarried teenage fathers have a place in a child's life, and he is expected to provide not only financial but nurturing support as well.

*Financially,* teenage pregnancies are a considerable cost not only to the parents but to our society. A pregnant woman's appetite may double during pregnancy, thus pushing up food costs about $100 a month. Pregnancy tests and doctor visits can run about $400 during the first trimester (three months of pregnancy). A maternity wardrobe, childbirth classes, and a few purchases in preparation for the birth of the baby can easily add up to over $1,000 during the second trimester. By the time the baby is delivered, the additional expenses for the doctor, hospital charges, medications, and supplies for the baby can easily add up to over $3,000!

The future of the unwed teenage mother doesn't often hold great promise for her and her child. Two out of three pregnant teenagers drop out of school. With her education cut short, the teenage mother may lack job skills. Studies also show that the income of teen mothers is half that of



Unmarried teen fathers are expected to provide financial support for their child.

*Challenging Times* 205

those who first give birth to a child in their 20's, and as a result, a teenage mother may become financially dependent on her family or on welfare.

Since most teen pregnancies occur to unwed mothers, taxpayers and future taxpayers (that means you!) often end up paying for the birth, rearing, and education of many of the children born to teen mothers. It has been estimated that the United States will spend almost $19 billion dollars each year on income support and programs for families that began with a teenage pregnancy.

There is no question that a teenage pregnancy impacts in many ways: on the young people involved, the unborn child, the extended family and society. But another serious health issue that can have an emotional and physical impact on young people's lives is the spread of sexually transmitted diseases.

## Sexually Transmitted Diseases (STD's)

Sexually transmitted diseases (STD) or venereal diseases (VD) are communicable diseases spread from one person to another primarily by close, sexual contact. There are no vaccines against STD's so anyone, at any age, can be a victim. Even though a person has had a STD and been cured, he or she can also get it again and again. Most important of all, STD's can have serious emotional and physical consequences. In some instances, they can be life-threatening.

While there are many different kinds of STD's, the most common types to be found in our society today are **gonorrhea, chlamydia, syphilis, herpes** and **genital warts.** The most serious type of sexually transmitted disease to be found is HIV/AIDS (Acquired Immune Deficiency Syndrome, a disease caused by the Human Immunodeficiency Virus). Understanding the symptoms of these diseases will help you seek early treatment and thereby lessen any damage to your body. Understanding their effects should encourage you to make decisions that will prevent you from ever getting one of these diseases.

> ▶ *There are no vaccines against STD's, so anyone, at any age, can get one of the diseases.*



AIDS should die, not people.

## Symptoms of Common Types of Sexually Transmitted Diseases

Here are the signs and symptoms of some common types of STD's that may indicate their presence in a person's body:

**Gonorrhea** (Gone-o-RHEE-a)—Within 2 to 21 days after having sex with a partner infected with gonorrhea, a male may see a whitish discharge from his penis and feel itching or burning when he urinates. A woman may have no symptoms, or she may experience a burning sensation while urinating, vaginal discharge, fever or stomach pain.

**Chlamydia** (Kla-mid-i-ah)—The symptoms of chlamydia resemble a mild case of gonorrhea, and the two diseases often appear at the same time. It's possible for a woman to exhibit no symptoms at all when she has the disease. Chlamydia appears from one to five weeks after contact. Diagnosis often depends on a physician's analysis of symptoms and discharge samples.

**Syphilis** (Siff-i-lis)—A person infected with syphilis will get a sore called a **chancre** (shang-ker) on the sex organs or mouth usually between 10 and 90 days after having sex with a person infected with the disease. The sore will disappear slowly even without treatment, but the disease does not. If left untreated, other symptoms that may appear several weeks later are low fever, sore throat, sores or rashes. These, too, may come and go. After about 2 years, a person with untreated syphilis reaches a point where he or she can't infect others, but his or her own health will deteriorate as the virus moves throughout the system destroying the body's vital organs.

**Herpes simplex virus type 2 (HSV-2)**—Not every form of herpes is a sexually transmitted disease, but HSV-2 is. A man with HSV-2 will see a small sore or cluster of blisters on his reproductive organs while a woman may have blisters in or around her vaginal area. Both may also experience a fever and headaches. These symptoms usually show up 2 to 20 days after contact and can be either very mild or extremely painful. Without treatment, the symptoms may disappear in a week or two; but because the disease is still in the body, these symptoms may flare up later. *There is no cure for the herpes virus at the present time.* Therefore, the disease doesn't leave the body but becomes latent, or goes "underground" for long periods between attacks.

**Genital warts**—Some genital warts are flat; some are round bumps that look like tiny cauliflowers. On men, most genital warts appear on the outside of the penis; in women, they are found on and around the vulva and inside the vagina and cervix.

A virus called the **human papilloma virus (HPV)** causes genital warts. Strains of this same virus have been strongly associated with cervical cancer. Since there are usually no symptoms with the virus, a women seldom knows she is carrying it until it shows on her **Pap smear.*** With the spread of the HPV infection approaching epidemic proportions in our society, it is now more important than ever for a woman to get regular Pap smears starting at age 18 or the onset of sexual activity, whichever comes first.

---

*A Pap smear is a painless test used to detect abnormalities or early changes in the cervix that may lead to cancer.

000291

HIV/AIDS infection is on the rise.



Acquired Immune Deficiency Syndrome (HIV/AIDS)—HIV/AIDS is a disease that a person gets when his or her immune system ceases to function properly. People who have HIV/AIDS are infected with the human immunodeficiency virus, the virus that is responsible for the breakdown of the immune system. In the beginning, many people with HIV/AIDS have no symptoms and generally enjoy good health. Symptoms of the HIV/AIDS infection can include unexplained fever, chills, night sweats; white patches in the mouth (thrush); unexplained diarrhea; unexplained weight loss; swollen or tender lymph glands in the neck, jaw, armpit or groin; or any unusual bruise, bump, swelling or skin discoloration, including skin rashes. Women and children are being infected at a high rate as HIV/AIDS is more common in the 1990s. Anyone who experiences these symptoms for more than two weeks should see a doctor.

## The Effects of Sexually Transmitted Diseases

If any of these sexually transmitted diseases go untreated, there can be serious consequences for the person who contracts the disease. For example, untreated gonorrhea in males and females can cause arthritis, heart disease, or infect the eyes severely enough to cause blindness. Chlamydia causes many of the same complications for women as gonorrhea, including painful pelvic disease, arthritis, and eye infection.

000292

Young women often suffer from **pelvic inflammatory disease (PID)*** due to STD's, especially gonorrhea and chlamydia. With PID, the Fallopian tubes become diseased, causing an increased chance of an ectopic pregnancy** in the tube. This pelvic infection can become chronic if left untreated, causing pain which interferes with an active, healthy life. Both gonorrhea and chlamydia may lead to sterility*** in men and women.

Syphilis goes through several stages, but the real dangers to both women and men if the disease goes untreated are heart disease, blindness, severe brain damage, paralysis, or eventually death. An unborn child who acquires syphilis from its mother may be born with **congenital** (present at birth) **syphilis** and have a heart defect, bone deformities, kidney problems or other abnormalities.

Since genital herpes cannot be cured, the infection may reoccur and cause considerable discomfort and pain. It is during this time that it may also be transmitted to another person. Women who get genital herpes increase their chances of getting cancer of the cervix, and a pregnant woman with active genital herpes can infect her baby during delivery, causing death or serious damage to the eyes or brain of the child. There is no question that herpes simplex is a serious threat not only to the person who contracts the disease but to newborns as well.

HIV/AIDS varies greatly in how it affects people. Some people test positive with HIV/AIDS and continue to live productive lives for many years before being diagnosed with HIV/AIDS. Some live with HIV/AIDS for several years, while others die within a few days or weeks after diagnosis. A pregnant woman infected with HIV/AIDS may transfer the virus to her unborn child through the placenta and into the baby's bloodstream. The virus may also be passed to a child through breast milk of an infected mother.

## *Treatment and Prevention of Sexually Transmitted Diseases*

Gonorrhea, syphilis and chlamydia can be treated and cured with antibiotics. However, any damage done to the body before the infected person seeks treatment may be irreparable. Treatment for genital warts depends on how many and how big they are and whether they are inside or outside the body. Some warts can be painted with a medicine that will make them fall off after a few days, while others may be frozen or burned off. A few will need to be removed surgically.

There is no antibiotic or known cure for Herpes-2 or HIV/AIDS. There are, however, several experimental drugs being tested to treat HIV/AIDS, and a drug called "Zidovudine" (formerly called AZT) is being used to help stop the virus from multiplying in some people who have HIV/AIDS.

Teen pregnancy is associated with a variety of social, emotional and physical problems.

*Although not always caused by gonorrhea, PID is the most common cause of female infertility because it can produce scarring that blocks the Fallopian tubes. The early symptoms of PID are lower abdominal pain, fever, nausea or vomiting, and pain during intercourse.

**Ectopic pregnancy—A pregnancy that implants somewhere outside the uterus in the abdominal cavity, usually within the Fallopian tube.

***Sterility—Unable to reproduce.

000293

If you suspect you have an STD, go to the health department.



## Health Services

Treatment for any type of STD is available through the local health department's free clinic or a doctor. In most states, minors do not need parental consent to get professional help. If you suspect you have a STD, don't try to treat it yourself. It won't work. Go to a local clinic or private doctor.

There are several things you can do to protect yourself from getting a STD. The most effective preventive measure you can take as a teen is *to abstain from sex*. If there is no sexual contact, there is no risk of infection. Since the risk of STD infection increases enormously in relation to the number of different people with whom a person has sexual contact, the fewer the number of contacts, the lower the risk.

When you are old enough and mature enough to make a responsible decision about sex, *have sex within a long-term, mutually faithful relationship and use a latex condom*. A latex condom can help protect both partners by preventing contact with body fluids that may contain the virus, but they are not foolproof. In fact, *there is no such thing as safe sex, only safer sex. Abstinence is the only "safe sex" behavior.*

There are other preventive measures you can take to protect yourself from getting a STD. *Don't mix alcohol or other drugs with sex.* These substances can lower inhibitions and affect your judgment, making it more likely you'll engage in risky sexual behavior. In addition, *don't shoot drugs.* One of the ways HIV is transmitted is through infected needles or syringes being shared by an infected person and another person.

> *The key to protecting yourself from getting a STD: abstain from sex.*
>
> 

### The Issue of Sexual Intimacy

If you don't want to deal with an unplanned pregnancy or become infected with a sexually transmitted disease, you need to take the time to explore your feelings about the issue of sexual intimacy. Like other important decisions in your life, the decision as to when you will become sexually active needs to be made with serious thought and consideration. It should not be unplanned or dependent upon someone else's influence or pressure. It is a decision that you have a right to make based upon your own value system. It is also a decision that should be made responsibly.

Have you ever wondered why some teens choose to be sexually active while others choose not to be? Let's look at some of the reasons behind each decision that have been expressed by other teens.

Some teens have chosen to be sexually active because they are in love and want to express their feelings to a partner, while others do it because "everyone else is doing it." Some say it's because they feel pressure from their peers to be sexually active and want to prove they

can do it. While there are those who are having sex just to be popular and accepted by others, others are using it as a form of rebellion or to keep a partner. Still, some are just plain curious and want to know what it's like, while others are saying "yes" because they don't know how to say "no."

Those who choose *not* to be sexually active have a variety of reasons as well. Some say "no" because they fear an unplanned pregnancy or that they will contract a sexually transmitted disease. Others have moral and/or religious convictions and want to wait until they are married, while others feel they're not emotionally ready for the responsibilities that are involved with being sexually active or just don't care enough for the person. Still others are concerned about their reputation and what others might think. There are also those who have been sexually active, but as a result of an unhappy experience have chosen not to have sex until they feel they are better prepared for the responsibilities it entails.

Teens who examine the various reasons behind each decision are often surprised to learn that there are just as many good reasons for saying "no" as there are for saying "yes." In fact, for many it becomes apparent that some of the reasons for saying "yes" (for example, to prove they can do it, peer pressure, to be accepted, to rebel, don't know how to say "no") aren't very good reasons for making *any* kind of decision!

The important thing for you to remember is that *you have as much a right to say "no" as someone does to say "yes."* If you want to say "no" because you want to wait until you're married or you don't want to worry about a pregnancy every month or becoming infected with a sexually transmitted disease, say it! You have that right.

## The Physical and Emotional Aspects of Sexual Involvement

While many teens have heard of the possible physical repercussions of having sex, few are given the opportunity to explore some of the emotional reactions they may experience as a result of being sexually active. Let's take a look at both.

**Physically,** teens who choose to be sexually active have to be *concerned about the possibility of a pregnancy* or *contracting a sexually transmitted disease.* If they contract a STD and don't get proper treatment for it, they *could become sterile.* If they contract HIV/AIDS, they *could die.* There is also *an increased risk of cancer in the reproductive system for females.*

Teens who choose not to be sexually active have *nothing* to be concerned about physically.

**Emotionally,** teens who choose to have sex may experience any one of a number of responses. While some may experience an *enhancement of feelings or love* for their partner and *enjoyment* or physical pleasure, others may feel *guilt* for going against their personal values. Some constantly *worry* about getting a sexually transmitted disease or about a pregnancy, while there are those who are *concerned* about what their partner or parents will think. Some experience *regret* because they had a baby before they were ready to support it or terminated an unplanned pregnancy. Some have even experienced *anger* because a

> ▶ You DON'T get HIV/AIDS or any other sexually transmitted disease from casual contact. You can't get a STD from sharing a drinking glass, mosquitoes, shaking hands, donating blood, working in the same office or going to school with a person who has a STD.

> ▶ Here are two toll-free numbers you can call for information on sexually transmitted diseases and HIV/AIDS:
> National HIV/AIDS Hot Line
> 1 (800) 342-AIDS
> National STD Hot Line 1 (800) 227-8922

000295

Many couples choose to wait to have sex until they are married.



pregnancy occurred and their partner didn't recognize their feelings, wasn't there to give support, or wanted to terminate it (and they didn't believe in abortion). There are also those teens who have felt *frustration* because they became teenage parents and couldn't continue with their education and achieve their personal goals.

Teens who choose not to be sexually active seem to have one emotional concern: *Am I OK?* Teens who choose to say "no" but find themselves asking, "Am I Ok?" because they think everyone is doing it (but they're really not!) need to remember that their worth as an individual is not wrapped up in whether or not they have had sex. *People who choose not to have sex, no matter what their reasons, are OK!*

In addition to the physical and emotional aspects of sexual involvement, there are other factors that will need to be considered by those who choose to be sexually active. They may be faced with making a multitude of decisions. To begin with, will they use birth control? If so, what method? If they choose not to use any form of protection, then they may have to make a decision about what to do with a pregnancy. Will they get married? Raise the child as a single parent? Give the child up for adoption? Have an abortion? And if they become infected with a sexually transmitted disease, where will they get treatment? How will they tell their partner? Being faced with any one of those decisions could cause a great deal of emotional turmoil in *any* individual.

On the other hand, young people who choose to say "no" to sex have no more decisions to make.

## The Benefits of Abstinence

There is little question that the decision to have sex can inflict considerable emotional and physical harm, especially if the decision is made casually and/or irresponsibly. So why not consider abstinence?

Many people aren't aware of the many benefits to abstinence. Physically, their health will never be jeopardized because of an early pregnancy or a sexually transmitted disease, and their lifestyle will never be altered or threatened because of early sexual activity or a disease.

000296

Emotionally, the benefits may be even greater. They won't worry every month about a possible pregnancy or contracting a sexually transmitted disease, nor will they worry about what their partner or others might think about them. They also won't experience any of the anger some teens feel when their partner isn't there to give support when a pregnancy occurs or the regret some feel when a pregnancy has been terminated. And they won't ever feel frustrated because they've had a baby before they were emotionally and financially ready to support it or because they couldn't continue with their education and reach their personal goals.

Couples who consciously choose not to have sex and openly discuss their feelings about sexual intimacy with each other usually find there are many benefits to abstinence. To begin with, it eliminates the possibility of either party feeling rejected because the pressure to "make the move" or perform is gone. It also gives both partners an opportunity to get to know each other without the concerns or worry that often accompany teen sex. Most important of all, it enables a friendship to develop that is based on respect and trust and is mutually satisfying.


You can choose to say "no"!

### Being Able to Say "No"...

Many teens readily admit that open communication about sexual issues is not easy and that at times, it's difficult to say "no" to sex. Actually, saying "no" in *any* situation is rarely easy for people of all ages! It often takes a great deal more courage and inner strength to say that one-syllabled, two letter word "no" than to yield to peer and your own emotional pressure. Most people agree that it's a lot easier to say "yes" and go along with the crowd because they don't get hassled or ridiculed.

When it comes to having sex, however, being able to say "no" doesn't mean saying "no" to sex forever; it means being able to say "when" . . . when it's right for the individual and it complements a person's lifestyle and value system. And in this day and age, *being able to say "no" to sex is even more essential because it can save a person's life!*

How can you say "no" to sex? Here are several suggestions:

- **Choose carefully the people you date.** If you know a particular person has a reputation for having sex, don't date that person. Only date those individuals whom you know share your values.

- **Be selective in where you go on a date.** By going to the movies, a school dance or football game, or anyplace where there are other people present, you eliminate a quiet, private situation that could lead to sex.

- **Express your personal guidelines to your partner.** When you find your relationship becoming stronger and more meaningful and you begin to experience special physical responses, don't be embarrassed or ashamed to openly communicate how you feel. Just saying "no" to someone is more likely to make him or her feel rejected. Help that person to see that *saying "no" is a reflection of what you believe and not a rejection of him or her.*

*Keys to help you say "no" to sex . . .*


000297

*Remember: The Choice Is Yours*

As you move through your teen years into adulthood, it will be up to you to determine how you will express your sexual feelings. When it comes to making a decision about sex, always remember: it's your decision.

It's also too important a decision to be made on the spur of the moment, borrowed from someone else or made under the influence of drugs or alcohol. Take the time to determine your own value system and establish your own guidelines.

Most important of all, remember that being able to say "no" means being able to say when . . . when it's right for you.

## Summary

> ▶ *The decision whether or not to have sex does not have to be unplanned or dependent upon someone else's influence or pressure. It is a decision that each person has a right to make based upon his or her own value system. It is also a decision that should be made responsibly.*

One of the most important issues challenging many adolescents today is how to handle their sexual feelings responsibly. The challenge is so great because they are constantly being bombarded with conflicting messages about sex-related topics, they don't have access to reliable information about sexual issues, they aren't encouraged to discuss any issues related to sex in an open and honest manner, and they lack decision-making skills.

Over a million teenage girls become pregnant every year in our society. The physical, emotional, social, and financial impact of a pregnancy and parenting during the teen years poses major problems not only to the teen parent and child but to society as well.

Another serious health issue that is of great concern to adolescents today is the transmission of sexual diseases. Since there are no vaccines against STD's, anyone at any age can be a victim. While some STDs can be cured, if left untreated they could cause irreparable damage to a person's body. Others that cannot be cured can cause physical and emotional damage . . . and even threaten one's life. The best way for teens to avoid a pregnancy or becoming infected with a STD is to abstain from sex.

Teens who examine the various reasons behind the decision to have sex can often find that there are just as many good reasons for saying "no" to sex as there are to saying "yes." A further examination of the emotional and physical aspects of sexual involvement supports the theory that there are benefits to abstaining.

The decision to become sexually involved is too important a decision to be made on the spur of the moment, borrowed from someone else or made under the influence of drugs or alcohol. *Every* individual has a right to make his or her own decision.

000298

## Review These Words

Abstinence
HIV/AIDS
Chlamydia
Congenital Syphilis
Genital warts

Gonorrhea
Herpes
Puberty
Sexually Transmitted Disease
Syphilis

## Using What You Have Learned

1. Give examples of how the adolescent years can be a challenging time for many teens.
2. List four reasons why adolescents are challenged to handle their sexual feelings responsibly.
3. Describe some of the physical, emotional, social and financial aspects of teenage pregnancy.
4. Describe symptoms and effects of the following sexually transmitted diseases: gonorrhea, chlamydia, syphilis, herpes, genital warts and HIV/AIDS.
5. Describe different ways to prevent the spread of sexually transmitted diseases.
6. List several reasons why teens would choose to be sexually active, then list reasons why teens would choose *not* to be sexually active. Do you feel these reasons have any validity?
7. Describe some of the physical and emotional aspects associated with teen sexual involvement.
8. Describe the benefits of abstinence.
9. Describe ways teens can choose to say no to sexual activity.

000299

Case 2:06-cv-14320-KMM   Document 66-10   Entered on FLSD Docket 02/29/2008   Page 16 of 19

1998

## Florida Department of Education

### COURSE DESCRIPTION - GRADES 9-12, ADULT

**Subject Area:** Health
**Course Number:** 0800300
**Course Title:** Health I - Life Management Skills
**Credit:** 0.5

**Will meet graduation requirement for Life Management Skills**

A. **Major Concepts/Content.** The purpose of this course is to develop and enhance critical life management skills necessary to make sound decisions and take positive actions for healthy and effective living.

The content should include, but not be limited to, the following:

- human growth and development through adulthood
- positive emotional development, including suicide and violence prevention
- communication, interpersonal, and coping skills
- responsible decision-making and planning
- nutrition and physical activity
- tobacco, alcohol, and other drug use and abuse
- consumer knowledge
- health-related community resources
- safety education, including one-rescuer cardiopulmonary resuscitation (CPR), first aid for obstructed airway, and injury prevention
- disease prevention and control, including HIV/AIDS and other STDs
- family life education, including human sexuality, sexual abstinence, and pregnancy prevention
- personal health and individual wellness planning
- health advocacy skills



This course shall integrate the Goal 3 Student Performance Standards of the Florida System of School Improvement and Accountability as appropriate to the subject matter.

B. **Special Note.** Any student whose parents make a written request to the school principal shall be exempt from HIV/AIDS and human sexuality instructional activities. Course requirements for HIV/AIDS and human sexuality education shall not interfere with the local determination of appropriate curriculum which reflects local values and concerns.

000201

Course Number: 0800300 - Health I - Life Management Skills

Page 3 of 5

| | | |
|---|---|---|
| | HE.C.2.4.3 | know strategies for overcoming barriers when communicating information, ideas, feelings, and opinions on health issues. |

3. **Demonstrate time-management and stress-management skills.**

| | |
|---|---|
| HE.A.1.4.3 | understand the relationships among physical, mental, emotional, and social health throughout adulthood. |
| HE.B.1.4.3 | know strategies for managing stress. |
| HE.B.3.4.8 | understand various ways in which different families handle grief (e.g., in terms of cultural differences). |

4. **Demonstrate the steps involved in making responsible health-related decisions.**

| | |
|---|---|
| HE.C.1.4.1 | know various strategies when making decisions related to health needs and risks of young adults (e.g., support-and-reward system). |
| HE.C.1.4.5 | know how to make positive decisions related to injury, tobacco, nutrition, physical activity, sexuality, and alcohol and other drugs. |
| HE.C.1.4.6 | know various strategies to use when applying the decision-making process regarding healthy habits (e.g., ways to avoid junk foods). |
| | (Note: Examples also include wearing seat belts, helmets, and other protective gear, violence prevention, sexual abstinence, refusal skills, mediation skills, etc.) |

5. **Develop and implement a personal wellness plan that promotes mental, social, emotional, and physical health throughout the stages of life.**

   (Note: This plan should address nutrition, physical activity, stress management, money management, future plans and goals, personal health care, breast self-examination, testicular self-examination, and social and emotional needs.)

| | |
|---|---|
| HE.A.1.4.9 | understand how nutrient and energy needs vary in relation to gender, activity level, and stage of life. |
| HE.C.1.4.3 | know methods for predicting the immediate and long-term impact of health decisions on the individuals who make them. |
| HE.C.1.4.4 | know how to implement a plan for attaining personal health goals for the school year and know methods for evaluating progress. |

Course Number: 0800300 - Health I - Life Management Skills

Page 5 of 5

11. **Demonstrate understanding of the effects of communicable diseases, including HIV/AIDS and other sexually transmitted diseases, on the individual, family, and the community.**

    HE.B.1.4.2   know strategies for health enhancement and risk reduction.

    HE.B.2.4.3   know how information from peers, family, and the community influences personal health.

12. **Develop and implement a plan to promote a health issue of relevance to the school or local community (e.g., a health fair, a health issue campaign, an environmental issue campaign, etc.).**

    HE.C.2.4.1   know oral, written, audio, and visual communication methods to accurately express health messages (e.g., through an audiovisual public service announcement).

    HE.C.2.4.3   know strategies for overcoming barriers when communicating information, ideas, feelings, and opinions on health issues.

    HE.C.2.4.5   know methods for working cooperatively with others to advocate for healthy communities (e.g., community service projects and health careers).

    HE.C.2.4.6   know effective techniques for supporting community, state, and federal agencies that advocate healthier communities.