# Exhibit E

1

```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA


         Case No. 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF
OKEECHOBEE HIGH SCHOOL, et al.,

      Plaintiffs,

vs.                                 CERTIFIED COPY

SCHOOL BOARD OF OKEECHOBEE
COUNTY,
      Defendant.
_____ /
```

```
                   DEPOSITION OF:  JIM LEIDY
DATE:              February 6, 2008
TIME:              2:25 p.m. to 3:45 p.m.
PLACE:             410 NW 6th Street
                   Okeechobee, Florida


TAKEN BY:          Amy J. Schreck, Registered Professional
                   Reporter and Notary Public, State of Florida
                   at Large


APPEARANCES:
FOR PLAINTIFFS:         Robert Rosenwald, Jr., Esquire
                        American Civil Liberties Union
                        4500 Biscayne Boulevard, Suite 340
                        Miami, Florida 33137
                        (786)363-2713
                        Ken Choe, Esquire
                        American Civil Liberties Union
                        125 Broad Street, 18th Floor
                        New York, New York 10004
                        (212)549-2553
```

5

```
1              Okay?

2       A      All right.

3       Q      Are you a faculty member of Okeechobee High

4  School?

5       A      Yes.

6       Q      For how long have you been a faculty member?

7       A      I've been there 19 years.

8       Q      Please describe in general terms your

9  responsibilities as a faculty member.

10      A      I teach English for tenth, eleventh and

11 twelfth grade and I'm the Beta Club sponsor and I also

12 oversee the senior slide show and also sponsor the

13 Poetry Club.

14      Q      Anything else?

15      A      That's it.

16      Q      Other than English, are there any other

17 classes that you teach?

18      A      No.  That's it.

19      Q      Since the start of the 2006/2007 school

20 year -- in other words, since the start of last school

21 year, have you served as a faculty adviser to any

22 student group in addition to Beta Club and Poetry Club?

23      A      No.

24      Q      For how long have you been a faculty adviser

25 to Beta Club?
```

6

1      A      Nineteen years.

2      Q      Please describe in general terms your

3  responsibilities as the faculty adviser.

4      A      Well, I am pretty much the connection between

5  the local club organization here at this campus and the

6  National office in South Carolina and pretty much make

7  sure that they undertake monthly meetings and I also ·

8  make sure that the students meet the recommended

9  qualifications for membership and just supervise

10  activities.

11      Q      Anything else?

12      A      No.   That's probably it.

13      Q      I'm going to ask you a series of questions,

14  the answers to which may seem obvious to you but I have

15  to ask these questions.

16           Is Beta Club permitted to meet on campus

17  during non-instructional time this school year?

18      A      Yes.

19      Q      Was Beta Club permitted to do so last school

20  year?

21      A      Yes.

22      Q      Do you anticipate that Beta Club will be

23  permitted to do so next school year?

24      A      Yes.

25      Q      What is the subject matter or mission of Beta

1    Club?

2        A    We don't really have a subject matter.    This

3    is a service-oriented club that is a national club.

4        Q    Anything else?

5        A    No.

6        Q    Is participation in Beta Club required for

7    any particular course?

8        A    No.

9        Q    Does participation in Beta Club result in

10   academic credit?

11       A    No.

12       Q    Did you say earlier that the mission of the

13   Beta Club is community service?

14       A    It's primarily a service-oriented club, yes.

15       Q    Is that mission actually taught in any

16   regularly offered course?

17       A    Wow.  Not to my knowledge -- as far as, you

18   know, a core topic of conversation but, no.

19       Q    And do you anticipate that it will soon be

20   taught in any regularly offered course?

21       A    I honestly wouldn't know that.

22       Q    Does the mission of Beta Club concern the

23   body of courses at Okeechobee High School taken

24   together as a whole?

25       A    Not really, no.

8

```
 1        Q    Is Beta Club a chapter of National Beta Club?

 2        A    Yes.

 3        Q    Is Beta Club associated with National Beta

 4   Club in any other way?

 5        A    No.

 6        Q    Has Beta Club ever had any contact with

 7   National Beta Club?

 8        A    Yes.

 9        Q    Please describe the type of contact that Beta

10   Club has had with National Beta Club.

11        A    I have to send a list of our members to the

12   National office in South Carolina and they just -- they

13   keep a record of those members from year to year.

14        Q    Anything else?

15        A    No.

16        Q    Are there other chapters of National Beta

17   Club at other schools?

18        A    Yes.

19        Q    Do Beta Club and other chapters of National

20   Beta Club at other schools share the same name?

21                        (Mr. Gibbs entered the deposition

22                        room.)

23        A    I would assume so but I really don't know

24   because we honestly have not had contact with other

25   Beta Clubs and other schools.
```

1  of National Beta Club at other schools in any other

2  way?

3      A    No.

4      Q    I'm showing you what I'm asking the court

5  reporter to mark as Exhibit 1.

6                    (Leidy Exhibit Number 1 was marked

7                    for identification.)

8  BY MR. CHOE:

9      Q    Please review it or please examine it and let

10 me know when you've completed your examination.

11         MR. GIBBS:  Just in a cursory manor.

12     A    (The witness reviewed the document.)  Am I

13 permitted to reference this later on?

14         MR. GIBBS:  Yes, you are.  There's no quiz at

15     the end.

16                    (The witness reviewed the

17                    document.)

18         MR. CHOE:  Let's go back on the record.

19 BY MR. CHOE:

20     Q    Have you completed your examination?

21     A    Yes.

22     Q    Do you know what this is?

23     A    This is the National Club Manual.

24     Q    Is this a resource that is available for use

25 by Beta Club?

1       A     Yes.

2       Q     Is this a resource that was provided by the

3   National Beta Club?

4       A     Yes.

5       Q     Please turn to Page A-1 and read aloud the

6   last paragraph which begins, "What can we do for

7   programs?"

8       A     "Optional program materials are provided by

9   the national office (see page F-15).  Other resources

10  for meeting program ideas include university extension

11  departments, local charities or non-profits, other Beta

12  Clubs and various local businesses."

13      Q     Can Beta Club avail itself of programming

14  suggested by the National Beta Club?

15            MR. GIBBS:  I'm going to object to form.  You

16      can go ahead and answer if you understand the

17      question.

18            THE WITNESS:  I'm really not sure I

19      understand what you're asking.

20  BY MR. CHOE:

21      Q     If Beta Club were to want to do so, could

22  Beta Club take advantage of programming suggested by

23  National Beta Club?

24            MR. GIBBS:  Object as to form.  You can

25      again -- his club or any fictitious Beta Club?

12

```
1        The Okeechobee High School Beta Club or any club
2        hypothetically is probably the clarification.
3   BY MR. CHOE:
4        Q    When I refer to "Beta Club," I mean the Beta
5   Club at Okeechobee High School.
6        A    I'm not sure I'm understanding as far as your
7   suggestion of the programs they're offering.
8        Q    Does National Beta Club provide suggestions
9   to chapters about the types of activities that they
10  could engage in?
11       MR. GIBBS:  Object to form.  You can answer
12       if you know.
13       THE WITNESS:  They by way of the newsletter
14       and their web site, they talk about what clubs
15       have done but they don't really generate specific
16       in-house ideas of their own to suggest to us.
17  BY MR. CHOE:
18       Q    You indicated that National Beta Club shares
19  with its chapters activities that particular chapters
20  engage in; is that correct?
21       A    Right.
22       Q    When it does so, does it do it so to offer
23  suggestions to other chapters about the kinds of
24  activity they might do?
25       A    It's more just an informative manner.  This
```

13

1    is what other Beta Clubs are doing.

2        Q    Does Beta Club at Okeechobee High School take

3    those activities of other chapters that are reported by

4    National Beta Club as potential activities that it too

5    could engage in?

6            MR. GIBBS:  Object as to form.

7            THE WITNESS:  Well, we haven't in the 19

8        years I've been sponsor.

9    BY MR. CHOE:

10       Q    Could the Beta Club at Okeechobee High School

11   look to those reported activities as possible

12   suggestions for what it can do?

13           MR. GIBBS:  Object to form.

14           THE WITNESS:  Clarify that.

15   BY MR. CHOE:

16       Q    Does Beta Club at Okeechobee High School

17   receive publications issued by National Beta Club?

18       A    Yes.

19       Q    Do these publications received by Beta Club

20   at Okeechobee High School contain reports of activities

21   engaged in by other Beta Clubs?

22       A    Yes.

23       Q    Please turn to Page A-2 and read silently the

24   fourth and fifth paragraphs which begin "What is THE

25   BETA JOURNAL?"

```
 1        A      (The witness reviewed the document.)  Okay.

 2        Q      Is "The Beta Journal" a publication that the

 3   Beta Club at Okeechobee High School receives?

 4        A      Yes.

 5        Q      Is "The Beta Reporter" a publication that the

 6   Beta Club at Okeechobee High School receives?

 7        A      Yes.

 8        Q      Where does the Beta Club at Okeechobee High

 9   School get ideas for its activities?

10        A      It's usually myself as a sponsor or my Club

11   officers.

12        Q      Anything else?

13        A      No.

14        Q      Returning to Page A-2 of Exhibit 1, please

15   review silently the eighth paragraph which begins

16   "Where can I find information about my state

17   convention?"

18        A      (The witness reviewed the document.)  Uh-huh.

19        Q      Can Beta Club participate in or attend a

20   convention sponsored by National Beta Club?

21        A      Yes.

22        Q      Has Beta Club ever done so?

23        A      No.

24        Q      Please turn to Page H-3 and silently review

25   it.
```

15

1      A      (The witness reviewed the document.)

2      Q      Can Beta Club avail itself of content on a

3  web site of National Beta Club?

4      A      Yes.

5      Q      Has Beta Club ever done so?

6      A      Yes.

7      Q      Please describe the ways in which Beta Club

8  has availed itself of contents on the web site of

9  National Beta Club.

10     A      This is the way that I keep an update roster

11  of my students in the Club and it's also a -- I've

12  contacted them to purchase Club shirts.

13     Q      Anything else?

14     A      That's it.

15     Q      Has any student member accessed a web site of

16  National Beta Club?

17     A      I've not had anyone share that with me.

18     Q      Does the web site or any web site of National

19  Beta Club contain suggested activities for chapters?

20     A      It's very similar to the newsletters.  It's

21  just primarily information of what clubs are doing.

22     Q      Does any web site of National Beta Club --

23  let me rephrase.

24            Is any portion of any web site of National

25  Beta Club specifically intended for student use for

1    Beta Club member use?

2             MR. GIBBS:  I'm going to object as to form.

3        Again, you can answer if you know.

4             THE WITNESS:  Well, it's this betaclub.org

5        that they access or can access.

6    BY MR. CHOE:

7        Q    Has any Beta Club member at Okeechobee High

8    School accessed betaclub.org?

9        A    Again, I've not had a student really tell me

10   that they have.

11       Q    You may have already answered this question,

12   but does the Beta Club at Okeechobee High School

13   register its members with National Beta Club?

14       A    Yes.

15       Q    Were you the original faculty adviser to Beta

16   Club?

17       A    No.

18       Q    Have you had a faculty member at the time

19   that Beta Club was originally proposed?

20       A    No.

21       Q    When was Beta Club originally proposed?

22       A    Well, according to their national records, it

23   was two years prior to when I showed up.  So supposedly

24   they've had the Club here for 21 years.

25       Q    Was Beta Club again -- by Beta Club, again, I

1    mean Beta Club at Okeechobee High School, was Beta Club

2    originally proposed by National Beta Club.

3         A    I have no way of knowing that since it was

4    there before I was.

5         Q    Who originally proposed Beta Club?

6         A    Again, I wouldn't know since it was there two

7    years before I was here.

8         Q    Do you know if it was an employee of the

9    School or the School District?

10              MR. GIBBS:  Object as to form.  You can --

11              THE WITNESS:  I would not know that.

12   BY MR. CHOE:

13         Q    Are Beta Club meetings and activities led by

14   you?

15         A    Yes.

16         Q    Anyone else?

17         A    The officers of the Club.

18         Q    Anyone else?

19         A    No.

20         Q    Has any organization that is not a School or

21   School District organization participated in or

22   attended any Beta Club meeting or activity?

23         A    No.

24         Q    Has there ever been, I guess, a presentation

25   to a Beta Club meeting by such an organization?

20

```
1    officer had contact with this point of contact at the
2    March of Dimes on behalf of the Beta Club?
3         A     No.
4         Q     For those interactions between that officer
5    and that parent where that officer is acting on behalf
6    of Beta Club, are you or any other School District
7    employee -- have you been present for that contact?
8              MR. GIBBS:   Object as to form.   Answer if you
9         know.
10             THE WITNESS:   No.
11   BY MR. CHOE:
12        Q     Has Beta Club ever had any contact with
13   anyone associated with the Muscular Dystrophy
14   Association?
15        A     No.
16        Q     What is "migrant day care"?
17        A     We have several migrant day care centers in
18   the community and that's our April community service
19   project.   We have an Easter egg hunt at one of the
20   local migrant day care centers.
21        Q     Anything else?
22        A     No.
23        Q     So Beta Club has had contact with people
24   associated with migrant day care?
25        A     Yes, on that occasion.   Yes.
```

21

1      Q    And Beta Club members have had contact with

2  people associated with migrant day care?

3      A    At the day care, yes.

4      Q    During such contact, are you or any other

5  School or School District employee present?

6      A    I am, yes.

7      Q    Has any Beta Club member acting as a Beta

8  Club member ever had any contact with anyone associated

9  with migrant day care where you or someone else who is

10 an employee of the School District was not present?

11     A    No.

12          MR. GIBBS:  Object as to form.  You can go

13     ahead.

14          THE WITNESS:  No.

15 BY MR. CHOE:

16     Q    Are the people associated migrant day care

17 with whom Beta Club has had contact, are they adults?

18     A    Yes.

19     Q    Has Beta Club had any contact with any other

20 community organization?

21     A    Martha's House.

22     Q    Anything else?

23     A    That's it.

24     Q    What is Martha's House?

25     A    It's a shelter for abused women.

26

```
 1        Q     Do Beta Club members have any say in the
 2   content of these web pages?
 3        A     No.
 4        Q     To whom would you go if you wanted to have
 5   input into the content of these web pages?
 6        A     The administration.
 7        Q     Anyone in particular?
 8        A     Principal.
 9        Q     Anyone else?
10        A     That would be the first person I would go to.
11        Q     Has Beta Club ever canceled a meeting because
12   no members showed up?
13        A     No.
14        Q     Has Beta Club ever held a meeting with only
15   one of its members in attendance?
16        A     Never had that arise.
17        Q     Has Beta Club ever had an attendance problem?
18        A     Could you clarify what you mean by "an
19   attendance problem"?
20        Q     Has there ever been a point where you were
21   concerned about the fact that members were not showing
22   up?
23        A     I would say yes.
24        Q     Please describe on the occasions when you had
25   this concern.
```

27

1       A    It's just -- well, this year we have 59

2    members and I usually expect around 30 in attendance

3    and just some times, you know, we have less than that

4    and we have maybe 19 or 20, and that's just more of a

5    concern of where the students might be as far as other

6    obligations on their part.

7       Q    Anything else?

8       A    No.

9       Q    Does National Beta Club offer any scholarship

10   opportunity to Beta Club members?

11      A    Yes.

12      Q    Has National Beta Club awarded any

13   scholarship to any Beta Club member?

14      A    Yes.

15      Q    On how many occasions?

16      A    I would say at least five over the 19 years.

17      Q    When was the most recent scholarship award?

18      A    I hate to say this but I don't recall.

19      Q    Was it within the past two years?

20      A    No.

21      Q    Was it within the past five years?

22      A    Yes.

23      Q    What was the amount of the scholarship?

24      A    A thousand dollars.

25      Q    Does Beta Club sponsor any activities

28

1    relating to roses?

2         A     Yes.

3         Q     Please describe the activities.

4         A     For Valentine's Day we sell roses just to the

5    general population and that money goes to the March of

6    Dimes or whom ever we're electing the destination for

7    those funds.

8         Q     Any other activities relating to roses?

9         A     No.

10        Q     Is there any activity relating to roses

11   related to Class Day?

12        A     Yes.  As you were asking that question, yes,

13   we do have roses for Class Day as well.

14        Q     Please describe that activity.

15        A     That every year at the end of the year we

16   have what is called "Class Day" which is recognition of

17   the seniors and we buy specifically 100 roses and it's

18   just -- it's kind of a first come, first serve basis

19   sold to the general population just on that day and

20   anyone can buy a rose and most of them are purchased to

21   give to a senior but it's really up to the prerogative

22   of the purchaser what they do with that rose.

23        Q     Anything else?

24        A     No.  That's it.

25        Q     With respect to the Valentine's Day activity,

29

```
 1   can any student purchase a rose?

 2        A    Yes.

 3        Q    Can they give the rose to anyone they want?

 4        A    Yes.

 5        Q    I'll ask the same questions about Class Day.

 6   With respect to Class Day, can any student buy a rose?

 7        A    Yes.

 8        Q    Can the purchaser of the rose give the rose

 9   to anyone he or she wants?

10        A    Yes.

11        Q    With respect to both the Valentine's Day

12   activity and the Class Day activity, may the purchaser

13   of the rose give the rose to someone with whom they are

14   romantically involved or in whom they are romantically

15   interested?

16             MR. GIBBS:  Object as to form; asked and

17        answered -- but go ahead.

18             THE WITNESS:  Once they're purchased, we have

19        no idea to whom these roses are being given.

20   BY MR. CHOE:

21        Q    But may the student who purchases the rose

22   give the rose to someone in whom they're romantically

23   interested or with whom they are romantically involved?

24             MR. GIBBS:  Object as to form.  Again, you

25        speculate.
```

30

```
1            THE WITNESS:  Given we don't keep any records
2        specifically of who purchases these, so it's
3        totally their prerogative what they do with them.
4  BY MR. CHOE:
5        Q    So there's no prohibition on this type of
6  giving of the rose?
7        A    No.
8        Q    Do you know of any student who has purchased
9  a rose and given it to someone with whom he or she is
10 romantically involved or with whom he or she is
11 romantically interested?
12       A    No.
13       Q    Do you know of any student who has purchased
14 a rose for his or her girlfriend or boyfriend?
15           MR. GIBBS:  Object as to form; asked and
16       answered.
17           THE WITNESS:  Again, these are sold in the
18       cafeteria, and I really have no idea who is
19       purchasing these roses.
20 BY MR. CHOE:
21       Q    Is Beta Club co-ed?
22       A    Yes.
23       Q    Does Beta Club sponsor social activities for
24 its members?
25       A    The only per se social meeting that we have
```

35

```
1        A     No.
2        Q     Were you the original faculty adviser to the
3   Poetry Club?
4        A     Yes.
5        Q     Was the Poetry Club originally proposed by
6   you?
7        A     No.
8        Q     Who originally proposed the Poetry Club?
9        A     No, it was by a student.
10       Q     Anyone else?
11       A     No.
12       Q     Are Poetry Club meetings and activities led
13  by you?
14       A     Yes.
15       Q     Anyone else?
16       A     No.
17       Q     Have there been any web pages associated with
18  the Poetry Club?
19       A     No.
20       Q     Have there been any web pages on the
21  Okeechobee High School web site associated with the
22  Poetry Club?
23       A     I'm not even sure if it's listed on the web
24  site.
25       Q     How many members does the Poetry Club have?
```

38

```
 1    web site or by way of their newsletters.  What I've

 2    seen, it's just primarily this -- what other Clubs are

 3    doing.

 4         Q    Is the information that appears on Page F-9

 5    of Exhibit 1, is this information suggestions that

 6    National Beta Clubs has to its chapters about things

 7    chapters might do?

 8         A    I think it's given just, again, as

 9    information; not necessarily a suggestion.

10         Q    Is this information for chapters provided by

11    National Beta Club about what a chapter might do?

12         A    You lost me on that question.

13              MR. GIBBS:  I'm objecting as to form.

14              MR. CHOE:  I will note for the record that

15         Mr. Gibbs has underlined certain words in the

16         exhibit.

17              MR. GIBBS:  I was just trying to assist the

18         witness with your request for description.  I'll

19         read the words I underlined.

20    BY MR. CHOE:

21         Q    Why don't we do this.  Mr. Leidy, please read

22    the words that begin the following pages.

23         A    "The following pages contain a summary of

24    information and ideas collected from Beta Clubs around

25    the country concerning fund-raising, programs, service
```

39

1   projects, and activities.  We hope you find these

2   suggestions helpful and they make running your club

3   easier."

4        Q    So does National Beta Club provide to its

5   chapters ideas and suggestions for how they might run

6   their Club?

7        A    Yes.

8        Q    Please turn to Page G-5 and review it and let

9   me know when you've had a chance to do so.

10        A    (The witness reviewed the document.)  Okay.

11        Q    Is the information on Page G-5 information

12   provided by National Beta Club to chapters about what

13   they might do during National Beta Club Week?

14        A    Yes.

15        Q    Has Beta Club of Okeechobee High School ever

16   adopted any of the suggestions on Page G-5?

17        A    No.

18        Q    Actually turning to Page F-9 for one more

19   moment, has the Okeechobee High School Beta Club ever

20   adopted any of the suggestions of National Beta Club on

21   Page F-9?

22        A    (The witness reviewed the document.)  No.

23        Q    Finally, please turn to Page G-3 and review

24   it and let me know when you've had a chance to do so.

25        A    (The witness reviewed the document.)  Okay.

40

1     Q     Is the information on Page G-3 information

2 provided by National Beta Club to its chapters about

3 media releases that a chapter might issue?

4     A     Yes.

5     Q     Has the Okeechobee High School Beta Club ever

6 issued a media release?

7     A     Un-nuh.

8     Q     Has the Okeechobee High School GSA ever

9 adopted any suggestions that appears on Page G-3?

10     A     I wouldn't know about the "GSA."

11     Q     Sorry.  Has the Okeechobee High School Beta

12 Club ever adopted any suggestion that appears on Page

13 G-3?

14     A     Not to the best of my knowledge.

15     Q     Other than the activities that we have

16 already discussed today, does Beta Club engage in any

17 other types of activities?

18     A     Other than the community service projects and

19 the fund raiser, no.

20     Q     Are there any other community service

21 projects or fund raisers in which Beta Club engages in

22 that we haven't discussed?

23     A     Yes.

24     Q     What are they?

25     A     As far as service projects?  Well, we have a

```
 1   is that correct?
 2        A     Yes.
 3        Q     Are there other teachers who teach English at
 4   Okeechobee High School?
 5        A     Yes.
 6        Q     Are you familiar with what is taught in
 7   English classes at Okeechobee High School in general?
 8        A     In general, yes.
 9        Q     Do students read literature or books in the
10   course of English classes at Okeechobee High School?
11        A     I would hope so, yes.
12        Q     Has any written material including, but not
13   limited to, a book provided to you or read by a student
14   at Okeechobee High School in the course of an English
15   class at Okeechobee High School, any such written
16   material ever had a gay or lesbian character in it?
17        A     Yes.
18        Q     What was that written material?
19        A     "A Doll's House."
20        Q     Anything else?
21        A     Not to my recollection, no, sir.
22        Q     Do you teach "A Doll's House" in your English
23   classes?
24        A     I've taught it once.  That was several years
25   ago.
```

44

```
1          A     Not to my knowledge.

2          Q     Any reference to homosexuality?

3          A     That would fall into your sexual orientation.

4    So, again, not to my knowledge.

5          Q     Any other reference to gay or lesbian people?

6          A     Not to my knowledge.

7          Q     With respect to any books that are provided

8    to or read by Okeechobee High School students and

9    Okeechobee High School English classes, are any of

10   those books authored by gay or lesbian authors?

11               MR. GIBBS:  Object to form.

12               THE WITNESS:  I don't know.  Well, I will

13         take that back.  Yes, there are.

14   BY MR. CHOE:

15         Q     What are they?

16         A     "The Glass Menagerie."  That's it.  That's

17   just the one that popped into my mind.

18         Q     Anything else?

19         A     I can't recall other selections.

20         Q     Do you teach "A Glass Menagerie"?

21         A     Yes, I do.

22         Q     Have you taught it this school year?

23         A     Not yet.

24         Q     Do you plan to teach it this school year?

25         A     Yes, I do.
```

45

1      Q     Did you teach it last school year?

2      A     Yes, I did.

3      Q     In the course of teaching it, is the sexual

4  orientation of the author acknowledged or discussed?

5      A     It's usually a student will actually know

6  that which surprises me but that's where it ends.  It's

7  just acknowledged.

8      Q     So are you saying at times a student will

9  acknowledge this fact in class to --

10     A     Yes.

11     Q     -- other students?

12     A     Yes, because it's during class.

13     Q     Is that inappropriate in your opinion?

14     A     No.

15     Q     Do you forbid that acknowledgment from

16 happening in class?

17     A     No.

18     Q     One more question about "A Doll's House."

19 Did anyone instruct you to stop teaching "A Doll's

20 House"?

21     A     No.

22           MR. CHOE:  I have no further questions.

23           MR. GIBBS:  I have just a couple.

24

25                CROSS-EXAMINATION

# THE NATIONAL BETA CLUB
# Sponsor Manual



2006-2007

EXHIBIT

Leidy 1   2/6/08

PENGAD-Bayonne, N. J.



# Sponsoring a Beta Club

Sponsoring a chapter of The National Beta Club is rewarding as well as challenging. Sponsors need to be well organized and keep materials up-to-date in order to effectively run their club. However, emphasis in sponsoring should be placed on guidance rather than on prodding. The National Beta Club sponsor should, in effect, act as administrator to the club. Students then will be called on to provide the major portion of ideas and activities for the club. With the help of an interested and motivated sponsor, the Beta Club should develop a feeling of individual responsibility in each member. The sponsor "keeps a finger on the pulse" of the club and makes certain that all projects sponsored by the club have the approval of the executive head of the school. The National Beta Club hopes that your experience sponsoring a Beta Club is a positive one. Listed below you will find some helpful reminders to make sure your club runs smoothly. As always, please contact the national office with any questions or concerns you have. As a sponsor you play an important role in the lives of countless young people. Congratulations and thank you for your dedication.



## FAQs

**WHAT IS THE NATIONAL OFFICE ADDRESS?** Send all communications, materials and inquiries to The National Beta Club, 151 Beta Club Way, Spartanburg, SC 29306-3012

**WHAT ARE THE CLUB GRADE LEVELS?** Junior Division—Grades 5-9 and Senior Division—Grades 9-12.  Nine is a crossover grade and may be in either the Junior or Senior division (depending upon the needs of your school) but not in both.

**WHERE DO SPONSORS RECEIVE THEIR MAIL?** Unless otherwise directed, all mail for Beta Club sponsors is sent to the local school. Make arrangements to have Beta Club mail put in your mailbox.

**WHAT IF I CHANGE SCHOOLS?** Leave a copy of records of materials with your successor. If you go to another school and are interested in beginning a club there then write to the national office for any needed materials.

**HOW DO I GET A SPONSOR PIN?** Each sponsor is entitled to receive a sponsor pin. Pins are sent automatically when new sponsor names are sent to the national office. Replacement pins may be ordered for a small fee from the national office.

**WHAT CAN WE DO FOR PROGRAMS?** Optional program materials are provided by the national office (see page F-15). Other resources for meeting program ideas include university extension departments, local charities or non-profits, other Beta Clubs, and various local businesses.

## (FAQs CONT.)

**HOW SHOULD PINS BE WORN?** Encourage members to wear their Beta Club pin— it should not be given to non-members. Lost pins may be replaced for a small fee.

**WHAT IF MY CHAPTER IS TOO LARGE TO MANAGE?** If a chapter is so large that direction is difficult, it may be divided by grade within a specified framework.

**WHAT IF MY CHAPTER BECOMES TOO SMALL?** If activities are hampered because a chapter is too small, examine local membership requirements for possible hindrances. Consider holding a membership drive as well. Stay mindful of Beta's high standards, but strive to be as inclusive as possible.

**WHAT IS *THE BETA JOURNAL*?** The National Beta Club student magazine is "drop shipped" 5 times per school year to the sponsor's attention to be passed out at club meetings or in a timely manner.

**WHAT IS *THE BETA REPORTER*?** This is mailed to sponsors bi-monthly and contains announcements from the national office as well as suggestions from other sponsors. Each issue carries articles on how to more effectively manage and run your club.

**HOW DO I SUBMIT MATERIALS FOR PUBLICATION?** Encourage members to submit materials to *The Beta Journal*; anticipate seasonal needs two and a half to three months in advance of all issues. Sponsors must approve all student writers' submissions. See page H-1 for further information about Beta publications.

**WHAT ABOUT BY-LAWS?** Be certain that chapter by-laws are up to date, and do not conflict with any provision of the Constitution. A model Constitution and By-laws are found in this manual.

**WHERE CAN I FIND INFORMATION ABOUT MY STATE CONVENTION?** State Convention Bulletins are included at the back of this manual (if applicable to your particular state). Make plans early to give your students maximum opportunity for participation.

**WHEN AND HOW DO I RECEIVE SEALS FOR GRADUATING SENIORS?** Sponsors receive, and are responsible for, seals sent for diplomas of graduating seniors. They should arrive at your school in early spring and should be checked for any errors in count immediately. Please notify the national office if an error is found.

**WHAT IS THE NATIONAL SCHOLARSHIP PROGRAM?** Each year The National Beta Club awards scholarships to outstanding senior Betas. Each chapter may nominate two of its senior members. Refer to the scholarship section of this manual, page E-1, for details.

# It's so easy!



enter
your
members
online

## Want another option?
Take advantage of the ease of
entering your new members'
names online.

---

* Go to www.betaclub.org.
* Click on "Beta Sponsor Only" icon.
* Enter your Username (this is your Sponsor ID, *not* your Club ID) and your Password (these are both located on your "pink" or "green" sheet).
* Click on "Add" and enter your new members' names and information.
* Click on the "Confirm" button when entries are completed.
* You will then be asked to confirm your entries.
* Next, you will be prompted to make any other necessary corrections/changes concerning your club information.
* Click on "Next" and print the page listing your membership (remembering to keep a copy for your records).
* Send in the printed list of names along with the required signatures and one school check (or money order) for the full amount of membership ($13 per student).

**NOTE: This form <u>must</u> be printed and mailed with check or money order in order to successfully submit new members names.**

# It's so easy!



### Want another option?
Take advantage of the ease of entering your new members' names online.

- Go to www.betaclub.org.
- Click on "Beta Sponsor Only" icon.
- Enter your Username (this is your Sponsor ID, *not* your Club ID) and your Password (these are both located on your "pink" or "green" sheet).
- Click on "Add" and enter your new members' names and information.
- Click on the "Confirm" button when entries are completed.
- You will then be asked to confirm your entries.
- Next, you will be prompted to make any other necessary corrections/changes concerning your club information.
- Click on "Next" and print the page listing your membership (remembering to keep a copy for your records).
- Send in the printed list of names along with the required signatures and one school check (or money order) for the full amount of membership ($13 per student).

**NOTE: This form <u>must</u> be printed and mailed with check or money order in order to successfully submit new members names.**

C-1

# FROM Betas TO Betas



**The following pages contain a summary of information and ideas collected from Beta Clubs around the country concerning fund-raising, programs, service projects, and activities. We hope you find these suggestions helpful and that they make running your club easier.**

## PROGRAM IDEAS

To have an effective Beta Club it is necessary to meet on a regular basis. Whether these meetings are on a bi-monthly, monthly or even weekly basis is up to the discretion of the sponsor and should be based on the needs of the club. Meetings should be held as regularly as possible so members develop the habit of attending. These meetings can be a chance to conduct the club's business, provide leadership training, and a myriad of other things, including: inviting local professionals to speak about their careers, having local charity representatives speak about their work, attending college fairs, or bringing in local community and government officials. The most important thing to remember is *planning*. Ask for student suggestions in planning programs as well. Members are more likely to enjoy a meeting and program if it is on a subject matter that interest them.

## FUND-RAISING

Beta Clubs fund-raise for a variety of different reasons. Funds may be needed for a trip to convention, donations to charity, club social funds, or even school improvement. Each member should know exactly for what purpose they are fund-raising and should be able to articulate those reasons to the people they are soliciting. The most important thing to remember with fund-raising is the same as when planning a program, plan ahead. A well-planned fund-raising

# The "Who, What, When, Why and Where" of Media Releases

## WHY do I need to use media releases?

The answer is fairly simple: to showcase the amazing things being done in your very own Beta Club by your Beta members.

## WHO needs to know that?

Anyone with a personal interest in education may want to know about your club. This can include community members, other faculty, Beta parents, and members of the media. There is no such thing as too much good press. Ultimately it can help attract new members and help in fund-raising.

## WHERE do these releases go?

Correctly formatted press releases can be sent anywhere. The best place to send local news is to the local media. Other good outlets include community and school newsletters or even the newsletters of groups that have benefited from a club's volunteerism.

## WHAT do I send?

When sending news to a member of the media, less is definitely more. The press release typed on school letterhead (not more than 1-2 pages) with current contact information and pictures of the event or appropriate student(s) are really all that is needed. Most journalists will call for more information if they are going to cover the story; however, followup calls by the sender are appropriate.

## WHEN do I send out the release?

Do not expect media coverage of an event that is six months old or one that is happening that afternoon. Most releases go out within one week of an event or within three days of its passing. Remember the media is fast paced and old news will not make it.

On the following page is a sample of a correctly formatted press release. We encourage you to contact The National Beta Club Public Relations Department with any questions.

1.800.845.8281
151 Beta Club Way, Spartanburg, SC 29306



# National Beta Club Week

## March 5-9, 2007

**T**he National Beta Club celebrates National Beta Club week annually during the first full week of March. During this week we invite and encourage Beta Clubs all around the country to celebrate what it truly means to be a Beta.

Activities for Beta Club week range from service projects, special meetings, club outings, and even socials. Some sample activities for your club are listed below. The activities do not have to be complicated . . . rather they should be enjoyable and fun. Celebrate what being a BETA is all about.

As you go through Beta Club week don't forget to snap pictures and record activities. The Public Relations Department at The National Beta Club would love to hear from you!

## Help Someone Else Through Service



* Create a Beta bulletin board in a central location. Highlight events/projects of your club. Be sure to post pictures.

* Hold a breakfast to honor principals, sponsors or members

* Assemble and present a club scrapbook to be donated to the school library

* Contact local establishments (restaurants, etc.) to obtain discounts for members who present their Beta ID card

* Contact other local Beta clubs and hold a get-to-know-you social

* Give gift to school in honor of club members

**Reward Your Hard Work**

**Celebrate Your Club's Achievements**





# Beta Publications

**The National Beta Club is proud to distribute several quality publications throughout the school year. These serve to enhance the job that clubs are doing at the local level. In addition to a student publication, we also have items that are helpful for educators who serve as sponsors for local clubs.**

## *The Beta Journal*

### (5 issues printed: October, November, January, March, May)

*The Beta Journal* is published five times during the school year and distributed to members via the club sponsor. This magazine features articles about all aspects of being a part of The National Beta Club and is a great medium of expression for the members. Its pages regularly include creative contributions and club news contributed by students.

To submit articles to *The Beta Journal*, students should type or neatly print their articles (preferably double-spaced). A recent photo and a short autobiographical sketch should accompany each article, along with a statement from the sponsor that the work is in fact original. All submissions should be mailed to: *Lori Guthrie, Journal Editor, The National Beta Club, 151 Beta Club Way, Spartanburg SC 29306.*

## *The Beta Reporter*

### (5 issues printed: September, November, January, March, May)

*The Beta Reporter* is published 5 times during the school year specifically for Beta sponsors. This newsletter features information *for* and *about* club sponsors and executive officials where there are chapters of The National Beta Club. Dates, deadlines and other pertinent information are regularly listed in this helpful publication. Sponsors are encouraged to submit questions or suggestions concerning what has worked for their particular club. It is our goal to give sponsors a useful forum for sharing thoughts and ideas.

## FAQs

*Will my students continue to receive The Beta Journal after they graduate?*
No. *The Beta Journal* is distributed to active members only. However, they can request an annual subscription (5 issues) by sending a check/money order for $1.25.

*I am interested in having something published in The Beta Journal. How do I go about submitting my work?*
We are always looking for fresh and relevant material for our student magazine. We are especially interested in articles, poems, anecdotes, etc. that are appropriate for students in 5th through 12th grade. It is quite a challenge to find material that appeals to such a wide age range! Most importantly, we want to address issues that will help our members pursue the

# Website Features

**Check out just a few of the ways that
The National Beta Club's technology
can assist you in your position
as a Beta Sponsor . . .**

## www.betaclub.org
### (public website)

*various features:*
- history of Beta
- mission/vision statements
- Beta staff profiles
- Constitution and By-laws
- scholarship tips
- John W. Harris award info/winners list
- Broyhill Conference information
- convention schedule
- convention summaries
- answers to "Frequently Asked Questions"



## www.betaweb.org
### (members only website for students)

*various features:*
- **"Understanding Me"** — personality tests; intelligence tests; academic test preparation, etc.
- **"College/Career"** — *Beta College Guidance Center*; newsletters for sophomores, juniors & seniors; career information; financial aid; find the perfect college, etc.
- **"Homework Help/Fun & Games"** — math, science & English help; dictionary; punctuation guide; maps; language translator; chess, checkers, yahtzee & crossword puzzles; news headlines; monitored Beta chat rooms, etc.
- **"About Me"** — personal web pages, e-mail, guest book, photo album, journal, calendar & academic record, etc.



H-3