# Exhibit F

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF
OKEECHOBEE HIGH SCHOOL, et al.,

    Plaintiffs,

vs.

SCHOOL BOARD OF OKEECHOBEE
COUNTY,
    Defendant.
_____ /

**CERTIFIED COPY**

```
            DEPOSITION OF:   DARYL ROCHME
DATE:       December 12, 2007
TIME:       4:00 p.m. to 4:30 p.m.
PLACE:      410 NW 6th Street
            Okeechobee, Florida

TAKEN BY:   Amy J. Schreck, Registered Professional
            Reporter and Notary Public, State of Florida
            at Large

APPEARANCES:
FOR PLAINTIFFS:   Robert Rosenwald, Jr., Esquire
                  American Civil Liberties Union
                  4500 Biscayne Boulevard, Suite 340
                  Miami, Florida 33137
                  (786)363-2713

                  Ken Choe, Esquire
                  American Civil Liberties Union
                  125 Broad Street, 18th Floor
                  New York, New York 10004
                  (212)549-2553
```

ATLANTIC REPORTING
(800) 336-0050

1     A    Yes.
2     Q    Is there any reason why you may be unable to
3  answer my questions truthfully?
4     A    No.
5     Q    If you need a break for any reason, please
6  tell me so and I'll arrange for one.
7          Okay?
8     A    Yes.
9     Q    Throughout the deposition I may refer to the
10 "GSA."  When I do, I mean Plaintiff, Gay-Straight
11 Alliance of Okeechobee High School.
12         Is that clear?
13    A    Yes.
14    Q    Let's get started.  Are you a faculty member
15 at Okeechobee High School?
16    A    Yes.
17    Q    For how long have you been a faculty member?
18    A    Nine years.
19    Q    Please describe in general terms your
20 responsibilities as a faculty member.
21    A    I'm a classroom teacher.
22    Q    Anything else?
23    A    I'm also the junior class sponsor.
24    Q    Anything else?
25    A    And the director of the Academy of Finance.

```
 1      Q     Anything else?
 2      A     No.
 3      Q     What classes do you teach?
 4      A     I teach business classes -- basic business
 5  class, accounting, some financial planning class.
 6      Q     Anything else?
 7      A     Accounting I, Accounting II, financial
 8  planning, financial operations.  They're all business.
 9  The basic business classes.  Computing for college and
10  careers.
11      Q     Anything else?
12      A     That's it.
13      Q     You may have answered this already.  I want
14  to be clear.
15            Are you a faculty adviser to any student
16  group?
17      A     The junior class is that what you're
18  referring to?
19      Q     Yes.
20      A     I'm the director of the Academy of Finance.
21      Q     Are you a faculty adviser to any other
22  student groups?
23      A     No.
24      Q     Are you the faculty adviser to a student
25  group that plans the proms?
```

```
 1       A    Yes.
 2       Q    Does that student group have a name?
 3       A    Junior class.
 4       Q    For how long have you been the faculty
 5  adviser to the junior class?
 6       A    Seven years.
 7       Q    Please describe in general terms your
 8  responsibilities as the faculty adviser to the junior
 9  class.
10       A    We organize the fund raiser to help cover the
11  cost of the homecoming float and the initial cost for
12  prom setup and we select the theme of the prom and
13  organize the prom.
14       Q    Anything else?
15       A    That's pretty much it.
16       Q    Is the junior class -- well, take that back.
17  When you say there's a student group by the name of the
18  junior class, is that the entire junior class or are
19  there representatives of the junior class that you work
20  with?
21       A    The junior class vote on class officers and
22  then -- but then the entire junior class, yes.
23       Q    Who among the junior class is responsible for
24  planning the prom?
25       A    Any junior who wishes to -- generally we call
```

1     A    Yes.
2     Q    So the group of juniors that plan the prom --
3  by that I mean engage in the activities that you've
4  described -- are they a self-selected group?
5     A    They offer their -- they offer to come to the
6  meetings and to plan, to select the theme of the prom.
7          As far as them setting up the prom, that
8  generally is a committee from students who show
9  interest that are going to work the history of working
10 that will show up and help because we need manpower.
11    Q    Is the group of students that actually shows
12 up to help set up for the prom different from the group
13 of students that show up to offer input on themes and
14 decorations and so forth or --
15    A    For the most part the same group.
16    Q    Who runs any meetings that occur where
17 students meet to help plan the prom?
18    A    I generally do them.  I'm generally present.
19    Q    Is there any student who is put in charge?
20    A    Generally not.
21    Q    Has there ever been a student that has been
22 put in charge?
23    A    I'm usually at every meeting.  I don't know
24 of any meeting that we've had -- unless the other
25 adviser is in attendance, I'm usually at every meeting

```
 1  associated with the junior class.
 2      Q    Is any member of the juniors identified as a
 3  leader of the students that are plan the prom?
 4      A    Other than the class officers just by the
 5  nature of being class officers, no.  It's not, you
 6  know, Susan, you're in charge.  No.
 7      Q    Are the class officers involved in planning
 8  the prom?
 9      A    I strongly encourage them to be involved in
10  planning the prom.
11      Q    Are they generally involved in planning the
12  prom?
13      A    Generally, yes.
14      Q    Do they take any leadership role with respect
15  to planning the prom?
16      A    Not above and beyond the call of their
17  duties, no.
18           Clarify that.  I'm not really sure exactly
19  what you're trying to ask.
20      Q    With respect to all of the items associated
21  with planning the prom, do the class officers have any
22  special leadership role with respect to those items?
23      A    Special, no.
24      Q    You indicated that they might have a
25  leadership role by virtue they are class officers; is
```

1  that correct?
2      A    Correct.
3      Q    And by virtue of their office, do they
4  exhibit leadership in the course of their participation
5  and planning for the prom?
6      A    In the sense that I generally try to meet
7  with my officers beforehand to discuss options and so
8  forth as far as themes, and then for them to encourage
9  their fellow classmates to come to the meeting of the
10 meeting to decide the theme. But as any of them is
11 specifically in charge of the meetings, no. It's kind
12 of an open meeting.
13     Q    Are any students put in charge of any
14 discrete tasks associated with the planning of the
15 prom?
16     A    Not necessarily, no. In the sense that, you
17 know, this student might be asked to go try to get some
18 donations for some water but as far as -- that might
19 not be leadership roles or so forth.
20     Q    Are there sub committees of students that are
21 formed?
22     A    Not really, no. Would you like to help set
23 up proms? because we always need help.
24     Q    When the planning of the prom begins, is
25 there a call put out to juniors who may want to

```
1   participate in that planning process?
2        A    Yes.
3        Q    Is there a meeting held of the students?
4        A    If they choose to show up at the meeting,
5   yes.
6        Q    Is there more than one meeting of those
7   students?
8        A    Not necessarily those students but there are
9   generally more than one or two meetings before prom,
10  yes.
11       Q    How many meetings are there usually?
12       A    I would venture to say two to three to
13  finalize themes and so forth.
14       Q    At that first meeting, are the names of those
15  students who show up taken down or recorded in any way?
16       A    No.  I don't know if I ever take a list of
17  names.  I mean, it's possible in the seven years I have
18  but I don't -- probably haven't in the last few years,
19  no.
20       Q    With respect to subsequent meetings, do you
21  follow up with the students who came to previous
22  meetings?
23       A    No.
24       Q    Is each meeting another open call for any
25  students who want to come?
```

14

```
 1        A    Yes.  If you don't show to the first meeting,
 2   you still can show to the second meeting.
 3        Q    When do these meetings take place?
 4        A    After school.
 5        Q    Where do these meetings take place?
 6        A    Generally in my classroom.
 7        Q    Is that on school campus?
 8        A    Yes.
 9        Q    These meetings were permitted last school
10   year?
11        A    Yes.
12        Q    Would these meetings be permitted this school
13   year?
14        A    I'm assuming, yes.
15        Q    Do you anticipate that these meetings will be
16   allowed next school year?
17        A    Next school year?  This is my last year doing
18   the junior class so I could care less.
19        Q    Do you anticipate that who ever may be the
20   faculty adviser to the junior class that these meetings
21   will be permitted in the 2008/2009 school year?
22             MR. GIBBS:  Object to form.  You may proceed
23        to answer what ever speculation you may have.
24             THE WITNESS:  I guess.
25   BY MR. CHOE:
```

```
 1        Q    Is participation in junior class required for
 2   any particular course?
 3        A    Rephrase that question.
 4        Q    Is participation in junior class
 5   activities -- the group to which you serve as faculty
 6   adviser -- is that required for any particular course?
 7        A    Not any of my courses, no.
 8        Q    To your knowledge any other courses?
 9        A    If there's such a course as junior English,
10   I'm thinking that you might need to be a junior to be
11   in junior English.  I don't know but I'm not involved
12   in the scheduling of those courses, so I don't know.
13        Q    Forgive me.  I know some of these questions
14   will seem very obvious but unfortunately I need to run
15   through them.
16        A    That's fine.
17        Q    Is participation in planning the prom
18   required for any particular course?
19        A    No.
20        Q    Does participation in junior class activities
21   result in academic credit?
22        A    No.
23        Q    Does participation in planning the prom
24   result in academic credit?
25        A    No.
```

```
 1      Q    Junior class activities, is that a subject
 2 matter taught in any regularly offered class?
 3           MR. GIBBS:  You can answer.
 4      A    It's not taught in my classes.  I can't speak
 5 for other classes.
 6      Q    To your knowledge, is it taught in any other
 7 class?
 8      A    To my knowledge, no.
 9      Q    Is planning the prom taught in any regularly
10 offered class?
11      A    Not to my knowledge.
12      Q    Does planning the prom concern the body of
13 classes at Okeechobee High School as a whole?
14           Is planning the prom --
15      A    Does it affect the other classes?
16      Q    Is it a subject matter that is of concern to
17 the entire body of classes at Okeechobee as a whole?
18      A    Not to my knowledge.
19      Q    Participation in junior class activity, is
20 that something that concerns the body of class as a
21 whole at Okeechobee High School?
22      A    Not to my knowledge.
23      Q    Thank you.  I know some of these questions
24 may seem very unusual but we're lawyers.
25           How often does the prom occur?
```

```
 1        A    Once a year.
 2        Q    Do you go?
 3        A    Yes.
 4        Q    Who else may go?
 5        A    Faculty members are invited, administration
 6   is invited, parents are invited, students paying
 7   tickets -- buying tickets.  Security, picture taker,
 8   servers.  That's about it.
 9        Q    Anyone else?
10        A    Not that I know of.
11        Q    Can students bring guests who are not
12   students?
13        A    Yes.
14        Q    Are there any rules about who they may bring?
15        A    That are not students or students?
16        Q    Well, let's start with fellow students.  Are
17   there any special rules that apply to students who wish
18   to bring a fellow student?
19        A    They must meet GPA requirements and they must
20   meet disciplinary requirements.
21        Q    Anything else?
22        A    If they're out-of-school students, they must
23   meet those schools' contact information, be able to
24   contact those schools.
25        Q    Going back to if a student wants to bring
```

```
 1        A    Correct.
 2        Q    There are individual tickets?
 3        A    Yes.
 4        Q    If two students purchase two individual
 5   tickets but go together as a couple, is that permitted?
 6        A    Yes.
 7        Q    May romantically involved or romantically
 8   interested couples go?
 9        A    I do not ask if they're romantically
10   interested couples.
11        Q    Is there any rule against that happening?
12        A    I don't ask as far as that goes.  So why
13   they're going together is totally up to them.
14        Q    So they may go if they wish?
15        A    Yes.
16        Q    Are there, in fact, romantically involved or
17   romantically involved couples that go to prom?
18        A    I'm assuming so.
19        Q    Have you observed couples dancing together at
20   the prom?
21        A    Clarify "together."
22        Q    Have you observed couples dancing to slow
23   music together at the prom?
24        A    Yes.
25        Q    Have you observed couples holding hands at
```

```
 1  prom?
 2       A    Yes.
 3       Q    Have you observed couples hugging at prom?
 4       A    Most likely, yes.
 5       Q    Some of these questions are obvious but I
 6  need to ask them.
 7            Have you observed couples kissing at prom?
 8       A    Once again, most likely, yes.
 9       Q    Have you observed couples engaging in other
10  displays of affection at prom?
11       A    Examples?
12       Q    Have you seen anything else besides what
13  we've already discussed?
14       A    No.
15       Q    Could the prom increase the possibility of
16  romantic involvement or romantic interest by students?
17       A    Could it?
18            MR. GIBBS:  Object as to form.  You can go
19       ahead and give your expert opinion if you so
20       wish -- if you have one or if you don't.
21            THE WITNESS:  I suppose it could.
22  BY MR. CHOE:
23       Q    Why?
24       A    I do not know.
25       Q    Could the prom increase the possibility of
```

```
1   sexual activity by students?
2        A    Could, I suppose.
3        Q    How?
4        A    I do not know.  I never attended a prom as a
5   student.
6        Q    Again, this may be an obvious question, but
7   why is there a prom notwithstanding the possibility of
8   an increased risk of sexual activity by students?
9        A    Why is there a prom?
10       Q    Notwithstanding that risk.
11       A    It's a good question.  Tradition.  It's
12  there.  Why do we start school at seven o'clock in the
13  morning?
14       Q    Do you think there should be a prom
15  notwithstanding the possibility of an increased risk of
16  sexual activity?
17            MR. GIBBS:  Object to form.  You can give
18       your opinion.
19            THE WITNESS:  Yes.
20  BY MR. CHOE:
21       Q    Why?
22       A    Traditional activity, has been around for
23  many years.
24       Q    Do you agree that the risk of sexual activity
25  by students occasioned by the prom is so remote that
```