# Exhibit G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF
OKEECHOBEE HIGH SCHOOL, et al.,

    Plaintiffs,

vs.

CERTIFIED COPY

SCHOOL BOARD OF OKEECHOBEE
COUNTY,

    Defendant.

_____ /

          DEPOSITION OF:  MICHELLE COLEMAN

DATE:            February 6, 2008
TIME:            4:00 p.m. to 4:50 p.m.
PLACE:           410 NW 6th Street
                Okeechobee, Florida

TAKEN BY:        Amy J. Schreck, Registered Professional
                Reporter and Notary Public, State of Florida
                at Large

APPEARANCES:
FOR PLAINTIFFS:      Robert Rosenwald, Jr., Esquire
                    American Civil Liberties Union
                    4500 Biscayne Boulevard, Suite 340
                    Miami, Florida 33137
                    (786)363-2713
                    Ken Choe, Esquire
                    American Civil Liberties Union
                    125 Broad Street, 18th Floor
                    New York, New York 10004
                    (212)549-2553

5

```
1       Q     For how long have you been a faculty member?
2       A     This is my sixth year but I left at the end
3   of last school year and I took a different position in
4   another county and I just returned in October.
5       Q     When did you leave last school year?
6       A     The end of June.
7       Q     June of 2007?
8       A     Yes, sir.
9       Q     You returned in October of 2007?
10      A     Yes, sir.
11      Q     Please describe in general terms your
12  responsibilities as a faculty member.
13      A     I am a reading coach at the High School and I
14  work with the teachers on implementing reading
15  strategies and do professional development with them.
16      Q     Anything else?
17      A     Not this year.
18      Q     Anything else last school year?
19      A     Last year I did Student Council.
20      Q     Anything else?
21      A     I don't think so, no.
22      Q     In your responsibilities as a reading coach,
23  are there written materials that are read by students?
24      A     Are there materials that are given to the
25  students to read?
```

6

```
 1        Q     Yes.

 2        A     Sure.  Yes.

 3        Q     Do any of these reading materials reference

 4    in any way gay or lesbian people?

 5        A     Not to my knowledge, no, sir.

 6        Q     Do they reference in any way sexual

 7    orientation?

 8        A     No, sir.

 9        Q     Are you a faculty adviser to the Student

10    Council?

11        A     Not this year, no, sir.

12        Q     Were you a faculty adviser last year?

13        A     Yes, sir.

14        Q     Who is the faculty adviser this year?

15        A     Brenda Dickens (phonetic).

16        Q     Anyone else?

17        A     Not to my knowledge.

18        Q     Have you ever been a faculty adviser to any

19    other student group?

20        A     Cheerleading -- a sponsor.  I don't know that

21    they call it faculty adviser.

22        Q     Any other student group?

23        A     Gosh, I don't think so.  Cheerleading mainly.

24    Student Council.  That was it.

25        Q     Were you the cheerleading sponsor -- are you
```

```
1    awards night.

2        Q      Anything else?

3        A      Not that I can think of.

4        Q      I'll be asking you a series of questions, the

5    answers to which may seem obvious to you but I have to

6    ask you these questions.

7        A      Yes, sir.·

8        Q      Is Student Council permitted to meet on

9    campus during non-instructional time this school year?

10       A      I'm not working with Student Council this

11   school year.

12       Q      Do you know whether Student Council is

13   permitted to meet on campus during non-instructional

14   time this school year?

15       A      I do not know.

16       Q      Was Student Council permitted to do so last

17   school year?

18       A      Are you talking about days that they don't

19   have school?

20       Q      No.  I'm talking about before school or after

21   school or over the lunch hour, during any time that is

22   not used for your instruction.

23       A      We met after school.

24       Q      Was Student Council permitted to do so by the

25   School?
```

1       A    As far as I know, yes, sir, we did.

2       Q    What is the subject matter or mission of the

3  Student Council?

4       A    I believe working with government, dealing

5  with the elections.

6       Q    Anything else?

7       A    Promoting School spirit through homecoming.

8       Q    Anything else?

9       A    I can't think off of top of my head if I'm

10  missing something.

11       Q    Is participation in Student Council required

12  for any particular course?

13       A    I do not believe so.

14       Q    Does participation in Student Council result

15  in academic credit?

16       A    No, sir.

17       Q    Is the subject matter or mission of Student

18  Council actually taught in any regularly offered

19  course?

20       A    They have government classes that are

21  required for them to take.

22       Q    Any other course?

23       A    I don't know.

24       Q    Does Student Council discuss School

25  government, governing of the student body?

10

```
1              MR. GIBBS:  Object as to form.  You can
2        answer if you know.
3              THE WITNESS:  Can you repeat that?
4              MR. CHOE:  Sure.
5   BY MR. CHOE:
6         Q    During its meetings, do Student Council
7   members --
8              MR. GIBBS:  Could I clarify?  When she was
9        the adviser last year?  Is that kind of the
10       context?
11             She says she doesn't know and she thinks
12       they're meeting, but I'm just trying to put it in
13       context to her.
14  BY MR. CHOE:
15        Q    To the extent of your knowledge and I will
16  say that this applies to my questions in general.
17             To the extent of your knowledge during
18  Student Council meetings, do Student Council members
19  talk about issues related to governing the student
20  body?
21        A    Mainly our focus is if there's an election
22  that is happening that we are the ones that are in
23  charge of doing the ballots and doing the votes and
24  talking with homecoming, really, setting that up.  That
25  is a major part of what takes place.
```

1      Q    When you say "election," do you mean election

2  within Okeechobee High School?

3      A    Yes.

4      Q    During Student Council meetings, do Student

5  Council members talk about the U.S. Government, the

6  Federal government?

7      A    No, we do not.

8      Q    During Student Council meetings, do Student

9  Council members talk about State government -- Florida

10  government?

11      A    I'm not sure I'm understanding what you're

12  looking for me to answer.

13          MR. GIBBS:  Again, he is just --

14  BY MR. CHOE:

15      Q    Just tell the truth.  It doesn't matter what

16  the answer is.  What ever the truthful answer is.

17      A    No.  We work with homecoming and we work with

18  elections.  That's what we do.

19      Q    Finally, during Student Council meetings do

20  Student Council members talk about local government --

21  Okeechobee City government --

22      A    No.

23      Q    -- or County government?

24      A    No.

25      Q    Does Student Council advise or otherwise have

```
1    a role in -- let me rephrase that question.
2            Does Student Council advise School
3    Administration or otherwise have a role in determining
4    what courses are offered at Okeechobee High School?
5        A    No.
6        Q    Are there other Student Councils at other
7    schools?
8        A    Yes.
9        Q    Does Student Council -- strike that.  Do
10   Student Council and other Student Councils at other
11   schools share the same name?
12       A    I don't know.
13       Q    Are there Student Councils at other schools
14   called "Student Council"?
15       A    I believe so but I'm not at their schools.
16       Q    Have you ever attended a high school with a
17   group called "Student Council"?
18       A    Yes.
19       Q    Have you ever taught at another high school
20   where there was a student group called "Student
21   Council"?
22       A    I've not been at another high school.
23       Q    Have you been trained at any other high
24   school with a student group called "Student Council"?
25       A    I've not been at another high school.  And if
```

```
1        Q     Do the homecoming activities that Student

2    Council organizes include homecoming queen and float

3    attendant elections?

4        A     Yes, sir.

5        Q     Do the homecoming activities that Student

6    Council organizes include a homecoming dance?

7        A     Yes.

8        Q     Do you go to the homecoming dance?

9        A     I have been in the past.  Student Council has

10   not been in charge of the dance.  The senior class, I

11   believe, takes care of the dance.

12       Q     Has Student Council ever organized the

13   homecoming dance?

14       A     Not while I was doing Student Council.  We

15   didn't do it.

16       Q     Are there any limits on who can go to the

17   homecoming dance?

18       A     I don't know because I don't sell tickets for

19   the dance.  So what the requirements would be, I don't

20   know.

21       Q     When you have attended any dance at

22   Okeechobee High School, have you observed couples

23   dancing together --

24       A     Yes.

25       Q     -- to slow music?
```

18

```
 1      A     Yes.

 2      Q     Have you observed couples holding hands?

 3      A     I'm sure.

 4      Q     Have you observed couples hugging?

 5      A     Yes.

 6      Q     Have you observed couples kissing?

 7      A     Not me, no.

 8      Q     Have you observed couples engaging in any

 9 other displays of affection?

10      A     No.

11      Q     Is the homecoming queen a female student?

12      A     Yes.

13      Q     Must a homecoming queen be escorted by a

14 parent or male student?

15      A     That's what the paper says, yes.

16      Q     Are float attendants female students?

17      A     Yes.

18      Q     Must a float attendant be escorted by a male

19 student?

20      A     That is the requirement, yes.

21      Q     May the escort of a homecoming queen or float

22 attendant be someone with whom she is romantically

23 involved or in whom she is romantically interested?

24      A     It's their choice.  I don't have control over

25 who they choose.
```

22

1      Q      In the course of organizing homecoming

2   activities, has Student Council had any contact with

3   former students who are former homecoming queens?

4      A      Yes.

5      Q      Who on behalf of Student Council has had that

6   contact?

7      A      Myself or one of the officers.

8      Q      Anyone else?

9      A      Not to my knowledge.

10     Q      When the officers have had contact with

11  former students who are former homecoming queens, are

12  you always present for were you always present for that

13  contact?

14     A      The year that I did Student Council, yes.

15     Q      In the course of organizing homecoming

16  activities, has Student Council had any contact with

17  vendors such as sellers of food, crowns, sashes,

18  flowers, or any other goods or services?

19     A      We ordered crowns, yes.

20     Q      Anything else?

21     A      We ordered flowers through the -- what ever

22  the name of the flower shop is.

23            MR. GIBBS:   Florist.

24     A      Thank you.   I don't know of anything else we

25  ordered.

23

```
1        Q      Did you order food from Subway?

2        A      Yes, we did.  Thank you.

3        Q      Did you order food from any other place?

4        A      Cake.  We ordered a cake for the reunion.  We

5  spoke with the individuals -- I don't know what they're

6  called either but -- about the golf carts for the

7  parade and City Hall in regard to the parade permit.

8        Q      Anything else?

9        A      Fire Department, Sheriff's Department, Police

10 Department.

11       Q      Anything else?

12       A      I hope not.

13       Q      During the course of all of those contacts

14 that Student Council had that you just described, did

15 any student member of Student Council have that contact

16 on behalf of Student Council?

17       A      Yes.

18       Q      During those instances where a student member

19 of Student Council had contact on behalf of Student

20 Council with all of these entities that you mentioned,

21 were you present for all such contact?

22       A      Yes.

23       Q      So you were present, for example, when the

24 students ordered food from Subway?

25              MR. GIBBS:  Object as to form; she already
```

29

```
1        Q    Is there a risk that a cheerleader could be

2   hurt -- let me withdraw the question.

3             Is there a risk that a cheerleader could be

4   seriously hurt in the course of cheerleading or

5   practicing for cheerleading?

6        A    Yes.  It is a sport just like any other

7   sport.

8             MR. CHOE:  I'd like to take a brief break.

9        Let's go off the record.

10                  (There was a short break.)

11            MR. CHOE:  Let's go back on the record.

12   BY MR. CHOE:

13       Q    Does Okeechobee High School permit the

14   election of the homecoming queen and a homecoming king?

15       A    Yes.  We had an election the year I did

16   Student Council.

17       Q    The School said that was okay; is that right?

18       A    Yes.

19       Q    And is the homecoming king a male student?

20       A    Yes.

21       Q    I want to ask one question just to be sure

22   the record is clear.

23            Do student club members need their parents'

24   permission in order to attend or participate in the

25   club meeting?
```

**October 8, 2007**
**Student Council Agenda**

I.  Roll

II. **Old Business**

    1.  **What supplies do we have?**
        *Pom Poms*

    2.  **What do we need to get?**
        ~Subway owner talked to?
        *Malcom trying to call*

    3.  **Student schedules to work during lunch time.**
        a. I need ASAP so I can start scheduling who will work on what day. Also I need to make permission slips for you.

    4.  **Price of games?**
        *All $1 except for kream the kat - #3*

    5.  **How to do points?**
        *Class with most money wins*

    6.  **Posters for each day**
        *Need to do this week 10/8 - 10/12*     *need posters for games and dress*

    7.  **Anything else?**
        *- need to go on news*

III. **New Business**

    1.  **T Shirts**
        A. Choose    *Turtles are not cool to eat*
        B. You pay including tax    *Ms. Dickens will talk to Ms _____ about having real turtles instead of school colors.*

    2.  **Student concerns**
        *none*

    3.  **Elected people not showing up**    *Have O% with names then*
        *Remind at meetings*    *officer title on back*

IV. **Next Meeting**    *When convient?*

    1.  **Everyday this week and next. Spread the word.**
        *Must finish Homecoming Week/_____*

EXHIBIT
Coleman 1
PENGAD-Bayonne, N.J.
3/6/08