# Exhibit H

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF
OKEECHOBEE HIGH SCHOOL, et al.,

    Plaintiffs,

vs.

SCHOOL BOARD OF OKEECHOBEE
COUNTY,
    Defendant.
_____ /

**CERTIFIED COPY**

DEPOSITION OF: PATRICIA MULLINS
DATE: December 11, 2007
TIME: 3:30 p.m. to 4:45 p.m.
PLACE: 410 NW 6th Street
        Okeechobee, Florida

TAKEN BY: Amy J. Schreck, Registered Professional
Reporter and Notary Public, State of Florida
at Large

APPEARANCES:
FOR PLAINTIFFS: Robert Rosenwald, Jr., Esquire
American Civil Liberties Union
4500 Biscayne Boulevard, Suite 340
Miami, Florida 33137
(786)363-2713

Ken Choe, Esquire
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, New York 10004
(212)549-2553

ATLANTIC REPORTING
(800) 336-0050

```
 1              Is that okay?
 2       A      Yes.
 3       Q      One final preliminary matter.  Throughout the
 4   deposition I may refer to the "GSA."  When I do, I mean
 5   Plaintiff, Gay-Straight Alliance of Okeechobee High
 6   School.
 7              Does that make sense?
 8       A      Yes.
 9       Q      Let's get started.  Are you a faculty member
10   at Okeechobee High School?
11       A      Yes.
12       Q      For how long have you been a faculty member?
13       A      This is my second year.
14       Q      Please describe in general terms your
15   responsibilities as a faculty member.
16       A      I am the ESE coordinator for the Okeechobee
17   High School.  I write IEP, Individual Education Plan,
18   and cheerleading sponsor.
19              Do you want all of my tiles or just --
20       Q      Yes, please.
21       A      I also am on Crime Watch and the SAC --
22   Student Advisory Committee.
23       Q      Just to go back, what does "ESE" stand for?
24       A      Exceptional Student Education.
25       Q      You are the coordinator for that program in
```

```
 1   Okeechobee High School?
 2       A    Yes.
 3       Q    Your work with IEP is a part of your job
 4   responsibilities as the ESE coordinator?
 5       A    Yes.
 6       Q    You mentioned that you are affiliated with
 7   the cheerleading squad; is that correct?
 8       A    Yes.
 9       Q    Is that a student group?
10       A    Yes.
11       Q    You mentioned that you are affiliated with
12   Crime Watch.
13            Is that a student group?
14       A    Yes.
15       Q    You mentioned that you are affiliated with
16   the Student Advisory Committee or SAC.
17            Is that a student group?
18       A    Yes, there are students on that.
19       Q    Are there non-students on that?
20       A    Parents, yes.
21       Q    Anyone else?
22       A    I believe it is open to the community.
23   They're able to attend the meetings.
24       Q    In terms of members besides students and
25   parents, are there members beyond that?
```

```
1       Q    In your position for the guidance counselor's
2  office that you coordinate the ESE program for
3  Okeechobee High School?
4       A    Yes.
5       Q    Now, you've mentioned the cheerleading squad,
6  Crime Watch and the Student Advisory Committee.
7            Are you the faculty adviser to any of these
8  three groups?
9       A    The cheerleading.
10      Q    What about Crime Watch?
11      A    No.  I'm just a volunteer helper.
12      Q    Other than the cheerleading squad, are you a
13 faculty adviser to any other student group?
14      A    No.
15      Q    For how long have you been the faculty
16 adviser to the cheerleading squad?
17      A    This is my second year.
18      Q    Please describe in general terms your
19 responsibilities as the faculty adviser to the
20 cheerleading group.
21      A    I'm prioritizing here.  Supervise
22 cheerleading practices, schedule practices, supervise
23 cheerleaders at games, coordinate the pep rallies.  I'm
24 sorry.  Promote school spirit.
25           I feel that's my job.  I'll stop there.
```

```
 1       Q    Do you have any special training in managing
 2   the risk of harm that cheerleaders might be exposed to?
 3       A    That is the training I am scheduled to attend
 4   Saturday.
 5       Q    Up until this point, have you had any
 6   training about managing the risk of harm associated
 7   with cheerleading?
 8       A    Yes, from camps that come in from Orlando.
 9   They train coaches.
10       Q    Anything else?
11       A    No.
12       Q    In terms of the camps that come in from
13   Orlando, how many times have they come in and trained
14   you in this regard?
15       A    Every summer they come in.
16       Q    How many summers is that?
17       A    Well, I've only done it twice.  So, each
18   summer they have come to Okeechobee.
19       Q    And for how long is the session each summer?
20       A    It is a three-day camp.
21       Q    You have attended the past two summers?
22       A    Yes.
23       Q    Are all three days devoted to managing the
24   risk of physical harm associated with the cheerleading?
25       A    No.
```

```
 1   cheerleading?
 2        A    I assume that it is because it's for
 3   competitive cheerleading for being certified in safety
 4   but I've not seen the agenda so I don't know.
 5        Q    If I wanted to see that agenda, where could I
 6   find that?
 7        A    On line, I'm assuming.  I don't know.
 8        Q    Who sponsors the mandatory training?
 9        A    FHSSAA -- Florida High School -- Florida High
10   School Sports --
11        Q    Thank you.
12        A    -- Athletic Association.  I couldn't think of
13   the two "A"s.
14        Q    Appreciate that.  Is the cheerleading squad
15   permitted to meet on campus during non-instructional
16   time this school year?
17        A    Yes.
18        Q    Was it permitted to do so last school year?
19        A    Yes.
20        Q    Do you anticipate that it will be permitted
21   to do so next school year?
22        A    I don't know.  I don't know whether we would
23   practice other than after school.  If they made it a
24   class, I would love for it to be during school hours
25   but I don't know.
```

```
 1        Q    Forgive me what may be an obvious question
 2   but I have to ask it.
 3             What is the subject matter or mission of the
 4   cheerleading squad?
 5        A    To promote school spirit.
 6        Q    Anything else?
 7        A    That's promoting school spirit in a positive
 8   manner.
 9        Q    Through cheerleading?
10        A    Yes.
11        Q    Through anything else?
12        A    Cheer on our sports.
13        Q    Anything else?
14        A    No.
15        Q    Is participation in the cheerleading squad
16   required for any particular course at Okeechobee High
17   School?
18        A    No.
19        Q    Does participation in the cheerleading squad
20   result in academic credit at Okeechobee High School?
21        A    No.
22        Q    Is cheerleading taught in any regularly
23   offered course at Okeechobee High School?
24        A    No.
25        Q    Is promoting school spirit taught in any
```

```
 1  regularly offered course at Okeechobee High School?
 2      A    I don't think so.
 3      Q    Does --
 4      A    Can I go back on that?  Actually our pride
 5  may be not in a specific academic area but I would
 6  think promoting School spirit.  Not from a manual but
 7  do you understand what I'm saying?
 8           Can I just leave it at that or --
 9      Q    Can you explain what you mean?
10      A    Mission statement, I guess.  If your question
11  is, do we teach pride at OHS in a curriculum setting,
12  no, we don't; but in general, yes, we do.
13      Q    Thank you.  That was very clear.  Does
14  cheerleading concern the body of courses at Okeechobee
15  High School as a whole?
16      A    Repeat the question.
17      Q    Is cheerleading connected to the body of
18  courses at Okeechobee High School taken as a whole?
19      A    I don't understand.
20      Q    I'll ask it a different way.  What
21  connection, if any, exists between cheerleading and the
22  body of courses at Okeechobee High School as a whole?
23      A    How are you using the word "body"?  That's
24  what I'm confused about.
25           MR. GIBBS:  Let's say if you're confused, he
```

```
 1          can rephrase it but just let him work on it.
 2   BY MR. CHOE:
 3       Q    When I say "body of courses as a whole, I
 4   mean all of the classes at Okeechobee High School
 5   together -- the entire curriculum of Okeechobee High
 6   School taken together.
 7            Do you understand what I mean when I say
 8   that?
 9       A    Yes.
10       Q    Is there any connection in your view between
11   cheerleading and the entire curriculum taken as a whole
12   at Okeechobee High School?
13       A    Again, pride.  The word "pride," spirit.  So
14   do I have to answer "yes" or "no"?
15            MR. GIBBS:  I will tell you, if you truly
16       don't know, you don't know.  If you think yes, you
17       can say yes.  It's your opinion.  It's kind of
18       what ever you feel like.
19   BY MR. CHOE:
20       Q    There's no right or wrong answer.  Just tell
21   us your view here.
22       A    I don't know.
23       Q    Is there any connection between promoting
24   school spirit and the entire curriculum at Okeechobee
25   High School --
```

```
 1        A    Yes.
 2        Q    -- taken as a whole?
 3        A    Yes.
 4        Q    What is that connection?
 5        A    Promoting school spirit in academics is a
 6   positive.  I don't know if we're getting at -- I guess
 7   I'm reading too much into your question.  Pep rallies.
 8   I don't know if that is where we're going.  Please do
 9   because I don't know.
10             MR. GIBBS:  Don't guess at what he's trying
11        to ask.  Just listen to what he asks if you don't
12        understand.
13   BY MR. CHOE:
14        Q    Tell me and I'll rephrase the question.  But
15   just do your best.
16             If you don't understand the question, tell me
17   and I'll rephrase the question.
18        A    Okay.  Rephrase the question.
19        Q    In your view, is there a connection between
20   promoting school spirit and the entire set of courses
21   at Okeechobee High School?
22             In other words, the entire body of what
23   Okeechobee High School teaches in the classroom, is
24   there a connection between the two?
25        A    Yes.
```

```
 1      Q     What is that in your view?
 2      A     Pride.
 3      Q     Anything else?
 4      A     No.
 5      Q     Thank you.  Has the cheerleading squad ever
 6  had attendance problems?
 7      A     No.
 8      Q     Does the cheerleading squad perform maneuvers
 9  with which there is a risk of harm?
10      A     Some times.
11      Q     What are these maneuvers?
12      A     A basket toss which involves -- well, a
13  basket toss.
14      Q     Go ahead, describe to me what a basket toss
15  is.
16      A     A cheerleader is tossed up a little bit, we
17  catch her.
18      Q     Anything else?
19      A     No.  That's about as gifted, talented as we
20  are.
21      Q     Do cheerleaders on the cheerleading squad
22  perform pyramids?
23      A     Occasionally.  Very -- we've moved away from
24  pyramids.  So, very rarely.
25      Q     But they do perform them?
```

```
 1      A    Yes.
 2      Q    Is there a risk of harm associated with
 3 performing pyramids?
 4      A    If not done properly, yes, I would say there
 5 is a risk.
 6      Q    When a cheerleader stands on the shoulders of
 7 other cheerleaders, is that considered a pyramid in
 8 your view?
 9      A    No.  A pyramid would consist of more than two
10 cheerleaders.
11      Q    What about three cheerleaders or one
12 cheerleader standing on the shoulders of the other two
13 cheerleaders.
14           Is that a pyramid or is that some other kind
15 of maneuver?
16      A    I guess you could call it a pyramid.  A
17 pyramid would involve the entire squad.  A "stunt" is
18 the updated word for pyramid stunt.
19      Q    When less than the full squad is involved in
20 standing on each other's shoulders, what is that
21 called?
22      A    Shoulder stand.
23      Q    Does the cheerleading squad perform shoulder
24 stands?
25      A    Very rarely.
```

```
 1      Q    Do they perform shoulder stands?
 2      A    Yes.
 3      Q    Is there a risk of harm?
 4      A    If not done properly, without a spotter.
 5      Q    The answer is "yes" then?
 6      A    Yes.
 7      Q    What kind of harm is associated with an
 8 improperly executed basket toss?
 9           What kind of harm could occur from an
10 improperly executed basket toss?
11           MR. GIBBS:  Object as to form.  You can go
12      ahead and speculate.
13           THE WITNESS:  A cheerleader could fall to the
14      ground and --
15 BY MR. CHOE:
16      Q    What could happen to her or him?
17      A    She could just become injured by falling on
18 the ground.
19      Q    What kind of injuries could result from that
20 fall?
21      A    Possibly broken bones.
22      Q    Anything else?
23           MR. GIBBS:  Object as to form.  She's not a
24      medical expert.  If you have any experience or
25      ideas, you can guess.
```

1       THE WITNESS:  Bruising.
2  BY MR. CHOE:
3       Q    Anything else?
4       A    Bruising, strain.  That's all I can think of
5  right now.
6       Q    What about the types of harms that could come
7  from an improperly executed pyramid or stunt?
8       A    Same injuries:  Sprain, bruising.
9       Q    Anything else?
10      A    Not that I can think of.
11      Q    What about the types of harms that do result
12 from an improperly executed shoulder stand.
13           What kind of harms could result from that?
14      A    You keep using the word "improperly," so I'm
15 assuming there's not a spotter there but the girl,
16 again, could fall and become bruised or strained.  I
17 guess broken bones.
18      Q    Anything else?
19      A    No, not that I can think of.
20      Q    That's fine.  You indicated that for these
21 maneuvers there is a spotter when they are properly
22 executed; is that correct?
23      A    Yes.
24      Q    Is there still a risk of harm associated with
25 these maneuvers even if there is a spotter there?

1   A   Yes.
2   Q   Are they the same kinds of harms?
3   A   I would not say to that extent as broken
4   bones but still you're involving a group of people.
5   Injuries, yes.
6   Q   In cheerleading in general, is it possible
7   that a cheerleader could be more seriously injured
8   beyond the kinds of harms you've described?
9   A   Possible, yes.
10   Q   Is it possible, for example, that she might
11   break her neck?
12   A   Repeat the question.  You used "improperly."
13   Q   In performing a cheerleader maneuver, is it
14   possible that a cheerleader could break her neck?
15   A   A basic cheerleading maneuver?
16       MR. GIBBS:  Object.  Are you saying they're
17   doing it correctly or incorrectly?
18   BY MR. CHOE:
19   Q   Even if they're attempting to do it
20   correctly, is there still a risk of a serious injury
21   like a broken neck?
22   A   I would not think so, no.
23   Q   What if they are doing it incorrectly?
24   A   A possibility.
25   Q   Is that a "yes"?

```
 1      A     Yes, possibility if incorrectly.
 2      Q     Forgive me for being an obvious question, but
 3  why does the cheerleading squad perform the kinds of
 4  maneuvers that we've discussed even though there's a
 5  risk of physical harm attached to those maneuvers?
 6      A     Again, to promote school spirit.
 7      Q     Anything else?
 8      A     No.
 9      Q     Do you agree with the statement that the risk
10  of physical harm associated with these maneuvers is so
11  attenuated that the benefits of students engaging in
12  these maneuvers outweigh those risks?
13      A     We as a cheerleading squad are not advanced,
14  so I can say that I don't put my girls in that because
15  I have seen -- you're asking me to compare to where
16  they do the maneuvers that are high-risk at this and
17  all of their routines and we don't.  So I honestly --
18  no, we don't.
19      Q     You do some times perform some of these
20  maneuvers you said though.  Right?
21      A     Minimum, yes.
22      Q     At a minimum level you perform these
23  maneuvers?
24      A     Yes.
25      Q     Is it your assessment that on those occasions
```