# Exhibit I

1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

           Case No. 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF
OKEECHOBEE HIGH SCHOOL, et al.,

      Plaintiffs,

vs.
                                    CERTIFIED COPY
SCHOOL BOARD OF OKEECHOBEE
COUNTY,
      Defendant.
_____ /

         DEPOSITION OF:  COLONEL LAWRENCE SAUCIER

DATE:              December 11, 2007
TIME:              2:30 p.m. to 3:30 p.m.
PLACE:             410 NW 6th Street
                   Okeechobee, Florida

TAKEN BY:          Amy J. Schreck, Registered Professional
                   Reporter and Notary Public, State of Florida
                   at Large
```

```
APPEARANCES:
FOR PLAINTIFFS:        Robert Rosenwald, Jr., Esquire
                       American Civil Liberties Union
                       4500 Biscayne Boulevard, Suite 340
                       Miami, Florida 33137
                       (786)363-2713

                       Ken Choe, Esquire
                       American Civil Liberties Union
                       125 Broad Street, 18th Floor
                       New York, New York 10004
                       (212)549-2553
```

5

```
1        Q     Throughout the deposition I may refer to the
2   "GSA."  When I do, I mean the Plaintiff, Gay-Straight
3   Alliance of Okeechobee High School.
4              Is that clear?
5        A     Yes, it is.
6        Q     Are you a faculty member at Okeechobee High
7   School?
8        A     I'm a senior Army instructor of the JROTC
9   program at Okeechobee High School, yes.
10       Q     Are you employed by the School Board of
11  Okeechobee County?
12       A     Yes, I am.
13       Q     In the position that you just described at
14  Okeechobee High School, are you considered a faculty
15  member?
16       A     Yes, I think.  I'm not sure it's faculty.  I
17  think I would be.
18             Let me ask you, what do you mean by
19  "faculty"?
20       Q     Are you considered part of the teaching
21  staff?
22       A     Yes.
23       Q     For how long have you been a part of the
24  teaching staff?
25       A     Came to work at Okeechobee High School in
```

```
 1    Education IV is for juniors and seniors, teaching them

 2    how to be staff in the JROTC program.

 3         Q    Anything else?

 4         A    No.  That's it.

 5         Q    Are you a faculty adviser to any student

 6    group at Okeechobee High School?

 7         A    To a student group?  What do you mean by

 8    "student group"?

 9         Q    To any group of students that meets at a

10    regular basis for a particular purpose.

11         A    I'm an adviser to the venturing crew.

12         Q    Any other student group?

13         A    We have several different groups within the

14    JROTC programs that are part of JROTC like drill.  We

15    have a drill team, a raider team which does more

16    adventurous or outdoor activities and a color guard

17    group but they're not clubs.

18         Q    Any other student group?

19         A    No.  That's it.

20         Q    Is JROTC considered a student group at

21    Okeechobee High School?

22         A    No.  I think it's considered a class.  They

23    get a credit.  It's a class.

24         Q    What does JROTC stand for?

25         A    It stands for Junior Reserve Officer Training
```

1       A       No.

2       Q       What instruction related to JROTC takes place

3   outside of class time?

4       A       After school hours we have the drill team

5   that meets and they practice drill because during class

6   we're doing regular class materials.   After school they

7   meet and drill.

8               Color guard meets after school, they drill.

9   Raider team meets after school and they learn how to do

10  rope bridges and land navigation and more outdoor,

11  adventurous-type activities.

12              The venturing crew is tied to the raider

13  crew.

14      Q       Does the venturing crew also meet after

15  school?

16      A       After school.

17      Q       With respect to these after-school activities

18  where the drill team, the color guard team, the raider

19  team and the venturing crew, do those activities take

20  place on school premises?

21      A       Drill team, color guard, raiders, yes.   The

22  meetings take place -- some times we also do camp when

23  we camp out and do things off school grounds too.   It's

24  just not on all school grounds.

25      Q       I'd like to go through each of those in turn.

1   With respect to the drill team, is participation

2   required as a part of the JROTC class?

3        A    No, it is not.  Strongly encouraged but it's

4   not required.

5        Q    Does it result in academic credit?

6        A    No, it does not.

7        Q    Is the subject matter of a drill team related

8   to the subject matter of a JROTC class?

9        A    Yes, it is.

10        Q    With respect to the color guard team, is the

11   subject matter of the color guard team taught in the

12   JROTC class?

13        A    Yes, it is.

14        Q    With respect to the raider team, is the

15   subject matter of a raider team taught in the JROTC

16   class?

17        A    Most of the raider team activity we teach

18   some in class but the majority of it is after school.

19        Q    What parts of the raider team subject matter

20   is taught in the JROTC class?

21        A    Land navigation, introduction to map reading.

22   The physical training part, what the Army does as far

23   as physical fitness training, survival, some of the

24   survival skills are taught during the class and that

25   would be the majority that is taught during school too

1    and after school.

2        Q    What part of the subject matter of the raider

3    team is not taught in the JROTC class?

4        A    Things we wouldn't have time from the class

5    would be things like the rope bridge.  That's something

6    we have to take them outdoors and when we don't have

7    time during class, take them out to where we construct

8    a rope bridge and some of the longer runs.  Like

9    running with a first aide litter, that is not something

10   that we do in a regular classroom.

11            First aide.  Some of the first aide that they

12   would do outside they won't normally do outside the

13   classroom.  That would be about it.

14       Q    If I can go back and clarify one question

15   earlier.

16            Is the subject matter of the drill team

17   taught in the JROTC class?

18       A    Yes, it is.  Drill team is taught.

19       Q    Does the subject matter of a venturing crew

20   taught in the JROTC class?

21       A    The majority, yes.

22       Q    What part of the subject matter of the

23   venturing crew is taught in the JROTC class?

24       A    It would be some of the same subjects that

25   they teach in the raiders:  Land navigation, map

```
 1    reading, first aide skills -- some of the first aide
 2    skills -- and camping survival.  Some of the same
 3    skills that would correlate with the raiders.
 4         Q    Anything else?
 5         A    No.
 6         Q    What part of the subject matter of a
 7    venturing crew is not taught in JROTC class?
 8         A    Right now pretty much everything we're doing
 9    correlates with the raider team.
10         Q    Is there anything else specific to --
11         A    No, I can't think of anything else.
12         Q    Does JROTC encourage students who are in the
13    class to consider service in the U.S. Armed Forces?
14         A    To consider?  No, we don't.  We teach them
15    about the different services and what some of the
16    traditions are, but the Army has forbidden us for doing
17    any form of recruiting at all.  If they ask us a
18    question about can they apply for different forms of
19    scholarships like Citadel or West Point, we'll try to
20    help, but we don't encourage them.  We tell them about
21    all of the different branches of the military but our
22    primary goal is to help them become good citizens and
23    leaders and to develop leadership skills and if they
24    want and they ask us about the military, we'll advise
25    them but that's not our goal.
```

13

1     Q     Does the information that JROTC provides to

2  students who are in the class help facilitate their

3  decision-making about whether to serve in the U.S.

4  Armed Forces?

5     A     I think it would, yes.  I think it would.

6  We've had some that have joined of the JROTC that

7  actually came in, after all they decide not to go into

8  the military.  Some decided they would.  So, either

9  way.

10     Q     How does it help them with their

11  decision-making process?

12     A     They have a better flavor for the military

13  and for services, having to obey orders, march, drill,

14  do some of the things you do in the military.

15     Q     When students in the JROTC class come to you

16  and express an interest in considering whether to have

17  a career in the U.S. Armed Services, what information

18  do you give those students?

19     A     Tell them something about my experience in

20  the military and told them what it's like in the

21  military.  If they have questions about pay or what it

22  would -- what the benefits of service would be, some of

23  the hardships and challenges of service would be.

24     Q     Anything else?

25     A     Scholarships in the military that they might

1    A    Probably about -- since we haven't been going

2  that long, the ones I started with were freshman.  The

3  ones I have coming up now where they can join, there's

4  probably about 12 right now, maybe a little bit more.

5    Q    For students who are in the JROTC class or

6  participate in JROTC activity such as the drill team,

7  the color guard team, the raider team and the venture

8  crew, is it possible that the positive experiences they

9  have associated with these experiences lead them to

10  consider serving in the U.S. Armed Forces?

11    A    Positive?  Yes.  I think the positive

12  experiences would, yes.

13    Q    Are the activities of the drill team, color

14  guard team, raider team and venturing crew that take

15  place on school premises after school, are they visible

16  to other students who are not members of the JROTC

17  class?

18    A    Visibility to other -- normally it's right

19  after school so students that are staying after school

20  would see them but see them marching and drilling.

21  Some.  Probably not that many.  We don't see that many

22  other students when they're there.  They're doing what

23  are ever they are doing.

24    Q    Is it possible that students who are not in

25  the JROTC who observe these kinds of activities might

17

1  become interested in --

2      A    Yes, sir.  I think they would.  If they saw

3  it, they might say, "that looks like fun" or "I might

4  want to try that."  Yes.

5      Q    Is it possible they might become interested

6  in considering serving in the U.S. Armed Forces as a

7  result of witnessing these kinds of activities?

8      A    Yes, they might.  Yes, they might.

9      Q    And in the activities of these -- of the

10  drill team, color guard team, raider team and venturing

11  crew, do the students who participate in the activities

12  attempt to convey sort of a pride in what they're

13  doing?

14      A    Yes.  Absolutely.

15      Q    And a positive image of what they're doing?

16      A    Positive image.  I would say if they don't --

17  if they don't enjoy it, they don't like doing it, they

18  probably -- if they're not doing well or they're acting

19  up, they would be doing push-ups.  Students would see

20  them doing that and probably not want to.

21      Q    Forgive me.  In my next series of questions,

22  I'm going to ask you some questions that may seem

23  fairly obvious but I need to ask them any way.

24      A    Right.

25      Q    Is there a risk of harm associated with

1   service in the U.S. Armed Forces?

2       A    Yes.

3       Q    What kind of harm?

4       A    Normal harm that could happen to any person

5   in a career driving a semi-truck or probably a little

6   more physical when you're talking about going to war in

7   Iraq.  If they're off to war, they might have to be

8   exposed to more danger than they would normally.

9       Q    Anything else?

10      A    I don't think so.  You only take really good

11  care of soldiers.  They're on base some times and

12  they're probably safer than people that are not on a

13  base.  We have a fenced-in perimeter, military police

14  surrounding it.  Some times I feel safer on a base than

15  I do living in town.

16      Q    Is there a risk of harm associated in combat

17  situations?

18      A    Absolutely.  Sure.

19      Q    Forgive me for asking this, but has any

20  student in the JROTC class suffered any of the kinds of

21  harms that we've discussed?

22      A    Well, let me think.  I've had a couple broken

23  fingers but they're doing some thing that could happen

24  in gym or any other kind of physical training.  I'm not

25  aware of anything other than normal type harms in any

22

```
 1   attendant to that?

 2        A     Right.  Yes, sir.

 3        Q     Is JROTC affiliated with a military ball?

 4        A     Yes, it is.  We have a military ball every

 5   year.  It's primarily when we give out awards and

 6   ribbons to the cadets.

 7        Q     Do you go?

 8        A     Do I go?  Yes.

 9        Q     Who else may go?

10        A     Cadets, guests, parents, other people that we

11   invite in that are giving out awards and medals, other

12   teachers, faculty members, wives, spouses.

13              That would be pretty much it, I think.

14        Q     You mentioned guests.  Correct?

15        A     Yes, I did.

16        Q     May a student bring someone with whom he or

17   she is romantically involved or with whom she or he is

18   romantically interested?

19        A     Yes, they do.

20        Q     So they may?

21        A     Yes, they may.

22        Q     You said, in fact, they do?

23        A     Yes, they do.

24        Q     Have you observed these couples who are

25   romantically involved or romantically interested
```

23

1      dancing at the ball?

2           A      Yes.

3           Q      To slow music?

4           A      That's what we really prefer.  Some times

5      it's not all that slow.  Some times it gets a little

6      faster.  We kind of have to observe and kind of

7      monitor, make sure they're not breaking any School

8      rules.  Yes.

9           Q      So you have observed these couples dancing to

10     slow music?

11          A      Yes, sir.

12          Q      Have you observed these couples holding

13     hands?

14          A      At the military ball?  Yes.

15          Q      Have you observed them hugging?

16          A      Limited maybe during a dance or something

17     like right after a dance some casual they will try to

18     avoid any romantic or serious hugging like

19     boyfriend/girlfriend serious hug.  Trying to keep that

20     away.  We have a policy against that.  It's called

21     "public display of affection."  We limit it as much as

22     we can.

23          Q      Have you observed these couples kissing at

24     the ball?

25          A      Observe maybe a peck but not kissing?  If I

24

1   saw kissing, it would have to stop pretty quick.

2       Q     Have you ever seen them engaging in any other

3   displays of affection besides the ones we've discussed?

4       A     No, I haven't observed them.   I've heard

5   there's been incidents where some of our -- usually I

6   have a person that will watch and patrol and say

7   someone so-and-so was over there, they were making out.

8   I said good, we need to stop that, them get them back

9   outside.

10      Q     Have there been instances where students have

11  been caught making out at the ball?

12      A     Not that I've got caught.   I had one parent

13  said he caught somebody making out.   He sent them back.

14  Told them how much I appreciated it because we have a

15  lot of parents that help us out kind of controlling the

16  cadets.

17      Q     Other than that incident, are you aware of

18  any other instances where a student was making out at a

19  ball?

20      A     No.

21      Q     With respect to the one incident that you

22  just described a student being caught making out, what

23  was reported to you?

24      A     Parent came up to me -- one of the fathers of

25  one of my cadets said he caught somebody, they were

25

1    walking out to the parking lot, they were hugging.  He

2    sent them back.  I said good.  I really appreciated

3    them helping because we're all kind of walking around,

4    patrolling, trying to keep anybody from getting into

5    trouble.

6        Q    In terms of the making out, was it described

7    to you what that "making out" was?

8        A    Hugging, kissing, that type of thing is what

9    he told me.  They were hugging and they were embracing

10    and kissing.  He stopped them, sent them back.

11        Q    Anything else besides hugging and kissing?

12        A    No.  Nothing that I'm aware of.

13        Q    Could the ball where students may go with

14    romantically involved or romantically involved guests,

15    could the ball increase the possibility of romantic

16    involvement or romantic interests by students?

17        A    Yes, it could.

18        Q    How?

19        A    If they're at a dance, they're socializing,

20    if they're with their girlfriend or boyfriend and have

21    a chance to dance and they would be talking, spend a

22    little more time together.

23        Q    Anything else?

24        A    No.

25        Q    Could the ball increase the possibility of

26

1  sexual activity by students?

2      A      Normally having a Dean there or Deputy

3  Sheriff and myself and the Army instructor patrolling,

4  watching them, keeping them confined probably less than

5  this they would.  If they were not on School grounds as

6  we try to make sure that doesn't happen to the best of

7  our ability.

8      Q      With respect to activity that may take place

9  off campus, is there a possibility or does the ball

10  increase the possibility that students may encourage in

11  sexual activity off campus?

12         MR. GIBBS:  Objection to form.

13         THE WITNESS:  Pardon me?

14         MR. GIBBS:  You can go ahead and answer that

15      question if you understand.

16         THE WITNESS:  Off campus, no, I don't think

17      it encourages them any more.  If they were going

18      to get together, they would get together.  I don't

19      think the ball encourages that any more if they

20      were seeing each other on campus or at any other

21      function.

22  BY MR. CHOE:

23      Q      You testified a moment ago that the ball

24  could increase the possibility of romantic involvement

25  or romantic interest by students; is that correct?

```
 1        A      Correct.  Yes.

 2        Q      Is that a bad thing?

 3        A      No, I don't think so.  I mean, they're going

 4   to have romantic interests.  If they can be controlled

 5   and learn to conduct themselves in a proper manner, not

 6   having open displays of affection and we encourage them

 7   to have good, positive relationships and definitely not

 8   get in trouble.

 9             Some of the cadets I think have, in fact,

10   gone on to get engaged.  I have one now that is

11   planning on getting married I think at the end of this

12   year to another cadet.

13        Q      Any other reason why it's not a bad thing?

14        A      Not that I can think of.

15        Q      You testified earlier that at the ball you

16   and other adults on campus do what you can to

17   discourage students from making bad choices in terms of

18   sexual activity; is that correct?

19        A      Yes, sir.

20        Q      Was it your testimony or is it your testimony

21   that the degree to which you and other adults at the

22   ball can control that once students are off campus is

23   reduced?

24        A      I'm not sure I understand that question.

25        Q      When students leave the ball and go off
```

29

1        Q      Anything else?

2        A      No, I can't think of any.

3        Q      Have you observed any student being harassed

4    by another member of the School community at School

5    because he or she is gay or perceived to be gay?

6        A      Had a cadet a couple years ago that some of

7    the cadets -- I guess he wasn't sure or something about

8    his sexual inclinations and some of the kids had teased

9    him and we forced it to stop, tell them that we

10   wouldn't tolerate that behavior.

11       Q      When did this harassment take place?

12       A      This was like 2004, maybe 2005.  I'm not sure

13   of the exact.  I think it only happened a couple times.

14   They were teasing this person, weren't anything else.

15   We told them to stop.  The person felt bad about it.

16       Q      What sort of teasing went on?

17       A      He wasn't sure of his sexual orientation and

18   some of the other cadets teased him about that they

19   thought he was gay and I think he didn't know whether

20   he was or not.

21              So, I told them they needed to stop teasing

22   him, they stopped.

23       Q      How many other students were involved in the

24   teasing?

25       A      Maybe a couple.  There weren't very many.

30

1    Just a couple.

2          Q    Did you observe the teasing yourself?

3          A    Yes.

4          Q    What words were used in the teasing?

5          A    It's been a while back.

6          MR. GIBBS:  Give one instruction.  As much as

7    you remember -- you're under oath -- don't guess

8    or speculate.

9          A    Okay.  Just something about him maybe being

10   gay.  "You're gay" or something.

11         Q    What was said?

12         A    They needed to leave him alone.  He was fine.

13         Q    Besides --

14         A    Just that was quite a while.  That's the

15   best -- that's the only case that I can really

16   remember.

17         Q    Besides saying to the student "you're gay,"

18   did the teasing consist of any other kind of statements

19   to the best of your recollection?

20         A    No, I don't think so.

21         Q    The statements to the effect "you're gay,"

22   were they said in a negative or pejorative way?

23         A    They were kind of just teasing.  They

24   weren't -- they were laughing, kind of teasing with

25   him.  He even took it.  He shouldn't have been doing it

```
 1   but I don't think he took it that badly himself because
 2   I don't think he was really sure.
 3        Q    Did this teasing take place during
 4   instructional time?
 5        A    Yes.
 6        Q    In class?
 7        A    That was when I think we were outside
 8   drilling or doing some physical training.
 9        Q    Who else was present?
10        A    My Army instructor might have been present at
11   the time.
12        Q    Anyone else?
13        A    No.  Other cadets.  That would have been it.
14   I'm not sure of the cadets' names, myself and another
15   instructor.
16        Q    Did the student who was teased complain to
17   you or any other instructor about the teasing?
18        A    No.
19        Q    Did you proactively intervene?
20        A    Yes.  Yes, because it -- I wanted it stopped.
21   I didn't want them to start doing that kind of thing.
22   We stopped it.
23        Q    Did you or anyone else report this incident
24   of teasing to anyone?
25        A    No, because it only happened on that maybe
```

1    one or two occasions.  It was stopped almost

2    immediately.  We stopped it and hopefully it was

3    settled.  It wasn't -- you know, there was no physical

4    or didn't seem like mental at the time.  It was kind of

5    joking.  Even the person they were talking was laughing

6    about it.  So we said, We don't want that going on;

7    stop it.

8         Q    Is there any other reason why it was not

9    reported?

10        A    No.

11        Q    Did it occur again or did it stop?

12        A    It stopped.

13        Q    You indicated it happened on one to two

14   occasions.

15             Are you suggesting it took place on

16   potentially two separate occasions?

17        A    Yeah.

18        Q    Did you intervene each time or only after the

19   second time?

20        A    The first time we told them to stop and it

21   pretty much stopped after we told them to drop and do

22   some push-ups.  Stop, you're not going to be doing it

23   again.

24             Second time we say, You need to really stop

25   this -- and had them do a bunch more push-ups, then it

36

1   BY MR. CHOE:

2       Q    Colonel?

3       A    Yes, sir.

4       Q    I'd like to go back to the raider team and

5   the venturing crew.

6       A    Sure.

7       Q    With respect to the raider team, is there a

8   risk of physical harm associated with participation in

9   the raider team?

10      A    Yes, sir, there is.  Same as any other sport.

11      Q    What kind of harm is there a risk of?

12      A    When they're building the rope bridge, going

13  across that on a snap link, if something happened, the

14  rope collapsed or if they fell, they could get hurt.

15           Other than that and, of course, the physical

16  stress on the body -- running with a litter, that could

17  cause you to have physical harm just like playing any

18  sport.

19      Q    Anything else?

20      A    No, not that I can think of.  No, sir.

21      Q    Has any student who has participated in the

22  venture team, in fact, suffered any kind of a harm that

23  you've described?

24      A    No.  We've been very lucky.  Nobody got hurt

25  or harmed.

37

1       Q    I'll ask the same questions about the
2    venturing team.
3            Is there a risk of physical harm associated
4    with participation in the venturing crew?
5       A    Yes, there is.  Same type of activities.
6    Outdoor swimming, where they are very closely monitored
7    and supervised, they go swimming and we have to have a
8    life guard present and pretty well monitor but there's
9    always risks because they're doing things that are
10   outdoors in the woods.  It's not like a normal
11   environment, sir.
12      Q    Any other kinds of harms that there's a risk
13   of?
14      A    Snakes, spiders, bugs, in the woods more apt
15   to trip over something or get hurt dealing with axes,
16   maybe building a fire, chopping firewood or carving
17   with a knife shavings to make a fire.  Things you would
18   do, sure.
19      Q    Anything else?
20      A    Not that I can think of any.
21      Q    Has any student who has participated in the
22   venturing crew suffered any of the kinds of harms that
23   you've discussed?
24      A    No, I can't think of any.
25      Q    Glad to hear that too.