# Exhibit J

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF
OKEECHOBEE HIGH SCHOOL, et al.,

    Plaintiffs,

vs.

SCHOOL BOARD OF OKEECHOBEE
COUNTY,
    Defendant.
_____ /

**CERTIFIED COPY**

DEPOSITION OF: STEVE WALKER
DATE: December 12, 2007
TIME: 2:35 p.m. to 3:55 p.m.
PLACE: 410 NW 6th Street
      Okeechobee, Florida

TAKEN BY: Amy J. Schreck, Registered Professional
      Reporter and Notary Public, State of Florida
      at Large

APPEARANCES:
FOR PLAINTIFFS:   Robert Rosenwald, Jr., Esquire
      American Civil Liberties Union
      4500 Biscayne Boulevard, Suite 340
      Miami, Florida 33137
      (786)363-2713

      Ken Choe, Esquire
      American Civil Liberties Union
      125 Broad Street, 18th Floor
      New York, New York 10004
      (212)549-2553

```
 1          Q     What did you understand that to be a picture
 2    of?
 3          A     It was just the students -- members of the
 4    GSA Club.  I would assume that they were members of the
 5    GSA Club.
 6          Q     Was there anything on the web site that
 7    confirmed your --
 8          A     That they were members?
 9          Q     Correct.
10          A     Not that I saw anything on there that they
11    were.  You would assume that since they were a group of
12    students.
13          Q     Was there anything depicted in that photo
14    that you thought was inappropriate?
15          A     No.
16          Q     You indicated that the other content that you
17    saw was a series of links; is that correct?
18          A     It wasn't links.  It was "click" to go in to
19    other parts of the web site.
20          Q     Maybe we'll call them "internal links" for
21    convenience.
22          A     Okay.
23          Q     You indicated you saw internal links or
24    communications for purchasing clothing perhaps for
25    photos or pictures.
```

```
 1              Were there any other links -- internal links?
 2       A     Not that I remember.
 3       Q     Were there any links that you saw at that
 4  time to any external web sites?
 5       A     No.
 6       Q     Taking the links in turn, did you click on
 7  the internal link for photos?
 8       A     I think there were photos on there.
 9       Q     What photos did you see?
10       A     It was random pictures of students.  Again,
11  it wasn't a group but I believe that they were
12  individual pictures.
13       Q     Were there any captions or descriptions for
14  those pictures?
15       A     Not that I remember.
16       Q     Did you see anything in those pictures that
17  you believed was inappropriate?
18       A     No.
19       Q     Did you click on the link involving the
20  purchase of clothing?
21       A     Yes.
22       Q     What did you see when you did that?
23       A     There were items of clothing that you could
24  purchase:  Shirts, sweat pants, caps, articles of
25  clothing.
```

```
 1      A    No.
 2      Q    Did there appear to be a response from Miss
 3  Gonzalez to that communication?
 4      A    I believe that -- what I remember of the
 5  responses were that she was going to meet with him at
 6  the sports complex.
 7      Q    Was there anything else in any response?
 8      A    No.
 9      Q    Were there any other communications between
10  Mr. McCool and Miss Gonzalez on this web page?
11      A    No.
12      Q    Were there any other communication of any
13  kind between anyone on this web page or any other page
14  of this web site?
15      A    No, not that I remember.  This is the one
16  that stood out in my mind.  I don't believe there were
17  any others on there at all.
18      Q    In the messages -- sorry.  In the
19  communications that you just described between
20  Mr. McCool and Ms. Gonzalez, did either of them elude
21  in any way to sexual activity?
22      A    No.
23      Q    Did either of them elude to sexual
24  orientation?
25      A    No.
```

```
 1      Q    Did either of them elude to anything that you
 2   believed to be inappropriate?
 3      A    No.
 4      Q    Other than what you've described to me
 5   already in terms of what you saw on the Okeechobee High
 6   School GSA web site, was there any other content that
 7   you saw on that web site at that time?
 8      A    No.
 9      Q    Other than what you have already described to
10   me in terms of the content of the Okeechobee High
11   School Gay-Straight Alliance that you saw at that time,
12   did you see any different or additional content on that
13   web site at any later time?
14      A    No.
15      Q    You testified earlier that subsequently you
16   did view this web site again; is that correct?
17      A    After I had shown it, yes.  That's correct.
18      Q    How many times?
19      A    Less than five.
20      Q    When did you look at the web site?
21      A    I don't know.  When was the last time I
22   looked?
23      Q    Yes.
24      A    Probably about two weeks ago.
25      Q    When was the last time before that that you
```

1   looked?
2       A   I don't remember.
3       Q   Each time that you looked at the web site
4   subsequent to the first time, did you see any
5   additional or different content?
6       A   No.  It's changed.  Those links to the left
7   are gone now.  The communication, one, is removed.  The
8   picture of all of the students is removed.  The mascot
9   from the School has been removed.
10          But there is -- I mean, that's the only
11  changes that I have seen other than things that have
12  been added to the site now more of what is happening
13  with the lawsuit is on there.
14      Q   Anything else that was removed other than
15  what you've already said?
16      A   No, nothing.
17      Q   Anything else that's been added other than
18  what you've already said?
19      A   No.
20      Q   In terms of what has been added, in your
21  view, is any of that additional content inappropriate
22  in any way?
23      A   No.
24      Q   Do you know whether this web site about which
25  we've been speaking is, in fact, the web site of the

34

```
 1   Okeechobee web site pro bono.
 2       Q    Did it say anything else about the GSA on
 3   that web site?
 4       A    It did not.
 5       Q    Did you look at any other content on that web
 6   site?
 7       A    No.
 8       Q    Did you see anything on that web site that
 9   you believed to be inappropriate?
10       A    No.
11       Q    You mentioned Eric McCool's My Space page.
12       A    Yes.
13       Q    How did you get to Eric McCool's My Space
14   page?
15       A    I put in his name, Eric McCool, and it came
16   up.
17       Q    When did you do this?
18       A    During the same time that I had found the GSA
19   page.
20       Q    Where did you do this or, rather, on what
21   computer did you do this?
22       A    Mine -- the laptop.
23       Q    The same laptop?
24       A    My personal laptop, yes.  Not Miss Wiersma's.
25   I found it on mine.
```

```
 1      Q    Do you include non-adults in that?
 2      A    No.  No, I don't.  We're talking about an
 3  adult communicating with a minor.
 4      Q    Do you know anything specific to Eric McCool
 5  that makes you particularly concerned about his
 6  communication with students in the Club?
 7      A    No.  I don't know anything about him that
 8  would.
 9      Q    What do you know about Eric McCool beyond the
10  fact that he is the web master to -- let me withdraw.
11           Do you know Eric McCool?
12      A    I do not know Eric McCool personal.  I know
13  "of" Eric McCool.
14      Q    What do you know about him?
15      A    I know his parents.  Okeechobee -- they were
16  my teachers at the High School.
17      Q    Have you ever met Eric McCool?
18      A    I have never met Eric McCool.
19      Q    Have you ever discussed him with his parents?
20      A    Never.
21      Q    Forgive me, you may have answered this
22  question but I just want to be sure.
23           Do you know anything specific about Eric
24  McCool that he poses some particular risk of harm of
25  the students at Okeechobee High School?
```

```
 1      A    I do not know something specific but, again,
 2  how do you know anything about anyone, really?  I mean,
 3  adults talking with minors, you hear about it all of
 4  the time.  You hear about it in the newspaper.  You
 5  hear it on TV.  You just don't know.
 6      Q    Do you know if adults are in communication
 7  with members of other student groups at Okeechobee High
 8  School?
 9      A    I do not know.  I do not know.
10      Q    Do you know if alumni of Okeechobee High
11  School are in touch with current students at Okeechobee
12  High School?
13      A    I do not know.
14      Q    I'd like to return to your search for Eric
15  McCool's My Space page.
16           What were the search terms you used?
17      A    Eric McCool.
18      Q    Did that take you directly to his My Space
19  page?
20      A    It took you to his picture.
21      Q    Did you click on that picture?
22      A    I did.
23      Q    Where did that take you?
24      A    To his My Space page.
25      Q    Other than his My Space Page and that
```

```
1        Q    At the time that Matt was given permission to
2   attend the GSA meeting, did you think it was more
3   likely than not or less likely than not that sex or
4   sexual activity --
5        A    I really didn't know because I'm not familiar
6   with what it was about.  I really wouldn't know.
7        Q    Did you discuss with Matt what he should do
8   if the discussion turned to sex or sexual activity?
9        A    No.
10       Q    Do you know whether there was discussion of
11  sex or sexual activity?
12       A    I do not know if there was or if there wasn't
13  but he didn't walk out.  He didn't walk out.
14       Q    What conclusion do you draw with that?
15       A    I would assume at that meeting nothing was
16  spoken of that because he stayed until the end of the
17  meeting.
18       Q    Do you still support Matt's ability to attend
19  the GSA meeting if he wants to?
20       A    Sure.  Yes.
21       Q    Does Matt still want to attend GSA meetings?
22       A    Matt has not been back to a GSA meeting this
23  year.  He has not attended.
24       Q    Why is that?
25       A    Well, there was only two people at the
```