# Exhibit K

## The Purple and Gold FEATURES

March, 2007



### Just in time for prom season
# Best and Worst Pick-up Lines

Although the prom is still a few weeks away, it is never too soon to begin to consider just who you want to take. After all, this is one of those occasions that you will remember for the rest of your life--and it's always good for the ego and for the image to take someone worthwhile!

With that in mind, and understanding just what an intimidating task it can be to ask out someone you've never approached before, here is a collection of some of the best (and the worst) pick-up lines.

We don't necessarily recommend these, and we certainly take no responsibility for them (especially if they don't work!

◆ One guy asked me out by sending me a fax at the school through the office that saidm "Please break up with your boyfriend and go out with me. You're the only girl I see."

"I lost my phone number. Can I have yours?"

◆ I've been asked out over the intercom at school.

◆ I think that "Hey, baby!" line is out of the question because that's rude....At least say, "Would you like to go somewhere?
"Hey, baby" is just rude.

◆ I was asked out on a date like this: "Hey, my name is ____, and I thought you were really cute. Do you, um, wantto go somewhere later on so we can get our chat on?" As if! He sounds like a player and a goof.

◆ When I ask a girl out I make sure she is in the mood for a relationship. I listen to what she says, see what she likes to do, show the utmost respect and prove she can trust me.

◆ When asking a guy out, I usually find out if he is at all interested in me. If he isn't yet, I make myself more noticeable. Sometimes we become great friends and start dating!

◆ A boy asked me to the prom, and he came up to my house in a fire truck. He knocked on my door and when I answered it, he got his bucket and threw what was in it all over me. There were hot candies and fireballs. The message said "____, we would be a hot date together at the prom. I LOVED IT!

◆ I write them a note that says: "Dear ____, I have admired you from afar since the beginning of the year. I have been informed from an unnamed source that you like me, and I am glad that we share the same feelings about each other. Will you go out with me?

◆ I don't think that guys (or girls) really need to use pick-up lines. I just think that people need to be themselves and not have to worry about saying the right lines to get somebody to like them...Act yourself!

◆ If you get together with a group of friends rather than just you and that person, it's much more comfortable. Throw a pizza party—ask everybody over to watch the latest movie. It works for me.

◆ I would have to say that the worst way I have been asked out was when this guy came up to me and was like "Your legs must be really tired, 'cause you've been running through my mind all day." That was SO wrong!

◆ I hate it when they say,
"Girl you know I love you." OK, how can a guy you just met for the VERY first time say he loves you? How lame can that be?

◆ Ugh. The worst pick-up line I have ever encountered was this: A guy was looking at his key chain and then said, "You know what I'm, doing? Looking for the key to your heart."

◆ I was at school, sitting with my friend when one of the guys who liked me walked up. He seemed very nervous and then mumbled something quietly. I couldn't understand hime,so I asked him what he said. The all of a sudden he yelled, "Will you go out with me?" I was so embarrassed that I wanted to cry.

◆ I have some pretty lame pick-up lines. Probably the worst is when I accidentally bump into someone and say "Wow! Touched by an angel!"

◆ The worst pick-up line I've heard is "Have you ever been arrested? Because looking that good must be breaking the law."

◆ The best is "Was that love at first sight, or should I walk by again?"



Case 2:06-cv-14320-KMM   Document 66-17   Entered on FLSD Docket 02/29/2008   Page 3 of 3

April, 2007

# The Purple and Gold
# FREE ADVICE
### & WORTH EVERY PENNY



The Purple and Gold
Okeechobee High School

Published monthly
by the
Journalism Department of

Okeechobee High School
2800 Highway 441
Okeechobee, FL 34972

**Editorial Staff**
Susana Aguilar
Leah Burk
Cecillya Lancaster
Sarah Thompson

Ron Hayes, Advisor

## Girls: How to get the guy you want to ask you to the prom!



Chances are, you've had your eye on a certain boy for the whole school year and nothing would make prom better or more magical than going with him. Still, there is one minor detail essential to the whole prom date: He has to ask you out! So, how do you get your dreamy crush to ask you out? While the tips below aren't foolproof, they are certainly better than silently waiting for him to notice you as the one girl he has always been dreaming of. You've been watching him all year and you know his personality. Choose it from the list below and get to work on making your prom dreams come true.

### Rebel With a Cause
This guy is either in a killer punk band or a [   ] artist and he [   ] cool for school-sponsored events like the prom... until you come along.

**Step 1:** Flirt away and let him know you're interested. You can invite him to a local concert or indie film so he sees that you have other interests besides pep rallies and school spirit. While you're hanging out, introduce the issue of the prom to see just how against it he is. You can let him know that you agree that school events are kind of lame, but that the prom can be a fun time to hang out, rent a limo, and party into the night.

**Step 2:** If you begin to feel that he might be interested in you after hanging out with him (even if he's not interested in the prom), you can try asking him to the prom yourself. He might just think the idea of you asking him is cool and anti-establishment enough to accept.

### Just a Friend
You've had this guy friend for a couple of years or for your whole life, but you think there may be something more than just friends.



**Step 1:** Hang out and chat with him a little (like you do every day) to find out if he's interested in someone else or is already dead-set on asking another girl to the prom. If he has not commitments, there are some sneaky ways to get him to ask you.

**Step 2:** Make an early pact with him that if neither of you ends up finding a date for the prom, you will go together. Another way is to let him know that you'd like your prom to be a completely fun night with no drama, so you'd rather go with a close friend than with some random guy. He might just pick up the hint and ask you. At the very least, you will have a fun, comfortable prom night. If romance blooms, the night only gets better.

### Mr. Popularity
He's one of the most popular guys in school and lots of girls would love to go out with him. Can you be the lucky one?



**Step 1:** This guy loves partying and good times. He goes to all the best parties with all the coolest kids. To catch his eye, let him know that you also love good times by planning an awesome fun date. Tell him of your plans to rent a limo and dine at the coolest restaurant on prom night. Plan some fun pre-dance activities and join the prom planning committee to make sure the prom is going to be a blast. Once he sees how involved you are in making the prom a great night, he may just want you as his prom date.

### Mystery Man
He may be the new guy in the math class or someone you've never gotten to know, but you definitely see some promise for a prom night meeting.

**Step 1:** Since you don't really know him well, learn through the grapevine if he's dating someone or has a serious crush. If you're sure he's free, run the risk of rejection and ask him to go to the prom with you. If he wants to go with you, you've got a date; if he doesn't, you never really knew him anyway.

**Step 2:** If you mystery man seems a little hesitant about going to the prom with you or you think he may want to do the asking, try inviting him on a more casual date first. You could go out to dinner, to the new school play, or to a movie with friends. Once he has some time to see how cute and fun you are, he may be more willing to accept you original proposal or ask you to the prom himself.

**Step 2:** If prom is approaching quickly and you're worried he might not ask you, try finding out from his friends if he has any other date prospects. All of your careful planning may just have escaped his attention. If his friends don" know of any definite prom plans, try asking him to the prom. Tell him about the fun date you've planned and let him know that going to the prom with you would be the ultimate in good times. He may respect your fun-spirited confidence and accept. If not, you still have an awesome prom date planned.

Ending up with your ideal date for the prom will help make the night fun and memorable. If may also lead to a new, meaningful relationship that will extend beyond the prom. Still, if your plans to woo your dream date don't exactly turn out successfully, remember that there are still plenty of boys who would love to go to the prom with you. This is your prom, and you should enjoy it—no matter who escorts you.




942 D