**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 06-14320-Civ-Moore/Lynch

GAY-STRAIGHT ALLIANCE OF
OKEECHOBEE HIGH SCHOOL, et al.,

    Plaintiffs,

vs.

SCHOOL BOARD OF
OKEECHOBEE COUNTY,

    Defendant.
_____/

**DECLARATION OF LAYSSA ZAMORA**

    I, Layssa Zamora, am over the age of seventeen and competent to be a witness to the matters stated herein, and state as follows:

    1.    I make this statement of my own personal knowledge and in support of Plaintiffs' motion for summary judgment and in opposition to Defendant's motion for summary judgment.

    2.    I am a paralegal at the American Civil Liberties Union Foundation of Florida.

    3.    Attached as Exhibit A are true and accurate copies of select webpages that resulted from an internet search of the term "high school cheerleaders."

    4.    Attached as Exhibit B are true and accurate copies of select webpages that resulted from an internet search for webpages associated with Junior Reserve Officers' Training Corps of Okeechobee High School.

    5.    Attached as Exhibit C is a true and accurate copy of a webpage containing clip art that has appeared on the Okeechobee High School website.

I swear and affirm under penalties of perjury that the contents of the foregoing declaration are true.

Dated: February 29, 2008.

s/Layssa Zamora
_____
Layssa Zamora