# Exhibit A

high school cheerleaders - Google Search                                      Page 1 of 2

364

Web   Images   Maps   News   Shopping   Gmail   more ▼                        Sign in

Google      | high school cheerleaders                        | Search |  Advanced Search
                                                                             Preferences

Web · Images              Results 1 - 10 of about **329,000** for **high school** cheerleaders. (0.06 seconds)

### High School Cheerleaders
Bloomington (IN) **High School** South **Cheer** Girls Total pictures: 271 ... Clements (TX) High
**School Cheerleaders** Total pictures: 63 ...
high-school.cheerleader.com/ - 2k - Cached - Similar pages

Bloomington (IN) High School South ·        Cheerleader Central Home
Cathedral (IN) High School                   Saugus (CA) Cheer
Pennsbury (PA) High School ...              Maximum Cheer All Stars
Centerville (OH) High School

More results from cheerleader.com »

### Cheerleading.Net - High School and Earlier
Abraham Lincoln **High School Cheerleaders** - Council Bluffs, IA (USA); Absegami **High
School Cheerleading** - Galloway Township, NJ (USA); Adams Elementary ...
www.cheerleading.net/cheerweb-hs.html - 49k - Cached - Similar pages

### Scandal: Cheerleaders Run Amok in Texas | Newsweek Culture ...
Jan 2, 2007 ... Boozing, bikinis and bullying: how the scandalous behavior of five **high-
school cheerleaders** rocked a bedroom community near Dallas. ...
www.newsweek.com/id/37993 - 57k - Cached - Similar pages

### Westview High School Cheerleaders
WestviewBoosterClub.com · Westview **High School** Home ... WestviewCheer Party Supply
Store · Martin Middle **School Cheerleading** Squad ...
www.westviewcheer.com/ - 13k - Cached - Similar pages

### FOXNews.com - High School Cheerleaders Suspended for Flashing ...
**High School Cheerleaders** Suspended for Flashing Crowd During Britney Spears Routine,
Six of eight Ripon **High School cheerleaders** won't get the chance to ...
www.foxnews.com/story/0,2933,311971,00.html - 45k - Cached - Similar pages

### Oak Harbor High School Cheerleading
Wildcat spirit ideas, jump techniques, training, motivation, tumbling, stunting, awards, and
lots of photos.
www.oakharborcheer.com/OHHS.html - 33k - Cached - Similar pages

### AACCA - Cheerleading Safety and Education since 1987 - 2007-08 ...
2007-08 **High School** Safety Rules. SPECIFIC SAFETY REGULATIONS ... A.
**Cheerleading** squads should be placed under the direction of a qualified and ...
www.aacca.org/hssafety.asp - 21k - Cached - Similar pages

### Gulf High School Cheerleaders
GULF HIGH SCHOOL. Cheerleaders. Varsity **cheerleaders** on Sept. 7, 2007 larger image;
JV **cheerleaders** on Aug. 30, 2007 larger image ...
ghs.pasco.k12.fl.us/cheerleaders.html - 4k - Cached - Similar pages

### Mason High School Cheerleading
Within this site you will find pertinent information about the Mason **High School
Cheerleading** teams including schedules, directions and results of the ...

high school cheerleaders - Google Search

365

www.masoncheerleading.com/ - 9k - Cached - Similar pages

### Annandale High School Cheerleading
View roster, calendar of events, and coach's corner.
www.ahscheerleading.com/ - 23k - Cached - Similar pages

Searches related to: **high school cheerleaders**

| high school cheerleaders **pictures** | **pics of** high school cheerleaders | **dunbar** high school cheerleaders | **bob jones** high school cheerleaders |

1 2 3 4 5 6 7 8 9 10    **Next**

high school cheerleaders     Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

high school cheerleaders - Google Search                                                                    Page 1 of 2

366

Web   Images   Maps   News   Shopping   Gmail   more ▼                                              Sign in

Google

[high school cheerleaders          ]   Search   Advanced Search
                                                Preferences

Web   Images              Results 231 - 240 of about 329,000 for high school cheerleaders. (0.12 seconds)

## Cheerleader panties, cheerleader sex, hot cheerleader, cheerleader ...
Possible enter? **high school cheerleader** sexy pictures -- Forgive, captain, but all these
information I передам personally main staff as soon as we shall ...
www.hotdealz.com/dredar.php?cheerleader.html - 11k - Cached - Similar pages

## Female high school teacher suspended for "cheerleading" routine on ...
News: A female **high school** teacher in Gilbert, Arizona reportedly has been suspended (or
placed on paid administrative leave) over a "**cheerleading**" routine ...
theutubeblog.com/2007/10/07/female-high-school-teacher-suspended-for-cheerleading-
routine-on-youtube/ - 68k - Cached - Similar pages

## Marcus High School Cheerleader killed on Lewisville Lake - Topix
britteny lindt was one amazing girl. she was going to be one of my **cheerleading** coaches at
the marcus **high school cheer** camp. when we arrived there they ...
www.topix.com/forum/city/lewisville-tx/TKSGA5M8J3MFR03FV - 59k -
Cached - Similar pages

## ABC News: High School Cheerleading: Pompoms and Pressure
Mar 10, 2006 ... It also captured Martin pushing her daughter and the other **cheerleaders**
quite hard. Martin, who was a **high school cheerleader** and has ...
abcnews.go.com/GMA/story?id=1709190&page=1 - Similar pages

## Ygnacio Valley High School Cheer
ygnacio valley **high school cheer**:team web site hosted at eteamz - Concord, California
94518 USA.
www.yvhscheer.com/ - 76k - Cached - Similar pages

## Aptos High School Mariners Cheerleading Program - Inspiring True ...
Monday30-Apr. APTOS **HIGH SCHOOL CHEERLEADING** RULES (0) .... These are the
rules that you as a **cheerleader** and a student at Aptos **High School** must live by. ...
www.aptoscheer.com/ - 63k - Cached - Similar pages

## Male cheerleading is not an oxymoron - Sports
Feb 14, 2006 ... The Utah **cheerleading** team has several male **cheerleaders**, ... While in
**high school**, Earley spent a year recovering from a broken hand after ...
www.dailyutahchronicle.com/news/2006/02/14/Sports/Male-
Cheerleading.Is.Not.An.Oxymoron-1612204.shtml - 37k - Cached - Similar pages

## The London Rockets Cheerleaders
"**Cheerleading** has been an extremely important part of my **high school** career and has
taught me about teamwork, dedication and hard work" ...
cheerleadingrocks.wordpress.com/ - 31k - Cached - Similar pages

## Dance Media Forums - View topic - who has a middle school ...
they have absolutely nothing to do with the **high school** squad except at competitions we
both go to we sit together and **cheer** each other on. ...
forum.americancheerleader.com/viewtopic.php?f=2&t=4082&p=31522 - 16k -
Cached - Similar pages

368

## Newsweek

# 'Mean Girls'

**Boozing, bikinis and bullying: how the scandalous behavior of five high-school cheerleaders rocked a bedroom community near Dallas.**

By Gretel C. Kovach and Arian Campo-Flores
NEWSWEEK WEB EXCLUSIVE
Updated: 6:09 PM ET Aug 21, 2007

The pictures posted on MySpace.com looked like the latest installment of "Girls Gone Wild." In them, cheerleaders from McKinney North High School in Texas exhibited all variety of bawdy behavior. One shot showed a bikini-clad girl sharing a bottle of booze with a friend. Another featured a cheerleader and several other girls in risqué poses offering glimpses of their panties. But the most infamous photo of all was taken in a Condoms To Go store. Five smiling cheerleaders dressed in uniform posed with large candles shaped like penises. At least one of them appeared to be simulating fellatio. "It would be an overstatement to describe any of the photographs as pornographic, but it would be an understatement to describe them as harmless high jinks," wrote Harold Jones, a lawyer hired by the school district to investigate the incident. "Quite frankly, I personally found it 'creepy'."

The photos are at the heart of a scandal that has rocked McKinney, an affluent bedroom community north of Dallas. By many accounts, the group of cheerleaders, known as the "Fab Five," were out of control—an elite social clique that flagrantly flouted school rules but faced few sanctions. In many ways, they seemed like the stereotypical "mean girls" that periodically trigger bouts of consternation among parents. But there's an added wrinkle to their tale: the Fab Five's alleged ringleader was the daughter of McKinney North's principal, Linda Theret. Amid charges that Theret gave the girls preferential treatment, the school district launched a $40,000 investigation conducted by Jones in the fall. His 70-page report, which harshly criticized Theret and assistant principal Richard Brunner, helped prompt Theret's resignation on Dec. 21 (Brunner remains on paid leave as he fights to retain his job). But Jones's report takes plenty of others to task as well, from parents to police. "Kids will be kids, but adults have to be adults," he wrote. "Sadly, in this saga, I was struck by the reticence of many adults to accept the role of 'being the grown-up'."

The cheerleaders had reportedly been a menace long before the condom-store episode, according to the report. When one teacher told a squad member to quit chatting on her cell phone in class, the girl replied, "Shut up, I'm talking to my Mom." On a separate occasion, she offered this response to the teacher's reprimand: "Pull your panties out of a wad." "Gang members were nothing compared to these girls," the teacher told Jones. "They believe they cannot be touched." The girls were apparently just as ornery in their cheerleading activities, leading five coaches to quit in the last three years. The principal's daughter flipped off one former coach. But instead of kicking the daughter off the squad, school administrators allowed her to quit so she could try out the following year. After the incident, the coach told Jones, Theret "tried to ruin my life over this. I was called a liar, crazy, on meds." (Theret's attorney denies this.)

The problems culminated this fall under the most recent cheerleading coach, Michaela Ward. Though her relationship with the girls started off amicably, things quickly soured. Among the pranks they allegedly pulled on Ward: giving her what the report described as a "chocolate tampon" and sending racy text messages from her cell phone to her husband and another coach. When the condom-store photos hit the Internet, they triggered a firestorm. Now taking a hard line, Theret, according to her attorney, recommended kicking the five girls off the squad. But a committee of administrators from the school and the district recommended 15-day suspensions for the girls in the drinking photo and 30-day suspensions for those in the condom-store snapshot.

369

After parents protested that the latter picture shouldn't be treated more harshly than the former, the superintendent of schools agreed and reduced the penalty for the condom-store photo to 15 days. In the aftermath, Ward warned the cheerleaders that she would kick them off if there were any more incidents. "Good luck with that," one is said to have replied. Not surprisingly, there were more incidents, including the night of the homecoming dance, when some of the cheerleaders arrived in a limo packed with students who had apparently been boozing.

All of this might have remained below the radar had it not been for Ward. In October, she abruptly resigned and recounted her experiences with the girls to the media. In the resulting uproar, the school district called in Jones, whose report makes clear that he was as dismayed by the behavior of the adults as he was by that of the Fab Five. He criticized Ward for abetting the cheerleaders' misconduct. He lambasted school administrators for giving the girls far too many second chances. And he rebuked Theret for failing to balance her dueling obligations as a mother and a principal.

The parties involved, of course, dispute these conclusions. Theret's attorney, Bob Hinton, says that she was doing her best to control her recalcitrant daughter and that as principal, she propelled the school to the "pinnacle" of academic excellence—a point that Jones agrees with. One of the Fab Five claims that their depiction as "Girls Gone Wild" is unjustified. Critics "made us out to be people we're not," she says. Ward didn't return calls for comment.

At McKinney North, the tumult is finally beginning to subside. None of the Fab Five remain on the team, according to one of the ousted cheerleaders. Theret recently reached a settlement with the school board, agreeing to resign in exchange for a payment of around $75,000 and a letter of recommendation. In her wake, an interim principal has been named. "We want to move on," says a McKinney schools spokesman. Perhaps now that the reign of the Fab Five is over, they can.

URL: http://www.newsweek.com/id/37993

© 2007 Newsweek.com

FOXNews.com - High School Cheerleaders Suspended for Flashing Crowd During Britne...  Page 1 of 1

370



# High School Cheerleaders Suspended for Flashing Crowd During Britney Spears Routine

Friday , November 16, 2007

**FOX NEWS**

RIPON, Calif. ---

Six of eight Ripon High School cheerleaders won't get the chance to perform "one more time" after school officials booted them from the football field and suspended them for two days for lifting their skirts during a Britney Spears routine.

Click here to watch a video of the cheerleader's risque routine in the Modesto Bee.

The girls told the Modesto Bee that they wanted to end the season on a high note, and decided — with parental urging — to end what they called "an awful season" with a provocative cheer routine capped off with a flash of their derrieres and spell out the school's nickname, "Indians."

District Superintendent Leo Zuber told the Bee that he couldn't discuss the issue because of confidentiality requirements on disciplinary matters.

ADVERTISEMENT



Walgreens on sale this week
weekly ad for Ft Lauderdale, FL, (change location)

◄ ROLL OVER TO SHOP WEEKLY AD

Parents can appeal suspensions, and Zuber acknowledged he has received one. He said he will investigate whether proper procedures were followed and whether suspensions were warranted.

SEARCH                                              GO

Click here for FOX News RSS Feeds

Advertise on FOX News Channel, FOXNews.com and FOX News Radio
Jobs at FOX News Channel.
Internships At Fox News (Summer Application Deadline is March 15, 2007)
Terms of use.  Privacy Statement.  For FOXNews.com comments write to
foxnewsonline@foxnews.com;  For FOX News Channel comments write to
comments@foxnews.com
© Associated Press. All rights reserved.
This material may not be published, broadcast, rewritten, or redistributed.

Copyright 2008 FOX News Network, LLC. All rights reserved.
All market data delayed 20 minutes.

Cheerleading | Cheerleaders | Sexy | Uniforms | Stunts | Drills | High School | Dances | Routine...   Page 3 of 5

377

Is there too much booty shaking in school cheerleading routines? Are cheerleaders showing too much skin while trying to cheer on their teams? Some people say school cheerleading routines have become too sexy...



High School Cheerleading

### Cheerleading Routines - Banning Too Much Booty

Cheerleading routines could soon be banned from school football games and other events because they're too sexy. There's too much booty shaking, too much grinding and too much skin being shown. In May 2005, the Texas House of Representatives approved a bill that would punish schools that allow overly suggestive cheerleading dances and routines. So what's too sexy? Well, the new bill didn't actually define what's too sexy, but the Texas politician who put forward the new bill, said "they know it

sponsored link



CLICK HERE

when they see it." He also said he doesn't want to see anymore cheerleaders, "shaking their behinds and breaking it down." Other parents and coaches say they want cheerleading skirts to be longer and they don't want cheerleaders showing off their midriffs.

### Cheerleading Routines - What Do You Think?

Are the cheerleading routines at your school too sexy? Do cheerleading uniforms show too much skin? Or are a bunch of uptight adults making a big deal about nothing? Tell Kidzworld what you think about sexy cheerleading uniforms and routines!

**Dani Diva Says:**

I think a whole bunch of uptight,wrinkly,grownups are mad becuse they can't shake their butts. This is for the grownups: You can't shake your butt and dance around like we can! Get over it!

**Related Stories:**

- Cheerleading Tips and Terms
  - Cheerleading Quiz
  - Is Cheerleading A Sport
- More Sports Facts and Trivia

sponsored link



Article Rating

Current Rating: 0.0/5 stars

Currently
0.0/5
- Stars.

Login to rate this article
Send to a Friend | Leave a Comment

Today's Top 5 Viewed
Sports Zone Articles

The World's Strongest Boy

379



MMM... HIGH SCHOOL CHEERLEADING SCANDAL - With Leather                Page 1 of 3

380




PHOTO REDACTED

**SEXSEARCH.com**
**WANT TO MEET SOMEONE JUST FOR SEX?**
**ULT PERSONALS   ADULT PERSONALS   ADULT PERS**

...eather is a blog about all
...sholes and idiots in the
... of sports ♂, and the hot
...ions who date them. People
who get offended or take too
much pride in their favorite team
should probably just leave now,
because I hate you already.

## MMM... HIGH SCHOOL CHEERLEADING SCANDAL        01.03.2007

Now see, THIS is a cheerleading story:

The pictures posted on MySpace.com looked like the latest
installment of "Girls Gone Wild." In them, cheerleaders from
McKinney North High School in Texas exhibited all variety of
bawdy behavior. One shot showed a bikini-clad girl sharing a
bottle of booze with a friend. Another featured a cheerleader
and several other girls in risqué poses offering glimpses of
their panties. But the most infamous photo of all was taken
in a Condoms To Go store. Five smiling cheerleaders
dressed in uniform posed with large candles shaped like
penises. At least one of them appeared to be simulating
fellatio...

[T]he group of cheerleaders, known as the "Fab Five," were
out of control—an elite social clique... [whose] alleged
ringleader was the daughter of McKinney North's principal,
Linda Theret. Amid charges that Theret gave the girls
preferential treatment, the school district launched a $40,000
investigation conducted by Jones in the fall [resulting in a
70-page report]...

When one teacher told a squad member to quit chatting on her cell phone in class, the girl replied, "Shut up, I'm talking
to my Mom."... The girls were apparently just as ornery in their cheerleading activities, leading five coaches to quit in the
last three years.

Bada *bing*. Clearly there's only one way to punish such naughty cheerleader behavior: handcuffs.

But let's get to the heart of the matter: Get me those fucking pictures. I've been on YouTube, I've been on Google, I've been on
MySpace... and all those little F'ers have their profiles set to "private." About the only thing I learned is that the queen bee of the
Fab Five is named [redacted]. I'm exhausted from all the sleuthing. C'mon, people... *help me* help you.

*UNSEXY UPDATE: Ex-principal Linda Theret sent me a not exactly pleasant email telling me to take down the pictures --*
*something about me not having permission to exploit minors -- and I'm just not really in the mood to get sued... so you're on*
*your own to find photos of minors. Good times.*

Tags: CHEERLEADERS, JAIL BAIT, SEXY SCANDALS                17 comments » | Digg This

**POPULAR TOPICS**

SUPER BOWL

SWIMMING

ESPN

MISCELLANY

CHICKS I WOULD DO

**SPORTY SPONSORS**

PSYCHIC INFO

HALLOWEEN COSTUMES

SHOP FOR CAMISOLES

SEXUAL ENHANCEMENT -
LAST LONGER!

FORBIDDEN CELEB PICS!

MMM... HIGH SCHOOL CHEERLEADING SCANDAL - With Leather

381

**Elsewhere on the Network:**

NEW INDIANA JONES PICTURES (Film Drunk)
OH BOO-HOO (WWTDD)
OMG LARRY THE CABLE GUY HAS SLEEVES!!!1! (Film Drunk)
YASMIN BRULET IS FUN (WWTDD)
NEW JUDD APATOW MOVIE R-RATED TRAILER (Film Drunk)
WAIT WHAT (WWTDD)
NEW KUNG FU PANDA TRAILER (Film Drunk)
PARIS ONLY CARES ABOUT PARIS, PT 2 (WWTDD)
'KNIGHT RIDER' WILL MAKE YOUR INSIDES BLEED (Film Drunk)
THE WRITERS STRIKE IS OVER! (WWTDD)

**Patriots Cheerleader Pics**
Sexy Patriots Cheerleader Photos! View Our Exclusive
Gallery of Girls
www.Maxim.com/Cheerleaders
**Vanessa Hudgens Pics**
Shocking Vanessa Hudgens Pics Out! Full Story w/ the
Celebrity Toolbar
Celebrity.alottoolbars.com
**Single Cheerleaders**
Thousands of Singles in Your Area  Find Your Match For
Free Now!
SinglesNet.com
**Girls Sandals**
Limited Time! 35% off Select Styles Free Ship & No Sales
Tax. Except CA
www.skechers.com

**High School Cheerleading**
The Top High School
Cheerleaders Are On
Takkle. Sign Up For Free!
Takkle.com

**Eagles Cheerleaders**
Looking for Eagles
Cheerleaders? Find
exactly what you want
today.
Yahoo.com

**Cheerleading Uniforms**
Breakthrough Guide
Totally Free!
cloodup.com

**Fundraising Rep Needed**
Work At Home- Earn Up
To 5k/Month Setting Up
Fundraisers For Schools!
www.1-Fundraisers-Fundraising.co

**Cheerleaders Uniform**
Great Cheerleaders
Uniform Prices From
$17.95 - Free Shipping
Hinstar.com



There are 15 comments about this post:



**freetz** says
01/03/2007 15:28

Perhaps it's lonesome Texas sunlight playing tricks on my eyes, or a cruel side effect of a
podunk town paper's online watermark, but Karrissa has a certain Unfrozen-Caveman
Lawyer look about her. Mayhaps y'all's kin, CC.



**Jack** says
01/03/2007 15:38

is it possible that the girl on the right is actually a Louisville cheerleader?



**Rob** says
01/03/2007 15:40

Only fat chicks become cheerleaders in high school nowadays. The real hot slutty ones play
soccer.



says
01/03/2007 15:44

I agree with fellow Jerseyan Rob.

**Chance** says
01/03/2007 16:07

Now is this really any different from when we (meaning people my age - 34) were in School?
Not at all. We just didn't have freaking camera phones and myspace and facebook and all
that. Lucky bastiges.



**"Hot" Carl Monday** says
01/03/2007 16:39

The last thing I want to see is that monster on the left in a bikini. Someone should have pulled
her ass out of the buffet line a long time ago.



**vinceneilyoung** says
01/03/2007 17:02

If you're going to be a woman of heft, at least have big jugs.



**swing4** says
01/03/2007 17:03

**FAVORITE SITES**

DEADSPIN
THE FANHAUS
KISSING SUZY KOLBER
MR IRRELEVANT
SPORTS PICKLE
DAN SHANOFF
THE ONION (SPORTS)
THE BASKETBALL JONES
EDSBS
FREE DARKO
TRUEHOOP
WE ARE THE POSTMEN

**ELSEWHERE ON THE
NETWORK**

WWTDD
FILM DRUNK
GORILLA MASK

MMM... HIGH SCHOOL CHEERLEADING SCANDAL - With Leather          Page 3 of 3

382

SITE NAVIGATION

LATEST COMMENTS

ABOUT WL

CONTACT

ADVERTISE

RSS

> Strictly amateur hour. The cheerleaders from my suburban Texas high school knocked over convenience stores. http://www.houstonpress.com/Issues/1999-09-16/news/feature_2.html


**vinceneilyoung** says                          01/03/2007 17:17

> As I recall, that particular Condoms to Go store is pretty close to the Greenville Ave. location of Freebirds. Hell of a burrito.

Search                    GO

Archives


**R.J.** says                                    01/03/2007 17:27

> i know one of the girls through a cheerleader friend of mine. and by "know" i mean "want to bone."


**GoodEveningGodlessSodomites** says             01/03/2007 18:23

> Here you go you pervets! Karrissa's MySpace pics!


**GoodEveningGodlessSodomites** says             01/03/2007 18:23

> http://www.flickr.com/photos/36111795@N00/sets/72157594457655744/


**GoodEveningGodlessSodomites** says             01/03/2007 18:26

> and some more for you pedophiles
> http://s25.photobucket.com/albums/c86/Karrissa_30/?


**R.J.** says                                    01/03/2007 18:41

> and rob is totally, 100%, purely, wholly, completely, magnificently correct. the sluts play soccer now. it's like hey, we like soccer. that's what they say. actually they say "Mm, mm mm mm-mm." cuz your cock's in their mouth.


**Simon** says                                   01/07/2007 21:01

> Same thing here. Please tellme if someone backup that site!!!

You must be logged in to post a comment. Click here to login or create a user account now

383

Web   Images   Maps   News   Shopping   Gmail   more ▾

Google

high school cheerleaders

 Search   Advanced Search
Preferences

Web   Images                           Results **501** - **510** of about **335,000** for high school cheerleaders. (0.21 seconds)

The Dumbass Daily: St. Joseph by-the-Sea High School Cheerleader ...
St. Joseph by-the-Sea **High School Cheerleader** Expelled for Naked Pictures. Allegedly,
the Staten Island, NY 16-year-old was trying to impress a boy at rival ...
www.dumbassdaily.com/2007/04/st-joseph-by-sea-high-school.html - 40k -
Cached - Similar pages

The Cheerleaders Collection
All the **high school cheerleaders** in my hometown were in love with David Cassidy and
Tony ... Aloha **High School cheerleaders** are even hotter than Amorosa's, ...
www.dvdmaniacs.net/Reviews/A-D/cheerleaders.html - 29k - Cached - Similar pages

Active.com Team Sports - Because sports are about so much more ...
If more states recognized **cheerleading** as a **high school** sport, perhaps they would
receive more funding, better-trained coaches, and the resources squads ...
active.typepad.com/teamsports/cheerleading/index.html - 34k - Cached - Similar pages

Reality TV Magazine » I Want To Look Like A High School ...
On I Want To Look Like A **High School Cheerleader** Again, Dallas Cowboys
**Cheerleaders**' trainer Jay Johnson helps ten former **cheerleaders** to ...
www.realitytvmagazine.com/.../10/06/i-want-to-look-like-a-high-school-cheerleader-again-
premieres-on-cmt/ - 86k - Cached - Similar pages

College Cheerleader of the Week profile: South Carolina's Whitney ...
Dec 17, 2007 ... SPiN: What's the most difficult routine you've done as a **cheerleader**?
Jones: "In **high school**, we were state champions four years in a row; ...
www.sportsline.com/spin/story/10534068 - 83k - Cached - Similar pages

[PDF] THE LUDLOW HIGH SCHOOL CHEERLEADERS CORDIALLY
File Format: PDF/Adobe Acrobat - View as HTML
free to contact me at 413-348-7957. Sincerely,. Arrika Lucek. Ludlow **High School** Varsity
Coach. And the Ludlow **High School Cheerleaders** ...
www.mssaa.org/WesternMass.pdf - Similar pages

Allen High School Cheerleaders removed in drinking kerfluffle ...
Apr 14, 2007 ... **Cheerleader**/blue crew/mascot and spirit groups exist to promote good
sportsmanship, good citizenship, wholesome and enthusiastic **school** ...
www.pegasusnews.com/r/38/7743/ - 26k - Cached - Similar pages

Cheerleaders
**High School cheerleaders** and parents at 6:00 pm. ... Her **cheerleading** experience
includes JV/Varsity **Cheerleading** Captain at Shaler Area **High School**, ...
www.northallegheny.org/athletics/NA%20Sports%20Network/05Spring/04cheer.html - 29k -
Cached - Similar pages

High School Playbook KOCO - OklahomaCity - Video - 8-yr Old ...
**High School** Playbook ... This little girl has one big heart in **cheerleading**. I could tell she
looked up to many of the Butner **cheerleaders**. ...
koco.highschoolplaybook.com/media/ShowMedia.do?
mid=5d8d4769f156ba5d64b4975cbf5e5b74 - 11 hours ago - Similar pages

384

**Yahoo! Answers - Do cheerleaders get crap in high school?**
I've been a **cheerleading** in my 7th and 8th grade y...
ph.answers.yahoo.com/question/index?qid=20080209124821AAiTM5S - 40k -
Cached - Similar pages

Searches related to: **high school cheerleaders**

high school              pics of high school         dunbar high school          bob jones high school
cheerleaders **pictures**    cheerleaders               cheerleaders                cheerleaders

Previous 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60    **Next**

high school cheerleaders          [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

The Dumbass Daily: St. Joseph by-the-Sea High School Cheerleader Expelled for Naked Pictu...   Page 1 of 7

385

Lose 9 lbs every 11 days on the Idiot Proof Diet! Click here for the best deal on the Web's hottest diet!

# The Dumbass Daily

Stupid People in the News; Sometimes Funny, Sometimes Not - Drunks, naked people, teacher sex scandals, you name it, we probably have a story about it here.

## CLICK HERE FOR THE DUMBASS DAILY MAIN PAGE

You Gotta See This Video!

+ Florida Man Dumped Out of Wheelchair at Jail by Officer
+ Northeast High School in Philadelphia Closed After Chickens Run Wild

Google    Gadgets powered by Google

Headlines from Top of the Nudes

+ Indy Racer Danica Patrick Unzips for GoDaddy, Plays With Beaver During Super Bowl Commerical
+ French Couple Fined for Taking Naked Pictures in WWI Memorial Trench

Google    Gadgets powered by Google



How to Lose Belly Fat

Secrets Of Sexual Addiction. Would You Like To Have The Best Sex Life Possible? Bold, New Information That Will Change Your Sex Life Forever!

RSS Feed
Subscribe to
Posts [Atom]

TUESDAY, APRIL 03, 2007

## St. Joseph by-the-Sea High School Cheerleader Expelled for Naked Pictures

Allegedly, the Staten Island, NY 16-year-old was trying to impress a boy at rival St. Peter's Boys' High School in New Brighton by using her cell phone to send him pictures of herself. More than 60 pictures, most with her in her underwear, but a few of her naked or semi-naked wearing her school uniform. Yep, you guessed it, the boy passed the pictures along to his friends who then posted them on MySpace and then were discovered by the administration at Sea. Naturally, she was expelled for damaging the reputation of the school. Details and links to some of the PG-rated pics here.

Labels: cheerleaders, naked

Bookmark This:   

Lose 9 lbs in just 11 Days . . . Guaranteed! Read reviews of the Idiot

- Student Teacher Shows Nude Photo to Class - Portla...
- Catholic School Charged With Statutory Rape: Richa...
- NY Montessori School Teacher Sex Scandal - Lina Si...
- Paris Hilton's New Breast Implants: Taking the Twi...
- "Girls Gone Wild" Founder Plans Topless Restaurant...
- Naked Pics of Missouri Gov's Press Secretary Surfa...
- Hot Teacher Sex Scandal - Diana Nicole Bennett - C...
- New Topless American Idol Pictures - Sexy Alaina A...
- Twin Sisters Arrested for Topless Photos Taken in ...
- Ex-cop, 16 Pals Charged in $30 Million Gambling Ri...

Top Naughty Cheerleader Stories in 2007

392

BadJocks.com Home | The Dumbass Daily | You Gotta See This Video! | Top of the Nudes

You have ___ Seconds Left   You are the 653,460,631st visitor to see this lucky banner.   CLICK TO CLAIM

# BAD JOCKS
Where COPS meets SportsCenter

Can't find what you're looking for?  Google     the Web  BadJocks.com   Search

## ARCHIVES HOME PAGE

Guys: Learn the Secrets Of Sexual Addiction - Would you like to have the best sex life possible? Bold, new information will change your sex life forever!
Immediate download available.

Get Rid of Your Belly Fat! Lose 9 lbs Every Freakin' 11 days on the Fat Loss 4 Idiots Diet - Guaranteed to lose that beer gut in 45 days or your money back!
Free info here

Is It Possible to Run Your Car on Water? Water4Gas is a simple, inexpensive method to increase gas mileage up to 50% while cleaning the engine.
Start Saving Gas Money Today!

## Top Naughty Cheerleader Stories in 2007

Top Ten Bad Jock Stories of 2007 - Includes Bad Jock of the Year!
Top HS Coach Sex Scandals of 2007
Top Naked People in Sports of 2007
Strangest Stories from 2007
Top Sports Hazings of 2007
Top Naughty Cheerleaders of 2007

Okay, we admit up front that 2007 was not the best year for Naughty Cheerleader stories. Don't know why . . . maybe all the really bad girls were kicked out of school last year or in jail. But trust us, we're just as disappointed as you are.

Still we have some pretty good/bad cheerleaders stories this past year. We just hope for more naughtiness in 2008. *Girls, the gauntlet has been thrown down, so get off your spanky pants and get in some trouble!*

MORE STORIES AFTER THIS WORD FROM OUR SPONSORS

Background Checks Warning
Do Not Pay For Any Background Check Service Until You Read This...
Consumers-Guides.org

Church Background Checks
Know The Background Of Volunteers. Protect Your Church- Become A Member
www.ChurchVolunteerCentral.com

Background Checks
Looking for a Background Check? Top Providers of Background Checks.
backgroundchecksall.com

Background Checks Instant
Quick, Easy, Instant Checks Find civil, crimminal information
www.Instantbackgroundreport.com

Ads by Google

Need to Lose Weight Fast? New diet tells you what to eat and when and the pounds melt away. Guaranteed results in 45 days or your money back!

#10. Hermaphrodite "Cheerleader" Tricks Young Men Into Thinking She's a Supermodel - We know, that's hard to believe looking at the mug shot at right, but some guy's beer goggles are pretty

Arizona Cardinals Tickets Atlanta Falcons Tickets Baltimore Ravens Tickets Buffalo Bills Tickets Carolina Panthers Tickets Chicago Bears Tickets Cincinnati Bengals Tickets

Baseball Tickets in a Flash! - Kansas City Royals Tickets - Dodgers Tickets - Milwaukee Brewers Tickets - Minnesota Twins Tickets - Montreal Expos Tickets - Mets Tickets - New York Yankees Tickets - Oakland Athletics Tickets - Phillies Tickets

Idiot Proof Diet? Powerful new diet will help you drop the pounds quickly. Read reviews of Fat Loss 4 Idiots (the Idiot Proof Diet) here.

Home Typers Wanted

Make Money From Your Blog - Earn Cash With a Weblog

Avian Bird Flu Cause, Symptoms and Prevention

Ticket Broker
Texas Longhorns Tickets
Dallas Cowboys Tickets
Baseball Tickets
Basketball Tickets

Coast To Coast Tickets
Sports Tickets Online
Buy MLB Baseball Tickets
Boston Red Sox Tickets
New York Yankees Tickets
Chicago Cubs Tickets
SF Giants Tickets
NASCAR - PGA Golf Tickets
NCAA Tickets - Concert Tickets - NBA Tickets
- Theater Tickets

Play Free Fantasy Football and get free Football Picks, Fantasy Football Picks, NFL Football Picks, College Football Picks and NFL Picks at Pickspal.com

Earn Extra Money Working Part Time - Click Here

Looking for a Sacramento Personal Injury Lawyer?

Archives Home

393





Shannon Aerison, who was born as Charles Daugherty, managed to enroll at Coronado High School in Colorado Springs claimed to be 17, and then made the all-girl cheerleading squad. At that time, he/she used the name Cheyen Weatherly and was actually 26. He/she cheered at two pep rallies before being discovered as a fraud and arrested for criminal impersonation and third-degree forgery. Storme, now 42--who was born with both male and female genitalia-- was sentenced to two years probation and stayed out of the limelight until the past few years when he/she allegedly bilked a Colorado woman out of $15,000 by posing as a supermodel and inviting the woman's son for a photo shoot in Tahiti. More recently, he/she also managed to trick an Air Force cadet, a Colorado State University student and a West Point cadet to take him/her a photo shoot in Hawaii, under the name Christy Gabriel. Once there, Storme used their personal information to open a checking account and a Federal Express account and to order a telephone line. He/she has pleaded not guilty by reason of insanity to charges of theft, fraud and jumping bail. (The Denver Channel)

BONUS: Fans of this site will remember the case of the "Middle-Aged Transvestite Cheerleader/Paperboy" who was arrested for trying to kidnap a real high school cheerleader. He didn't look very good in a pleated skirt either.

#9. Cheerleader Fight! - Cheerleaders frequently get into scrapes because, well, they have a lot of spirit and they want to share it . . . sometimes with their fists. But usually it only involves a couple girls in a small cat fight, but this one down in Texas (where else?) was a brawl that eventually saw 33 young ladies booted from a cheerleading competition.

Original Report - Wow, it's been WAY too long since we've had any naughty cheerleaders to report on, much less a whole pack at one time! You know football season is just around the corner when two cheer squads from Texas go at it at the end of a competition at Texas State University. According to officials no fewer than thirty-three high school cheerleaders from Dallas and Midland were involved in a brawl at the end of camp. It apparently started after Midland won an impromptu competition on the last day. As all the girls were preparing to leave TSU on Monday a squad from Dallas Skyline HS-- who were staying on the fifth floor and apparently didn't like the results of that final cheer-off--began knocking on the doors of the Midland cheerleaders room who were staying on the fourth floor. Of course, that got the Midland gals into the hall and then the shouting, pushing and shoving started. (Why do I get the mental picture of each squad forming a giant pyramid and doing battle against each other that way, like two Godzillas?) Of course, the cops were called and by the time it was all over, eleven Midland girls and 22 Skyline girls were involved, although fortunately, no injuries were reported. The case is being turned over to local prosecutors to see if felony charges of un-cheerleader like behavior will be filed. (WFAA) Bring It On, indeed!

#8. Pics of Drinking Cheerleaders Leads to Suspensions, Counter Strikes, Lots of Talk - First, the good news: no one died as a result of the bickering going on between cheerleaders and their parents at Allen High School in Texas. Now, the bad news: several girls have been kicked off the squad, suspended from school and/or quit after a party last December. That happened to be at the home of a cheerleader (not the head cheerleader) recently voted as Football Sweetheart at the Senior Pep Rally. The head cheerleader's mom (who also just happens to work in the Allen HS athletic dept) made sure the parents of the winning girl knew the vote was close--how could the head cheerleader NOT be voted Football Sweetheart? Pics from the December party soon surfaced online and word somehow spread that alcohol was consumed there by some party crashers. Before you could say "Gimme an A!" several girls were booted from the squad, but not the head cheerleader. Nope, that took a few more weeks when other alleged drinking photos surfaced, including one of a girl with her parents on New Years Eve holding up paper cups. Now parents on both sides say they are sick of the backstabbing that appears to be going on: "There was a lot of animosity that night," said another parent, who asked not to be identified for fear that someone might retaliate against her daughter. "It was just ridiculous." We couldn't agree more. (Dallas Morning News)

#7. "Okay Heather, You Don't Have to Be on the Top of the Pyramid Anymore!" - There's nothing worse than an angry cheerleader, 'cept for an angry cheerleader with a knife bent on stabbing her teammates. According to police, a cheerleader at Lindale Middle School (Maryland) was suspended two weeks after getting caught bringing a knife to the school with the alleged plan of carrying out "hits" on some of her squad teammates. The real problem? Other parents at the school didn't find out about the incident right away from school administrators who are "handling the incident internally." According to one angry

394

cheerleading mom, "Kids call each other names and make threats but she actually had a weapon and brought it to school and that's where we draw the line." Well, I should certainly hope so! (KUTV)

#6. Cheerleader Tryouts Turn Ugly as Parents Arrested for Threatening Coach When Daughter's Not Selected as Head Cheerleader - As parents, you want what's best for your kids. And you certainly want to help them any way you can. So, if your daughter wants to be head cheerleader at say, Fort Payne High School (Alabama) you'd send her to gymnastics classes or maybe get her a private cheerleading coach. And, during open tryouts, you might also want to give her words of encouragement and if she fails, you'd threaten the squad coach and swear like a drunken sailor. Wait, what? According to police, parents Tracie Lynn Eyman and James Robert Eyman allegedly lost control when their little girl wasn't--as they had apprently expected--selected as the head cheerleader and ". . . used some profanity and allegedly made threats against the person in charge of selection on cheerleaders." And it all happened in front of other students and parents. They have both be arrested under a new harassment law in Alabama that makes it a crime for harassing, menacing or assaulting a sports official, including coaches and sponsors. (WAFF)

#5. Ah, the McKinney North Cheerleaders: The Soap Opera That Won't End - This thing all started with cheerleading coach being fired at a Texas high school. Apparently Michaela Ward wasn't the first coach let go over the past few years and along with four others were known at school as the Fab Five.. Apparently Ward, and other teachers at the school, felt the girls were less that respectful because they knew Theret would bail them out. Then things got interesting . . .
McKinney North Cheerleaders Update: Parents Say Girls Not So Mean After All, They "Didn't Kill Kennedy" - After a week of being called bullies and mean girls, the cheerleaders from McKinney North High School in Texas have finally talked to the media (not to us, naturally) and are trying to let everyone know that they really aren't that bad after all. The picture at the "Condoms to Go" store? Just a joke that was actually the idea of the store clerk as the girls innocently waited to have their team picture taken. Mouthing off to teachers? Just innocent joking with some of the younger teachers they were friends with. Skipping class? Well, it was ONLY cheerleading class. And the pictures posted on MySpace of them boozing? Well, that one is a little harder to explain: one girl could only muster up the excuse that "80 percent of my school drinks." Party hardy McKinney North! (Dallas Morning News)
Principals Lose Jobs Over Lack of Discipline as Investigator Says "Kids Will Be Kids, But Adults Have to Be Adults - The five senior cheerleaders at McKinney North High School in Texas were known as the Fab Five and according to a lengthy report completed by a Dallas lawyer, the girls ruled the school . . . especially since one of their mom's was also the school principal. Yeah, they never shot anyone, but according to the report the girls had numerous discipline issues over the years and whenever they got in trouble, Principal/Mom Linda Theret was there to bail them out. The report goes on to say that the girls could pretty much come and go as they pleased, treat teachers and staff disrespectfully and had a reputation for drinking. Things were so bad, they went through a cheerleading coach a year over the past few years, removing anyone who asked them to toe the line. Ultimately, when the school board finally investigated, it was Principal/Mom Theret and assistant Principal Richard Brunner who paid the price. Read excerpts from the report in PDF format at the Dallas Morning News here.
(Dallas Morning News)
BONUS: Watch a clip about the girls done last week on Fox News "Hannity and Colmes" show by clicking here.

#4. Okay, this one stretches the "naughty cheerleader" label a bit, because it really involved the father of one of the squad members, but this was such an interesting story from 2007 and it had to go SOMEWHERE.
ORIGINAL STORY: Cheerleader's Dad Accused of Sex With . . . One of Her Teammates? - According to reports, there was a cheerleader sleepover at the home of Carl Ruch, 46, this summer involving his daughter and other members of the squad from Castle View High School in Colorado. At some point, cops say that Ruch had inappropriate sexual relations with one of the cheerleaders, 16, and have now arrested him on one count of Sexual Assault on a Child by a Person in a Position of Trust and one count of Attempted Sexual Assault. (My Colorado)
UPDATE: Mr. Ruch is supposed to have a court hearing on December 17, but now also faces stalking charges in addition to the original sex ones.

395

**#3. Caught on Tape: HS Girl Voted Head Cheerleader After Cell Phone Sex Video Goes Public** - Parents of cheerleaders at Sheffield High School in Alabama are up-in-arms because another girl on the squad was not kicked off the team after a sexually explicit cell phone video of her made the rounds at school the past few weeks. In fact, she was voted head cheerleader AFTER the video started circulation. The angry parents felt her homemade porn somehow violated the school's code of conduct and that the girl should at least be kicked off the team, if not out of school, and that her actions reflected badly on the rest of the squad. One upset mom didn't want her daughter, who is head cheerleader THIS year, confused with the other girl, who is slated to be head cheerleader NEXT year. As for the little moviemaker, her mother says she was told the girl wouldn't be punished, but then was, despite the fact that the video was shot away from school grounds and apparently had nothing to do with her education. Said the proud parent, "My daughter had something private on her cell phone and she didn't do it during school or on school property, and she certainly didn't send it out to everyone. Two boys made it public, and to my knowledge, they haven't been punished." Lady, we think you got bigger problems. (Times Daily)
For last week's naughty cheerleader stories, click here.

**#2. Cheerleader at Catholic High School Sent Nude/Semi Nude Pics to Boyfriend Wearing School Uniform** - Ah, love between a boy at one Catholic school and a girl at another one. What could be more pure, right? That is, until the girl (allegedly a junior varsity cheerleader at St. Joseph by-the-Sea High School on Staten Island, NY) decides to send more than 60 naked and semi-naked pictures of herself to the guy, who plays basketball for St. Peter's Boys' High School in New Brighton. Yep, you guessed it, he passed the pictures on to his friends who then passed them on to other guys and they eventually ended up on someone's MySpace page, where the shocked administrators found them. She might have gotten away with a slap on the wrist and a couple of hundred Hail Marys, except that in a number of the pictures the 16-year-old's wearing her school uniform . . . or partially wearing, if you know what I mean. Doing so, unfortunately, damaged the school's reputation (a definite no-no according to the Sea student handbook) and the result is that she's been expelled . . . and they probably took away her Catholic schoolgirl outfit and cheerleader uniform, likely ending her days as an Internet pin-up girl. (SI Live) *Thanks to Artie Bigley for another great link!*
BONUS: A slightly Not Safe for Work website claims to have some of the PG-Rated pictures of this young lady (underwear, bathing suits, etc). The site itself, however, runs some NSFW ads. It appears that they offered a $1000 reward for all 60 pics!

**#1. Naughty Cheerleader Story of the Year:** These girls got a coach AND principal arrested, and a couple of National Guard recruiters had to quit! That's a lot of damage from one scandal, but it allegedly all happened at Ware Shoals High School in South Carolina where a young, married cheerleading coach was allegedly having an affair with a National Guard recruiter. Eventually--allegedly again--she managed to get one of her girls involved with another Guard member and the school's principal reportedly tried to cover the whole thing up. Damn! We covered this one over several weeks as additional little tidbits of information dribbled out.



ORIGINAL STORY: South Carolina HS Cheerleader Scandal Update: Parent Claims "Everybody Knew It for a Long Time" - Like most scandals in small towns, this one was not very well hidden, but wasn't spoken about publicly because of the people involved. In fact, when a news reporter went to Ware Shoals, South Carolina, many people wouldn't go on record and some didn't even want to be seen talking to her because the entire mess was "political." (For earlier details on the story, please read below.) The latest details to emerge are that only two of the cheerleaders from Ware Shoals High School were involved in the alleged incidents with their coach, several National Guard recruiters, booze and a party . . . and neither of them will be charged. Also, some in the town are now saying that the details of the alleged inappropriate behavior by the school's cheerleading coach Jill Marie Moore were a poorly kept secret: "Everybody knew it for a long time." Some say the behavior had been going on for months, but was kept quiet by school officials. (Times and Democrat)

396

**Naughty Cheerleading Coach Update: HS Principal Now Arrested for Obstruction of Justice** - The case of Jill Marie Moore, a cheer coach and guidance counselor at Ware Shoals High School in South Carolina, takes another strange twist. As we reported yesterday (see below with mug shot), Moore was arrested on multiple charges stemming from allegations that she gave beer to girls on the squad, took them off campus without permission and put them in "incredibly inappropriate situations" relative to a sexual relationship she was having. What exactly does that mean? Well, according to Fox Carolina Moore was dating a National Guard recruiter and was recruiting cheerleaders to attend a party. At the party a 16-year-old girl allegedly had sex and drank alcohol with another National Guardsman. Oops. Now comes word that the local sheriff has also arrested the principal of Ware Shoals, Jane Blackwell, handcuffing her and making her do the perp walk in front of students during school. According to cops, once the story about the incident came to light, Blackwell told cheerleaders not to talk to anyone about it and tried to keep other evidence from getting out. She denies the charges and she and her attorney believe that when the facts come out she will be cleared. Oh, and police believe Blackwell first started hearing about Moore's indiscretions last summer. (Fox21)

**Headline of the Week? Cheerleaders. Soldiers. Booze. Sex. MSNBC Picks Up the SC HS Cheerleading Coach Scandal Story** - Not a whole lot new in their report, other than that married, mother-of-two, cheerleading coach Jill Marie Moore used to take one of the hot girls on her squad with her to the National Guard Armory to distract the other soldiers while she allegedly had sex with a married recruiter. Smooth. Oh, and here's our favorite quote from a parent who has a kid at Ware Shoals HS and admitted that she had heard of Moore's affair with a 17-year-old male student, but overlooked it because she "considered Moore a good coach and believed the boy to be at least 18." *Oh yeah, good coaching makes all the underage sex so worth it. Imagine what a good football coach could get away with in that town?* (MSNBC)
BONUS: Guardsmen could be court-martialed in suspected sex encounters

Copyright 2003 - 2006 - BadJocks.com
All Rights Reserved
Contact Publisher Bob Reno



Girl Expelled for Emailing Raunchy Photos

Page 1 of 2

397

# A Current Affairs Blog

Home | Contact | Policy | Privacy | Photo Gallery | News Images | Weird Images



### Funny Videos

### Recent Posts

**February 5, 2008**

- Butt Jesus!!
- Turn Me On Jesus!!

**February 4, 2008**

- Bourne Ultimatum Spoof

**September 1, 2007**

- Never Trust Your Digital Camera to Your Nude Shots!

**August 9, 2007**

- Erection Enhancing Condom

**August 8, 2007**

- Woodstock Farm: For Sale
- Google Deletes It's Own Blog!
- Priest Arrested for Jogging Nude
- Marmoset Monkey Smuggled into NYC Airport
- Magic Mushies to be Banned in Netherlands

### Categories

- Celebrities
- Environment
- Front Page
- IT News
- Music
- Religion
- Science

March 29, 2007
## Girl Expelled for Emailing Raunchy Photos

REWARD FOR ALL 60 PHOTOS A sophomore at St. Joseph by-the-Sea High School has been expelled after pictures of her nude, and semi-nude in school attire, surfaced last week. The girl, a 16-year-old junior varsity cheerleading captain at the Huguenot school, took about 60 photographs of herself and e-mailed them to a student at St. Peter's Boys' High School in New Brighton, the sources said. It seems that the [...]or varsity basketball team, [...]the same. Current Affairs Herald has [...] expelled girl. See her in our Gallery. Full Story

Filed under Front Page, Weird News by Editor-in-Chief



Permalink   Print   Comment

## Comments on Girl Expelled for Emailing Raunchy Photos    »

July 28, 2007
idisputey0u @ 4:08 am

I have all 56 photos. You can contact me with how to get them if you please.

Reply

July 30, 2007
   Editor-in-Chief @ 9:02 am

I sent you an email. Stay tuned for the entire collection.

Reply

August 1, 2007
   Editor-in-Chief @ 10:21 am

idisputey0u is full of shit. No email and no photos!

Reply

## Leave a Comment

You must be logged in to post a comment.

### RSS Feeds

Subscribe

### Sponsors

Your Domains Name
Hosting Company
.COM NAMES

### News Images



| February 2008 | | | | | | |
|---|---|---|---|---|---|---|
| M | T | W | T | F | S | S |
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | | |

« Sep.

### Our Sponsors

$1000 Daily - US Only!
This Simple System Will
Show You How!

Are You Single?
Find your next date here!

Make $1000/Day!
This System Will Show
You How! US Only!

Make $1000 - $3000 / Day!
Join my team to learn
how. US Only!

Make $5,000/Wk Easy!
Follow my simple system
to learn how.

Advertise Here Now

Girl Expelled for Emailing Raunchy Photos

Page 2 of 2

398

└ Weird News
└ You Tube

| Disclaimer |

The content of this
alternative news blog
reflects some of my
personal thoughts, humor,
observations, and
opinions, it is here to
amuse and enlighten. I do
not necessarily represent
the positions of any other
person or entity. Any
quotations in this current
affairs blog are intended
to be used under a Policy
Page. The use of any
trademarks or copyrighted
material in the travel
advice blog is not intended
to infringe on the
ownership of those
trademarks or copyrights,
if I am unknowingly
infringing on a copyright
bring it to my attention
and the copyright material
will be removed if it is
warranted.

| Wordpress Pro |



**Site Creation Tools
for Niche Marketers**

✓ *Easy to Use*
✓ *Easy SEO*
✓ *Easy to Monetize*

➤ **Learn More**

| Sponsor |



| Front Page |

□ Big Bad Dog Forums
□ Big Bad Dog Network
□ Classifieds
□ Domains Web Hosting
□ Filipino Brides
□ Official Bastards

Copyright© | Current Affairs Herald - 2006 - 2008 | All Rights Reserved
Theme Design by Dr Darrell E. Ridley | A Darrell Ridley Production®

Current Affairs Herald Photo Gallery - Emails                    Page 1 of 2

399

Your Ad Here

## *Current Affairs Herald Photo Gallery*

*News images from around the Globe!*

**Main**
   Gallery Home
   News Site Home

**Gallery**
   Album list
   Last uploads
   Last comments
   Most viewed
   Top rated
   Search

**User**
   My Favorites
   FAQ
   Register
   Login

**Meta**
   Valid XHTML
   Valid CSS

Current Affairs Herald Photo Gallery - Emails

Page 2 of 2

400



Current Affairs Herald Photo Gallery - Home

406

# Register Now

| Category | Albums | Files |
|---|---|---|
| **Avatars**<br>A collection of Avatars | 1 | 10 |
| **Exposed**<br>Photos of people who expose themselves | 3 | 59 |
| **Funny Photos**<br>A collection of very funny photo's | 1 | 19 |
| **Nude Celebrities**<br>An album of celebrities nude and partially nude. | 13 | 47 |
| **Playboy Models 1958** | 1 | 20 |
| **Political Cunts**<br>An assortment of political assholes. | 1 | 2 |
| **Shocking Photos**<br>A place for the shocking and weird photos | 1 | 9 |
| **Supermodels** | 3 | 36 |
| **User galleries**<br>This category contains albums that belong to Coppermine users. | 35 | 5 |

207 files in 59 albums and 9 categories with 14 comments viewed 237237 times



PHOTOS REDACTED

2/13/2008

Current Affairs Herald Photo Gallery - Gwen Stefani/Gwen Stefani

Page 2 of 2

409

