# Exhibit B

 OKEECHOBEE HIGH SCHOOL — PRINCIPAL: TONI WIERSMA 

School Hours 6:45 am - 3:00 pm

Okeechobee County School System - Achieving Excellence

**MAIN | GUIDANCE | CALENDARS | SPORTS | CLUBS | REUNIONS | RESOURCES**

## Brahman JROTC

MAIN
ACTIVITIES
LINKS
MEETINGS
PICTURES

Visit the unofficial website at
http://okeejrotc.tripod.com

OHS Webmaster
Site Map



# LINKS.

- Home
- Raiders
- News
- Basics
- Links
- Cadences
- Color Guard

http://www.psljrotc.com

http://www.okee.k12.fl.us/ohs/index.html

http://www.okee.k12.fl.us/ohs/index.html

http://merritt.hs.brevard.k12.fl.us/rotc.html



| Search: ⦿ The Web ○ Tripod [          ] [GO GET IT!] | X Report Abuse   « Previous | Top 100 | Next » share: del.icio.us | digg | reddit | furl | facebook | Hosted *tripod* |

| Ads by Google | | |
|---|---|---|
| **Army ROTC Scholarships** Learn About Army ROTC Scholarships For College & High School Students www.goarmy.com/rotc | **Military College** Get training & earn a degree. Request a personalized info packet Norwich.edu | **Military Boarding School** College-prep military school for grades 6-12; Air Force JROTC www.rma.edu |



*Brahman Battalion*

Home
Raiders
News
Basics
Links
Cadences
Color Guard

Welcome to the Okeechobee High School Army Junior Reserve Officer Training Corps

*Okeechobee High School Army JROTC*



Okeechobee High School is situated in the small town of Okeechobee in Southern Florida. At our school we maintain a sense of pride which allows us to be a closer bunch. The Brahman Battalion consist of a group of well trained and educated cadets who put others ahead of themselves and always strive for excellence





Mustang Battalion Guests,

Last Update: January 19, 2007

HOME | ADMIN. | ATHLETICS | FACULTY | INFO | GUIDANCE | CLUBS

Search: ⊙ The Web ○ Tripod    ✗ Report Abuse    « Previous | Top 100 | Next »    Hosted **tripod**
[          ] [GO GET IT!]                      share: del.icio.us | digg | reddit | furl | facebook

Ads by Google
| **Military Cadences** Over 20 Million Records. Free Locator - Reconnect Now! www.military.com | **USMC Running Cadences** Shop for USMC running cadences and Other USMC products at SoldierCity www.soldiercity.com | **Cadence-lypso Ringtones** Free Ringtones You Want! Get Free Ringtones With 9.99/m Subscription. Free.RingRingMobile.com |



# Cadences

Home
Raiders
News
Basics
Links
**Cadences**
Color-Guard

**Blood Upon The Risers**

(Sung to the tune of The Battle Hymn of the Republic)

He was just a cherry trooper and he surely shook with fright
as he checked all his equipment and made sure his pack was tight
He had to sit and listen to the awful engines roar,
And he ain't gonna jump no more.

CHORUS:
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
He ain't gonna jump no more.

"Is everybody happy?" cried the Sergeant, looking up.
Our hero feebly answered "yes," and then they stood him up.
He leaped right out into the blast, his static line unhooked.
He ain't gonna jump no more.

CHORUS:
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
He ain't gonna jump no more.

He counted long, he counted loud, he waited for the shock;
He felt the wind, he felt the clouds, he felt the awful drop;
He jerked his cord, the silk spilled out and wrapped around his legs.
He ain't gonna jump no more.

CHORUS:
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
He ain't gonna jump no more.

The risers wrapped around his neck,

**When I Get To Heaven**

When I get to heaven
St. Peter's gonna say
"How'd you make your living"
"How'd you earn your pay"
And I'll reply with a little bit of anger
I earned my living as an Airborne Ranger
Lived a life of guts and danger
Nothin's too tough for an Airborne Ranger

**Four Winds**
Let 'em blow, let 'em blow
Let the four winds blow
From the East to the West
Alpha company is the best
Dress it right and cover down
Forty inches all around
From the east to the west
Alpha company is the best

**PARTY**

We are _____ Company
And we like to party
(P-A-R-T-Y)
Party hardy
(H-A-R-D-Y)
Party harty all night long
Your left
(Right)
Your left
(Right)
Your left, right, get on down
Your left
(Right)
Your left
(Right)
Your left, right, get on down
Now drop
(Recover!)
And beat your face, _____ Company's gonna rock this place, say Hooah! Check it out, Check it out, say Hooah! Check it out,

connectors cracked his dome;
The lines were snarled and tied in knots, around his skinny bones;
The canopy became his shroud, he hurtled to the ground.
He ain't gonna jump no more.

CHORUS:
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
He ain't gonna jump no more.

The days he'd lived and loved and laughed kept running through his mind;
He thought about the girl back home, the one he'd left behind;
He thought about the medics and wondered what they'ed find.
He ain't gonna jump no more.

CHORUS:
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
He ain't gonna jump no more.

The ambulance was on the spot, the jeeps were running wild;
The medics jumped and screamed with glee, they rolled their sleeves and smiled;
For it had been a week or more since last a chute had failed.
He ain't gonna jump no more.

CHORUS:
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
He ain't gonna jump no more.

He hit the ground, the sound was splat, his blood went spurting high;
His comrades were then heard to say, "A helluve way to die";
He lay there rolling 'round in the welter of his gore.
He ain't gonna jump no more.

CHORUS:
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
He ain't gonna jump no more.

There was blood upon the risers, there were brains upon the chute;
Intestines were a-dangling from this paratrooper's boots;
They picked him up, still in his chute and poured him from his boots.
He ain't gonna jump no more.

---

check it out, say smooooooth (we are) so damn smooth, that's right!

### Sound Off Yo Left

Caller : Let me hear the sound of yo' left (platoon stomps)
Caller : sound of yo' right (platoon stomps)

Caller : Let me hear the sound of yo' left (platoon stomps)
Caller : sound of yo' right (platoon stomps)

Caller : Double it up (stomps twice)
Caller : double it up (stomps twice)

Caller : Now stomp your left and drag yo' right
Platoon : boots cost money you big dummy

caller : Now stomp your left and drag yo' right
Platoon : boots cost money you big dummy

### Ugly Cadence

Count Cadence Delay Cadence Count Cadence Ugly
(U) are ugly
(G) and your mama too
(L) im so glad
(Y) i dont look like you

(U) Hit it
(G) Hit it
(L) Hit it
(Y) Hit it

(U-G-L-Y) U-G-L-Y You ain't got no aliby your ugly
What? What? (Your Ugly)

M-A-M-A How do u think you got that way
(Your Mama)
What? What?
(Your Mama!)

### Easy Day

One mile

No sweat

Two miles

Better yet

Three miles

Gotta run

Four miles

CHORUS:
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
Gory, Gory, What a helluva way to die
He ain't gonna jump no more

To the sun

### St. Peter

When I get to heaven

St. Peter's gonna say,

"How'd you earn your livin' boy,

How'd you earn your pay?"

I'll reply with a whole lot of anger,

"Made my living as an Airborne Ranger!

Blood, guts, sweat and danger

That's the life of an Airborne Ranger!"

When I get to Hell

Satan's gonna say,

"How'd you earn your livin' boy,

How'd you earn your pay?"

I'll reply with a fist to his face,

"Made my living laying SOULS to waste!"



| Site Sponsors | | | |
|---|---|---|---|
| WHOWHERE? | Gamesville | Rhapsody | WIRED |

