# Exhibit C





## Brahman Clipart

MAIN
ABOUT OHS
  ALMA MATER
  CLIP ART
  FIGHT SONG
  MASCOT
DIRECTIONS
DRESS CODE
FACULTY & STAFF
HANDBOOK
LIBRARY
MENUS

   

   

   

OHS Webmaster

http://www.okee.k12.fl.us/ohs/mascot/clipart.htm                2/26/2008