UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------------------------------------x
:
GAY-STRAIGHT ALLIANCE OF :
OKEECHOBEE HIGH SCHOOL, et al., :
: Case No. 06-14320-Civ-Moore/Lynch
Plaintiffs, :
vs. :
:
SCHOOL BOARD OF :
OKEECHOBEE COUNTY, :
:
Defendant. :
---------------------------------------------------------------x

# DECLARATION OF ELIZA BYARD, PH.D.

I, Eliza Byard, Ph.D., am over the age of seventeen and competent to be a witness to the matters stated herein, and state as follows:

1. I make this declaration of my own personal knowledge and in support of the motion for summary judgment of plaintiff Gay-Straight Alliance of Okeechobee High School (the "Okeechobee GSA") and in opposition to the motion for summary judgment of defendant School Board of Okeechobee County (the "Okeechobee Board").

2. I am the Deputy Executive Director of the Gay, Lesbian & Straight Education Network ("GLSEN").

3. I have read the Okeechobee Board's memorandum of law in support of its motion for summary judgment (the "Okeechobee Board's Brief") and I object to the mischaracterizations and distortions of GLSEN's mission, its work, and its materials contained in the Okeechobee Board's Brief. (*See* Okeechobee Board's Brief ¶¶ 25 and 33 and at 11, 12, 13, 19, 20 and 22.) GLSEN denies each of these misleading and/or false allegations and I submit this declaration to correct the record.

4. GLSEN is the leading national education organization focused on ensuring safe schools for all students. Established nationally in 1995, GLSEN envisions a world in which every child learns to respect and accept all people, regardless of sexual orientation or gender identity/expression. GLSEN is a member of the National Human Services Assembly's National Collaboration for Youth (NCY), whose membership includes fifty national, non-profit youth development organizations that have come together to provide a united voice as advocates for youth to improve the conditions of young people in America, and to help young people reach their full potential. GLSEN's partner organizations in the NCY include Boy Scouts of America, Girl Scouts of the USA, Big Brothers Big Sisters and the National 4-H Council. GLSEN and its Executive Director, Kevin Jennings, have been honored for contributions to k-12 education in the United States by organizations such as the National Education Association, the National Association of Independent Schools, and the National Association of School Psychologists. Attached as Exhibit A is a statement of the mission of GLSEN.

5. GLSEN designed the material that appears on pages 9-10 of Exhibit F(b) to the Okeechobee Board's Brief, but that material is now outdated and is no longer used by GLSEN. It has been replaced by a new resource, which GLSEN also designed, to help students develop a greater understanding of transgender people and related issues and to describe actions students may take to ensure that transgender and gender non-conforming students are fully included in all of the activities of a GSA, or any other student club. Both the material that appears on pages 9-10 of the Okeechobee Board's Exhibit F(b) and GLSEN's new resource material on including transgender students in school clubs were drafted to promote tolerance and respect toward transgender people and **<u>to discourage</u>** – and they do in fact **<u>discourage</u>** – discussions about transgender people and their sexual activities or genitalia and any other discussions that are

harassing to transgender students.  In its Brief, the Okeechobee Board disingenuously accuses GLSEN of encouraging students to engage in the very discussions relating to transgender people which GLSEN, in plain language in its materials, is specifically trying to prevent.  (Okeechobee Board's Brief at 12, 19, 20 and 22.)

6. GLSEN designed the material that appears on pages 15-27 of Exhibit F(a) and pages 1-2 of Exhibit F(b) to the Okeechobee Board's Brief, but it, too, is now outdated and is no longer used by GLSEN.  It has been replaced by a new resource on youth-adult partnerships which was also designed by GLSEN.  Both the material on pages 15-27 of Exhibit F(a) and pages 1-2 of Exhibit F(b) and the new resource were designed specifically **to encourage** – and they do in fact **encourage** – appropriate interactions between members of GSAs and supportive adults within the context of a GSA to further positive school climate change with regard to harassment and bullying of LGBT students on the basis of their sexual orientation or gender identity expression.

7. In the materials the Okeechobee Board submits to this Court, GLSEN defines a "youth-adult partnership" as occurring "when adults and youth work together within their communities or schools.  These relationships are built on mutual trust, learning, teaching and action.  These relationships are not adults teaching youth, but rather relationships in which adults and youth learn from each other."  (Okeechobee Board's Brief, Ex. F(a), at 18.) The Okeechobee Board ignores these plain words in GLSEN's materials, mentions the "threat of potential adult predators" without any reference to GLSEN (Okeechobee Board's Brief ¶ 32, at 7-8), and then states that "GLSEN provides GSA clubs nationwide and has provided the Okeechobee GSA with instructions on how to form **undefined** relationships with adults outside the school community."  (Okeechobee Board's Brief ¶ 33, at 8 (emphasis added).)  This statement is false.  GLSEN does

not provide instructions on how to form, or in any way support, "undefined" relationships between students and adults.  Instead, GLSEN goes to great lengths to closely define the appropriate nature and proper purpose of youth and adult interaction to help effect climate change in schools, as evidenced in the excerpt from GLSEN materials quoted above.  The "threat of potential adult predators" is also a concern to GLSEN, as the promotion of a school which is safe for all students, especially LGBT students, is one of GLSEN's principal tenets.  To be clear, GLSEN does not now, and never has, condoned relationships between students and "potential adult predators" and nothing in its materials, and none of its actions, supports that contention.  The efforts of the Okeechobee Board to imply otherwise lack merit and lack any foundation in fact.

8. GLSEN supports GSAs and other student clubs that wish to engage in and/or sponsor Day of Silence and Ally Week activities at their schools, but as a national organization, GLSEN does not itself conduct or sponsor Day of Silence or Ally Week activities at any particular school.

9. Contrary to the implications made by the Okeechobee Board in its Brief (Okeechobee Board's Brief, at 11 and 13), GLSEN does NOT distribute or intentionally provide access to, or encourage others to distribute or provide access to, pornography.  GLSEN does not now, and never has, condoned, funded, authorized or otherwise supported the distribution of, or access to, pornography.  Nor has GLSEN ever encouraged others to condone, fund, authorize or support the distribution of, or access to, pornography.

- 5 -

      I swear and affirm under penalties of perjury that the contents of the foregoing declaration are true.

Dated:   February 29, 2008

                                                s/Eliza Byard

                                                _____
                                                ELIZA BYARD, Ph.D.