

### MISSION STATEMENT OF GLSEN, INC.

The Gay, Lesbian and Straight Education Network strives to assure that each member of every school community is valued and respected regardless of sexual orientation or gender identity/expression. We believe that such an atmosphere engenders a positive sense of self, which is the basis of educational achievement and personal growth. Since homophobia and heterosexism undermine a healthy school climate, we work to educate teachers, students and the public at large about the damaging effects these forces have on youth and adults alike. We recognize that forces such as racism and sexism have similarly adverse impacts on communities and we support schools in seeking to redress all such inequities. GLSEN seeks to develop school climates where difference is valued for the positive contribution it makes in creating a more vibrant and diverse community. We welcome as members any and all individuals, regardless of sexual orientation, gender identity/expression or occupation, who are committed to seeing this philosophy realized in K-12 schools.